UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

            Plaintiff(s),

v.

PETER DAUGHERTY, et al.,

            Defendant(s).

Case No.: 3:18-cv-1035-MO

APPLICATION FOR SPECIAL ADMISSION   *PRO HAC VICE*

**Application for *Pro Hac Vice* Admission and CM/ECF Registration**

Attorney Brian Segee requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party(s):

All Plaintiffs

In support of this application, I certify that: 1) I am an active member in good standing with the California State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)   PERSONAL DATA:**

Name: Segee, Brian
(Last Name)   (First Name)   (MI)   (Suffix)

Agency/firm affiliation: Center for Biological Diversity

Mailing address: P.O. Box 1646

City: Ojai   State: California   Zip: 93023

Phone number: (805) 750-8852   Fax number: (213) 785-5748

Business e-mail address: bsegee@biologicaldiversity.org

**(2)** **BAR ADMISSION INFORMATION**:

    **(a)**    State bar admission(s), date(s) of admission, and bar number(s):
California, May 1999 (Bar No. 200795)
District of Columbia, April 2005 (Bar No. 492098)

    **(b)**    Other federal court admission(s) and date(s) of admission:
D. Colo., May 1999; E.D. Cal., Dec. 2004; D.D.C., Aug. 2005; 11th Cir., Oct 2005; 9th Cir., April 2007; N.D. Cal., Sept. 2008; C.D. Cal., May 2012

**(3)** **CERTIFICATION OF DISCIPLINARY ACTIONS**:

☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association.

☐ I am now or have been subject to disciplinary action by a state or federal bar association. (See attached letter of explanation.)

**(4)** **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)** **CM/ECF REGISTRATION:**

I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: August 16, 2018.

/s/ Brian Segee
_____
(*Signature*)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, complete the following section and obtain the signature of local counsel.

Name: Atwood, Amy R.
(Last Name)  (First Name)  (MI)  (Suffix)

OSB number: 060407

Agency/firm affiliation: Center for Biological Diversity

Mailing address: P.O. Box 11374

City: Portland    State: Oregon    Zip: 97211

Phone number: (971) 717-6401    Fax number: (503) 283-5528

Business e-mail address: atwood@biologicaldiversity.org

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 6:18-cv-1035-JR.

DATED: August 16, 2018

_____
(*Signature of Local Counsel*)

## COURT ACTION

Application for *pro hac vice* admission by  Brian Segee  in case number: 6:18-cv-1035-JR  is hereby:

☒ Approved subject to payment of fees.
☐ Denied.

DATED: _____August 20, 2018_____.

/s/ Michael W. Mosman
_____
Judge