ELLEN F. ROSENBLUM
Attorney General
SARAH WESTON #085083
Assistant Attorney General
DARSEE STALEY #873511
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sarah.Weston@doj.state.or.us
       Darsee.Staley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CASCADIA WILDLANDS; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; NATIVE FISH SOCIETY,<br><br>    Plaintiffs,<br><br>    v.<br><br>PETER DAUGHERTY, in his official capacity as Oregon State Forester; KATHERINE SKINNER, in her official capacity as District Forester for the Tillamook District; MICHAEL CAFFERATA, in his official capacity as District Forester for the Forest Grove District; DANIEL GOODY, in his official capacity as District Forester for the Astoria District,<br><br>    Defendants. | Case No. 6:18-cv-1035-JR<br><br>DECLARATION OF TOD HAREN IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE |

Page 1 -  DECLARATION OF TOD HAREN IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE
    SW2/crr/9140552-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1. My name is Tod Haren. I am employed by the Oregon Department of Forestry. My title is Forest Resource Analyst. My job duties include modeling, analysis, and reporting on forest inventory and associated data pertaining to the management of the State Forests.

2. I have reviewed paragraph 113 of the Complaint in the above-captioned case, and its associated photographs, and compared them to maps of State Forests Lands. The GPS coordinates shown on these photographs show that the landslides pictured in them are on private land outside of ODF ownership.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 24, 2018.

TOD HAREN

Page 2 -   DECLARATION OF TOD HAREN IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE
SW2/crr/9140552-v1

# CERTIFICATE OF SERVICE

I certify that on August __24__, 2018, I served the foregoing DECLARATION OF TOD HAREN IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Oliver J. Stiefel<br>Crag Law Center<br>917 SW Oak St., Ste. 417<br>Portland, OR 97205 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>_X_ E-SERVE |

*Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society*

| | |
|---|---|
| Christopher G. Winter<br>Crag Law Center<br>917 SW Oak St., Ste. 417<br>Portland, OR 97205 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>_X_ E-SERVE |

*Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society,*

| | |
|---|---|
| Amy R. Atwood<br>Center for Biological Diversity<br>PO Box 11374<br>Portland, OR 97211 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>_X_ E-SERVE |

*Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society*

Page 1 -   CERTIFICATE OF SERVICE
           SW2/crr/JUSTICE-#9014232-v1-Coho_1035_CERT_CERTIFICATE_OF_SERVICE

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| Nicholas Stanton Cady | ___ HAND DELIVERY |
| Cascadia Wildlands | ___ MAIL DELIVERY |
| PO Box 10455 | ___ OVERNIGHT MAIL |
| Eugene, OR 97440 | _X_ E-SERVE |
| *Of Attorneys for Plaintiff Cascadia Wildlands* | |

      *s/ Sarah Weston*
SARAH WESTON #085083
Assistant Attorney General
DARSEE STALEY #873511
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Sarah.Weston@doj.state.or.us
Darsee.Staley@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   CERTIFICATE OF SERVICE
    SW2/crr/JUSTICE-#9014232-v1-Coho_1035_CERT_CERTIFICATE_OF_SERVICE
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000