ELLEN F. ROSENBLUM
Attorney General
SARAH WESTON #085083
Assistant Attorney General
DARSEE STALEY #873511
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sarah.Weston@doj.state.or.us
        Darsee.Staley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CASCADIA WILDLANDS; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; NATIVE FISH SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>PETER DAUGHERTY, in his official capacity as Oregon State Forester; KATHERINE SKINNER, in her official capacity as District Forester for the Tillamook District; MICHAEL CAFFERATA, in his official capacity as District Forester for the Forest Grove District; DANIEL GOODY, in his official capacity as District Forester for the Astoria District,<br><br>Defendants. | Case No. 6:18-cv-1035-JR<br><br>DECLARATION OF KEVIN BOYD IN SUPPORT OF DEFENDANTS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION |

Page 1 -    DECLARATION OF KEVIN BOYD IN SUPPORT OF DEFENDANTS MOTION TO
            DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
            SW2/crr/9140772-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1.  My name is Kevin Boyd. I am employed by the Oregon Department of Forestry. My title is Asset Unit Manager. My job duties include supervision of the Asset Unit which is responsible for timber sale contracts, log tracking, invoicing for timber sale revenues, biennial and fiscal budgets, and land and legal transactions.

2.  Based on my review of records on file in the office in Salem, the following 24 timber sales listed in the Complaint's Table 1 have all already been fully logged, all logs hauled out of the woods, and no further timber hauling or road construction is outstanding: (1) Bull Nose, (2) Moonlight Drive, (3) Old Norse, (4) Packy, (5) Quarter Mile, (6) Between Wolves, (7) Green Olive, (8) Mor Nor Wolf, (9) Feldshaw, (10) Homesteader, (11) Cedar Flats, (12) The Gilmore, (13) Wage Against the Machine, (14) Chicken of the Tree, (15) Little Bumps,(16) Lost Pony, (17) Poley Anna, (18) Nowhere Land, (19) Rusty Rope,(20) Greasy Hawk,(21) Meier Mainline Combo,(22) Clay Pigeon,(23) Shining C, and (24) Top Step.

3.  Twenty of the timber sales listed in the Complaint's Table 1 have already been auctioned and work has begun. For each, any required road construction has largely already occurred, and active felling and hauling of trees is currently in progress. The below table lists those twenty sales. For purposes of this table, "complete" means fully logged, all logs hauled out of the woods, and no further timber hauling or road construction is outstanding, and the % complete column shows progress towards that status. The "contract end date" is the date by which the Timber Sale Operator is required to have completed the work on the sale, although the operator is allowed to finish earlier.

|    | Sale Name    | % Complete | Contract End Date |
|----|--------------|------------|-------------------|
| 1. | Bling Ridge  | 94%        | 10/31/2018        |
| 2. | Tres Hembres | 82%        | 10/31/2019        |
| 3. | S'Moore      | 90%        | 10/31/2019        |
| 4. | Red Buzzard  | 80%        | 10/31/2020        |

Page 2 -   DECLARATION OF KEVIN BOYD IN SUPPORT OF DEFENDANTS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
SW2/crr/9140772-v1

| 5. | Round House | 75% | 10/31/2018 |
| --- | --- | --- | --- |
| 6. | Clear Silence | Over 72% | 10/31/2018 |
| 7. | Camp View | 40% | 10/31/2019 |
| 8. | Catch and Releaase | 68% | 10/31/2019 |
| 9. | Crawfish Corner | 5% | 10/31/2019 |
| 10. | Doghouse | 36% | 10/31/2020 |
| 11. | Emerald Isle | 8% | 10/31/2019 |
| 12. | King Kong | 35% | 10/31/2019 |
| 13. | Mega Lou Mania | 3% | 10/31/2019 |
| 14. | Montley Lou | 53% | 10/31/2018 |
| 15. | Odin's Blade | 39% | 10/31/2020 |
| 16. | Salmonberry Bends | 55% | 10/31/2019 |
| 17. | Schetky Aneu | 35% | 10/31/2018 |
| 18. | Three Little Ridges | 52% | 10/31/2019 |
| 19. | Treasure Island | 60% | 10/31/2018 |
| 20. | Voltaire's Flair | 17% | 10/31/2019 |

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 23, 2018.

_____
KEVIN BOYD

Page 3 -   DECLARATION OF KEVIN BOYD IN SUPPORT OF DEFENDANTS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
SW2/crr/9140772-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

       I certify that on August  24 , 2018, I served the foregoing DECLARATION OF KEVIN BOYD IN SUPPORT OF DEFENDANTS MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Oliver J. Stiefel | ___ HAND DELIVERY |
| Crag Law Center | ___ MAIL DELIVERY |
| 917 SW Oak St., Ste. 417 | ___ OVERNIGHT MAIL |
| Portland, OR 97205 |  X  E-SERVE |
| *Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society* | |
| | |
| Christopher G. Winter | ___ HAND DELIVERY |
| Crag Law Center | ___ MAIL DELIVERY |
| 917 SW Oak St., Ste. 417 | ___ OVERNIGHT MAIL |
| Portland, OR 97205 |  X  E-SERVE |
| *Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society,* | |
| | |
| Amy R. Atwood | ___ HAND DELIVERY |
| Center for Biological Diversity | ___ MAIL DELIVERY |
| PO Box 11374 | ___ OVERNIGHT MAIL |
| Portland, OR 97211 |  X  E-SERVE |
| *Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society* | |

Page 1 -   CERTIFICATE OF SERVICE
       SW2/crr/JUSTICE-#9014232-v1-Coho_1035_CERT_CERTIFICATE_OF_SERVICE
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| Nicholas Stanton Cady<br>Cascadia Wildlands<br>PO Box 10455<br>Eugene, OR 97440<br>    *Of Attorneys for Plaintiff Cascadia Wildlands* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>_X_ E-SERVE |

     *s/ Sarah Weston*
SARAH WESTON #085083
Assistant Attorney General
DARSEE STALEY #873511
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Sarah.Weston@doj.state.or.us
Darsee.Staley@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   CERTIFICATE OF SERVICE
    SW2/crr/JUSTICE-#9014232-v1-Coho_1035_CERT_CERTIFICATE_OF_SERVICE
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000