ELLEN F. ROSENBLUM
Attorney General
SARAH WESTON  #085083
Assistant Attorney General
DARSEE STALEY #873511
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sarah.Weston@doj.state.or.us
        Darsee.Staley@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CASCADIA WILDLANDS; PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS; INSTITUTE FOR FISHERIES RESOURCES; NATIVE FISH SOCIETY, | Case No.  6:18-cv-1035-JR<br><br>DEFENDANTS' REQUEST FOR JUDICIAL NOTICE |
| Plaintiffs, | |
| v. | |
| PETER DAUGHERTY, in his official capacity as Oregon State Forester; KATHERINE SKINNER, in her official capacity as District Forester for the Tillamook District; MICHAEL CAFFERATA, in his official capacity as District Forester for the Forest Grove District; DANIEL GOODY, in his official capacity as District Forester for the Astoria District, | |
| Defendants. | |

Page 1 -   DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
SW2/crr/9140539-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendants hereby make this Request for Judicial Notice under Federal Rule of Evidence § 201(b). This Request for Judicial Notice is based upon this written request and the attached Exhibits.

"A court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment, as long as the facts noticed are not subject to reasonable dispute." *Skilstaf, Inc. v. CVS Caremark Corp., 669* F.3d 1005, 1016 n. 9 (9th Cir. 2012). A court may properly take judicial notice of: 1) material which is included as part of the complaint or relied upon by the complaint; and 2) matters in the public record. With respect to materials cited in, but not attached to, the complaint "they may be considered if the documents' "authenticity ... is not contested" and "the plaintiff's complaint necessarily relies" on them." *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001).

Defendants respectfully request that this Court take judicial notice of attached exhibits 1 and 2, which are portions of two public documents that are cited in the Complaint:

**Exhibit 1**: Excerpts from NMFS, FINAL ESA RECOVERY PLAN FOR OREGON COAST COHO SALMON (2016) ("recovery plan"). The excerpts contain the portions cited in Defendants' Rule 12 Motions. Plaintiffs cite the recovery plan in their Complaint at paragraph 54. The full recovery plan can be viewed online at the NOAA website at:

http://www.westcoast.fisheries.noaa.gov/publications/recovery_planning/salmon_steelhead/domains/oregon_coast/final_oc_coho_recovery_plan.pdf (last viewed 8/24/2018).

**Exhibit 2:** Excerpts from the NORTHWEST OREGON STATE FOREST MANAGEMENT PLAN REVISED PLAN APRIL 2010 ("FMP"). The excerpts contain the portions of the FMP cited in Defendants' Rule 12 Motions. The FMP document is cited in the Complaint at paragraph 61. The FMP is adopted as an Oregon Administrative Rule in Or. Admin. Reg. § 629-035-0105 (1) (a). The full FMP can be viewed online at the Oregon Department of Forestry Website at:

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

https://www.oregon.gov/ODF/Documents/AboutODF/2010FMPNorthwestOregon.pdf (last

viewed 8/24/2018).

      DATED August __24__, 2018.

                        Respectfully submitted,

                        ELLEN F. ROSENBLUM
                        Attorney General


                        *s/ Sarah Weston*
                        SARAH WESTON #085083
                        Assistant Attorney General
                        DARSEE STALEY #873511
                        Senior Assistant Attorney General
                        Trial Attorney
                        Tel (971) 673-1880
                        Fax (971) 673-5000
                        Sarah.Weston@doj.state.or.us
                        Darsee.Staley@doj.state.or.us
                        Of Attorneys for Defendants

SW2/crr/9140539-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

# Final ESA Recovery Plan for Oregon Coast Coho Salmon
## (Oncorhynchus kisutch)

December 2016



WEST
COAST
REGION

NOAA
FISHERIES

U.S. Department of Commerce | National Oceanic and Atmospheric Administration | National Marine Fisheries Service

Defendants' Request for Judicial Notice
Exhibit 1 - Page 1 of 17

| | |
|---|---|
| **Smolt Capacity** | The maximum number of smolts a basin can produce. Smolt capacity is related to habitat quantity and quality. |
| **Spawner** | Adult fish on the spawning grounds. |
| **Spawner Survey** | Effort to estimate the number of adult fish on spawning grounds. It uses counts of redds and fish carcasses to estimate escapement and identify habitat. Annual surveys can be used to compare the relative magnitude of spawning activity between years. |
| **Species** | Biological definition: A group of organisms formally recognized by the scientific community as distinct from other groups. Legal definition: refers to joint policy of the USFWS and NMFS that considers a species as defined by the ESA to include biological species, subspecies, and DPSs. In this Plan, 'the species' refers to the Oregon Coast coho salmon ESU. |
| **Stakeholders** | Agencies, groups, or private citizens with an interest in recovery planning, or those who will be affected by recovery planning and actions. |
| **Strata** | The plural form of **stratum**. Refers to a grouping, more than one individual stratum. |
| **Stratum** | A group of salmonid populations that is geographically and genetically cohesive. The stratum is a level of organization between demographically independent populations and the ESU or DPS. |
| **Stray Rate** | As used in this document, stray rate refers to the number of spawning adults that return to a stream other than their natal stream within a basin. See also **migration rate**. |
| **Sustainability** | An attribute of a population that persists over a long period of time and is able to maintain its genetic legacy and long-term adaptive potential for the foreseeable future. |
| **Sustainable Population** | A population that, in addition to being persistent, is also able to maintain its genetic legacy and long-term adaptive potential for the foreseeable future. 'Sustainable' implies stability of habitat availability and other conditions necessary for the full expression of the population's (or ESU's) life history diversity into the foreseeable future. As used in this plan, sustainable and sustainability are the same, or nearly the same, as viable and viability. For clarity, after we introduce both terms, we use the term sustainable in place of viable, except where it used in a quote or other specific application of the TRT or BRT such as viable salmonid population. |
| **Technical Recovery Team** | A Technical Recovery Teams (TRT) convened by NMFS to develop technical products related to recovery planning. The TRT establishes biologically based ESA recovery goals for listed salmonids within a given recovery domain. Members serve as science advisors to the recovery planning phase. Planning forums unique to specific states, tribes, or regions may use TRT and other technical products to identify recovery actions. |
| **Threats** | Human activities or natural events (e.g., road building, floodplain development, fish harvest, hatchery influences, and volcanoes) that cause or contribute to limiting factors. Threats may exist in the present or be likely to occur in the future. |

# Oregon Coast Coho Salmon Recovery Plan Summary



## Introduction

Oregon Coast coho salmon (*Oncorhynchus kisutch*) are protected under the Endangered Species Act (ESA). The fish spawn and rear in rivers, streams, and lakes along Oregon's coastline, from the Necanicum River near Seaside on the north to the Sixes River near Port Orford on the south (Figure S-1). NOAA's National Marine Fisheries Service (NMFS) first listed Oregon Coast coho salmon as a threatened species under the ESA in 1998. NMFS relisted the species in 2008 and reaffirmed the listing in 2011.

This recovery plan (Plan) provides guidance to improve the viability of the species to the point that it meets the delisting criteria and no longer requires ESA protection. Under ESA direction, we need to resolve threats to the species and ensure the long-term persistence of naturally self-sustaining populations in the wild.

*Recovery direction for Oregon Coast coho salmon has one central overriding theme: to protect and restore the freshwater and estuarine rearing habitats that support juvenile survival and overall productivity.*

The Plan builds on past and current efforts to restore the coho salmon. In particular, this plan calls for continued actions to repair the ecosystem processes that influence the health and stability of the rearing habitats for juvenile coho salmon. The actions will also benefit many other fish and wildlife species, and could provide aid to land owners and local communities



**Figure S-1.** Map of Oregon Coast Coho Salmon ESU, populations and strata (larger population groupings).

In November 2015, the Oregon Board of Forestry voted to change the Forest Practices Rules to increase streamside protections for small and medium-sized streams where coho and other salmon and steelhead are present. The change counters the effect of increasing stream temperatures following certain types of forest harvest. It will also result in increased natural recruitment of large wood to streams. The change increases RMA width by 10 feet and increases basal area retention requirements on these stream types. The Oregon Department of Forestry is currently developing final rule language based on the Board's decision. Since the rulemaking process has not be completed, NMFS cannot reasonably predict the outcome. If the proposal is not significantly strengthened, NMFS will still be concerned that it doesn't provide adequate protections especially for shade and wood recruitment parameters. Oregon Department of Forestry's RipStream data (see Groom et al. 2011a; Groom et al. 2011b) found that no-cut buffers of 90 feet meet ODEQ's protecting cold-water standard approximately 50 percent of the time (Board of Forestry 2015). Because the November 2015 proposed buffers are less than 90 feet and allow harvest within the RMA, the proposal is not likely to meet the water quality standard.

State Forest Programs

Approximately 567,000 acres (2,295 square kilometers) of forest land within the range of Oregon Coast coho salmon are managed by the Oregon Board of Forestry. Approximately 100,000 acres of these lands are 'Common School Trust Lands' with the goal to maximize revenue to the Common School Fund over the long term, consistent with sound techniques of land management. The majority of these lands are managed under the Elliott Forest Management Plan (ODSL and ODF 2011) and the remaining state forests are managed under the Northwest Oregon State Forests Management Plan (ODF 2010). Both of these management plans provide higher levels of protection than on private forestlands. Furthermore, the state of Oregon has completed watershed assessments and physical habitat surveys and implemented significant stream and road restoration actions on the State forestlands. The management plans for state forests also require retention of riparian management areas.

The state of Oregon is currently in the process of attempting to transfer ownership of the Elliott State Forest out of the Common School Fund. The final outcome of this process remains unclear, but the State Land Board is requiring that any proposal to buy the Elliott State Forest must include "conserving high quality watersheds by providing riparian management areas of 120 feet or more on both sides of all stream segments containing salmon or steelhead." It is also unclear what actions could occur within the 120-foot RMAs or on non-fish-bearing streams, and whether the Elliott State Forest Management Plan and the Northwest Oregon State Forests Management Plan will continue to provide Oregon Coast coho salmon habitat that is capable of supporting populations sustainable during both good and poor marine conditions.

