AMY R. ATWOOD (OSB #060407)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: (971) 717-6401
atwood@biologicaldiversity.org

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al, | Case No: 3:18-cv-01035-MO |
| Plaintiffs, | |
| v. | [PROPOSED] STIPULATED DISCOVERY SCHEDULE |
| DAUGHERTY, et al, | |
| Defendants. | |

Pursuant to the Court's Order of September 18, 2018 granting the parties' joint motion to stay discovery, ECF 34, 22, the Parties hereby stipulate to the following proposed discovery schedule in this case.

| DATE | EVENT |
|---|---|
| Friday, June 14, 2019 | Initial Disclosures |
| Friday, July 8, 2019 | First date on which parties may serve written Discovery |

[PROPOSED] JOINT DISCOVERY SCHEDULE                                              Page 1

| | |
|---|---|
| Friday, Sep. 27, 2019 | Expert Disclosure (initial) |
| Friday, Feb. 1, 2019 | Expert Disclosure (rebuttal) |
| Friday, Mar. 27, 2020 | Non-Expert Discovery & Disclosure Cut-Off |
| Friday, April 24, 2020 | Expert Discovery & Disclosure Cut-Off |

Upon the consent of the Parties or for good cause shown, any party may request that the Court extend any of these deadlines.

This schedule will allow sufficient time to complete what the Parties anticipate will be extensive fact and expert witness discovery in this case, endeavoring to ensure that the Parties have adequate time to develop their claims and defenses, and as a result, precluding the need for extensions that are likely to arise under a more compressed schedule.[1] The proposed schedule set forth above also considers the schedules of a multitude of expert witnesses who will weigh in on proximate cause and forestry managers with demands on their time, particularly during wildfire seasons. This schedule is also consistent with stipulated schedules in cases alleging violations of section 9 of the Endangered Species Act. *See e.g.* Minute Order, *Cascadia Wildlands et al v. Decker et al*, Civ. No. 12-00961 (D. Or. July 16, 2012), ECF No. 35 (enlarging discovery period in ESA section 9 case to 11 months); *Wild Equity Institute et al v. City and County of San Francisco et al*, Civ. No. 11-00958 (N.D. Cal. June 28, 2011), ECF No. 48 (discovery schedule for ESA section 9 case lasting 12 months).[2]

---

[1] This stipulated schedule does incorporate time for the Defendants to review the amended complaint to determine whether to file answers or move for dismissal.

[2] Although this motion does not expressly set a schedule for Plaintiffs to file a motion for a preliminary injunction, the parties have discussed that Plaintiffs may do so and recognize that the one or more parties may request an extension of the proposed discovery schedule for good cause shown should in the event that such a motion is filed.

DATED: February 6, 2019	Respectfully submitted,

FOR PLAINTIFFS:

*s/ Amy R. Atwood*
Amy R. Atwood (OSB #060407)
atwood@biologicaldiversity.org
Tel: (971) 717-6401
Brian P. Segee, admitted *pro hac vice*
bsegee@biologicaldiversity.org
Tel: (802) 750-8852
P.O. Box 11374
Portland, OR 97211
CENTER FOR BIOLOGICAL DIVERSITY

Oliver J. H. Stiefel (OSB# 135436)
oliver@crag.org
Tel: (503) 227-2212
917 SW Oak Street, Suite 417
Portland, OR 97205
CRAG LAW CENTER

Nicholas Cady (OSB #113463)
nick@cascwild.org
Tel: (541) 434-1463
P.O. Box 10455
Eugene, OR 97440
CASCADIA WILDLANDS


FOR STATE DEFENDANTS:

ELLEN F. ROSENBLUM
Attorney General

*s/ Sarah Weston*
SARAH WESTON #085083
Assistant Attorney General
DARSEE STALEY #873511
Senior Assistant Attorney General
Trial Attorney
Tel: (971) 673-1880
Fax: (971) 673-5000
Email: Sarah.Weston@doj.state.or.us

Email: Darsee.Staley@doj.state.or.us


FOR DEFENDANT-INTERVENORS:

<u>s/ Ryan P. Steen</u>
Ryan P. Steen, OSB No. 034663
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
ryan.steen@stoel.com
Telephone: 206.624.0900

Kirk B. Maag, OSB No. 105507
Crystal S. Chase, OSB No. 093104
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Email: kirk.maag@stoel.com
Email: crystal.chase@stoel.com
Telephone: 503.224.3380

*Attorneys for Oregon Forest Industries Council*


<u>s/ Jessica A. Schuh</u>
Jessica A. Schuh, OSB #164778
Email: jschuh@schwabe.com
Telephone: 503-222-9981

Jay T. Waldron, OSB #743310
Email: jwaldron@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Facsimile: 503-796-2900

*Attorneys for Intervenor Tillamook County*