AMY R. ATWOOD (OSB #060407)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(971) 717-6401
atwood@biologicaldiversity.org

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL, | Case No: 18-CV-1035 (MM) |
| Plaintiffs, | <u>DISMISSAL OF PLAINTIFFS PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS AND THE INSTITUTE FOR FISHERIES RESOURCES</u> |
| v. | |
| DAUGHERTY, ET AL, | |
| Defendants, | |
| and | |
| OREGON FOREST INDUSTRIES COUNCIL, ET AL, | |
| Defendant-Intervenors. | |

PLEASE TAKE NOTICE that the Pacific Coast Federation of Fishermen's Associations and the Institute for Fisheries Resources hereby withdraw as plaintiffs and accordingly are no longer parties in this lawsuit. With the filing of their First Amended Complaint, ECF 61, the

Center for Biological Diversity, Cascadia Wildlands, and Native Fish Society remain as the Plaintiffs to this litigation.

Respectfully submitted this 28th day of May 2019.

/s/ Amy R. Atwood
Amy R. Atwood (OSB #060407)
atwood@biologicaldiversity.org
Tel: (971) 717-6401
P.O. Box 11374
Portland, OR 97211
CENTER FOR BIOLOGICAL DIVERSITY

Brian P. Segee (admitted *pro hac vice*)
bsegee@biologicaldiversity.org
Tel: (802) 750-8852
P.O. Box 1646
Ojai, CA 93023
CENTER FOR BIOLOGICAL DIVERSITY

Oliver J. H. Stiefel (OSB# 135436)
oliver@crag.org
Tel: (503) 227-2212
3141 E. Burnside St.
Portland, OR 97214
CRAG LAW CENTER

*Attorneys for All Plaintiffs*

Nicholas Cady (OSB #113463)
nick@cascwild.org
Tel: (541) 434-1463
P.O. Box 10455
Eugene, OR 97440
CASCADIA WILDLANDS

*Attorney for Plaintiff Cascadia Wildlands*

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May 2019, a true and accurate copy of the foregoing DISMISSAL OF PLAINTIFFS PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS AND THE INSTITUTE FOR FISHERIES RESOURCES was filed electronically via the CM/ECF system by the United States District Court, District of Oregon.

DATED this 28th day of May, 2019.

*s/ Amy R. Atwood*
Amy R. Atwood
CENTER FOR BIOLOGICAL DIVERSITY
Of Attorneys for Plaintiffs