UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, ET AL,

Plaintiffs,

v.

NANCY HIRSCH, ET AL,

Defendants,

and

OREGON FOREST INDUSTRIES COUNCIL, ET AL,

Defendant-Intervenors.

Case No: 3:18-cv-01035-MO

**[PROPOSED] ORDER**

THIS CAUSE, having come before the Court on Plaintiffs' Motion for Leave to Move for Summary Judgment, and the Court being appraised of the positions of the parties and being fully advised, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED, and it is hereby

ORDERED that Plaintiffs' Motion for Partial Summary Judgment shall be entered into the docket, and it is hereby

ORDERED that State Defendants and Defendant-Intervenors shall file their responses to Plaintiffs' Motion for Partial Summary Judgment no later than 21 days from the date Plaintiffs' Motion for Partial Summary Judgment is docketed, and it is hereby

ORDERED that Plaintiffs shall reply to Defendants' responses no later than 14 days from the date of those responses are filed with the Court.

SO ORDERED.

Dated this ____ day of _________, 2021.

_______________________________
Hon. Michael W. Mosman
UNITED STATES DISTRICT JUDGE