AMY R. ATWOOD (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Street
Portland, OR 97217
(971) 717-6401

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, CASCADIA WILDLANDS, and NATIVE FISH SOCIETY,

Plaintiffs,

v.

NANCY HIRSCH, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY,

Defendants,

and

OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,

Defendant-Intervenors.

Case No: 3:18-cv-01035-MO

DECLARATION OF JOYCE SHERMAN In Support of Plaintiffs' Motion for Partial Summary Judgment

I, Joyce Sherman, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to these matters, they reflect my personal opinions, observations, and judgments.

2. I am a citizen of the United States and a resident of Lincoln City, Oregon.

3. My husband, Marty, and I have been a member of the Native Fish Society since Bill Bakke started it in 1995.

4. I have been a Salmonberry River steward since 1993, originally for Oregon Trout, and later for the Native Fish Society when they started the river steward program in 2006.

5. I was born in Portland, Oregon in the year 1942. I started fishing at age eight on the Oregon Coast, casting off the rocks near Cannon Beach. My interest in fishing came from my father, who surf fished when I was young. Dad and I fished the Roads End beach (which is now a marine reserve) and gathered mussels off the rocks.

6. I attended school in Milwaukie, Oregon and graduated in 1960. While attending Portland State College on a full scholarship and taking 22 hours of classes, I worked full time at an international Certified Public Accountant firm. I decided not continue at Portland State College to focus on my career.

7. In 1974 I started working for the world's largest publisher of sport fishing books and magazines, Amato Publishing in Milwaukie. Through working for Amato, I took interest in fly fishing.

8. In 1977 Frank Amato and I decided to publish a fly-fishing magazine for western fly anglers. By this time, I was selling all the advertising for two magazines and managing the publishing company. Initially, I had typeset and designed all publications, but as the company

grew I supervised employees instead. I never stopped editing and overseeing design and began to do lots of photography to support articles.

9. Whenever I could steal a little time from raising two children on my own, caring for two houses, and working an average of over 60 hours a week for Amato, I would sneak away to fish, usually for steelhead, often on the Clackamas, which was close to the publishing office. I bought a flat-bottomed whitewater canoe so that the kids and I could fish in Cascade lakes for trout. We camped and fished throughout western and central Oregon.

10. After leaving Amato Publishing in 1997, I started my own company, River Graphics, doing publication design and marketing for sport fishing companies. At age 78, I still do work for some of my clients and just started a book project with one.

11. When ODFW set up the first STEP (Salmon Trout Enhancement Program) Advisory Committee in 1981 I was one of the first advisors and continued for seven years. The biologist in charge of the program and I wrote the OAR and ORS that still drives the program today. I had determined that the best way to utilize volunteers was data collection: it requires miles of hiking and hours of effort to collect small bits of data which must be coordinated with other bits of data to begin to get a picture of the health of a river and its fish. ODFW will never, ever be able to afford to hire enough biologists to do adequate data collection, but it can be done by almost anyone.

12. I started the Salmonberry data collection project in 1993 with my husband Marty. Our original intent was to take a five-year snapshot of a river with a healthy run of wild winter steelhead and no hatchery influence, but the fourth year (1996) brought a “hundred-year” flood, which meant that we needed to continue to study the river. We were impressed that ODFW used our three years of data to get heavy machinery out of the river after the flood. It also prevented

the railroad repair contractor from moving river boulders to rebuild parts of the rail bed. Only three years of data, but it saved fish and the river!

13. We learned that wild steelhead had stable runs (number of redds) even when hatchery steelhead did not. Although our initial plan was simply to do spawning surveys where we would count the redds per mile of each survey reach, we also started to do temperature monitoring the first year. We soon learned to not just turn our data over to ODFW, but to keep it for ourselves as well, after the closure of the Seaside ODFW office meant that our first year of temperature monitoring data was lost between offices. We also did fall Chinook surveys, but gave it up because Chinook don't enter the river until there are fall rains, and fall rains often raise river levels too high for safe crossing and make seeing redds very difficult.

14. We have also done three large macroinvertebrate collections over the years, when we could find a way to get them processed by a lab. Macroinvertebrates (presence or absence) indicate the general health of the river.

15. We also did one IGDO (intergravel dissolved oxygen) survey to determine how much oxygen was available to fish in the river. Until the 2007 flood (which made all surveys downright difficult if not dangerous) we often had 30 or more volunteers so that we could survey consecutive reaches of the river the same day.

