AMY R. ATWOOD (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Street
Portland, OR 97217
(971) 717-6401

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, CASCADIA WILDLANDS, and NATIVE FISH SOCIETY,

Plaintiffs,

v.

NANCY HIRSCH, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY,

Defendants,

and

OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,

Defendant-Intervenors.

Case No: 3:18-cv-01035-MO

DECLARATION OF IAN FERGUSSON
In Support of Plaintiffs' Motion for Partial Summary Judgment

I, Ian Fergusson, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to these matters, they reflect my personal opinions, observations, and judgments.

2. I am a citizen of the United States and a resident of Portland, Oregon.

3. I have been a member of the Native Fish Society (NFS) since 2002. Shortly after the NFS River Steward program began (ca. 2006), I became one of the River Stewards for the Salmonberry River (tributary of the Nehalem River, OR).

4. I grew up in North Carolina. I received a bachelor's degree in zoology from the University of North Carolina (1969), and a Master's degree in biology from Western Carolina University (1971). I moved to Missoula, Montana in 1971 and began in the Ph.D. program in wildlife management at the University of Montana, but dropped out after one semester.

5. In 1973 I began visiting West Coast cities looking to find better employment opportunities than Missoula offered. While in Oregon I made a trip to Depoe Bay and took a salmon charter out. I caught two coho salmon; given my intense interest in fishing since age 3, that experience convinced me to make Oregon my home.

6. I was employed by Standard Insurance Company in Portland from 1976 until my retirement in 2007.

7. In 1993 the Oregon Department of Fish and Wildlife (ODFW) and Oregon Trout, a non-profit fish advocacy group, implemented a program to use volunteers to monitor winter steelhead spawning activity and summer water temperatures. I joined the program in 1994 and have been actively involved ever since. I currently recruit and organize volunteers for spawning

surveys and temperature monitor deployment, keep ODFW apprised of activities, and periodically analyze data and issue reports.

8. I joined the Board of Directors of the Association of Northwest Steelheaders in 2008 to support their interest in advocating for maintaining and improving fish habitat in State Forests. In that capacity I have provided oral and written testimony before the Board of Forestry on numerous occasions since then, consistently advocating for logging practices friendlier to fish: less clearcutting, protection for steep slopes, more opportunity for delivery of large wood to streams, greater upslope retention of trees, wider stream buffers, and road decommissioning—all aimed at increasing stream complexity, limiting fine sediment delivery, and limiting temperature increases. (The Association of Northwest Steelheaders is not a party to this lawsuit, and since January 2019 I am no longer on the Board of Directors.)

9. I was one of two representatives from the North Coast State Forest Coalition on the task force convened by Governor Kitzhaber in 2013-14. The task force was charged with finding a way to ensure financial viability for the Department of Forestry while improving conservation outcomes. We were not successful. In my opinion, such an outcome is impossible as long as nearly 100 percent of the revenue for the Department comes from timber sales on State Forests.

10. I have recreated extensively (angling, hunting, hiking, wildlife watching) in the Tillamook and Clatsop State Forests since moving to Oregon in 1973. Over the years I have fished the following rivers associated with these State Forests: Necanicum River, North Fork Nehalem River, Nehalem River (including Salmonberry River and Cook Creek), Miami River, Kilchis River, Wilson River, Trask River, and Nestucca River. I have fished for steelhead, coho

salmon, chinook salmon, and cutthroat trout. I stopped fishing for Oregon Coast coho salmon, even catch-and-release, after their ESA listing.

11. My volunteer monitoring work on the Salmonberry River fits closely with my interests in outdoor recreation. I consider this important work to be fun. Even though not required under the monitoring program, I have made it a point to become familiar with as much of the watershed as possible. I have seen every foot of the mainstem Salmonberry, from source to mouth. I have visited the headwaters of all but one of the named tributaries. I have mapped the upstream extent of steelhead spawning throughout the watershed.

12. I have observed firsthand the effects of slope failure on the Salmonberry. In both the February 1996 and December 2007 storms, the tributaries Wolf Creek, Kinney Creek, and Bathtub Creek experienced scouring debris torrents originating in slope and road failures on steep headwalls. Compared to tributaries that did not experience scouring flows, temperatures in those tributaries have been elevated since 1996. Over the monitoring period, there has been an increasing trend in the number of days, and the upstream extent, of violations of the EPA "Core Cold Water Habitat" temperature standard of 16° C. I have documented these effects in several reports. We do not monitor fine sediments; however, I have observed changes in steelhead spawning distribution that I believe are related in part to a greater degree of embeddedness of stream gravels.

