AMY R. ATWOOD (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Street
Portland, OR 97217
(971) 717-6401

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, CASCADIA WILDLANDS, and NATIVE FISH SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY HIRSCH, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY,<br><br>Defendants,<br><br>and<br><br>OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,<br><br>Defendant-Intervenors. | Case No: 3:18-cv-01035-MO<br><br>DECLARATION OF MATTHEW ERICKSON In Support of Plaintiffs' Motion for Partial Summary Judgment |

I, Matthew Erickson, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to these matters, they reflect my personal opinions, observations, and judgments.

2. I am a citizen of the United States and a resident of Newberg, Oregon.

3. I was born in Anchorage, Alaska and I grew up in Coos Bay, Oregon.

4. I am employed as a dentist and work for Gitelson Dental Group in Tigard, Oregon.

5. I attained a Bachelor of Science degree in Biology from Oregon State University in 2009. I attained a Doctor of Dental Medicine (DMD) from Oregon Health Sciences University in 2016.

6. My interest in fish comes from both recreational fishing and a cultural component. I began recreational fishing for salmon and steelhead at a young age with my family. I value the unique cultural heritage salmon provide to the Pacific Northwest and I spend time each year observing salmon spawning in various creeks. I am concerned about the salmon stocks of the Pacific Northwest.

7. I have been a member of the Native Fish Society (NFS) since 2015. I wanted to get involved with organizations that practice conservation of wild fish and make meaningful changes. I mostly fish the Salmonberry for steelhead. I joined NFS because they had a chapter of volunteers devoted to the Salmonberry River, and I wanted to advocate for the preservation and genetic diversity of wild fish in the watersheds of Oregon.

8. I have fished for Oregon Coast coho salmon (Coho) as catch and release up and down the coast of Oregon, and I have observed them in rivers and creeks. My experiences in

Oregon State forests are enrichened by observing the presence Coho as a sign of a diverse, healthy ecosystem. Making a connection with these fish, whether through fishing or wildlife watching, connects me to our local ecosystems and our unique heritage here in the Pacific Northwest. I have seen Coho in the lower Four Mile Creek near Bandon, Little North Fork Wilson, the Trask, and The Salmonberry River. Besides fishing, I have spent time in Oregon forests wildlife watching, hiking, camping, and hunting.

9. On May 30th, 2021, I acted as a volunteer for the Center for Biological Diversity to check on the condition of a landslide that occurred in December of 2015 in the Tillamook 2014 AOP Star White timber sale, and to check if culverts which were identified as non-fish passable had been replaced. I was disappointed to see the poor conditions left by ODF managed State forests.

10. Upon my visit to the area of the Star White timber sale, I saw a large landslide originating from the spur road in Area 1 of the harvested sale. I drove up the spur road to access the landslide and observed the following:

#

#

#

#

#

#

#

#

11. The spur road was very steep and side-cut into the slope of largely bare and non-vegetated steep slopes. Multiple culverts along the spur road appeared to be delivering drainage from steep, bare, eroding slopes. There was a culvert discharging onto the landslide area and its input was buried under sediment. The initiation area of the slide was at the spur road (see photo 4383 below):



*Photo 4383 – top of landslide*

12. The landslide was bare and largely non-vegetated. It appeared that sedimentation was still occurring into Whitney Creek and there was no buffering at the bottom of the slide above the creek. There were signs that soil movement and erosion was still occurring. There were large, ditched out depressions in bare soil from runoff and drainage, and the edge of the road was near unstable, eroding soil (see photo 4382 below):



*Photo 4382 – landslide path*

13. Other culverts I saw on this spur road did not appear functional and/or were in very poor condition. I could not locate the input of a culvert located just before the landslide, it was buried under sediment. Its outlet was "hanging" over the steep slope. (see photos: 4397 below):



*Photo 4397 – non-functional culvert just before landslide*

#

#

#

#

#

#

14. Another culvert located just past the landslide on the spur road also appeared in disrepair. Its outlet was partially buried (see photo 4406 below):



*Photo 4406 – culvert in disrepair just past landslide*

#

#

#

#

#

#

#

#

#

#

15. I drove along Incline Road to see the landslide from across the opposite ridge. From here I saw a new landslide on the same ridge as the other slide, just past the first landslide at a slightly higher elevation (see photo: 4431 below):



*Photo 4431 – 2016 landslide on the left, "new" landslide to the right*

#

#

#

#

#

16. Upon inspection with my telescope, the soil appeared loose and not compacted, indicating it to be a newer slide, likely from last Winter (2020-2021) (see photo: 4443 below):



*Photo 4443 showing top of the "new" landslide*

#

#

#

#

#

#

17. This landslide also impacted Whitney Creek below, causing sedimentation from the eroding and unstable soils on the steep slope. There was a pile of deadwood and debris at the top of the landslide's initiation point just above this very steep slope. This material seemed a likely cause of the landslide. I drove back to the top of this landslide to inspect it and take more photographs (see photo 4448 below):



