AMY R. ATWOOD (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Street
Portland, OR 97217
(971) 717-6401

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, CASCADIA WILDLANDS, and NATIVE FISH SOCIETY,

Plaintiffs,

v.

NANCY HIRSCH, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY,

Defendants,

and

OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,

Defendant-Intervenors.

Case No: 3:18-cv-01035-MO

DECLARATION OF NICHOLAS WAGNER In Support of Plaintiffs' Motion for Partial Summary Judgment

I, Nicholas Wagner, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to these matters, they reflect my personal opinions, observations, and judgments.

2. I am a citizen of the United States and a resident of Portland, Oregon.

3. I graduated from Penn State in 2007 with a Bachelor of Science in Computer Engineering.

4. I moved to Portland in June 2007 to work for Intel as a computer engineer.

5. I began volunteering with Portland Audubon in 2016, out of a growing interest in conservation stemming from a long-simmering curiosity for birds. Watching birds gives me first-hand observation of ecosystems in action. Chickadees' connection to Douglas Fir becomes apparent, kinglets connection to thimble berry, pileated woodpecker's dependence on standing dead trees is obvious. And the connections go on and on, and outwards indefinitely. All things are dependent. "When we try to pick out anything by itself, we find it hitched to everything else in the Universe." John Muir. As humans we have this amazing capacity to observe, and logic, and reason, and apply the scientific method. And with this great capability, comes great power and responsibility. To let our collective actions lead to the total and complete demise of another living being, bringing a species to the point of extinction, is unconscionable.

6. In a desire to apply my skills, abilities, and time towards preventing biodiversity loss, I took a job as the Program Manager of the Salmon Watch youth education program with the World Salmon Council in Portland, OR. Salmon had been a cultural keystone in the PNW since time immemorial, and now we are sitting with dozens of extirpated populations, and overall wild salmon populations at less than 10 percent of historical numbers. For me, this is

reason to act. Taking students to local rivers during the fall spawning season provides the opportunity to teach salmon biology, water quality, macroinvertebrates, and riparian ecology, in an effort to bring students a first-hand experience with wild salmon, and come away with an appreciation for the interconnectedness of things, including the actions of people and salmon. We take field trips to the Salmon and Zigzag Rivers in the Mt. Hood National Forest to see spawning spring and fall chinook, and later in the year, we take field trips to Cedar Creek, a Wilson River tributary in the Tillamook State Forest, to see Oregon Coast coho salmon.

7. I started my own drone business in 2019 serving the conservation community in the Northwest - land trusts, watershed councils and other non-profits. I do surveying, 3D modelling, photography, and photo-point monitoring for science, restoration, and story-telling.

8. I became a member of the Native Fish Society in 2019 to volunteer my skills and professional capabilities towards the goal of restoring abundant wild fish to the northwest. My primary interest was in helping to protect those north coast range forests that have supported healthy ecosystems including forests and salmon. I have long recreated in these forests and along these rivers, as a camper, hiker, and mountain biker, as well as a bird watcher and mushroom hunter.

9. On May 7, 2021 I was driving down West Fork Road along the West Fork North Fork Wilson River to check on the condition of the NW Combo landslide, which I had previously documented and studied in 2019 as a pro bono project with NFS conducting drone surveying of two landslides in the Tillamook State Forest. Approximately 0.75 miles before the washed-out bridge on West Fork Road at the bottom of the NW Combo landslide, there was a landslide blocking the road and going into the West Fork North Fork Wilson.

#

10. I photographed this landslide with my drone:



11. The landslide appeared to have occurred recently, over the Winter season of 2020-2021. It went through a steep buffered area of what I believe is the Odin's Blade 2017 Timber Sale in what looked to be a debris flow path and/or perennial stream. It may have originated at the top of the hill where a cut-slope spur road was located on the steep slope. Landslide debris and materials went through what appeared to be an inadequate buffer on the uphill side of the road, across the road and through the riparian area below, where it deposited directly into the West Fork North Fork Wilson River.

#

#

12. This image shows the bottom portion of slide from afar.



#

#

#

#

#

#

#

#

#

#

13. The following image shows the slide from atop and above.



#

#

#

#

#

#

#

#

#

#

#

#

14. This image shows the slide from afar.



#

#

#

#

#

#

#

#

#

#

#

#

#

#

#

#

15. This image of the slide area shows spur roads at the top.



#

#

#

#

#

#

#

#

#

#

#

#

#

#

#

#

16. These images from near the bottom quarter or third of the slide depict the view looking down and up from the path of the landslide.





#

#

#

17. This image shows the view looking up from the slide about half or a third of the way up the slide area.



#

#

#

#

#

#

#

#

#

#

#

#

#

#

18. This image indicates the presence of another slide or road failure that appears to have deposited soil into the West Fork North Fork Wilson, just past the landslide I encountered blocking the road.



19. All images in this declaration were captured by me on May 7, 2021, from the vantage points described herein, using my DJI Phantom 4 Pro drone with a 24mm lens.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on this 1st day of July, 2021

*s/Nicholas Wagner*_______
Nicholas Wagner
Portland, Oregon