AMY R. ATWOOD (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Street
Portland, OR 97217
(971) 717-6401

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, CASCADIA WILDLANDS, and NATIVE FISH SOCIETY,

Plaintiffs,

v.

NANCY HIRSCH, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY,

Defendants,

and

OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,

Defendant-Intervenors.

Case No: 3:18-cv-01035-MO

DECLARATION OF JENNIFER FAIRBROTHER In Support of Plaintiffs' Motion for Partial Summary Judgment

I, Jennifer Fairbrother, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. I could and would testify competently to these facts if called as a witness. As to these matters, they reflect my personal opinions, observations, and judgments.

2. I am a citizen of the United States and a resident of Canby, Oregon. I have been a resident of Oregon since 1986.

3. I joined and became an active staff member of the Native Fish Society in 2018 in order to support its efforts to protect native salmonid populations. The Native Fish Society is a 501(c)(3) non-profit organization whose mission is to advocate for the recovery of wild, native fish and promote the stewardship of the habitats that sustain them, guided by the best available science. The Native Fish Society envisions a Pacific Northwest abundant in wild fish, free-flowing rivers, and thriving local communities.

4. Native Fish Society envisions a future for the northern Oregon region as one where abundant populations of wild Coho return each year to their natal waters, which are sustained by the landscape, support Coho life history needs, and sustain the population into the future in the face of a changing climate.

5. In 1995, Bill Bakke, a renowned steelhead fly angler and wild fish advocate, and his supporters founded the Native Fish Society in Portland, OR to create a space in culture for the appreciation of and advocacy for the Pacific Northwest's wild, native fish and their home waters.

6. Today, the Native Fish Society's work and mission are driven by three programs: a) the River Steward Program, which supports and inspires a network of place-based volunteer advocates who work to build local support for the stewardship of their backyard rivers and native fish; b) the Native Fish Fellowship, which is a multidisciplinary volunteer collaboration that

elevates new perspectives, skills, and experiences in our community and environmental work; and c) the Women for Wild Fish Initiative, which is a movement focused on encouraging and supporting women who are joining together as advocates, activists, and leaders in the recovery of wild, native fish. By focusing on the beauty and importance of native fish, our staff, volunteers from our three programs, and our members work collaboratively with partners across the region to improve the health and resilience of Northwest communities, landscapes, and rivers.

7. Through our programs and partnerships, NFS works to provide clean water, free-flowing rivers, abundant wild fish, sustainable fisheries, and the benefits of a healthy environment to approximately 12.5 million people in British Columbia, Idaho, California, Washington and Oregon. More than half of our volunteers, conservation campaigns, and staff are based in Oregon.

8. Native Fish Society has a long history of advocating for the protection and recovery of Coho Salmon and their habitats in the Oregon Coast Range.

9. Native Fish Society led a petition to list Oregon Coast Coho Salmon (Coho) under the federal Endangered Species Act, which were officially listed in 1998 as threatened by the National Marine Fisheries Service. The original listing decision emphasized the depressed condition of coastal stocks to be the result of several longstanding, human-induced factors, including over-harvest, artificial propagation, and habitat degradation. When the fish was first listed, fisheries managers focused on the two immediate actions to improve conditions for wild fish: eliminating hatcheries and overhauling how many fish could be harvested through commercial and recreational fisheries.

10. Native Fish Society Staff, District Coordinators, and River Stewards have continued to advocate for the protection and recovery of Oregon Coast Coho Salmon since the

species was listed. Activities have included submitting comments to the recovery planning process, commenting on Hatchery Genetic Management Plans, conducting field trips with policy makers, participating in habitat protection campaigns, and working with habitat restoration practitioners.

11. Native Fish Society's South Umpqua River Steward Stan Petrowski's restoration work in the South Umpqua watershed was specifically mentioned in the final version of the 2016 Oregon Coast Coho Recovery Plan as an exemplar model for holistic Coho recovery actions. In particular, Mr. Petrowski's work incorporating beaver as a fundamental component of Coho recovery has proven itself as a model for integrated restoration strategies.

12. In 2019, Native Fish Society delivered a rulemaking petition to the Oregon Board of Forestry requesting new rules to prevent logging-related harm to "resource sites" for Coho Salmon listed under the state and federal Endangered Species Act.

