AMY R. ATWOOD (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Street
Portland, OR 97217
(971) 717-6401

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, CASCADIA WILDLANDS, and NATIVE FISH SOCIETY,

Plaintiffs,

v.

NANCY HIRSCH, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY, in their official capacities,

Defendants,

and

OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,

Defendant-Intervenors.

Case No: 3:18-cv-01035-MO

DECLARATION OF JOSH LAUGHLIN In Support of Plaintiffs' Motion for Partial Summary Judgment

I, JOSH LAUGHLIN, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to these matters, they reflect my personal opinions, observations, and judgments.

2. My name is Josh Laughlin. I am over the age of eighteen, and I reside in Eugene, Oregon. I am a citizen of the United States.

3. I am a full-time staff member and Executive Director at Cascadia Wildlands. I have been involved with Cascadia Wildlands as an employee or volunteer since its inception in 1998. I also am an active member of the organization.

4. Cascadia Wildlands is a nonprofit corporation incorporated in the State of Oregon. Its mission is to defend and restore the Cascadia bioregion's wild ecosystems in the forest, in the courts, and in the streets. Cascadia Wildlands envisions vast old-growth forests, rivers full of wild salmon, wolves howling in the backcountry, a stable climate, and vibrant communities sustained by the unique landscapes of Cascadia.

5. Cascadia Wildlands has approximately 12,000 supporters and members across the country who are interested in and support the organization's work to protect and restore the ecosystems and species of the Cascadia bioregion.

6. The formation of Cascadia Wildlands in 1998 was catalyzed by the lawless practice of clearcutting ancient forests authorized by the Salvage Rider and for decades, Cascadia Wildlands has advocated for sound management forests in Oregon, including State Forests managed by the Oregon Department of Forestry (ODF).

7. This work is central to two of Cascadia Wildland's core campaigns: Protecting Forests and Watersheds; and Saving Our Wild Salmon Heritage. Through this work, Cascadia Wildlands devotes much of its efforts towards protecting forests that are critical to the survival of species teetering on the brink of extinction, including the Oregon coast coho salmon. Cascadia Wildlands regularly features the impacts of forest management on imperiled wild salmon in our biannual newsletter, *Cascadia Review*, through our monthly electronic bulletins and action alerts to our members and supporters, on social media, and our website.

8. The ODF's management of the Tillamook and Clatsop State Forests runs contrary to the principles of restoration and conservation that Cascadia Wildlands promotes. Our members, supporters, and staff have expressed serious concerns over ODF's management of the Tillamook and Clatsop State Forests.

9. For years, these forests have been subjected to extensive logging activities, including logging and roadbuilding on steep slopes, and log hauling on hydrologically connected roads. These activities are responsible for the degraded habitat conditions that led to the listing of coho salmon, and have suppressed recovery efforts. Every year, new timber sales are planned and auctioned that are reasonably certain to lead to yet more landslides, road failures, and chronic sedimentation into streams that provide essential habitat for coho salmon spawning, egg incubation, and rearing.

10. Cascadia Wildlands' organizational interest in educating our members about environmental issues and public land management, and halting habitat damaging projects and programs is harmed because ODF authorizes logging activities on the Tillamook and Clatsop State Forests that conflict with Cascadia Wildlands' interest in responsible, scientifically sound,

and forward-looking management of our forests. And the operations harm Cascadia Wildlands' interest in the recovery of imperiled species in the State Forests, most notably, coho salmon. Despite decades of scientific research on the adverse impacts of conducting logging activities on habitat for salmonids like coho salmon, ODF continues to operate without any legal authorization to cause harm to the species.

11. I have an abiding, personal interest in the recovery of the Oregon Coast coho salmon as well. Because of this, I have spent time in many watersheds in the Oregon Coast Range attempting to witness rearing or spawning coho salmon — from the streams on the west side of the Elliott State Forest near Coos Bay to Tahkenitch Creek in the Oregon Dunes National Recreation Area to the Wilson River on the Tillamook State Forest.

12. Cascadia Wildlands' members, supporters, and staff regularly use and enjoy Oregon State Forests, including the Tillamook and Clatsop State Forests, for hiking, birdwatching, berry picking, photography, fishing, and many more activities. Cascadia Wildlands' members, supporters, and staff are harmed and will continue to be harmed by ODF's continued planning and authorization of timber sales in the State Forests. Cascadia Wildlands' members, supporters, and staff rely on the organization to protect their use and enjoyment of the State Forests through Cascadia Wildlands' advocacy efforts.

13. Cascadia Wildlands' members, supporters, and staff's injuries would be redressed by an order declaring State Defendants' activities violate Section 9 of the Endangered Species Act and injunctive relief causing modification or suspension of timber sales along coho salmon-bearing streams involving clear cut logging and road building on steep slopes and log hauling on hydrologically connected roads.

///

///

///

///

///

///

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July, 2021 in Eugene, Oregon.

______ ______________________

JOSH LAUGHLIN
Executive Director, Cascadia Wildlands