AMY R. ATWOOD (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Street
Portland, OR 97217
(971) 717-6401

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, CASCADIA WILDLANDS, and NATIVE FISH SOCIETY,

Plaintiffs,

v.

NANCY HIRSCH, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY,

Defendants,

and

OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,

Defendant-Intervenors.

Case No: 3:18-cv-01035-MO

**DECLARATION OF WHITNEY PALMER In Support of Plaintiffs' Motion for Partial Summary Judgment**

I, Whitney Palmer, declare as follows:

1. The facts set forth in this Declaration are based on my personal knowledge. I could and would testify competently to these facts if called as a witness. As to these matters, they reflect my personal opinions, observations, and judgments.

2. I am a citizen of the United States, and a resident of Sagle, Idaho.

3. I received a Bachelor of Arts (BA) degree from the University of Oregon in 2007.

4. I have been employed by the Center for Biological Diversity ("Center") as a litigation support specialist for this case since November 2019.

5. In preparing and organizing information and images filed as exhibits in support of Plaintiffs' Motion for Partial Summary Judgment, I created maps using a mapping system on a server created by the Center's senior scientist and Geographic Information System (GIS) specialist, Curtis Bradley, and Google Earth. The maps on this server have multiple "layers" that can be selected to show and align various features, including timber sales. There is also a layer showing the latest Coho Habitat Distribution data from the Oregon Department of Fish and Wildlife for 2021. It shows where Coho are "present" in streams, and whether the stream is used "primarily [for] rearing with some migration" or "primarily [for] spawning with some migration." This has allowed us to identify the proximity of various timber sale boundaries and actual incidents of take of Coho, including through habitat impairment resulting from past landslides.

6. I created the following diagrammed image of the NW Combo Landslide. This image was created using Google Earth imagery from August 2016.




I marked "Area 5" to show where harvest of Area 5 of the NW Combo timber sale occurred and that the landslide was initiated from within that sale area. I marked the spur road through Area 5, as well as the West Fork North Fork Wilson River. I was able to identify these based on my familiarity with maps from the pre-operations report and the map server provided by Mr. Bradley.

7. I created a diagrammed map in support of our Motion for Partial Summary Judgment which shows the landslides from Area 1 of the Alder Joy timber sale.

#

#

#

#

#

#

#




The base layer depicts satellite imagery from July 2020, downloaded and provided by Mr. Bradley. This image also shows “Primarily spawning with some rearing” Coho habitat in the South Fork Trask River and Joyce Creek, with the “Coho Habitat Distribution Layer” indicated by the blue line. I created this image to demonstrate to the Court the proximity of coho presence to this landslide.

8. I created the following image of the landslide that occurred in Area 1 of the Star White timber sale.

#

#

#

#

#




I created this image from Google Earth using imagery taken in August 2016. I am able to identify Whitney Creek and Area 1 of the Star White 2014 AOP based on my familiarity with maps from the pre-operations report and the map server provided by Mr. Bradley.

9. In reviewing discovery materials provided by State Defendants, I came across many instances of what would be considered “take” according to the ESA. These included culverts owned by ODF which were not fish passable, at or near Coho bearing Streams. Because these culverts have been blocking fish passage for so long, I was able to determine that Coho presence according to ODFW surveys ended at these blocked culverts and thus, ODF is responsible for limiting their habitat. This was more apparent by reviewing culvert assessment projects, which often noted that upstream of a blocked culvert appeared to be good quality aquatic habitat.

10. Other examples of “take” I found in discovery materials included several instances of sedimentation occurring from log hauling, particularly in the winter, on roads at or

near coho bearing streams. Numerous landslides, or "road failures," appear to be a common occurrence, as well as deviances from the FMP and FPA rules regarding logging steep slopes near streams. ODF often re-opens "legacy roads" that have been decommissioned and create new ones on mid-slope roads on steep slopes. In reviewing geotechnical assessments and inspection reports, there are examples of known hazards before logging and road construction occurs, which results in sedimentation issues to waters of the State.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed this 13th day of July, 2021.

*s/Whitney Palmer*
Whitney Palmer
Sagle, Idaho