AMY R. ATWOOD (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth Street
Portland, OR 97217
(971) 717-6401

*Lead Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, CASCADIA WILDLANDS, and NATIVE FISH SOCIETY,

Plaintiffs,

v.

NANCY HIRSCH, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY, in their official capacities,

Defendants,

and

OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,

Defendant-Intervenors.

Case No: 3:18-cv-01035-MO

**DECLARATION OF NOAH GREENWALD (THIRD) in Support of Plaintiffs' Partial Motion for Summary Judgment**

I, Noah Greenwald, declare as follows:

1. I am the endangered species program director at the Center for Biological Diversity, the lead Plaintiff in this matter.

2. True and correct copies of the following documents are attached hereto as exhibits:

| | | |
|---|---|---|
| Exhibit 08: | Jensen et al. (2009) | David W. Jensen et al., Impact of Fine Sediment on Egg-To-Fry Survival of Pacific Salmon: A Meta–Analysis of Published Studies, 17 Rev. in Fisheries Sci., 348–359 (2009) |
| Exhibit 09: | Quinn (2018) | Thomas P. Quinn, The Behavior and Ecology of Pacific Salmon and Trout (2nd. ed. 2018) |
| Exhibit 10: | Wimberly (2002) | M.C. Wimberly, Spatial Simulation of Historical Landscape Patterns in Coastal Forests of the Pacific Northwest, 32 Can. J. Forest Res., 1316–1328 (2002) |
| Exhibit 11: | Swanson et al. (1987) | Frederick J. Swanson et al., Mass Failures and Other Processes of Sediment Production in Pacific Northwest Forest Landscapes, 57 Streamside Mgmt: Forestry and Fishery Interactions, 9–38 (E.O. Salo & T.W. Cundy eds., 1987) |
| Exhibit 12: | Naiman et al. (1992) | Robert J. Naiman et al., Fundamental Elements of Ecologically Healthy Watersheds in the Pacific Northwest Coastal Ecoregion, in Watershed Management: Balancing Sustainability and Environmental Change, 127–188 (R.J. Naiman ed., 1992) |
| Exhibit 13: | Recovery Plan | Nat'l Marine Fisheries Serv., West Coast Region, Final ESA Recovery Plan for Oregon Coast Coho Salmon (*Oncorhynchus kisutch*) (Dec. 2016) |
| Exhibit 14: | Tech Note 2 | ODF, Forest Practices Technical Note Number 2, Version 2.0 – High Landslide Hazard Locations, Shallow, Rapidly Moving Landslides and Public Safety: Screening and Practices, 1 (Jan. 24, 2019) |

| | | |
|---|---|---|
| Exhibit 15: | Montgomery (2001) | David R. Montgomery, Slope Distributions, Threshold Hillslopes, and Steady-state Topography, 301 AJS, 432–454 (2001) |
| Exhibit 16: | May (2002) | Christine L. May, Debris Flows Through Different Forest Age Classes in the Central Oregon Coast Range, 38 J. Am. Water Resources Ass'n, 1097–1113 (2002) |
| Exhibit 16: | May (2002) | Christine L. May, Debris Flows Through Different Forest Age Classes in the Central Oregon Coast Range, 38 J. Am. Water Resources Ass'n, 1097–1113 (2002) |
| Exhibit 17: | Dietrich & Dunne (1978) | William E. Dietrich & Thomas Dunne, Sediment Budget for a Small Catchment in Mountainous Terrain, 29 Zietschrift fur Geomorphologie Suppl., 191–206 (1978) |
| Exhibit 18: | Montgomery & Dietrich (1994) | David R. Montgomery & William E. Dietrich, A Physically Based Model for the Topographic Control on Shallow Landsliding, 30 Water Res. Rsch., 1153–1171 (1994) |
| Exhibit 19: | Montgomery et al. (2000) | David R Montgomery et al., Forest Clearing and Regional Landsliding, 28 Geology, 311–314 (2000) |
| Exhibit 20: | Burroughs & Thomas (1977) | Edward R. Burroughs & Byron R. Thomas, Declining Root Strength in Douglas-fir After Felling as a Factor in Slope Stability (USDA Forest Serv. Rsch. Paper No. INT-190, 1977) |
| Exhibit 21: | Zeimer & Swanston (1977) | Robert R. Ziemer & Douglas N. Swanston, Root Strength Changes After Logging in Southeast Alaska (USDA Forest Serv. Res. Note No. PNW-306, 1977) |
| Exhibit 22: | Wu et al. (1979) | Tien H. Wu et al., Strength of Tree Roots and Landslides on Prince of Wales Island, Alaska, 16 Can. Geotech. J., 19–33 (1979) |
| Exhibit 23: | Reneau & Dietrich (1987) | Steven L. Reneau & William E. Dietrich, Size and Location of Colluvial Landslides in a Steep Forested Landscape, in Erosion and Sedimentation in the Pacific Rim, 39–48 (Int'l Ass'n Hydrological Sci. Publ'n No. 165, 1987) |