Consequently, while the management plans for state forests are more restrictive than those for private forestlands, NMFS continues to be concerned over whether protective measures on state forestlands are, and will continue to be, sufficient to conserve Oregon Coast coho salmon and their habitat for the long term. We are particularly concerned about the strength of the streamside management measures to provide stream shade, woody debris recruitment (a key element in stream complexity), and other aspects of stream habitat complexity.

## 6.3 Recovery Strategies and Actions at the Stratum Level (Listing Factors A and D)

This section describes habitat strategies and actions for Oregon Coast coho salmon at the stratum level, and will be complemented by the Recovery Implementation Strategy, containing more detailed activities at the population level, to be posted on the NOAA Fisheries West Coast Region website. Although the best available science supports the recovery actions as outlined here at the ESU and stratum levels, scientific uncertainty, ongoing uncertainties regarding developments in state and local regulations and land management, uncertainties in the relationships between voluntary and regulatory efforts, and continuous developments in the technology to support habitat monitoring, rendered it impracticable to recommend detailed activities at the population level in this document. We will develop and update this document in collaborate with local stakeholders, ODFW, and other agencies.

### 6.3.1 Strategies and Actions for the North Coast Stratum

**North Coast Stratum for Oregon Coast Coho Salmon**

**Independent Populations:** Necanicum, Nehalem, Tillamook and Nestucca
**Dependent Populations:** Ecola, Arch Cape, Short Sands, Spring, Watseco, Netarts, Rover, Sand, and Neskowin
**Current Status:** Moderate level of certainty that the North Coast Stratum is sustainable
**Primary Limiting Factor:** Stream complexity (all North Coast Stratum populations)
**Secondary Limiting Factors:** Water quality (Nehalem and Tillamook populations)

**Recovery Strategy for the North Coast Stratum**

The basic recovery strategy for coho salmon populations in the North Coast Stratum aims to protect freshwater and estuarine reaches that currently contain high quality habitat, and restore reaches with potential for additional high quality habitat. Actions will particularly focus on increasing the amount and quality of winter rearing habitat by improving stream and estuarine habitat complexity. Efforts are needed to increase amounts of large wood and pool habitat, and to connect side channels, wetlands, and other off-channel areas. Actions will also improve water quality, especially by reducing summer water temperatures and agricultural runoff in the Tillamook population area.

The following actions illustrate the types of actions that could be implemented to improve North Coast Stratum coho salmon populations and habitats. Other approaches could also be implemented to achieve the desired results. The actions will be further refined, sequenced, and scheduled in coordination with other agencies and local stakeholders.

**Key Strategies and Potential Actions for the North Coast Stratum**

- Implement and, as necessary, revise local regulatory mechanisms, voluntary and incentivized efforts to protect and restore watershed processes that promote winter and summer rearing habitats (e.g., wood recruitment, habitat complexity, floodplain connectivity, beaver pond habitat, increasing native riparian vegetation etc.). Examples of

regulatory programs include the Oregon Agricultural Water Quality Management Act, Oregon Forest Practices Act, FEMA National Flood Insurance Program, and state beaver statutes and administrative rules. While increased statutory protections could strengthen recovery efforts, they may not be necessary if voluntary programs are shown to be effective in achieving ecosystem health, including water quality and increased habitat complexity. (See actions identified in Section 6.2.1.2, under Listing Factor A1, habitat actions at the ESU level.)

- Develop and approve scientifically credible, thorough Strategic Action Plans for the Necanicum, Nehalem, Tillamook, and Nestucca populations, consistent with ESU-level common framework.

- Implement the Strategic Action Plans to protect and restore ecosystem processes and functions and coho salmon habitats. Actions identified in SAPs will likely include activities such as restoring habitat capacity for rearing juvenile coho salmon by increasing large wood loading, beaver pond habitat, and wetland/ off-channel connectivity, and by increasing native riparian vegetation to provide bank stability and shade stream reaches.

- Collaborate with governmental and non-governmental organizations and others to identify, and implement, actions that will protect and restore watershed processes, provide stream complexity for juvenile rearing, connect side channels, wetland and off-channel habitats, and reduce fine sediment levels.

- Coordinate with ODEQ, ODF, ODA, and others to improve water quality, especially water temperatures, to increase carrying capacity and provide high quality summer rearing habitat for juvenile coho salmon.

- Collaborate with SWCDs, ODA, and others to increase effectiveness of current agricultural water quality area rules and plans in order to meet water quality goals in the Tillamook population area.

- As resources allow, develop and approve scientifically credible, thorough Strategic Action Plans for the Ecola, Arch Cape, Short Sands, Spring, Watseco, Netarts, Rover, Sand, and Neskowin populations, consistent with ESU-level common framework.

- Provide and support public outreach, education, and volunteer actions to protect and restore ecosystem process and functions, encourage beaver conservation and beaver dam analogues, and improve juvenile coho salmon rearing habitats.

- Improve wood recruitment to support long-term increases in habitat complexity by improving timber harvest activities and agricultural practices.

- Increase habitat complexity by increasing large wood, boulders, or other instream structure and conducting riparian planting projects.

- Improve floodplain connectivity by increasing beaver pond abundance and reducing or limiting development of channel-confining structures, including roads and infrastructure.

- Continue to implement weak stock management approach for fisheries according to Amendment 13 harvest matrix. Typically the North Coast Stratum populations are the weakest stocks in need to most protection under Amendment 13.

## Priority Watershed Actions

*Rural (including residential and agricultural) Lands*

1. Protect and restore riparian areas adjacent to stream channels using voluntary actions with regulatory backstops in place.
2. Plant and restore riparian vegetation adjacent to stream channels.
3. Increase habitat complexity by increasing large wood, boulders, or other instream structure, through improved ecosystem functions wherever possible.
4. Improve lateral connectivity between stream channels and adjacent wetlands and connectivity with floodplains.

*Timber Lands*

1. Increase protective management of riparian forests, including management that increases the sustainable natural recruitment of large wood into the rivers and streams through voluntary programs or increased regulatory mechanisms.
2. Eliminate the construction of permanent new roads, unless constructed to relocate another permanent road that has greater impacts on Oregon Coast coho salmon habitat, and replace culverts where needed to comply with current guidelines.
3. Decommission roads where practicable.
4. Increase habitat complexity by increasing large wood, boulders, or other instream structure.

## Secondary Watershed Actions

*Beaver Management*

1. Include strategies to increase beaver, beaver ponds, and beaver dam analogues in strategic action plans.
2. Seek agreements with state and federal agencies and others to pursue non-lethal means of beaver removal (see Section 6.2.1.2, A1-1.2 above). If necessary, revise regulatory mechanisms to prohibit killing of beaver within the range of Oregon Coast coho salmon unless property or infrastructure damage is occurring and only when all other options are exhausted.
3. Create a program to educate landowners, managers, policymakers and the public in general about the benefits of beaver ponds to the health of our ecosystems, with a focus on benefits to salmonids. Include opportunities to conserve and manage beaver through cost effective, non-lethal management practices (Pollock et al. 2015).
4. Implement the Beaver Restoration Guidebook (Pollock et al. 2015) to incorporate beaver, beaver ponds, and beaver dam analogues into restoration actions.

**Table 6-4.** Habitat component specific actions to restore high quality coho salmon habitat in the North Coast Stratum.

| Action ID | Habitat component | Strategy | Action | Area | Priority |
|---|---|---|---|---|---|
| NCS-1 | Tributaries | Improve water quality by improving water temperature | Improve water quality by improving stream shade | Tillamook and Nehalem Populations | High |
| NCS-2 | Tributaries | Improve wood recruitment to support long-term increases in habitat complexity | Improve timber harvest activities (increased harvest buffers on private and state timberlands) | All Populations | High |
| NCS-3 | Tributaries | Increase habitat complexity | Improve agricultural practices (reduce or disallow stream channel dredging in ESA-listed streams flowing through or adjacent to rural lands) | All Populations | Medium |
| NCS-4 | Tributaries | Increase habitat complexity | Increase large wood, boulders, or other instream structure | All streams where coho salmon would benefit immediately | High |
| NCS-5 | Tributaries | Increase habitat complexity | Conduct riparian planting projects on streams that flow through or adjacent to agricultural lands to increase wood recruitment to streams | All Populations | High |
| NCS-6 | Off-Channel | Increase habitat complexity and connectivity to side-channels | Increase large wood, boulders, or other instream structure | All Populations | Medium |
| NCS-7 | Off-Channel and Wetlands | Increase habitat complexity and connectivity and access to alcoves, off-channel ponds, floodplains, and wetlands | Increase beaver pond abundance | All Populations | Medium |
| NCS-8 | Wetlands | Improve direct and indirect wetland connectivity to streams | Reduce existing and limit development of channel-confining structures including roads and infrastructure in the floodplain that disconnect wetlands from tributaries and mainstems | All Populations | Medium |
| NCS-9 | Mainstems | Improve wood recruitment to support long-term increases in habitat complexity | Support voluntary programs to increase stream complexity in rural areas. | All Populations | Medium |
| NCS-10 | Mainstems | Improve water quality by improving water temperature | Improve water quality by improving stream shade | Tillamook and Nehalem Populations | High |
| NCS-11 | Mainstems | Improve water quality by improving water temperature | Improve water quality by improving stream shade | All Populations | Medium |