16. Ian Fergusson joined our volunteers in 1994 and became the keeper of the data. All of our data is provided annually to ODFW and to Native Fish Society. We've extended the known range of steelhead and fall Chinook, found a remnant run of summer Chinook, and confirmed that coho spawn in the [Salmonberry] river. I still do steelhead spawning surveys every spring and install, check, and remove temperature monitors every year.

17. Our temperature monitoring does indicate that stream temperatures are increasing, undoubtedly due to extensive timber harvest within the basin as well as climate change.

18. We've seen huge changes in the Salmonberry basin over the past 29 years, due to timber harvest. This is reflected by the increasingly devastating impact of "hundred-year" floods. Following the 1992 flood, there was little damage to the river itself. Following the 1996 flood, there were places where the river had been stripped of streamside buffers for long distances. Following the 2007 flood, much of the landscape was hard to recognize; it was impossible for fish to spawn in most of the main stem; it was 12 years after the flood before we had any redds to count in the lower river. The only roads in the basin were built to enable harvest. No one lives in the actual Salmonberry basin, although there are a dozen or so homes, mostly weekenders, at the mouth of the river along with Salmonberry Lodge.

19. I do multiple volunteer activities. I am currently working on the Fall term lecture schedule for restarting the Oregon Coast Learning Institute. I continue as one of the four women who have kept Backpacks for Kids running the past year, in lieu of the usual 40 or so volunteers. I drive to Clackamas to load 400 or more loaves of bread at least every other week. I distribute our surplus food to other charities and have been preparing meals as well as just delivering food, ever since the Echo Mountain Complex fire in early September 2020.

20. I've also done some river work on the central Oregon Coast, where I helped start the Salmon-Drift Creek Watershed Council in the early 1990s. I have seen firsthand the success of restoration efforts. One dream I never expected to see during my lifetime has happened: the Salmon River estuary is being restored to its natural state, with much of the work already done. All steelhead in the Salmon River are now wild fish, and there is a small kill of wild steelhead

allowed. Hopefully, just as hatchery coho are no longer planted anywhere on the central coast, Salmon River fall Chinook will eventually be partially or entirely wild fish.

21. I have seen and been affected by the repercussions of blocked culverts in streams connecting to the Pacific Ocean along the Oregon Coast, due to the neglect of state government organizations. Logan Creek, which runs through our property, needs serious work, including the daylighting of an unnecessary impassable culvert installed by Oregon State Parks in 1971 when they acquired the property for the Roads End Wayside. I hope to see wild cutthroat swim through my front yard once again.

22. My "Don Quixote" project, to restore anadromous fish passage to Rocky Creek, south of Depoe Bay, probably will never happen. Rocky Creek was a victim of the Eisenhower-era highway building when a faster, wider section of Hwy 101 buried the lower end of Rocky Creek with tons of fill in order to create the new roadway. Even though ODOT determined that the impassable culvert at Rocky Creek would be the most effective to rebuild in terms of cost per mile of habitat gained, there's simply little enthusiasm for the project, in spite of my eternal efforts to bring it to the attention of ODFW, ODOT, and Lincoln County.

23. On May 14, 2021, I went to check on the condition of a culvert owned by ODF at Harliss Creek and Cook Creek Road with my colleague from the Native Fish Society, Ian Fergusson, as volunteers for the Center for Biological Diversity. It was my understanding that this culvert may be blocking fish passage and had been ranked in high priority for replacement in the Lower Nehalem Watershed Culvert Assessment Prioritization Report from 2016, and had been identified by ODF as needing replacement according to Tillamook AOPs dating back as far as 2002. I found the culvert in very poor condition, with about a 10-foot drop at the outlet and

deep pool, which is blocking fish passage, which is apparent in the photograph below, which I took that day:



*Outlet of the Harliss Creek culvert*

24. I observed good quality aquatic habitat upstream of the culvert, and a juvenile salmonid about 75 yards downstream, as seen in the photographs below, which I also took that day:



*Harliss Creek above the culvert*



*Harliss Creek above the culvert*



*Juvenile salmonid ~75 feet below the culvert*

25. The area downstream from the culvert is steep, but there is good rearing habitat both above and below the culvert. The culvert is long, with no baffles or steps of any kind, as this photograph I took on my visit shows:



*Photo of Harliss Creek culvert inlet*

26. The photographs in this declaration are true and correct digital copies of the images I captured on May 14, 2021, using my Nikon Coolpix P900 camera, with the exception of the juvenile coho photo which was taken by my colleague Ian Fergusson.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on this 3rd day of July, 2021.

*s/Joyce Sherman*__________
Joyce Sherman
Lincoln County, Oregon