13. Although the spawning monitoring program focuses on steelhead, we have also conducted occasional salmon spawning counts. We have documented coho salmon spawning in the mainstem Salmonberry and four tributaries (North Fork, South Fork, Kinney Creek, and Wolf Creek). During spring steelhead surveys and summer temperature monitoring visits, I

consistently observe pods of juvenile coho in quiet pools and off-channel pockets. When I started with the monitoring program, it was ODFW's opinion that the Salmonberry had no or very little coho use, as the habitat was considered suboptimal (high gradient and rocky, with few side channels for overwinter survival). It is extremely satisfying to me to observe those pods of small fish, hoping that some of them will survive numerous hazards and return to spawn. It has driven home the importance of water quality and every piece of usable habitat, optimal or not. I worry that continuing with today's logging practices will further degrade "suboptimal" coho salmon habitat such as the Salmonberry, to the point where they disappear from those areas. Each downturn in ocean productivity will be more impactful for the species as a whole if freshwater habitat continues to be degraded.

14. There are a few giant old growth logs still anchoring stream habitat here and there in the Salmonberry tributaries. Some of these were harvested just before the Tillamook Burn(s) but were not salvaged, and the cut logs ended up in stream channels. Along the banks are large remnant stumps with springboard cuts still visible, and the charred remains of huge trees still stand here and there. At each visit to these sites I marvel at the sizes those trees were able to attain, and wonder what the stream conditions and fish runs would be like now if meaningful acreages of those old forests still existed.

15. On April 28, 2021, I drove the East Fork Trask River Road to check on concerns outlined to me by the Center for Biological Diversity in regard to coho salmon; including potential sedimentation to streams, road conditions, culverts, and a stream enhancement project associated with the Tillamook 2017 AOP Rocky Road Timber Sale. I was provided background information including documented incidents of sedimentation issues to Headquarters Camp

Creek, Boundary Creek, and Murphy Camp Creek along the East Fork Trask Road associated with the Rocky Road timber sale's hauling; as well as correspondence between ODF's aquatic biologist Mark Meleason and others regarding restoration work to improve aquatic habitat which included culvert replacements and a stream enhancement project of in-stream wood placement.

16. One of the things I was asked to check was whether a cement culvert at approximately the 7.6 mile of East Fork Trask Road, where it crosses Headquarters Camp Creek just past Stretch Creek, had been replaced; and whether a stream enhancement project just upstream of this culvert, which was slated as the strongest candidate for the Tillamook 2017 AOP, had been executed. This culvert was part of the Tillamook Estuaries Partnership 2012 Culvert Assessment Project and was identified as Culvert #1476, had high total prioritization points, and noted; "Extensive pooling on both sides," (see table below):

| LOCATION INFO | | | | Culvert # | 1476 | Priority | NA |
|---|---|---|---|---|---|---|---|
| Watershed | | | Trask River | | | | |
| Stream Name | | | Headquarters Camp Creek | | | | |
| Township-Range-Section-1/4 | | | T2S, R7W, Sec. 34, NE¼ of NW¼ | | | | |
| UTM Easting/Northing (Zone 10, NAD 1983) | | | 457836/5022036 | | | | |
| Road Name | | | East Fork Road | | | | |
| Road/Culvert Owner | | | Oregon Department of Forestry | | | | |
| Adjacent Landowners | | | Oregon Department of Forestry | | | | |
| CULVERT INFO | | CHANNEL INFO | | | | | |
| Shape | Open bottomed arch | Inlet Gradient (%) | 27.2 | | | | |
| Material | Corrugated metal | Upstream Gradient (%) | 5.5 | | | | |
| Length (ft) | 50 | Bankfull Width (ft) | 9.1 | | | | |
| Width (in) | 114 | Bankfull:Culvert Ratio | 1.0 | | | | |
| Height (in) | 48 | | | | | | |
| Outlet Perch (ft) | None | | | | | | |
| Slope (%) | 0 | | | | | | |
| Rustline Height (in) | 30 | | | | | | |
| Overall Condition | Fair | | | | | | |
| PRIORITIZATION ANALYSIS | | | | | | | |
| Upstream Habitat Length (mi) | 1.6 | Habitat Points | 4 | | | | |
| Habitat Quality | Good | Habitat Quality Points | 3 | | | | |
| Fish Species | Anad. | Fish Points | 3 | | | | |
| Barrier Class | Green | Barrier Points | 1 | | | | |
| | | Prioritization Total Points | 11 | | | | |
| Notes: Extensive pooling on both side of pipe. | | | | | | | |