*Photo 4448 – top "new" landslide looking down slide path*

18. I checked if the culvert at Kilches Forest Road and Whitney Creek had been replaced and what its condition was like. It was identified in the Tillamook Estuaries Partnership 2012 Culvert Assessment Project as Culvert #262, which was owned by ODF and had a barrier class of "Red," meaning it was not fish passable. When the assessment was done in 2012, it was indicated this had a High priority level, with 1.1 miles of upstream fish habitat. The culvert was described as having holes in the side of it with water flowing under and alongside the pipe (see below table):

| LOCATION INFO | | Culvert # | 262 | Priority | H |
|---|---|---|---|---|---|
| Watershed | Kilchis River | | | | |
| Stream Name | Whitney Creek | | | | |
| Township-Range-Section-1/4 | T1N, R9W, Sec. 4, SE¼ of NE¼ | | | | |
| UTM Easting/Northing (Zone 10, NAD 1983) | 440298/5049327 | | | | |
| Road Name | Kilchis Forest Road | | | | |
| Road/Culvert Owner | Oregon Department of Forestry | | | | |
| Adjacent Landowners | Oregon Department of Forestry | | | | |

| CULVERT INFO | | CHANNEL INFO | |
|---|---|---|---|
| Shape | Circular | Inlet Gradient (%) | 12.0 |
| Material | Corrugated metal | Upstream Gradient (%) | 8.0 |
| Length (ft) | 100 | Bankfull Width (ft) | 13.4 |
| Width (in) | 84 | Bankfull:Culvert Ratio | 0.5 |
| Height (in) | 96 | Outlet cascades onto bedrock. | |
| Outlet Perch (ft) | 4.5 | | |
| Slope (%) | 7.0 | | |
| Rustline Height (in) | 36 | | |
| Overall Condition | Poor | | |

| PRIORITIZATION ANALYSIS | | | |
|---|---|---|---|
| Upstream Habitat Length (mi) | 1.1 | Habitat Points | 3 |
| Habitat Quality | Fair | Habitat Quality Points | 2 |
| Fish Species | Anad. | Fish Points | 3 |
| Barrier Type | Red | Barrier Points | 3 |
| | | Prioritization Total Points | 11 |







Notes: Water entering through holes in side of pipe. 4-6" holes in invert. Water flows under and alongside pipe. This pipe appears to sit on bedrock and it is unclear whether an accessible crossing can be created without considerable earthwork. Closer inspection of this location is in order.

*Table from the 2012 Tillamook Culvert Assessment Project conducted by the Tillamook Estuarties Partnership assessing Culvert #262 (https://www.tbnep.org/habitat-enhancement-and-restoration.php)*

#

#

19. I found that it had not be replaced or repaired in any way and its condition had worsened since the 2012 assessment described. The inlet resembled pictures from the 2012 assessment, but with no water discharging from the outlet of the culvert. The inlet was broken and water was going under the culvert. The inside of the culvert was completely dry. It was not fish passable. Both upstream and downstream looked like suitable fish habitat. I observed large fish, likely trout, just downstream from the culvert. The aquatic habitat upstream would likely be used by Coho if it were accessible to them.



*Video still from Image 4423 - Culvert #262, Whitney Creek and Kilches Forest Road*

#

#

#

20. I checked the condition of the culvert at Kilches Forest Road and White Star Creek, identified as Culvert #329 in the Tillamook Estuaries Partnership 2012 Culvert Assessment Project. This culvert was shown as owned by ODF, with a barrier class of "Red," with a large drop at the outlet and upstream habitat length of .5 miles. It had not been replaced and looked the same as the photos from the 2012 assessment with a 3 foot drop at the outlet and a deep pool. It was not fish passable. I inspected upstream of the culvert and downstream and both looked like suitable fish habitat.

| LOCATION INFO | | Culvert # 329 | Priority L |
|---|---|---|---|
| Watershed | | | Kilchis River |
| Stream Name | | | White Star Creek |
| Township-Range-Section-1/4 | | | T1N, R9W, Sec. 3, SE¼ of SW¼ |
| UTM Easting/Northing (Zone 10, NAD 1983) | | | 439526/5048697 |
| Road Name | | | Kilchis Forest Road |
| Road/Culvert Owner | | | Oregon Department of Forestry |
| Adjacent Landowners | | | Oregon Department of Forestry |
| CULVERT INFO | | CHANNEL INFO | |
| Shape | Circular | Inlet Gradient (%) | 15.1 |
| Material | Corrugated metal | Upstream Gradient (%) | 3.1 |
| Length (ft) | 65 | Bankfull Width (ft) | 10.0 |
| Width (in) | 66 | Bankfull:Culvert Ratio | 0.6 |
| Height (in) | 66 | | |
| Outlet Perch (ft) | 6.7 | | |
| Slope (%) | 3.2 | | |
| Rustline Height (in) | 30 | | |
| Overall Condition | Fair | | |
| PRIORITIZATION ANALYSIS | | | |
| Upstream Habitat Length (mi) | 0.5 | Habitat Points | 1 |
| Habitat Quality | Poor | Habitat Quality Points | 1 |
| Fish Species | Anad. | Fish Points | 3 |
| Barrier Type | Red | Barrier Points | 3 |
| | | Prioritization Total Points | 8 |
| Notes: | | | |







*Table from the 2012 Tillamook Culvert Assessment Project conducted by the Tillamook Estuarties Partnership assessing Culvert #329 (https://www.tbnep.org/habitat-enhancement-and-restoration.php)*

#

#

21. I checked the condition of the culvert at Kilches Forest Road and Blue Star Creek, identified as Culvert #327 in the Tillamook Estuaries Partnership 2012 Culvert Assessment Project. This culvert was shown as owned by ODF, with a barrier class of "Red," and .5 miles of upstream habitat. I found it closely resembled the photographs from the 2012 assessment. The outlet of the culvert had a drop of approximately 1.5 feet into a large pool. It was not fish passable. It appeared to have suitable fish habitat upstream and downstream (see photo: 4458 below):



*Photo 4458 – Culvert at Kilches Forest Road and Blue Star Creek*

22. All images in this declaration were captured by me with my iPhone 11 Pro on May 30, 2021 as described above.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on this 9th day of July, 2021

*s/Matthew Erickson*______
Matthew Erickson
Tigard, Oregon