13. My family moved to Oregon before I was one-year-old, and I spent my childhood on a rural property in the Oregon Coast Range located between the towns of Philomath and Alsea.

14. During my childhood, I spent extensive time recreating, exploring, and learning in the Siletz River, Yaquina River, Alsea River, Siuslaw River, and Marys River watersheds. My family shared a passion for aquatic ecosystems and fish. Early morning weekend rituals included trips to our favorite fishing holes followed by a pancake and hot chocolate breakfast. Summer weather meant frequent camping trips spent along the banks of these rivers. Rain or shine, the last day of the school year was always marked by a foray to one of these rivers.

15. I attended Philomath High School where my passion for aquatic ecosystems led me to pursue a program in applied ecology. Within this program, we participated in stream

restoration projects, Oregon Department of Fish and Wildlife (ODFW) fisheries surveys, and sustainable forestry management projects around the northern Oregon region.

16. During my childhood, I witnessed the impacts of changing forest practices on federal lands with the implementation of the Northwest Forest Plan. This had a large impact on the timber economy of the region that resulted in a profound social disruption in the community of Philomath and sparked my desire to study and work at the intersection of ecology and policy.

17. I attended Oregon State University in Corvallis, Oregon where I focused my studies on philosophy, political science, and ecological science. I graduated in 2007 with a Bachelor of Science in Philosophy.

18. During my time at Oregon State University, I was employed on a joint project with the university and the United States Forest Service. The focus of the project was evaluating nitrogen cycling in forested, rural, and urban aquatic ecosystems in the Willamette Valley.

19. I pursued a graduate degree at The George Washington University in Washington, D.C. where I focused my studies on environmental policy with coursework covering environmental laws and regulations (including the Endangered Species Act) and natural resource economics. I graduated in 2009 with a Master of Arts in Philosophy and Social Policy.

20. As an adult, I continue to frequent these rivers. In particular, I make several trips the Siletz, Nehalem, Marys, Yaquina, and Wilson Rivers each year, both in the course of my employment and for personal enjoyment and recreation. I spend numerous summer weekends connecting with coastal streams. These days and nights, often spent in the company of my spouse, my family, and our friends, bring profound joy and wellbeing to my life. Days are spent probing swirling pools with fishing gear, hopeful that I will return to home or camp with a dinner of trout. Hot weather sees me plunging into emerald waters, feeling the energetic force of the

river wrap around arms and legs. Light-filled days find me often spending countless hours perched atop a rock just watching the ebb and flow of water, sun, air, birds, and wildlife weave together to create something greater than their constituent pieces. Winter and spring regularly find me hiking along these rivers, breathing the deep, rich smell of decay and scouting for fleeting glimpses of fish holding in deep pools. My enjoyment of each of these activities in these watersheds is greatly enhanced when I encounter a wild salmon or even when I am aware they are present in the waters around me.

21. During my life spent along, upon, and in these waters, I have seen a marked decline in wild, native anadromous salmonids. The tangy, fecund scent of decaying carcasses no longer permeates the rivers each fall. The slap of strong tails breaching the surface, once part of the river symphony, have gone silent. When I step or plunge into these waters, I feel connected to the roiling life force that is all parts of a river flowing into one and the loss of these beautiful creatures is a void that resonates through me and the landscape. The decline of wild Coho in the northern Oregon has significantly impacted my experiences in these coastal watersheds. My recreational, aesthetic, and spiritual interests are harmed when I visit these watersheds now and do not experience wild salmon and in abundance or do not experience them at all. My enjoyment of the activities listed above is diminished by the knowledge that wild salmon, once so plentiful in these waters, have declined so significantly. However, I plan to continue visiting these watersheds several times per year to fish, hike, swim, and camp, in the hopes of viewing or otherwise experiencing wild Coho salmon.

22. Given their precarious state, I and my family no longer fish for salmon or steelhead in the rivers of northern Oregon. Yet it is my hope that someday, the native, wild fish of the of this region will be returned to abundance, enabling me and my family to once again

know the lightning thrill of feeling one of these magnificent creatures at the end of a fishing line, to spend a moment face to face with an animal that has traveled the world, journeying where even humans can't follow, to gratefully, humbly, and with reverence take that life to sustain ours, and to bequeath to the next generations rivers surging with the cycle of life and death.