| | | |
|---|---|---|
| Exhibit 24: | Terwilliger & Waldron (1991) | Valery J. Terwilliger & Lawrence J. Waldron, Effects of Root Reinforcement on Soil-Slip Patterns in the Transverse Ranges of Southern California, 103 GSA Bull., 775–785 (1991) |
| Exhibit 25: | Robison et al. (1999) | E. George Robison et al., Storm Impacts and Landslides of 1996: Final Report (ODF Forest Prac. Monitoring Program Tech. Rep. No. 4, 1999) |
| Exhibit 26: | Guthrie (2002) | Richard H. Guthrie, The Effects of Logging on Frequency and Distribution of Landslides in Three Watersheds on Vancouver Island, British Columbia, 43 Geomorphology, 273–292 (2002) |
| Exhibit 27: | Brardinoni et al. (2003) | Francesco Brardinoni et al., Complex Mass Wasting Response of Drainage Basins to Forest Management in Coastal British Columbia, 49 Geomorphology, 109–124 (2003) |
| Exhibit 28: | Schmidt et al. (2001) | K.M. Schmidt et al., The Variability of Root Cohesion as an Influence on Shallow Landslide Susceptibility in the Oregon Coast Range, 38 Can. Geotechnical J., 995–1024 (2001) |
| Exhibit 29: | Turner et al. (2010) | T.R. Turner et al., Landslide Densities Associated with Rainfall, Stand Age, and Topography on Forested Landscapes, Southwestern Washington, USA, 259 Forest Ecology Mgmt. v. 259, 2233 2244 (2010) |
| Exhibit 30: | Wu & Sidle (1995) | Weimin Wu & Roy C. Sidle, A Distributed Slope Stability Model for Steep Forested Basins, 31 Water Res. Rsch., 2097–2110 (1995) |
| Exhibit 31: | Ice (1985) | George Ice, Forty Years of Lessons Learned About the Impacts of Forest Practices on Watershed Hydrology and Water Quality, http://faculty.washington.edu/emer/eic/Forty%20Years%20of%20Lessons.htm (last accessed July 6, 2021) |
| Exhibit 32: | Beschta (1978) | Robert L. Beschta, Long-Term Patterns of Sediment Production Following Road Construction and Logging in the Oregon Coast Range, 14 Water Res. Rsch., 1011–1016 (1978) |

| | | |
|---|---|---|
| Exhibit 33: | Benda & Cundy (1990) | Lee Benda & Terrance W. Cundy, Predicting Deposition of Debris Flows in Mountain Channels, 27 Can. Geotech. J., 409–417 (1990) |
| Exhibit 34: | Everest & Meehan (1981) | Fred H. Everest & William R. Meehan, Forest Management and Anadromous Fish Habitat Productivity, Trans. 46th N. Am. Wildlife and Nat. Res. Conf., 521–530 (Wildlife Mgmt. Inst., 1981) |
| Exhibit 35: | Roberts & Church (1986) | Richard G. Roberts & Michael Church, The Sediment Budget in Severely Disturbed Watershed, Queen Charlotte Ranges, British Columbia, 16 Can. J. Forest Res., 1092–1106 (1986) |
| Exhibit 36: | Bilby et al. (1989) | Robert E. Bilby et al., The Generation and Fate of Road-Surface Sediment in Forested Watersheds in Southwestern Washington, 35 Forest Science 453–468 (1989) |
| Exhibit 37: | Montgomery & Buffington (1997) | David R. Montgomery & John M. Buffington, Channel-Reach Morphology in Mountain Drainage Basins, 109 GSA Bull., 596–611 (1997) |
| Exhibit 38: | Miller & Benda (2000) | Daniel J. Miller & Lee E. Benda, Effects of Punctuated Sediment Supply on Valley-Floor Landforms and Sediment Transport, 112 GSA Bull., 1814–1824 (2000) |
| Exhibit 39: Storage, | May & Lee (2004) | Christine L. May & Danny C. Lee, The Relationships Among In-Channel Sediment Pool Depth, and Summer Survival of Juvenile Salmonids in Oregon Coast Range Streams, 24 N. Am. J. Fisheries Mgmt., 761–774 (2004) |
| Exhibit 40: | Hoffman & Gabet (2007) | Daniel F. Hoffman & Emmanuel J. Gabet, Effects of Sediment Pulses on Channel Morphology in a Gravel-bed River, 119 GSA Bull., 116-125 (2007) |
| Exhibit 41: | Reid et al. (2016) | M.E. Reid et al., Forecasting Inundation from Debris Flows that Grow Volumetrically During Travel, with Application to the Oregon Coast Range, USA, 273 Geomorphology, 396-411 (2016) |