| Action ID | Habitat component | Strategy | Action | Area | Priority |
|---|---|---|---|---|---|
| NCS-12 | Mainstems | Improve water quality by improving water temperature | Improve water quality by improving instream flows | Tillamook Population | High |
| NCS-13 | Mainstems | Improve marginal and streambank habitat complexity | Increase large wood and marginal and streambank habitat structure | All streams where coho salmon would benefit immediately | High |
| NCS-14 | Mainstems | Improve marginal and streambank habitat complexity | Increase large wood and marginal and streambank habitat structure | All Populations | Medium |
| NCS-15 | Mainstems | Improve wood recruitment to support long-term increases in habitat complexity | Improve timber harvest activities (increased harvest buffers on private industrial timberlands, reduce road densities on private and federal timberlands) | All streams where coho salmon would benefit immediately | High |
| NCS-16 | Mainstems | Improve wood recruitment to support long-term increases in habitat complexity | Improve timber harvest activities (increased harvest buffers on private industrial timberlands, reduce road densities on private and federal timberlands) | All Populations | Medium |
| NCS-17 | Mainstems | Increase habitat complexity | Improve gravel mining practices making them consistent with other streams in Oregon (Chetco River and Hunter Creek) by implementing standard best management practices to retain gravel bar form and function (per Federal Interagency Working Group 2006). Explore upland rock/gravel sources for similar quality rock for quarrying, rather that removing from river bottom. | Tillamook and Nehalem Populations | Medium |
| NCS-18 | Estuary | Increase access to sloughs, side channels, and floodplains | Reduce fish passage barriers to floodplains by managing tidegate presence and operations. | All Estuaries | High |
| NCS-19 | Estuary | Increase access to sloughs, side channels, and floodplains | Reduce fish passage barriers to floodplains by reducing or setting dikes back or completely removing tidegates and dikes where feasible. | All Estuaries | High |

### 6.3.5 Strategies and Actions for the Mid-South Coast Stratum

> **Mid-South Coast Stratum for Oregon Coast Coho Salmon**
>
> **Independent Populations:** Coos, Coquille, Floras/New, and Sixes
> **Dependent Populations:** Johnson and Twomile
> **Current Status:** Moderate level of certainty that the Mid-South Coast Stratum is sustainable
> **Primary Limiting Factor:** Stream complexity (all Mid-South Coast Stratum independent populations)
> **Secondary Limiting Factors:** Water quality (all Mid-South Coast Stratum independent populations)

#### Recovery Strategy for the Mid-South Coast Stratum

The basic recovery strategy for coho salmon populations in the Mid-South Coast Stratum aims to protect freshwater and estuarine reaches that currently contain high quality habitat, and restore reaches with potential for additional high quality habitat. Actions will particularly focus on increasing the amount and quality of winter and summer rearing habitat by improving stream and estuarine habitat complexity—including increasing amounts of large wood and pool habitat, and connecting side channels, wetlands, and other off-channel areas. Collaborative actions will also focus on improving water quality, especially by reducing summer water temperatures, increasing water availability by reducing water withdrawals, reducing fine sediment levels, and increasing the amount of, and connectivity to, tidal wetland habitat.

The following actions illustrate the types of actions that could be implemented to improve Mid-South Coast Stratum coho salmon populations and habitats. Other approaches could also be implemented to achieve the desired results. The actions will be further refined, sequenced, and scheduled in coordination with other agencies and local stakeholders.

#### Key Strategies and Potential Actions for the Mid-South Coast Stratum

- Implement and, as necessary, revise local regulatory mechanisms, voluntary and incentivized efforts to protect and restore watershed processes that promote winter and summer rearing habitats (e.g., wood recruitment, habitat complexity, floodplain connectivity). Examples of regulatory programs include the Oregon Agricultural Water Quality Management Act, Oregon Forest Practices Act, FEMA National Flood Insurance Program, and state beaver statutes and administrative rules. Develop and approve scientifically credible, thorough Strategic Action Plans for the Coos, Coquille, Floras/New, and Sixes populations, consistent with ESU-level common framework. (See actions identified in Section 6.2.1.2 under Listing Factor A1, habitat actions at the ESU level.)

- Implement the Strategic Action Plans to protect and restore ecosystem processes and functions and coho salmon habitats. Actions identified in SAPs will likely include activities such as restoring habitat capacity for rearing juvenile coho salmon by increasing large wood loading, beaver pond habitat, and wetland/ off-channel connectivity, and by increasing native riparian vegetation to provide bank stability and shade stream reaches.

- Collaborate with governmental and non-governmental organizations and others to identify, and implement, actions that will protect and restore watershed processes, provide stream complexity for juvenile rearing, connect side channels, wetland and off-channel habitats, and reduce fine sediment levels.
- Coordinate with ODEQ, ODF, ODA, SWCDs, and others to improve water quality, especially water temperatures, to increase carrying capacity and provide high quality summer rearing habitat for juvenile coho salmon.
- As resources allow, develop and approve scientifically credible, thorough Strategic Action Plans for the Johnson and Twomile populations, consistent with ESU-level common framework.
- Provide and support public outreach, education and volunteer actions to protect and restore ecosystem process and functions, encourage beaver conservation and beaver dam analogues, and improve juvenile coho salmon rearing habitats.
- Re-establish connectivity of tidal and freshwater wetlands, especially during winter. Examples include the Bandon Marsh (Ni-les'tun Tidal Marsh) restoration and the Winter Lake area, both in the Coquille basin.
- Establish increased riparian buffers with native riparian vegetation on agricultural and forestry lands.
- Reduce or eliminate new road development on private and federal timberlands and decommission existing roads.
- Reduce existing infrastructure in floodplains and limit future development.
- Reduce water withdrawals, especially in gravel-bedded tributaries.
- Re-establish streams to their floodplains.
- Monitor predation by non-native fish in the Coquille and Coos Rivers.
- Reduce predation rates by reducing populations of non-native fish in the Coquille River.

## Priority Watershed Actions

*State and Private Timber Lands*

1. Increase protection of riparian forests with no-touch buffer widths.
2. Eliminate the construction of permanent new roads, unless constructed to relocate another permanent road which has greater impacts on Oregon Coast coho salmon habitat.
3. Limit placement of temporary roads and decommission roads where practicable.
4. Increase voluntary landowner placement of large wood into stream channels.

*Rural (including residential and agricultural) Lands*

1. Plant, restore, and protect riparian areas adjacent to stream channels using voluntary actions with regulatory backstops in place.
2. Improve lateral connectivity from the stream channels to adjacent wetlands.
3. Seek opportunities to improve tidegates or floodgates to flood adjacent floodplains during the winter flows.

4. Improve natural stream channel form and function by discontinuing stream channelization and armoring of stream banks, and by placing large wood into stream channels.

5. Conserve water usage to allow more instream water.

*Federal Lands*

1. Maintain a strong aquatic conservation strategy of some form within future management plans that protects ecological processes that form high quality coho salmon habitat.

2. Improve the transportation network that includes reducing the road network, minimizing the hydrologic connection of the roads to streams, reducing road-related fish passage barriers, and minimizing any new road development, especially in riparian zones.

*Beaver Management*

1. Include strategies to increase beaver, beaver ponds, and beaver dam analogues in strategic action plans.

2. Seek agreements with state and federal agencies and others to pursue non-lethal means of beaver removal (see Section 6.2.1.2, A1-1.2 above). If necessary, revise regulatory mechanisms to prohibit killing beaver within the range of Oregon Coast coho salmon unless property or infrastructure damage is occurring and only when all other options are exhausted.

3. Create a program to educate landowners, managers, policymakers and the public in general about the benefits of beaver ponds to the health of our ecosystems, with a focus on benefits to salmonids. Include opportunities to conserve and manage beaver through cost effective, non-lethal management practices (Pollock et al. 2015).

4. Implement the Beaver Restoration Guidebook (Pollock et al. 2015) to incorporate beaver, beaver ponds, and beaver dam analogues into restoration actions.

*Estuary and Tidal Lands*

1. Update estuary assessments of tidal habitats important for coho salmon rearing and development to assess status and guide future development and implementation of restoration activities.

2. Develop an estuary lowlands restoration strategy that considers improved access to historical floodplains through tidegate elimination, management, and operations; levee removal; and overwater structure modifications.

*Instream Flows*

1. Organize an interagency stream flow assessment team to evaluate and identify:

   a. Refugia areas that have adequate stream flow, water temperature, and riparian protections to support coho salmon.

   b. Existing stream flow needs.

   c. A strategy to address flow restoration, which will protect existing refugia, expand refugia to adjacent reaches, and provide a connection to a larger network of refugia areas.

## Secondary Watershed Actions

### Fish Passage and Access

1. Continue efforts to improve fish passage at dams, bridges, culverts, and other identified fish passage barriers. Assess remaining fish passage barriers and develop and implementation strategy and schedule.

### Management of Fine Sediment

1. Identify upstream sources of fine sediment loads.
2. Relocate streamside roads.
3. Reduce soil compaction.
4. Identify high debris flow hazard areas (Sixes population).
5. Identify soils with high turbidity potential (Sixes population).

### State Lands

1. Coordinate with NMFS to develop a Forestry Habitat Conservation plan(s) to protect and restore Oregon Coast coho salmon habitat.