I found that neither the culvert had been replaced, nor the stream enhancement project had been executed. (See photos 3A & 3B below):



*Photo 3A – Inlet of Culvert #1476*



*Photo 3B – Outlet of Culvert #1476*

#

#

#

#

#

#

#

#

#

17. I was asked to check if another culvert had been replaced around the 9-mile mark of East Fork Trask Road, which also crosses over Headquarters Camp Creek. It is located on a coho bearing section of Headquarters Camp Creek, according to the 2017 ODFW survey data I was provided showing a presence map (see map below):



*Map of Culvert #1516 location provided to me by the Center*

According to the information I was provided, this culvert had been assessed as part of the 2012 Tillamook Estuaries Partnership Culvert Assessment Project, labelled as “Culvert #1516,” with a barrier class of “Red,” with 0.7 miles of upstream habitat, and was shown to be owned by ODF (see map and table below):

#

#

#

#




Upper Headquarters Camp Creek Area Culverts, Trask River Basin

UPPER HEADQUARTERS CAMP CREEK AREA CULVERTS

| LOCATION INFO | | | | Culvert # 1516 | Priority L |
|---|---|---|---|---|---|
| Watershed | | Trask River | | | |
| Stream Name | | Headquarters Camp Creek | | | |
| Township-Range-Section-1/4 | | T3S, R7W, Sec. 2, SE¼ of NW¼ | | | |
| UTM Easting/Northing (Zone 10, NAD 1983) | | 459354/5021000 | | | |
| Road Name | | East Fork Road | | | |
| Road/Culvert Owner | | Oregon Department of Forestry | | | |
| Adjacent Landowners | | Oregon Department of Forestry | | | |
| **CULVERT INFO** | | **CHANNEL INFO** | | | |
| Shape | Circular | Inlet Gradient (%) | 21.1 | | |
| Material | Corrugated metal | Upstream Gradient (%) | 10.4 | | |
| Length (ft) | 33 | Bankfull Width (ft) | 7.6 | | |
| Width (in) | 48 | Bankfull:Culvert Ratio | 0.5 | | |
| Height (in) | 48 | | | | |
| Outlet Perch (ft) | 1.2 | | | | |
| Slope (%) | 2.2 | | | | |
| Rustline Height (in) | 24 | | | | |
| Overall Condition | Fair | | | | |
| **PRIORITIZATION ANALYSIS** | | | | | |
| Upstream Habitat Length (mi) | 0.7 | Habitat Points | 2 | | |
| Habitat Quality | Poor | Habitat Quality Points | 1 | | |
| Fish Species | Anad. | Fish Points | 3 | | |
| Barrier Class | Red | Barrier Points | 3 | | |
| | | Prioritization Total Points | 9 | | |
| Notes: | | | | | |







DECLARATION OF IAN FERGUSSON In Support of Plaintiffs' Motion for Partial Summary Judgment

I was asked if Culver #1516 appeared to have been replaced, and I determined it was not (see photos 5A & 5B below):



*Photo 5A – Inlet of culvert #1516*



*Photo 5B – Outlet of culvert #1516*

I was asked if it appeared to be fish passable, and I determined that it would be for adults at winter flows but not for upstream movement of juveniles. I observed salmonid fry below the culvert. The culvert had sediment pathways on both sides at the outlet.

#

#

#

#

#

18. All images in this declaration were captured by me on April 28, 2021 as described above, as well as the following photo from my visit to the Harliss Creek culvert with Joyce Sherman on May 14, 2021:



*Juvenile salmonid ~75 feet below the culvert*

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on this 2nd day of July, 2021.

*s/Ian Fergusson*____________
Ian Fergusson
Portland, Oregon