23. Of all the places I have traveled and lived, I have chosen to return here, to northern Oregon, to be near to these rivers and spend as many of my days as possible with them.

24. Since joining the Native Fish Society, I have come to understand just how imperiled wild Coho salmon are in northern Oregon. I track the population status and trends for these fish by reviewing historic and current population data collected by ODFW. These populations are highly diminished from their historic abundance, and I believe current and past ODF authorized logging activities are a major cause of the decline of wild Oregon Coast Coho.

25. Based on reviewing research and surveys performed in the region, attending ODFW Commission meetings and presentations, and discussions with state and federal fisheries biologists and managers, I understand that the root cause of ongoing and continued decline of Coho salmon in northern Oregon is the ongoing operations of the Department of Forestry and their impacts on Coho habitats.

26. I understand that there are operational measures that the Department of Forestry can and must take if we are to stem the decline and recover these fish. I believe these measures can directly remedy some of the harm caused to these wild salmon populations and to me personally. Of critical importance is implementing operational adjustments that minimize debris flows into streams.

27. If the Court does not grant Plaintiffs' requested relief, a precious piece of my life, my connection to these fish and rivers, my enjoyment of them for aesthetic, recreational, and

spiritual purposes, will continue to be injured. This is a bereavement in my life that I experience most acutely when I journey to these rivers and experience the absence of wild salmon. There is an irremediable grief that continues to grow deep within me as I observe the continued decline of these once abundant creatures that form the backbone of a living river. I am injured each time I belly crawl over wet, mossy rocks to peak over the edge of a river bank in hopes of spotting a pool full of undulating Coho but instead find an empty void; each time I hike along the shores of these rivers, covered in the blazing color of fall leaves, and don't smell the sharp scent of rotting carcasses feeding the trees, birds, salamanders, and soil; each time I search for the subtle signs of redds marking the next generation of life only to find the cobble untouched and undisturbed; and each time I see the latest year's data on pre spawn mortality, knowing how close those fish were to their final destination yet dying before their life's purpose could be fulfilled. I feel despondent knowing that the Oregon Department of Forestry has the ability to ameliorate the harm to the species and has the directive to do so, but has failed to act. If the Oregon Department of Forestry continues largely status quo operations on state forest lands and fails to immediately implement strong measures that will meaningfully reduce the harm to these species—I fear that they will slip closer to extinction and may soon reach a point of no return. If I should ever live in this world devoid of these creatures, my grief will be irreparable and sustained throughout my life.

28. Although I am filled with sadness, I also sustain hope. A fishing legend in my family recounts a day when I was four or five, fishing with my father. We had spent the morning casting with nary a strike. My father asked if I was ready to call it a day when I responded, "Where there's life, there's hope." Likely lifted from some overheard idiom or media, the sentiment still resonates today. Wild salmon are incredibly resilient. We have seen their populations make extraordinary comebacks after catastrophic events like in the Toutle River

after the eruption of Mt. St. Helens. But I also know that the door is closing for Oregon Coast Coho salmon. We have to make even more drastic change now due to the Department of Forestry's failures of the past decades.

29. And though I am often filled with a great grief for the state of northern Oregon's rivers and fish, I also envision a future of abundance. One in which I watch clear waters roiling from thousands of fish jockeying for space on spawning gravel and darting along the calm, winding stretches of Coast Range streams. I dream of adipose fins cutting through the surface as I watch a friend catch their first salmon. I see a river network reconnected and renewed where lamprey hang off the rocks in salubrious masses and giant logs wedge deep along verdant banks creating a nursery where thousands of juvenile fish dart erratically about.

30. Native Fish Society and our partners share a vision of abundant, wild fish returning to a healthy and thriving northern Oregon that supports the many cultural, economic, social, and ecological needs of our communities and the landscape many of us call home. But we will only succeed if the Department of Forestry takes seriously the important role they must play in achieving this goal. I believe that injury to the region's wild Coho salmon, and to me personally, can be avoided if the Court orders the Department of Forestry to take the actions outlined in Plaintiffs' Motion for Partial Summary Judgement, to address the harm to Coho they have caused and continue to cause while awaiting the issuance of the Western Oregon Habitat Conservation Plan and Incidental Take Permit for this imperiled species.

#

#

#

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed this 7th day of July, 2021.

Jennifer Fairbrother
Canby, Oregon