| | | |
|---|---|---|
| Exhibit 42: | Buffington et al. (2002) | John M. Buffington et al., Controls on the Size and Occurrence of Pools in Coarse-Grained Forest Rivers, 18 River Res. and Applications, 507–531 (2002) |
| Exhibit 43: | Reid et al. (1981) | Leslie M. Reid et al., Application of Sediment Budget Studies to the Evaluation of Logging Road Impact, 20 J. Hydrology (New Zealand), 49–62 (1981) |
| Exhibit 44: | van Meerveld et al. (2014) | H. J. van Meerveld et al., Controls on Sediment Production from an Unpaved Resource Road in a Pacific Maritime Watershed, 50 Water Resources Res., 4803–4820 (2014) |
| Exhibit 45: | Trask River Watershed Analysis | E&S Environmental Chemistry, Inc., ODF & U.S.D.I. Bureau of Land Mgmt., Trask River Watershed Analysis (Aug. 2003) |
| Exhibit 46: | Wilson River Watershed Analysis | Duck Creek Associates, Inc., ODF, Wilson River Watershed Analysis (March 2008) |
| Exhibit 47: | Bilby & Ward (1991) | Robert E. Bilby & James W. Ward, Characteristics and Function of Large Woody Debris in Streams Draining Old-Growth, Clear-Cut, and Second-Growth Forests in Southwestern Washington, 48 Can. J. Fisheries and Aquatic Sci., 2499–2508 (1991) |
| Exhibit 48: | Montgomery et al. (1995) | David R. Montgomery et al., Pool Spacing in Forest Channels, 31 Water Resources Res., 1097–1105 (1995) |
| Exhibit 49: | Burnett et al. (2006) | Kelly M. Burnett et al., Comparing Riparian and Catchment Influences on Stream Habitat in a Forested, Montane Landscape, 48 Am. Fisheries Soc'y Symp., 175–197 (2006) |
| Exhibit 50: | Gomi et al. (2005) | Takashi Gomi et al., Sediment Dynamics in Small Forest Streams of the Pacific Northwest, 41 J. Am. Water Resources Ass'n, 877–898 (2005) |
| Exhibit 51: | Brown & Krygier (1971) | George W. Brown & James T. Krygier, Clear-Cut Logging and Sediment Production in the Oregon Coast Range, 7 Water Res. Rsch., 1189–1198 (1971) |