**Table 6-8.** Habitat component specific actions to restore high quality coho salmon habitat in the Mid-South Coast Stratum.

| Action ID | Habitat component | Strategy | Action | Area | Priority |
|---|---|---|---|---|---|
| MSCS-1 | Tributaries | Improve instream flows | Improve water quality by developing water conservation strategies on the upslope agricultural areas with the intent of transferring conserved water to instream flows. | Coquille, Sixes | High |
| MSCS-2 | Tributaries | Improve water quality | Improve water quality by improving instream flows, channel complexity, stream shade, and substrate retention. | All Populations | High |
| MSCS-3 | Tributaries | Improve wood recruitment to support long-term increases in habitat complexity | Improve timber harvest activities (increased harvest buffers on private industrial timberlands, reduce road densities on private and federal timberlands) | All Populations | High |
| MSCS-4 | Tributaries | Improve wood recruitment to support long-term increases in habitat complexity | Improve state agricultural practices (grazing and hay production buffers on ag land adjacent to ESA-listed streams) | All Populations | High |
| MSCS-5 | Tributaries | Increase habitat complexity | Improve state agricultural practices (disallow stream channel dredging in ESA-listed streams flowing through or adjacent to ag lands) | All Populations | High |
| MSCS-6 | Tributaries | Increase habitat complexity | Increase large wood, boulders, or other instream structure | All streams where coho would benefit immediately | High |
| MSCS-7 | Tributaries | Increase habitat complexity | Increase large wood, boulders, or other instream structure | All Populations | Medium |

| Action ID | Habitat component | Strategy | Action | Area | Priority |
|---|---|---|---|---|---|
| MSCS-8 | Tributaries | Increase habitat complexity | Conduct riparian planting projects on streams that flow through or adjacent to ag lands to increase wood recruitment to streams | All streams where coho would benefit immediately; | High |
| MSCS-9 | Tributaries | Increase habitat complexity | Reconnect historical off channel habitat | All Populations | High |
| MSCS-10 | Tributaries | Improve riparian forests to increase shade and reduce stream temperatures | Improve agricultural practices by protecting riparian forests and providing stream buffers sufficient for OC coho salmon recovery through protection and enhancement of shade to reduce stream temperatures and improve water quality. | All Populations | High |
| MSCS-11 | Tributaries | Improve riparian forests to increase shade and reduce stream temperatures | Improve timber management activities, including road management, by protecting riparian forests and providing stream buffers sufficient for OC coho salmon recovery through protection and enhancement of shade to reduce stream temperatures and improve water quality. | All Populations | High |
| MSCS-12 | Tributaries | Increase water quality by reducing fine suspended sediment loads | Improve water quality by increasing harvest buffers on private industrial timberlands and by reducing road densities on private and federal timberlands to reduce chronic erosion and sediment inputs | Sixes | High |
| MSCS-13 | Tributaries | Increase water quality by reducing fine suspended sediment loads | Improve agricultural practices (grazing and hay production buffers on ag land adjacent to ESA-listed streams) to reduce chronic erosion and sediment inputs | Sixes | High |
| MSCS-14 | Tributaries, | Increase habitat complexity | Improve gold placer and gold suction dredge regulations to minimize or prevent impacts to OC coho salmon: consider special closed areas, closed seasons, and restrictions on methods and activities. | Sixes, Coquille | High |
| MSCS-15 | Off-Channel | Increase habitat complexity and connectivity to side-channels | Increase large wood, boulders, or other instream structure | All streams where coho would benefit immediately | High |
| MSCS-16 | Off-Channel and Wetlands | Increase habitat complexity and connectivity and access to alcoves, off-channel ponds, floodplains, and wetlands | Increase beaver pond abundance | All streams where coho salmon would benefit immediately | High |

| Action ID | Habitat component | Strategy | Action | Area | Priority |
|---|---|---|---|---|---|
| MSCS-17 | Off-Channel | Increase habitat complexity and connectivity to side-channels | Increase large wood, boulders, or other instream structure | All Populations | Medium |
| MSCS-18 | Off-Channel and Wetlands | Increase habitat complexity and connectivity and access to alcoves, off-channel ponds, floodplains, and wetlands | Increase beaver pond abundance | All Populations | Medium |
| MSCS-19 | Wetlands | Improve direct and indirect wetland connectivity to streams | Reduce existing and limit development of channel-confining structures including roads and infrastructure in the floodplain that disconnect wetlands from tributaries and mainstems. | All streams where coho salmon would benefit immediately | High |
| MSCS-20 | Mainstem | Improve instream flows | Improve water quality by developing water conservation strategies on the upslope agricultural areas with the intent of transferring conserved water to instream flows. | Coquille, Sixes | High |
| MSCS-21 | Mainstems | Improve marginal and streambank habitat complexity | Increase large wood and marginal and streambank habitat structure | All streams where coho salmon would benefit immediately | High |
| MSCS-22 | Mainstems | Improve marginal and streambank habitat complexity | Increase large wood and marginal and streambank habitat structure | All Populations | Medium |
| MSCS-23 | Mainstems | Improve wood recruitment to support long-term increases in habitat complexity | Improve timber harvest activities (increased harvest buffers on private industrial timberlands, reduce road densities on private and federal timberlands) | All Populations | High |
| MSCS-24 | Mainstems | Increase habitat complexity | Reconnect historical off channel habitat | All Populations | High |
| MSCS-25 | Mainstems | Improve riparian forests to increase shade and reduce stream temperatures | Improve agricultural practices by protecting riparian forests and providing stream buffers sufficient for OC coho salmon recovery through protection and enhancement of shade to reduce stream temperatures and improve water quality. | Sixes, Floras | High |
| MSCS-26 | Mainstems | Improve riparian forests to increase shade and reduce stream temperatures | Improve agricultural practices by protecting riparian forests and providing stream buffers sufficient for OC coho salmon recovery through protection and enhancement of shade to reduce stream temperatures and improve water quality. | Coos, Coquille | Medium |

| Action ID | Habitat component | Strategy | Action | Area | Priority |
|---|---|---|---|---|---|
| MSCS-27 | Mainstems | Increase water quality by reducing fine suspended sediment loads | Improve water quality by increasing harvest buffers on private industrial timberlands and by reducing road densities on private and federal timberlands to reduce chronic erosion and sediment inputs | Sixes | High |
| MSCS-28 | Mainstems | Increase water quality by reducing fine suspended sediment loads | Improve agricultural practices (grazing and hay production buffers on ag land adjacent to ESA-listed streams) to reduce chronic erosion and sediment inputs | Sixes | High |
| MSCS-29 | Mainstems | Increase habitat complexity | Improve gravel mining practices making them consistent with other streams in Oregon (Chetco River and Hunter Creek) by implementing standard best management practices to state and federal regulations and permitting of gravel mining (retain gravel bar form and function (per Federal Interagency Working Group 2006). Explore upland rock/gravel sources for similar quality rock for quarrying, rather that removing from river bottom. | Coquille | High |
| MSCS-30 | Mainstems | Improve riparian forests to increase shade and reduce stream temperatures | Improve timber management activities, including road management, by protecting riparian forests and providing stream buffers sufficient for OC coho salmon recovery through protection and enhancement of shade to reduce stream temperatures and improve water quality. | Sixes, Floras | High |
| MSCS-31 | Mainstems | Improve riparian forests to increase shade and reduce stream temperatures | Improve timber management activities, including road management, by protecting riparian forests and providing stream buffers sufficient for OC coho salmon recovery through protection and enhancement of shade to reduce stream temperatures and improve water quality. | Coos, Coquille | Medium |
| MSCS-32 | Mainstem | Increase habitat complexity | Conduct native riparian tree planting projects on streams that flow through or adjacent to ag lands to increase wood recruitment to streams | All Populations | High |
| MSCS-33 | Mainstem | Improve water quality | Improve water quality by improving instream flows, channel complexity, stream shade, and substrate retention. | All Populations | High |
| MSCS-34 | Mainstems | Improve wood recruitment to | Improve agricultural practices (grazing and hay production buffers | All Populations | High |

| Action ID | Habitat component | Strategy | Action | Area | Priority |
|---|---|---|---|---|---|
| | | support long-term increases in habitat complexity | on agricultural land adjacent to ESA-listed streams) | | |
| MSCS-35 | Mainstem | Increase habitat complexity | Conduct native riparian tree planting projects on streams that flow through or adjacent to ag lands to increase wood recruitment to streams | All Populations | High |
| MSCS-36 | Estuary | Increase access to sloughs, side channels, and floodplains | Reduce fish passage barriers to floodplains by managing tidegate presence and operations. | Coos, Coquille | High |
| MSCS-37 | Estuary | Increase habitat complexity | Seek to restore winter habitat refuge areas in the floodplains in the freshwater ecotone of the upper tidal area of the estuaries. | Coos Watershed: Palouse Creek, Larson Creek, Kentucky Creek, Willanch Creek, Catching Slough, South Slough, and tidal areas above the Millicoma River and South Coos River confluence | High |
| MSCS-38 | Estuary | Increase habitat complexity | Seek to restore winter habitat refuge areas in the floodplains in the freshwater ecotone of the upper tidal area of the estuaries. | Coquille Watershed: from the confluence of the South Fork and North Fork below Myrtle Point downstream to Bear Creek | High |
| MSCS-39 | Estuary | Increase access to sloughs, side channels, and floodplains | Reduce fish passage barriers to floodplains by reducing or setting dikes back. | Estuary wide | High |



# Northwest Oregon



## State Forests Management Plan
## Revised Plan April 2010
### Oregon Department of Forestry

## Key Terms

**Active channel width —** The average width of the stream channel at the normal high water level. The normal high water level is the stage reached during average annual high flow. This high water level mark often corresponds with the edge of streamside terraces; a change in vegetation, soil or litter characteristics; or the uppermost scour limit (bankfull stage) of a channel.

**Average high water level —** The stage reached during the average annual high flow period. This level often corresponds with the edge of streamside terraces, marked changes in vegetation, or changes in soil or litter characteristics.

**Bog —** A wetland that is characterized by the formation of peat soils and that supports specialized plant communities. A bog is a hydrologically closed system without flowing water. It is usually saturated, relatively acidic, and is dominated by ground mosses, especially sphagnum. Bogs are distinguished from other wetlands by the dominance of mosses and the presence of extensive peat deposits.

**Channel migration zone (CMZ) —** An area adjacent to an unconfined stream channel where channel migration is likely to occur during high flow events. The presence of side channels or oxbows, stream-associated wetlands, and low terraces are indicators of these zones. The extent of these areas will be determined through site inspections using professional judgment.