| | | |
|---|---|---|
| Exhibit 52: | Cederholm et al. (1982) | C.J. Cederholm et al., Effects of Forest Road Erosion on Salmonid Spawning Gravel Composition and Populations of the Clearwater River, Washington, in Habitat Disturbance and Recovery, 1-17 (1982) |
| Exhibit 53: | Cedarholm & Reid (1987) | C. J. Cederholm & L. M. Reid, Impact of Forest Management on Coho Salmon (Oncorhynchus kisutch) Populations of the Clearwater River, Washington: A Project Summary, in Streamside Management: Forestry and Fishery Interactions, 373–398 (E.O. Salo & T.W. Cundy eds., 1987) |
| Exhibit 54: | Platts et al., (1989) | William S. Platts et al., Changes in Salmon Spawning and Rearing Habitat from Increased Delivery of Fine Sediment to the South Fork Salmon River, Idaho, 118 Trans. Am. Fisheries Soc'y, 274–283 (1989) |
| Exhibit 55: | Eaglin & Hubert (1993) | Gregory S. Eaglin & Wayne A. Hubert, Management Briefs: Effects of Logging and Roads on Substrate and Trout in Streams of the Medicine Bow National Forest, Wyoming, 13 N. Am. J. Fisheries Mgmt., 844–846 (1993) |
| Exhibit 56: | Coble (1961) | Daniel W. Coble, Influence of Water Exchange and Dissolved Oxygen in Redds on Survival of Steelhead Trout Embryos, 90 Trans. Am. Fisheries Soc'y, 469-474 (1961) |
| Exhibit 57: | Shumway et al. (1964) | Dean L. Shumway et al., Influence of Oxygen Concentration and Water Movement on the Growth of Steelhead Trout and Coho Salmon Embryos, 93 Trans. Am. Fisheries Soc'y, 342-356 (1964) |
| Exhibit 58: | Koski (1965) | K. Victor Koski, The Survival of Coho Salmon (*Oncorhynchus kisutch*) From Egg Deposition to Emergence in Three Oregon Coastal Streams (unpublished master's thesis, Oregon State University) (1965) |
| Exhibit 59: | Tagart (1984) | J.V. Tagart, Coho Salmon Survival from Egg Deposition to Fry Emergence, in Proc. of the Olympic Wild Fish Conf., 173-181 (1984) |

| | | |
|---|---|---|
| Exhibit 60: | Chapman (1988) | D.W. Chapman, Critical Review of Variables Used to Define Effects of Fines in Redds of Large Salmonids, 117 Trans. of the Am. Fisheries Soc'y, 1–21 (1988) |
| Exhibit 61: | Peterson & Quinn (1996a) | N. Phil Peterson & Thomas P. Quinn, Persistence of Egg Pocket Architecture in Redds of Chum Salmon (*Oncorhynchus Keta*), 46 Env'tl Biology of Fishes, 243-253 (1996a) |
| Exhibit 62: | Meyer (2003) | C. B. Meyer, The Importance of Measuring Biotic and Abiotic Factors in the Lower Egg Pocket to Predict Coho Salmon Egg Survival, 62 J. Fish Biology, 534–548 (2003) |
| Exhibit 63: | Greig et al. (2007) | S.M. Greig et al., A Review of Factors Influencing the Availability of Dissolved Oxygen to Incubating Salmonid Embryos, 21 Hydrological Processes, 323-334 (2007) |
| Exhibit 64: | Franssen et al. (2012) | Jan Franssen et al., Asphyxiation and Entombment Mechanisms in Fines Rich Spawning Substrates: Experimental Evidence With Brook Trout (Salvelinus Fontinalis) Embryos, 69 Can. J. Fisheries and Aquatic Sci., 587–599 (2012) |
| Exhibit 65: | Newcombe & MacDonald (1991) | C. P. Newcombe & D. D. MacDonald, Effects of Suspended Sediments on Aquatic Ecosystems, 11 N. Am. J. Fisheries Mgmt., 72–82 (1991) |
| Exhibit 66: | Harr et al. (1975) | R. Dennis Harr et al., Changes in Storm Hydrographs After Road Building and Clear-cutting in the Oregon Coast Range, 11 Water Resources Res., 436–444 (1975) |
| Exhibit 67: | Jones & Grant (1996) | Julia A. Jones & G.E. Grant, Peak Flow Responses to Clear-cutting and Roads in Small and Large Basins, Western Cascades, Oregon, 32 Water Resources Res., 959–974 (1996) |
| Exhibit 68: | Thomas & Megahan (1998) | Robert B. Thomas & Walter F. Megahan, Peak Flow Responses to Clear-cutting and Roads in Small and Large Basins, Western Cascades, Oregon: A Second Opinion, 34 Water Resources Res., 3393-3404 (1998) |