**Inner gorge —** An area next to a stream or river where the adjacent slope is significantly steeper than the gradient of the surrounding hillsides. In the absence of an on-site inspection and determination by a Department of Forestry geotechnical specialist or other qualified person, these areas are defined as having a slope gradient adjacent to the stream of 70 percent (35 degrees) or greater, and where the height of the slope break is at least 15 feet (measured vertically) above the elevation of the channel.

**Stream —** A channel that carries flowing surface water during some portion of the year, including associated beaver ponds, oxbows, side channels, and stream-associated wetlands if these features are connected to the stream by surface flow during any portion of the year. Ephemeral overland flow is not a stream since this type of flow does not have a defined channel.

Management strategies within riparian areas should be consistent with achieving or maintaining the desired conditions specified for the water body. For areas that do not meet the desired condition, management strategies should be designed to move the stand towards these conditions in a timely manner. Riparian areas that meet the desired conditions should be maintained in that state with limited or no management activity.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 2 of 22

- **Seasonal high energy streams—** The presence of a relatively wide active channel on these seasonally flowing streams indicates that periodic high flows can be a prevalent channel-forming feature. The relatively steep gradient, in combination with the potential for high flows, indicates a capacity for these streams to potentially transport coarse sediment and large wood. Where the influence of large wood is lacking, segments of these channels are often observed to have scoured to a bedrock-dominated form. With large wood, these channels commonly exhibit a stepped profile as a result of coarse sediment storage. The presence of large wood can substantially affect the morphology of these channels. Fine sediment and leaf litter (nutrient) storage processes are somewhat limited due to the natural hydrologic ability of these streams to transport smaller materials. Large wood transport events are assumed to be limited to infrequent high flow events and debris flows. The lack of perennial flow minimizes the influence of these streams on water temperature in downstream fish-bearing reaches.

  Management along these streams should be designed to focus on providing a source of large, durable woody debris to maintain a stepped profile channel form, and to create habitat beneficial to aquatic species. The wood will function as sites to sort and store coarse sediments within the stream, and to provide a large wood supply for downstream reaches during periodic transport events. Large wood in these streams will also function to trap smaller materials, which will enhance the storage and processing of leaf litter (nutrients). Riparian vegetation should also be managed to protect stream bank stability, and provide leaf litter input. Since these streams do not flow perennially, management has little potential to affect water temperature in downstream reaches, or moderate near-channel riparian micro-climate.

- **Seasonal potential debris flow track reaches—** The physical setting and characteristics of these streams indicates a high probability of large wood delivery to downstream fish-bearing waters should slope failure events occur. The morphology of these channels is conducive to transporting large wood during debris flows. The presence of high risk sites near these channels indicates a potential that debris flow events could occur. During these events, it is assumed that vegetation retained along the debris flow track will either reduce the energy of the event and cause the materials to become temporarily stored within the channel, or become entrained within the debris wedge for delivery to downstream reaches. Management should focus on maintaining vegetation that has a high probability of interacting with debris flows along this track. The emphasis should be on maintaining large trees that can provide the functional habitat-forming elements of these natural disturbance events.

  The presence of vegetation along these channels supports stream functions and processes during the period when debris flow events do not occur. Riparian vegetation provides nutrient (leaf litter) input. Large wood recruited to these channels sorts and stores coarse sediments, and influences channel morphology. This material also enhances nutrient storage and processing functions. The lack of perennial flow minimizes potential influences on summer water temperature in downstream fish-bearing reaches.

---

❑ 4-36  FINAL PLAN   April 2010          Resource Management Concepts and Strategies

Defendants' Request for Judicial Notice
Exhibit 2 - Page 3 of 22

# Aquatic and Riparian Strategy 2

**Apply management standards for aquatic and riparian areas. Establish and maintain riparian management areas adjacent to all streams, in accordance with Appendix J of this plan and species of concern strategies where they apply.**

More site-specific prescriptive standards for aquatic and riparian areas constitute a key piece of the second tier of the balanced approach, and will guide forest management activities to achieve properly functioning aquatic and riparian habitat conditions over time. All management actions will be consistent with these standards.

The standards will be applied until the adaptive management process results in identification of alternative strategies or standards that better meet the objectives for aquatic and riparian habitats. As new information and a better understanding of the watershed functions and processes become available, this knowledge will be integrated into the management of riparian and aquatic habitat.

The management standards include specific provisions for establishing riparian management areas and describe how management is to occur within these areas.

Riparian management areas will be established immediately adjacent to waterways for the purpose of protecting aquatic and riparian resources, and maintaining the functions and ecological processes of the waterways. Within these areas, special management considerations and operational restrictions will be applied, and the protection of aquatic resources will be a high priority.

The width of riparian management areas will vary by the type and classification of the water body. These widths were developed by considering the functions and processes to be achieved or maintained by management activities. The width of a riparian management area (RMA) is measured horizontally beginning at the average high water level of the water body, or the edge of stream-associated wetland, side channel, or channel migration zone (whichever is farthest from the waterway), and extending toward the uplands. The width of these areas will be expanded, if necessary, to fully encompass certain sensitive sites such as inner gorge areas, or other special sites noted in the management prescriptions.

Riparian management area widths are intended to be averages applied over the length of a management site. The actual extent of a specific RMA can be varied to tailor vegetation retention to site-specific conditions, or to address special resource considerations. For example, an RMA boundary will be expanded where a potentially unstable slope adjacent to a stream could deliver materials to the stream. The intent of this action is to increase the potential for large wood delivery should a disturbance event occur. Variations in RMA design will always be completed in a manner consistent with the management objectives for the specific aquatic or riparian area.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 4 of 22

Some seasonal non-fish-bearing streams are further classified as:

- **Seasonal high energy streams —** Seasonal streams with physical conditions that favor the periodic transport of coarse sediments and woody materials during high flow events. For the purposes of this plan, and in the absence of specific geomorphologic identification, stream reaches with an average gradient exceeding 15 percent, and an active channel width of five (5) feet or more will be defined as seasonal high energy streams.

- **Potential debris flow track reaches —** Potential debris flow track reaches are reaches on seasonal Type N streams that have been determined to have a high probability of delivering woody debris to a Type F stream.

Oregon Department of Forestry field staff will make the determination of the probability that a reach will deliver woody debris to a Type F stream, using the following criteria:

1. The seasonal stream reach must terminate at or below a high risk site. High risk sites include:
    a. Active landslides (slopes with tension cracks, unvegetated soil scarps, or jackstrawed trees caused by slope movement).
    b. Slopes steeper than 80 percent, excluding competent rock outcrops.
    c. Headwalls or draws steeper than 70 percent.
    d. Abrupt slope breaks, where the lower slope is the steeper and exceeds 70 percent, except where the steeper slope is a competent rock outcrop.
    e. Incised channels (hill slopes adjacent to the channel and steeper than the upland slope) with slopes steeper than 60 percent.
    f. Any other site determined to be of marginal stability by a Department of Forestry geotechnical specialist.

2. The path of a potential debris flow and the likelihood that a debris flow will reach a Type F stream. If any one of the following three conditions is present along the path from the high risk site to the Type F stream, then a debris flow is likely to stop and the stream reach would be determined to have a low probability of woody debris delivery:
    a. The presence of a channel junction that is 70 degrees or more, provided the channel downstream of the junction is less than 35 percent gradient.
    b. The presence of a stream reach which is less than 6 percent gradient for at least 300 feet.
    c. An average slope from the high risk site along the potential landslide path to the stream that is less than 20 percent.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 5 of 22

**Risk Findings:**

If the risk is low (minimal or no likelihood of delivery to aquatic system), then no management modification will be recommended.

If the risk is moderate (potential to deliver but likelihood is low) then there will be further assessment of the condition and significance of the aquatic resource. If the aquatic resource is already significantly degraded or identified as part of a salmonid emphasis area, then the geotechnical specialist will develop recommendations for modifying the harvest operation. Otherwise, no modifications to the operation will be made.

If the risk is high (likely to deliver to the aquatic system) then the geotechnical specialist will develop recommendations for avoiding, mitigating, or minimizing the risk. This will include an evaluation of the potential debris chute or run-out channel, consistent with the criteria provided for identification of debris flow track reaches in the riparian management area strategies.

If the risk is high and the logistics of the harvest layout (topography and geometry) will allow simple boundary changes, then the potential initiation site (hazard) will be excluded from the operation area.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 6 of 22



# Appendix J

# Management Standards for Aquatic and Riparian Areas

The *Northwest Oregon State Forests Management Plan* uses a blended approach for the aquatic and riparian strategies. The first component is the landscape management strategies described in Chapter 4 of the plan. Over time, these strategies will create properly functioning riparian and aquatic conditions and processes. The second component a set of more site-specific strategies for aquatic and riparian areas, is discussed in detail in this appendix.

The second component of the blended approach is a set of more site-specific or prescriptive strategies designed to protect key resource elements or provide for specific functional elements not necessarily addressed by the landscape strategies.

In Chapter 4, Aquatic and Riparian Strategy 2 states:

**Apply management standards for aquatic and riparian areas. Establish and maintain riparian management areas adjacent to all streams, in accordance with the standards described in Appendix J of this plan and species of concern where they apply.**

The site-specific, prescriptive standards in this appendix will guide forest management activities to achieve properly functioning aquatic and riparian habitat conditions over time. Management actions will be consistent with these standards, except where specific exceptions are documented and authorized by the District Forester. As information from monitoring efforts, watershed assessment and analysis, and other sources becomes available, specific standards may be changed or modified as necessary to meet the overall goal of maintaining and restoring properly functioning aquatic habitats.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 7 of 22

# Riparian Management Areas (RMAs)

Riparian management areas will be established immediately adjacent to waterways for the purpose of protecting aquatic and riparian resources, and maintaining the functions and ecological processes of the waterways. Within these areas, special management considerations and operational restrictions will be applied, and the protection of aquatic resources will be a high priority.