| | | |
|---|---|---|
| Exhibit 69: | Beschta et al. (2000) | Robert L. Beschta et al., Peak Flow Responses to Forest Practices in the Western Cascades of Oregon, 233 U.S. J. Hydrology, 102-120 (2000) |
| Exhibit 70: | Jones et al. (2000) | Julia A. Jones et al., Effects of Roads on Hydrology, Geomorphology, and Disturbance Patches in Stream Networks, 14 Conservation Biology, 76–85 (2000) |
| Exhibit 71: | Lewis et al. (2001) | Jack Lewis et al., Impacts of Logging on Storm Peak Flows, Flow Volumes and Suspended Sediment Loads in Caspar Creek, California, in 2 Land Use and Watersheds: Human Influence on Hydrology and Geomorphology in Urban and Forest Areas, 85-125 (Water Sci. & Applications Ser., 2001) |
| Exhibit 72: | Zégre (2008) | Nicolas P. Zégre, Local and Downstream Effects of Contemporary Forest Harvesting on Streamflow and Sediment Yield (unpublished Ph.D. dissertation, Oregon State University) (2008) |
| Exhibit 73: | Lisle & Lewis (1992) | Thomas E. Lisle & Jack Lewis, Effects of Sediment Transport on Survival of Salmonid Embryos in a Natural Stream: A Simulation Approach, 49 Can. J. Fisheries and Aquatic Sci., 2337–2344 (1992) |
| Exhibit 74: | Montgomery et al. (1996) | David R. Montgomery et al., Stream-bed Scour, Egg Burial Depths, and the Influence of Salmonid Spawning on Bed Surface Mobility and Embryo Survival, 53 Can. J. Fisheries and Aquatic Sci., 1061–1070 (1996) |
| Exhibit 75: | Seiler et al. (2002) | Dave Seiler et al., 2002 Wild Coho Forecasts for Puget Sound and Washington Coastal Systems, Wash. Dep't Fish & Wildlife Sci. Div. (2002) |
| Exhibit 76: | Lisle & Hilton (1992) | Thomas E. Lisle & Sue Hilton, The Volume of Fine Sediment in Pools: An Index of Sediment Supply in Gravel-Bed Streams, 28 Water Resources Bull., 371–383 (1992) |
| Exhibit 77: | Murphy (1995) | Michael L. Murphy, Forestry Impacts on Freshwater Habitat of Anadromous Salmonids in the Pacific Northwest and Alaska: Requirements for |

| | | |
|---|---|---|
| | | Protection and Restoration (NOAA Coastal Ocean Program Decision Analysis Series No. 7) (1995) |
| Exhibit 78: | 2010 FMP | ODF, Nw. Or. State Forests Mgmt. Plan – Revised Plan (Apr. 2010) (excerpts) |
| Exhibit 79: | WDNR ITP | Nat'l Marine Fisheries Serv., Permit for Incidental Take of Endangered/Threatened Species, Permit No. 1573 (June 5, 2006) |
| Exhibit 80: | WDNR HCP | Nat'l Marine Fisheries Serv., Northwest Region, Washington State Forest Practices Habitat Conservation Plan (June 5, 2006) (excerpts) |
| Exhibit 81: | 2001 FMP | ODF, Nw. Or. State Forests Management Plan (Jan. 2001) (excerpts) |
| Exhibit 82: | Salmon Protection Policy | ODF, State Forests Salmon Protection Policy, Gen. File No. 3-2-1-310 (Jan. 25, 2002) |
| Exhibit 83: | SAH Strategy | Salmon Anchor Habitats Strategy for Northwest Oregon State Forests (Mar. 2003) |
| Exhibit 84: | NW Combo Memo | Memorandum from Kate Skinner, Tillamook Dist. Forester, ODF, to Dan Corgan, Contracts Team Leader, State Forests Division, ODF, NW Combo Proposed Timber Sale & Pre-Operations Report (July 16, 2010) |
| Exhibit 85: | NW Combo Pre-Ops | ODF, Tillamook Dist., Pre-Operations Report – NW Combo (2008) |
| Exhibit 86: | Clarification Memo | ODF, FMP Riparian Strategy: Clarification Regarding Slope Stability and Landslides in the Context of Harvest – Identifying the Four Slope Buffers (Feb. 25, 2020) |
| Exhibit 87: | 2019 HLHL Update | ODF, HLHL Update – GIS Procedures (June 6, 2019) |
| Exhibit 88: | NW Combo Notice | ODF, Tillamook Dist., Notice of Timber Sale: NW Combo, 341-11-33 (2014) |
| Exhibit 89: | NW Combo Notes | ODF Inspection Report Notes on NW Combo Timber Sale (Dec. 14, 2010 – May 29, 2014) |