The width of riparian management areas will vary by the type and classification of the water body. These widths were developed by considering the functions and processes to be achieved or maintained by management activities. The width of a riparian management area (RMA) is measured horizontally beginning at the average high water level of the water body, or the edge of stream-associated wetland, side channel, or channel migration zone (whichever is farthest from the waterway), and extending toward the uplands. The width of these areas will be expanded, if necessary, to fully encompass certain sensitive sites such as inner gorge areas, or other special sites noted in the management prescriptions. See the "Key Terms" box on the next page for definitions.

Riparian management area widths are intended to be averages applied over the length of a management site. The actual extent of a specific RMA can be varied to tailor vegetation retention to site-specific conditions, or to address special resource considerations. For example, an RMA boundary will be expanded where a potentially unstable slope adjacent to a stream could deliver materials to the stream. The intent of this action is to increase the potential for large wood delivery should a disturbance event occur. Variations in RMA design will always be completed in a manner consistent with the management objectives for the specific aquatic or riparian area.

On the next several pages, guidelines are given for defining the four zones of a riparian management area and classifying streams. See "Basic Concepts for Aquatic and Riparian Conservation" in Chapter 4 for discussion of the functions and processes of healthy aquatic systems and the desired future condition for streams.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 8 of 22

**Key Terms**

**Active channel width —** The average width of the stream channel at the normal high water level. The normal high water level is the stage reached during average annual high flow. This high water level mark often corresponds with the edge of streamside terraces; a change in vegetation, soil or litter characteristics; or the uppermost scour limit (bankfull stage) of a channel.

**Average high water level —** The stage reached during the average annual high flow period. This level often corresponds with the edge of streamside terraces, marked changes in vegetation, or changes in soil or litter characteristics.

**Bog —** A wetland that is characterized by the formation of peat soils and that supports specialized plant communities. A bog is a hydrologically closed system without flowing water. It is usually saturated, relatively acidic, and is dominated by ground mosses, especially sphagnum. Bogs are distinguished from other wetlands by the dominance of mosses and the presence of extensive peat deposits.

**Channel migration zone (CMZ) —** An area adjacent to an unconfined stream channel where channel migration is likely to occur during high flow events. The presence of side channels or oxbows, stream-associated wetlands, and low terraces are indicators of these zones. The extent of these areas will be determined through site inspections using professional judgment.

**Inner gorge —** An area next to a stream or river where the adjacent slope is significantly steeper than the gradient of the surrounding hillsides. In the absence of an on-site inspection and determination by a Department of Forestry geotechnical specialist or other qualified person, these areas are defined as having a slope gradient adjacent to the stream of 70 percent (35 degrees) or greater, and where the height of the slope break is at least 15 feet (measured vertically) above the elevation of the channel.

## Guidelines: The Four Zones of a Stream Riparian Management Area

Riparian management areas established along streams will contain four zones. The purposes and differences between these four zones are defined below and on the next page.

**Aquatic zone —** The aquatic zone is the area that includes the stream channel(s) and associated aquatic habitat features. This zone includes beaver ponds, stream-associated wetlands, side channels, and the channel migration zone. The other zones of a riparian management area are established upslope from the outer edge of these features.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 9 of 22

**Stream bank zone —** The stream bank zone is the land closest to the stream, including the stream banks. Most riparian functions are supported to some extent by vegetation in this zone, including providing aquatic shade, the delivery of down wood and organic inputs (leaves and tree litter) to the stream and riparian area, stabilizing the stream bank, contributing to floodplain functions, and influencing sediment routing processes.

• The stream bank zone is defined as the area within 25 feet of the outer edge of the aquatic zone for all streams. This zone exists on both sides of a stream.

**Inner RMA zone —** The inner RMA zone is the next area away from the stream, adjacent to the stream bank zone. Vegetation within this zone contributes substantially to desired riparian functions, including providing aquatic shade, delivering a high proportion of the potential large wood available, and contributing organic inputs to the stream. Vegetation within this area also provides some protection to certain aspects of riparian micro-climate. Because vegetation in this zone has a relatively greater role in supporting riparian functions and processes, a high priority is being placed on management actions in this area.

• The inner RMA zone extends from 25 feet (the outer edge of the stream bank zone) to 100 feet from the stream. This zone exists on both sides of a stream.

**Outer RMA zone —** The outer RMA zone is the portion of the riparian management area farthest away from the stream. Vegetation within this zone may still contribute to certain riparian functions and processes, but to a lesser extent than the two zones closest to the stream. The primary functions provided by vegetation in this area include additional contributions of large wood to the riparian zone and stream channel, and the protection of riparian micro-climate. In some cases, the outer zone may also partially buffer the two inner zones from certain disturbance events such as windthrow.

• The outer RMA zone extends from the edge of the inner zone at 100 feet out to 170 feet from the stream. This zone exists on both sides of a stream.

## Guidelines: Stream Classification

Determination of the applicable management standards for riparian areas is based on a stream classification system. Streams are grouped into two major categories based on the primary beneficial uses of the stream. Streams are further classified according to size, based on average annual flow. Flow pattern (perennial and seasonal) is also considered for small non-fish-bearing waters. This classification system is generally consistent with the method used for administration of the Oregon Forest Practices Act, as described in the Department of Forestry's Forest Practice Technical Note FP1 — Water Classification (Oregon Department of Forestry 1994).

Defendants' Request for Judicial Notice
Exhibit 2 - Page 10 of 22

**Beneficial Use Classifications**

Streams, and other aquatic habitats, are classified into two major groups based on the presence or absence of certain fish species. The following definitions will be applied in classifying streams.

**Fish-bearing (Type F)** — Waters that are inhabited at any time of the year by anadromous or game fish species, or by fish species that are listed as threatened or endangered under either federal or state Endangered Species Acts.

**Non-fish-bearing (Type N)** —   Waters that are not fish-bearing (see previous definition).

**Stream Size Classifications**

Streams are further classified by size, based on estimated average annual flow. The following definitions apply to these size categories.

- **Small** — Average annual flow of 2 cfs (cubic feet per second) or less.
- **Medium** — Average annual flow greater than 2 cfs, but less than 10 cfs.
- **Large** — Average annual flow of 10 cfs or greater.

**Flow Pattern Classifications**

Small non-fish-bearing (Type N) streams are also classified according to the flow pattern exhibited in normal water years. For the purposes of this plan, the following definitions will be used.

- **Perennial Type N streams** —   streams that are expected to have summer surface flow after July 15.
- **Seasonal Type N streams** —   streams that only flow during portions of the year; these streams are not expected to have summer surface flow after July 15.

Some seasonal non-fish-bearing streams are further classified as:

- **Seasonal high energy streams** —   Seasonal streams with physical conditions that favor the periodic transport of coarse sediments and woody materials during high flow events. For the purposes of this plan, and in the absence of specific geomorphologic identification, stream reaches with an average gradient exceeding 15 percent, and an active channel width of five (5) feet or more will be defined as seasonal high energy streams.

- **Potential debris flow track reaches** — Potential debris flow track reaches are reaches on seasonal Type N streams that have been determined to have a high probability of delivering woody debris to a Type F stream.

Northwest Oregon State Forests Management Plan    FINAL PLAN    April 2010 ❑  J-5

Defendants' Request for Judicial Notice
Exhibit 2 - Page 11 of 22

Oregon Department of Forestry field staff will make the determination of the probability that a reach will deliver woody debris to a Type F stream, using the following criteria:

1. The seasonal stream reach must terminate at or below a high risk site. High risk sites include:
   a. Active landslides (slopes with tension cracks, unvegetated soil scarps, or jackstrawed trees caused by slope movement).
   b. Slopes steeper than 80 percent, excluding competent rock outcrops.
   c. Headwalls or draws steeper than 70 percent.
   d. Abrupt slope breaks, where the lower slope is the steeper and exceeds 70 percent, except where the steeper slope is a competent rock outcrop.
   e. Incised channels (hill slopes adjacent to the channel and steeper than the upland slope) with slopes steeper than 60 percent.
   f. Any other site determined to be of marginal stability by a Department of Forestry geotechnical specialist.

2. The path of a potential debris flow and the likelihood that a debris flow will reach a Type F stream. If any one of the following three conditions is present along the path from the high risk site to the Type F stream, then a debris flow is likely to stop and the stream reach would be determined to have a low probability of woody debris delivery:
   a. The presence of a channel junction that is 70 degrees or more, provided the channel downstream of the junction is less than 35 percent gradient.
   b. The presence of a stream reach which is less than 6 percent gradient for at least 300 feet.
   c. An average slope from the high risk site along the potential landslide path to the stream that is less than 20 percent.