| | | |
|---|---|---|
| Exhibit 90: | Dec. 2012 NW Combo Inspection Report | ODF, Tillamook Dist., Timber Sale Inspection Report – NW Combo (Dec. 11, 2012) |
| Exhibit 91: | Alder Joy Pre-Ops | ODF, Tillamook Dist., Pre-Operations Report – Alder Joy (May 2011) |
| Exhibit 92: | Odin's Blade Notice | ODF, Tillamook Dist., Notice of Timber Sale (Oct. 17, 2017) |
| Exhibit 93: | Odin's Blade Pre-Ops | ODF, Tillamook Dist., Pre-Operations Report – Odin's Blade (June 2016) |
| Exhibit 94: | Star White Notice | Notice of Timber Sale: Star White (Oct. 21, 2014) |
| Exhibit 95: | Star White Pre-Ops | Pre-Operations Report: Star White (Final) (June 2013) |
| Exhibit 96: | Buren Email – 1 | Emails between Ty Williams, Astoria Dist. Assistant Dist. Forester, ODF, and Michael Buren, Geotechnical Specialist, ODF (Jan. 30, 2019 – Feb. 12, 2019) |
| Exhibit 97: | Buren Email – 2 | Email from Michael Buren, Geotechnical Specialist, ODF, to Dave Wells, Roads Specialist, ODF (May 5, 2014) |
| Exhibit 98: | 2019 Tillamook AOP | ODF, Tillamook District 2019 Annual Operations Plan, 18 (June 2018) |
| Exhibit 99: | Buren Email – Star White | Email from Michael Buren, Geotechnical Specialist, ODF, to Aaron Inman, Nat. Res. Specialist, ODF (Apr. 22, 2016) |
| Exhibit 100: | Buren Map 1 – Star White | Michael Buren, Map of Star White Timber Sale Slides, Lidar of 2007 (Apr. 22, 2016) |
| Exhibit 101: | Buren Map 2 – Star White | Michael Buren, Map of Star White Timber Sale Area 1, Lidar of 2007 (Apr. 30, 2014) |
| Exhibit 102: | Rocky Road Sale Results | ODF, State Timber Sales Results – Rocky Road, Sale No. 341-18-83 (Feb. 13, 2018) |
| Exhibit 103: | Rocky Road TSIR | ODF, Tillamook Dist., Timber Sale Inspection Report – Rocky Road (2018) |

| | | |
|---|---|---|
| Exhibit 104: | Rocky Road Memo | Memorandum from Joe Travers, Tillamook Dist. Operations Manager, ODF, to Kate Skinner, Tillamook Dist. Forester, ODF (Nov. 17, 2017) |
| Exhibit 105: | Rocky Road Notes | Notes on Rocky Road Timber Sale from ODF Staff (Mar. 8, 2018 – June 5, 2019) |
| Exhibit 106: | Buren Email – Red Buzzard | Email from Michael Buren, Geotechnical Specialist, ODF, to James Neuman, Planning Forester, ODF (Aug. 10, 2015) |
| Exhibit 107 | Tillamook Estuaries | Tillamook Estuaries Partnership, 2012 Tillamook Culvert Assessment Project, Culvert #262 (Kilchis Forest Road at Whitney Creek) |
| Exhibit 108: | Harvestable Acres Memo | ODF, Identifying Harvestable Acres on the Tillamook District (undated) |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2021 in Portland, Oregon.

*s/ Noah Greenwald*
Noah Greenwald
Portland, Oregon

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I filed the foregoing DECLARATION OF NOAH GREENWALD (THIRD) In Support of Plaintiffs' Motion for Partial Summary Judgment using the Court's ECF system, which will cause this filing to be served on the following counsel for State Defendants and Defendant-Intervenors:

Attorneys for Defendants
Deanna J. Chang, deanna.j.chang@doj.state.or.us
Darsee Staley, darsee.staley@doj.state.or.us
OREGON DEPARTMENT OF JUSTICE

Attorneys for Defendant-Intervenors Oregon Forest Industries Council
Kirk B. Maag, kirk.maag@stoel.com
Crystal S. Chase, crystal.chase@stoel.com
Ryan P. Steen, rpsteen@stoel.com
STOEL RIVES LLP

Attorneys for Defendant-Intervenors Tillamook County
Jessica Schuh, jschuh@schwabe.com
Jay T. Waldron, jwaldron@schwabe.com
SCHWABE, WILLIAMSON & WYATT

Dated this 14th day of July, 2021

*/s Amy R. Atwood*
Amy R. Atwood