# Management Standards for RMAs

The following standards will guide management activities so that properly functioning riparian and aquatic conditions will be created over time. These standards will apply until alternative standards are identified through the adaptive management process. As new information and a better understanding of the watershed functions and processes become available, this knowledge will be integrated into the management of riparian and aquatic habitat through the adaptive management process. The management standards are presented in Tables J-1 and J-2.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 12 of 22

## Table J-1.  Management Standards for Type F Stream RMAs

| All Stream Sizes: Large, Medium, and Small | |
|---|---|
| Stream bank zone 0-25 ft. | <ul><li>No harvest.</li><li>Less than 10% vegetative disturbance.</li><li>Full suspension required during cable yarding.</li><li>No ground-based equipment operation.</li><li>Leave any trees damaged or felled from yarding activities.</li></ul> |
| Inner RMA zone 25 to 100 ft. | <ul><li>Manage for mature forest condition.[1]</li><li>No management activity where mature forest condition (MFC) exists, or where conditions are suitable for development of MFC in a reasonable time frame without further treatment.</li><li>Actively manage where necessary to achieve the desired future condition in a timely manner.</li><li>Minimum 15-year interval between harvest entries, and minimum number of entries necessary to achieve the desired future condition.</li><li>Partial cutting will maintain a conifer density of at least SDI 25%, and will retain at least 50 TPA.</li><li>No more than 10% vegetative disturbance allowed from cable yarding.</li><li>Full suspension wherever possible, or one-end suspension on all cable-yarded material.</li><li>Ground-based equipment operation limited to area more than 50 ft. from aquatic zone and slopes less than 35%, and allowed on no more than 10% of area.</li><li>Leave any trees damaged or felled from yarding activities and additional felled, girdled or topped trees to contribute toward down wood targets.[2]</li><li>Retain all dead and down material that was present prior to the operation.</li></ul> |
| Outer RMA zone 100 to 170 ft. | <ul><li>Retain at least 10 to 45 [3] conifer trees and snags per acre (15 to 70 trees per 1,000 ft. of RMA). [4]</li><li>Retain all snags as safety permits.</li><li>Less than 10% ground disturbance from yarding activities.</li><li>Retain all dead and down material that was present prior to the operation.</li></ul> |

1.  Desired mature forest condition consists of a stand dominated by large conifer trees, or where hardwood-dominated conditions are expected to be the natural plant community, a mature hardwood/shrub community. For conifer stands, this equates to a basal area of 220 square feet or more per acre, inclusive of all conifers over 11 inches DBH. At a mature age (80-100 years or greater), this equals 40-45 conifer trees 32 inches in DBH per acre.
2.  Up to 10 trees per acre will be retained as felled, girdled, or topped trees during partial cutting, to reach a target of 600-900 cubic feet per acre of hard down wood.
3.  Outer zone tree retention target will be increased when less than the target number of conifers is present in the inner zone. The process for calculating the outer zone retention target is described in the section following the RMA prescription tables.
4.  All trees retained will be dominant or co-dominant conifer trees (if available). In order to balance the need for short-term and long-term recruitment of large wood to the aquatic zone, preference will be given to retaining trees on adjacent slopes, trees leaning toward the aquatic zone, and trees closest to the channel.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 13 of 22

## Table J-2.  Management Standards for Type N Stream RMAs

| Large and Medium Type N Streams | |
|---|---|
| Stream bank zone 0-25 ft. | • No harvest.<br>• Less than 10% vegetative disturbance from cable yarding.<br>• Full suspension required.<br>• No ground-based equipment operation.<br>• Leave any trees damaged or felled from yarding activities. |
| Inner RMA zone 25-100 ft. | • Manage for mature forest condition.[1]<br>• No management activity where mature forest condition target already exists.<br>• Actively manage where beneficial to achieve desired future condition.<br>• Minimum 15-year interval between harvest entries, and minimum number of entries necessary to achieve the desired future condition.<br>• Partial cutting will maintain a conifer density of at least SDI 25%, and will retain at least 50 TPA.<br>• No more than 10% vegetative disturbance allowed from cable yarding.<br>• Full suspension wherever possible, or one-end suspension on all cable-yarded material.<br>• Ground-based equipment operation limited to area more than 50 ft. from aquatic zone and slopes less than 35%, and allowed on no more than 10% of area.<br>• Leave any trees damaged or felled from yarding activities and additional felled, girdled or topped trees to contribute to down wood targets.[2]<br>• Retain all dead and down material that was present prior to the operation. |
| Outer RMA zone 100-170 ft. | • Manage to retain at least 10 conifer trees and snags per acre (15 trees per 1,000 ft. of RMA).[3]<br>• Retain all snags as safety permits. |

1. Desired mature forest condition consists of a stand dominated by large conifer trees, or where hardwood-dominated conditions are expected to be the natural plant community, a mature hardwood/shrub community. For conifer stands, this equates to a basal area of 220 square feet or more per acre, inclusive of all conifers over 11 inches DBH. At a mature age (80-100 years or greater), this equals 40-45 conifer trees 32 inches in DBH per acre.
2. Up to 10 trees per acre will be retained as felled, girdled, or topped trees during partial cutting, to reach a target of 600-900 cubic feet per acre of hard down wood.
3. All trees retained will be dominant or co-dominant conifer trees (if available). In order to balance the need for short-term and long-term recruitment of large wood to the aquatic zone, preference will be given to retaining trees on adjacent slopes, trees leaning toward the aquatic zone, and trees closest to the channel.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 14 of 22

## Table J-2 continued.  Management Standards for Type N Stream RMAs

| **Small Perennial Type N Streams (applied to at least 75% of reach)[1]** | |
|---|---|
| Stream bank zone 0-25 ft. | • No harvest.<br>• No ground-based equipment operation. |
| Inner RMA zone 25-100 ft. | • Manage to retain at least 15-25 conifer trees and snags per acre (25-40 trees per 1,000 ft. of RMA).[2,3]<br>• Retain all other snags as safety permits.<br>• Within 500 ft. of a confluence with a Type F stream, retain all hardwoods, non-merchantable trees, and other conifers as necessary, to achieve 80% shade over aquatic zone.<br>• Retain all dead and down material that was present prior to the operation. |
| Outer RMA zone 100-170 ft. | • Manage to retain 0-10 conifer trees and snags per acre (0-15 trees per 1,000 ft. of RMA).[2,3]<br>• Retain all snags as safety permits. |

1. Prescription to be applied to at least 75% of perennial stream reach, including the first 500 ft. above the confluence with a Type F, and areas that meet the definition of a Special Emphasis Area (SEA) according to the definitions in the section following these tables.
2. All trees retained will be dominant or co-dominant conifer trees (if available). In order to balance the need for short-term and long-term recruitment of large wood to the aquatic zone, preference will be given to retaining trees on adjacent slopes, trees leaning toward the aquatic zone, and trees closest to the channel.
3. In meeting the tree retention target for the inner and outer zones, preference will be given to retaining trees within the inner zone. Where there are sufficient trees within the inner zone to meet the combined target for the two zones (40 trees per 1,000 ft.), then no additional leave trees are required in the outer zone.

Northwest Oregon State Forests Management Plan   FINAL PLAN   April 2010 ❑ J-9

## Table J-2 continued.  Management Standards for Type N Stream RMAs

| | |
|---|---|
| **Small Seasonal Type N Streams: High Energy Reaches (applied to at least 75% of reach)[1]** | |
| Stream bank zone 0-25 ft. | • No harvest.<br>• No ground-based equipment operation. |
| Inner RMA zone 25-100 ft. | • Manage to retain at least 15-25 conifer trees and snags per acre (25-40 trees per 1,000 ft. of RMA).[2,3]<br>• Retain all other snags as safety permits.<br>• Retain all dead and down material that was present prior to the operation. |
| Outer RMA zone 100-170 ft. | • Manage to retain 0-10 conifer trees and snags per acre (0-15 trees per 1,000 ft. of RMA).[2,3]<br>• Retain all snags as safety permits. |
| **Small Seasonal Type N Streams: Potential Debris Flow Track Reaches (applied to at least 75% of reach)[1]** | |
| Stream bank zone 0-25 ft. | • No harvest.<br>• No ground-based equipment operation. |
| Inner RMA zone 25-100 ft. | • Manage to retain at least 10 conifer trees and snags per acre (15 trees per 1,000 ft. of RMA).[2,4]<br>• Retain all other snags as safety permits.<br>• Retain all dead and down material that was present prior to the operation. |
| Outer RMA zone 100-170 ft. | • Retain trees and snags sufficient to meet landscape management strategy targets. |
| **Other Small Seasonal Type N Streams (applied to at least 75% of reach)** | |
| Stream bank zone 0-25 ft. | • Maintain integrity of stream channel.<br>• No ground-based equipment operation. |
| Inner RMA zone 25-100 ft. | • Manage to retain at least 10 conifer trees and snags per acre where operationally feasible (16 trees per 1,000 ft. of RMA).[2]<br>• Retain all other snags as safety permits.<br>• Retain all dead and down material that was present prior to the operation. |
| Outer RMA zone 100-170 ft. | • Retain trees and snags sufficient to meet landscape management strategy targets. |

1. Prescription to be applied to at least 75% of stream reach, including the first 500 ft. above the confluence with a Type F stream.
2. All trees retained will be dominant or co-dominant conifer trees (if available). In order to balance the need for short-term and long-term recruitment of large wood to the aquatic zone, preference will be given to retaining trees on adjacent slopes, trees leaning toward the aquatic zone, and trees closest to the channel.
3. In meeting the tree retention target for the inner and outer zones, preference will be given to retaining trees within the inner zone. Where there are sufficient trees within the inner zone to meet the combined target for the two zones (40 trees per 1,000 ft.), then no additional leave trees are required in the outer zone.
4. To maximize the influence of retained trees on debris flow processes, preference will be given to retaining these trees as close to the stream channel as operationally feasible, or on adjacent slope features that exhibit a high potential for failure and delivery to the stream.

Defendants' Request for Judicial Notice<br>Exhibit 2 - Page 16 of 22

# Increasing Outer Zone Conifer Retention on Type F Streams

On Type F streams, in situations where the number of conifers available for retention within the inner zone is not adequate to achieve the large wood delivery potential of a mature forest condition, additional conifers will be retained in the outer zone to provide additional large wood recruitment potential.

This additional outer zone target will apply when the number of conifers of suitable size (11 inches or greater DBH) in the inner zone is less than the mature forest condition target of 45 TPA (100 trees per 1,000 lineal feet of stream for a 100-foot inner zone).

The number of additional conifers to be retained in the outer zone will be equal to the deficit from the inner zone target, adjusted to account for the different widths of the zones. For example, if the inner zone has an average of 70 suitable conifers per 1,000 feet of stream, then the additional retention level for the outer zone would equal 30 times 0.7, or an additional 21 conifers per 1,000 feet of outer zone.

In no case shall the number of conifers required to be retained in the outer zone exceed the inner zone target for mature forest condition. This means no more than 70 conifers per 1,000 feet of outer zone or 45 TPA are required. In addition, no trees shall be required to be retained in the outer zone in locations where, due to topography, they would have no opportunity to reach the area within the channel migration zone and thus potentially function as large wood in the stream channel. All conifers retained under this strategy shall meet the conifer retention criteria as described in footnotes to Tables J-1 and J-2: dominant or co-dominant trees, with preference given to retaining trees on adjacent slopes, trees leaning toward the aquatic zone, and trees closest to the channel.

# Perennial Type N Stream Special Emphasis Areas

On small Type N streams, the required riparian management areas will be located to provide protection to the following special emphasis areas. These special emphasis areas may be especially important to certain species (such as amphibians), or to the functions and processes within a watershed.

## Seeps and Springs in Inner RMA Zone, Connected to Aquatic Zone

The 25-foot stream bank zone of the stream, which is the no-harvest zone, will be extended around the outer perimeter of side slope seeps and springs that are within 100 feet of the aquatic zone and connected to the channel via overland flow. The inner zone will follow that boundary.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 17 of 22

## Source Areas of Perennial Streams

The 25-foot stream bank zone, which is the no-harvest zone, will be extended for a distance of 100 feet above the initiation point of perennial flow.

## Stream-Associated Wetlands

The 25-foot stream bank zone, which is the no-harvest zone, will be extended around the outer perimeter of the wetland area.

## Inner Gorge Areas

- A no-harvest zone will be extended to the top of the slope break that defines the inner gorge.
- If the slope break is less than 100 feet from the edge of the CMZ, then the applicable inner zone standard will be applied for the remaining distance (out to a maximum of 100 feet), and the applicable outer zone standard will be applied out to 170 feet.
- If the slope break is greater than 100 feet from the edge of the CMZ, then the outer zone standard will be applied from the slope break out to 170 feet.

## Stream Junctions

The 25-foot stream bank zone (no harvest) will be extended for a minimum of 100 feet upstream and downstream, on each stream, where two or more small Type N perennial streams intersect.

## Significant Waterfalls

- A significant waterfall is one that has an identifiable splash zone. The splash zone is the area immediately adjacent to the stream channel that is occupied by vegetation commonly associated with wet areas, i.e., mosses, maidenhair or licorice fern, and other hydric species.
- For these sites, the stream bank zone (no harvest) will be extended around the outer perimeter of the splash zone of the waterfall.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 18 of 22

# Landscape Green Tree Retention and RMA Conifer Retention Targets

It is recognized that conifer trees retained on the landscape during regeneration harvests provide benefits to both upland and riparian species, as well as contributing to aquatic habitats. Although any given tree or group of trees retained may provide multiple benefits, it is assumed that it would be undesirable for all leave trees to be concentrated in riparian management areas, with few or none in upslope areas, or vice-versa. Therefore, the following standards and guidelines will be used in accounting for the required RMA and landscape-level live tree retention targets.

## Management Standards

- Conifers retained to meet the requirements in the inner zone of streams managed for mature forest condition (Type F, and large or medium Type N) will not be counted towards achieving the landscape-level live tree retention standard.

- Conifer trees retained to meet the requirements on all other RMA zones may be counted towards achieving the landscape-level leave tree retention standard.

## Management Guidelines

- On regeneration harvest units, leave trees should be arranged to meet the intent and functional objectives for both riparian and upslope habitat values.

- On average, at least 25 percent of the leave trees required to meet the landscape standard should be located in riparian areas that extend well into upslope areas, or in upslope areas that are outside of riparian areas.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 19 of 22

# Other Aquatic Habitats

The northwest Oregon state forests contain other aquatic habitats besides streams, such as wetlands, lakes, ponds, bogs, seeps and springs. The management objectives for these waters are generally similar to the objectives for streams, but the specific prescriptions are sometimes different. The following strategies apply to these other aquatic habitats.

## Prescriptions

The prescriptions for other aquatic habitats are presented in the following two tables.

---

### Key Terms

**Wetland —** An area that is inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal conditions does support, a prevalence of vegetation typically adapted for life in saturated soil conditions. The process used to determine the presence of wetlands will be consistent with the method described in the 1989 *Federal Manual for Identifying and Delineating Jurisdictional Wetlands* (USDI Fish and Wildlife Service et al. 1989).

**Bog —** A wetland that is characterized by the formation of peat soils and that supports specialized plant communities. A bog is a hydrologically closed system without flowing water. It is usually saturated, relatively acidic, and is dominated by ground mosses, especially sphagnum. Bogs are distinguished from other wetlands by the dominance of mosses and the presence of extensive peat deposits.

---

Defendants' Request for Judicial Notice
Exhibit 2 - Page 20 of 22

## Table J-3.  Management Prescriptions for Lakes, Ponds, and Wetlands

### Greater Than 1 Acre

- Establish a 25-foot no harvest zone, starting from the high water line, or wetland boundary (whichever is greater).
- Establish a riparian management area (RMA) of 100 feet from the high water line, or wetland boundary (whichever is greater).
- Manage vegetation to achieve and maintain mature forest conditions.
- The site-specific prescription will classify the wetland.

### From 1/4 Acre to 1 Acre

- Establish a 25-foot no harvest zone, starting from the high water line, or wetland boundary (whichever is greater).
- Establish a riparian management area (RMA) of 50 feet from the high water line, or wetland boundary (whichever is greater).
- Within the RMA, harvest activities will retain at least 50% of the existing live tree basal area, or 110 square feet of basal area per acre (whichever is greater). Retained trees will generally be representative of the existing diameter classes and species distribution, with a preference for retaining trees greater than 20 inches DBH.
- If the waterway is inhabited by fish, or is identified as an important area for temperature-sensitive amphibian species, at least 80% shade will be maintained over the aquatic area.
- The site-specific prescription will classify the wetland.

### Less Than 1/4 Acre

- Establish an RMA of 50 feet for waters containing fish (Type F), or 25 feet for non-fish-bearing (Type N) waters. These areas will be measured from the high water line, or wetland boundary (whichever is greater).
- For Type F waters, harvest within the RMA will retain at least 50% of the existing live tree basal area, or 110 square feet of basal area per acre (whichever is greater). Retained trees will generally be representative of the existing diameter classes and species distribution, with a preference for retaining trees greater than 20 inches DBH.
- For Type N waters, hardwood trees and brush will be retained to protect the hydrologic functions and wildlife habitat values of the site.
- If the waterway is inhabited by fish, or is identified as an important area for temperature-sensitive amphibian species, at least 80% shade will be maintained over the aquatic area.

### Stream-Associated Wetlands

- Stream-associated wetlands are considered to be components of the aquatic habitat of streams, and will be managed according to the objectives and prescriptions specified for the associated stream.

Defendants' Request for Judicial Notice
Exhibit 2 - Page 21 of 22

## Table J-4. Management Prescriptions for Estuaries, Bogs, Seeps, and Springs

| Estuaries |
|---|
| • Establish a 25-foot no harvest zone, starting from the high water line or estuarine wetland boundary (whichever is greater).<br>• Establish a riparian management area (RMA) of 200 feet from the high water line, or estuarine wetland boundary (whichever is greater).<br>• Manage vegetation within the RMA to achieve and maintain mature forest conditions. |
| Bogs |
| • Establish a 25-foot no harvest zone, starting from the high water line or wetland boundary (whichever is greater).<br>• Establish an RMA of 100 feet from the high water line or wetland boundary (whichever is greater).<br>• Manage vegetation within the RMA to achieve and maintain mature forest conditions. |
| Seeps and Springs |
| Where possible, these aquatic areas should be incorporated into the RMAs of adjacent streams, and vegetation retention provided according to the stream prescription. In practice, this may simply require adjusting the boundary of a stream's RMA to fully encompass the spring or seep.<br><br>Other management considerations for some of these areas were described earlier in the section titled "Perennial Type N Stream Special Emphasis Areas." |

Defendants' Request for Judicial Notice
Exhibit 2 - Page 22 of 22

## CERTIFICATE OF SERVICE

I certify that on August __24__, 2018, I served the foregoing DEFENDANTS' REQUEST FOR JUDICIAL NOTICE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Oliver J. Stiefel | ___ HAND DELIVERY |
| Crag Law Center | ___ MAIL DELIVERY |
| 917 SW Oak St., Ste. 417 | ___ OVERNIGHT MAIL |
| Portland, OR 97205 | _X_ E-SERVE |

*Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society*

| | |
|---|---|
| Christopher G. Winter | ___ HAND DELIVERY |
| Crag Law Center | ___ MAIL DELIVERY |
| 917 SW Oak St., Ste. 417 | ___ OVERNIGHT MAIL |
| Portland, OR 97205 | _X_ E-SERVE |

*Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society,*

| | |
|---|---|
| Amy R. Atwood | ___ HAND DELIVERY |
| Center for Biological Diversity | ___ MAIL DELIVERY |
| PO Box 11374 | ___ OVERNIGHT MAIL |
| Portland, OR 97211 | _X_ E-SERVE |

*Of Attorneys for Plaintiffs Center for Biological Diversity, Cascadia Wildlands, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Native Fish Society*

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Nicholas Stanton Cady                    ___ HAND DELIVERY
Cascadia Wildlands                       ___ MAIL DELIVERY
PO Box 10455                             ___ OVERNIGHT MAIL
Eugene, OR 97440                         _X_ E-SERVE
    *Of Attorneys for Plaintiff Cascadia*
    *Wildlands*


                  *s/ Sarah Weston*
                  SARAH WESTON #085083
                  Assistant Attorney General
                  DARSEE STALEY #873511
                  Senior Assistant Attorney General
                  Trial Attorney
                  Tel (971) 673-1880
                  Fax (971) 673-5000
                  Sarah.Weston@doj.state.or.us
                  Darsee.Staley@doj.state.or.us
                  Of Attorneys for Defendants

Page 2 -    CERTIFICATE OF SERVICE
SW2/crr/JUSTICE-#9014232-v1-Coho_1035_CERT_CERTIFICATE_OF_SERVICE
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax (971) 673-5000