# EXHIBIT 09

**Thomas P. Quinn, The Behavior and Ecology of Pacific Salmon and Trout (2nd. ed. 2018)**

# The Behavior and Ecology of Pacific Salmon and Trout

# The Behavior and Ecology of Pacific Salmon and Trout

Thomas P. Quinn

*Second Edition*

UNIVERSITY OF WASHINGTON PRESS
Seattle

*in association with*

AMERICAN FISHERIES SOCIETY
Bethesda, Maryland

Copyright © 2018 by the University of Washington Press
Printed and bound in the United States of America
Design by Cynthia Stock
Composed in Adobe Minion Pro, typeface designed by Robert Slimbach
22 21 20 19 18 5 4 3 2 1

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage or retrieval system, without permission in writing from the publisher.

University of Washington Press
www.washington.edu/uwpress

Library of Congress Cataloging-in-Publication Data
Names: Quinn, Thomas P. (Thomas Peter), author.
Title: The behavior and ecology of Pacific salmon and trout / Thomas P. Quinn.
Description: Second edition. | Seattle : University of Washington Press ; Bethesda, Maryland : In association with American Fisheries Society, [2018] | Includes bibliographical references and index. |
Identifiers: LCCN 2018002614 (print) | LCCN 2018003527 (ebook) | ISBN 9780295743349 (ebook) | ISBN 9780295743332 (paperback : alk. paper)
Subjects: LCSH: Oncorhynchus—Behavior. | Oncorhynchus—Ecology.
Classification: LCC QL638.S2 (ebook) | LCC QL638.S2 Q56 2018 (print) | DDC 597.5/6—dc23
LC record available at https://lccn.loc.gov/2018002614

The paper used in this publication is acid-free and meets the minimum requirements of American National Standard for Information Sciences—Permanence of Paper for Printed Library Materials, ANSI Z 39.48–1984. ∞

Author photo by Brian Quinn

Cover photo: Mature sockeye salmon ascending Knutson Creek, Bristol Bay, Alaska. (Photo: Jason Ching)

Frontispiece: Plate 1, conceptual diagram of a northern lake ecosystem, showing *Cyclotella* (a diatom, single-celled alga) at the top left, two types of crustacean zooplankton that consume algae (*Cyclops*, a copepod, below, and *Daphnia*, a cladoceran, to the right). Zooplankton are consumed by juvenile sockeye salmon and their competitor, the threespine stickleback. These small fishes are vulnerable to avian predators such as the Arctic loon on the surface and larger fishes such as the Arctic char in deep water. (Artwork by Charles D. Wood)

# CONTENTS


| | | |
|---|---|---|
| | Preface | vii |
| | Acknowledgments | xi |
| 1 | Introduction | 3 |
| 2 | Homeward Migration on the Open Ocean | 45 |
| 3 | Migration in Coastal Waters and Estuaries | 66 |
| 4 | Upriver Migration and Energetics | 83 |
| 5 | Homing and Straying | 109 |
| 6 | Courtship and Reproduction | 133 |
| 7 | The Ecology of Spawning Salmon and Their Carcasses | 160 |
| 8 | The Development and Mortality of Embryos | 178 |
| 9 | Alevin Movements, Emergence, and Fry Migrations | 194 |
| 10 | Salmon and Trout in Streams | 203 |
| 11 | Salmon and Trout in Lakes | 234 |
| 12 | Downstream Migration (or Not) | 259 |
| 13 | Salmon and Trout in Estuaries | 288 |
| 14 | Marine Migrations | 307 |
| 15 | Survival at Sea | 328 |

16 Feeding and Growth at Sea 352

17 Age and Size at Maturity 371

18 Salmon and Trout Transplants 397

19 The Evolution and Structure of Populations 413

20 The Abundance and Diversity of Salmon and Trout: Past, Present, Future 426

References Cited 449

Index 521

# PREFACE

Pacific salmon are a remarkable group of animals, and the connections to their ecosystems and to humans may be more complex and profound than any other group of animals, and certainly more than any other group of fishes. First, though perhaps not foremost, they are collectively among the most valuable commercial fishery resources of the United States, with annual landed values averaging $397 million (see table below). Other fish dominate the tonnage landed (walleye pollock and Atlantic menhaden in recent years) but are lower in value than salmon despite their quantity.

Average annual quantity of Pacific salmon and landed value in US commercial fisheries, 2000–2014 *(Source:* US Department of Commerce)

| Species | Millions of pounds (%) | US$ millions (%) |
|---|---|---|
| Pink | 346.07 (46.7) | 78.87 (19.9) |
| Sockeye | 223.81 (30.2) | 196.84 (49.5) |
| Chum | 118.37 (16.0) | 49.67 (12.5) |
| Coho | 35.21 (4.7) | 30.17 (7.6) |
| Chinook | 18.02 (2.4) | 41.75 (10.5) |
| Total | 741.50 million pounds | $397.29 million |

In addition to their commercial value, salmon and trout are the target of recreational fisheries with significant value to local economies. Perhaps more important than the amount of money spent in pursuit of salmon is the psychological uplift (often mixed liberally with frustration) that comes with time spent outdoors fishing alone or in the company of family and friends. Salmon hold a special place in the culture, nutrition, and economy of peoples native to the coast of the North Pacific Ocean—from Japan and Russia to Alaska, British Columbia, and southward through much of California. Salmon were traditionally important for food and for barter, and they continue to be a very important part of the culture and commerce of many groups. Salmon have also been adopted as the region's icon by non-native peoples. One need only visit the gift shops in San Francisco, Portland, Seattle, Vancouver, Anchorage, and

many smaller communities to see that salmon are readily embraced by modern society. Large trees and snow-capped mountains are also icons of the region, but somehow we do not connect with them as strongly as we do with salmon. The image of the salmon—leaping a waterfall in its heroic but tragic effort to get home, reproduce, and die—is among the most recognizable in the natural world, and it strikes a chord with us.

Salmon are not only important for cultural and consumptive purposes, their conservation and management also pervade the regulatory environment of their ecosystem. Past and present human activities—including but not limited to mining, agriculture, hydroelectric production, flood control, forestry, shoreline development, and urbanization—all affect salmon. Increasingly, these activities are regulated because of their effects on salmon. One cannot understand the controversies about mining in Alaska, water management in the Columbia River system, or forestry on the Oregon coast, without understanding salmon. Salmon have also been at the heart of many conceptual and technological advances in fisheries science.

Besides the complex roles that salmon play for people, they play equally important and complex roles for other organisms. Most streams they inhabit are nutrient-poor, and the annual return of salmon to spawn and die provides a pulse of food that directly and indirectly enriches the plants and animals in nearby aquatic and terrestrial ecosystems. Finally, the salmon's influence on their ecosystem is not limited to natural processes, but they have indirect effects through humans as well. Because salmon are so important, people will modify land-use practices to benefit salmon when they would have done nothing for amphibians or less charismatic fishes. The northern spotted owl was granted protection under the US Endangered Species Act and was vilified in a way that salmon never will be. Put simply, salmon are special.

The natural history of salmon is important for people seeking to understand these fishes, the North Pacific ecosystems in Asia and North America, and their management by humans. I hope this book will provide insights into the basic biology of salmon to a range of people, including university students and faculty, biologists working in agencies, nongovernmental organizations, and companies devoted to salmon or to some aspect of the natural or human world that interacts with them. In addition to these people with a direct need to know about salmon, I hope the book will interest members of the public who wish to learn about these fishes or become involved in their conservation. However, this book is not designed for advocacy. My goal is not to sway opinion but to inform and excite the reader. I will have succeeded if I have conveyed some of my enthusiasm for salmon and trout, and if I have stimulated readers to question my ideas, formulate and test their own hypotheses, and expand our knowledge of salmon and trout. If this interest on the part of readers leads to action, so be it.

The book is titled *The Behavior and Ecology of Pacific Salmon and Trout*. As I explain more fully later, the term *Pacific salmon* has traditionally been applied to five fish species in the genus *Oncorhynchus* that are native to the North American and

Asian coasts of the Pacific Ocean, and to two (or one) species native only to Asia. Trout, notably rainbow (and their sea-run form, known as steelhead) and cutthroat but also less common (and less well-known) species such as Apache, golden, and Gila trout, have been included in the genus *Oncorhynchus* since 1989. The fishes of the genus *Oncorhynchus* are the primary subjects of this book. In addition to this genus, there are two other major genera closely related to them: *Salmo* (including Atlantic salmon and brown trout, both native only to Atlantic drainages) and *Salvelinus* (the char, including species in all continents around the north temperate and boreal regions). The introductory chapter provides thumbnail sketches of the common fishes in the family found in western North America and Asia. The rest of the book is focused on the traditional salmon species, steelhead and cutthroat trout, and the species of char native to the Pacific Rim and especially North America.

The first edition of this book, published in 2005, was primarily about Pacific salmon and, to a lesser extent, trout. More than a decade has passed since then, and the scientific knowledge of these fishes has increased greatly. This revision updates the text in areas where especially important discoveries have taken place. I now also include more information about Pacific trout and char species, as they complement the life history patterns of the Pacific salmon species. Readers comparing editions will also find new photographs, as the past decade has seen an extraordinary increase in the quality of digital images.

The seven principal species of North American Pacific salmon and trout (for convenience, often referred to collectively as salmon) are described by a truly vast scientific literature, and expanding the coverage of trout and char did not diminish my task. It is impossible to do justice to the tremendous volume and variety of excellent work that has been done. If I tend to cite my own research, it is only because it is familiar to me, not because it is superior to the work of others. It is equally impossible to present all the unusual life history patterns, habitats, and other ecological circumstances of salmon. I have tried to give both the general patterns and exceptions that seem instructive, but there will always be some population or site that does not fit the patterns I have described. In the interests of producing a readable book, some compromises were needed.

I have used data from primary, secondary, and unpublished sources, and have created figures and tables to illustrate important points and highlight selected studies. However, readers should seek out the primary sources when doing their own analyses and then give credit to those authors rather than to me. In some cases, it was impractical for me to cite every source of information and note every adjustment needed to make my tables comprehensible. I trust that readers will accept my efforts as honest. Lines drawn through scattered points in figures indicate the "best fit" relationships to help visualize the patterns. Finally, I have largely avoided statistical analyses in the text. Unless otherwise stated, patterns that I present as significant meet the general professional standard; there is a less than 5% chance that the apparent pattern arose by chance.

# ACKNOWLEDGMENTS

Many people contributed to this book, in many different ways. Ernest Brannon and Kees Groot supervised my doctoral and postdoctoral work on salmon, respectively, and they educated and inspired me. Since then, my knowledge has been built in large part by the superb graduate students and undergraduate students who have worked with me, by my outstanding colleagues at the University of Washington, and by collaborators at various agencies and other organizations. Preparation of the book would not have been possible without the help of my wife, Sandie O'Neill, who provided encouragement, data, professional contacts, critical comments on text, photos and illustrations, and assistance with all aspects of the project. Many people provided published or unpublished data for tables or figures, including Joseph Anderson, Mara Zimmerman, Fred Goetz, Keri Benner, David Seiler, Thom Johnson, Scott Hinch, Katherine Myers, Bruce Ward, Jeff Cederholm, Joseph Fisher, William Pearcy, Masahide Kaeriyama, Richard Thomson, Richard Brodeur, Robert Francis, Scott Gende, Ted Cooney, Mark Willette, David Lonzarich, Brian Fransen, Daniel Schindler, R. J. Wootton, Sayre Hodgson, John McMillan, James Starr, Jackie Carter, George Pess, Gregory Ruggerone, Reginald Reisenbichler, John Burke, Carlos Garcia de Leaniz, Ian Fleming, Sigurd Einum, Todd Seamons, David Patterson, Wes Larson, Manu Esteve, Deborah McLennan, Michael LaPointe, John Hayes, John Eiler, Kurt Fresh, Steven Schroder, Phaedra Budy, Aaron Berger, and Hiroshi Ueda.

I also thank the people who reviewed draft chapters of the first edition: Andrew Dittman, Mark Scheuerell, Daniel Schindler, Fred Utter, Scott Gende, Robert Lackey, Ted Cooney, Robert Francis, Nancy Davis, Kerry Naish, Scott Hinch, Stephanie Carlson, Walt Dickhoff, Charles Simenstad, Brian Fransen, and Phil Peterson. Jeff Jorgensen, Harry Rich Jr., Bobette Dickerson, Jeramie Peterson, and Peter Westley greatly assisted me by compiling data and finding references. Many people generously allowed me to use their photographs and all are credited with their images, but I especially acknowledge Richard Bell, John McMillan, Morgan Bond, and Jason Ching for their many outstanding images and extended discussions about how to best depict the behavior of the fish. Jason Ching also drew original artwork for the book and assisted me in countless other ways. I also thank Kaili Park, Charles Wood, and David Ehlert

for artwork, and Cathy Schwartz for drafting and modifying many maps and figures. I thank Michael Duckworth, editor for the first edition, and Margaret Sullivan, Julie Van Pelt, and Rebecca Brinbury, of the University of Washington Press, for their help and enthusiasm for the second edition. I thank Amy Smith Bell for skillful and careful copyediting, Cynthia Stock for design and attention to many details that improved consistency and appearance, Aaron Lerner for encouragement and coordination with the American Fisheries Society, and Bernice Eisen for the index. Preparation of this book was made possible with financial support from the H. Mason Keeler Endowment and the Richard and Lois Worthington Endowment to the School of Aquatic and Fishery Sciences at the University of Washington.

I dedicate this book to my parents, Esther and Vincent, who encouraged my interests in fish and in writing; to my brother, Steve, who shares these interests; and to my wife, Sandie, and our children, Mackenzie and Brian, whose love and patience made this book possible and worthwhile.

# The Behavior and Ecology of Pacific Salmon and Trout




PLATE 2. Illustrations of female and male Pacific salmon and steelhead trout at the peak of sexual maturity (not drawn to scale). (*Source:* Thomas Quinn and David W. Ehlert, MAMS, © University of Washington)

CHAPTER 1

# Introduction

As with most fields of knowledge, there is a certain amount of terminology associated with the life cycles of salmon, trout, and char (collectively termed *salmonids*). I do not wish to dwell on semantics, but some common usage is needed for ease of understanding. The term *egg* refers to the unfertilized ovum, produced by the female. Once fertilized by a sperm cell (mixed with fluids from the male, collectively called *milt*), the egg becomes an embryo, the cell divisions begin, and development proceeds. The embryo is immediately buried by the female in a gravel nest, termed a *redd*, in a stream or lake beach. The word *redd* seems to be derived from a Middle English verb, meaning "to clean or clear," thus comes from Atlantic salmon usage. The redd is composed of several pockets of eggs, deposited and buried by the female in a sequence of spawning events. The embryo develops within the egg membrane for several months and, at an appropriate stage of development, it hatches. The hatchling is termed an *alevin* (from Old French), with a large, external yolk sac for nourishment. As the alevin grows, the yolk is metabolized until it is fully or largely gone and the young salmon can feed on its own. It then wriggles up through the gravel and emerges into the stream or lake as a *fry*. Depending on the species, the fry might migrate directly to sea (chum, pink, and some sockeye and Chinook), migrate to a lake (sockeye), or remain in the stream (most salmonid species). Those staying in fresh water tend to have vertical brown-green bars on their sides that provide camouflage. The fish are called *parr* (from old English 'parren' meaning to enclose, as the bars resemble a fence: Regan 1911), and their bars are known as *parr marks*. There is no set stage when fry become parr (although some people restrict the term *fry* to fish in their first year of life); the term *fingerling* also refers to little salmonids.

After some period in fresh water (days, months, or years, depending on species and population), the salmon migrate to sea. To accomplish this transition, they must alter many aspects of their bodies, including color, shape, osmoregulation, energy storage, patterns of drinking, urination, and behavior. The fish in this transitional stage are termed *smolts* (from the Anglo-Saxon word meaning 'shining': Regan 1911). Smolts can be found in fresh water readying themselves for migration, migrating in fresh water, and in the nearshore marine environment. Because it is a transitional stage, there are no sharp distinctions between smolts and later stages at sea. However, the term is not used to describe salmon that have been feeding for long at sea; salmon at sea are generally just termed *immature* or *subadult*. There is also some

jargon associated with nonanadromous salmonids. Populations are called *residents* if they spend their entire lives in the stream where they were spawned. In contrast, *fluvial* populations migrate within river systems, returning to the natal stream to spawn, and *adfluvial* populations migrate between the natal stream and a lake for feeding. These migrations within freshwater systems can be short but in some cases cover several hundred kilometers.

At some point the salmon at sea begin a complex set of physiological processes that will lead them to migrate back to fresh water, spawn, and die. Salmon that have made this "decision" are referred to as *maturing* fish. They include males and females, of course, and also what are termed *jacks* in many species and populations. Jacks are sexually mature male salmon representing an age group younger than the youngest females in the population. For example, female coho salmon (and most males of the species) spend one full year and a summer at sea, so jacks are males that spend only one summer at sea before maturing. Most sockeye salmon spend two or three years at sea, so those males spending only one full year would be jacks. There are only very rare instances of *jills* (females of such young age), for reasons discussed later in the book. Jacks are not to be confused with *grilse*—a term used by Atlantic salmon biologists to refer to salmon spending one full year at sea. Both males and females can be grilse, and some populations are largely or entirely composed of grilse. In the case of the "traditional" species of salmon (coho, Chinook, chum, pink, and sockeye), all individuals die after spawning. However, in rainbow and cutthroat trout, some individuals survive after spawning and are known as *kelts* (another word from Middle English) during their downstream migration.

Several terms associated with fishing so pervade the scientific literature that they too must be explained. The *salmon run* is the total number of adults surviving the natural mortality agents and heading back to fresh water to spawn. Some are caught (the *catch*), and the others that evade the fishing gear and spawn are called the *escapement*. Depending on the dynamics of the population and the management regime, the ratio of catch to escapement can vary greatly. *Fishery* refers to a type of gear operating on one or several species in a particular area. For example, one might speak of the gillnet fishery for sockeye salmon in Bristol Bay, Alaska, and the troll fishery for coho and Chinook salmon off the Oregon coast.

## Key Themes in the Biology of Salmon, Trout, and Char

This book is primarily about one genus of fishes, *Oncorhynchus*, and their close relatives, in the genus *Salvelinus*. Later in this chapter I introduce these genera and their primary species in North America. However, it is possible to quickly get lost in the diversity of life-history patterns among the species within these genera, and to become even more baffled by the myriad population-specific variants. It is therefore important to understand that there are three key themes in the biology of these genera and the

others in the family including Atlantic salmon and brown trout. Each theme is broadly distributed among salmonids, but each has interesting and important exceptions.

### *Anadromy*

All salmonids spawn in fresh water and some spend their entire lives there. However, many migrate to sea to grow to their final size and then return to fresh water to spawn. This life-history pattern, known as *anadromy*, leads to rapid growth and high density of salmon relative to *nonanadromous* salmonids. All Pacific salmon species are anadromous, but some species (notably sockeye and masu salmon, rainbow and cutthroat trout, and also the char species) have nonanadromous populations, and there may be nonanadromous individuals (typically males) in masu and some Chinook salmon populations that are otherwise anadromous.

Anadromy is not an all-or-nothing matter; rather, there are degrees of anadromy and closely related life-history traits (Rounsefell 1958; Quinn and Myers 2004; Spares et al. 2015). Decades ago, Rounsefell proposed six criteria to assess the extent of anadromy: the spatial extent of migration at sea; the duration of residence at sea in relation to the duration in fresh water; the state of maturity attained at sea; spawning habits and habitats (e.g., use of intertidal areas); postspawning mortality; and the occurrence of nonanadromous forms of the species. Integrating information on these aspects of life history and behavior, Rounsefell classified pink, chum, and Chinook salmon as *obligatory anadromous* species (although Chinook less so than the others), and coho and sockeye were termed *adaptively anadromous*. He used the term *optionally anadromous* for rainbow and cutthroat trout, Atlantic salmon, brown trout, Dolly Varden, brook trout, and Arctic char. A reassessment of these criteria with more recent data (Quinn and Myers 2004) supported the initial conclusions, although information on the various species has been added, particularly regarding the extent to which freshwater resident and sea-run fish (e.g., rainbow trout and steelhead) can both be produced from one population (Kendall et al. 2015).

Anadromy is a subset of a broader category of migratory life-history patterns termed *diadromy* (McDowall 1988). Diadromous fishes have regular migrations between breeding grounds in fresh water or the ocean and feeding grounds in the other environment. More than 99% of all fish species spend their lives in freshwater or marine habitats and do not (cannot) migrate between them, so diadromous fishes are very unusual. They are distinguished from fishes that are tolerant of a broad range of salinities and often reside in estuaries but are not specifically migratory, termed *euryhaline*. Among the diadromous fishes, about half are anadromous, including not only salmonids but clupeids, such as American shad (*Alosa sapidissima*), striped bass (*Morone saxatilis*), lampreys (Petromyzontidae), sturgeons (Acipenseridae), smelt (Osmeridae), and others.

The opposite pattern from anadromy is *catadromy*: species that spawn at sea and rear in fresh water. The most famous catadromous fishes are the anguillid eels, but

there are other examples as well. Finally, some fishes display *amphidromy*; they spawn in fresh water, migrate to sea as larvae and feed there for a while, then return to fresh water for further growth before spawning. Examples include the galaxiids of the Southern Hemisphere. There are well over twenty thousand species of fishes, and only 160 (0.8%) of them are diadromous (McDowall 1988). Of the diadromous fishes, about 87 (54%) are anadromous, 41 (25%) are catadromous, and 34 (21%) are amphidromous.

Animals should migrate when the benefits of being in some new habitat exceed the benefits of the present habitat, minus the cost of moving (Gross 1987), and we infer that migration between marine and freshwater habitats is costly because so few fishes do it. There are thus many reasons *not* to migrate, including the difficult physiological adaptations for ion regulation in fresh water and at sea. Survival in both environments may also require changes in body plan and behavior, in addition to a shape suited to migratory performance. Among diadromous fishes, anadromy is more common at higher latitudes and catadromy more common at lower latitudes (McDowall 1988). At higher latitudes, productivity (hence growing opportunities) tends to be greater at sea than in fresh water, whereas at low latitudes, freshwater environments are often more productive than marine ones (Baker 1978; Gross et al. 1988). This may explain the tendency for the direction of migration to vary with latitude.

### Homing

The surviving salmon migrating from ocean feeding areas back to spawn in fresh water almost invariably return to the site where they were spawned. This trait, known as *homing*, leads to reproductive isolation of salmon populations. That is, fish produced in one river tend to return there as adults and thus breed with other individuals from that river rather than with fish from other rivers. These isolated populations, exposed to different physical factors such as temperature, flow, and gravel size, and biotic factors such as predators, prey, competitors, and pathogens, evolve specializations to improve survival in their home river. In addition to such genetic adaptations, the populations may also vary in abundance at carrying capacity and in productivity (number of offspring produced per spawning female at low density). These differences in population dynamics require that they be managed and conserved as discrete populations rather than as species, greatly complicating fisheries management. It must be noted, however, that if all salmon homed, new habitat would never be colonized. Much of the present range of salmon was glaciated within the last ten thousand to fifteen thousand years, so colonization (*straying*) was also an essential element in the evolution and present distribution of salmon. Such straying continues to provide gene flow among existing populations and allows for colonization after natural disasters extirpate populations.

### Semelparity

Not only do salmon migrate to sea and come back to their natal stream to spawn, but death inevitably follows reproduction in many Pacific salmon species. This life-history

pattern, termed *semelparity*, transfers millions of kilograms of salmon flesh from the ocean to nutrient-poor freshwater ecosystems, reversing the gravity-driven tendency for water and nutrients to flow seaward. However, the trout and char species often survive spawning, and their life-history pattern is termed *iteroparity* (as in iterative reproduction). Semelparity is not unique to salmon, as some other fishes (e.g., lamprey) and many insects and other invertebrates are semelparous. However, there may be no other group of semelparous animals that are as large as salmon and whose synchronized death contributes as much to the local ecology. Semelparity probably evolved in response to increased adult mortality from the rigors of anadromy and long-distance migration. The adults expend all their energy during migration and reproduction rather than retaining some to assure their own survival. This extra energy allows females to produce especially large eggs (Crespi and Teo 2002) and guard the nest after spawning.

Figure 1.1 illustrates the variations open to salmon, trout, and char, including pathways for juveniles to complete their lives within stream habitats (fluvial) or migrate to a lake (adfluvial) or to sea (anadromous). Upon return for spawning, they may die (semelparous life cycle) or breed again (iteroparous life cycle), after another migration to the ocean or after further feeding in freshwater habitats.

## Are Salmonids Typical Fishes?

Three key themes—anadromy, homing, and semelparity—provide an important introduction to salmon behavior and ecology. However, a bit more information may be helpful before we consider species-specific details. There are several notable life-history traits common to Pacific salmon in particular and salmonids in general. Taken together, they make salmon quite different from other fishes spawning and rearing with them in fresh water. Some of these differences are linked to anadromy or are most extreme in the anadromous forms, and many of the traits are interrelated. The salmonid species range in body size, longevity, dependence on freshwater rearing, extent of anadromy and iteroparity, and breeding season. Wootton (1984) reviewed the life-history patterns of Canadian freshwater fishes, and his summary makes a very useful basis for comparing salmonids to other sympatric species. Later chapters in the book provide much more detail on all these patterns.

*Salmonids grow rapidly but do not live long.* The marine waters occupied by salmonids provide better growing conditions than most freshwater habitats, and salmonids have high metabolic rates, allowing rapid growth if food is available. Growth facilitates survival and reproductive potential (fecundity and egg size in females and competitive ability in males). However, salmonids (especially Pacific salmon) have rather short life spans. They are much larger for their age than other freshwater fishes but sacrifice longevity for growth rate (fig. 1.2). Some char and nonanadromous trout, however, can live ten years or more.



FIGURE 1.1. Generalized life-cycle diagram for salmon and trout. They spawn in streams, depicted by the pair of fish at the top. In some species they then die, illustrated by the skeleton, whereas in others they resume life in fresh water or return to sea, as shown by the arrows. The offspring (eyed egg, alevin, and fry) may complete their life cycle within fresh water, including river and lake habitats, or migrate to sea and back. The gray sky symbolizes the importance of precipitation in the lives of salmon and trout. (*Source:* Concept developed with Catherine Austin, original artwork by Kaili Park)

*Pacific salmon spawn in the fall.* This is quite unusual; most freshwater fishes in the north temperate region spawn in the spring (especially May and June; fig. 1.3). The definition of fall, with respect to spawning season, varies. Spawning may be as early as July for sockeye in Alaska and as late as February in Washington. Rainbow and cutthroat trout spawn in spring but again, the seasons are defined with respect to local conditions and they can breed as early as October and as late as July. Other than




FIGURE 1.2. The relationship between age at first maturity and adult body size of freshwater fish species from Canada. (*Source:* Wootton 1984; salmonid data updated by Thomas Quinn)




FIGURE 1.3. Modal month of spawning by freshwater fishes in Canada. (*Source:* Wootton 1984)

salmonids, the other main group of fall-spawning fishes is the Coregonidae or whitefish, to whom they are related. Salmonid eggs, spawned in the fall, develop slowly, so the juveniles begin feeding in spring, when the long days and intense sunlight melt the ice, warm the water, and food (e.g., insects and zooplankton) becomes more abundant. The eggs of spring-spawning fishes develop more rapidly than salmon (fig. 1.4), so the




FIGURE 1.4. Number of days from fertilization to reliance on external food sources (hatching for freshwater fish species or emergence for salmonids). (*Source:* Wootton 1984)




FIGURE 1.5. Distribution of egg sizes among freshwater fishes in Canada. (*Source:* Wootton 1984)

larval fish can also take advantage of warm temperatures and abundant primary and secondary production for rapid growth.

*Salmonids have very large eggs compared to other bony fishes* (fig. 1.5). The large eggs produce large fry, with higher survival rates than smaller fry. The tradeoff, however, is that the female can only devote about 20% of her weight to gonads. The investment in reproduction must balance number against size of eggs to maximize the number of surviving progeny. Thus salmonids have fewer but larger eggs, for

their size, than other freshwater fishes (fig. 1.6). These eggs provide the embryos and alevins with enough yolk to survive the long winter.

*Salmonids display female parental care, in the form of egg burial.* Both of these features are atypical in fishes. Parental care is shown in only about 21% of the families of bony fishes (Gross and Sargent 1985), although it is more common among freshwater than marine fishes. Among the fishes with parental care, the provider is more often the male rather than the female (61% vs. 39% of families). The evolution of parental care is a complex matter, but the benefits and drawbacks are obvious in a general way. Care increases the odds of survival of the offspring in the present generation but is costly to the parent (in depleted energy, risk of predation, lost feeding opportunities, etc.), and so reduces survival and future reproductive opportunities.

Female salmon provide care by preparing a depression in the gravel, winnowing out fine gravel by turning on their side, and rapidly sweeping the tail up and down. When the eggs have been fertilized, the female buries them and (in the semelparous species) guards them from disturbance by other females until she dies. Egg burial is a very unusual form of parental care. Some fishes such as grunions (*Leuresthes tenuis*) bury their eggs in the upper intertidal region of sandy beaches, and larval emergence is synchronized to the next spring tide series. This seems risky enough, but burying embryos in stream gravel for many months seems even more negligent because




FIGURE 1.6. Relationship between fecundity and mean body length among freshwater fishes in Canada. (*Source:* Wootton 1984; salmonids updated by Thomas Quinn)

sediment transport and scour commonly occur. However, fall spawning salmonids are large enough to bury their eggs sufficiently deep that they are not normally dislodged by winter floods (Montgomery et al. 1996).

*Salmonids are generalists.* Juveniles use the whole range of freshwater habitats available to them, and many species commonly occupy both streams and lakes. They are opportunistic feeders; small salmonids eat primarily insects and zooplankton, and larger individuals eat fishes and invertebrates. Salmonids also have a generalized body shape suited to mobility, lacking such specialized features as the armor and spines of sticklebacks (Gasterosteidae) and the large mouth of sculpins (Cottidae). At sea they range from shorelines to coastal waters to the open ocean, feeding on a diverse diet of zooplankton, macroinvertebrates (e.g., krill, squid), and small, schooling fishes.

*Salmonids have red flesh and eggs.* Salmonids have another unusual trait—the concentration of red carotenoid pigment in their muscle during periods of feeding, and the subsequent transfer of these pigments to the eggs and skin at maturity. Many fishes eat more or less the same things that salmonids eat (insects in streams, zooplankton in lakes and marine waters, and fishes as well), yet the muscle of almost all fishes is white. There is debate about the functional significance of red eggs (Craik 1985; Tyndale et al. 2008) and how this trait evolved (Rajasingh et al. 2007); these ideas are discussed in future chapters.

*Salmon populations tend to be very productive.* This does not mean that they are abundant or that they occur at high density, although they may have these attributes too. Rather, being *very productive* means that when the population is below its carrying capacity, salmon produce many more surviving adult offspring than were in the parental generation. Thus salmon can support higher fishing rates than other fishes could sustain. Consider the fact that fishing and hunting regulations are typically designed to ensure that all or most individuals have a chance to breed at least once before they are subjected to exploitation (e.g., size limits for recreational fishing, no retention of female crabs, no hunting does with fawns, etc.). However, all salmon caught are virgins, and sustainable fisheries often catch at least 50% of the run. In the absence of fishing, competition (for spawning habitat by adults or food and space by juveniles) would therefore exert stronger control over the abundance of salmon than we see today.

## The Stage: The Physical Environment Occupied by Salmon

Before introducing the characters in the play, we should briefly set the stage. Salmon and trout are products of their environment, and the variation among and within species reflects the variation in the physical environments where they live. They spawn and rear in bodies of water ranging from tiny creeks above waterfalls in the mountains, to streams discharging straight into salt water, to large rivers draining vast areas of land with estuaries, and from small beaver ponds and ephemeral wetlands to the

region's largest lakes. Their native range is from northern Mexico to the Arctic Ocean on one side of the Pacific, and from Taiwan, southern Japan, and Korea to the Arctic Ocean on the other side (fig. 1.7).

Salmon are present only as scattered populations in the Arctic (Babaluk et al. 2000; Stephenson 2006), although they may expand as the climate changes (Nielsen et al. 2013). However, Arctic char and Dolly Varden abound in some Arctic rivers. Salmon and trout are found in many large North American rivers (table 1.1) as well as in thousands of smaller streams. There are also great rivers in Asia that support salmonids. The Lena River flows from just north of Lake Baikal 4270 km to the Arctic Ocean, with a discharge of about 16,400 $m^3$/sec. The Amur River flows 4510 km from Mongolia to the Sea of Okhotsk with a discharge of 12,500 $m^3$/sec. Thus the Lena has roughly twice the discharge of the Mackenzie, and the Amur has nearly twice that of the Yukon, so these are indeed major rivers of the world. The Anadyr (1117 km) and Yalu rivers (800 km) are also very large, and the Kamchatka River (more than 700 km) has tremendous salmon populations.

Along the North American coast, most rivers are relatively short, draining the coastal mountains and having most of their precipitation delivered as rain in the late fall, winter, and early spring. However, several much larger rivers, such as the




FIGURE 1.7. Map of the North Pacific Ocean showing the approximate coastal extent of spawning by anadromous Pacific salmon and trout (shaded) and some of the major rivers and other geographical features. (*Source:* Drawn by Cathy Schwartz)

TABLE 1.1. Mean discharge and length of major North American rivers with Pacific salmon. Discharges are not always at the mouth, so underestimate the totals. (*Source:* Favorite et al. 1976 and unpublished public records)

| River | Mean discharge ($m^3$/sec) | Length (km) |
|---|---|---|
| Mackenzie | 7500 | 4250 |
| Yukon | 7000 | 3185 |
| Columbia | 6650 | 2250 |
| Fraser | 2938 | 1360 |
| Kuskokwim | 1280 | 1165 |
| Copper | 1040 | 462 |
| Skeena | 920 | 570 |
| Nass | 830 | 380 |
| Sacramento | 650 | 607 |

Columbia and Fraser, drain large areas in the continental interior and flow through canyons to the ocean. They have tributaries in their lower reaches that are dominated by rainfall, but the overall flow regimes of these rivers are dominated by melting snow in the late spring and early summer.

In addition to the variation in size of rivers and their flow regimes, salmon and trout occupy a range of climatic zones. Needless to say, areas in the south are warmer than those in the north, and coastal areas have much smaller seasonal differences in temperature than those inland at the same latitude. There is also an increase in precipitation from south to the north, reaching a maximum along the northern coast of British Columbia and southeast Alaska, and then decreasing markedly farther north to very low levels in the Arctic. Not only do salmon and trout occupy rivers along this great range of climate, from northern Mexico or Taiwan to the Arctic Ocean, but when they go to sea they encounter tides that vary in amplitude, tending to be smaller in the south and greater in the north. For example, on a more or less randomly chosen date, December 21, 2013, the projected range from the day's low to high was 1.6 m in San Francisco Bay, California, 3.8 m in Seattle, Washington, and 8.6 m (28.2 feet!) in Anchorage, Alaska. From the estuaries the anadromous fish enter marine waters and encounter a range of conditions. The continental shelf off California is very narrow, and ocean conditions are dominated by upwelling near the coast and much warmer, less productive water offshore. Farther north, the continental shelf tends to broaden, and the fish are in different oceanographic regimes (temperature, salinity, primary and secondary production) and communities of organisms. The reason for noting these sources of variation, obvious as they may seem, is to remind ourselves of two things. First, salmon and trout populations have evolved to occupy a wide range of conditions; they are adaptable and resilient. Second, generalizations about the fish

are necessary but must be viewed with caution, as the varying freshwater and marine conditions give rise to many exceptions and unusual patterns.

## The Cast of Characters: Life-History Summaries of the Major Species

This section briefly describes the general life-history patterns of the major salmonids of the Pacific Rim, including the common names, some distinguishing features, and native ranges. Further details and some of the myriad exceptions are presented later in this book, in the appropriate chapters. Keys to identifying the species can be found in books on fishes of the region (McPhail and Lindsey 1970; Hart 1973; Scott and Crossman 1973). For details on their distributions and excellent maps, I direct readers to the *Atlas of Pacific Salmon* (Augerot 2005), which I have consulted in the summaries below.

### Oncorhynchus

*O. gorbuscha*. Pink salmon, also known as humpback salmon for the exaggerated dorsal hump in mature males. Their native range in North America is from north-central California to the Mackenzie River (Heard 1991), but the largest populations are from Puget Sound and the Fraser River to central Alaska. The California populations have been at most marginal, and pink salmon are scarce south of Puget Sound (Hard et al. 1996). Norton Sound is the northern extent of significant populations, although some are found in Kotzebue Sound and the Arctic Ocean. In Asia they are most abundant along the continental side of the Sea of Okhotsk and on the Kamchatka Peninsula, but they extend to Hokkaido, Japan; they are scarce south to Korea and in the Arctic. Pink salmon are the most abundant salmon species and also the smallest at maturity. All pink salmon migrate to sea and all die after spawning. They are always two years old at maturity in their native range, with only very rare exceptions (Ivankov et al. 1975; Foster et al. 1981).

This rigid "two years old at maturity" pattern results in odd-year and even-year populations that are genetically distinct (Churikov and Gharrett 2002; Limborg et al. 2014), even if they occupy the same river because they never interbreed. Curiously, odd-year pink salmon tend to be larger than even-year fish (Beacham and Murray 1985), even in the same river, despite the presumably similar regimes of selection. Even-year runs tend to dominate in northern regions of North America such as Haida Gwaii (Queen Charlotte Islands) and Alaska, whereas odd years dominate in the Fraser River, Puget Sound, and southern waters of North America, and in Russia. Some rivers have only odd-year or even-year runs, which has puzzled scientists for many years. The cycles of abundance seem to be sustained by some density-dependent mortality, but the processes are not well understood (Krkošek et al. 2011).

Pink salmon spawn in rivers, generally close to the ocean, and produce small eggs. Fry emerge from the gravel about 29 mm to 33 mm long, without parr marks, ready to enter sea water. They migrate directly to sea and make essentially no use of fresh water for rearing. Their slim bodies and silvery color are adaptations for locomotion and countershading in open marine water. Pink salmon can therefore spawn at very high densities because food, rather than space for incubating embryos, tends to limit the density of juvenile salmon in streams. At sea, pink salmon migrate to offshore waters, and the Asian populations tend to migrate farther toward North America than vice versa (Hiramatsu and Ishida 1989). Males and females are similar in average size (about 2 kg), but males are slightly larger and more variable. Adults at sea have small scales and large, somewhat indistinct spots on the tail and back, and at maturity males show a pronounced dorsal hump and elongated jaws, and both sexes are grayish-olive in color with white bellies and spots (photo 1.1).



PHOTO 1.1. Mature male (on the right) and female (on the left) pink salmon, Elwha River, Olympic Peninsula, Washington. (*Photo:* John McMillan)

*O. keta.* Chum salmon, also known as dog salmon, range in North America from the Sacramento River northward but are scarce in California (Hallock and Fry 1967) and scarce north of Norton Sound, Alaska. In Asia they range west to the Lena River in the Arctic and south in Russia and Japan and the east coast of Korea (Salo 1991; O. W. Johnson et al. 1997). They are the third most abundant species based on natural production, after pink and sockeye. Chum salmon spawn in the lower reaches of rivers soon after leaving the ocean, but exceptional populations migrate more than 2000 km up the Yukon and Amur rivers, and there are small but apparently persistent populations in the upper Mackenzie River system. They almost invariably spawn in rivers, but some spawn in lake beaches in the Kuril Islands (Kaev and Romasenko 2003) and elsewhere. In some areas such as Alaska, summer and fall

runs are distinguished, tending to spawn in different habitats within the river system (Salo 1991; Olsen et al. 2008). Chum salmon eggs are large, producing relatively large fry (about 32 mm to 38 mm). They have small parr marks and elongated bodies, and they may migrate directly downstream to sea or stay in streams, feeding, for a few days or weeks. They then go to sea, often feeding in estuaries for a few weeks, before migrating to the offshore waters rather than occupying the coast.

Chum salmon typically mature at three, four, or five years of age (older in the north than the south) and are quite large at maturity, averaging about 3 kg to 5 kg (Salo 1991). Adults at sea do not have spots but are distinguished by iridescent pigment in the form of "rays" on the tail, and a longer, thinner caudal peduncle than other salmon. Like pink salmon, all chum salmon are anadromous and all die after spawning; adults are characterized by white tips on the ventral and anal fins and calico-colored stripes and bars (photo 1.2).



PHOTO 1.2. Mature male chum salmon, Mallard Duck Creek, southwestern Alaska. (*Photo:* Morgan Bond)

*O. nerka*. Sockeye salmon, commonly called red salmon in Alaska and blueback on the Columbia River, are the second most abundant species, with a historical range in North America from the Sacramento River, California (Hallock and Fry 1967), to Kotzebue Sound, but their primary spawning range is from the Columbia River to the Kuskokwim River. They spawn in coastal systems and also ascend as far as 1600 km to Redfish Lake, Idaho. In Asia the heart of their distribution is the Kamchatka Peninsula and tributaries of the Bering Sea (Burgner 1991; Bugaev 2011); they range from the Kuril Islands to the area of the Anadyr River. There are no native anadromous sockeye in Japan but there are native nonanadromous forms in lakes, known as himemasu (Kogura et al. 2011).

Sockeye eggs are small, so their fecundity is large for the female's size. Fry are small, usually about 26 mm to 29 mm, and almost always go to a lake immediately after emerging from the gravel, where they reside for one or two years (Foerster 1968). Most populations, therefore, spawn in tributaries or outlets of lakes, but sockeye also

commonly spawn in lake beaches. In addition to these typical "lake-type" sockeye that rear in lakes and migrate to sea as smolts, there are also "ocean-type" populations that migrate to sea in their first year of life, and "river-type" populations rear in rivers for a year before going to sea (Gustafson and Winans 1999). These forms spawn in rivers without lakes, and there is a continuum of rearing patterns rather than two distinct types. I use the term *ocean-type* for consistency with the Chinook salmon life-history form, as opposed to the term *sea-type*, which other authors have used for sockeye. I use the term *river-type* for sockeye rather than *stream-type*—the term traditionally used for Chinook salmon—to better represent the larger rivers that they use.

Sockeye smolts make very limited use of estuaries, but ocean-type juveniles may use estuaries more extensively (Birtwell et al. 1987; Simmons et al. 2013). All types have an offshore (as opposed to coastal) marine distribution, usually spending two or three years at sea, and maturing at about 2 kg to 4 kg. Adults at sea do not have spots (but they may have spots on the tails in fresh water). Unlike chum and pink salmon, sockeye commonly occur as freshwater resident populations, called kokanee. These may be physically landlocked but are often sympatric with sea-run sockeye. Both anadromous sockeye and kokanee inevitably die after spawning. Mature adults have bright red bodies and green heads (photo 1.3); kokanee are similarly colored, but they may also have conspicuous spots on the back and tail (photo 1.4).



PHOTO 1.3. Mature female sockeye salmon, Knutson Bay, Iliamna Lake, Bristol Bay, Alaska. (*Photo:* Jason Ching)

*O. kisutch.* Coho, commonly called silver salmon and sometimes blueback as subadults in British Columbia, presently range in North America from Scott Creek, just north of Santa Cruz, California, to Point Hope, Kotzebue Sound, Alaska (Sandercock 1991; Weitkamp et al. 1995), but they are scarce north of Norton Sound. They seem to be absent, at least as self-sustaining populations, in Japan but they are found in Russia, primarily on the Kamchatka Peninsula and continental rivers draining into the Sea of Okhotsk, on the east side of Sakhalin Island, and occasionally elsewhere.



PHOTO 1.4. Mature male kokanee, Indian River, Olympic Peninsula, Washington. (*Photo:* John McMillan)

They are more abundant than Chinook and the anadromous trout but less so than the other salmon species, and they tend to spawn in small streams with moderate gradients along the coast and, to a lesser extent, the interior. Coho are almost invariably anadromous in their native range, but some populations associated with lakes do not go to sea (e.g., Kurenkov et al. 1982).

Fry are about 30 mm when they emerge and are heavier bodied than pink, chum, and sockeye fry. They are also more colorful, with orange dorsal and anal fins with black and white markings on the edges. They typically reside in streams for one or two years, but some populations occupy lakes for at least part of their lives in fresh water. The typical life history is a seaward migration by smolts in the spring, but some go to sea as fry in spring, and it is increasingly recognized that there is a substantial downstream movement by parr in fall that brings many individuals into marine waters. Smolts spend little time in estuaries, and subadults feed primarily in coastal waters, though some are found offshore. Most spend one full year (two summers) at sea, but some males (jacks) return after only a summer at sea; some individuals of both sexes stay out a second year (Drucker 1972). Adults are generally larger than pink and sockeye but smaller than chum and Chinook salmon. Adults at sea have spots only on the upper lobe of the tail and lack the black mouth of Chinook salmon. At maturity they are often red along the body (photo 1.5).

*O. tshawytscha*. Chinook salmon, also known as king salmon, spring salmon (chiefly in British Columbia), and quinnat salmon (a holdover from earlier nomenclature) in New Zealand. The term *tyee* (which, I gather, is from the Nuu-chah-nulth language of Vancouver Island people, meaning "chief") is a sport fisherman's designation for very large Chinook, typically more than 30 pounds. They spawn in large gravel in medium to large rivers in coastal and inland locations and are the least abundant but largest-bodied of the Pacific salmon species. Chinook salmon range



PHOTO 1.5. Mature male coho salmon, Cascade River, Puget Sound, Washington. (*Photo:* Morgan Bond)

in North America from the Ventura River on the coast of south-central California and the upper reaches of the San Joaquin River in the south to Kotzebue Sound in the north (Healey 1991a; Myers et al. 1998). They have been reported in tributaries of the Arctic Ocean, but these are apparently not self-sustaining populations. They are primarily a fish of large rivers, and so the main populations have been in such rivers as the Sacramento–San Joaquin, Klamath, Columbia, Fraser, Skeena, Kuskokwim, and Yukon. In Asia their range is more limited than in North America—no farther south than the Kamchatka Peninsula, where the dominant populations are in the Kamchatka River, but they range from the Anadyr River southward to the Amur River, including the continental side of the Sea of Okhotsk (Healey 1991a).

Chinook fry are the largest of the salmon (about 33 mm to 37 mm) and have two basic patterns of freshwater residence. Ocean-type Chinook migrate downstream immediately after emergence, or after a few months in the river, and commonly reside in estuaries for a few weeks or more. In contrast, stream-type Chinook spend a full year in the river before migrating downstream, rapidly exiting the estuary and moving out to sea. In North America, ocean-type Chinook are almost exclusively found south of 56° north latitude and tend to be in the lower reaches of coastal rivers. Stream-type Chinook are the only form in the northern part of the range. Where they overlap with ocean-type, the stream-type Chinook tend to be found farther inland, spawning and rearing at higher elevations.

In the ocean, Chinook salmon feed in offshore and coastal waters for one to five (typically two to four) years, and they are the largest of the salmon. The current sport fishing record was a 44.1 kg fish from the Kenai River, Alaska, caught in 1985, and at the southern end of the range a 39.1 kg one was caught in the Sacramento River in 1979. A number of old photos show fish at least this large, although ones over 20 kg are considered very big in most populations. At sea they are identified by spots on

the upper and lower lobes of the tail, on the back, and by a black gum line inside the mouth (hence the common name "blackmouth"). Mature Chinook are typically olive green-brown in color in the southern part of the range (photo 1.6) and much redder in the northern part of the range. There are also "white" Chinook salmon with much paler flesh and egg color than others (Hard et al. 1989). The trait is under genetic control, but the adaptive value of this variation is unclear.

The return migration of Chinook salmon to fresh water can be long in advance of spawning, and timing tends to covary with juvenile life-history type. Populations with spring-migrating adults often have stream-type juveniles, whereas fall-running adults tend to be from ocean-type juveniles in the area of overlap. All populations spawn in the fall except so-called winter Chinook in the Sacramento River system, which migrate in winter and spawn in spring. Chinook display one other unusual trait for salmon: some males mature as parr, having never migrated to sea. I know of no naturally occurring nonanadromous populations, although when landlocked by a dam or introduced to rivers with suitable lakes they can complete their life cycle in fresh water. Like the other species, Chinook all die after spawning, though under controlled conditions the mature parr can survive to spawn in subsequent years.



**PHOTO 1.6.** Mature male Chinook salmon, McKenzie River, Oregon. (*Photo:* Morgan Bond)

*O. masou.* Masu, cherry salmon, with four subspecies, is native only to the Asian side of the Pacific Ocean. Masu salmon (*Oncorhynchus masou masou*) is the most numerous and widely distributed, ranging from eastern Korea along the coast north to Russia including parts of Kamchatka (Kato 1991). Their marine distribution is largely limited to coastal waters, especially the Sea of Japan and the Sea of Okhotsk. In masu, both males and females often remain in fresh water until maturity at the southern end of the distribution. In the middle of the range most females go to sea, but many males remain in fresh water (Morita and Nagasawa 2010), so up to 90% of the smolts and upstream migrants are females. At the northern end of the range the sex ratio is more equal, as both males and females migrate to sea. Anadromous

masu (photo 1.7) tend to spend a full year at sea, typically reaching 1–3 kg, and are semelparous, whereas males remaining in fresh water and maturing as parr may survive and spawn more than once (Tsiger et al. 1994) and may later migrate to sea. There is also evidence that stream-resident females spawn in successive years (Maekawa and Nakano 1994).



PHOTO 1.7 Mature male masu salmon, Kenichi River, Hokkaido, Japan. (*Photo:* Yuji Seo)

Amago salmon (*O. masou ishikawae*) (referred to by Kato 1991 and others as a separate species, *O. rhodurus*) are found chiefly on Honshu and Shikoku. Biwa salmon (*O. masou* subsp.) are only found in Lake Biwa (the largest lake in Japan, on Honshu) and its inlet streams. At the extreme southern end of the native range of salmonids in the western Pacific, there is the Formosa landlocked salmon (*O. masou formosanus*). Isolated in Taiwan by increasing temperatures after the last ice age, they are now limited to a small area that is cool enough for them, at elevations between 1450 and 2500 m in a single stream system at about 24.5° north latitude (about the same as Key West, Florida!). They are endangered (Yan 2000), but efforts are under way to restore them with dam removal and other approaches (Healey et al. 2001; Lin et al. 2004).

*O. mykiss* (formerly *Salmo gairdneri*). Rainbow trout when nonanadromous (photo 1.8); steelhead when anadromous (photo 1.9). The Asian form (previously known as *Salmo mykiss*) used to be considered a separate species, and when the fish were reclassified into the genus *Oncorhynchus* in 1989, both forms were given the Asian species' name because it had been described first. This widely distributed, highly variable species ranges in North America from northwest Mexico (including northern Baja California) to the Kuskokwim River, Alaska, but it is not anadromous in Bristol Bay or northern Alaska, or south of Malibu Creek, California (Behnke 1992; Busby et al. 1996). Many southern populations are isolated in higher elevations, and they persist in the Sierra Madre Oriental mountains of Mexico (Abadía-Cardoso et



PHOTO 1.8. Rainbow trout (sockeye salmon in the background), Iliamna Lake, Bristol Bay, Alaska. (*Photo:* Morgan Bond)



PHOTO 1.9. Steelhead trout, Quillayute River, Olympic Peninsula, Washington. (*Photo:* John McMillan)

al. 2016). The latitude (about 24.5°) is similar to that of the masu salmon in Taiwan; presumably there were steelhead this far south in previous geological periods. In contrast, the northern nonanadromous populations often coexist with anadromous salmon and have easy access to the sea, so other factors control their migratory tendency. In Asia they occur as both freshwater and anadromous forms but are native only to Russia, mostly on the Kamchatka Peninsula.

Rainbow/steelhead eggs are smaller than those of salmon and are typically spawned in spring on ascending temperature cycles, unlike those of salmon. Spawning is almost invariably in streams, though Northcote and Bull (2007) documented successful lake spawning. Fry emerge in late spring or early summer and are distinguishable from salmon by the spots of the dorsal and adipose fins. Juveniles initially reside in streams, and some remain there but others migrate to larger rivers, lakes,

or the ocean. Steelhead typically spend one to three years in fresh water and one to three years at sea before returning to spawn. Age and size at maturity vary greatly, depending on habitat and life-history pattern. Males can mature as parr at age-1 and resident females are often small, but adfluvial trout are reported to reach 26 kg in Jewel Lake, British Columbia, and steelhead can exceed 16 kg (Scott and Crossman 1973). The ocean distribution of steelhead is very broad, especially for those going to sea for the first time. Adults in seawater have many small spots on the back and tail and large, square tails.

Rainbow trout exist in isolated areas and divergent forms have evolved, some of which are recognized as different species, whereas others are usually classified as subspecies or distinct "races," known for their different colors. Behnke (1992) listed six subspecies of rainbow trout, with steelhead as the anadromous form of the coastal rainbow trout (*O. mykiss irideus*). They may be divided into *ocean-maturing* and *stream-maturing* (sometimes known as "winter" and "summer" steelhead, respectively). Ocean-maturing steelhead enter rivers in winter or spring in an advanced state of sexual maturity and spawn in spring of that year, perhaps within a month (Busby et al. 1996). In contrast, stream-maturing steelhead enter rivers in summer (e.g., August or September) in a much less advanced state of maturity, remain in fresh water through the fall and winter, and spawn the following spring. These fish are known as fall steelhead in Alaska. The ocean-maturing form is typically found in lower elevation, coastal areas (often with fall Chinook), whereas stream-maturing fish predominate in the interior (often with spring Chinook). Rainbow and steelhead differ from the traditional Pacific salmon by spawning in the spring rather than the fall, and they are also iteroparous. However, the proportion of adults surviving to spawn two or more times varies greatly. Repeat spawning is rare among stream-maturing steelhead, somewhat less so in ocean-maturing steelhead, and common in rainbow trout.

The other subspecies listed by Behnke (1992) are the Columbia River redband trout (*O. mykiss gairdneri*), the California golden trout (*O. mykiss aguabonita*), the Kern and Little Kern River golden trout (*O. mykiss gilbert*), the Sacramento redband trout (*O. mykiss stonei*), and the Kamchatkan rainbow trout (*O. mykiss mykiss*). A recent review of the native trout species of western North America included fewer rainbow trout subspecies but added the San Pedro Martír trout (*O. mykiss nelsoni*), from Mexico, and a complex of trout not yet fully classified from the Sierra Madre Oriental mountains of Mexico (Penaluna et al. 2016). All these forms are nonanadromous, limited in distribution, and many are in jeopardy from a combination of natural processes and human activities.

*O. clarkii* (formerly *Salmo clarki*). Cutthroat trout. Like the rainbow, this species was previously classified in the genus *Salmo*, with Atlantic salmon and brown trout. Its native range is restricted to western North America, where they exist as anadromous and freshwater forms along the coast from the Eel River of northern California to the Kenai Peninsula of Alaska. Unlike the other Pacific species, they are native to both

sides of the Rocky Mountains, with subspecies in the upper reaches of the Colorado, Rio Grande, and Missouri (Yellowstone Lake) systems and other isolated areas. Like rainbow, cutthroat trout are spring spawners. Fry initially reside in streams and may stay there, migrate to larger rivers, lakes, or marine waters. Juveniles closely resemble rainbow trout (fry are indistinguishable) but have a somewhat longer lower jaw (past the middle of the eye), larger spots, and red marks on the throat (hence the name).

They are also iteroparous and have a very complex population structure associated with isolated, divergent forms. The coastal cutthroat trout (*O. clarkii clarkii*) (photo 1.10) is sympatric with Pacific salmon, and includes stream-resident, adfluvial (stream-lake migrants) and anadromous populations (Trotter 1989). Sea-run cutthroat commonly spend two to three years in streams before going to sea, typically only for the summer in northern areas and less than a year farther south (O. W. Johnson et al. 1999; Quinn and Myers 2004; Quinn et al. 2016). They do not seem to range far out to sea, but their marine distribution is poorly known. Stream residents may occupy very small streams and are sometimes isolated above waterfalls, though others migrate within river systems. Adfluvial cutthroat trout, like rainbow trout, occupy streams as fry but then migrate to a lake to feed and grow, and after they mature they migrate back and forth between their natal stream and the lake.

Unless stated otherwise, only the coastal cutthroat trout subspecies is discussed in this book. However, there are many other subspecies with distinct distributions, evolutionary lineages, adaptations to their environments, and conservation issues. These isolated populations can differ greatly from each other in appearance. Behnke (1992) listed twelve extant subspecies and two as extinct or likely so as a pure form, but a more recent review listed nine extant subspecies: coastal, westslope, Bonneville,



PHOTO 1.10. Two coastal cutthroat trout and a juvenile steelhead (the smaller fish). Indian Creek, Olympic Peninsula, Washington. (*Photo:* John McMillan)

Colorado River, Rio Grande, Yellowstone, greenback, Paiute, and Lahontan, and two extinct subspecies, Alvord and yellowfin (Penaluma et al. 2016). In addition to the myriad subspecies of rainbow and cutthroat trout, there are also several recognized Pacific trout species related to them but sufficiently different that they can be called distinct species: Mexican golden trout (*O. chrysogaster*), Apache trout (*O. apache*), Gila trout (*O. gilae*), and golden trout (*O. aguabonita*) (Penaluma et al. 2016).

### Side Note: What's in a Name?

The common and scientific names have puzzled many people interested in these fishes, and I count myself among them. To the best of my knowledge, the common names are derived from the names used by indigenous people in North America. Sockeye and coho are from the language of Coast Salish people living in what is now southwestern British Columbia. Chinook refers to the Chinookan people, of the middle and lower Columbia River in what is now parts of Oregon and Washington, and chum comes from their language. Pink salmon, rainbow trout, and cutthroat trout are from English, of course, referring to the colors of the fish.

In contrast to these common names, used by scientists on both sides of the Pacific Ocean, the scientific names originate from Russia. The species names of salmon and rainbow trout: *nerka, keta, kisutch, tshawytscha,* and *mykiss*, are derived from the names for the fish in the languages of people native to the Kamchatka Peninsula and Okhotsk region. The exceptions are *gorbuscha*, which means "humpback" in Russian, and *masou*, which comes from the Japanese word for trout. Masu salmon are known in Japan as *sakuramasu*, which means "cherry trout" because they tend to return from the ocean in late spring, when cherry trees blossom (Kato 1991). Finally, *clarkii* refers to William Clark, partner to Meriwether Lewis of the American Corps of Discovery Expedition; they crossed the continent in the early 1800s and described cutthroat trout (among many other things).

### Salvelinus

*Salvelinus alpinus*. Arctic char (also spelled *charr*, from a Celtic word meaning red or blood, related to the color of the belly of mature fish: Regan 1911). Salmonids in this genus are distinguished by having light markings on a dark background, whereas *Salmo* and *Oncorhynchus* have dark spots on a light background. Arctic char is the most northerly distributed freshwater fish, as far north as 82° latitude on Ellesmere Island (photo 1.11), Nunavut, Canada (L. Johnson 1980). Their distribution is circumpolar, but they are sympatric with Pacific salmon in parts of the Arctic Ocean, in Alaska to the Kenai Peninsula and Kodiak Island, and in Russian rivers flowing into the Sea of Okhotsk. They are fall (September–October) spawners with small eggs and high fecundity (three thousand to five thousand or more). Embryos are intolerant of temperatures above 8°C. Like trout, Arctic char vary greatly in color,



PHOTO 1.11. Mature male Arctic char, Hazen Lake, Ellesmere Island, Canada. (Photo: David Hardie and Jeffrey Hutchings [shown], Dalhousie University)

morphology, and life history, including anadromous and nonanadromous forms, lake and river spawners, and up to four highly divergent forms within a single lake in Iceland (Jonsson and Jonsson 2001).

Growth rates are usually slow, and the fish are iteroparous and long-lived (ten to twenty years or more). Anadromous forms tend to mature at an older age and larger size than nonanadromous populations (Tallman et al. 1996). They seem to be more often anadromous in northern areas (e.g., north of the Yukon River), migrating to sea in spring and returning in fall of the same year. However, they do not spawn every year, so char returning from the sea may seek suitable overwintering habitat (preferably lakes) at a non-natal site.

*S. malma*. Dolly Varden (the name comes from a flamboyantly dressed character in a book by Charles Dickens; the scientific name *malma* comes from the local name in Russia, where it was first named). Dolly Varden are iteroparous, fall spawners. The Asian subspecies, *S. malma krascheninnikovi*, is distributed between the Anadyr and Yalu rivers. There are two North American forms of Dolly Varden, now designated as subspecies: the northern form (*S. malma malma*) overlaps with Arctic char, from the north side of the Alaska Peninsula north to the Arctic Ocean in Alaska and western Canada. The southern form (*S. malma lordi*) is found from the coast of Washington to southeastern Alaska; south-central Alaska seems to be a contact zone between the forms (Dunham et al. 2008; Taylor and May-McNally 2015) (photo 1.12). The scientific literature can be confusing because it is not always clear which species was actually being studied, bull trout (below) were not always distinguished from Dolly Varden,



PHOTO 1.12. Dolly Varden, Clark River, southwestern Alaska. (*Photo:* Morgan Bond)

and they hybridize on occasion with other char as well. Adults spawn in streams, and juveniles may remain there until they mature, or migrate to lakes or to sea. Most sea-run individuals of the southern form spend only the summer at sea and are not thought to go far from home, but the northern form migrates farther out to sea, and they often skip a year between spawning events. Anadromous fish may overwinter at non-natal sites when they are not going to spawn, complicating analysis of their population structure and dynamics. Residents typically spawn annually but are smaller than anadromous ones. For an excellent review of this species, readers might consult Armstrong and Morrow (1980).

*S. confluentus*. Bull trout (photo 1.13) has been recognized as a separate species from Dolly Varden, which they resemble, since 1978. Bull trout are only found in North America, where they are distributed more to the south and interior, whereas Dolly Varden are more prevalent in coastal and northerly areas, although their distributions overlap (Haas and McPhail 1991). Their range once included northern California's McCloud River, western Montana, Nevada, Idaho, British Columbia, and Alberta, but the range seems to be constricting at the southern end. Adults grow to 60 cm or more and spawn in September and October in streams. Bull trout display anadromous, adfluvial, fluvial, and resident life histories, migrating as much as 250 km within large systems such as the Flathead Lake drainage (Fraley and Shepard 1989). They are intolerant of warm water and are seldom found in streams with summer temperatures above 18°C.

*S. namaycush*. Lake trout (also known as mackinaw; the scientific name comes from the Cree word for this fish) are native only in North America, found in US lakes in New England, the Great Lakes region, Montana, Idaho, and Alaska, and throughout Canada except Newfoundland. In the southern part of the range their lakes are usually large and deep, but they may occupy shallower lakes and even rivers in the



PHOTO 1.13. Mature male bull trout, Hoh River, Olympic Peninsula, Washington. (*Photo:* John McMillan)

Arctic. Among salmonids they are the least tolerant of salt water but can be anadromous in the Arctic (Swanson et al. 2010). They spawn numerous eggs (up to eighteen thousand) in the fall on rocky reefs in lakes (and, rarely, in rivers). Lake trout reach sexual maturity at age-6 to age-7 or greater and can live more than twenty years. A 46.4 kg specimen was caught in Lake Athabasca, Saskatchewan (Scott and Crossman 1973), and others weighing more than 35 kg have been caught there. In some lakes they exist as multiple forms, with marked differences in body size, depth distribution, shape and color, physiology and food habits (Muir et al. 2016); photo 1.14 shows a more or less typical fish.



PHOTO 1.14. Lake trout, Northwest Territories, Canada. (*Photo:* Paul Vecsei/Engbretson Underwater Photography)

## Taxonomy and Evolution

The focus of this book is on the ecology and behavior of salmonids, but a brief perspective on their taxonomy and evolutionary history is helpful in understanding their present conditions. Salmon and trout are teleost (bony) fishes in the order Salmoniformes and the suborder Salmonoidei (Wiley and Johnson 2010). This suborder contains three families, all Northern Hemisphere freshwater and anadromous fishes. The Coregonidae (or whitefishes) includes *Stenodus leucichthys* (the inconnu or sheefish), the genus *Prosopium* with six species of whitefishes, and the genus *Coregonus* with about twenty-five species of whitefishes and ciscoes. The second family, the Thymallidae (grayling), has a single genus *Thymallus* and four species, one from North America (*T. arcticus*).

Our focal group, the Salmonidae, contains six genera, including three that are relatively poorly known (at least in North America): *Brachymystax* (Asian freshwater fish known as lenok), *Parahucho*, and *Hucho* (freshwater and anadromous species in Eurasia). Compared with *Hucho*, *Parahucho* is more closely related to the three most widely distributed and extensively studied genera: *Salvelinus*, *Salmo*, and *Oncorhynchus*. *Salvelinus* includes brook trout (*S. fontinalis*) from eastern North America, lake trout from North American basins flowing into the Atlantic, Pacific and Arctic oceans, and bull trout from Pacific drainages of North America. Dolly Varden occupy Pacific drainages in North America and Asia, and Arctic char have a circumpolar distribution including basins in the Atlantic, Pacific, and Arctic Oceans. Asia has the whitespotted char (*S. leucomaenis*) and other species. The genus *Salmo* includes two well-known species (Jonsson and Jonsson 2011), both native only to the Atlantic basin. Atlantic salmon (*S. salar*) are found in North America and Europe, and are primarily anadromous, although there are nonanadromous populations and in many cases males mature as parr before migrating to sea (Fleming 1998). Brown trout (*S. trutta*) are native to a broad area of Eurasia, and the species includes a great deal of genetic variation (Bernatchez 2001) and also great variation in color and morphology. There are also several species closely related to brown trout with distinctive patterns of color and morphology, including the marble trout (*S. marmoratus*) and softmouth trout (*S. obtusirostris*). The Pacific trout species (cutthroat, rainbow, golden, Mexican golden, Apache, Gila) and subspecies were formerly classified in the genus *Salmo*, but they are now in the genus *Oncorhynchus* (see below). That genus includes the five traditional Pacific salmon species in North America and masu in Asia described above.

Salmonids are an old group of fishes, based on a variety of sources of information including genetic evidence (Crête-Lafrenière et al. 2012), and the species were differentiated about six million years ago (McPhail 1996). A number of species existed but are now extinct, including a 1 m long trout, *Oncorhynchus lacustris*, and a 1.4 m long char, *Paleolox larsoni*, that were top predators in lakes. The really big one, though, was *O. rastrosus*, which reached 2.4 m long. It is known as the saber-toothed salmon

because it had huge fangs in the upper jaws, likely in males and used for mating battles because it seems to have fed on plankton (Stearley and Smith 2016). The fossil record for salmonids is limited, largely because river gravels tend to grind up the bones of salmon during high-flow events, animals scavenge the carcasses, and there has been so much glacial activity in range of salmon. However, in 2000 some excellent fossils, identified as mature sockeye salmon, were found in Pleistocene lake sediments in Puget Sound, Washington (Smith et al. 2007). They were similar to modern sockeye salmon (though on the large side), and many features of their bones can be readily seen in the fossils (photo 1.15).



PHOTO 1.15. Fossil sockeye salmon, Hood Canal, Washington. (*Photo:* University of Washington, Burke Museum UWBM 87118)

Did salmonids evolve from freshwater or marine ancestors? It is reasonable to surmise that freshwater species, rearing in a growth-limited environment, gradually came to exploit estuarine and marine areas for feeding but returned to the natal site for breeding. This may have taken place, although McDowall (1997, 2002) concluded that it is not safe to assume so, and they may have evolved from marine fishes. Why does it matter where they evolved? On the one hand, if salmon and trout were originally freshwater fishes that later evolved anadromy, the ancestral condition would have been many isolated populations, restricted to fluvial or adfluvial movements. When they evolved anadromy, these isolated populations would have strayed and interbred with populations in other river basins, allowing more exchange. On the other hand, if they were ancestrally marine, the populations would have initially been quite homogeneous. In general, marine fishes have less discrete genetic population structure, followed by anadromous fishes, and freshwater fishes have the richest

structure (Gyllensten 1985; Ward et al. 1994). Expansion into freshwater habitat for spawning would have led to increasing levels of population differentiation, as straying gave way to homing. I find myself inclined to the view that salmon and trout are fundamentally freshwater fishes that became anadromous; molecular analyses (Ramsden et al. 2003) are consistent with this view, though this does not constitute proof. If so, perhaps some propensity for anadromy embedded in their ancestry disposed them to take advantage of favorable growing conditions at sea, but they remain tied to freshwater habitats for reproduction. This anadromy has been essential in the repeated colonization of river systems after glaciation extirpated populations.

### *Insights into the Relationships among Salmonids*

The 1970s saw the rapid development and use of biochemical techniques for exploring the evolutionary relationships among organisms. There are many proteins that occur in two or more forms, each of which seems to function equally well. To the extent that these so-called polymorphic proteins or allozymes are selectively neutral, they can provide evidence of reproductive isolation between populations and species. Species that differ greatly in the proportions of these allozymes are assumed to have diverged farther back in evolutionary time than species with more similar proportions. Analysis of such proteins by Utter et al. (1973) was the basis for estimating the degree of relatedness among species and (by implication) the patterns of evolutionary divergence. These data indicated that sockeye and pink salmon were closely related and that chum salmon were most related to this pair of species.

Coho and Chinook salmon were also paired together, and they were grouped with sockeye, pink, and chum salmon. Cutthroat and rainbow trout were most closely related to each other. Masu were intermediate between the trout and salmon groups, but more closely related to the trout. This was the general understanding of the relationships among salmonids until Thomas et al. (1986) examined genetic differences among Pacific salmonid species using variation in mitochondrial DNA rather than proteins. Their data indicated that coho and Chinook salmon are more closely related to rainbow trout than they are to sockeye, chum, and pink salmon. This finding called into question the inclusion of rainbow trout in the genus *Salmo* and suggested that the Pacific trout were actually forms of Pacific salmon. This publication was shortly followed by other reports indicating that the Pacific trout, formerly *Salmo*, are deeply embedded in the genus *Oncorhynchus* (Phillips et al. 1992; Shedlock et al. 1992). Smith and Stearley (1989) rearranged the taxonomy, and cutthroat trout became *O. clarkii*. Rainbow trout had been recognized as two species, *Salmo gairdneri* in North America and *S. mykiss* in Russia; these two species were consolidated into a single species, and because the Russian species had been named first, *mykiss* was retained for rainbow trout in Asia and North America (Stearley and Smith 1993).

There have been many subsequent studies of the genetics of the family Salmonidae and the genus *Oncorhynchus*, using a variety of genetic techniques and statistical

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 45 of 560


approaches (Utter and Allendorf 1994; Crespi and Fulton 2004; Phillips et al. 2004; Crête-Lafrenière et al. 2012), and readers are directed to these papers and those they cite for more details. Several generalizations have emerged, although there is always some uncertainty in these efforts to determine the evolutionary lineages as the studies rely on different samples, different genetic markers, and different statistical analyses. Within the Pacific salmon, coho and Chinook salmon are most closely related to each other, and pink, chum, and sockeye form a second group, with chum and pink being closest relatives and sockeye related to that pair of species. These patterns are consistent with life history and morphology. Coho and Chinook are stream-rearing and are deep-bodied and darkly colored as juveniles, whereas the other three species are paler and slimmer-bodied and primarily feed in the pelagic zone of marine waters or lakes after emerging from the gravel. The position of masu is not entirely clear; they may be closer to the pink-chum-sockeye group than to the coho-Chinook group, but this does not seem certain. It is also clear that rainbow and cutthroat trout (and their various subspecies and other Pacific trout species listed above) form a distinct lineage. There is some uncertainty how the four groups within *Oncorhynchus* (Chinook-coho, pink-chum-sockeye, masu, and rainbow-cutthroat) are related to each other. Further discoveries in genetics may modify our understanding of the relationships among these fishes, but some level of uncertainty is likely because this is very old lineage and hybridization seems to have taken place repeatedly (Crête-Lafrenière et al. 2012).

To complement the genetic approaches to the evolutionary relationships among salmonids, Esteve and McLennan (2007) classified salmonids according to an analysis of behavior, morphology, and life-history traits. They used especially rich details about the reproductive behavior of salmonids from Esteve's (2005) observations from video recordings. There was correspondence in many respects between the phylogenetic tree based on genetic data and the behavior, morphology, and life-history data (fig. 1.8). However, genetic analyses (e.g., Crespi and Fulton 2004; Crête-Lafrenière et al. 2012) indicated that Pacific salmon and trout are more closely related to the char (genus *Salvelinus*) than to the Atlantic salmon and brown trout (genus *Salmo*). Along with three other genera, all Eurasian (*Hucho*, *Parahucho*, and *Brachymystax*), these are the fishes typically referred to as salmonids. Their closest relatives are the grayling. There are four species in the genus *Thymallus* and family Thymallidae, only one of which is found in North America, the Arctic grayling, *Thymallus arcticus* (photo 1.16). The whitefish (genera *Coregonus*, *Stenodus*, and *Prosopium*, in the family Coregonidae) are less closely related to salmonids. There are many species and forms of whitefish, occupying lakes and rivers (photo 1.17), and they can be very important components of these communities. Without exception these fishes are native only to the Northern Hemisphere, although they have been widely transplanted.

Although the speciation of salmon and trout several millions of years ago is interesting, many important evolutionary processes are much more recent, related to the region's active glacial activity. Comprehensive reviews were written on the




**FIGURE 1.8.** Relationships among the three major genera of salmonid fishes (*On* = *Oncorhynchus*) based on an analysis of (a) 158 behavioral (predominantly breeding behavior), life history (e.g., spawning habitat, presence or absence of anadromy) and morphological traits (consensus of four equally parsimonious trees: modified from Esteve and McLennan 2007) and (b) molecular data (modified from Crespi and Fulton 2004, fig. 2e). The molecular tree is a consensus based on sequences from sixteen mtDNA and nine nuclear genes. Relationships that are incongruent between the two trees are depicted in red. Species and genera hypothesized to be more closely related are paired together. (*Source:* Used with permission of the authors and the American Society of Ichthyologists and Herpetologists, with further helpful input from Deborah McLennan, University of Toronto)



**PHOTO 1.16.** Arctic grayling, Newhalen River, Alaska. (*Photo:* Morgan Bond)



**PHOTO 1.17.** Mountain whitefish, Hoh River, Olympic Peninsula, Washington. (*Photo:* John McMillan)

glacial history and zoogeography of North American regions used by salmon, including western Alaska to the Arctic (Lindsey and McPhail 1986), the region from the Columbia River to the Stikine River ("Cascadia": McPhail and Lindsey 1986), and the Oregon and California coasts (Minckley et al. 1986). The Quaternary period had four glaciations in North America, each with a mild, ice-free interglacial period. Most recently, the Cordilleran ice sheet reached its maximum extent about fifteen thousand years ago, covering Cascadia including the upper two-thirds of the Columbia basin. However, most of southern British Columbia was ice-free about twenty thousand to twenty-five thousand years ago.

During the most recent glacial period, huge ice dams built giant lakes such as Lake Missoula (some 300 km long), which repeatedly filled and emptied in cataclysmic floods that scoured out the Columbia River scablands. The lower Columbia River was a refuge, and the Chehalis River region was also ice-free, as were the rivers to the south. Much of the present range of salmon was glaciated, but isolated areas were ice-free and may have supported salmon. The much lower sea levels exposed part of the Bering Sea and Bristol Bay, which was ice-free. Colonization of newly inhabitable rivers by anadromous salmon could have taken place when maturing adults went up a new river from the ocean rather than their natal one. However, colonization could have taken place by inland routes as well as by sea. For example, some rivers in the interior of the Fraser River system flowed into the Columbia River and salmon probably moved between what are now distinct drainage systems. Thus over their evolutionary history, salmon and trout would have been displaced from rivers



Pink *Oncorhynchus gorbuscha*



Chum *Oncorhynchus keta*



Sockeye *Oncorhynchus nerka*

PLATE 3. Illustrations of juvenile pink, chum, and sockeye salmon shortly after emergence from the gravel. The pink salmon are distinguishable by the absence of parr marks. Sockeye and chum fry are similar, but the parr marks of chum fry tend to be more regular in size and to be above the lateral line, whereas those of sockeye [illegible]



Coho *Oncorhynchus kisutch*



Chinook *Oncorhynchus tshawytscha*



Rainbow *Oncorhynchus mykiss*



Cutthroat *Oncorhynchus clarkii*

**PLATE 4.** Illustrations of juvenile coho and Chinook salmon, coastal rainbow/steelhead trout, and cutthroat trout. The coho salmon have a hooked anal fin and a white margin with a black inner line on the dorsal and anal fins, whereas Chinook salmon have a black leading edge on the dorsal fin and the anal fin is not elongated. In Chinook salmon the center of the adipose fin is clear, whereas in coho it is opaque. Both trout species have spots on the dorsal and adipose fins, although they may not be apparent early in life, when the species are very similar. Cutthroat trout jaws extend past the eye, whereas those of rainbow do not. Both species show great variation in color among populations. (Artwork by Charles D. Wood)



PLATE 5. Illustrations of the head and anterior portion of the body of male (below) and female (above) pink salmon at the height of sexual maturity. Note the elongated jaws and exaggerated dorsal hump of the male, and the white belly and large spots in both male and female. (Artwork by Charles D. Wood)



PLATE 6. Illustrations of the head and anterior portion of the body of male (below) and female (above) chum salmon at the height of sexual maturity. Note the very large teeth of the male and the mottled, calico colors. (Artwork by Charles D. Wood)



**PLATE 7.** Illustrations of the head and anterior portion of the body of male (below) and female (above) sockeye salmon at the height of sexual maturity. Note the green heads and red bodies. (Artwork by Charles D. Wood).



PLATE 8. Illustrations of the head and anterior portion of the body of male (below) and female (above) coho salmon at the height of sexual maturity. Note the robust jaws of the male compared to male sockeye and pink salmon, the darker shade of red compared to the sockeye, and the presence of spots on the body. (Artwork by Charles D. Wood)



PLATE 9 Illustrations of the head and anterior portion of the body of male (below) and female (above) Chinook salmon at the height of sexual maturity. These olive-brown individuals are typical of southern populations, but northern populations are often redder. [illegible] D. Wood



**PLATE 10.** Illustration of an adult Arctic char in fresh water. Members of the genus *Salvelinus* have light spots or markings on a green background, unlike the dark spots on a light background seen in adult salmon and trout. (Artwork by Charles D. Wood)

repeatedly, followed by recolonization, over and over again, in rivers that themselves changed during and between the glacial periods.

## Summary

Salmonid fishes differ from typical bony fishes in many attributes. Anadromy allows them to grow very rapidly at sea, and at maturity they are large for their age compared to most freshwater fishes. Their large, red eggs (and red flesh in adults), tendency to spawn in the fall, female parental care, and egg burial are all unusual traits. After a long period of incubation, the offspring emerge in spring and rear in fresh water or migrate to sea. Homing to the natal site for spawning isolates populations, despite the opportunities for exchange provided by anadromy. Death inevitably follows reproduction in many species, and this semelparity is linked to the high productivity of the populations. However, most salmonid species spawn more than once, some spawn in spring so, and some do not migrate to sea. Thus, collectively, the group displays a wide range of life-history patterns. As a taxonomic group, salmonids are old but the region they occupy has had an active glacial history, and most present populations were founded by strays within about ten thousand years. Thus the species have existed for several million years, but current populations are recent and seem to have evolved quite rapidly.

CHAPTER 2

# Homeward Migration on the Open Ocean

As with any description of a life cycle, it is hard to know where to begin the cycle of salmon. I choose to begin with adult salmon on the open ocean, in their final summer at sea, migrating homeward. In the case of nonanadromous species, the adults might be residing in a lake and migrate to the spawning stream, or in a river near or far from the spawning site. The details of salmon distribution patterns and migrations at sea were poorly known until the mid-twentieth century when, after World War II, Japanese fishermen resumed and expanded fishing for salmon on the open ocean. Largely driven by American and Canadian concerns that their salmon were being caught in unregulated international waters, the International North Pacific Fisheries Commission (INPFC) was established in 1953 and included Canada, Japan, and the United States.

The INPFC was responsible for a long-term program of research on the distribution and ecology of salmon on the high seas, as well as research on other marine fishes. The bulletins of the INPFC provide great detail on the descriptive oceanography of the North Pacific Ocean and salmon distribution patterns, including a bulletin for each of the major species: coho (Godfrey et al. 1975), sockeye (French et al. 1976), chum (Neave et al. 1976), Chinook (Major et al. 1978), pink (Takagi et al. 1981), masu (Machidori and Kato 1984), steelhead (Burgner et al. 1992), and one on juvenile salmon at sea (Hartt and Dell 1986). The initial goal was to determine the general migration and distribution patterns of salmon to address the fundamental management question, "Are fisheries at given locations catching Asian or North American salmon?" The program provided a wealth of data on distribution, travel rates, size, diet, and other features of the behavior and ecology of salmon in this poorly understood but important phase of their lives. The INPFC was replaced by the North Pacific Anadromous Fish Commission (NPAFC) by convention signed in 1992, and the Republic of Korea and the Russian Federation joined Canada, Japan, and the United States. The NPAFC bulletins are a fundamental source of information on salmon at sea.

## Techniques for Studying Salmon Migrations at Sea

The distribution and migration patterns of salmon at sea have been investigated and revealed using a variety of techniques. First, vessels were chartered to fish for salmon using several types of gear including purse seines, gillnets, and longlines (photos 2.1, 2.2, 2.3). The catch per unit of effort for each type of gear provided an index of salmon abundance, though each has its biases. The shifting patterns of relative abundance of immature and maturing salmon in time and space allowed scientists to plot likely migration routes. Estimation of migration patterns was further indicated by catches of salmon in purse seines and gillnets designed to detect the direction of movement. Were the fish caught in the gillnet moving from east to west, or west to east? Did purse seine sets open to the east catch more salmon than did sets in the same location open to the west? One has to set the net often, in many places, at many times of the year, and catch a lot of fish before the patterns become clear, and the North Pacific Ocean is a big place.

The second technique for determining distribution and migration patterns was to catch and tag salmon at sea, and later recover the tags when the salmon were caught in coastal waters, estuaries, or rivers, or found on spawning grounds. Various tags were tried, but most salmon were tagged with individually lettered plastic disk tags (photo



PHOTO 2.1. Research purse seine fishing for salmon, Puget Sound, Washington. (Photo: Thomas Quinn)



PHOTO 2.2. Gillnetting for salmon on the North Pacific Ocean from a Japanese research vessel. (*Photo:* High Seas Salmon Research Program, University of Washington)



PHOTO 2.3. Setting a floating longline, baited with salted anchovies, for salmon from Hokkaido University's research vessel *Oshoro maru*. (*Photo:* High Seas Salmon Research Program, University of Washington)

2.4), attached below the dorsal fin by a metal pin, or by flexible, lettered strands of plastic attached by a dart-shaped or T-shaped tip (photo 2.5) inserted below the fish's dorsal fin (Davis et al. 1990). These tagging programs had to contend with natural and handling-related mortality, tag loss, reluctance of fishermen to return the tags, and the numerous rivers where salmon could spawn and die unnoticed. Nevertheless, they revealed the minimal ocean ranges of salmon from specific geographical areas.




PHOTO 2.4. Disc tags used to mark salmon caught at sea. (*Photo:* Thomas Quinn)




PHOTO 2.5. T-bar tags used to mark salmon caught at sea. (*Photo:* Thomas Quinn)

For example, if a sockeye salmon was tagged at sea and recovered in the Skeena River, it was inferred that at least some sockeye originating from that river use that area of ocean for feeding. This assumes that the fish migrating to a river as adults had originated there, and evidence for this *homing* is presented in Chapter 5.

In addition to the salmon tagged at sea, since the 1970s, hundreds of millions of salmon have been marked before they leave fresh water, and some of them were recovered at sea. These salmon were chiefly produced at hatcheries and, to a much lesser extent, wild populations. The marking system was an amazing invention—the coded wire microtag—that is a 1-mm-long piece of stainless-steel wire injected into the cranium of juvenile salmon (photo 2.6). Each tag is coded with information on year and hatchery of release and other details, and magnetized to facilitate recovery in the adults (Jefferts et al. 1963). This invention totally revolutionized salmon research and management, and is referred to often throughout this book. The presence of the tag was typically signaled externally by removal of the adipose fin. The capture of such marked salmon at sea has revealed much about the marine distribution of salmon from specific areas; it has also yielded information on survival and homing. More recently, hatcheries have been mass-marking embryonic salmon by manipulating the temperatures experienced during incubation. Sharp drops in temperature can induce bands on the otoliths (ear stones) of the embryos or juvenile salmon, and one can literally bar-code (photo 2.7) vast numbers of fish by controlled sequences of abrupt changes in temperature (Volk et al. 1994). This approach works on all species but is



**PHOTO 2.6.** Coho salmon smolt with a coded wire tag outside the head for scale, and an insert of the tag. (*Photo:* Andrew Dittman)



PHOTO 2.7. Otolith of a pink salmon fry from Wally Noerenberg Hatchery in Prince William Sound, Alaska showing the regular rings produced by systematic changes in temperature to mark the fish. (*Photo:* Dion Oxman, Alaska Department of Fish and Game)

especially useful for pink, chum, and sockeye salmon because the juveniles are small, making them difficult to handle without harming them, and they are very numerous.

The fourth approach for determining the distribution of salmon at sea was to use natural variation among salmon in traits closely linked to a continent or specific region of origin. Certain parasites have intermediate hosts found only in freshwater habitats within part of the species' range. In these cases, an infected salmon caught at sea must have originated from that area (Margolis 1963). For example, the life cycle of the cestode (*Triaenophorus crassus*) involves freshwater copepods, usually *Cyclops*, which eat the parasite. Salmon (chiefly sockeye) eat the copepod, get infected, then pass the parasite to the final host, northern pike (*Esox lucius*). Pike only co-occur with sockeye salmon in western Alaska (mainly Bristol Bay), so the parasite was useful for determining the oceanic distribution of sockeye from this area. A trematode parasite

(*Nanophyetus salmincola*) is only found in salmonids such as steelhead from the US Pacific Northwest because of the limited range of its intermediate host, the snail (*Juga plicifera*) (Dalton 1991). In other cases, the parasite may be found over a wide range, but the prevalence levels differ dramatically. *Myxobolus arcticus* was found in 57% to 94% of Asian Chinook salmon but was rare in North American populations, allowing Urawa et al. (1998) to determine that most of the Chinook salmon in the central Bering Sea were from North America. In addition to the analysis of parasite patterns as indicators of the origin of fish caught at sea, detailed analysis of salmon scales reveals patterns of variation in the portion of the scale produced during freshwater rearing. Such scale pattern analysis, validated with samples of known origin, has been another very useful tool in identifying salmon at sea (Davis et al. 1990).

Most recently, developments in both the discrimination capacity and also the efficiency of processing DNA samples had led to widespread application of genetic techniques for determining the origin of salmon caught at sea. There are comprehensive "baseline" samples representing many rivers in which salmon might be produced, allowing scientists to classify salmon caught at sea to river or at least region of origin. For example, analysis of single-nucleotide polymorphisms (SNPs) in the Bering Sea and Gulf of Alaska revealed patterns of migration by Chinook salmon from Russia and various regions along the North American range (fig. 2.1) that confirmed and expanded information from high seas tagging of immature fish, coded wire tagging of juveniles, and scale pattern analysis (Larson et al. 2013). Taking genetic analysis even farther, it is possible to obtain DNA samples from all the adult salmon spawned in hatcheries, and then unknown fish (for example, those taken in fisheries) can be compared to the possible parents and assigned back not only to the hatchery of origin but to their parents (Anderson and Garza 2006). Such "parentage-based tagging" holds considerable promise (Steele et al. 2013), and increasing application of these and other genetics approaches are likely in the future.

## Patterns of Migration

The data generated from the tagging studies showed how far salmon traveled from their home rivers. Most of the information is available for sockeye, pink, and chum salmon, with far fewer recoveries of the less abundant species (table 2.1). In all species, at least some individuals move very long distances at sea, though there is considerable variation. Taken together with the more recent DNA studies and other sources of information, there are four main patterns (with some exceptions) of migratory behavior among the anadromous Pacific salmonids. The first pattern is displayed by sockeye, chum, and pink salmon. These most abundant species tend to move rapidly northward and westward through North American coastal waters (with parallel patterns on the Asian side) after entering the ocean and have largely moved off the continental shelf into open waters of the North Pacific Ocean, Gulf of Alaska, and

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 64 of 560






FIGURE 2.1. Stock composition estimates of Chinook salmon caught in the Bering Sea and North Pacific Ocean during summer (May–August) 2005–2011. The black dotted line represents the approximate edge of the continental shelf. (*Source*: Modified from Larson et al. 2013)

TABLE 2.1. Average, standard deviation, and maximum great circle distances between locations where Pacific salmon and steelhead were tagged and released on the high seas and the coastal or freshwater recovery locations. (*Source*: Quinn and Myers 2004)

| Distance (km) | Steelhead | Chum | Sockeye | Pink | Coho | Chinook |
|---|---|---|---|---|---|---|
| Average | 2013 | 1870 | 935 | 503 | 543 | 463 |
| Standard deviation | 1384 | 1110 | 501 | 443 | 596 | 687 |
| Maximum | 5106 | 5595 | 5597 | 2821 | 2706 | 4557 |
| Number recovered | 88 | 2216 | 5588 | 4250 | 1080 | 123 |

Bering Sea by the end of their first fall at sea. They remain in offshore waters until they mature and then move rather rapidly toward the coastal waters where they may hold for a period of time before moving upstream to spawn.

Exceptions to this overall pattern include some chum and pink salmon that remain in areas like Puget Sound for all or a substantial fraction of their period at sea rather than going to the open ocean, but they are very much the exception, not

the rule. Tagging studies revealed net travel rates (point of release to point of recapture divided by number of days at large) of up to over 60 km per day or more for individuals of these species from the open ocean to coastal waters. The details of the routes taken by individuals are poorly known, and we are hampered by very limited information on winter distributions. Nevertheless, the distributions of species and populations from different areas overlap but do not fully coincide, as figure 2.2 on Japanese and North American chum salmon, and figure 2.3 on Bristol Bay and British Columbia sockeye salmon show. During their period at sea, including the homeward migration, salmon are distributed in the near-surface waters, as revealed by ultrasonic telemetry (Ogura and Ishida 1995), and by catches in gillnets set at different depths (table 2.2); they also exhibit a general tendency to move toward the surface at night and deeper during the day (Manzer 1964).

The second pattern of migration is shown by Chinook and coho salmon, and masu salmon in Asia. Many populations of these species remain largely or entirely in coastal waters. In most cases they are generally distributed to the north of their river of origin, but some populations remain relatively close to their natal river and some migrate southward (Weitkamp and Neely 2002; Weitkamp 2009). Populations from California and Oregon would experience warm, unproductive water if they migrated straight out to sea (fig. 2.4), so they remain in the colder, more productive upwelling




FIGURE 2.2. Oceanic distributions of maturing chum salmon, based on 652 salmon tagged at sea and recovered in Japan, and 781 recovered in North America. (*Source*: International North Pacific Fisheries Commission [INPFC] data, provided by Katherine Myers, University of Washington; map drawn by Cathy Schwartz)




FIGURE 2.3. Oceanic distributions of maturing North American sockeye salmon, based on 2329 salmon tagged at sea and recovered in Bristol Bay and the Aleutian Islands, and 1241 recovered in British Columbia. (Source: INPFC data, provided by Katherine Myers, University of Washington; map drawn by Cathy Schwartz)

TABLE 2.2. Average catches of sockeye and chum salmon in the Gulf of Alaska in the summer (May–July 1959 and 1960) in gillnets set in the day and at night at different depths. The data were standardized to account for variation in net length and converted from feet to meters. (Source: Manzer 1964)

| | Sockeye salmon | | Chum salmon | |
|---|---|---|---|---|
| Depth (m) | Day | Night | Day | Night |
| 0–12.2 | 14.5 | 27.3 | 6.0 | 17.9 |
| 12.2–24.4 | 39.0 | 12.8 | 11.0 | 22.6 |
| 24.4–36.6 | 130.0 | 24.2 | 8.3 | 13.8 |
| 36.6–48.8 | 33.8 | 4.3 | 3.8 | 1.1 |
| 48.8–61.0 | 22.5 | 0.4 | 27.5 | 0.8 |

zone along the coast and make an appropriate return migration. This does not mean that there are no coho or Chinook salmon on the high seas, but they tend to be from northerly populations. Fishing on the open ocean is now so limited that the tendency to migrate offshore is inferred from the dearth of catch records in coastal waters, and from research operations. Stream-type Chinook salmon and especially those from interior populations (e.g., upper Columbia River and Fraser River systems) have a more




FIGURE 2.4. Map of the North Pacific Ocean showing the major currents and oceanographic domains. Numerals indicate approximate current speeds, in km/day. (*Source:* Based on Favorite et al. 1976; Neave et al. 1976; Pearcy 1991, 1992; Francis and Hare 1994. Map drawn by Cathy Schwartz.)

offshore distribution than ocean-type populations, including those from the same river (Sharma and Quinn 2012), though it is not obvious why this should be the case.

Chinook and coho salmon seem to move more slowly homeward than pink, sockeye, and chum salmon. They do not necessarily swim slower but probably swim in a less directed manner and feed more extensively while migrating. Moreover, these species have components of populations that are anadromous but limit their movements to protected inland waterways such as Puget Sound, the Strait of Georgia, and other water bodies collectively known as the Salish Sea. These so-called *resident salmon* have long been known to fishermen and fisheries managers, and have recently attracted attention from scientists interested in the links between their distribution and the uptake of chemical contaminants (O'Neill and West 2009). The processes that cause some fish to remain as residents while others from the same river or hatchery migrate to the coast are not clear (Chamberlin et al. 2011; Rohde et al. 2014); the phenomenon is considered further in Chapter 14 on early marine migrations.

The third marine migration pattern is shown by anadromous cutthroat trout, southern Dolly Varden, bull trout, and Arctic char. These species generally migrate to sea in the spring and return the same fall, overwintering in fresh water even if they do not mature and spawn. Information on these species' distributions and movements of individuals at sea is very limited. They are much less abundant than the semelparous

salmon, and few are caught in commercial fisheries so we know little about their movements. However, recent sonic tracking studies on bull trout (Hayes et al. 2011) and cutthroat trout (Goetz et al. 2013) indicated that they remain largely in the vicinity of their home stream (i.e., tens of kilometers, for the most part), although some variation in movement patterns seems to occur even within a given population. The tendency to stay near the natal stream is characteristic of the southern form of Dolly Varden (Bernard et al. 1995), but the northern form occurs in the open waters of the Bering Sea in summer (Morita et al. 2009) and thus seems to move more extensively than the southern subspecies.

From a phylogenetic viewpoint it is tempting to conclude that because rainbow and cutthroat trout are closely related to each other and to the other nonanadromous trout species, they should have similar marine migrations. However, this is not the case. The fourth pattern, shown by steelhead, is very different from that of the other Pacific trout species. As smolts, steelhead apparently migrate rapidly offshore rather than along the continental shelf, and their return migration is also rapid. At least some populations of steelhead migrate very far across the ocean, and many individuals spend two to three years at sea (Burgner et al. 1992). There are some exceptions to the classic steelhead pattern of distant migration, notably the so-called *half-pounders*. These fish go to sea in spring but return to rivers after only a few months at sea (most are immature at that time), then go back out to sea and subsequently return as full-grown fish. They are best known from the Klamath River, California (Kesner and Barnhart 1972; Hodge et al. 2016) but also occur in other North American rivers and in western Kamchatka (Savvaitova et al. 2005).

## Homeward Orientation

How do salmon find their way home from the open ocean to the river of their birth? Hasler (1966) recognized that the freshwater and marine phases of the homeward migration of salmon are probably guided by different mechanisms. The freshwater phase relies very heavily on olfactory information learned prior to or during seaward migration years earlier (see Chapter 5). These odors, however, are probably of very limited value at sea because salmon do not retrace their outward journey when they return, either at sea (Royce et al. 1968) or in coastal waters (Groot and Cooke 1987). The migrations of salmon from distant locations at sea to their natal spawning grounds are among the classic examples of animal migration and orientation. Several hypotheses have been proposed to explain what guides the salmon on these migrations, but before evaluating them it is useful to note five general features of salmon migration at sea that any hypothesis must explain.

First, the species and populations of salmon are mixed at sea, and they then *diverge* to their respective home rivers. This means that individuals experiencing common environmental conditions (current, temperature, salinity, food resources,

etc.) must respond in different ways and go in different directions to reach their home rivers. At this point I have not presented the evidence that the salmon indeed return to their natal river to breed. I ask you to take my word for it now; the evidence is presented in Chapter 5. Two examples of this divergence phenomenon will suffice to make the point (Neave 1964). A group of sockeye salmon were caught in a single set of a purse seine in the Gulf of Alaska, tagged, and released there. These fish, in close proximity to each other, then migrated home to sites over most of the North American range of the species, including the Fraser, Skeena, and Nass rivers of British Columbia; Cook Inlet, Kodiak Island, and Chignik Lake in the Gulf of Alaska; and Bristol Bay, north of the Alaska Peninsula. Next, chum salmon taken in a 2° latitude by 5° longitude area during one month diverged to almost the entire range of the species in Asia and North America. Thus populations experiencing the same conditions at sea migrate in different directions to get home.

Second, not only do comingled populations *diverge* to their respective home rivers but representatives of each population *converge* from a wide area to their natal location. Salmon experiencing very different conditions at sea migrate in different directions to reach the same coastal location where they then swim upriver. Sockeye salmon, for example, converge on the Fraser River and Bristol Bay from very large areas, as inferred from the locations where salmon of those populations are found in their final spring at sea (see fig. 2.3).

Third, the *swimming directions* of salmon at sea are not random. Information on direction of movement comes from the research gillnet and purse seine sampling by the INPFC. Gillnets hang vertically in the water like a sheet on a clothesline, and fish are caught as they encounter the net from one side or the other. By keeping track of the direction the net was set (e.g., along a north-south axis) and the direction the fish were caught (e.g., coming from the east or west), we can see whether the salmon at that place and time were moving primarily in one direction or both. Similarly, a purse seine net is towed between two boats in a U-shaped configuration before it is closed to encircle the fish. Fish swimming in the direction the boats are moving are less likely to be caught than those swimming into the open net. Sets were systematically made in different directions and the relative catches were recorded. Immature and maturing salmon will not have the same migration patterns, and not all the maturing fish at a given region at sea are going to the same coastal area, so there are good reasons why the patterns of movement at sea might seem to be random. However, the records indicated that salmon at a given location and time were not moving randomly. For example, the ratio of fish caught on the two sides of gillnets differed significantly from what one would expect by chance in 61 of 97 sets for sockeye, 82 of 103 sets for chum, and 34 of 49 sets for pink salmon (Johnsen 1964). Repeated sets in the same area and month consistently showed directional movement (Dunn 1969).

Fourth, a certain level of orientation can be inferred from the *travel rates* accomplished by salmon at sea. When salmon are tagged at one location and recovered (e.g.,

in a fishery), we can draw a line between the points, divide by the number of days at large, and infer a minimum travel rate. Rates for maturing fish vary among species and underestimate actual travel speeds because salmon may be holding in coastal or estuarine waters prior to capture. Nevertheless, travel rates of some stock complexes such as Bristol Bay sockeye salmon are often about 40 km per day to 60 km/d (French et al. 1976). Fraser River sockeye are only somewhat slower, and travel rates of both groups increase as the season progresses. Extensive work by Brett (1983) indicated that the most efficient swimming speed of adult salmon is about 1 body length per second. For a 60 cm salmon this would be a bit over 2 km per hour or 52 km/d if the fish swam continuously in a straight line. Thus the observed travel rates are roughly equivalent to energetically efficient and perfectly oriented travel. If the fish's orientation is imperfect, it must swim faster to compensate for time spent going in the wrong direction. A salmon's maximum sustainable speed is about 2.5 body lengths/sec or about 5 km/h. Even at this speed, the fish would need to have a considerable measure of homeward orientation to accomplish the observed travel rates. When we tracked individual salmon at sea, we found them swimming close to their most efficient speed rather than their maximum speed (Quinn 1988), and salmon tracked on the high seas swam in relatively straight lines for several days (Ogura and Ishida 1992, 1995). If the fish slow down at night, as some studies indicated (Quinn et al. 1989; Ruggerone et al. 1990; Friedland et al. 2001), then even faster travel in the day is needed to accomplish the overall travel rates that are observed.

Finally, the precise *timing of arrival* in coastal locations also indicates a measure of orientation at sea. The most noteworthy example of this is the sockeye salmon returning to Bristol Bay. More than 80% of the fish are caught in about two weeks, having been spread over a large portion of the Gulf of Alaska and North Pacific Ocean only a few months before (Royce et al. 1968; Burgner 1980). Fraser River sockeye also show a very orderly sequence of arrival in coastal areas, and most salmon runs have very consistent timing. If the salmon were not well oriented, it is difficult to see how they could converge on specific coastal areas from broad oceanic distributions in such a timely manner. There are populations that arrive over much longer periods, but this does not prove that they are any less oriented—only that selection has not settled on an ideal time for them all to get home.

## Hypotheses

The movements of salmon at sea are not random (Hiramatsu and Ishida 1989), so what directs them? Leggett (1977) reviewed the literature on fish migration and concluded that the migrations of fishes at sea, including salmon, reflect seasonal shifts in preferred temperature, salinity, and other environmental features. So, for example, the homeward migration might involve increasing preference for or tolerance of lower salinity water. There is no doubt that salmon and other fishes respond to temperature, salinity, dissolved oxygen, pH, and other attributes of their immediate

environment. It is also clear that the distribution of salmon at sea is not random with respect to temperature. However, the gradients of environmental conditions do not run smoothly in a shoreward direction, and the kind of searching or to-and-fro movements that would be associated with this kind of orientation seem inconsistent with at least some of the tagging data. The divergence and convergence of salmon populations are difficult to reconcile with a physiological optimization hypothesis. How can the myriad populations perceive and react uniquely to the common conditions at sea? Data storage tags show that individual salmon routinely experience large, rapid changes in ambient temperature during their vertical movements (e.g., Walker et al. 2000; fig. 2.5). Thus the homeward migrations are probably not guided by local environmental conditions, although undoubtedly the distributions of salmon at sea are influenced by temperature, food, and other stimuli, and ocean temperature may be correlated with migration patterns.

So how do they do it? Neave (1964, 1242) reviewed the information on salmon migrations at sea and concluded, "It is difficult to avoid the conclusion that throughout the period of ocean life some awareness of position in relation to the place of origin is maintained. If this is so, such information must have been available (continually or by means of a series of 'observations') from the time when the animal entered the ocean." Larkin (1975, 5) came to a similar conclusion: "It thus becomes




FIGURE 2.5. Temperatures experienced by a maturing chum salmon tagged in the Bering Sea and recovered off Hokkaido, Japan, recorded by a data logger over forty-one days. Note the warmer water at night, indicating proximity to the surface, and cooler (deeper) water in the daytime. (*Source:* Walker et al. 2000).

necessary to postulate that salmon have a bi-coordinate system of navigation that enables them to know where they are and where they are to go (and when to leave in order to get there on time)." Indeed, a sense of location may be needed to accomplish the precise timing of migrations. Sockeye salmon return to Bristol Bay in late June when day length varies by up to 2½ hours from 50° to 60° north latitude. If the timing of migration was determined by day length or rate of change of day length, then the salmon at different latitudes would experience very different signals. Despite this possible source of confusion, Bristol Bay sockeye converge from a very large area with remarkable precision. Perhaps they somehow count the days from the equinox or winter solstice and are genetically programmed to return at some time period after one of these seasonal points.

How might salmon know where they are on the planet? Juvenile sockeye salmon in experimental arenas oriented in directions corresponding to their natural migrations, and they shifted their orientation when the ambient magnetic field was altered (Quinn 1980; Quinn and Brannon 1982). Presumably, all species share this sensory capability and use it to assist their migrations at sea. There has been some exciting work on rainbow trout (Walker et al. 1997; Diebel et al. 2000), but our understanding of the sensory systems that allow salmon to detect magnetic fields is rudimentary at best. Even for migratory birds and homing pigeons (studied intensively for decades), our understanding is still very incomplete. Earth's magnetic field is used for compass orientation by many animals, including pigeons, salamanders, and sea turtles. However, a compass is not sufficient for navigation on the open ocean. How do the salmon know in which direction to swim? Some perception of their location at sea may be needed: a map to go with the compass.

Insights into salmon navigation at sea are provided by correlations between ocean conditions and the migratory routes and timing of salmon arriving in coastal waters. Burgner (1980) pointed out that the catches of sockeye salmon in Bristol Bay tended to be earlier after a warm spring and later after a cold spring. Subsequent data supported this pattern, although the absolute level of variation is only a few days (Quinn 1990a; Hodgson et al. 2006). In a seminal paper, Blackbourn (1987) confirmed Burgner's results and reported the opposite pattern for sockeye salmon migrating to southern rivers such as the Fraser River (fig. 2.6). Blackbourn hypothesized that the feeding distribution of salmon at sea is determined by temperature conditions, thus after a warm winter and spring the salmon are farther to the north than they are after colder seasons. He hypothesized further that the salmon have a sense of date (i.e., time of year) and what compass direction to migrate but no sense of their actual location. Therefore, all populations commence homeward migration at their appointed date every year but arrive early to northerly regions like Bristol Bay because they have a shorter distance to go when the ocean is warm. Similarly, warmer conditions cause southerly populations like those in the Fraser River to be distributed farther north, so they arrive late in those years.




FIGURE 2.6. Hypothesized relationship between ocean temperature, center of distribution of sockeye salmon at sea, and their migration timing to Bristol Bay, Alaska (early in warm years; late in cold years) and the Fraser River, British Columbia (the opposite pattern). (Source: Modified from Blackbourn 1987; map drawn by Cathy Schwartz)

This hypothesis is also consistent with the variation in migratory route of Fraser River sockeye salmon (Groot and Quinn 1987). These abundant and valuable (hence well-studied) populations can migrate home entirely in Canadian waters if they approach from the north via Queen Charlotte Strait, Johnstone Strait, and then into the Strait of Georgia. Alternatively, they enter American waters if they migrate around Vancouver Island from the south, through the Strait of Juan de Fuca, the San Juan Islands, and into the Strait of Georgia (fig. 2.7). The proportion of sockeye using the northern route was insignificant until 1936, when Wilbert A. Clemens (1937, quoted in McKinnell et al. 2012) wrote: "The small catch [in 1936] in the Strait of Juan de Fuca and in Washington Sound and the large catch in the Johnstone Strait area presented a rather puzzling situation." However, things went back to normal until 1958, when about 35% were estimated to use that route (fig. 2.8). The variation in route again attracted little attention until the late 1970s, when increasing proportions used the northern route, reaching a maximum of about 80% in 1983, which was characterized




FIGURE 2.7. Map of southern British Columbia and northern Washington. (Source: Drawn by Cathy Schwartz)

by extreme El Niño conditions. The Fraser River is entirely in Canada, but American fishermen had been accustomed to catching these sockeye, so the diversion of the run to the north, out of their reach, was a matter of some consequence. In cool years the sockeye tended to make landfall around the middle of Vancouver Island and migrate south, through the Strait of Juan de Fuca. After a warm spring at sea, the salmon tended to make landfall near the north end of Vancouver Island or the British Columbia mainland and migrate south through Queen Charlotte Strait and Johnstone Strait (Groot and Quinn 1987). The timing of migration and the route used are correlated: in years when most salmon take the northern route, they also tend to arrive later (fig. 2.9).

The patterns of variation in migration timing and route by Fraser River sockeye salmon seemed to support the view that these salmon have a sense of direction and tend to swim east-southeast, but that they have no sense of their location at sea, nor the specific location of their goal: the mouth of the river. However, recent




FIGURE 2.8. Proportion of sockeye salmon returning to the Fraser River via Johnstone Strait, as opposed to the Strait of Juan de Fuca. (*Source*: Data from International Pacific Salmon Fisheries Commission [IPSFC] and Pacific Salmon Commission [PSC])




FIGURE 2.9. Relationship between the proportion of adult sockeye salmon migrating to the Fraser River via Johnstone Strait and the median arrival date of one of the main population complexes, Chilko River and Chilko Lake. (*Source*: Data from IPSFC and PSC)

evidence indicates that salmon may actually have such a sense of location, learn the fine features of the magnetic field where and when they enter the ocean, and head toward those "coordinates" from the open ocean as they mature. What evidence could support this remarkable inference? The magnetic field is not fixed; rather, it varies from year to year in strength and inclination, although this subtle variation goes unnoticed by most of us. If a fish learned a set of coordinates, several years later those coordinates might be in a somewhat different place. By analogy, if the GPS in your car varied from day to day in the precise coordinates for your house, it might sometimes guide you along different routes to get home. This hypothesis was tested by reexamining data on the relationship between year-to-year variation in the route of Fraser River sockeye salmon. The first analysis showed a correlation with temperature, as expected, but additional analysis considered the patterns of "drift" in the magnetic coordinates from year to year.

The idea was that if salmon entered a set of coordinates into their internal GPS when they left, and in the year when they returned those coordinates had drifted north, the fish would be more likely to divert to the northern route, and vice versa for the southern route. Amazingly, reexamination of the patterns of migration to the north and south around Vancouver Island revealed this very pattern. Putman et al. (2013, 312) concluded, "Consistent with the predictions of the magnetic imprinting hypothesis, we found that as the difference in magnetic intensity (total field strength) between the Fraser River and Queen Charlotte Strait decreased, a higher proportion of sockeye salmon migrated through the northern route. Likewise, when the difference in magnetic intensity between the Fraser River and the Strait of Juan de Fuca decreased, a higher proportion of salmon migrated through the southern route." Similar results were subsequently reported for pink salmon, making the same choice of routes to the north or south of Vancouver Island (Putman, Jenkins et al. 2014).

The idea that salmon navigate rather than migrate on a simple compass direction draws support from the complex migration of populations such as Bristol Bay sockeye. Depending on their location prior to initiating homeward migration, they might migrate east (from the Bering Sea), north through Aleutian Island passes, and then east (from the central and western North Pacific), or west, then north, and then east (from the Gulf of Alaska; see fig. 2.2). Perhaps, like the Fraser River sockeye salmon, they log in a series of magnetic coordinates during their outward journey that aid them on their return. However, we still have little direct information on the movement patterns and orientation mechanisms used by salmon on the open ocean. Almost all models and most empirical data pertain to a small number of numerically dominant stock complexes, notably Bristol Bay and Fraser River sockeye. The generality of these models and data is open to question. Are they characteristic or exceptional?

## Summary

The ocean is used in common as a feeding ground by Asian and North American salmon. Their homeward migrations at sea are characterized by a divergence of salmon experiencing common conditions to their respective home rivers. There is also a convergence on the home river of salmon that experienced very different environmental conditions at sea, because the salmon originating from each river dispersed so widely at sea. Travel rates of at least some salmon on the high seas are so rapid (40–60 km/d) that they seem implausible without invoking relatively accurate orientation because the fish tend to swim about 2 km/h to 2.5 km/h. The timing of arrival in coastal waters of populations is consistent among years for each population, and this also suggests well-oriented movement.

However, salmon are affected by the regimes of temperature and currents during their feeding and homing migrations at sea. These physical features are correlated with arrival timing in coastal waters and approach routes, suggesting direct effects on movement (by currents) and indirect effects on the region where the salmon were feeding when they commenced homeward migration. Experiments conducted on juvenile salmon indicated that they orient their movements with respect to the apparent transit of the sun across the sky, the plane of polarization of light, and Earth's magnetic field. Recent correlative evidence indicates that salmon may have a sense of their position at sea and the approximate position of their goal: the mouth of their natal river.

CHAPTER 3

# Migration in Coastal Waters and Estuaries

The migrations of salmon in coastal and estuarine waters have been known to fishermen for centuries based on patterns of catch in space and time. Since the early 1900s, the primary scientific approach for determining migration routes was to tag salmon in one area and recover them elsewhere, and this is still an important source of information. In the early period the objective was to determine the distribution patterns of maturing salmon from different regions, their homeward routes, and the patterns of interception. For example, Clemens et al. (1939) summarized twelve years of tagging, chiefly Chinook salmon, and reported a clear tendency for maturing salmon to migrate south along the coast (implying that they had migrated north as juveniles). These migrations included two salmon that returned to the Sacramento River after having been tagged more than 1200 km away. The authors pointed out that salmon were vulnerable to fisheries for a long time and distance, and that 82% of the Chinook salmon tagged in British Columbia were recaptured in the United States, demonstrating the international range of the salmon. This is obvious now, but knowledge of salmon migrations was rudimentary at the time, so these were important discoveries with implications for conservation.

Many tagging studies were conducted during the twentieth century, but the review of work on chum salmon migrating between Vancouver Island and the British Columbia mainland serves as an example (Anderson and Beacham 1983). Most salmon were tagged in Johnstone Strait and recovered in fisheries in the Strait of Georgia and Puget Sound, the mouth of the Fraser River, and associated spawning grounds. Such studies tend to underestimate the actual travel rate of salmon if we divide the total distance from release site to recapture site by the number of days at large because the fish may have arrived at a given location prior to capture. Nevertheless, the data indicated that chum salmon populations migrated at different rates along different portions of the route. For example, Fraser River salmon traveled from upper to lower Johnstone Strait (about 110 km) at about 25 km per day but migrated slower (16 km/d) in the next leg of the journey (northern Strait of Georgia) and even slower (10 km/d) in the southern Strait of Georgia, as they approached the river. In contrast, chum salmon migrating to Puget Sound traveled through Johnstone Strait much more rapidly than did the Fraser River populations but slowed down in the Strait of Georgia. Each population is on its own schedule.

A second example of migration patterns is provided by the sockeye salmon populations of Bristol Bay, Alaska, revealed by many years of research fishing and tagging (Straty 1975). Unlike the British Columbia chum salmon that negotiate a maze of inlets and islands for several hundred kilometers before reaching home, these salmon return from the Bering Sea (swimming northeast, either north or south of the Pribilof Islands) or converge on passes in the Aleutian Islands from a broad distribution in the Gulf of Alaska, and then migrate northeast. Bristol Bay sockeye do not follow the shoreline but are concentrated near the surface several hundred kilometers offshore, coming closer to shore (about 40 km to 80 km) as the bay narrows. Straty (1975) concluded that the populations are mixed in the outer bay but become progressively more segregated as they leave the main migration corridor for their respective rivers (fig. 3.1). Catch rates in a test fishery operated about 200 km to 300 km from the home rivers showed a distinct migration corridor, and analysis of age composition data (Flynn et al. 2003) indicated that some segregation of populations occurs at this point along the migration. More recently, population-specific genetic markers (Dann et al. 2013) confirmed and refined the earlier results; as the salmon get closer to home, they are increasingly segregated by river of origin, heading toward their natal systems on a predictable schedule, although some salmon overshoot their home river and have to backtrack.

In addition to the segregation among populations migrating in coastal waters, there is often some segregation within populations as well. The earliest salmon migrating toward home are often the older fish, with a shift to younger fish as the run progresses, as seen for example in Puget Sound chum salmon (fig 3.2). There are several possible reasons for this pattern, which is commonly seen not only in coastal water but also as the salmon migrate upriver and arrive on the spawning grounds. This topic is addressed in future chapters.

## Challenges to Migration

The migrations in coastal and estuarine waters involve substantial changes from those in the open ocean in physical environment, physiology of the salmon, and migratory behavior and orientation (table 3.1). The fish transition from slow, gyral, oceanic currents to faster, reversing, tidal currents in coastal waters. Current speeds in the middle of the Gulf of Alaska are only a few km per day, but in coastal waters they commonly approach or even exceed the typical swimming speed of salmon, so salmon movements in coastal waters are more affected by currents than they are at sea. Eventually, the reversing tidal currents in the estuary give way to a unidirectional current as the fish migrate upriver. There is also a transition from high-salinity oceanic water to fresher and more stratified water in coastal regions and estuaries, and then to fully fresh water in the river. Temperatures also change but the patterns are complex, depending on the timing of the migration. In summer and fall the ocean is




FIGURE 3.1. Map of Bristol Bay, Alaska, showing the major river systems producing sockeye salmon. The bars indicate the catch rates of maturing sockeye salmon at research stations along a transect from 43 km to 135 km offshore from Port Moller (University of Washington data, 1985, 1987–1989 as examples). The arrows show generalized migration routes to the main spawning areas, illustrating the tendency for each population to diverge from the common pathway to its own river of origin. (*Source:* Artwork by Jason Ching)




FIGURE 3.2. The within-season decrease in average age of male and female chum salmon caught in purse seine test fisheries from 1987 to 1994 in Apple Cove, Puget Sound. (Source: The data were analyzed by Jared Remington and are used with permission of the Northwest Indian Fisheries Commission, responsible for the data collection.)

TABLE 3.1. Generalized changes in physical habitat, internal state, and behavior as salmon migrate from the open ocean, through coastal waters and estuaries, and up rivers. (Source: Quinn)

| Ocean → Coast → Estuary → River |
|---|
| Physical Environments |
| 1) Temperature: Warmer → cooler, similar, or cooler → warmer |
| 2) Salinity: High → intermediate → nil |
| 3) Currents: Slow ocean gyres → rapid reversing tides → unidirectional river |
| 4) Land: Unconfined open ocean → islands and bays → river channel |
| Internal State |
| 1) Energetics: Energy storage → anorexia → energy depletion |
| 2) Maturation: Endocrine changes, gonad development, morphology, color |
| 3) Salt balance: Kidneys, gills, and physiology: marine fish → freshwater fish |
| Behavior |
| 1) Feeding: Active → opportunistic → cessation |
| 2) Social: Largely isolated → greater proximity → schooling or aggregating |
| 3) Migration: Slow, broadly defined → rapid, homeward directed |
| 4) Orientation: Map sense → compass → responses to land → olfaction |

typically cooler than the rivers, but in winter the rivers may be colder than the marine waters. Consequently, the fish may delay in coastal and estuarine waters to adjust to the environmental conditions.

Along with the changes in the characteristics and movement of water, coastal and estuarine waters confront salmon with complex shorelines composed of myriad islands, coves, bays, and points of land. For salmon that have been tens, hundreds, or thousands of kilometers from land and hundreds or thousands of meters from the bottom of the ocean for a year or more, this must be an abrupt transition. It would seem impossible for individuals to retrace the route they took on the outward journey, and indeed they do not (see below). When they encounter land, how do they know if it is a small island that they can easily swim around or the tip of a long peninsula? Are they in a small cove or a huge inlet? In addition to the physical structure of land, the water movements are very complex. Tides do not simply rise and fall; rather, the currents pulse with varying strength over the lunar cycle and also change with river flows and wind. Currents eddy as they wrap around the land, providing salmon with mixed signals.

The changes in physical environment are accompanied by three important and complex biological changes. One of the most noteworthy is the cessation of feeding. The exact point when salmon stop feeding is not well defined, and it varies greatly among populations, depending on the chronology and route of their homeward migration. Some populations may spend many months in fresh water prior to spawning (e.g., summer steelhead and spring Chinook salmon), and they may feed until they leave the ocean and also feed to some extent in rivers. At the other extreme, some chum salmon spawn within a few days of entering small coastal streams, and they probably stopped feeding weeks earlier. The starvation does not result from an absence of food (though there is certainly far less for salmon in fresh water compared to the ocean), but it is a form of anorexia—a diminished appetite. For example, Atlantic salmon in aquaculture are given plenty of food; immature fish keep eating and growing while those starting to mature simply stop eating. Sampling indicated that by early July, the maturing fish had largely ceased to feed, even though they were months from spawning (Kadri et al. 1997). Not only do salmon stop feeding but their entire digestive tract becomes greatly atrophied. Digestive organs are obviously needed for extracting energy and nutrients from food, but they also demand a lot of energy to operate. Therefore, during periods or fasting or starvation, many animals shrink their digestive organs (Wang et al. 2006). Iteroparous salmonids such as Dolly Varden can exhibit a remarkable reduction in their digestive organs (liver, stomach, and intestine) when food is scarce, but then expand their capacity in anticipation of rich food resources such as the eggs spawned by salmon so they can take full advantage of the brief but crucial food supply (Armstrong and Bond 2013).

Salmon not only cease feeding as they transition from the ocean through coastal water to rivers, but they experience major endocrine changes associated

with maturation during the homeward migration (McKeown 1984). Work on sockeye (Truscott et al. 1986) and chum salmon (Ueda et al. 1991) revealed the sequence of hormonal changes that is appropriate for the pattern of holding in coastal waters, duration of migration upriver, and holding prior to spawning. Not all salmon leave the ocean in the same internal state, just as the extent of color changes signaling maturation can vary greatly among populations.

The third physiological transition is the osmotic one. The vast majority of fishes spend their entire lives in either salt water or fresh water, never entering the other environment. Euryhaline fishes, able to tolerate a range of salinities, and diadromous fishes are the exceptions. The large size of adult salmon (i.e., low surface-to-volume ratio) gives them some protection from rapid osmotic changes, but they must undergo complex changes in drinking, urination, chloride cells in the gills, and kidney function to maintain the appropriate internal osmotic concentration for physiological processes (about 10 parts per thousand [ppt] salt) in sea water (about 33 ppt) and fresh water (nearly 0 ppt). In salt water the fish drink, and they excrete salt, but in fresh water they do not drink, they excrete dilute urine, and they actively pump ions from the water across their gills to maintain the needed internal ion concentrations.

The complexity of the migration in coastal waters results from not only the intricate geography of islands and points of land, and rapidly changing physiology of the fish, but also from the different roles played by water itself. First, water is the medium of life; it surrounds the fish, and it has direct physiological effects on them. Temperature, salinity, and dissolved oxygen are all properties of water that vary in coastal and estuarine systems, and the responses of fish range from preference to tolerance, avoidance, and death, depending on the water's condition and the physiology of the fish. Second, the water is an increasingly important component of locomotion because tidal currents can be as fast, or faster, than salmon swim. Do the salmon drift passively, selectively ride favorable tidal currents, or migrate without regard to tide change? Third, the water is the source of critical guidance information that is needed when compass and map become useless in the final stages of migration. Details are provided in Chapter 5, but for now let it suffice to say that juvenile salmon learn odors at one or more locations and stages of their lives in fresh water, and they are attracted to these odors as maturing adults.

Given the thousands of rivers along the coasts of North America and Asia that have salmon, finding the home river is no small task. There may be complex interactions between physiological responses to water and the challenges of orientation. Temperature and salinity vary horizontally and vertically, and the fresh water, layered on the surface, may contain the odors of the natal stream as well as other properties that may attract or repel salmon. Salmon may show a progressive attraction to fresh water but must also avoid all rivers except their home stream. How can salmon possibly find their way through this maze of conflicting signals and unfamiliar landmasses?

I summarize detailed studies on the migrations of Fraser River sockeye salmon to illustrate some of the hypotheses regarding migration in coastal waters.

### Fraser River Sockeye Salmon

Tagging has always been a fundamental way of studying fish migration, and many of the sockeye salmon tagged at Sooke, at the southern end of Vancouver Island, were recaptured at the mouth of the Fraser River (about 200 km away) within a week (Verhoeven and Davidoff 1962). However, some salmon were not recovered at the mouth until a month later. The early (July) arrivals approached the river much faster than those arriving in August (table 3.2). It subsequently became clear that the earliest migrants would swim about 1000 km upriver to the Stuart Lake and Bowron Lake systems (fig. 3.3) and spawn in late July. They migrate rapidly through marine waters and also migrate rapidly upriver (see Chapter 4). For reasons that were not clear, the populations that spawn later did not remain on the open ocean but rather returned to coastal waters and waited in the Strait of Georgia for about a month before migrating upriver. Curiously, since 1995 these late runs have commenced upriver migration without their usual delay in the Strait of Georgia and, as a consequence, suffered very high rates of mortality en route to their spawning grounds (Hinch et al. 2012); this is addressed in Chapter 4.

This mix of populations, with very different destinations, schedules, and patterns, makes descriptive work on salmon migrations in coastal waters confusing to interpret. This does not necessarily mean that the fish are confused. Indeed, there are remarkable patterns in their migratory routes. For example, Verhoeven and Davidoff (1962) tagged sockeye approaching the Fraser River from Johnstone Strait and from the Strait of Juan de Fuca. They recovered sockeye at four areas at the river's mouth. Fully 85% of the fish that had approached via the southern route were caught in the two southerly areas, whereas only 53% of those that had approached from the north were taken in the southern areas. Thus despite all the opportunities for mixing during

TABLE 3.2. Median travel rates of sockeye salmon from Sooke to the mouth of the Fraser River (about 200 km), based on tagging in July (474 salmon recovered) and August (491 salmon recovered), 1938–1945. (*Source:* Verhoeven and Davidoff 1962)

| | Percentage of salmon traveling at that rate | |
|---|---|---|
| Travel rate (km/day) | July (%) | August (%) |
| 57.1 | 48.7 | 25.3 |
| 19.0 | 28.7 | 21.4 |
| 11.4 | 7.8 | 10.6 |
| 8.2 | 7.0 | 8.4 |
| <7.0 | 7.8 | 34.4 |




FIGURE 3.3. Map of the Pacific Northwest, showing some of the major lakes producing sockeye salmon in the Fraser River and some of the major tributaries of the Columbia River. (*Source*: Modified by Cathy Schwartz)

the time spent in the Strait of Georgia, somehow the fish using the two approach routes maintained some degree of separation.

Conventional tagging studies provide information on a large number of fish but give no details on their movements between capture and recapture locations. Tagging can be complemented by telemetry, technology that provides a great deal of data on a few fish. In the 1970s, radio and ultrasonic transmitters came into wide use. Ultrasonic transmitters are battery powered, sending signals at acoustic frequencies (about 60 kHz to 80 kHz), and operate equally well in fresh water and salt water but must be detected by a hydrophone in the water. In contrast, the radio transmitters used on

wildlife, and fish in fresh water, operate at much higher frequencies (e.g., 152 mHz). Radio signals travel well in air (and so can be detected from antennae on land, in cars, airplanes, and orbiting satellites) but do not travel through salt water and so cannot be used at sea except for animals that surface, such as marine mammals and turtles.

Some of the pioneering ultrasonic telemetry with salmon was conducted on Fraser River sockeye: fish were caught, fitted with transmitters, and followed in the waters around the San Juan Islands (Stasko et al. 1976). Some fish were active, swimming about 1 body length per second. However, the directions of active movement were in both the homeward and opposite directions, and fish released from the same location did not always move along the same paths. In addition, some "passive" salmon seemed to drift with the prevailing tidal currents. Similar patterns were also seen in sockeye salmon off the Skeena River (Madison et al. 1972; Groot et al. 1975). These authors sought evidence of orientation, but the movements of the salmon were so complex and variable that they could neither conclusively support nor refute hypotheses about how the salmon were guided.

To shed further light on the coastal movements of Fraser River sockeye and, by extension, other salmon, several colleagues and I conducted a large-scale tracking study along the northern route in 1985 and 1986 (Quinn and terHart 1987; Quinn 1988; Quinn et al. 1989). Like the earlier work, we caught sockeye, inserted transmitters into their stomachs, released them, and followed them for as long as possible. The boat tracking the fish was followed by a second boat, from which we took periodic profiles of temperature and salinity, and also deployed current drogues to determine the speed and direction of the water in which the salmon were swimming. Nearly all sockeye salmon migrating along this route are from the Fraser River, so we could assume that all our salmon were heading there. This assumption would be invalid for other species of salmon in these waters, and it greatly simplified interpretation of the results.

The horizontal movements shown by the sockeye can be viewed at several spatial scales. At the simplest scale one might calculate the direction of gross movement, based on where each fish was released and where it was lost or abandoned. Such analysis indicated that most fish moved in the general direction of the Fraser River (roughly southeast), but some moved in the opposite direction. Very few fish moved perpendicular to the homeward axis, and those that did so were only tracked for brief periods. Many individuals moved in the homeward direction (figure 3.4 shows two examples), but in some cases fish released in the same location moved in opposite directions. Examination of longer tracks revealed some fish that initially moved in the wrong direction but later altered course and began swimming homeward.

These movements, over the ground, were the resultant of two vectors: the speed and direction of the salmon's swimming and the speed and direction of the water mass in which they were swimming. Data on water currents from the drogues allowed me to estimate the speed and direction that the fish were actually swimming. The average salmon swimming speed, relative to the water, was 67 cm/sec (Q




FIGURE 3.4. Horizontal movements of individual Fraser River sockeye salmon tracked in (a) Johnstone Strait, British Columbia, and (b) the Strait of Georgia. The inserts show the proportion of time the fish spent at different depths, and the average temperature (T) and salinity (S) at these depths. (*Source:* Quinn and terHart 1987, modified by Cathy Schwartz)

similar to the 1 body length/sec documented as their most efficient swimming speed based on lab experiments (Brett 1983). The tidal currents are often faster than salmon typically swim, so some reverse movement resulted from such drift. However, even after considering the effects of currents, it was clear that some salmon swam in the opposite direction from home. Indeed, one individual swam northwest for hours into a flooding tide that would have swept it rapidly homeward.

Our conclusions about the horizontal movements of these salmon came from a combination of our own data, conversations with commercial fishermen, examination of data from test fishing, and a simulation model. Our data showed that most fish swam in the homeward direction after release, but some swam in the opposite direction. Those fish tracked long enough tended to turn, usually clockwise, in open water and eventually moved in the homeward direction. The commercial fishermen we spoke with claimed that salmon were not found in open water but migrated exclusively along shorelines. We were skeptical and so we asked (and paid) them to set the net offshore in open water (photo 3.1). They typically caught only a couple of fish. Their reaction was, "See? No fish!" My response was, "See? Fish!"

From the fisherman's perspective there were no salmon migrating in open waters because it was inefficient for them to set the net and catch at most a few salmon. Indeed, thirty sets made offshore in Queen Charlotte Strait and upper Johnstone Strait in 1985 and 1986 caught only 184 salmon for an average of 6.1 salmon per set. Seven sets caught no sockeye, seventeen sets caught 1–9 fish, six caught 10–49, and none



PHOTO 3.1. Purse seine vessel used for research on Fraser River sockeye salmon migrations, Johnstone Strait, British Columbia. (Photo: Graeme Ellis)

caught more than 50 (Cooke et al. 1987). However, integration of the area encircled by a purse seine (12,820 m², or only a little more than a hectare) over the short time that the net was fishing indicates that in fact many salmon were migrating homeward in open water. The seventy sets made onshore caught 10,066 salmon, for an average of 143.8 salmon per set—more than twenty times the catch rate of sets offshore. However, the high catch rate onshore was skewed by twenty-two sets that caught more than 50 fish each, for 95% of the total catch. There were still twenty-seven sets (39%) that caught fewer than 10 salmon. Thus most of the water is occupied by a scattering of salmon, and they are truly concentrated in only a few points in space and time. The places where fishermen tended to fish (and sometimes catch hundreds or thousands of salmon in a set) were islands and coves, especially ones open to the northwest, where salmon encountered land and became concentrated.

When salmon encountered land, their response was not to follow the shoreline. Given the myriad islands and incredibly complex coast, that strategy would be inefficient and ultimately unsuccessful. Rather, they tended to turn around, head in the opposite direction for a few hours, turn back to the east and then southeast and "take another run at it." When caught by the purse seine, the salmon sometimes reacted as though they had encountered land: they moved in the opposite direction (northwest) and eventually turned around and resumed homeward migration. These behavior patterns also explain the discrepancy between observed swimming speeds and net travel rates in the area. The salmon actually swam about 2 to 2.5 km per hour. Even accounting for the slower swimming at night that we observed, as did Madison et al. (1972), they might travel about 40 km/d. Verhoeven and Davidoff (1962) reported that some sockeye traveled that fast but most did not; more recent telemetry indicated that the last 215 km of their homeward journey are covered at about 20 km/d (Crossin et al. 2007). I believe that the sockeye have a southeast orientation; some are lucky and miss many of the islands and peninsulas, like a pinball rolling down the slope and missing the bells and bumpers. Other salmon encounter land and their reverse movement reduces the overall travel rates compared to the rates on the open ocean.

Simulation modeling (Pascual and Quinn 1991) supported this "pinball" hypothesis. We started hundreds of computer-generated salmon on their homeward journey to the Fraser River from Queen Charlotte Strait, having programmed individuals to swim in different compass directions and also programmed a range of responses when the fish encountered land. The success of the simulated behavior patterns was evaluated by the proportion of salmon that reached the mouth of the Fraser River, and by the length of time it took them to get there. Directional orientation of 140° to 155° produced the highest proportion of salmon reaching home, and a direction of 120° to 145° produced the fastest average speed. A strong directional orientation (i.e., steadfast tendency to swim in the prescribed direction) caused many salmon to fail to reach home, although the successful few got home rapidly. The rest became trapped in the many long inlets along the mainland coast and never emerged. The

salmon that tended to escape these "traps" in the simulation were those that were programmed to move randomly or in the reverse direction for several hours after they encountered land before resuming homeward direction. However, no combination of behavioral responses by the simulated salmon was adequate to match the travel speed and success of real salmon. The salmon may avoid fresh water other than home; such a response would keep them from becoming trapped in the many inlets and estuaries along the complex coastline and would thus speed them homeward.

One of many open questions about salmon migrations in coastal waters is whether they take advantage of the reversing tidal currents. A number of fish species migrating in shallow coastal areas show such "selective tidal stream transport." They move up in the water column and swim actively when the current is running in the direction favoring their travel, and they move to the bottom where currents are slower when the tides change rather than fight the current. In contrast, salmon seem to swim in their chosen direction without regard to the direction of tidal currents, as inferred from work on sockeye (Quinn et al. 1989) and also Atlantic salmon (Smith et al. 1981). Perhaps the water was too deep for them to efficiently find refuge by moving to the bottom when the tides ran the wrong way. However, horizontal movement toward shore would achieve the same result, yet they did not consistently do that either.

On the other hand, the salmon may not know when the tide changes. For fish in open water, a change of tide does not mean that they are immediately exposed to different (e.g., less salty) water because the tide affects the whole water mass in which they are moving. It is not obvious how a fish could detect a change in the movement of such a water mass without a fixed visual reference unless the fish had some complex inertial guidance or other navigation system. Scientific findings thus contrast with the "common knowledge" of recreational and commercial fishermen that salmon catches are strongly related to tidal patterns. More recent work (Wilson et al. 2014; Drenner et al. 2015) found only rather weak relationships between tidal stage and sockeye movement, and the authors echoed the conclusion I drew in the first edition of this book: the responses of salmon in coastal and estuarine waters to tides are complex, fascinating, and in need of a definitive study.

In addition to the patterns of horizontal movement, the telemetry revealed the average depth of travel and vertical excursions. In Queen Charlotte and Johnstone straits the sockeye spent most of their time in the upper 10 m of the water column (e.g., see fig. 3.4a), although the water was typically several hundred meters deep. These areas are dominated by cold, saline, well-mixed water. Therefore, the fish would experience similar temperatures and salinities regardless of their depth of travel. However, in the Strait of Georgia they spent less time near the surface. In this region the Fraser River's discharge dominates the upper part of the water column (because fresh water is lighter than salt water) and so the upper 15–20 m are less salty and, in summer, warmer than the deeper waters. The average depth of the sockeye was

deeper, not because the maximum depth increased (it did not), but because less time was spent near the surface (e.g., see fig. 3.4b).

The stratification of water in coastal areas and estuaries compels salmon to experience some combination of temperature and salinity at any given depth (e.g., the Chinook salmon caught [photo 3.2] and tracked in the estuary of the Columbia River; fig. 3.5). Did the salmon avoid the surface because it was too warm or not sufficiently salty? The tolerance of the fish for fresh water is presumably increasing during the final phase of the marine migration and the vertical distribution may reflect optimization of the environment for physiological reasons. From the perspective of orientation, the fresh surface water would contain the odors of the home river and would be moving seaward, relative to the colder, saltier layer below it. Westerberg (1982) hypothesized that the vertical movements of salmon in stratified waters allow them to detect fine structure of the currents at the interface between fresh, odor-rich waters near the surface and colder, saltier, nonhome waters below. In addition, there may be some heightened sensitivity to the odors as the fish move in and out of the odor field, much as one smells fresh bread most strongly upon entering the bakery. Consistent with this hypothesis, returning Atlantic salmon made numerous small-scale vertical movements near the thermocline, but salmon experimentally deprived of their sense of smell moved up and down through the whole water column, as if searching for familiar odors (Doving et al. 1985).

It is important to bear in mind that the fish's depth below the surface is affected by many factors, and the influence of one does not negate the role that other factors



PHOTO 3.2. Gillnetting Chinook salmon in the Columbia River estuary, Washington. (Photo: Alan Olson)




FIGURE 3.5. Vertical distribution, shown in blue bars, of a fall Chinook salmon tracked in the Columbia River estuary, and the ambient temperature (T) and salinity (S) in the water column. (*Source*: Modified from Quinn 1990b; data from Olson and Quinn 1993)

might play at the same or different places and times. For example, early in the season chum salmon off the coast of Japan avoided warm surface waters and traveled to depths below 100 m, but later in the fall they were near the surface (Ueno 1992; Tanaka et al. 2000). Presumably, their responses to temperature were affecting them at the same time that they were orienting, becoming increasingly tolerant of (or attracted to) fresh water.

In addition to variation in depth distribution within species, there are also differences among species. Experimental trolling in the Strait of Juan de Fuca revealed that coho were closest to the surface, pink and sockeye were at intermediate depths, and Chinook were the deepest (table 3.3). These results are consistent with ultrasonic tracking in Johnstone Strait, where Chinook swam much deeper than sockeye (Candy and Quinn 1999). The Chinook also lacked the pronounced reduction in activity at night shown by sockeye (Madison et al. 1972; Quinn et al. 1989; Drenner et al. 2015), suggesting that they may be better adapted for low light conditions. Steelhead stayed

TABLE 3.3. Catches (percentage of total for each species) of Pacific salmon caught by trolling at different depths in the Strait of Juan de Fuca, British Columbia, June–October of 1967 and 1968. Species are ordered from most to least surface-oriented. (*Source:* Beacham 1986)

| Depth range (m) | Coho (%) | Sockeye (%) | Pink (%) | Chinook (%) |
|---|---|---|---|---|
| 0–9 | 28.1 | 9.9 | 7.3 | 2.2 |
| 9–18 | 26.3 | 12.3 | 16.9 | 6.6 |
| 18–27 | 19.6 | 32.1 | 28.3 | 14.6 |
| 27–37 | 15.4 | 28.4 | 26.9 | 29.1 |
| 37–46 | 6.3 | 8.6 | 11.6 | 13.0 |
| 46–55 | 4.2 | 8.6 | 8.9 | 34.5 |

extremely close to the surface and greatly reduced their activity at night (Ruggerone et al. 1990). Interpretation of these results is limited, however, by the lack of coordinated studies on all species in the same area at the same time. Studies of chum salmon in Japan, Chinook and sockeye salmon in Johnstone Strait, and steelhead in Dean Channel—all conducted in different years—are hardly comparable to each other.

The final stage of migration before salmon enter their natal river is often in an estuary. In these waters the salinity is markedly reduced by riverine inputs. In some cases, the salmon swim right through the estuary and up the river, whereas other populations in the same or another river may delay for weeks. As with coastal waters, estuaries are often areas of heavy fishing, so the movements and duration of residence by salmon greatly affect their chances of getting caught. The salmon are likewise presented with complex regimes of salinity, temperature, and odors, and these factors may affect their vertical distribution. In addition to the physiological constraints and need to orient to the odors of the home river, the shallowness of the estuary may constrain the salmon's vertical movements much more than the deeper coastal waters. Some tracking studies show considerable to-and-fro movement, as though the fish are strongly affected by tides during a period of either disorientation or lack of motivation or readiness for upriver migration (e.g., Groot et al. 1975; Olson and Quinn 1993).

## Summary

Salmon migrations in coastal and estuarine waters are characterized by changes in physical habitat, migratory behavior, and internal processes, relative to migrations in the open ocean. The transition from oceanic to estuarine environments entails (1) changes from slow, gyral, oceanic currents to faster, reversing, tidal currents; (2) changes from more salty, oceanic water to fresher, and more stratified water; and (3) movement from an open environment to one characterized by physical obstacles (islands, bays, reefs, and points of land). The key biological changes are a reduction



PHOTO 3.3. Purse seine vessel catching sockeye salmon in Chignik Lagoon, Alaska. (*Photo:* Peter Westley)

and eventual cessation of feeding, activation of hormones associated with gonadal development, and preparation of the osmoregulatory system for entry into fresh water. Changes in migratory behavior are required to meet the environmental changes of obstacles, reversing tidal currents, and complex gradients of temperature and salinity. The fish must have a combination of innate and learned responses to guide them through waters that they may or may not have directly experienced, from the open ocean to their home river.

Map and compass orientation seem to give way to olfaction-based migration in rivers, but the mechanisms used in this "overlap" zone are unclear. Horizontal movements seem to be guided by compass orientation, coupled with the flexibility to reverse directions when encountering land, so the tracks of salmon reminded me of pinball games. The vertical distribution patterns and movements may reflect the efforts of the salmon to optimize physiological processes through behavioral regulation of temperature and salinity. However, the salmon may also move up and down through the thermo/halocline to obtain guidance information from the seaward movement of the surface waters, relative to the deeper waters. The study of salmon in coastal and estuarine waters is of great practical importance because most fisheries take place there (photo 3.3). However, research is hampered by the complex factors motivating fish movements, the complex oceanography of these waters, and the different routes and schedules of salmon from distinct populations that might be sampled in coastal areas.

CHAPTER 4

# Upriver Migration and Energetics

Pacific salmon may begin upriver migration at every month of the year if one includes all species and populations, but the patterns for individual populations are much more specific and predictable. A chain of events starts with adult salmon storing energy and then leaving feeding grounds at sea, entering fresh water, migrating upriver, and spawning. This sequence culminates the following spring with the emergence of their offspring, which is the ultimate goal. The timing of each event is in large part an evolved, genetically controlled, adaptation to the prevailing conditions along the migration corridor and spawning grounds. Unlike many freshwater fishes, whose migration and reproduction are strongly influenced by environmental conditions such as temperature, flow, or rainfall, in salmon these events are under stronger genetic control (Quinn and Adams 1996). From the ocean, the salmon cannot assess conditions in the river, so selection favors salmon migrating at the right time of year, allowing them to reach the spawning grounds with enough energy to spawn. Temperature and flow regimes in the river control the ideal timing of upriver migration and also determine the optimal timing for breeding to ensure the survival of offspring and their emergence in time to feed and grow in spring.

## Migration from the Ocean

Processes leading to final sexual maturation in salmon begin many months before the fish reproduce. In addition to the long period of adult maturation, salmon have a more protracted period of embryonic development than most fishes; they spawn in the fall, and juveniles emerge the following spring. Finally, the spawning grounds may be very distant from the mouth of the river. Thus the two ends of the chain—initiation of maturation and entry into fresh water at one end and the emergence of offspring at the other—are greatly separated in time and space (Quinn and Adams 1996). Consequently, flows and temperatures experienced by adults as they enter a river are not closely correlated with the conditions that will affect their offspring many months later and perhaps hundreds of kilometers away. The genetic control over timing of reproduction is evident from the ease with which selective breeding can shift the spawning timing (e.g., rainbow trout: Siitonen and Gall 1989). Transplanted populations tend to retain their ancestral timing rather than adopt the timing of their new site (Ricker 1972), and experimental breeding studies have demonstrated genetic control over the timing of migration and breeding among and within populations

(Smoker et al. 1998; Quinn et al. 2000; Neira et al. 2006). Finally, hatchery programs often tend to breed the early returning fish, advancing the spawning in subsequent generations (Flagg et al. 1995; Quinn et al. 2002).

Given these facts, the diversity of migration into fresh water may be considered among species and populations within species. There are consistent differences in timing among species within particular rivers, as illustrated by counts of salmon migrating up the Columbia River at Bonneville Dam in the mid-twentieth century (table 4.1). Early runs of Chinook enter in significant numbers in April. Sockeye come next, also before the river temperatures peak, followed by summer steelhead and then the main runs of Chinook and coho. Pink salmon are scarce in the Columbia River but most arrive in September. The chum counts peak in November, but many spawn below the dam and so are not counted there, nor are the winter runs of steelhead below the dam.

The comparative patterns of migration and spawning among species have received little attention, but many fascinating aspects reflect the need for adults to access suitable spawning grounds, and the temperatures that will be experienced by embryos during development. For example, Chinook often spawn in large rivers where there is always enough water to migrate, so they enter before the coho, whose smaller tributaries may have inadequate flow until later in the fall. Coho compensate for this delay with more rapid development rates of their embryos (see Chapter 8). In

TABLE 4.1. Counts of adult salmonids (percentage of the annual total) migrating up the Columbia River at Bonneville Dam, 1939–1948. Very few pink salmon were counted, so for this table all years (1938–2015) were included. These records do not fully represent the natural patterns, as habitats had been modified and population structure reduced by 1939, and salmon spawning below the dam were not counted. (*Source:* Annual Fish Passage Reports, US Army Corps of Engineers, Portland, Oregon)

| Month | Chinook (%) | Sockeye (%) | Steelhead (%) | Coho (%) | Pink (%) | Chum (%) |
|---|---|---|---|---|---|---|
| January | <0.1 | 0.0 | 0.1 | <0.1 | <0.1 | <0.1 |
| February | <0.1 | 0.0 | 0.2 | <0.1 | 0.0 | 0.0 |
| March | 0.1 | <0.1 | 1.2 | <0.1 | 0.0 | 0.0 |
| April | 8.4 | 0.1 | 4.4 | 0.0 | 0.0 | 0.0 |
| May | 8.6 | 0.3 | 1.9 | 0.0 | 0.0 | 0.0 |
| June | 4.1 | 27.2 | 1.5 | 0.0 | <0.1 | 0.0 |
| July | 3.9 | 70.3 | 21.1 | <0.1 | 1.1 | 0.0 |
| August | 10.0 | 2.1 | 30.9 | 10.1 | 6.9 | <0.1 |
| September | 63.8 | <0.1 | 36.1 | 87.9 | 85.1 | <0.1 |
| October | 1.1 | <0.1 | 2.0 | 1.5 | 6.6 | 28.6 |
| November | 0.1 | 0.0 | 0.4 | 0.3 | 0.2 | 66.6 |
| December | <0.1 | 0.0 | 0.2 | 0.1 | 0.0 | 4.7 |

general, Chinook and sockeye tend to spawn early, followed by pink and chum salmon (though they can be quite variable) and coho spawn late. In southeast Alaska, chum and pink salmon often spawn together, and chum sometimes arrive first, whereas in Puget Sound pink salmon spawn much earlier and in larger rivers than chum salmon. Rainbow and cutthroat trout vary greatly in timing but typically in spring, whereas the fall-spawning char species tend to be much more restricted in timing. These differences in timing between and within species are often seen within a single river system and even in tributaries of that river, so they stem from the basic biology of the fish, not merely the physical features of the river.

All other things being equal, one might think that salmon should stay at sea as long as possible before spawning to maximize growth because rivers are poor places for salmon to grow, especially if they arrive at high densities. The growth at sea can be converted into reproductive potential (number and size of eggs by females and competitive ability for both sexes). Many pink and chum salmon populations spawn very close to the ocean or even in the intertidal zone. They typically enter fresh water in a fully mature state (photos 4.1, 4.2), spawn within a few days, and die in another week or two. Coho salmon tend to ascend rivers later, over a long period of time, and may hold for a month or more prior to spawning (photo 4.3). In south-central California some coastal streams are entirely blocked by sand bars until fall rains arrive, and the timing of entry by coho salmon is truly constrained by access (Shapovalov and Taft 1954).

Upriver migration to distant spawning locations (hundreds or even thousands of kilometers) obviously takes time, but some populations enter fresh water many months prior to spawning and would not need nearly this much time to get home.



PHOTO 4.1. Male chum salmon ascending a small stream in Hood Canal, Washington. (*Photo:* Thomas Quinn)



PHOTO 4.2. Female pink salmon swimming upstream. Elwha River, Olympic Peninsula, Washington. (*Photo:* John McMillan)



PHOTO 4.3. Male coho salmon in fresh water prior to final maturation, Olympic Peninsula, Washington. (*Photo:* John McMillan)

Notably, stream-maturing steelhead often enter rivers in summer and early fall but do not spawn until late the following spring. Table 4.1 shows many steelhead migrating from July through September. These stream-maturing fish enter fresh water in a relatively immature state and complete maturation in rivers (Busby et al. 1996). The alternate form (winter or ocean-maturing steelhead) enters rivers in late winter (e.g., March through May) and spawns shortly thereafter. The combination of these seasonal runs makes steelhead patterns especially complicated. For example, the Kalama River, a tributary of the Columbia River below Bonneville Dam, has both runs; some steelhead enter in all months of the year (Leider et al. 1986). Indeed, there is considerable overlap; some ocean-maturing steelhead arriving in late winter will spawn almost immediately, but stream-maturing fish may enter at the same time and not spawn until the following year.

The ocean-maturing steelhead of the Columbia River spawn almost exclusively in tributaries below Bonneville Dam, in the coastal region, and they are the prevalent form along the coast from California to southeastern Alaska (Busby et al. 1996). These rivers have high flows in winter, and the steelhead can enter shortly before they spawn. Stream-maturing steelhead seem to sacrifice growing opportunities at sea and migrate in late summer to access suitable spawning grounds that could not be reached shortly before the spawning season. The date of spawning is fixed because prevailing temperatures control when fry will emerge (see Chapter 8), and the emergence date of fry must be optimized. Thus the fish are "making the best of a bad situation" by entering early (Quinn et al. 2016). There has been no comprehensive assessment of the particular patterns of flow and temperature that might retard or preclude migration in a range of rivers to test this hypothesis, but certainly some rapids and waterfalls are passable only at certain flows, and temperatures can also block migration. Stream-maturing steelhead may migrate hundreds of kilometers inland but spend the winter in larger rivers rather than on the actual spawning grounds (Keefer, Boggs et al. 2008). Small streams in the continental interior may be too cold or have too little water for the adults, so they cease migration and seek suitable habitat for holding until conditions change in spring, when they complete maturation and move to the spawning grounds.

I have called this pattern of early entry *premature migration* (in the sense of migration prior to full maturity, not in the sense of "jumping the gun"), and it is displayed by many salmonids (Quinn et al. 2016). Chinook salmon are often classified as spring, summer, and fall, depending on the timing of entry into fresh water. These populations all spawn in the fall but differ in duration of holding in fresh water prior to spawning. As with steelhead, the populations that enter fresh water early tend to be found in the interior (e.g., mid- and upper Columbia and Snake rivers) and in the upper reaches of rivers closer to the ocean. Some areas where spring Chinook spend the summer are quite warm, and the fish expend energy to stay alive but are not feeding, unlike their fall-run counterparts who are still at sea, feeding and growing.



PHOTO 4.4. Group of steelhead holding in fresh water prior to spawning, Olympic Peninsula, Washington. (*Photo*: John McMillan)

Spring Chinook minimize their energy expenditures by seeking pockets of cool water and thereby lowering their metabolic rate; those in the Yakima River occupied water that was, on average, 2.5°C cooler than most of the water in their vicinity (Berman and Quinn 1991). Similarly, summer steelhead occupy deep pools (photo 4.4) with cool water inputs (Baigún 2003).

Chinook salmon have an especially great range of migration and spawning dates and are unique among salmon in having populations that spawn in spring as well as in fall. In the Sacramento River system (table 4.2), winter Chinook enter in winter and spawn in the upper river from April to July (Slater 1963). This unique pattern seems to have evolved to accommodate both the very warm temperatures in the lower river that the fish had to migrate through and the cold temperatures where they spawned. The salmon displaying this pattern were apparently confined to the region cut off by Shasta Dam in 1945; the population has persisted but is currently listed as endangered under the US Endangered Species Act.

Sockeye salmon tend to spawn in tributaries of lakes, and in the southern end of the range these lakes (e.g., Quinault and Ozette on the Washington coast, Baker and Washington in Puget Sound, and several lakes on the west coast of Vancouver Island) can get quite warm. Sockeye migrating to the spawning grounds via the lake in late summer might experience stressful or lethal temperatures. These populations often migrate into the lake before the temperatures peak (e.g., May or June; Hodgson and Quinn 2002) and spend the summer below the thermocline in comparatively cool water (fig. 4.1) prior to spawning in the fall or winter (Newell and Quinn 2005). In

TABLE 4.2. Characteristic peak timing of life history events for the seasonal runs of Chinook salmon in the Sacramento River system, California. (*Source*: Fisher 1994)

| Characteristic | Seasonal run: Late fall | Winter | Spring | Fall |
|---|---|---|---|---|
| Adult migration | December | March | May–June | September–October |
| Spawning | early February | early June | mid-September | late October |
| Spawning habitat | upper river, mainstem | spring-fed streams | headwaters | lower river and tributaries |
| Fry emergence | April–June | July–October | November–March | December–March |
| Ocean entry | October–May | November–May | November–June* | March–July |

*Spring Chinook apparently enter the ocean in two periods: March–June and November–March.




FIGURE 4.1. Behavioral thermoregulation by adult sockeye salmon in Lake Washington prior to spawning. The bars indicate the proportions of time that an individual salmon spent in water of different temperatures, and the curve shows the decrease in temperature with depth in the lake in the summer. The fish spent most of the time in water between 10°C and 12°C, about 20 m below the surface, avoiding both the warm, surface water and the coolest water at the bottom of the lake. (*Source*: Data from Newell and Quinn 2005)

more northerly (cooler) lakes the temperatures do not routinely get warm enough to pose a problem for the sockeye, so they enter fresh water about a month before they begin to spawn, and stage in the lake during the final stages of maturation (photo 4.5) before they ascend rivers to spawn (photo 4.6).

Premature migrants often seem to sacrifice good growing conditions at sea to reach suitable spawning areas that might not be accessible nearer the time of spawning. Premature migration is widespread among salmonids, including Atlantic salmon and sea-run brown trout, but in some cases the run timing is not well explained by physical factors in freshwater habitats. To fully explain migration timing, we might consider that the ocean confers not only the benefit of growth but also the risk of mortality (Quinn et al. 2016). If the ocean is risky and the opportunity for further growth is small (e.g., if the fish is already very large), the fish may be better off entering fresh water early in the year and forgoing additional growth at sea if the freshwater environment is safe (such as a lake or deep river). Atlantic salmon in Scotland and Ireland commonly enter many months before they spawn, and this premature migration is especially pronounced in the older, larger fish (Shearer 1990) and in rivers with good holding habitat (Reed et al. 2017). The high degree of variation in migration timing, relative to spawning timing, may reflect a number of selective processes and is a fruitful area for further investigation.

The genetic control over initiation of maturation and migration is not complete, of course, and environmental conditions do influence migration. Unfortunately, there has been no comprehensive review of this large and inconsistent literature. For example, Hunter (1959) reported a close connection between stream discharge and pink salmon migration up Hooknose Creek, British Columbia. At the beginning of the season there was a period of high flow but no salmon arrived, presumably because they had not yet arrived near the mouth of the creek or were not ready to ascend. Thereafter, three high-flow events were perfectly matched with pulses of salmon. Subsequent increases in flow brought no migrants, presumably because there were no more fish waiting to ascend the creek. However, the migration of coho and Chinook salmon up Skutz Falls, British Columbia, was independent of flow (Neave 1943). Davidson et al. (1943) concluded that the relationships between flow and upstream migration by pink salmon were best explained by a combination of innate (population-specific) behavior patterns and responses to flow. In shallow streams the fish hold off the mouth and only enter when fully mature and when flows permit, whereas in deeper rivers they ascend without regard to flow and undergo the final stages of sexual maturation in pools within the stream. Allen (1959) reported that entry into the University of Washington hatchery, where flows were constant, was correlated with nighttime rain for coho and falling barometric pressure for Chinook. I do not know whether this fascinating pattern has been documented elsewhere. In other instances, high flows may delay migration, depending on hydraulic conditions.



**PHOTO 4.5.** School of sockeye salmon in the final stages of maturation in Iliamna Lake, Bristol Bay, Alaska, prior to spawning. (*Photo:* Jason Ching)



**PHOTO 4.6.** Mature sockeye salmon ascending Knutson Creek, Bristol Bay, Alaska. (*Photo:* Jason Ching)

As noted, scientists have long pondered why salmon run upstream on some days and not others. The conventional analyses have always considered this to be essentially an individual process—each salmon migrates when conditions are right for it. However, such models (e.g., using daily flow, temperature, or other physical features of the river) seldom explain the great day-to-day variation that is typical of most salmon count data: a big pulse of fish, then very few for several days, then another pulse, and so forth. This emphasis on physical conditions has distracted us from the social aspect of migration, as Berdahl et al. (2017) pointed out. Each fish arrives near the mouth of its home stream in some state of sexual maturation. We can think of more advanced maturation (readiness to spawn) as pressuring the fish to go upstream. However, there may also be some social component. One fish, almost ready to go, is more likely to head upstream if others are doing so as well. Then, after a pulse of migrants has depleted the group of ready fish holding off the mouth, even stimulatory physical conditions do not bring many migrants because there are too few ready fish. After a few more days, there are enough fish that are sufficiently ready that another pulse occurs. Recent analysis of twenty years of data on sockeye salmon ascending a small stream in Alaska strongly supported this social model. The day-to-day counts showed strong pulses without coincident changes in stream conditions, and a simple computer model including social interactions as described here generated a remarkably good fit to the observed data (Berdahl et al. 2017). This provides an exciting new perspective on upstream (and downstream) migration patterns, and many datasets could be reexamined in light of this idea.

The relationship between time of day and migration is also complex and awaits comprehensive assessment. Neave (1943) reported that migration occurred almost exclusively in midday at Skutz Falls, and the fish ladders on the Columbia River see very few salmon at night compared with the daytime passage rates. However, migration rates up the Klamath River, California, were higher at night (Johnston and Hopelain 1990). Gaudet (1990) used hydroacoustic equipment to assess migration up a series of turbid rivers in Alaska and found diurnal migration in some rivers, nocturnal migration in others, and irregular patterns in still other rivers. To make matters still more complicated, Daum and Osborne (1998) reported a clear diel migratory pattern on one side of the Chandalar River, Alaska, but uniform migration throughout the day and night on the other side.

In addition to the species-specific and population-specific patterns of arrival and upriver migration described above, two other fascinating patterns may be observed. First, older or larger fish often precede smaller fish on the migration. For example, chum salmon sampled at a weir on the Tuluksak River, part of the Kuskokwim River system in Alaska, included age-3, age-4, age-5, and age-6, but the great majority were age-4 and age-5 (Molyneaux and DuBois 1998). Over the course of the run, the proportion of age-5 chum salmon dropped dramatically (fig. 4.2). In addition, the mean length of fish of a given age also decreased over the migration period, magnifying




**FIGURE 4.2.** Percentage of age-5s among the chum salmon counted during migration up the Tuluksak River, in the Kuskokwim River system, Alaska. (*Source:* Molyneaux and DuBois 1998)




**FIGURE 4.3.** Length at age for two groups of chum salmon counted during migration up the Tuluksak River, in the Kuskokwim River system, Alaska. (*Source:* Molyneaux and DuBois 1998)

the decrease in size (fig. 4.3). The phenomenon of older and larger fish migrating into fresh water before smaller ones is even more dramatic in Atlantic salmon (Shearer 1990), where older "multi-sea-winter" fish arrive months before those salmon that had spent only one winter at sea (called *grilse*). Larger fish swim faster than smaller fish, so they would get home sooner if all ages and sizes of fish left the oceanic feeding grounds at the same time of the year. This explanation seems inadequate, however. If the optimal arrival date did not vary with size, the smaller fish could leave the feeding grounds earlier and arrive at the same time as the older fish.

There are two more plausible explanations that assume size-dependent trade-offs—one based on conditions at sea and the other based on conditions on the spawning grounds. First, the optimal return date may vary with size, reflecting the relative benefits of prolonged feeding at sea. Larger (and older) fish will grow less, proportionally, after an extra week or two at sea than smaller fish. So, large fish may return at the optimal date for migration and reproduction, and the smaller fish may stay at sea a bit longer, grow a bit more, and accept some loss of fitness associated with migration or spawning after the ideal date. In this case, differences in migration and spawning timing reflect the delay of small fish at sea. This hypothesis is consistent with a fascinating report that in years when pink salmon were small, they tended to return later than in years when they were larger (Skud 1958). It would be interesting to see how widely this pattern occurs. More recently, Katinić et al. (2017) reported that early arriving sockeye had been growing faster and had more stored energy than later arriving ones. Another, though not mutually exclusive, explanation is that competition with large fish on the spawning grounds is too severe for small fish, so they are better off entering and spawning later than larger fish. For example, larger females dig deeper nests than smaller females, so a small female spawning at the beginning of the season would be more vulnerable to having her nest disturbed than one spawning at the end of the season, when such disturbance would be very unlikely (see Chapter 6).

Besides the shift in age and size over the course of the run, there is another common pattern: males tend to precede females (fig. 4.4). This pattern is sometimes seen in coastal waters as well. For example, the test fishing for chum salmon in Puget Sound that illustrated the shift in age composition over the run (see fig. 3.2) also revealed a shift in sex ratio. The first three weeks of sampling averaged 60% males,




FIGURE 4.4. Percentage of males among the chum salmon counted during migration up the Tuluksak River, in the Kuskokwim River system, Alaska. (*Source:* Molyneaux and DuBois 1998)

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 107 of 560



followed by 58% in the next three weeks, then 47% the next three weeks, and 44% males during the last two weeks of sampling (Northwest Indian Fisheries Commission data, used with permission). Males do not select or prepare nest sites, so one might expect females to arrive before males rather than the reverse. I think the explanation for this pattern lies in the reproductive biology of salmon, and the migration pattern merely reflects the paradoxical selection for males to arrive before females (described in detail in Chapter 6).

## Changes in Migration Timing

The timing of upriver migration is not fixed but varies among years. As indicated by the relationship between ocean temperatures and the migration route and timing of sockeye salmon in coastal waters (Blackbourn 1987), there are oceanic influences on arrival timing at the mouths of rivers. In addition, river conditions can affect travel rates. Probably the best time-series of data on this subject is available for Columbia River salmonids, which are counted at many of the dams they must pass on their way home (photo 4.7). Bonneville Dam (234 km upriver from the mouth) was completed in 1938, and there are daily counts of adult salmon since then. Data on sockeye salmon are particularly instructive because there are relatively few populations (the basin had more but they were largely eliminated before construction of the dam), they all



PHOTO 4.7. Fish ladder at Lower Granite Dam, Snake River, Idaho. (*Photo:* Thomas Quinn)




FIGURE 4.5. Trends in the median passage date of adult sockeye salmon at Bonneville Dam, on the Columbia River (blue dots and trend line), and the first day of the year that water temperatures reached 15.5°C (= 60°F; red dots and trend line). (*Source*: US Army Corps of Engineers, annual fish passage reports)

migrate to spawning grounds far above Bonneville Dam, and they are primarily wild rather than hatchery produced.

Since 1938, the river's peak summer temperatures have gotten warmer, and the river has been warming earlier in the spring (e.g., the first day of the year when the river warmed to 60°F or 15.5°C; fig. 4.5). Over the years the timing of sockeye salmon migration (indicated by the day when 50% of the annual total passed the dam) has become about two weeks earlier. Perhaps the sockeye move upriver once a threshold temperature is reached, and the change in migration timing over the years merely reflects a tendency for the river to warm earlier. Alternatively (or additionally), the fish that tend to arrive late, when the water is warm, may experience higher mortality from heat stress and disease, so we are seeing the evolution of timing over the decades (Quinn and Adams 1996); this conclusion is supported by modeling the effects of high temperatures on mortality and the genetic control over timing (Crozier et al. 2011).

## Rate of Migration and Energy Use

Gilbert (1922, 319) was among the first scientists to document the rate of upriver travel by Pacific salmon, and his words convey a sense of respect for the salmon: "As regards the rate at which [salmon] ascend the river, we have more reliable and complete data

for the Yukon than have been secured in any other stream. Records were obtained of their first appearance at a large number of localities. . . . The first king salmon to reach Dawson in the middle of July, 1920, had been traveling against a consistently rapid current for 29 days, at the rate of 52 miles per day, and during this period, as always within the river, had taken no food." Gilbert (1922, 326) stated further that chum salmon "entered the river about a week later than the kings, at Tanana they were not more than 10 days behind the latter, and at Dawson they were some 14 days behind the kings. The lower 800 miles of the river, as far as Tanana, were traversed at the rate of 50 miles per day and the next 700 miles, between Tanana and Dawson, were covered at the rate of 35 miles per day."

Such observations of the first arrivals tend to represent the fastest fish rather than the average, but more recent tagging and radio-tracking studies corroborated the impressive migration rates of Yukon River Chinook salmon. Travel rates averaged 30–40 km per day, and some fish traveled much faster (Milligan et al. 1985; Eiler et al. 2015). We might note a particularly remarkable Yukon River Chinook salmon tagged with a radio transmitter by John Eiler of the Auke Bay, Alaska NOAA-Fisheries lab. This fish was repeatedly detected along the route as it swam 3230 km upriver, all the way into British Columbia. It accomplished this feat in sixty-three days, averaging 51 km per day. This is comparable to swimming from New York City to Gainesville, Florida, and back, uphill both ways, on an empty stomach.

Some of the most detailed information has been gathered on upstream migration of Fraser River sockeye populations, and they too show impressive rates of travel. Tagging studies documented that the early run to the Stuart Lake system migrated from Lummi Island (near the Fraser River estuary) to the spawning grounds at Forfar Creek (1074 km) in twenty-seven days or 43 km/d (Killick 1955). Sockeye showed similar rates of travel to the spawning grounds in the Bowron Lake system, 1058 km upriver and at an elevation of 945 m. They were tagged at Sooke, on the southern end of Vancouver Island, about 200 km from the mouth of the Fraser River, and also at Hell's Gate, about 208 km upriver from the mouth, and recaptured at a weir near the spawning grounds, 1256 km from Sooke. The sockeye averaged 43 km/d from Sooke and 39.2 km/d from Hell's Gate (fig. 4.6). Based on tagging and the sequential arrival of salmon at different areas, Killick (1955) estimated that the early runs (primarily migrating in July) to Stuart Lake, Bowron Lake, and Quesnel Lake (Horsefly River) traveled the fastest, followed by August runs to the Chilko and Stellako rivers; and the late run to the lower Adams River was the slowest (table 4.3).

Considerable energy is required for migration and reproductive behavior such as courtship and nest defense after the migration has ended. Taken together, migration and reproduction deplete the salmon of almost all their fat and about half their protein (table 4.4). These data show the expenditure of energy in populations with very arduous migrations. The three Fraser River populations entered fresh water with different levels of fat, but all had about the same amount (3–4% of body weight)




FIGURE 4.6. Travel rates of thirty tagged adult sockeye salmon from Sooke (Vancouver Island) and ninety from Hell's Gate (Fraser River canyon) to the spawning grounds of the Bowron Lake system. (*Source:* Data from Killick 1955)

TABLE 4.3. Estimated rates of upriver travel by sockeye salmon to selected spawning grounds in the Fraser River system, British Columbia. (*Source:* Killick 1955)

| Population | Migration period | Km/d | Km upriver | Elevation (m) |
|---|---|---|---|---|
| Early Stuart lakes | July | 45.8 | 1074 | 678 |
| Horsefly River | July | 51.2 | 720 | 725 |
| Bowron River | July | 51.5 | 1058 | 945 |
| Chilko River | August | 34.4 | 640 | 1172 |
| Stellako River | August | 36.0 | 976 | 640 |
| Lower Adams River | September | 27.2 | 480 | 347 |

TABLE 4.4. The percentage of fat and protein remaining in sockeye salmon at death on the spawning grounds for three populations, relative to their condition at Albion, in the lower Fraser River, and the distance and elevation to the spawning grounds. (*Source:* Idler and Clemens 1959; Gilhousen 1980)

| Population | Sex | Fat (%) | Protein (%) | Distance (km) | Elevation (m) |
|---|---|---|---|---|---|
| Early Stuart | Males | 9 | 64 | 1152 | 693 |
| | Females | 5 | 45 | | |
| Chilko River | Males | 17 | 61 | 725 | 1170 |
| | Females | 7 | 41 | | |
| Lower Adams River | Males | 15 | 70 | 483 | 347 |
| | Females | 13 | 61 | | |

when they reached their respective spawning grounds. In contrast to these very long migrations, Hendry and Berg (1999) sampled Bristol Bay sockeye salmon off Port Moller, in the outer part of the bay; shortly after the fish entered fresh water at the mouth of Lake Aleknagik; at Pick Creek (98 km upriver and 22 m elevation, as the fish entered the spawning grounds); and after the fish had died (table 4.5). The salmon lost almost all their fat and much of their protein, with an accompanying increase in water. Data on Yakima River, Washington, spring Chinook salmon (Mesa and Magie 2006) show similar patterns to those of the sockeye salmon—loss of protein and fat, increase in water, and loss of energy during migration, so these are general patterns. Combining the Pick Creek data with data from the Fraser River populations, and other salmon species (Brett 1995; Ewald et al. 1998; Gende, Quinn, Willson et al. 2004; O'Neill et al. 2014), we see that populations leave the ocean with higher fat levels if they have more arduous migrations (in distance and elevation) to reach their spawning grounds than populations with shorter, easier migrations (fig. 4.7). In addition, females in populations with more arduous migrations allocate less energy to gonads compared to populations with easier migrations (Linley 1993; Kinnison et al. 2001). One important factor not included explicitly in this analysis is the time between departure from the ocean and spawning. This holding period also requires stored energy, so some populations with comparatively easy migrations are also high in lipids when they leave the ocean if they spend many months prior to spawning.

TABLE 4.5. Body composition (percentage of wet weight) and energy density of adult Bristol Bay sockeye salmon sampled in Port Moller, the entrance to Lake Aleknagik, the entrance to the spawning grounds at Pick Creek, and after death (*Source*: Hendry and Berg 1999), and Yakima River spring Chinook salmon sampled at Bonneville Dam on the Columbia River, Roza Dam on the Yakima River, and at death (*Source*: Mesa and Magie 2006). Data for males and females were averaged.

| Sockeye salmon | Water (%) | Protein (%) | Fat (%) | Energy (kJ per gram of tissue) |
|---|---|---|---|---|
| Port Moller | 68.5 | 21.2 | 8.4 | 7.3 |
| Lake Aleknagik | 70.7 | 20.7 | 6.7 | 6.6 |
| Pick Creek | 78.2 | 18.0 | 1.6 | 4.6 |
| Death | 83.3 | 14.4 | 0.2 | 3.0 |

| Chinook salmon | Water (%) | Protein (%) | Fat (%) | Energy (kJ per gram of tissue) |
|---|---|---|---|---|
| Bonneville Dam | 60.3 | 20.6 | 19.1 | 11.1 |
| Roza Dam | 62.4 | 20.6 | 16.0 | 10.0 |
| Death | 84.6 | 14.0 | 0.4 | 3.0 |




FIGURE 4.7. Average percentage of body fat in salmon populations at the time of entry into fresh water, as a function of the distance and elevation they will have to swim to reach their spawning grounds. Data were compiled from eight populations of sockeye, four of coho, three of chum, three of pink, and one of Chinook salmon.

Interestingly, although salmon populations seem to have evolved patterns of fat storage that prepare them for their migration, and swimming speed is a function of body size, the populations with lengthy migrations are not especially large. Roni (1992) compiled data on the average lengths of Chinook salmon populations (all ages combined) and the distances upriver that they migrate. Of the eighty-five populations, most (seventy-seven) migrate less than 775 km, and of these the long-distance migrants tended to be smaller than those with shorter migrations. The largest-bodied populations (averaging more than a meter long!) migrate rather short distances. The remaining eight reported populations migrate very far (about 1500 to almost 3000 km), and their average length was similar to that of fish migrating less than 200 km. Similarly, the Fraser River sockeye salmon populations with the longest migrations are smaller than those spawning downriver (Linley 1993), and the long-distance migrants in the Columbia River are also rather small (Gustafson et al. 1997).

Insights into the upriver migration of salmon in general and sockeye in particular are provided by the groundbreaking research by John Roland Brett (1983, 1995), who studied swimming performance and metabolism as a function of body size, temperature, and swimming speed. He showed how metabolic demand increases with swimming speed until the fish reaches a maximum sustainable speed. Fish can burst faster than this speed but cannot sustain such speeds. Thus the least amount of energy is used per unit of time by the fish while motionless (analogous to a car using less gasoline per hour while parked with the engine running compared to driving forward).

Very slow speeds are not efficient from the perspective of energy expended per unit of distance traveled, just as a car uses more gasoline to drive a set distance when operating slowly compared to something like fifty-five miles per hour. Beyond that speed, energy is also expended less efficiently, so you can arrive sooner if you drive faster, but you use more gas doing so. For a standard adult sockeye salmon (2.27 kg, 61 cm long), Brett estimated that the "least cost" or most efficient speed was 1.8 km per hour or just under 1 body length per second, and the maximum sustainable speed was about 4.8 km/h (depending on temperature; fig. 4.8). The estimated swimming speed of sockeye salmon in coastal waters was only slightly faster than their optimal (least-cost) speed (Quinn 1988). However, a salmon swimming 1.8 km/h relative to the water would make little progress against a rapid river like the Fraser. The upriver migration would take so long that the total energy consumed would be greater than if it swam faster, using more energy per unit of time but getting there sooner.

With his information on the rate of energy expenditure at different swimming speeds, and data on loss of fat and protein (Gilhousen 1980), Brett estimated the equivalent speed that sockeye salmon were swimming to reach upriver spawning




**FIGURE 4.8.** Energetics of sockeye salmon migration. The curve indicates the energy required by a typical adult to swim a fixed distance at a given speed, relative to the water (modified from Brett 1983). The blue arrow at the low point in the curve indicates the optimum (least-cost) speed, and the green arrow indicates the average speed of sockeye in coastal waters (Quinn 1988). The yellow arrow indicates the speed against the water, inferred from electromyogram telemetry, of sockeye salmon migrating up the canyon of the Fraser River (from Hinch et al. 1996; Hinch and Rand 1998). The orange arrow shows the estimated swimming speed, based on energy loss during migration up the Fraser River (Brett 1983).

grounds such as the Stuart Lake system. For the 61 cm sockeye salmon the estimated velocity against the water was 4.3 km/h, integrated over the entire migration (Brett 1983). Thus the salmon swam much faster, against the water, than their most efficient speed and were close to their maximum sustainable speed. There are places where they swim more efficiently, but in other places they have to sprint. Information on these areas of particularly difficult passage was provided by electromyogram telemetry: radio transmitters in the fish with electrodes connected to the muscles powering swimming (Hinch et al. 1996; Hinch and Rand 1998). The transmitters provided information on muscular contraction that was calibrated to oxygen consumption and tail-beat frequency in laboratory tests. These transmitters showed places where the salmon were swimming about 2.5 body lengths/sec (150 cm/sec or 5.4 km/h for a 60 cm fish; see fig. 4.8). Where the water's flow was constricted by islands and rock outcroppings, the sockeye swam faster than in open areas (about 90 cm/sec vs. 80 cm/sec), faster than they swam in coastal waters (67 cm/sec; Quinn 1988). The passage of sockeye at constricted sites was delayed (Hinch and Rand 1998), reducing efficiency at such sites, as measured by energetic cost per distance traveled.

Not surprisingly, the salmon adapt their migration patterns to minimize energy expenditure. They avoid the fastest water and generally swim close to the shore and near the bottom. These behavior patterns facilitate visual counting by biologists and, in clear rivers, they do so from towers on shore as the salmon swim along the bank (e.g., Becker 1962). Smaller salmon tend to swim closer to shore than larger fish. The large fish swim near the bottom in deeper water, and the reduced wave-drag experienced by large fish in deeper water makes this efficient, despite the higher current velocities offshore (Hughes 2004). The telemetry work (Hinch et al. 2002) also revealed differences in migration tactics between sockeye and pink salmon. Average speeds were similar but pink salmon tended to swim steadily, whereas sockeye would often burst at up to 6–9 body lengths/sec but then swim very slowly. At constricted sites pinks were more efficient at energy use than sockeye, perhaps compensating for their smaller size by their behavior, reminiscent of the tortoise and the hare. More generally, the differences in swimming performance, jumping ability, and other forms of migration among species need further study. Chum salmon, for example, are commonly considered to be poor jumpers. Does this result from their physiology, morphology, motivation, energy reserves, or other factors?

### Hell's Gate

Studies on the upriver migrations of salmon took on special meaning in British Columbia in the early 1900s. The Fraser River runs of salmon, especially sockeye, were very abundant. The river has a low-elevation, low-gradient, coastal region, and a much steeper canyon region upriver where it cuts through the coastal mountains. Above the canyon the Fraser is joined by the Thompson River. The great majority of the system's sockeye were produced above the canyon, and they had to pass an

especially swift stretch of water called Hell's Gate (208 km upriver, 68 m above sea level), where the river is only 33.5 m wide.

Hell's Gate was probably always difficult for salmon to ascend, depending on the river's flow when they arrived. Sockeye migrate from July through October, and the river routinely varies by 15 m of vertical elevation at Hell's Gate during this period. Railroad tracks were built by the Canadian Pacific Railroad on the right bank in the 1880s. Rock dumped from these operations may have constricted the flow and impeded passage, but there is no direct evidence of this. In 1911–1912 the Canadian Northern Railroad began laying tracks on the other side of the river and rock was again dumped in. The water was noticeably faster in the summer of 1913, and most salmon were unable to negotiate Hell's Gate. Roos (1991, 24) reviewed the historical records, including the definitive work of Thompson (1945) and concluded that "large numbers of sockeye were observed in creeks and rivers [where they did not normally spawn] for many miles downstream from Hell's Gate in 1913. Included among the sockeye were large numbers of pink salmon. While some sockeye were able to pass upstream in 1913, the vast majority failed in their struggle. The stage was set for a staggering decline in future production."

The water velocities confronting the upstream migrants in 1913 exceeded their swimming capacity, and most died unspawned trying to migrate upriver or produced few offspring when they spawned at high densities in unsuitable habitats below Hell's Gate (Roos 1991). Tragically, the 1913 run was the largest on record, with a catch of more than 30 million and an estimated escapement of 6.61 million as well (Ricker 1987). The Fraser River's upriver sockeye salmon populations almost all mature at age-4, and the major populations were on synchronous four-year cycles with peaks in 1901, 1905, 1909, and 1913. Ricker (1987) estimated that from 1896 to 1915 the average catch on the 1901 cycle was 22.5 million, with catches on the 1902 through 1904 cycles averaging 6.1 million, 4.7 million, and 3.9 million. The Fraser River populations were extraordinarily productive, with 4.38 returning adults per spawner (i.e., able to sustain exploitation rates over 75%). In contrast, the 1913 escapement of 6.61 million barely replaced itself, with only 7.67 million returning adults (1.16 per spawner) four years later. Considering that the production below Hell's Gate was unaffected by the slide, the effects upriver must have been devastating.

Greatly compounding the problem, a huge rockslide on the left bank was created by tunneling operations on February 23, 1914. The constriction of the channel caused a vertical drop in the river of almost 5 m at the choke point and exceptionally high water velocities, despite the fact that the river was more than 30 m deep! Even after removal of material from the channel, the vertical drop was about 3 m and velocities at the surface in mid-channel ranged from 5 m/sec to 6.75 m/sec. The populations of sockeye salmon were greatly reduced by a combination of difficult passage upriver and overfishing until fishways along both banks of the river at Hell's Gate were completed in time for the 1946 runs (photo 4.8). These vertical-slot fishways were designed



PHOTO 4.8. Vertical slot fishways at Hell's Gate, on the Fraser River, British Columbia. Note the water's velocity and vertical drop at this site, looking upstream. (*Photo:* Thomas Quinn)

to accommodate the great densities of salmon and the great range of water levels over the period of migration. Combined with other fishways, such as those at Yale Rapids and Bridge River Rapids on the Fraser River and Farwell Canyon on the Chilcotin River, the Hell's Gate fishways greatly contributed to the rebuilding of the Fraser River sockeye salmon runs (Roos 1991).

A rockslide, less famous than the ones at Hell's Gate but nevertheless devastating, occurred in a very remote reach of the Skeena River in 1951. Godfrey et al. (1954) estimated that only 31% of the 461,000 sockeye that escaped the fishery successfully negotiated the slide and reached Babine Lake, 60 km upriver of the slide, and losses of pink salmon were even heavier. In 1952 the sockeye and pinks also experienced mortality and delay at the site of the slide (despite efforts to clear it), and only 30–42% of the sockeye that reached a counting fence at the outlet of Babine Lake reached their streams and completed spawning (Godfrey et al. 1954). This slide was apparently caused by natural geological processes rather than human activities. Indeed, a 100 km road had to be built to reach the site so that the slide could be cleared to aid the migrating salmon. The slide was cleared in time for the 1953 run (Godfrey et al. 1956), and the salmon populations eventually recovered. Such slides (and lesser ones) are part of the variable landscape that salmon must contend with on their upriver migration, and they serve as a useful reminder that natural processes are not always benign.

### *Mortality during Upriver Migration*

The upriver migration to distant, high-elevation spawning grounds is not only energetically demanding; it can also be associated with significant levels of mortality. There are places where bears congregate at waterfalls such as the one on the McNeil River, Alaska, and feed on migrating salmon (Gill and Helfield 2012; Sellers and Aumiller 1994), but predation is probably a larger problem on the spawning grounds in most cases (Quinn, Wetzel et al. 2001)—a topic addressed later. However, there can be significant *en route mortality* (along the migration corridor) and also *prespawning mortality* of salmon that arrive on the spawning grounds but die before they spawn. As Gilhousen's (1990) review of Fraser River sockeye indicated, en route and prespawning mortality are often associated with high temperatures (fig. 4.9), which weaken the fish and accelerate proliferation of pathogens. Fish may arrive on the spawning grounds with too little energy or die of infection before spawning. There are also instances of prespawning mortality of salmon caused by intense crowding, high temperatures, and insufficient dissolved oxygen, including pink and chum salmon in southeastern Alaska (Murphy 1985) and sockeye salmon in Bristol Bay (Tillotson and Quinn 2017).

En route mortality is difficult to study because it is often inferred from differences in numbers of salmon counted at some downriver site and on the spawning grounds, so it is subject to counting errors. However, an extreme event occurred in September 2002, when an estimated 34,056 adult salmon (almost all Chinook) died in the lower 50 km of the Klamath River (Guillen 2003). The mortality seemed to have resulted when a combination of low flows and high temperatures stressed fish and concentrated them in a few holding areas where disease proliferated, especially *Flavobacterium columnare* ("columnaris," a bacterium) and *Ichthyophthirius multifiliis* ("Ich," a protozoan). As temperature and flow are both affected by climate (Mote et al. 2003; Mantua et al. 2010), the experiences of the recent decades and models for future conditions give us reason to be concerned about how salmon will fare as climate changes alter their rivers.

The late 1990s also saw the emergence of a very puzzling and serious syndrome of mortality in some Fraser River sockeye populations. It has long been known that many of the late-spawning populations, including those spawning below Hell's Gate (such as Weaver Creek) and at some upriver sites (notably the lower Adams River), tended to arrive in the Strait of Georgia a month or more before entering the river (Verhoeven and Davidoff 1962). They delayed in salt water before migrating upriver to spawn. However, in 1995 these salmon began entering fresh water much earlier in the year, with little or none of the characteristic delay in salt water off the mouth of the river. The change would have been little more than a curiosity except that very heavy en route mortality occurred in 1996 and subsequent years, and considerable prespawning mortality was observed as well (Cooke et al. 2004; Hinch et al. 2012). Evidence indicated that the causal agent was a myxosporean parasite, *Parvicapsula*




FIGURE 4.9. Percentage of female sockeye salmon found dead on spawning grounds of the Fraser River system without having completed spawning, showing an increase with the water temperatures experienced along the migration route at Hell's Gate (for the Early Stuart populations) and temperatures on the spawning grounds (for the Raft River population). (*Source:* Data from Gilhousen 1990)

*minibicornis*. The parasite's life cycle is not well known, but it appears to infect the fish in the estuary or lower reaches of the river (St.-Hillaire et al. 2002).

The parasite may not cause the early migration, but the increased time spent in the river before spawning allows it to proliferate, and the fish die of kidney failure. Hinch et al. (2012) reviewed an extensive and elegant series of investigations on the syndrome of early entry into fresh water and high rates of mortality. The fish that enter early are exposed to warm water and high flows in the river, compared with the

cooler water they can occupy below the thermocline in the Strait of Georgia (see fig. 3.4). Physiological measurements of fish caught in marine water and then tracked to see when they entered, and whether they survived, provided intriguing hints as to what may be happening. The individuals that entered early were in an advanced stage of sexual maturation, but paradoxically they were not fully ready to make the transition into fresh water (Hinch et al. 2012). Even more fascinating is the evidence that the fish entering early and dying prematurely displayed a distinctive genomic signature from those that entered later and survived, and that exposure to a virus may have played a role in their ill-timed migration patterns (Miller et al. 2011).

The behavior and survival of Fraser River sockeye is, of course, of great concern because this is such an important complex of populations. However, the ongoing work in this system on the patterns of migration timing, holding in estuaries and in rivers, energetics, and eventual reproductive success reminds us that every population around the Pacific Rim is constantly being sculpted by the forces of natural selection. There are costs and benefits to leaving the ocean early or staying late, migrating fast or slow, and remaining in the river for a long time or a short time before spawning. The final judge is whether the fish successfully produced surviving offspring.

## Migrations of Nonanadromous Salmonids

The material presented in this chapter so far pertains to anadromous salmonids, but of course there are many species and populations that migrate to spawning grounds within freshwater systems, termed *fluvial migrations* if they are entirely within rivers. For example, cutthroat trout were tracked using radio transmitters in the Ram River system in Alberta, Canada, and some individuals moved upstream and some downstream to reach tributaries or mainstem river habitats where they spawned (Brown and Mackay 1995a and 1995b). Similarly, bull trout (photo 4.9) migrate extensively within the mid-Columbia River and Snake River basins to reach breeding grounds, moving as much as 100 km (Starcevich et al. 2012).

In addition, many species of trout, char, and also kokanee (nonanadromous sockeye salmon) feed in lakes prior to spawning, then migrate to natal tributaries (Lorz and Northcote 1965; Meka et al. 2003) or the outlet river to spawn. Within a single population-complex there may be a number of migration patterns. For example, bull trout in the South Fork Salmon River system in Idaho migrated from a lake to streams for spawning and also migrated within river systems (Watry and Scarnecchia 2008). Thus the spawning migrations of nonanadromous species can be upstream or downstream within rivers, or from a lake to a tributary or to the outlet. Nearly every combination of prespawning, spawning, and postspawning habitats and movements has been documented, including populations that reside and spawn in lakes without migrating at all, such as kokanee spawning on lakeshore beaches in their native (Nakabo et al. 2011) and introduced range (Gipson and Hubert 1993). Such shoreline



PHOTO 4.9. Adult male bull trout, Stillaguamish River, Washington. (*Photo:* Morgan Bond)

spawning is common in Arctic char (Sandlund et al. 1992) and documented but unusual in rainbow trout (Northcote and Bull 2007). Finally, there are populations of trout residing in streams above waterfalls (Northcote 1981) that also have at most very short migrations.

## Summary

The patterns of entry into fresh water seem to reflect the balancing demands of feeding and risk at sea and the need to reach the spawning grounds at the optimum date, and adults often sacrifice feeding opportunities at sea and enter earlier than is necessary to reach breeding grounds. Some populations enter fresh water only a few days before spawning, whereas others spend many months in rivers or lakes prior to spawning. However, for any given population the timing of entry and migration is quite predictable among years. Salmon populations also vary in the amount of energy stored in their bodies when they leave the ocean and in their travel rate, as needed for the rigors of their particular migration route and schedule. Some populations migrate a thousand kilometers or more, but most salmon spawn near the coast and some are within tidal influence. In addition to patterns of variation among species and populations, older and larger salmon tend to enter first and males tend to enter before females. These patterns may reflect factors related to both reproduction and migration. Long migrations to high elevations are very demanding, and some salmon die along the route or on the spawning grounds before they can reproduce. Migration patterns of nonanadromous salmonids to spawning grounds have been less thoroughly investigated and can be complex, depending on where the fish reside and spawn in the river network.

CHAPTER 5

# Homing and Straying

Much of the discussion on migration so far has been based on the assumption that salmon are migrating back, not merely to fresh water but to the site where they were spawned years earlier. There is evidence that as early as the sixteenth century some astute European naturalists inferred that adult salmon were returning to their natal river (Nordeng and Bratland 2006), and Izaak Walton's *The Compleat Angler* (first published in 1653) described Atlantic salmon that had been marked with thread as juveniles returning to the same river as adults. By the mid- to late-nineteenth century, some biologists studying salmon and other anadromous fishes recognized their homing tendency. For example, the 1876 report of the US Commission on Fish and Fisheries (part 3, xxviii–xxix) stated: "This stream [near Elko, Nevada] is one of the many that form the headwaters of the Columbia River, and to this point, eighteen hundred miles from its mouth, the salt-water salmon come in myriads to spawn. . . . From these facts we may infer that the instinct of location is probably sufficient to attract a colony of fishes as far inland as the headwaters of the longest river, whenever their home has been once established there."

An early, large-scale marking study was conducted on sockeye salmon in Cultus Lake, a small lake supporting a modest population in the lower Fraser River system (Foerster 1936, 1968). They attempted to catch all smolts and mark them by clipping one of the ventral fins, so in future years any unmarked adults entering the lake would be recognized strays from elsewhere, and fish with clipped fins would be homing to the lake. The vast majority of Fraser River sockeye salmon spawn upstream of Cultus Lake, so there were many salmon that might stray into Cultus Lake. If the entire Fraser River population returned at random, few marked fish would enter Cultus Lake, and including all the other sockeye along the coast would add even more unmarked fish that might enter the lake. In 1931 all 365,265 smolts were marked; this was a very substantial undertaking. Like most of the Fraser River populations, Cultus Lake sockeye predominately return after two years at sea, so the marked fish were expected in the fall of 1933. In that year, there were 409 small, unmarked fish, assumed to have spent only one year at sea and would not have been marked, 2856 large marked fish, and only 17 unmarked ones. It is possible that the large unmarked fish had been marked as smolts but regenerated their fins, or they escaped marking as smolts. However, even if they all originated from outside Cultus Lake, they constituted only 0.6% of the return. Not satisfied with this apparently conclusive result, the researchers repeated the experiment again with an even larger sample size of 497,598 smolts in 1936. Similar

to the previous results, in 1938 they recovered 8980 large marked fish; 4226 small, unmarked fish; and 136 large unmarked fish for an estimated 1.5% strays into the population. There was no effort to see if any Cultus Lake fish strayed to other rivers, only if populations from other rivers strayed into Cultus Lake, so we do not know if any Cultus Lake fish spawned elsewhere.

By the 1930s there was growing acceptance that salmon migrated significant distances to sea, and then returned back home (Moulton 1939). However, there were some skeptics, especially Archibald G. Huntsman, who was among the leading scientists working on Atlantic salmon. Huntsman doubted that many salmon migrated far from the mouth of their home river, and he believed that any salmon found in the open ocean would be unable to return home and so were essentially lost. Before Huntsman would be convinced otherwise, he wanted to see an example of a juvenile salmon tagged in a river, caught at sea, released, and then recovered back in the natal river as an adult. Given the limited research being conducted on salmon during those years, this was a virtually impossible burden of proof. However, Huntsman (1942) was forced to accept the evidence when an Atlantic salmon caught west of Newfoundland on June 17, 1940, was one of 31,359 smolts that had been marked about 900 km away in the Margaree River, Cape Breton, in 1938, and the same fish was recovered in the home river on September 21, 1940.

From this point on, the central question was no longer, "Do salmon home?" but "What proportion of salmon home?" and "How is the homing accomplished?" Important evidence pertaining to the first question was provided by an important tagging study in coastal California, south of the Sacramento River (Shapovalov and Taft 1954). This noteworthy study involved two species (coho and steelhead), and it considered straying between two adjacent streams, Waddell and Scott creeks, less than 8 km apart. The streams had small populations of both species, and the study was conducted over nine years for the steelhead and seven years for the coho salmon. There were three key results (table 5.1). First, the proportions of salmon and steelhead that homed to their natal river were far more than would have been expected by chance. Second, some went to the non-natal site; homing was not unerring. Third, the two

TABLE 5.1. Homing to the natal stream (boldface numerals) and straying to the other stream by coho salmon and steelhead from Waddell and Scott creeks, California. Values in parentheses are the numbers of marked adult fish recovered. (*Source:* Shapovalov and Taft 1954)

| | | Percentage recovered | |
|---|---|---|---|
| Species | Marking site | Waddell (%) | Scott (%) |
| Coho | Waddell (369) | **85.1** | 14.9 |
| | Scott (56) | 26.8 | **73.2** |
| Steelhead | Waddell (485) | **98.1** | 1.9 |
| | Scott (960) | 2.9 | **97.1** |

species differed in the proportion of fish that did not get home, with more straying by coho than steelhead. Surprising as it may seem, these data—on wild populations representing more than one species in a pair of streams—are virtually unique despite more than six decades of subsequent research.

During this time similar studies were carried out on rainbow trout populations spawning in the inlet and outlet of Loon Lake, British Columbia. Lindsey et al. (1959) clipped the left ventral fins of 23,187 juveniles in the outlet and the right ventral fins of 4777 juveniles in the inlet. Adults showed a strong tendency to return to their home stream: 94% of the adults in the outlet had been marked there, and 87% of those in the inlet had been marked there. The inlet fish were more numerous, and the authors noted that this made a strict comparison of the proportions somewhat misleading. However, it was clear that the great majority of the fish returned to spawn in their natal stream. Similarly, of 263 adults marked on their first spawning migration to the outlet that were recovered the next year, 262 returned to spawn in the outlet again and only a single fish was found in the inlet, although many were inspected for marks.

Fin clipping studies such as these are very laborious, but there are sometimes natural "tags" on salmon that can serve the same purpose. A number of parasites are found in some regions but not others, proving very useful in determining the origin of salmon caught on the high seas. However, some parasites have sufficiently specific distributions that they can be used to estimate patterns of homing and straying between nearby watersheds. *Myxobolous neurobius* and *Henneguya salminicola*, two protozoans, provided an example of this. Despite physical proximity between lakes, adult sockeye showed striking differences in parasite prevalence, mirroring differences seen in smolts leaving the lakes (Quinn et al. 1987). This revealed the homing fidelity of the salmon because such differences in parasite prevalence in adults could only occur if very few fish strayed between the lakes.

The early fin-clipping experiments and data on relative prevalence of parasites showed that the great majority of salmon that survive at sea return to spawn at their natal site. However, it was equally clear that some salmon stray and spawn elsewhere. Estimates of the prevalence of straying depend on whether we are considering salmon straying into a given river from somewhere else (*straying in*) or salmon from a given river that stray from home (*straying out*). When one considers both forms of straying, it is necessary to decide if we are interested in the number of fish straying or the proportion, and whether we are considering the donor or the recipient population. If two populations are of very unequal sizes, then a small proportion of strays from the large population may constitute a large proportion of the recipient population. For example, assume Population A has ten thousand adults and Population B has only one hundred. If one hundred fish from Population A strayed into Population B, we might say that this was only 1% of the fish from Population A, or we might say that 50% of the two hundred fish in Population B were strays. This is not just a theoretical matter, as in some cases hatcheries produce so many salmon that even a small fraction that

stray constitutes a large proportion of the fish in small wild populations nearby. This phenomenon is exemplified by pink and chum salmon straying from hatcheries into streams in Prince William Sound, Alaska (Brenner et al. 2012).

In addition to this issue of perspective, two problems plagued the early studies of homing. First, there are only so many fins that one can clip or unique combinations of parasites, so these approaches are limiting. Second, it is difficult to conduct a broad, unbiased search for marked adults; sampling is typically most intense in the home stream and progressively less so with distance from it. No research team can survey all possible streams, and it is difficult to thoroughly survey more than a few. However, the invention of the coded wire tag (Jefferts et al. 1963) provided unparalleled opportunities for studies on homing. Coded wire tags were used to estimate the marine distribution (i.e., catch) patterns of salmon from specific regions, the fishing and mortality rates, and other information critical to management. However, the tags quickly became so ubiquitous that nearly all hatcheries examine adult salmon for tags, and they are sampled at many spawning grounds as well. These tags provide an extraordinary basis for studying the proportion of salmon that home and the patterns of straying because they can be specific to each hatchery, and the search for them is conducted routinely up and down the coast of North America.

Among the first analyses of straying using coded wire tags, Quinn and Fresh (1984) examined data on Cowlitz River Hatchery spring Chinook salmon from brood years 1974–1977. The Cowlitz River is a tributary of the lower Columbia River, entering below Bonneville Dam on the Washington side (fig. 5.1). Over these years, 1.2 million tagged smolts were released, and 24,139 tags were recovered in hatcheries and spawning grounds. The vast majority (98.6%) of the salmon homed to the Cowlitz River, and only 1.4% strayed. Almost all the strays were in the vicinity of the Cowlitz River, but 76.6% of the strays went to the Lewis River and 18.6% to Kalama River, even though the Kalama is closer to the Cowlitz than the Lewis. Moreover, older salmon tended to stray more than younger salmon (age-2: 0.3%, age-3: 1.6%, age-4: 2.0%, age-5: 3.6%).

Further work on the Columbia River hatchery populations revealed some striking patterns in the "ebb and flow" of strays among sites. A comparison of straying among five hatcheries below Bonneville Dam, combining salmon from brood years 1977 through 1984, is illustrative (table 5.2). The average level of straying from the hatchery of origin was 11% (the range was 5–19%), and strays tended to enter a hatchery near their natal site (though not always the closest one). Abernathy and Washougal hatcheries received very few strays from the other hatcheries, although some of their salmon strayed. In contrast, some rivers, notably the Lewis River, were magnets for strays, and these patterns were quite consistent over years (Quinn et al. 1991; Pascual and Quinn 1994). More recent analyses of coded wire tagging revealed that straying is more prevalent in years when the Columbia River is warm than when it is cool (Westley et al. 2015), suggesting that straying is, to some extent, avoidance of unfavorable conditions. Straying is also more prevalent when fewer salmon return




FIGURE 5.1. Map showing the major dams along the Columbia and Snake rivers and the major tributaries (but not the dams on the tributaries). The Snake River dams are passable by salmon up to Hell's Canyon Dam and the Columbia River was passable to Grand Coulee Dam, but Chief Joseph Dam presently limits their migration. (*Source:* Modified by Cathy Schwartz from original map by Blake Feist)

TABLE 5.2. Homing (boldface numerals) and straying by ocean-type Chinook salmon among five hatcheries in the Columbia River below Bonneville Dam, brood years 1977–1984. The "% native" is the percentage of fish returning to each hatchery that originated there but only includes strays from the five hatcheries listed and does not include strays from elsewhere. (*Source:* Quinn et al. 1991; Pascual and Quinn 1994)

| | Release sites | | | | | | |
|---|---|---|---|---|---|---|---|
| Recovery sites | Abernathy | Cowlitz | Kalama | Lewis | Washougal | Total | % native |
| Abernathy | **618** | 1 | 0 | 0 | 0 | 619 | 99.8 |
| Cowlitz | 1 | **4022** | 32 | 48 | 4 | 4107 | 97.9 |
| Kalama | 60 | 46 | **477** | 54 | 366 | 1003 | 47.6 |
| Lewis | 0 | 137 | 47 | **1388** | 212 | 1784 | 77.8 |
| Washougal | 1 | 0 | 3 | 0 | **2794** | 2798 | 99.8 |
| Total strays | 97 | 198 | 94 | 104 | 640 | 1133 | |
| Total | 715 | 4220 | 571 | 1472 | 3434 | 10,412 | |
| Strays (%) | 13.6 | 4.7 | 16.5 | 7.1 | 18.6 | 10.9 | |

to a given river, indicating some *collective navigation* process whereby interactions among fish help correct errors (Berdahl et al. 2016).

In addition to these environmental factors, straying also differs between species and life-history types. Westley et al. (2013) assembled data on Columbia River hatchery populations and found that ocean-type Chinook salmon were most inclined to stray (15.3%), followed by stream-type Chinook salmon (4.4%), then steelhead (1.2%); coho salmon (0.5% strayed) showed the highest fidelity. The study was particularly rigorous in that comparisons were limited to hatcheries that produced the species or life-history types being compared, as variation among sites was also detected. The low straying rate for coho salmon contrasts with the early report by Shapovalov and Taft (1954) but was consistent with a low rate (less than 2% overall) reported by Labelle (1992) for a series of Vancouver Island, BC, populations. The Columbia River study could not identify the factors responsible for the differences among species, and the two types of Chinook salmon differ in both juvenile and adult traits in this system. Do the ocean-type fish stray more because they spend only a fraction of a year in the river before migrating to sea, whereas the stream-type have a whole year in the river? Or is it because the ocean-type fish return in the late summer and fall, whereas the stream-type fish tend to return in spring?

The issue of variation in straying among streams raises the fundamental question, "What is the spatial unit to which salmon return?" The answer is linked to the mechanistic aspects of homing, which are discussed later in this chapter but some insights may be given here. Do salmon return only to a major river system like the Columbia or Fraser and then disperse at random? Do they home to basins within such large rivers (e.g., the Snake or Thompson rivers, respectively), to tributaries within those tributaries, and so on? At some point, homing presumably gives way to selection of spawning sites by females and search for mates by males, or do salmon return to the very redd site where they emerged? Wagner (1969) showed that steelhead released in different reaches of a river as smolts tended to be caught there as adults more often than would occur at random (table 5.3). Fish released in the lower reaches were seldom caught in the upper reaches, and some of the fish released in the upper reaches that were caught in the lower reaches as adults may have been migrating, and so were not necessarily going to spawn where they were caught.

The results from releases of sockeye salmon fry into different parts of the Cedar River, Washington, also provided impressive evidence that salmon return to natal reaches within rivers. The fry released at the lower site (3 km from the river's entry into Lake Washington) were almost all recovered as adults in the lower region of the river (91% vs. 9% in the upper river, as the average of four return years). In contrast, fry released at a site 32 km farther upriver were much more often found as adults in the upper river (53%, with 47% in the lower river; Kurt Fresh and Steven Schroder, Washington Department of Fish and Wildlife, unpublished report). This difference in distribution of adults was quite remarkable, as most of the fry left the river and

TABLE 5.3. Capture locations of adult steelhead in the Alsea and Wilson rivers, Oregon, that had been released into lower, middle, and upper reaches as smolts. The results are presented as the percentage of fish caught in the different regions of the rivers, calculated by averaging the data from 1964 and 1965. (*Source:* Wagner 1969)

| | | Percentage in each recovery area | | | |
|---|---|---|---|---|---|
| River | Release site | Lower (%) | Middle (%) | Upper (%) | Total |
| Alsea | Lower | 52.6 | 27.6 | 19.8 | 3408 |
| | Upper | 27.7 | 20.7 | 51.6 | 2456 |
| Wilson | Lower | 34.4 | 33.0 | 32.6 | 1878 |
| | Middle | 6.5 | 39.0 | 54.4 | 2789 |
| | Upper | 3.4 | 12.4 | 84.3 | 3316 |

entered Lake Washington the night of their release or the following night, so they had a day at most to acquire the information needed to get them to their home stretch of the river. Equally remarkable, I think, was the result of an experiment in which we marked the otoliths (ear stones) of embryonic salmon by exposing them to alternating cool and warm water before they hatched. We then buried the marked embryos in a small pond flowing via a tiny channel into Hansen Creek, itself a very small stream. Sure enough, the embryos hatched, left the pond as fry, spent a year in Lake Aleknagik and two years at sea, and the survivors homed back to the little pond (Quinn et al. 2006).

Our understanding of salmon homing has been largely limited to data on hatchery populations because the vast majority of tagged salmon are produced in hatcheries. McIsaac (1990) presented evidence that hatchery-produced Chinook salmon strayed more than did naturally produced Chinook in the same river, but Labelle (1992) found no consistent differences in straying by wild and hatchery coho salmon from rivers on Vancouver Island. Information on the precision of homing by wild salmon, incubating and emerging under natural conditions, is sorely needed, as are further comparisons with hatchery-produced fish. These kinds of studies are challenging, but if the spawning/incubation sites differ in thermal regimes, the embryos may be distinguishable by banding patterns on the otoliths (Quinn et al. 1999). Natural differences in water chemistry are also a promising way to identify salmon and trout from different parts of a river system (e.g., Ingram and Weber 1999; Wells et al. 2003).

## Evolutionary Aspects of Homing and Straying

The vast majority of salmon home but some do not, and these strays are not merely an aberration to be ignored. Much of the present range of Pacific salmon was glaciated some ten thousand to fifteen thousand years ago, so most current populations

were founded by strays since then. Thus, straying is just as fundamental an attribute of salmon as homing is. One might either ask why salmon home or why they stray. From an evolutionary perspective, these behavior patterns are viewed as adaptations to increase the reproductive success of individuals. That is, fish behaving in a manner that tends to produce many surviving offspring will predominate in a population at the expense of fish behaving in a manner that tends to produce fewer offspring. Initially, individuals that return to their natal site for breeding have their own survival as evidence that this location was suitable for reproduction, and they are likely to encounter other conspecifics there with whom they can breed. An unfamiliar location might be unsuitable or devoid of conspecifics, and the search throughout a large basin for suitable habitat might be inefficient or impossible. Moreover, the individuals that return to their natal site (i.e., the survivors) may possess attributes that are compatible with that particular habitat, such as the timing of breeding, temperature tolerance, disease resistance, body size, and so on. If these attributes are heritable, they will be reinforced at the natal site. Individuals that home will be better adapted to the natal site than they would be to some other location where they might stray to, and strays will be less successful than the local fish.

There are countless phenotypic and genotypic differences among populations, and transplant experiments reveal the superior performance of local populations over outsiders (see Chapter 18 for more details). So how can we explain straying? When new territory is available, the strays will enjoy low levels of competition for breeding and rearing habitat. Indeed, the recent retreat of glaciers in Glacier Bay, Alaska, has been followed by colonizing salmonids and other organisms (Milner et al. 2000). Wolf Point Creek only became ice-free in the mid-1940s, and in 1977, Milner and colleagues (2008) started documenting the fascinating and rapid ecological processes as stream habitat became more complex, the water warmer, vegetation denser, and insects and other macroinvertebrates more numerous and diverse. Photo 5.1 shows mountains, ice, and the water of Glacier Bay. We can look at the photo and, in our mind's eye, visualize what it would (will) look like without the ice. Then we can look at photo 5.2, taken at Wolf Point Creek, and see how succession brings vegetation and new life.

First came insects (midges, then mayflies, then stoneflies, then blackflies), and then other invertebrates (worms, then snails, then amphipods). The first fish to arrive were Dolly Varden in 1987, followed by pink and coho salmon in 1989, and chum salmon in 1996. The pink salmon population rose swiftly from about 100 to 200 fish in 1989, to 1250 in 1991, and 3600 in 1993. By 1997—just four generations after colonization—the run topped 12,000 and may have reached the carrying capacity of the small (2 km) stream. Similarly, the rapid spread of pink salmon above Hell's Gate on the Fraser River after the fishways were built to ease upriver migration (Roos 1991; Pess et al. 2012), and the expansion of pink salmon introduced to the Great Lakes (Kwain 1987) and Chinook salmon in New Zealand (Quinn, Kinnison and Unwin 2001), demonstrate how straying can establish or reestablish populations.



PHOTO 5.1. Glacier Bay, Alaska, showing an area covered by ice in 2004 that will, when the glacier recedes, become a stream. (*Photo:* Thomas Quinn)



PHOTO 5.2. Wolf Point Creek, Glacier Bay, Alaska, in 2004. (*Photo:* Thomas Quinn)

A very dramatic recent, natural example of the importance of straying was the eruption of Mount St. Helens in Washington on May 18, 1980. The volcanic eruption blew the top off the mountain and devastated more than 500 km² of forest. The associated heat, ash, and mudflows boiled and buried all fishes in the north fork of the Toutle River. The progeny of any Toutle River coho, Chinook, or steelhead that spawned there in the fall of 1979 were killed, so only strays of that generation that spawned elsewhere enjoyed any reproductive success. Fish returning to the ash-laden

water tended to stray (Leider 1989), and the natural reestablishment of populations in such situations is also by strays.

But who are the strays, and do they differ from the rest of the population? Straying is common enough to be important but rare enough that it is difficult to study, so we do not understand the process well at all. Straying does not consistently differ between males and females, but straying is more prevalent in older compared to younger salmon. Perhaps the older salmon have forgotten the information needed to get home, or things have changed and home is not as they remembered it. One fascinating study of proximate beach and stream populations of sockeye salmon yields some tantalizing insights into straying. These male beach-spawning sockeye are very deep-bodied, whereas males spawning in streams only hundreds of meters away are very slim, and there is limited interbreeding between the beach and stream populations. However, some fish were genetically identified as strays, and they were intermediate in body shape between the typical beach and stream fish (Lin et al. 2008). That is, males that strayed from the beach into the small streams were less deep-bodied than average for the beach populations, and those that strayed from the streams and spawned on beaches were deeper-bodied than average for the stream populations. So there may be some matching of the fish to its habitat, or perhaps to the other fish in the population, that influences spawning site selection.

Presumably, strays are testing the suitability of stream habitats every year, and the stability of each species' distribution reflects fundamental ecological constraints. Still, the strays persist. I think that straying and homing are under at least partial genetic control and are maintained in dynamic equilibrium within species and populations (Quinn 1984). Three factors may affect the relative frequency of strays. First, the stability of the river is likely to be important. In this context, *stability* does not necessarily mean low variation in physical factors such as flow per se but low variation in recruitment. If there is a high probability that the home site will be suitable, then this is the best place to spawn. However, if it is a good place in some years but bad in others, it may be safest for a female to have some of her offspring home and have others stray. This will allow her to maximize the probability of having not merely children but grandchildren (and so on). If so, salmon populations using less stable rivers (e.g., pink and chum salmon spawning in small, flashy coastal streams) might have higher straying rates than populations (e.g., Chinook) in more stable habitats such as large rivers and the outlets of lakes.

In addition to stability, the extent of specialization for freshwater habitat should influence straying. Species with more protracted freshwater rearing, such as sockeye salmon, show more complex adaptations for migration and disease resistance than do species like pink and chum salmon that migrate to sea at emergence. The coast of southeast Alaska has countless small streams with pink and chum salmon spawning in the lower reaches and intertidal zones. One might surmise that the cost of straying from one such stream to another would be slight because the salmon are not highly

specialized. To the extent that this factor is important, the order of straying from most to least might be pink = chum > Chinook > coho > sockeye, depending on local conditions and life history.

The hypothesized influences of stability and specialization on straying rates are based on the idea that salmon should reduce the risk of having no children. A given female spawns at one place and time, so she has put all her eggs in one basket (more or less). However, a mixture of homing and straying by the offspring is a way for the parents to spread the risk because the offspring will not spawn in the same place. A third factor that might influence straying is the population's variation in age at maturity and extent of iteroparity. For example, pink salmon all mature at age-2, so if every pink salmon homed, a given pair would have all their descendants spawning in the same stream in the same year. There would thus be a great risk that in some year the entire line would be extirpated; Bakshtansky (1980) pointed out that this might explain their more extensive straying compared to other salmon species. Chinook salmon mature at a number of ages, so even if there was a total loss in one year, the family line would continue if representatives successfully reproduced the previous or following year. Thus variation in age at maturity is a form of straying in time and may influence the evolutionary need to stray in space. To the extent that this factor is important, the order of straying from most to least might be pink > coho > chum = sockeye > Chinook, depending on populations. Finally, iteroparity may be important because individuals spawning in successive years may have greater insurance against a catastrophic loss of offspring from harsh conditions of one sort or another. In this case, repeat spawning species such as steelhead, cutthroat trout, and char might be predicted to have high homing fidelity.

Three things must be emphasized at this point. First, there is no suggestion that fish are "thinking this out" in any cognitive way. Rather, there may be a genetic control over the tendency to home or stray, and the proportion of the population showing these behavior patterns or possessing those genes would vary dynamically among years and populations. When conditions are stable, the tendency to home might predominate. In the event of a catastrophic loss, the straying tendency might experience a transient rise in abundance, like fireweed or other colonizing plants after removal of later successional vegetation. Second, the actual process of straying is still largely mysterious. Are some fish "programmed" to stray, or do they fail to home? That is, do strays identify the home stream but then go elsewhere because it is too warm or does not seem suitable, or do they have poorer memory or sensory capabilities and so cannot find their home stream? Probably both processes operate. In either case there might be a genetic association with the trait, though the underlying basis would be totally different. Finally, there is undoubtedly a proximate (environmental) aspect to straying, as indicated by the associations of straying with water temperature and volcanic ash from Mount St. Helens. If conditions in the natal river are sufficiently degraded, salmon may go elsewhere to spawn.



PHOTO 5.3. Mature female sockeye salmon struggling to enter Hansen Creek, Bristol Bay, Alaska. (*Photo:* Brian Quinn)

However, the homing tendency is remarkably strong, as evidenced by the huge numbers of sockeye salmon that died struggling to pass Hell's Gate on the Fraser River after the rockslide (Roos 1991). Salmon also ascend some tiny streams, over what are little more than wet rocks, that would presumably dissuade fish with anything less than the strongest homing instinct. For years I have been studying sockeye salmon in Hansen Creek, a small tributary of Lake Aleknagik in Bristol Bay, Alaska. In most years the water at the mouth of the stream is so low that the fish struggle for ten or twenty meters nearly out of water, with their tails barely getting any traction, to reach natal spawning sites upstream (photo 5.3).

Unfortunately, there are so few comparative studies of homing and straying, especially on wild populations, that it is difficult to definitively test hypotheses about differences among species. The hypothesis that pink salmon stray more than the other species is consistent with the generally low levels of genetic differentiation of their populations (Hendry et al. 2004), but the straying rate of 5.1% reported by Thedinga et al. (2000) in southeast Alaska is not exceptionally high. The differences in straying reported by Westley et al. (2013) between species and between life-history types of Chinook salmon serve to deepen the mystery rather than resolve it, as the superior homing by coho salmon and the poor performance by ocean-type Chinook salmon would not have been predicted.

## How Is Homing Accomplished?

The work of Foerster (1936, 1968) and others convinced scientists that the majority of salmon surviving to maturity return to spawn in their natal river, but there was no consensus as to how this was accomplished. The breakthrough came when Hasler

and Wisby (1951) proposed the "olfactory hypothesis" to explain salmon homing. They hypothesized that (1) rivers differ in chemical composition because of natural combinations of rocks, soil, and plants; (2) these differences are constant over the seasons and among years; (3) fish can learn the chemical characteristics of their natal river; and (4) fish are attracted to learned odors.

### *Olfactory Imprinting*

The idea came to Arthur Hasler when he was walking in an alpine meadow and smelled mosses and flowers from the vicinity of a waterfall he had not visited since his youth. The odors evoked such strong memories that he thought that salmon might form similarly powerful memories of their natal stream (Hasler and Scholz 1983). Hasler based his idea on the concept of imprinting, developed to a large extent by the famous ethologist Konrad Lorenz. Imprinting is a special form of learning that takes place only at a sensitive stage in development, involves no reward or punishment, is retained over long periods of time without reinforcement, and elicits a response only in a specific context. Hasler hypothesized that salmon olfactory learning is an example of imprinting: the smolt stage is the sensitive period when salmon learn the odors of the home river, retaining them without any reinforcement during their years at sea, and responding to them only at sexual maturity.

The first experiments were not conducted with salmon but with bluntnose minnows—a small, nonmigratory fish (Hasler and Wisby 1951). These fish did not imprint but were conditioned (the more common form of *reward-punishment* learning) to discriminate between water taken from one of two rivers. This simple experiment verified the first two components of the hypothesis: that streams differed in chemical composition, and that fishes were capable of discriminating such differences based on odors. Wisby and Hasler (1954) then conducted a simple experiment at Issaquah Creek, east of Seattle, Washington. They caught adult coho salmon that had ascended the east or main fork of the creek, tagged them, and released them below the confluence of the streams. Some fish (controls) were just tagged, whereas the experimental fish had been deprived of their sense of smell (made anosmic) by having their external nares plugged with cotton and Vaseline (table 5.4). Most of the controls repeated their previous choice (although some from the smaller east fork went up the main fork on the second trial). Some of the anosmic fish from the main fork went up the east fork, and most from the east fork ascended the main fork. The behavior of the anosmic fish clearly differed from that of the controls, though it was not random; they tended to follow the larger current of the main branch. One might criticize the small sample sizes and question the effects of handling and the operation that rendered the fish anosmic, but the simple experiment demonstrated the involvement of the olfactory system in homing by salmon.

Evidence that learning occurred during the smolt period came from the transplant of coho salmon that established the population at the University of Washington

TABLE 5.4. Recoveries of adult coho salmon caught in the main fork or east fork of Issaquah Creek (near Seattle, Washington), handled as controls or made anosmic (deprived of their sense of smell), and released below the confluence. Fish that repeated their original choice are shown in bold. (*Source:* Wisby and Hasler 1954)

| Treatment group | Capture site | Recapture site | |
|---|---|---|---|
| | | Main fork | East fork |
| Controls | Main fork | **46 (100%)** | 0 |
| | East fork | 8 (30%) | **19 (70%)** |
| Anosmic | Main fork | **39 (76%)** | 12 (24%) |
| | East fork | 16 (84%) | **3 (16%)** |

(UW) hatchery in Seattle (Donaldson and Allen 1957). On January 19, 1952, juvenile coho salmon from Soos Creek, a tributary of the Green River, which flows into Puget Sound (fig. 5.2), were moved to the University of Washington and Issaquah Creek hatcheries. The coho were differentially marked by removal of the left or right ventral fin and then released from their respective hatcheries on March 18 and 19, 1952. None of the marked fish returned to Soos Creek at maturity, even though all of them had been incubated and reared there for most of their first year of life. Seventy of the fish reared at Issaquah Creek returned there, joined by only one from the UW release group. The UW hatchery got back 124 of its own fish, and not a single fish from the Issaquah Creek release entered the UW site, even though they had to swim right past the UW hatchery to get to Issaquah Creek.

Streams presumably differ in many odors (chemicals), and it is unclear which ones might be essential for homing. Hasler and his students had the brilliant idea of using artificial odors that salmon could detect at low concentrations to experimentally demonstrate imprinting. Scholz et al. (1976) exposed smolts to an artificial odor and showed that they were attracted to this odor at maturity. Coho salmon were reared in hatcheries in Wisconsin that did not flow into Lake Michigan, and they were exposed to phenyl ethyl alcohol (PEA) at $10^{-3}$ mg/l or to morpholine at $5 \times 10^{-5}$ mg/l in April and May as presmolts and smolts. Both groups and a set of controls (exposed to neither chemical) were then trucked to Lake Michigan and released. A year and a half later, when the fish were expected to mature, morpholine was metered into one stream (the Little Manitowoc River) and PEA into another site, the Two Rivers breakwater, at approximately the concentrations to which smolts had been exposed. These two sites, equidistant from the release locations, were monitored for returning coho salmon, along with seventeen other locations in the area. More than 90% of the salmon treated with morpholine or PEA were caught at the site scented with the odor that they had experienced about eighteen months earlier, and the controls were broadly distributed among the recovery sites (table 5.5). This elegant experiment showed that the salmon had learned the odors at the smolt period and had used them to locate a stream that was otherwise entirely unfamiliar to them. Similar experiments




FIGURE 5.2. Map of eastern Puget Sound showing the locations of the University of Washington, Issaquah Creek, and Soos Creek hatcheries. (*Source*: Quinn et al. 2002, modified by Cathy Schwartz)

on other species (e.g., brown and rainbow trout; Scholz, Cooper et al. 1978; Scholz, Gosse et al. 1978) revealed that olfactory imprinting is a general phenomenon in salmonids, not unique to coho salmon.

Further insights into the process of imprinting and homing came from experiments by Nevitt et al. (1994) and Dittman et al. (1997). It had been assumed that salmon olfactory epithelial tissue in the convoluted folds of the rosette inside the nares detected the chemicals during the imprinting period and the information was conveyed to the olfactory bulb of the brain for storage. Remarkably, Nevitt et al. (1994)

TABLE 5.5. Homing patterns of coho salmon exposed to morpholine, phenyl ethyl alcohol (PEA), or no odor (controls) as smolts, before being released into Lake Michigan. Boldface numerals indicate salmon that homed; no river contained odors familiar to the controls, so there was no "home" site for them. (*Source*: Scholz et al. 1976)

| Recovery site | Percentage from each treatment group | | |
|---|---|---|---|
| | Morpholine (%) | PEA (%) | Control (%) |
| Little Manitowoc River (Morpholine) | **96.6** | 5.5 | 26.7 |
| Two Rivers (PEA) | 1.3 | **92.0** | 19.3 |
| Release site | 0.1 | 0.0 | 2.8 |
| Other sites | 1.9 | 2.5 | 51.2 |
| Number recovered | 682 | 362 | 285 |

showed that the sensory cells themselves have a form of "memory." Coho salmon that had been exposed to PEA as smolts were able to detect it at lower concentrations when tested six to nine months later than were fish that had never been exposed to PEA. The "sensitization" of the cells in the nose to odors after even brief exposure helps the fish to better detect the scent of their home stream and augments the memory of imprinted odors in the brain's olfactory lobe. This is especially amazing when we consider that olfactory receptor cells are thought to turn over every few weeks or months. Thus the actual cells that were exposed to the odors in the juvenile fish may not have survived to adulthood. Sensitization to imprinted odors must be passed to newly differentiated replacement cells by a mechanism not yet understood. Dittman et al. (1997) found that the olfactory neurons of these PEA-imprinted fish showed increased sensitivity to PEA but only in maturing fish at the time of year when they would have been completing the final phase of their homing migration. These results parallel earlier experiments that also indicated heightened sensitivity to imprinted odors at the time of homing, not during earlier periods (Hasler and Scholz 1983).

Salmon use odors, learned as juveniles, to locate their natal river, but how do they negotiate their way up complex rivers? Do they seek the highest concentration of the long-remembered odors? Based on experiments on imprinted coho salmon, Johnsen and Hasler (1980) concluded that detection of odors from the natal site stimulates salmon to swim upstream; in the absence of such odors they tend to swim downstream. So, salmon migrating along the coast detect fresh water from many rivers and might initially "investigate" them but do not ascend far up the rivers because the stimulus would be absent. Reaching the mouth of the natal river system, the fish detect imprinted odors and migrate upstream. Arriving at the confluence of two branches, they might move up the wrong one for a short distance because eddying currents might carry the odors back and forth. However, they would eventually reach waters devoid of natal odors and would start to move downstream and zigzag back and forth until they again encountered familiar odors (Johnsen 1982).

Thus fish work their way up complex networks of streams to the natal tributary (fig. 5.3). Tracking of individual salmon carrying radio transmitters as they ascended the Columbia River revealed this kind of exploratory behavior (Keefer, Caudill et al. 2008); 15% of the fish entered a non-natal tributary, and some "overshot" their home stream by as much as 250 km before coming back to it, although most entrances to non-natal streams and overshooting were close to home. Interestingly, these nondirect movements were more prevalent when the water was warmer, and the authors concluded that the homing migration reflected both the search for familiar odors and the need to find suitable temperatures (and, in the Columbia River system, the orientation challenges posed by dams and reservoirs).

The experiments by Hasler and his students (reviewed in Hasler and Scholz 1983) provided convincing evidence (and a mechanistic explanation) for imprinting at the




FIGURE 5.3. Control model showing hypothesized responses of salmon to the odors of their natal stream that would enable them to migrate up a complex river system. (*Source:* Based on Johnsen's 1982 model, modified by Thomas Quinn)

smolt stage and homing responses by maturing adults. However, some scientists concluded that salmon may (or must) imprint sequentially while living in fresh water and migrating to sea (e.g., Harden Jones 1968; Wagner 1969). In part, this hypothesis sprang from skepticism that salmon at the mouth of a huge river such as the Columbia or Yukon can detect the odors of some trickle of a tributary more than 1000 km upriver. The dilution of the natal stream odors in the volume of the whole river seems too great even for salmon. In addition, consideration of the natural history of salmon indicates that things cannot be as simple as imprinting solely at the smolt period. Sockeye salmon typically spawn in tributaries of lakes but leave these streams as soon as they emerge from the gravel redds. As smolts they migrate from the outlet of the lake, and this may be distant from the spawning grounds. The complex population structure of sockeye salmon can only be established and maintained by homing to natal streams rather than to the lake as a whole. Moreover, adfluvial rainbow trout leave spawning streams as fry to enter lakes (Northcote 1962), yet they home back as adults (Hartman et al. 1962). Furthermore, coho (Peterson 1982a) and Chinook salmon (Murray and Rosenau 1989; Scrivener et al. 1994) move within river systems and occupy non-natal streams prior to smolt migration. For example, juvenile Chinook salmon from upper regions of the Yukon River system commonly entered, grew in, and subsequently left as smolts from tributaries as much as 1200 km downstream from the natal sites (Daum and Flannery 2011). The persistence of the upriver populations seems to require imprinting during the alevin stage or at emergence because imprinting as smolts would only return adults to the downriver sites.

Fascinatingly, exposure to odors alone is not sufficient for salmon to imprint and later home. Rather, there seems to be an integral connection between migration itself and imprinting (Dittman and Quinn 1996). Internal rhythms, synchronized by photoperiod, stimulate the smolt transformation, including many aspects of behavior, morphology, and physiology (see Chapter 12 for more on this), including imprinting and downstream migration. Migration brings the fish into contact with new odors, and these odors seem to stimulate surges in the hormone thyroxine that is linked to imprinting and to smolt transformation itself (Dickhoff et al. 1982). It is as though the fish are logging a series of "olfactory waypoints" at the confluence of each new river they encounter on their way to sea. Until they begin to migrate, they learn little olfactory information. Dramatic evidence of this came from an experiment in which coho salmon were raised for their whole lives in a hatchery (thus getting every possible opportunity to learn its odors). As adults they were taken about one kilometer away and released but they failed to return, even though members of their cohort that had been released as smolts had no difficulty returning (Dittman et al. 1996).

If salmon learn a sequence of odors, why didn't the coho salmon spawned and reared for almost a year at Soos Creek but released by Donaldson and Allen (1957) at the University of Washington and at Issaquah Creek return to Soos Creek? Probably the fish return first to what they detected last and then search for the next odor in the sequence.

At the UW and Issaquah Creek hatcheries the salmon would have been unable to detect Soos Creek water, and unable to leave the hatcheries in any case, so they did not or could not return to Soos Creek. Consistent with this hypothesis, when salmon are taken from their hatchery and released within the same river basin, they are more likely to return to the natal (i.e., incubation) site than if they are released outside the basin.

Transplants of salmon among rearing sites are consistent with imprinting at more than one stage, but what happens if the sequence of learning during downstream migration is disrupted? Three kinds of studies, conducted in the Columbia River system, are informative. First, coho salmon smolts taken from the Little White Salmon Hatchery, driven by truck to Youngs Bay in the lower river and released there (to reduce the mortality associated with downstream migration), returned to Youngs Bay—not to the hatchery (Vreeland et al. 1975). From this we might infer that no learning took place at the hatchery, but is this correct? Second, transportation of smolts from a hatchery to a range of freshwater and marine locations revealed the effects of disrupting the learning process. Coho salmon were reared at Cascade Hatchery, near Bonneville Dam, and released as smolts at six locations: below Bonneville Dam (river km [rkm] 234), at Tongue Point (rkm 29), the bar of the river (rkm 2), 19 km offshore in the river's plume, 19 km offshore outside the river's plume, and 38 km offshore, outside the plume (Solazzi et al. 1991). These six locations, progressively farther from the rearing site in both distance and odor connection, produced the following proportions of salmon that returned to rivers outside the Columbia River system: less than 0.1%, 3.4%, 4.1%, 6.1%, 21.0%, and 37.5%. The fact that more than one-third of the salmon reared entirely in a hatchery on the Columbia River system failed to return to this huge watershed after release outside the river plume was stunning. Why had the fish not imprinted properly?

In contrast to the impairment of homing indicated when salmon are transported from their "point of origin," fish captured during their seaward migration can home successfully, despite missing a large segment of the migration route. Chinook and steelhead captured at Ice Harbor Dam on the Snake River and trucked to a release site below Bonneville Dam (see fig. 5.1) did not show greatly impaired homing to upriver sites (Ebel et al. 1973; Slatick et al. 1975). Even transportation 400 km from Little Goose Dam to release sites below Bonneville Dam did not prevent the fish from homing back upriver (Ebel 1980). These results are consistent with the link between imprinting and migration. Mere exposure to odors, even at the smolt stage, is not sufficient for imprinting. The fish need to migrate in order to learn, and the migration also exposes them to new odors as they encounter new waters sources, which seems to enhance the learning process.

### *Pheromones*

The use of artificial odors was a great experimental tool but allowed no insights as to the natural odors used by salmon to get home. Decades earlier, White (1934, 360)

posed the question, "Is the presence of young salmon in a stream a factor which causes adult salmon to select the stream for spawning?" He tested the idea by putting juvenile Atlantic salmon in the east branch of the Apple River in Nova Scotia, Canada, and decoyed adults into this branch, which otherwise had none because all went to the west branch. This idea fell out of favor, in part because there are so many streams that odors from juvenile salmon seemed inadequate to explain homing to each one. Most scientists assumed that combinations of organic and inorganic molecules made each stream distinct, although attempts to determine the critical odors were largely unsuccessful. However, Hans Nordeng (1971, 1977) hypothesized that salmon are guided by odors (termed *pheromones*) from juvenile salmon residing in the stream and migrating to sea, rather than odors from rocks, plants, and soil, as Hasler and his students hypothesized. Importantly, Nordeng hypothesized that each population has unique odors that are recognized by returning adults of that specific population, not merely members of the species.

In some ways Nordeng's "pheromone hypothesis" was parallel to Hasler's imprinting hypothesis, and both were well defined and readily testable. Nordeng hypothesized that (1) fish release population-specific odors; (2) the chemical differences among populations are detectable; and (3) the odors guide the returning adults. This hypothesis seemed plausible to scientists working on anadromous Arctic char and Atlantic salmon because juveniles of these species commonly rear in streams for at least two years before migrating to sea, so there would always be a pool of residents producing odors for adults to detect. In contrast, sockeye salmon typically leave their natal streams as fry and the streams may be devoid of juveniles when adults return. In many pink salmon populations the stream is devoid of juveniles for over a year prior to the return of adults if the run is exclusively odd-year or even-year.

It seems hard to believe that the odors of fish populations could differ, but one seldom wins money betting against the sensory systems of animals. In fact, juvenile and adult salmon can distinguish the odors of their own population from other populations. Specifically, juvenile coho salmon from different Vancouver Island populations, spawned on the same day, incubated and reared in the same water, and fed the same diet, distinguished members of their own population from other populations, even if they had not been reared with those individuals. How do we know this? Courtenay et al. (1997) used two-choice experimental tanks, and individual coho tended to swim up the arm that had water flowing from a tank occupied by their population rather than the other population. These and other similar experiments showed that the salmon can distinguish populations based on odors, and therefore chemical differences must exist among populations. Even more remarkably, similar experiments have shown that many salmon and trout species can distinguish the odors of their own siblings (brothers and sisters) from others in their population, even if they have been reared apart and never met those individuals (Quinn and Busack 1985; Brown and Brown 1996).

The key question here, however, is, "Are the odors of other salmon and trout actually used for homing?" For several reasons, the answer, in my mind, is "no." First, in pink, chum, and sockeye salmon, there are normally no juveniles residing in the spawning stream when adults return, so the odors would have to be retained in the gravel from eggs and alevins. This is possible, I concede; lake trout in experimental arenas tended to construct nests at sites with the odors of egg membranes and feces from fry (Foster 1985). Second, there are many instances of transplants where the salmon returned to the release site, not to the site where members of their populations resided, including the transplant that established the University of Washington hatchery population (Donaldson and Allen 1957) and others (Candy and Beacham 2000). Finally, in a specific experiment designed to test the hypothesis, adult coho salmon swam past the University of Washington hatchery, containing juveniles of their population, and returned to their release site on Lake Washington where there were no conspecifics at all (Brannon and Quinn 1990).

Adult salmon are attracted to the odors of juvenile conspecifics, and can distinguish species, sex, and reproductive state by olfaction, as shown in studies with rainbow trout (Newcombe and Hartman 1973; Emanuel and Dodson 1979) and masu salmon (Honda 1982), so there is no doubt that odors play a role in reproduction. Odors may also influence the choice of which stream straying salmon enter (Quinn et al. 1983; Bett and Hinch 2015). I am not convinced that population-specific odors are responsible for homing. Having said this, I admit that the ecology of Arctic char, brown trout, and Atlantic salmon (multiple generations of juveniles in the river when adults are returning) is more amenable to use of population-specific odors than some Pacific salmon species. A reciprocal transplant experiment with Arctic char and brown trout to test the imprinting and pheromone hypotheses yielded intriguing results (Nordeng and Bratland 2006). The pheromone hypothesis certainly spurred a great deal of interesting work, and there is still a great deal that we need to learn about the chemical composition of natural streams and the odors, from fish and other sources, that guide salmon home.

### *Genetic Aspects of Homing*

The foregoing review of the mechanisms of homing has been based on the assumption that the odors used for return migration were learned prior to or during the seaward journey. Some interpretations of the pheromone hypothesis call for genetically based recognition of population-specific odors, but learning is clearly central to the imprinting hypothesis. Is there also some genetic propensity to return to the ancestral site? The vast majority of transplants show that the salmon return to the site of their release, and this is inconsistent with a genetic basis for homing. However, a pink salmon transplant experiment provided the first evidence for the role of genetics (Bams 1976). Gametes from male and female pink salmon were collected from the Kakweiken River, on the mainland coast of British Columbia, and brought more

than 200 km to Headquarters Creek, a tributary of the Tsolum River on the east side of Vancouver Island. Pure Kakweiken stock were incubated, marked, and released from Headquarters Creek, along with the marked progeny of Kakweiken females and Tsolum males. The pure Kakweiken (i.e., nonlocal) fish were about half of the recoveries at canneries (45.4%, indicating comparable survival rates), but they were only 22.0% of the fish recovered in the Tsolum River, and only 8.8% of those actually returning to Headquarters Creek. Thus the nonlocal salmon survived to adulthood, but for some reason they were more "reluctant" to enter the site where they had imprinted than were the local fish.

Bams (1976, 2716) concluded that "addition of the local male genetic complement improved return to the natal river system [but] the male complement alone was not sufficient to achieve normal accuracy of return to the natal tributary within the system." Similarly, Candy and Beacham (2000) summarized data on fall-run Chinook salmon released from the Puntledge River hatchery on Vancouver Island. Pure Puntledge fish strayed at a lower rate (2.4%) than did Puntledge River fish hybridized with other nearby populations from the Quinsam or Big Qualicum rivers (6.2%). The different straying rates by two Chinook salmon populations reared and released from the same hatchery (Hard and Heard 1999) were also consistent with some genetic component to homing.

Efforts to resuscitate a run of Columbia River Chinook salmon provided particularly fascinating evidence that homing is not entirely based on learning. Most populations of fall Chinook salmon in the lower Columbia return in fall to spawn, and these salmon (locally known as *tules*) are in a comparatively advanced state of maturity. Other fall Chinook, known as *upriver brights*, are silvery when they arrive in the river and migrate farther upriver to spawn, primarily in the Columbia River at a region known as the Hanford Reach, below Priest Rapids Dam. Adults from this population were intercepted at Bonneville Dam on their homeward migration, held below the dam at Bonneville Hatchery, and spawned there (see fig. 5.1). The progeny of these fish, of upriver ancestry, were tagged and released from Bonneville Hatchery, along with the tules from this hatchery. In addition, upriver brights produced in the Priest Rapids Hatchery were also marked. The project was not designed to examine the genetic basis for homing, but from that perspective there were Bonneville Hatchery controls, upriver controls, and fish of upriver ancestry reared and released from the lower site (McIsaac and Quinn 1988; Pascual and Quinn 1994).

The results revealed an intriguing mix of learned and innate homing behavior (table 5.6). All the upriver controls returned to the natal area (Priest Rapids Hatchery or the spawning grounds at the Hanford Reach), except a few that strayed to other upriver sites. Nearly all the Bonneville Hatchery controls returned there but a few strayed to other hatcheries nearby. Most of the salmon in the experimental group returned to Bonneville Hatchery, as imprinting would dictate. However, significantly more (9.2% vs. 1.1% for the Bonneville controls) experimental fish ascended

TABLE 5.6. Patterns of recovery of adult Chinook salmon of Bonneville Hatchery origin, released there (BH controls), Priest Rapids salmon that had been reared and released from Bonneville Hatchery (PR transplants), and from Priest Rapids Hatchery (PR controls). Fish homing to the release site are shown in bold. (*Source*: Pascual and Quinn 1994)

| Recovery locations | Percentage of total from these locations | | |
|---|---|---|---|
| | BH controls (%) | PR transplants (%) | PR controls (%) |
| Hatcheries below Bonneville Dam | 0.2 | 0.0 | 0.0 |
| Bonneville Hatchery | **98.5** | **84.1** | 0.0 |
| Hatcheries just above Bonneville Dam | 1.1 | 9.2 | 0.0 |
| Hanford Reach and Priest Rapids Hatchery | 0.0 | 6.4 | **98.0** |
| Upper Columbia and Snake rivers | 0.1 | 0.4 | 2.0 |
| Total number recovered | 3370 | 3640 | 4668 |

Bonneville Dam and entered hatcheries above the dam, and many more were caught in gillnet fisheries above Bonneville Dam than the Bonneville controls. Both these lines of evidence indicated a greater tendency to migrate upriver in the Priest Rapids fish than the controls reared at Bonneville Hatchery. Most amazing were the estimated 232 fish that actually migrated to the Priest Rapids Hatchery or the Hanford Reach spawning grounds, where they had never been.

What directed some of the upriver brights to their ancestral spawning grounds, despite having imprinted at the Bonneville Hatchery? Population-specific odors (pheromones) from the upriver site might have played a role, although there were odors from members of their population in Bonneville Hatchery as well. Perhaps these salmon were "programmed" in some genetic way to swim a long distance upriver and then begin searching for home, causing some to pass their rearing and release site. Alternatively, they may have a genetic disposition to spawn in the mainstem of the river, and they searched for appropriate substrate, depth, velocity, temperature, and other habitat features. Faced with a conflict between the imprinted odors and inappropriate habitat features at the entrance to Bonneville Hatchery, most entered but many did not. Given the wide variety of habitats where salmon spawn and their adaptations to these habitats in traits like adult body size, egg size, and spawning date (more on this in Chapter 19), I think that there are innate, population-specific preferences for the appropriate spawning habitats. To my knowledge, no one has specifically tested this hypothesis in salmonids, although an experiment indicated such genetically based preference for spawning habitat in walleye (*Stizostedion vitreum*) from lake-spawning and river-spawning populations (Jennings et al. 1996).

Studies of Chinook salmon in the Yakima River, Washington, compared the spawning distribution of wild salmon with salmon released as smolts from "imprinting sites" distant from the hatchery. Dittman et al. (2010, 1014) reported that "hatchery and wild fish displayed remarkably similar spawning distributions despite very

different imprinting histories, and the highest spawning densities of both hatchery and wild fish occurred in the same river sections. These results suggest that genetics, environmental and social factors, or requirements for specific spawning habitat may ultimately override the instinct to home to the site of rearing or release." This conclusion was echoed by subsequent work in this system (Cram et al. 2013). Similarly, sockeye salmon reared in and released from net pens in Lake Wenatchee without imprinting on any stream as fry had a spatial distribution as spawning adults that "closely resembled that of naturally produced fish" (Murdoch, Tonseth et al. 2009, 457). These studies reinforce the idea that salmon have an innate sense of their spawning habitat requirements that, combined with social cues, can modify or even overcome the tendency to return to spawn at the site of release or lead fish to suitable areas in the absence of imprinting to suitable site.

## Summary

Homing to the natal site for spawning is characteristic of all salmonids; about 95% to 99% of the fish that survive to adulthood do so, including anadromous and nonanadromous forms. However, there is considerable variation in straying among species, life-history types, and rivers, although the reasons for this variation are not clear. Evidence indicates that straying reflects both a failure to find home and a response to environmental conditions along the route and near the home site. Regardless of the reasons, straying has been essential for the persistence and distribution of salmon during the glacial advances and retreats, and during lesser disturbances within the range of salmon. From a mechanistic perspective, homing is accomplished by (1) unconditioned, irreversible learning of odors from the natal stream at one or more stages prior to and during seaward migration; (2) retention of these odor memories at sensory and central levels; and (3) stimulation of upstream swimming in response to the odors at maturity. However, the nature of the odors that are learned, the role of odors from other salmon, the genetic aspects, and the interface between homing and habitat selection are still not fully understood.

CHAPTER 6

# Courtship and Reproduction

Salmon and trout spend only a few weeks of their lives engaged in reproductive activities but these weeks are crucial, as they are the culmination of years of growth, predator avoidance, and sometimes arduous migration. Before describing their mating system and the factors that determine reproductive success (number of surviving progeny), some general concepts should be introduced. In most animals, females devote more energy to gametes than males do. Females usually produce a smaller number of large gametes compared to males. As a consequence of this *anisogamy* (meaning "unequal gametes"), the maximum number of offspring a female can produce is much less than the maximum for a male. A female fish can have no more offspring than she has eggs (about two thousand to four thousand in salmon and far fewer in small trout), but the number of offspring that a male can sire is limited only by his ability to deliver sperm cells to ripe eggs. Females, and their eggs, thus limit the productivity of the population, and males compete for them. Each fry has a father and a mother, so the average reproductive success of males and females is the same if the sex ratio is even, although there is usually less variation in reproductive success among females than males.

This difference is nicely illustrated by data on the steelhead in Snow Creek, Washington. Small samples of fin tissue were taken from adults as they ascended the stream, and their juvenile offspring were sampled in the stream and assigned to parents based on DNA fingerprinting (Seamons et al. 2004a). Of the 135 males, 60 (44%) had no detected offspring, whereas fewer females (27% or 38 of the 140 potential mothers) had none. However, the most successful 7% of the males produced half the identified juveniles, and 14% of the females produced half as well. The greater variation in male reproductive success drives competition for access to females and provides females with the opportunity to choose which male(s) to mate with. These processes of sexual selection generally fall into two categories: intrasexual competition (direct competition between members of the same sex) and intersexual selection (mate choice).

In salmon and trout the sex roles are very distinct. Each female selects, prepares, and guards her redd (the collection of egg pockets) and competes vigorously with females of her own (and other) species for the best sites. Males do not participate in redd construction or guarding but instead compete for access to ripe females. Females prepare their redds and spawn soon after arriving on the spawning grounds.

This allows the semelparous salmon to maximize their time guarding the redd from disturbance by other females before they die; after the iteroparous trout and char finish spawning, they leave the redd and resume feeding. Females are therefore not receptive or available to courtship by males after they have completed spawning. Males, however, are reproductively active (or at least potentially so) during essentially their entire lives in the stream. Consequently, there are more males than ripe females during most of the breeding season, and competition for ripe females is keen. This fundamental difference in sex roles and reproductive patterns drives much of the behavior seen on spawning grounds.

This chapter deals with the factors determining reproductive success: the number of viable offspring produced by breeding adults. Needless to say, the success of the male depends in part on attributes of the female, and vice versa. However, the sex roles of salmon are sufficiently discrete that it is helpful to describe the patterns for each sex separately before considering interactions. The general reproductive system is similar among salmonids, with relatively minor variation, and I refer readers to Esteve's (2005) excellent review of spawning behavior with many photos. There are differences, however, between semelparous and iteroparous species. In the semelparous species males attempt to mate, and females guard their redds, until they die or are too weak to continue. In contrast, interoparous species must balance the benefits of this season's reproduction against the benefits of leaving, resuming feeding, and perhaps surviving to breed in subsequent years. Therefore, paradoxically, in the species that die at the end of their breeding season, the females guard their nests longer than in species that survive. The other major source of variation is the prevalence and type of alternative male life-history patterns. In the Pacific salmon species that spawn at high densities, jacks (younger anadromous males) are scarce, constituting about 5% of males in sockeye (Healey et al. 2000; Quinn et al. 2009), very rare (absent or less than 1%) in chum (Salo 1991), and nonexistent in pink salmon. However, they are much more common in coho and Chinook salmon.

In addition to jacks, nonanadromous males in otherwise anadromous populations occur regularly in some Chinook populations, are very rare in other North American Pacific salmon, but are common in masu salmon (Morita and Nagasawa 2010). In the Pacific trout and char, nonanadromy is common and not restricted to males. This very important topic will receive more attention later, but for now I will only note that these alternative male forms make for very complicated (but interesting) patterns of life history and reproductive success because there is such great variation in male size and breeding tactics. In contrast, females typically are much less variable in size than males. First I describe the process of spawning-site selection and preparation by the female; then I detail courtship and reproductive behavior; and finally I explain the factors influencing the number of offspring produced by females and males.

## Redd Site Selection and Preparation

Each female selects and prepares a redd, and the semelparous species also guard it after spawning. This is a critical aspect of the life cycle because the great majority of lifetime mortality generally takes place during the period of incubation in the gravel, and much of that is related to features of the site (for more on this, see Chapter 8). Females must accomplish something entirely novel to them: choosing a site that will be suitable for their precious embryos to incubate for many months and preparing the gravel to receive those embryos. There is a large literature describing the physical criteria that salmon use in selecting redd sites—typically comparisons between range of conditions available to fish and the conditions where redds are found. The most common physical variables measured are stream depth, velocity, and substrate size (sand, gravel, etc.). These features of streams covary (e.g., deep, slow-moving water tends to have fine substrate), so it is sometimes difficult to determine what feature is most important to the fish, but the distribution of spawning is certainly not random.

Having selected the site for her redd (more on this shortly), the female begins to dig by facing upstream, turning on her side, arching her back, and sweeping her tail downward several times in rapid succession (Burner 1951). This process is repeated over and over; Keenleyside and Dupuis (1988a) reported that pink salmon averaged 0.75 digs per minute, decreasing to 0.51 per minute immediately before spawning. The arched back seems to help the female stay in place rather than swim upstream, while the tail sweeps accomplish the digging (photo 6.1). Water is incompressible;



PHOTO 6.1. Female pink salmon digging her redd while the male waits behind her in a typical gravel bedded stream, Squire Creek, Washington. (*Photo:* Morgan Bond)

the downstroke loosens sand and silt, and they are wafted up into the water column, perhaps lifted by the upstroke, and they drift downstream. Thus the female digs a pit in the streambed gravel and also winnows the material, leaving larger rocks and gravel while displacing the finer particles (Kondolf et al. 1994). These fine materials build up in a crescent called the *tailspill* on the downstream side of the pit (figure 6.1). Although this sorting of the gravel may simply be a by-product of the digging process, it increases the flow of oxygenated water through the interstitial spaces in the gravel, facilitating respiration by the embryos.

As a female prepares her redd, she may be attacked by others holding adjacent territories. For this reason, females not ready to spawn generally remain in pools in streams or in larger rivers and lakes, and move onto the spawning grounds only when they are fully ripe. Attacks often are directed at females in the very act of digging (Schroder 1973), presumably because they are vulnerable and cannot easily retaliate. Males have larger jaws and teeth than females, deceiving some people into thinking that females are less aggressive than males, but this is not so. Observations of sockeye, pink, and chum salmon at the Weaver Creek spawning channel, British Columbia, showed that the average attack frequencies by males and females were similar, but




FIGURE 6.1. (a) Redd digging by salmonids. The stream flows from left to right. The female has turned on her side to dig by lifting fine sediment into the water column where it drifts downstream. The fine material forms the tailspill on top of undisturbed sediment of the stream bed. Two males, competing for access, are downstream of the female. (b) Water flow patterns, tending to retain eggs and sperm (when released) in the pit of the redd rather than dispersing them downstream. (*Source:* Illustration by Jason Ching, based on Burner 1951)

males almost exclusively attacked other males, whereas females attacked both males and females (table 6.1).

The preferred habitat for redds is determined by the incubation needs of embryos: high flow of oxygenated water through the interstitial spaces in the streambed, and by the digging capacity of the females. Larger fish can move larger gravel, and larger species tend to use larger gravels for redd sites (fig. 6.2). In addition, large females produce larger eggs than smaller females, and such eggs may require more space. Streams with both anadromous and nonanadromous forms of a species show the role played by body size. Wood and Foote (1996) sampled sockeye salmon (50–60 cm long) and kokanee (less than 22 cm) in Narrows Creek, BC, and found that on average the sockeye spawned in faster water than kokanee (0.71 vs. 0.56 m per second), made deeper redds (8.6 cm vs. 1.9 cm) and used larger gravel (4.1 cm vs. 2.1 cm diameter). Similarly, the redds of steelhead are larger, in deeper, faster water, and have larger

**TABLE 6.1.** Number of attacks by male and female salmon against their own and the opposite sex (all species combined) per fifteen-minute observation period in the Weaver Creek Spawning Channel, British Columbia. "Male-male" refers to attacks by males on males; "male-female" refers to attacks by males on females, and so on. (*Source:* Quinn 1999; additional unpublished data on a total of 144 pairs of chum, 133 pink, and 459 sockeye salmon)

| Species | Male-male | Male-female | Female-male | Female-female |
|---|---|---|---|---|
| Chum | 8.2 | 1.1 | 2.7 | 3.3 |
| Pink | 7.0 | 1.2 | 4.7 | 3.6 |
| Sockeye | 5.7 | 0.6 | 2.2 | 3.9 |




**FIGURE 6.2.** Average length of female salmonids and median size of the gravel at redd sites, based on population-specific data. (*Source:* Data reported by Kondolf and Wolman 1993)




**FIGURE 6.3.** Water depths and velocities at the locations of chum salmon redds in Kennedy Creek, Washington, and measurements at regularly spaced points in the same area without redds. (*Source:* Thomas Quinn, unpublished data)

gravel than the redds of rainbow trout in the same stream (Zimmerman and Reeves 2000; McMillan et al. 2015). Regardless of body size, females use a limited subset of the available habitat, usually avoiding the slowest water and the fine sand and silt found there, and also avoiding the fastest water with very large rocks. Water about 30 cm to 60 cm deep, flowing about 30 cm per second to 100 cm per second over coarse sand and small-to-medium gravel (2–10 mm diameter) is generally suitable. For example, measurements in Kennedy Creek, Washington, revealed that the average depths at chum salmon redds were somewhat shallower than at nearby sites without redds (29 cm vs. 48 cm) and also much less variable in depth (standard deviations 11 cm vs. 31 cm), reflecting avoidance of very shallow and deep sites. The average velocity at redd sites was similar to that at sites not used (32 cm per second vs. 30 cm per second), but the sites used were within a narrower range (standard deviations: 22 cm per second vs. 27 cm per second; Quinn, unpublished data, fig. 6.3).

The Kennedy Creek chum salmon data provide a sense of the habitats used by "typical" salmon in "typical" streams, but salmonids can spawn successfully in a range of sites. In the mainstem of the Columbia River, for example, Chinook salmon spawn in water as deep as 6.5 m, on substrate 2.5–15 cm in diameter, and at bottom velocities up to 2 m per second (Groves and Chandler 1999). At the other end of the continuum, small golden trout select sites 5–20 cm deep, substrate 0.4–1.2 cm in diameter, and velocities of 30–70 cm per second (Knapp and Vredenburg 1996). In addition to the variation in stream habitats that may be used, some salmon (notably sockeye) and most Arctic char spawn on beaches of lakes (this also occurs, though much less often, in rainbow trout and chum salmon). These habitats are typically along shorelines where groundwater flows down a hillside or nearby stream and upwells on a beach



PHOTO 6.2. Female sockeye salmon digging her redd on a sandy beach of Knutson Bay, Iliamna Lake, Bristol Bay, Alaska, while the male waits behind her. (*Photo:* Jason Ching)



PHOTO 6.3. Female sockeye salmon that completed spawning on a rocky beach on Woody Island in Iliamna Lake, Bristol Bay, Alaska, with a male nearby. (*Photo:* Morgan Bond)

with suitable sand and gravel for spawning. Salmon may dig redds in surprisingly fine sand at these beaches (photo 6.2), and in spring-fed ponds (Quinn et al. 1995). In Iliamna Lake, Alaska, however, sockeye salmon also spawn on rocky beaches of low-lying islands with no groundwater. These fish spawn on medium-large rocks, and wind-driven surface currents irrigate the embryos rather than groundwater (Kerns and Donaldson 1968; Leonetti 1997; photo 6.3). In addition, rocky reefs in lakes are the primary breeding habitat for lake trout (Marsden et al. 1995).

Redd site selection occurs in the context of available habitat and the sources of mortality that prevail at that site. In areas where winter freezing can destroy embryos, salmon favor sites with upwelling groundwater, which is warmer in winter than river water, although it may also have lower levels of dissolved oxygen (e.g., chum salmon in Russia; Leman 1993). In streams with milder conditions, salmon often favor downwelling water because it better oxygenates the embryos. Because streams are so heterogeneous, at fine and broad spatial scales, the distribution of spawning is often very patchy. There may be large sections of a river with few or no redds but high densities elsewhere, reflecting complex patterns in the river's morphology (Baxter and Hauer 2000). These sites are typically favored year after year, for example, in Chinook salmon in the Cowlitz River (Klett et al. 2013). The population may expand numerically and then occupy new areas but the core of the population often continues to spawn in the same places (Isaak and Thurow 2006), and these high-quality areas may protect the population when it is in decline. For excellent reviews of spawning-site features, readers are referred to Bjornn and Reiser (1991) and Beechie et al. (2008).

Even if females have a narrow set of criteria for selecting redd sites, the actual distribution of redds and their attributes may be broad. This reflects competition; ideal sites are limited and some females must settle for less desirable ones. The first female that arrives in the stream selects whichever site she chooses. Females arriving later can either select another site, drive off the territory holder, or wait until she dies or leaves. Territory holders resist eviction (Foote 1990), especially after their eggs have been deposited. Females may not be able to delay egg deposition long, so increasing density results in use of progressively less suitable habitat. In addition, females choose sites based on the conditions when their eggs are ripe. The river may later rise or fall, making the chosen site more or less favorable. Lastly, it is generally assumed that in semelparous species each female makes a single redd, and spring Chinook salmon in the Wenatchee River showed this pattern (Murdoch, Pearsons et al. 2009). However, iteroparous females may make more than one redd. Over eleven years, 333 female steelhead were counted into Snow Creek, Washington, and surveys revealed 420 redds, for an average of 1.26 redds per female (Washington Department of Fish and Wildlife data, Thom Johnson and Randy Cooper). DNA analysis of eight redds made by steelhead in the Hamma Hamma River, Washington, indicated that they were made by five females (Kuligowski et al. 2005). Three females made redds at least 1 km from each other, so this was not merely a matter of making two adjacent redds.

In general, we think of females remaining at the redd site until they are too feeble to hold position in the stream (in the case of semelparous salmon) or have completed spawning and then depart (in the case of iteroparous trout and char). Likewise, males remain on the breeding grounds until they are too weak to seek further mating opportunities and die, or leave to feed elsewhere. However, a recent study (Barnett and Paige 2013) demonstrated repeated movement by adfluvial bull trout from the spawning stream back to the lake, primarily in early morning, and then back up the

stream again, primarily in the evening. Males averaged thirteen trips and females eighteen trips during each spawning season. The motivation was not entirely clear, but the authors indicated that predator avoidance was likely involved. Similarly, under exceedingly high risk of predation from brown bears, sockeye salmon also moved repeatedly between the safety of a lake and the spawning stream (Bentley et al. 2014). This is probably quite unusual; it is much more typical to see females repeatedly, day after day, in the same place, first constructing and then guarding their redds until they weaken and die (McPhee and Quinn 1998).

## Courtship and Mating Behavior

While the female is preparing her redd, she is courted by one or more males. The sole or the dominant male positions himself just downstream of her. This male will frequently *cross over*, swimming from one side of the female to the other, remaining just behind her. This position may enable the male to detect odors indicating the female's species, sex, and reproductive state (Emanuel and Dodson 1979; Honda 1982). The crossing over also enables the male to position himself for fertilization and keep competitors from the female. The male displays to the female, often moving up along her side and rapidly quivering his flanks. He also interacts with other males, both in a side-to-side "parallel display" (photo 6.4) and also by moving upstream of the competitor, turning perpendicular to the other male, and drifting down against him in a "T-display" (Schroder 1981). If these displays are not sufficient to establish dominance, the males engage in direct combat, chasing each other, ramming with



**PHOTO 6.4.** Two male chum salmon engaged in a dominance display with each other in Mallard Duck Creek, southwestern Alaska. (*Photo:* Morgan Bond)



PHOTO 6.5. Male coho salmon attacking another male in the Cascade River, Washington. (*Photo:* Morgan Bond)

closed jaws, and biting (photo 6.5). The attacking male may get his jaws around the caudal peduncle of the other male, or even across the middle of his body if the victim is small enough. Indeed, observations of chum salmon indicated that 43% of the attacks were directed at the tail and caudal peduncle, 44.5% at the sides, belly, and back, while only 7.5% were at the head and 5.0% at the pectoral area (Schroder 1973); the males quickly become scarred and fatigued.

If ripe females are scarce (either because more males have arrived than females or because most of the females have already spawned their eggs or have left), then hierarchies of males develop. The dominant or alpha male positions himself closest to the ripe female. By a series of displays and attacks, he establishes his dominance over other males, who position themselves at increasing distances from the female. These males are collectively termed *satellites* because they tend to orbit to some extent around the female and the dominant male. However, there may be other males, typically small ones such as jacks or sexually mature parr, that do not fight for position. They stay at the periphery of the courting group, under a bank or other structure, and slip in to fertilize eggs at the moment of spawning. Depending on the species and time in the breeding season, the alpha male may have sole access to the female or up to ten competitors (Keenleyside and Dupuis 1988b; Quinn et al. 1996), including both large males and smaller *sneakers*.

Only the female is involved in active construction of the redd but males also dig, though much less frequently than females (Quinn 1999). These digs are more perfunctory and do not seem to move gravel or assist in any systematic way. Dominant males dig more often than satellites, and males competing with satellites more often

dig than those without competitors, suggesting that male digging is a competitive display. However, males courting females sometimes dig in the absence of competitors, so digging may also be a courtship display. There may be more than one form of digging or more than one function (Esteve 2007), and this behavior pattern has yet to be fully explained.

When the depth of the redd and the coarseness of the gravel meet the female's criteria, and she is courted by an acceptable male, she is ready to spawn her eggs. This often occurs within a few days after she has arrived on the spawning grounds. The male signals his readiness by repeatedly crossing over and by quivering alongside her body. These vibrations may be an important signal coordinating spawning (Satou et al. 1991). The female typically lowers her tail as though "crouching" in the redd (photo 6.6). The eggs, previously bound to a skein of connective tissue, are now loose in the female's body cavity and are squeezed out her vent by muscular contractions of the body walls. One or more males will rush in along her flanks and release milt, including sperm cells, as close to the female's vent as possible (photos 6.7). Fertilization occurs quickly, and the penetration of the egg membrane by a sperm cell (photo 6.8) is facilitated by the uptake of water by the egg. This *water hardening* renders the eggs incapable of being fertilized after about twenty seconds exposure to water, and the milt is also much less successful in fertilizing eggs after ten to twenty seconds in the water (Liley et al. 2002). Close coordination in the release of gametes is needed because fertilization decreases with distance between eggs and sperm (Shuman 1950). The process usually works well; males get the signals right and release milt just before



**PHOTO 6.6.** Female pink salmon settling into the redd prior to spawning in Squire Creek, Washington. (*Photo:* Morgan Bond)



PHOTO 6.7. Female Chinook salmon, in the middle, spawning with the dominant male on the far side and a smaller male on the near side in Montana Creek near Talkeetna, Alaska. (*Photo:* © Thomas C. Kline Jr.)



PHOTO 6.8. Scanning electron micrograph showing the flagella of several different sperm cells entering the micropyle of a pink salmon egg; only one will successfully fertilize the egg. (*Photo:* Carla Stehr, National Marine Fisheries Service)

the eggs are released (Fitzpatrick and Liley 2008), and almost all eggs are fertilized in most cases. Sometimes, however, the males misread the signals and release milt but the female does not release any eggs (Esteve 2007).

After mating, the female soon begins a series of gentle "covering" digs, starting just upstream from the pocket containing the eggs, to bury them. Keenleyside and Dupuis (1988a) observed an average of five digs per minute by female pink salmon in the five minutes after spawning, so this is a vigorous process. The eggs are not deposited all at once but in a series of pockets; digging buries one egg pocket while constructing the next pocket, just upstream. If all eggs were literally in one basket, the ones in the middle might not have enough oxygen to develop properly or survive. If they died, fungus might kill the other developing embryos. Thus the multiple egg pockets probably reduce the female's risk of losing all her offspring. In addition, there may be some benefit in mating with several males, in case the sperm from one are of poor quality, or to maximize the genetic diversity of the offspring. Hawke (1978) found seven Chinook salmon redds that had been stranded by changes in river level, and he meticulously uncovered four to six egg pockets in each. Females release progressively fewer eggs in the second and subsequent spawning events. When all eggs have been released (usually in a few days), semelparous females guard their redds from encroachment by other females and continue digging to keep it in good shape. When they become too weak to hold position in the stream, they drift downstream and die. Iteroparous females leave the spawning sites, returning to favorable feeding places in rivers, lakes, or the sea, either at once or after some delay.

The eggs in separate pockets may be fertilized by the same male(s) or he (they) may court other females, consistent with observations on the importance of prior residence in male dominance (Foote 1990). DNA parentage studies reveal very complex patterns of mating; some males mate with multiple females, some females with multiple males, and some have offspring from a single mate. As an example, consider the patterns of steelhead reproductive success as indicated by analysis of adults and juvenile offspring (Seamons et al. 2004b: fig. 6.4). The actual mating system was probably even more complex than this figure indicates; these results only reflect offspring that survived and were sampled by the scientists. This complex mating system produces maternal and paternal half-siblings as well as full siblings and unrelated fish in the population. When a male has mated with a female he may move in search or other opportunities or remain in the vicinity. Healey and Prince (1998) found that dominant male coho salmon and jacks tended to move within a 200–300 m reach, averaging less than 100 m between locations, whereas satellites moved much more widely. When densities are low, such movement may be the only way for a male to find other mates; extensive movements were also observed at low densities of coho salmon in the Cedar River, Washington (Anderson and Quinn 2007). However, at high densities male sockeye salmon moved little within Hansen Creek, Alaska (Rich et al. 2006). When the female that they courted spawned all of her eggs, these males seemed to wait for other




FIGURE 6.4. Mating system of steelhead in one spawning season in Snow Creek, Washington, based on DNA analysis of parents and juvenile offspring. "F" and "M" refer to individual females and males, respectively. Lines within circles indicate fish that produced surviving offspring together. Eight fish only produced offspring with a single mate, two females each successfully mated with two males, three males had offspring with two females each, and there were complex breeding groups with many partners. (*Source:* Modified from Seamons et al. 2004b)

females to arrive rather than move elsewhere and then have to fight their way into the dominance hierarchy in a new location. With this background, we can consider the specific components of reproductive success in females and then males.

## *Female Reproductive Success*

A female salmon can have no more offspring than the number of eggs she produces, although many factors affect survival during incubation and subsequent life-history stages. Fecundity increases with body size but the relationship is often quite variable,




FIGURE 6.5. Relationship between female body length and fecundity (a) and egg weight (b) of individual coho salmon from Forks Creek, Washington. (*Source:* Thomas Quinn, unpublished data)

as illustrated by data on coho salmon from Forks Creek, Washington (fig. 6.5). In this case, only 22% of the variation in fecundity was explained by length; some females had at least twice as many eggs as others of similar length, and the relationship with female weight was no better. Larger females tended to have larger eggs as well as more numerous eggs, but individuals have a finite amount of energy that they can devote to gonads (averaging 21.5% among these coho). Individuals can make a large number of small eggs or a small number of large eggs but they cannot make many large eggs. Consequently, females with many eggs, for their length, sacrifice egg size, and females with large eggs sacrifice fecundity. For example, the two smallest females shown in

figure 6.5 both had fewer eggs than would be expected for their length (the dots lie below the trend line in panel a), but their eggs were larger than expected (the dots are above the trend line in panel b), and the next fish had the opposite pattern, and so on. Large eggs have more yolk than smaller eggs and produce larger fry. These fry may have higher survival rates (see evidence in Chapters 10, 11, and 15), thus providing advantages to large females in the number of offspring and their odds of survival. An interesting complication is that females of the same length that differ in age (i.e, have grown at different rates) typically differ in the trade-off between egg size and fecundity. For example, female Chinook salmon maturing at age-4 have larger but fewer eggs than age-3 females of the same length (Quinn et al. 2004).

Bigger females tend to make more eggs than smaller ones, and the average length of females varies among species. Based on data I obtained from many sources, anadromous salmonids range from Chinook salmon and Atlantic salmon, averaging more than 5000 eggs, to cutthroat and brown trout, with only slightly more than 1000 eggs (fig. 6.6). This plot also reveals some species above the line, indicating higher than expected fecundity for their length (especially sockeye and char), and some below the line (especially chum). These deviations from the overall pattern reflect differences among species in the trade-off between egg size and egg number. Female sockeye are smaller than chum but have more eggs. However, sockeye eggs and fry are smaller than those of chum. The production of eggs requires a great deal of energy, as they commonly comprise about 20% of a female's weight and are rich in nutrients. Populations with very arduous migrations (in terms of distance and elevation) tend to




FIGURE 6.6. Species-specific average length and fecundity of female salmonids, based on population-specific averages (468 in total) drawn from numerous sources. All the populations are anadromous except kokanee.

produce smaller eggs, rather than fewer eggs, compared to populations with easier migrations, and individuals can allocate their energy to egg production or retain more energy in their bodies for other activities (Healey 2001; Kinnison et al. 2001).

In addition to having advantages producing larger and more numerous offspring, large females are more successful in competition for redd sites, though a small female possessing a territory can resist eviction by a larger intruder (Foote 1990). Larger females also tend to construct deeper redds than smaller females (fig. 6.7). These deeper redds are presumably more resistant to disturbance by other females and also less susceptible to scour and intrusion of fine sediment associated with floods (see Chapter 8). From the combination of these effects, large females were estimated to have as much as a twenty-three-fold advantage in reproductive success over small females (van den Berghe and Gross 1989; Fleming and Gross 1994). Consistent with this "bigger is better" hypothesis, the production of Olsen Creek, Alaska, chum salmon was positively related to the size of the females in the parental generation, even after accounting for the higher fecundity of such large fish (Helle 1989). However, DNA parentage revealed that the benefits of large size in females were quite weak or variable, based on work with pink salmon (Dickerson et al. 2005), steelhead (Seamons et al. 2007), and coho salmon (Kodama et al. 2012). My own feeling is that, all other




FIGURE 6.7. Relationship between female length and the depth of egg burial. Each point represents a reported average body length and average depth of egg burial or pit of the redd for a population; lines represent studies that reported relationships within a population. Species include brook and bull trout, cutthroat trout, coho, chum, Chinook and Atlantic salmon (one study each), brown trout, golden trout, and *Hucho perryi* (two studies each), sockeye and kokanee (four studies), and Dolly Varden (five studies). (*Source:* Steen and Quinn 1999, updated with additional references)

things being equal, larger females will have more offspring than smaller ones for the reasons outlined above, but things are seldom equal so the realized benefit is small, and may not even be detectable.

A female's reproductive success depends not only on her production of eggs but on her surviving long enough to successfully spawn them. In areas with little human disturbance, predation by bears can be a large source of mortality (Gende, Quinn, Hillborn et al. 2004), and wolves also kill and eat salmon (Darimont et al. 2003), discussed in more detail in Chapter 7. Absent predation, most female salmon spawn the vast majority of their eggs. For example, work on pink and chum salmon in Hooknose Creek, British Columbia, revealed that fewer than 5% of the eggs were retained at death (Hunter 1959), and British Columbia sockeye averaged only 6.5% unspawned eggs (Manzer and Miki 1985). However, there can be extensive prespawning mortality if salmon are stressed by combinations of high density, low water level, high temperature, reduced dissolved oxygen, and disease (photo 6.9). In some instances, many females die without spawning at all, or after spawning only a fraction of their eggs (Murphy 1985; Quinn et al. 2007; Tillotson and Quinn 2017). Prespawning mortality merits more study, as future conditions are likely to be warmer and drier in some areas, increasing the risk of this phenomenon.

Another aspect of female reproductive success that needs further investigation is *redd superimposition*. This term comes from the observation that one redd may be superimposed over one made earlier by another female, and this is widely considered to be a major source of mortality in salmon populations. The mortality from egg to fry stages increases with density, especially for salmon spawning at high densities such as sockeye, chum, and pink. The embryos are especially sensitive to physical disturbance during about the first two weeks after fertilization (see Chapter 8), so it is important that early-arriving females live as long as possible to prevent disturbance by other



PHOTO 6.9. Female sockeye salmon that died on the spawning grounds prior to breeding, Nanuktuk Creek, Bristol Bay, Alaska. Note the belly, still full with eggs, and fungus around the fins. (*Photo*: Thomas Quinn)

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 163 of 560


females. Late-arriving females have less risk of redd superimposition, and this may explain why they do not live only as long in the stream as earlier arrivals (fig. 6.8), tend to be smaller, and allocate proportionally more of their energy to gonads rather than body stores (Hendry et al. 1999). There is a strong genetic control over migration and spawning date, so these interrelated differences have apparently evolved to accommodate the different selection regimes on early and late fish.

Despite the recognition of redd superimposition and density-dependent mortality, the extent to which the embryos of a specific female are lost is hard to demonstrate. We often assume that if a large female constructs a redd over one made by a smaller female, the embryos of the first female are destroyed. This may be so, but the variation in burial depth and dynamics of mortality suggest that things may not be so simple, and detailed studies of parentage from DNA would be informative. Finally, if one redd is situated in an ideal place, later-arriving females may independently choose that location as well. However, Essington et al. (1998) reported that the probability of redd site reuse between brown and brook trout was greater than could be explained by site selection based on physical features. There may have been important features at the sites that the scientists did not measure, but a more interesting explanation may be that the second female uses the site to take advantage of the labors of the first female. Perhaps there is also some element of competition. Oust the progeny of the other female to reduce the competition for one's own offspring?

In addition to the complex factors directly affecting reproductive success of females (fig. 6.9), their success is also related to the quality of the males with whom




FIGURE 6.8. Average length of life in the stream (from entry date to death) of pink salmon that arrived throughout the spawning season in two different years in Pleasant Bay Creek, southeast Alaska. (*Source:* Dangel and Jones 1988)




FIGURE 6.9. Factors known or hypothesized to affect female reproductive success.

they mate. Unlike some animals, in which males gather together for communal displays and females can choose mates from the assembled suitors, the redd construction duties limit a female salmon's opportunities for mate choice. Females cannot circulate through the spawning grounds in search of males but rather must wait for males to come to them. Females can drive away small males, as Maekawa et al. (1993) reported in Dolly Varden. Females can also delay spawning when courted by a male not to their liking, and females complete spawning more rapidly if they are courted by large males rather than by small ones. For example, Berejikian et al. (2000) reported that female Chinook salmon placed with males larger than themselves spawned sooner than did females paired with males much smaller than themselves (9.6 vs. 16.2 hours on average). There is a cost to delay, however; females may not spawn all their eggs or may not guard them long enough to protect them from other females, as was shown in experimental channels with sockeye (Mehranvar et al. 2004) and Chinook salmon (Schroder et al. 2008). In nature, a female delaying spawning too long might be killed by a bear, as they selectively prey on newly arrived, ripe fish (Gende, Quinn, Hilborn et al. 2004).

### *Male Reproductive Success*

Unlike females, whose reproductive success is capped by the number of eggs they have (a few thousand, in most cases), the reproductive success of male salmon depends on delivering some of their millions of sperm cells to eggs. Because males can reproduce

over essentially their entire lives in the stream, a few males have the capacity to fertilize the eggs of many females if they dominate other males and are accepted by the females. Many studies have shown that large males tend to dominate smaller males for access to females, including chum (Schroder 1981), coho (Chebanov 1990; Fleming and Gross 1994), and sockeye salmon (Quinn and Foote 1994; Quinn, Hendry, and Buck 2001), and larger males tend to fertilize more eggs than smaller males—for example, in Chinook salmon (Schroder et al. 2012) and steelhead (Seamons et al. 2007). Males presumably vary in strength and aggression, so a small male may "punch above his weight" as is said of some boxers. Males also vary in traits such as the length of the jaws and extent of their dorsal "hump." In sockeye spawning on beaches of Iliamna Lake, for instance, males with large humps were more often dominant than less well-developed males of the same length (Quinn and Foote 1994), in addition to the tendency for longer males to be dominant. It is not clear if dominance resulted from female choice or male competition in this case. The importance of size, shape, color, and behavior in determining breeding opportunities has not been fully unraveled.

If large and deep-bodied males have greater access to females, one might ask why these traits vary within and among populations (Beacham and Murray 1985; Quinn, Wetzel et al. 2001). Achieving large size may require spending more years at sea or foraging more aggressively there, so incurring risk of mortality prior to reproduction. Moreover, males need surplus energy to develop large secondary sexual characteristics, and males that are deep bodied and have large jaws for their length are also heavier than average for their length (Quinn and Foote 1994). Some individuals may have been less successful than others in foraging at sea and may have little surplus energy to devote to these metamorphoses. The restructuring of the body is in conflict with other energetic demands such as migration and competition. Males show the same kinds of trade-offs in energy allocation that females face, and an arduous migration leaves less energy to be devoted to sexual dimorphism (Kinnison et al. 2003; Crossin et al. 2004).

Body shape is also an adaptation to the pressures of natural and sexual selection exerted on each population. Among sockeye salmon populations in the Wood River and Iliamna Lake systems of Bristol Bay, Alaska, body size and shape are closely related to the depth of water at the spawning site, apparently reflecting both the difficulty that large, deep-bodied males experience in ascending shallow creeks, and the size-selective predation by brown bears (Quinn, Wetzel et al. 2001; Quinn, Hendry, and Buck 2001). Thus there is genetic control over body shape among individuals within and among populations (Kinnison et al. 2003).

A male salmon's intrinsic attributes contribute to his mating success but the passage of time saps his energy, and his stores of fat and protein are rapidly depleted during the one to three weeks he may live on the spawning grounds. Moreover, the levels of competition change rapidly over the course of the spawning season. The level of competition in breeding systems is often expressed as the ratio of sexually

active males to sexually active females, or operational sex ratio (OSR). Male salmon are capable of reproducing during nearly their entire lives on the spawning grounds. Females, however, spawn within a few days and then either guard the redd or, in the case of iteroparous species, leave the spawning grounds. In either case, they are not available for reproduction, so there are usually far more males than ripe females late in the breeding season.

The high levels of competition generated by the much shorter reproductive life of females compared to males provide an explanation for a common, paradoxical phenomenon. No breeding can occur until females arrive and complete their redds, so one might expect that females would arrive before males, but the opposite commonly occurs—for example, in kokanee (Lorz and Northcote 1965), coho (Chebanov 1990), and sockeye (Hendry et al. 1999). I think that the phenomenon of early male arrival, termed *protandry* by Morbey (2000), is best explained by the much more severe costs paid by males arriving late compared to those arriving early. On the one hand, males that arrive before the first females waste only a fraction of their breeding life (perhaps one or two days out of fourteen, for instance) waiting for females to arrive. On the other hand, males that arrive after the females have arrived lose far more opportunities because so many of the females will already be paired with males or have spawned by the time the tardy males enter the stream. Given the uncertainty as to exactly when females will arrive, males arriving early pay a smaller cost than those arriving late, so males should arrive earlier than females, on average. One implication of this idea is that late-arriving males have negligible prospects for reproduction at the end of the season. Therefore, they might be expected to not live as long as early arriving males, and this is commonly observed (Perrin and Irvine 1990).

Male competition and female choice both tend to favor large males. However, the presence of jacks has long been recognized in Pacific salmon. They occur routinely in coho and Chinook, and to a lesser extent in sockeye salmon. In addition, nonanadromous male salmon are common in some populations, especially in masu salmon toward the southern end of their range (Morita and Nagasawa 2010) and in stream-type Chinook salmon (Gebhards 1960). Chinook salmon display three different male life-history forms, in addition to the males and females spending two or more full years at sea. Males may mature as parr, without leaving fresh water at all, as jacks after only one year at sea, or as mini-jacks that emerge in spring, migrate to estuarine waters, and then return to spawn that fall. The mature parr range in length from 8 cm to 24 cm, the mini-jacks from 24 cm to 37 cm, and the jacks from 37 cm and up (Johnson et al. 2012). Sexually mature parr are common in other salmonids (Pavlov and Savvaitova 2008), including Dolly Varden (Maekawa et al. 1993) and Atlantic salmon, so they are a fundamental aspect of the life history and ecology of salmonids (Fleming 1998).

We now view life-history diversity as natural and beneficial, but in the past jacks were regarded as aberrant and often systematically excluded from breeding at

hatcheries. However, observations of wild salmon show that they are keen to participate in spawning events. The success of jacks and parr on the spawning grounds is linked to their alternative tactics. Rather than fight with large males for proximity to females, they position themselves farther from the pair. At the moment when eggs are released, they quickly swim next to (or even under) the female and fertilize as many eggs as possible; they are sometimes known as *sneakers*. In the iteroparous species these little males may even eat some of the eggs that are cascading down from the female as well as fertilize them (Maekawa and Hino 1987). Such tactics are not without their risks, however, as mature parr are sometimes eaten by large adult Chinook salmon (Burck 1965). One might wonder how a very small male could fertilize many eggs, given his small gonads. The answer is that, in addition to their proximity to the female at the time of egg release, smaller males have much larger gonads in proportion to their body size than large males (although larger males have larger gonads on an absolute basis; for example, table 6.2). This is not the case in females; the proportion of a female's weight in eggs does not increase with size.

Gross (1985) conducted a pioneering study of jacks in coho salmon, observing how close the jacks and older males (which he termed *hooknoses*) were to the female when she released eggs, how long the two forms lived on the spawning grounds, and estimating their survival at sea. Gross posed the question, can the average reproductive success of males adopting each life-history pattern be similar, even though intuition and observation suggest that jacks are dominated by hooknoses? He observed that large males were closest to females when eggs were released, but that jacks were also quite close. However, males of intermediate size were too small to win fights but too big to successfully sneak—the tactic employed primarily by jacks. Jacks were estimated to have higher survival rates at sea (jacks 13% vs. 6% for hooknoses, based on Washington Department of Fisheries data) because they spend only a summer rather than a year and a summer as do the older males. Jacks did not live as long on the spawning grounds as did older males (8.4 days compared to 12.7 for hooknoses on average), and the jacks were a bit farther from the spawning female at the moment of egg release (125 cm for jacks vs. 93 cm for hooknoses). Combining these three metrics, Gross concluded that the average jack's lifetime reproductive success was

TABLE 6.2. Average length, body weight, and gonadosomatic index (GSI = gonad weight as a percentage of body weight) of male Chinook salmon from the University of Washington hatchery population. (*Source:* Gunstrom 1968; Quinn, unpublished data)

| Age (years) | Fork length (cm) | Body weight (g) | Gonad weight (g) | GSI (%) |
|---|---|---|---|---|
| 1 | 23.9 | 185 | 26 | 14.1 |
| 2 | 47.8 | 1355 | 130 | 9.6 |
| 3 | 68.5 | 3810 | 284 | 7.5 |
| 4 | 86.4 | 7517 | 425 | 5.7 |

approximately the same as the average hooknose's success, because the higher marine survival balanced the somewhat reduced breeding opportunities. These success rates, however, may depend on the proportions of jacks and hooknoses. If most of the males were fighters, there might be a greater advantage for the few jacks, and if most males tried to sneak, the large fighters might have a greater advantage. Indeed, this was the result when the ratio of jacks and older male Chinook salmon was experimentally manipulated (Berejikian et al. 2010). It is important to distinguish the life history patterns (older males and jacks) from the reproductive tactics (fighting and sneaking). Jacks fight aggressively when competing with other jacks (Allen et al. 2007).

Rivers vary considerably in the proportion of jacks in the population—for example, sockeye spawning in different tributaries of the Fraser River (Healey et al. 2000). Variation in the proportion of jacks among streams has been linked to stream size and mortality risk from bears (Quinn, Wetzel et al. 2001), and the density of spawning adults (Young 1999), but in general the variation has not been adequately explained. As with other aspects of age at maturity, the prevalence of jacks reflects a mix of genetic and environmental influences: nature and nurture. Factors controlling the prevalence of jacks are addressed in more detail in Chapter 17, but jacks produce more jack sons than do older males and smolt size also increases the tendency for males to mature as jacks (Appleby et al. 2003).

The reproductive success of jacks and satellite males can only be guessed from observational studies like those conducted by Gross (1985). However, Schroder (1981) had the brilliant idea of using natural variation in gene frequencies among males to determine which individual sired most of the progeny. Using polymorphic proteins, he was able to distinguish the offspring of two or more male chum salmon placed in an arena to spawn with a female. His results showed that the dominant male (who was closest to the female when she released eggs) tended to fertilize most of the eggs (53–100%, among six trials), but that satellite males often fertilized a significant proportion of the eggs. At about the same time, scientists in Russia had the same idea and conducted a similar study with sockeye salmon (Chebanov et al. 1983). In one case the dominant male sockeye sired 52% of the offspring and the satellite male 48%, and in the other case the dominant male sired 90% of the offspring and the other two males combined for the other 10%. Increasingly sophisticated genetic approaches to determining paternity have been used since these pioneering studies to determine the reproductive success of different individuals spawning in nature, including work on steelhead (Kuligowski et al. 2005; Seamons et al. 2007), pink (Dickerson et al. 2005), sockeye (Foote et al. 1997), Chinook (Anderson, Faulds et al. 2013), and coho salmon (Anderson et al. 2010; Kodama et al. 2012).

DNA parentage studies show that, on average, the reproductive success of the dominant male exceeds that of any other male (summarized in fig. 6.10). However, there is considerable variation, and not all of this may be attributable to sampling error or variation in behavior. Variation in sperm quantity, motility, and performance




FIGURE 6.10. Factors known or hypothesized to affect male reproductive success.

after exposure to water (Liley et al. 2002) affect fertilization success. Gharrett and Shirley (1985) showed that equal volumes of milt from two male pink salmon produced unequal numbers of offspring; one had more "potent" milt. Similar results were obtained with rainbow trout (Gile and Ferguson 1995) and Chinook salmon (Withler and Beacham 1994), so this is clearly a general phenomenon. Work on Atlantic salmon (Gage et al. 2004) indicated that sperm swimming speed was a key variable; the sperm cells are literally racing to get to the eggs and fertilize them. In addition, small resident male masu salmon (averaging only 13 cm long) had more concentrated sperm than larger (42 cm), anadromous males (Yamamoto et al. 2015). Interestingly, sperm cells respond more strongly to the ovarian fluid of their own than to another species (e.g., brown trout vs. Atlantic salmon), and this might reduce interspecific hybridization (Yeates et al. 2013). The whole topic of sperm competition and orientation to eggs is a fascinating one, and I expect many important contributions in the years to come. The occurrence of hybridization between salmonid species in nature (Taylor 2004) is equally fascinating, as there are processes allowing and hindering interspecific mating and affecting the fitness of their offspring.

## To Die or Not To Die

For semelparous species the lifetime reproductive success is determined in the single season of breeding, but for iteroparous species an individual's lifetime success is summed over all breeding seasons. Thus salmonids are confronted with a dilemma.

They can put a great deal of energy into the breeding season at hand and save little energy for themselves, which maximizes the current breeding opportunities but reduces the likelihood of surviving to breed again. Semelparous species are the extreme example of this, completely forsaking the future for the present. Alternatively, the parent could expend less energy in producing or guarding the current generation of offspring, and save the energy for itself to increase the chances of surviving to breed again in the future. This is the iteroparous strategy, but how often do the fish survive to breed again? Life is risky and reproduction is taxing, so long-lived trout are rare. In most areas a ten-year-old trout is a really old trout, even if the population is unfished. In addition, the transition to sea is a difficult one, and the survival of steelhead and cutthroat trout to spawn repeatedly is very low (table 6.3).

The kelts (postspawners) are much larger than smolts but typically have a lower probability of returning, especially if they are in poor condition (Keefer, Wertheimer et al. 2008). One might think that their greater energetic investment would make females more likely to die after spawning than males in iteroparous species. After all, females' gonads are much larger than those of males (e.g., 20% vs. 2% of body mass in sockeye salmon [Hendry and Berg 1999], 21% vs. 4% in chum salmon and 19% vs. 5% in pink salmon [Gende, Quinn, Willson et al. 2004b]) and have more than twice the energy density of male gonads (Hendry and Berg 1999). Nevertheless, repeat spawning is more common in females (Keefer, Wertheimer et al. 2008; Clemens 2015). Iteroparous females reduce or eliminate the period of redd guarding and go to feed in the sea, rivers, or lakes after they breed, whereas males compete actively among each

**TABLE 6.3.** Percentages of the steelhead and cutthroat trout returning to spawn for the first or successive times: steelhead data from Petersburg Creek, Alaska (*Source*: Jones 1972, 1973); Kalama River, Washington, steelhead data (*Source*: Leider et al. 1986); and cutthroat trout data from Washington and Oregon (*Source*: Quinn and Myers 2004, based on various primary sources). Data combine males and females except Petersburg Creek steelhead.

| Species | | Spawning season | | | | |
|---|---|---|---|---|---|---|
| | | 1st (%) | 2nd (%) | 3rd (%) | 4th (%) | 5th (%) |
| Cutthroat trout | Snow and Salmon creeks, Washington | 69.4 | 27.4 | 3.2 | 0.0 | 0.0 |
| | Stillaguamish River, Washington | 85.4 | 11.7 | 1.9 | 1.0 | 0.0 |
| | Sand Creek, Oregon | 68.4 | 26.6 | 4.5 | 0.5 | 0.0 |
| | Big Beef Creek, Washington | 78.4 | 18.8 | 2.3 | 0.5 | 0.0 |
| Steelhead | Kalama River, Washington (winter) | 88.7 | 9.2 | 1.7 | 0.4 | 0.0 |
| | Kalama River, Washington (summer) | 93.9 | 5.5 | 0.5 | 0.0 | 0.0 |
| Steelhead | Petersburg Creek, Alaska (males) | 60.9 | 31.3 | 6.8 | 1.0 | 0.0 |
| | Petersburg Creek, Alaska (females) | 53.3 | 28.3 | 12.5 | 5.1 | 0.8 |

other for a long time and fewer of them survive to breed again. Of course, the fish are not making a conscious choice to devote energy toward themselves or their offspring. Rather, these patterns are under genetic control; individuals displaying patterns that are appropriate for a given environment have more offspring than others, so the traits proliferate in the population.

The distinction between iteroparity and semelparity may seem like a vast chasm (programmed to die after breeding or not?), and the Pacific salmon that most people think of are clearly semelparous whereas the trout are interoparous. However, these alternatives are not as far apart as one might think. Male masu salmon that mature as parr can spawn in subsequent years (Tsiger et al. 1994), and even female masu in fluvial populations routinely spawn in successive years (Tsuboi et al. 2013). North Americans often think of the five "traditional" Pacific salmon as invariably semelparous, but under experimental conditions male Chinook salmon that matured as parr were spawned up to three years in a row (Unwin et al. 1999). These small males had large gonads for their size, reducing their stored energy. In rivers such males would be very unlikely to survive the winter and spawn again, but the potential seems to be there. Thus the difference between *semelparity* and *iteroparity* may be more a matter of degree, related to energetics and physiology, and less of an absolute distinction as is often believed.

## Summary

The breeding behavior of salmonids reflects the discrete sex roles: females select, prepare, and guard nest sites and compete among each other for the best sites. The reproductive success of a female is limited by the number of eggs she produces, and the survival of embryos is affected by many factors, including attributes of the spawning site (water flow rate, dissolved oxygen, gravel movement, etc.) and disturbance by other females. In addition, egg size and the timing of breeding affect the survival of the offspring after emergence, through connections to territorial behavior and predator avoidance. Males provide no parental care and their behavior is a mix of courtship toward the females and competition with other males. Male reproductive success is determined by the ability to fertilize eggs, which is controlled by competition with other males, female choice, or the ability to circumvent these processes and sneak fertilizations, and sperm quality. Male reproductive success is also affected by the fecundity of the females with whom they mate and all the factors affecting their success. The tendency for females to deposit their eggs soon after arrival on the spawning grounds and then guard them (in semelparous species) or leave to seek feeding opportunities elsewhere (in iteroparous species) leads to intense competition among males for breeding opportunities. Recent research suggests that the date of spawning is very important and that body size is less well correlated with overall success than one might think.

CHAPTER 7

# The Ecology of Spawning Salmon and Their Carcasses

After reproducing, female Pacific salmon guard their nests until they become too weak to hold position, and eventually drift away and die. Males too become increasingly listless, scarred, and emaciated, and they also die. Streams and lakes in temperate and northern latitudes are generally unproductive, limited by phosphorous (P) or nitrogen (N). This is a result of the geology that dominates much of the region, and the inevitable downstream flow of nutrients to the sea. The upstream migration of salmon, followed by their death, is a very important source of nutrients. The quantity of rotting fish flesh (photo 7.1) could not have escaped notice by humans, nor could they have overlooked the congregations of animals feeding on the live and dead salmon. Adding to this "common knowledge" about salmon carcass ecology, increasingly detailed research over the past few decades has revealed that the entire ecosystem, from insects to bears and trees, including trout and the salmon themselves, benefits in complex direct and indirect ways from spawning salmon.



PHOTO 7.1. Decomposing sockeye salmon, Funnel Creek, Bristol Bay, Alaska. (*Photo:* Harry Rich Jr., University of Washington)

## Salmon as Fertilizer in Aquatic and Terrestrial Food Webs

Early in the twentieth century, scientists studying Karluk Lake, Alaska (known for its exceptionally dense populations of sockeye salmon), pointed out the importance of phosphorous (P) and nitrogen (N) from decomposing carcasses in otherwise nutrient-poor freshwater systems (Juday et al. 1932). Appreciation of the importance of these nutrients (especially P) in lake and stream productivity grew during the middle of the twentieth century, and Donaldson (1967) estimated the P budget (inputs and losses) at Iliamna Lake, the largest lake in Alaska (2622 $km^2$ in area and 115.3 $km^3$ in volume). The lake and its associated tributaries had a record escapement of 24.3 million sockeye in 1965, weighing about 2 kg to 3 kg each. Donaldson estimated that they delivered 169.3 metric tons of P to the ecosystem, the primary source in such years of great salmon abundance (photo 7.2). The fishery took another 17.8 million salmon that year, so the total run would have brought 42.1 million carcasses to the region—an enormous quantity of fertilizer. Donaldson (1967) pointed out that the smolts migrating to sea constitute a loss to the system, as they weigh about 6 g to 10 g and can number in the hundreds of millions. On balance, however, sockeye salmon were a major source of nutrients in this system, at least in some years.

Many lakes inhabited by sockeye salmon are nutrient limited. The fertilization of some of these ultra-oligotrophic lakes in coastal Alaska and British Columbia (Koenings and Burkett 1987; Stockner and MacIsaac 1996) showed that addition of N and P increases primary production, zooplankton biomass, and sockeye salmon growth (see Chapter 10), although there is increasing variation with each trophic step,



PHOTO 7.2. Sockeye salmon carcass floating in Iliamna Lake, Bristol Bay, Alaska. (*Photo:* Jason Ching)

so the connection to primary production is the strongest. However, are the nutrients from salmon carcasses actually incorporated into the various food webs? Scientists can take advantage of a characteristic of N and also carbon (C) to trace these elements from adult salmon through the aquatic and terrestrial ecosystems. Nitrogen normally has a molecular weight of 14 (designated $^{14}N$), but some atoms contain an extra neutron, increasing the molecular weight to 15 ($^{15}N$). Likewise, carbon's typical molecular weight is 12, but a heavier isotope ($^{13}C$) also occurs.

In both elements the proportion of the heavier isotope is greater in marine ecosystems than in freshwater and terrestrial ecosystems, and data are typically presented as deviations from established standard values ($\delta^{15}N$ and $\delta^{13}C$). Most salmon put on at least 99% of their total weight at sea, so the bodies of adults reflect the ratio of isotopes in marine waters. By examining the ratio of heavy isotopes to lighter isotopes in various organisms—including producers (phytoplankton in lakes, rooted aquatic plants, periphyton on rocks in streams, and trees), primary consumers such as zooplankton and insects, and higher trophic levels such as fishes, birds, and mammals—one can estimate the proportions of N and C that are from salmon. There are many complexities in the interpretation of such data, owing to the presence of nitrogen-fixing plants such as alder, the tendency for $^{15}N$ to increase with trophic level (more concentrated in predators than their prey), variations related to the terrestrial and aquatic sources of carbon, and so on. Unfortunately, there is no stable isotope of P, which is often the limiting nutrient.

One of the pioneering studies that applied these "stable isotope ratios" to evaluate the fate of salmon carcasses was conducted in Sashin Creek, southeast Alaska. Kline et al. (1990) collected samples from periphyton, insects, and fishes from sections of the stream that were within and beyond the range of spawning pink salmon. By comparing the isotope ratios, they estimated that substantial fractions of the N and C in all trophic levels were derived from salmon carcasses. Similar work at Iliamna Lake (Kline et al. 1993) indicated uptake of marine-derived nutrients in juvenile sockeye salmon, especially in years following large runs of adults to the lake. This supported Donaldson's (1967) hypothesis that the productivity of the lake for sockeye salmon depends, in part, on the carcasses of large numbers of adults. Most of the nutrients from salmon were found in the limnetic (open water) zone, but coastrange sculpins (*Cottus aleuticus*) apparently derived a significant portion of their diet from salmon eggs and fry. Later work showed that both coastrange and slimy sculpins (*C. cognatus*) eat sockeye salmon eggs, and that a single large sculpin can eat almost 50 eggs at one meal and 130 eggs in a week (Foote and Brown 1998).

Subsequent observations and experiments showed that salmon carcasses enhance algal growth and insect density in streams. Wipfli et al. (1998) reported that reaches of a stream in southeast Alaska accessible to pink salmon had fifteen times more *biofilm* (microbes covering rocks) and twenty-five times higher densities of macroinvertebrates than reaches of the creek not accessible to salmon. In western Washington,

Bilby et al. (1996) used stable isotope ratios to estimate that salmon contributed up about 20% of the N in biofilm and about 15% to 30% in stream insects. Salmon carcasses contributed about 20% to 30% or more of the N and C in juvenile cutthroat, steelhead, and coho salmon. The little fish congregated at sites where carcasses were deposited and were in better condition (heavier for their length) than were fish at sites without carcasses (Bilby et al. 1998). The young fish not only ate insects (hence an indirect link to carcasses) but also salmon eggs and the flesh from dead salmon. Larger juveniles are more likely to survive the winter than smaller ones (Quinn and Peterson 1996), so a plausible case can be made that large runs of salmon enrich otherwise unproductive streams, to the benefit of salmon and trout.

The consumption of salmon eggs, drifting in the stream, by trout and char (photo 7.3) is well-known to fishermen, who catch them using plastic beads that imitate eggs. Juvenile coho salmon, and juvenile and older rainbow trout, Dolly Varden, Arctic char, and other fishes greedily consume eggs (Scheuerell et al. 2007; Denton et al. 2009; Rinella et al. 2012; Jaecks and Quinn 2014). Eggs are the perfect food—packed with nutrition, conspicuously colored, only slightly negatively buoyant so they drift downstream, without any capacity for evasion or defense. Eggs are so valuable that juvenile coho salmon ate them in a cool area of a stream (where sockeye spawned) and then moved as much as 1 km or more daily to reach warmer water so they could more efficiently digest their big meal (Armstrong et al. 2013). In some cases, most of the entire annual food budget of the resident fish is comprised of salmon eggs and



PHOTO 7.3. Rainbow trout in Iliamna Lake feeding on sockeye salmon eggs drifting down Knutson Creek, Bristol Bay, Alaska. (*Photo:* Jason Ching)

flesh (Armstrong and Bond 2013; Jaecks and Quinn 2014). Trout and char feed in close proximity to spawning salmon (photo 7.4) but not always with impunity. I have seen small Dolly Varden killed by slashing attacks of sockeye salmon.

Two very important points might be made regarding the consumption of salmon eggs by resident fishes. First, this consumption does not reduce the production of juvenile salmon. Eggs that are floating downstream were either never fertilized, are already dead, or will soon die anyway. Exposure to UV light, mechanical shock, and lack of suitable physical environment doom them, so they are free for the taking from an ecosystem perspective. Second, under conditions of low salmon density, such drifting eggs are not common, as females usually do a very good job of burying them. However, as salmon densities increase, more and more females dig their redds in locations already used by previous spawners, and buried eggs are excavated and swept into the water column where they are available for consumption. Thus the availability of eggs goes up at an increasing rate as salmon density increases (Moore et al. 2008). Modern fisheries management is designed to catch enough salmon that such high densities do not occur on the spawning grounds. In days before industrial-scale fishing and other factors depleting salmon, the normal state of affairs would probably have been much greater availability of eggs and other forms of subsidy for the ecosystem from adult salmon. Such quantities of loose eggs are still seen, though, where salmon are very abundant (photo 7.5).

Besides the liberation of food in the form of surplus eggs, digging by female salmon directly affects stream communities. While the nutrients from salmon fertilize



PHOTO 7.4. Dolly Varden in Joe Creek, Bristol Bay, Alaska, ready to feed on eggs released by sockeye salmon. (*Photo:* Jonathan Armstrong)



PHOTO 7.5. Dead sockeye salmon that completed spawning, and eggs that had been dislodged by the digging of other female salmon, Lower Adams River, British Columbia. (*Photo:* Thomas Quinn)

the streams and so increase algae, the digging scrubs algae from gravel and rocks, thus reducing algae during the spawning period (Minakawa and Gara 1999). Insects are displaced from the gravel as well, so lower densities are observed during spawning (Hilderbrand 1971; Field-Dodgson 1987; Minakawa and Gara 2003), and small salmonids feed on the drifting insects (Peterson and Foote 2000). Finally, the digging of salmon can be so extensive that it is a major component of sediment transport in some streams, moving silt downriver, coarsening the streambed, and thus improving conditions for future salmon runs (Montgomery et al. 1996). Chinook salmon, for example, perennially use certain sections of rivers and create "dunes" in the gravel (Gottesfeld et al. 2008). Readers are directed to the excellent review and perspective piece by DeVries (2012), who described the ways in which salmon affect the stream channel, gravel, and other geomorphic features of rivers. Finally, the digging of salmon and the resulting changes in streambed topography increase the exchange between surface and subsurface water, enhancing the flow of dissolved oxygen and dissolved nutrients from salmon carcasses (Buxton et al. 2015).

Thus a large body of evidence indicates that salmon digging and carcasses fertilize lake and stream systems, with direct and indirect feedbacks to salmon populations via various trophic pathways. The nutrients from salmon are transferred to terrestrial

ecosystems as well. Bilby et al. (1996) found that about 20% of the N in terrestrial foliage along salmon streams in western Washington came from carcasses, and Helfield (2001) corroborated these findings in southeast and southwest Alaska. Helfield and Naiman (2001) measured the diameters of trees in the Kadashan River basin in southeast Alaska, above and below a barrier to salmon migration, and took cores to determine the age and growth of each tree. Many factors affect the growth of trees, but they concluded that the presence of salmon carcasses had a stimulating effect on Sitka spruce growth. Trees within 25 m of the stream in areas with salmon grew 22.9 $cm^2$ per year versus 6.4 $cm^2$ at sites without salmon, and the researchers estimated that trees in areas with salmon would grow to a diameter of 50 cm in 86 years, compared to 307 years at areas devoid of salmon. Recent work in Haida Gwaii, Canada, yielded similar conclusions: trees near the salmon stream grew faster than those farther away, and growth was correlated with marine nitrogen (Reimchen and Fox 2013). Trees play several important roles in salmon ecology, such as maintaining stream habitat complexity, providing shade, retaining gravel, providing structural cover, and trapping finer organic material. Thus there may be a feedback between salmon densities and the habitat conditions that maintain such densities.

How do nutrients from salmon carcasses reach the trees? One pathway is the hyporheic water that flows beneath and alongside the visible stream. Water not only flows down the conventional streambed but also percolates through the ground between bends in the stream and along the edges of the stream, and this is an important pathway for transporting and storing salmon-derived nutrients (O'Keefe and Edwards 2002). Floods can also transport carcasses from the stream and deposit them along the banks and in the forest, especially if woody debris is not present to retain the carcasses (Cederholm and Peterson 1985; Cederholm et al. 1989). Ben-David et al. (1998) used stable isotopes of N and C to show both the dispersal of carcasses adjacent to streams from floods and the uptake of nutrients by vegetation. However, not all streams that support salmon are flood-prone, and floods will not distribute carcasses very far from the stream. Sites with predators (chiefly bears) showed a much wider distribution of carcass-derived nutrients in terrestrial vegetation than sites where they were absent (Ben-David et al. 1998).

Many animals consume salmon but are too small or scarce to transport large quantities of salmon from streams. However, brown bears (*Ursus arctos*) and black bears (*U. americanus*) move large quantities of carcasses from streams (Reimchen 2000; Gende and Quinn 2004), and there seems to be a special link between bears and salmon that affects the ecology of these organisms (predator and prey, respectively) and also other components of the ecosystem (photo 7.6).

### Bears and Salmon

W. K. Clark (1959, 337) noted: "One can walk along almost any Alaska salmon stream in bear country during the summer spawning season and see jaws, heads, and other



PHOTO 7.6. Brown bear about to move into the woods to consume a sockeye salmon, Chinkelyes Creek, Bristol Bay, Alaska. (*Photo:* Jason Ching)

parts of salmon left by bears." It is common knowledge that bears kill and eat salmon, but what determines the level of predation on salmon, does the predation affect salmon populations, and how important are salmon as food for bears? Records of the numbers of live and dead sockeye salmon, and categorization of the dead as bear-killed or senescent in twenty-seven different streams within the Wood River lake system, Bristol Bay, Alaska, surveyed from seven to twenty-seven years (Quinn et al. 2017), revealed that the percentage of the sockeye killed by bears was strongly related to the size (depth and width) of the stream: the smaller the stream, the higher the predation (fig. 7.1). This makes sense; salmon are harder to catch in bigger streams than in small ones. Variation in predation among years within streams was related to salmon density; as the number of salmon in the creek increased, the number killed rose toward a plateau (fig. 7.2). Bears are big and hungry but not infinitely so, thus they can only kill and eat so many salmon.

So how many salmon can a bear eat? Van Daele et al. (2013) addressed this question on the Kodiak archipelago in Alaska, an area known for its high density of salmon and large brown bears. The scientists used a variety of methods and estimated that, on average, each adult male bear ate 2788 kg of salmon per year. This is the equivalent of 1024 six-pound salmon, eaten entirely, or 60 pounds a day for over three months. The duration is very important here; even a large bear (and these males can exceed 400 kg) can only eat so much at a time. Therefore the length of time that salmon are available is crucial, and on Kodiak there are several species of salmon




FIGURE 7.1. Relationship between the average depth of the stream and the percentage of adult sockeye salmon killed by bears in each of twenty-seven streams in the Wood River system, Alaska, averaged over multiple years of observation. (*Source:* Quinn et al. 2017)




FIGURE 7.2. Relationship between the total number of adult sockeye salmon present and the number killed by bears in a small stream, Yako Creek, in the Wood River system, Alaska. Each point represents a different year. (*Source:* Quinn et al. 2017)

and multiple populations with discrete timing, extending the availability of salmon for bears. Females and younger bears were estimated to have eaten less salmon per year than adult males: adult females, 1364 kg; subadult males, 592 kg; and subadult females, 566 kg. These bears ate less than the adult males in part because they are smaller but also because large males dominate access to the best fishing places, and the subdominant bears yield to dominant ones (Gende and Quinn 2004). Indeed, some bears and especially some females forego feeding on salmon to reduce the risk of having their cubs killed by adult males (Ben-David et al. 2004).

Does all this predation devastate salmon populations? All the salmon will die after a few weeks in the spawning stream, regardless of the presence of bears. Therefore, predation does not necessarily affect the dynamics of the salmon populations. As indicated in Chapter 6, females tend to spawn within a few days of entering the stream and then each defends her redd until she dies. Prespawning predation on females would thus have much greater consequences for the population than postspawning predation. Predation on males would have little or no effect on the overall production of juveniles because there are always enough males to fertilize the eggs of the females. Even a very biased sex ratio works (in a numerical sense) for the population (Mathisen 1962). However, the reproductive success of individual males might be reduced by predation, depending on whether they were killed when they arrived or as they approached death of senescence.

Bears are omnivorous, eating a wide variety of plants and animals, and an optimal diet includes more than just salmon. However, Hilderbrand, Schwartz et al. (1999) showed that the density, body size, and productivity of bears were correlated with the availability of meat (especially salmon). There is no source of nutritious food that is as easily acquired and predictably available (in space and time) for bears as salmon. During the late summer and fall, bears need to store fat to sustain them through the winter, when they fast and give birth (Hilderbrand, Jenkins et al. 1999; Hilderbrand, Schwartz et al. 2000). Accordingly, they congregate along streams with salmon at the appropriate time of the year. Bears can consume the salmon entirely (photo 7.7), but when salmon are very abundant, bears tend to eat the body parts (chiefly eggs from females [photo 7.8] and dorsal hump and brains [photo 7.9] from males) that are especially energy-rich (Gende et al. 2001).

Salmon lose fat and protein very rapidly after they enter streams (see Chapter 4), especially females after depositing eggs. Accordingly, in shallow streams bears selectively kill these newly arrived fish rather than older ones, even though the older fish are presumably easier to catch as they become weak and tired (Gende, Quinn, Hilborn et al. 2004). However, in larger streams or ones with more complex habitat, the bears must take what they can get and they are less selective, killing fish that have been in the stream longer and scavenging dead ones. Most females are killed after they have spawned, and even heavy predation may not appreciably diminish the



PHOTO 7.7. Brown bear consuming an adult sockeye salmon, Ozernaya River, Russia. (*Photo:* Thomas Quinn)



PHOTO 7.8. Female sockeye salmon whose belly region and eggs were eaten by a brown bear leaving the rest of the carcass, Hansen Creek, Bristol Bay, Alaska. (*Photo:* Thomas Quinn)



PHOTO 7.9. Male sockeye salmon whose brain area and dorsal hump were eaten by a brown bear, leaving the rest of the carcass, Hansen Creek, Bristol Bay, Alaska. (*Photo:* Thomas Quinn)

productivity of salmon populations because the remaining females have less competition (Quinn et al. 2014).

In addition to killing newly arrived salmon, bears tend to kill large salmon (Ruggerone et al. 2000). This may be because larger salmon provide more food for similar capture effort, because they are less maneuverable in small streams (and so are easier to catch), or because they are simply more noticeable. One might think that when salmon are scarce the bears would not be choosy, and feed more selectively on large fish only when the salmon are very abundant. However, nearly two decades of data from Hansen Creek, in Bristol Bay, Alaska, revealed the opposite pattern. Predation was more size selective when salmon were scarce than when they were abundant (Cunningham et al. 2013). Perhaps it is harder for a bear to select the large salmon in a crowd? Regardless of what the bear is seeing or thinking, selective predation on large salmon in small streams where predation is intense can lead to the evolution of salmon that are shorter and less deep-bodied than the salmon in larger streams nearby with lower predation rates (Quinn, Wetzel et al. 2001; Carlson et al. 2009). The salmon in high-risk environments do not live as long in the stream, even if they are not killed by bears, as do salmon in less risky environments; evolution has even operated on the rate at which they senesce (Carlson et al. 2007).

Putting aside the role of bears in the evolution of salmon, we return to the carcasses. Given that bears tend to feed selectively, how much salmon is left over? Intensive examination of carcasses over five years on daily surveys of Hansen Creek (a

small stream with dense populations of sockeye salmon) revealed an average of 4829 salmon that died of senescence and 3609 that were apparently killed by bears each year (Gende et al. 2001; Quinn, unpublished data). Of those killed, there was only minor consumption (bitten and dropped with no tissue eaten, or consumption of only the brain or skin) in 30%, and another 31% of the fish were partially consumed. Only 39% of the fish captured by bears had major tissue loss (e.g., all or most of the body eaten). In one year, detailed measurements and weights were taken on fresh, whole salmon and on fish after a variety of body parts had been consumed. These data allowed us to estimate that, on average, less than 25% of the biomass had been consumed from the 4218 salmon killed by bears. However, when salmon are scarce the bears eat a larger fraction of the carcass, so the extent of this "partial consumption" varies considerably among streams and among years.

Thus at streams with abundant salmon the bears may kill many salmon but actually eat only a fraction of the tissue. The uneaten portions of the carcasses are deposited in the stream, where they decompose or are scavenged by insects such as caddis flies and stoneflies (Minakawa and Gara 1999; Winder et al. 2005) or are deposited on gravel bars of the stream and in the nearby forest, where they are available for terrestrial scavengers and decomposers (Reimchen 2000; Gende et al. 2001). Hilderbrand, Hanley et al. (1999) found that the concentration of $^{15}N$ was inversely related to the distance from the salmon stream, and that the distribution of bears tracked with radio transmitters mirrored the distribution of $^{15}N$ enrichment. The nutrients from salmon are transferred to the forest via bear excretion (Hilderbrand, Hanley et al. 1999) and deposition of uneaten body parts. Interestingly, Holtgrieve et al. (2009) used electric fences to exclude bears from certain areas and found that the fertilizing effect of the carcasses did not exceed a year, so continued inputs are needed for an effect of bear-deposited carcasses on soil nitrogen.

Bears transport nutrients to the forest for decomposition by microbes, but they also make nutrients available to a wide variety of smaller animals that might be unable to access carcasses in the water. Cederholm et al. (1989) tagged salmon carcasses in seven western Washington streams and estimated that 51% of the biomass was consumed, 28% remained in the stream, 5% was on the banks, and 16% could not be accounted for. Forty-three kinds of birds and mammals were seen on the stream, and more than half of these (ranging in size from shrews and winter wrens to bears and bald eagles) were believed to consume salmon. Bears (and to a lesser extent, raccoons and otters) retrieved carcasses from the streams and consumed selected parts; secondary scavenging by small mammals and birds took place later.

Our observations and those of others (Reimchen et al. 2003) indicate that scavenging by insects, especially blowflies (Calliphoridae), can be a very important pathway for nutrients (though less charismatic than bears) once the carcasses are removed from the water. Flies deposit eggs in the eyes, gills, and other accessible areas of salmon. When the maggots hatch, they feed on the carcass, grow very rapidly, and

can reduce an entire salmon to a skeleton in a few warm days (photo 7.10). The flies depend on bears or flooding to deposit carcasses at accessible sites. In three streams, more than 95% of the carcasses accessible to flies (i.e., out of water) were colonized, and a 3 kg sockeye salmon carcass supported up to fifty thousand maggots (Meehan et al. 2005). The ability of flies to rapidly locate carcasses, the patterns of maggot growth, development, and movement, and the effects of salmon on invertebrate densities are fruitful, if unappetizing, areas for further research.

It is clear that bears seem to play a special role in the ecology of adult salmon. They can kill more salmon than other terrestrial predators, and their patterns of partial consumption, carcass deposition, and excretion of wastes transfer nutrients from the stream to the nearby forest or grassland. People living in urban areas may doubt the ecological and evolutionary importance of bear predation. However, the range of black and brown bears was extensive until hunting and human development forced them from much of their range, and bears consumed salmon in these regions (Hilderbrand et al. 1996). The vast majority of salmon are (and always were) produced in small streams where bears would have had easy access to them. The densities of bears in coastal Alaska and British Columbia, despite hunting, and their levels of predation on salmon suggest a strong and long-standing link between these organisms.



PHOTO 7.10. Male sockeye salmon being consumed by blowfly maggots after having been deposited on the stream bank by a bear, Hansen Creek, Bristol Bay, Alaska. (*Photo:* Thomas Quinn)

### *Salmon as Keystone Species and the Management of Salmon Abundance*

Many papers (e.g., Willson et al. 1998; Cederholm et al. 1999; Gende et al. 2002; Naiman et al. 2002; Reimchen et al. 2003) have pointed out the importance of salmon in nutrient cycling, for both aquatic and terrestrial ecosystems. This role is often visible; bald eagles congregate to feed on salmon, both as predators (photo 7.11) and as scavengers. In some cases the abundance of eagles varies from year to year with fish abundance, such as the runs of kokanee in Flathead Lake, Montana (Spencer et al. 1991). The abundance of eagles follows the sequence of anadromous salmon runs, and eagles shift from one salmon species to another, tracking the timing of spawning (Hunt et al. 1992). Looking beyond these conspicuous examples, Willson and Halupka (1995) termed salmon a *keystone species* for their unique enrichment of otherwise nutrient-poor systems. This view of salmon as not merely part of a region's biodiversity but as a critical influence on many other species has stimulated concern for the adequacy of salmon runs from an ecological perspective. The natural dynamics of salmon populations return more adults to fresh water than the spawning grounds and rearing habitats can support. Competition among females for good nest sites, nest disturbance by other females, and competition among juveniles for food and space all limit the capacity of streams and lakes to produce salmon.

As salmon abundance approaches the carrying capacity specific to each site, the population is increasingly less productive (i.e., fewer surplus salmon are produced per spawning adult). The primary models for the relationship between numbers of



PHOTO 7.11. A bald eagle consuming a small sockeye salmon that it has just killed in Mikfik Creek, Alaska. (*Photo:* Thomas Quinn)

spawning adults and their offspring are those of Ricker (1954) and Beverton and Holt (1957). As illustrated in figure 7.3, the Ricker curve predicts lower production of offspring at very high densities than at intermediate densities, whereas the Beverton-Holt curve predicts that the production of offspring will level off. In either case, at low densities the population produces several times more adult offspring than the number of parents. From the perspective of fisheries, these are *harvestable surplus* because they can be caught without diminishing the population's continued abundance. The general goal of salmon management is to allow the number of salmon to spawn in each river that will produce the maximum number of surplus offspring for fisheries to catch. If this *escapement goal* is achieved, the population should not only sustain itself but support fisheries forever, like the fabled goose laying a golden egg each day. In this view any salmon in excess of the number needed to maximize surplus production should be caught because they are otherwise wasted. However, the view of salmon as critical sources of nutrients for freshwater and terrestrial ecosystems, including fish and wildlife, makes us wonder whether long-term productivity is reduced by a chronic reduction in carcass density.

There are many reasons for low escapements, and some of the variation is natural. However, many rivers, especially in the southern part of the range of salmon, have seen greatly reduced salmon abundance over at least the past century (a central topic in Chapter 20). Fisheries all but guarantee that fewer salmon return to spawn than would have otherwise returned. Many fisheries are managed at about 50% exploitation




FIGURE 7.3. Relationship between the number of spawning parents and the production of offspring, based on relationships modeled by Ricker (1954) (dashed red line) and Beverton and Holt (1957) (solid blue line). For reference, the straight black line indicates 1:1 replacement (if every spawning adult produced a single returning adult).

rate, and in some cases up to 75% of the adults are caught. Beyond the effect of fishing, impassable dams have eliminated salmon in parts of many rivers. In much of the remaining habitat, the productivity of salmon has been diminished by such activities as logging, mining, agriculture, water diversions, dams, and urbanization (NRC 1996). Thus we catch many of the salmon that streams produce, and many streams produce fewer than they had in the past. The total number of salmon in recent years includes many (sometimes the majority) produced in hatcheries, and for many years their carcasses were not returned to streams.

Gresh et al. (2000) estimated the reduction in carcass deposition over the twentieth century in North America. They compared the number of salmon caught at the earliest period of efficient Euro-American fisheries (as the "historical" abundance) to data on salmon escapements during the modern period, excluding hatchery populations where possible. Their summary revealed striking variation among areas in the historical and present numbers of carcasses. In the past most salmon were produced in Alaska (60.5% by number) and British Columbia (23.7%), with fewer farther south, but this imbalance has greatly increased recently. Alaska had roughly the same total number and biomass as before (within 10% of historical levels), but this constituted about 87.3% of the total escapement in North America. All other regions saw dramatic reductions. British Columbia's escapement was on the order of 30% to 35% of the past, and Washington, Oregon, and California all had less than 10% of their former levels.

The study of nutrient cycling from salmon and the ramifications of carcass density are likely to be fascinating and controversial areas of research and policy for some time to come. To what extent have the carrying capacities of streams been reduced by decades of low escapements, and how reversible are these effects? Do feedbacks tend to magnify or reduce effects of carcass limitation? Should we incorporate carcasses and nutrients into the calculation of escapement goals, and how might the calculations differ between stream-rearing species like coho and those migrating to sea such as chum and pink? How important are salmon for the health of terrestrial and aquatic communities?

## Summary

Salmon achieve at least 99% of their final body size at sea. Despite the mortality that takes place at sea, there is a tremendous net influx of biomass from the ocean to relatively unproductive stream and lake ecosystems. The millions of adult salmon are preyed upon, scavenged after death, and decomposed by a wide variety of organisms—from bears to gulls, insects, and bacteria. Research using stable isotopes has shown that the marine-derived nutrients in the salmon carcasses contribute strongly to aquatic and terrestrial ecosystems, affecting bears and other wildlife; juvenile salmon, trout, and other fishes; phytoplankton and zooplankton in lakes; biofilm and insects in streams; and even the growth of trees in the riparian zone. Bears

have a particularly strong ecological connection with salmon; not only can they kill a significant number of salmon, but bears also deposit uneaten portions of carcasses in the riparian zone for scavenging and decomposition by other organisms. Capture of salmon in fisheries inevitably reduces the number of salmon in streams, and the effect of this reduction on the ecosystem and the long-term productivity of salmon is an area of active research and controversy.

CHAPTER 8

# The Development and Mortality of Embryos

The months that embryos spend below the surface of the stream are an important period. During this time they develop from unicellular fertilized eggs to complex organisms ready to emerge into open water and make their way in the world. Photos 8.1–8.5 show Chinook from the eyed egg stage, prior to hatching, through emergence. The fish in photo 8.5 still has some yolk visible, which is not uncommon. Over their entire lives—from fertilization to maturation and spawning—the majority of mortality takes place during this period in the gravel for most species. This important phase is difficult to study because everything takes place out of our sight and often during the winter when conditions (freezing and flooding) hinder research. Field observations are difficult at best, and laboratory experiments are artificial. However, there have been many important discoveries about the rate of embryo development and the factors causing their mortality.



PHOTO 8.1. Chinook salmon embryos at the "eyed" stage. (Photo: Richard Bell, University of Washington)



**PHOTO 8.2.** Chinook salmon alevin hatching. (*Photo:* Richard Bell, University of Washington)



**PHOTO 8.3.** Chinook salmon alevin, early in development. Note the large yolk sac and lack of pigment. (*Photo:* Richard Bell, University of Washington)



PHOTO 8.4. Chinook salmon alevin, late in development. Note the more distinct pigmentation and smaller yolk sac. (*Photo:* Richard Bell, University of Washington)



PHOTO 8.5. Chinook salmon fry, after emergence from the gravel, with a small amount of yolk still remaining. (*Photo:* Richard Bell, University of Washington)

## Spawning Date, Temperature, and Development

Embryonic development begins when the egg is fertilized, and the timing of reproduction is among the most critical adaptations of salmon populations to their environment. Developmental rate and metabolism of salmon increase with temperature, as in all ectothermic ("cold-blooded") organisms. Within the tolerable range, warmer water leads to faster development. So, adults spawn at the time of year that, given the long-term average thermal regime, causes the fry to emerge at an optimal date for growth and survival. Fry that emerge too early will have little to eat and risk being preyed upon before they can feed and grow. However, fry that emerge too late will miss out on good growing opportunities and will be competitively inferior to earlier-emerging members of the cohort, who will be bigger by the time the late ones emerge. Consequently, Pacific salmon populations in cold rivers spawn earlier in the fall than do those using rivers with milder temperatures (fig. 8.1).

For example, the outlets of lakes typically have milder winter temperatures than their tributaries, and sockeye tend to spawn later in the outlets (Brannon 1987). This pattern synchronizes the emergence juveniles from all populations so they can strike the balance between food availability, temperature, and predator avoidance in the lake. Interestingly, rainbow trout Loon Lake, BC, spawned earlier in the outlet than in the inlet (Hartman, Northcote et al. 1962). This might seem to contradict the sockeye




FIGURE 8.1. Relationship between the median spawning date of Chinook salmon populations from California to Alaska (*Source:* Myers et al. 1998) and estimated temperatures experienced by embryos during incubation (*Source:* Brannon et al. 2004).

salmon pattern, but in the spring the outlet was colder than the inlet, so the pattern was actually consistent with that of the sockeye because in each case the fish spawned earlier in the colder water. I should note that this idea of synchronous entry into lakes is seldom really tested, and it is more of an assumption than a hypothesis. Sampling in Lake Aleknagik, Alaska, indicated a great deal of variation in emergence timing of sockeye salmon fry among parts of the lake that calls this hypothesis into question (Abrey 2005). Further investigation is certainly warranted.

Sheridan (1962) provided a clear example of the importance of matching spawning date to the thermal regime of the site. Pink salmon spawn in the Kadashan and Klawock rivers in southeast Alaska. The Kadashan is colder and the salmon spawn primarily in mid-August, whereas they spawn at the end of September in the warmer Klawock, but the fry from both rivers emerge and migrate to sea in April and May. Using the observed temperature regimes and the temperature-specific rate of development, Sheridan estimated that if Kadashan (early) fish were to stray and spawn in the warmer Klawock, their progeny would emerge in early November. If (late) Klawock fish strayed and spawned in the cold Kadashan, however, their progeny would emerge at the end of June. Marine survival tends to depend heavily on date of entry into the ocean (see Chapter 15), so we may infer that natural selection has adapted these populations to spawn at the appropriate dates, given the thermal regimes in their respective rivers.

The relationship between spawning date and emergence stems from the rough equivalence between time and temperature in controlling embryonic development, and a combined metric known as *degree days* or *temperature units* (TUs) reflects this fact. The developmental rate of embryos can be estimated from the product of the number of degrees Celsius above 0° times the number of days. For example, coho salmon hatch about 500 TUs after fertilization, and this could be fifty days at 10°C or one hundred days at 5°C. As table 8.1 shows, the development rate (in days to hatch or complete yolk absorption) is faster in warmer water for all species. However, more temperature units are required to complete development in warm water than in cold water. Consequently, the offspring of salmon spawning at the end of the season, when the water is colder, do not fall as far behind the offspring of early spawners who "got the jump on them" in the warmer water of the early fall. Nevertheless, the offspring of early-spawning parents will be well ahead of the offspring of late-spawning parents and likely emerge before them in spring.

Table 8.1 reveals not only variation in developmental rate as a function of temperature (the dominant pattern) but also variation among species. One clear and important pattern is that the embryos of fall-spawning species take longer to develop, at a given temperature, than those of spring spawners (notably rainbow and cutthroat trout but also *Hucho hucho*, a large, nonanadromous European salmonid, and European grayling, *Thymallus thymallus*). This allows the trout to emerge in spring, shortly after the emergence of salmon that were spawned many months earlier. Then,

**TABLE 8.1.** Numbers of days between fertilization and hatching and emergence for salmonid species. Data were drawn from many studies that used somewhat different methods, and in some cases the values were averaged among studies or interpolated between reported values. Because of these factors, and variation among populations, these values should be taken as approximations. Note the more rapid development in the four species in italics, which spawn in the spring, whereas the others spawn in the fall.

| | Temperature (°C) | | | | |
|---|---|---|---|---|---|
| **Days to hatch** | **2°** | **5°** | **8°** | **11°** | **14°** |
| Sockeye salmon | 206 | 120 | 77 | 52 | 47 |
| Chinook salmon | 202 | 102 | 67 | 47 | 38 |
| Chum salmon | 146 | 97 | 67 | 52 | 46 |
| Pink salmon | | 99 | 72 | 47 | 40 |
| Coho salmon | 164 | 85 | 58 | 40 | 32 |
| Masu salmon | | 100 | 55 | | |
| Lake trout | 155 | 100 | 65 | | |
| Brook trout | 140 | 84 | 60 | 40 | 31 |
| Bull trout | 124 | 83 | 57 | | |
| Arctic char | | 83 | 56 | 40 | 31 |
| Brown trout | 194 | 87 | 54 | 35 | 28 |
| Atlantic salmon | | 100 | 63 | 43 | |
| *Rainbow/steelhead trout* | 115 | 68 | 42 | 28 | 22 |
| *Cutthroat trout* | | 61 | 45 | 29 | |
| *Hucho hucho* | 138 | 61 | 35 | 23 | 16 |
| *Thymallus thymallus* | 106 | 51 | 29 | 19 | 13 |
| **Days to emerge** | | | | | |
| Sockeye salmon | 282 | 173 | 121 | 90 | 72 |
| Chinook salmon | 316 | 191 | 115 | 84 | 63 |
| Chum salmon | 312 | 161 | 124 | 98 | 86 |
| Pink salmon | | 173 | 120 | 91 | 72 |
| Coho salmon | 246 | 147 | 95 | 68 | 61 |
| Masu salmon | | | 110 | | 35 |

within the fall spawners, there is also variation. Consider the data for 5°C, a fairly representative average temperature experienced by wild salmon embryos. Chinook and sockeye develop slowest, followed by pink and chum, and coho are faster still. This is consistent with the general sequence of spawning where these species are sympatric; Chinook and sockeye spawn before coho. Chinook, in particular, tend to spawn in large rivers and the outlets of lakes, which have more moderate temperatures than the smaller tributaries where coho spawn. The timing of chum and pink spawning varies considerably.

In Puget Sound, pink salmon tend to spawn in September and October and overlap in space and time with Chinook salmon in some moderately large rivers, whereas most chum salmon spawn in November and December in smaller, low-gradient streams near salt water. In southeast Alaska, however, pink and chum salmon are commonly sympatric and chum salmon may spawn earlier than pinks. The patterns of spawning date, particularly among sympatric species, merit more investigation, as they may reflect species-specific patterns, effects of interspecific competition, and seasonal patterns of secondary production in the habitats where the species feed as juveniles. Finally, there is variation among populations within species in developmental rate, but this is secondary to the variation in spawning date among populations. The primary means by which populations evolve to optimize emergence timing is through the timing of spawning, not the developmental rate of the offspring.

Although temperature exerts the strongest influence on developmental rate, dissolved oxygen (DO) concentration also plays a role. The embryo starts out as a single cell with a very large volume of yolk. As the cells divide and differentiate into tissues and organs, the embryo gets larger and the yolk gets smaller but the egg membrane that encloses it stays the same size. Oxygen uptake and the release of metabolic wastes must occur by diffusion across the egg membrane until hatching takes place. Shumway et al. (1964) reported that decreased oxygen levels delayed hatching (at 10°C) from about thirty-five days to forty days in steelhead and from forty-three to fifty days in coho salmon. Hatching was also delayed by reductions in the rate of water flow around the embryos. The embryos are living, breathing organisms, and they require flowing water to deliver the oxygen they need and also to remove metabolic wastes. Thus water that is initially high in DO will be depleted unless there is sufficient flow. More dramatic than the reductions in developmental rate, however, were the effects of reduced DO on the size of the alevin (not including the yolk) at hatching. Embryos incubated at low DO (2.9 mg/L) were about 50% lighter than those incubated at saturation (fig. 8.2). This may be related to the fact that low DO not only delays development but also can stimulate premature hatching, as the alevin's best chance to survive. It is unclear whether these alevins eventually thrive or if their chances of survival are compromised.

## Factors Affecting the Survival of Embryos

In addition to the rate of development, survival (or, more pessimistically, mortality) is the other key issue during the period prior to emergence. Mortality of embryos in rivers is not observed directly, but it is typically estimated by multiplying the number of females that spawned in a given river times their average fecundity to yield *potential egg deposition*. The fry are estimated in the spring and the arithmetic (fry alive divided by eggs deposited) gives an estimate of survival. This works well for species that migrate directly downstream from the spawning sites as fry because




**FIGURE 8.2.** Relationships between dissolved oxygen levels (mg/L) and wet weight at hatching (mg, yolk not included) and number of days to hatch for steelhead embryos at 10°C. (*Source:* Shumway et al. 1964)

they are easily counted, although mortality between emergence and the counting site cannot be separated from true egg-to-fry survival, sometimes also called *survival to emergence*. I obtained a number of survival estimates for wild populations and the averages were: pink (11.5%), sockeye (12.7%), and chum (12.9%). Chinook, coho, and steelhead are more difficult to assess because the fish emerge and may reside in the stream for weeks to months to a year for Chinook, a year or two for coho, and one to four years for steelhead. Surveys of the stream conducted at any given time period in the spring may be too early and so not count all the fry that will emerge—or too late and occur after significant mortality has taken place. The estimates I obtained are much less reliable than those for the other species, but they indicate much higher survival rates: Chinook (44.6%), steelhead (29.3%), and coho (25.3%). What are the causes of this mortality, and why does it vary?

Murray and McPhail (1988) incubated embryos of the five North American Pacific salmon at 14°C, 11°C, 8°C, 5°C, 2°C and showed that very low and high temperatures can be lethal. Survival was generally poor at 2°C and 14°C and good from 5°C to 11°C. Interestingly, in 2°C water the coho embryos had higher survival than the Chinook embryos, but this was reversed in the warm (14°C) water, mirroring the tendency of coho to spawn late in cold water and Chinook to spawn earlier in warmer water. Salmon generally do not spawn in water near the upper lethal temperatures, and lethal low temperatures are not reached in most coastal systems. However, in the interior and northern rivers, low temperatures and freezing are threats, and the fish




FIGURE 8.3. Percentage of embryos surviving in redds with different dissolved oxygen (DO) levels for rainbow trout (*Source:* Sowden and Power 1985) and steelhead (*Source:* Coble 1961).

seek areas of upwelling groundwater (generally warmer in winter than river water) for spawning such as chum salmon in Kamchatka (Leman 1993) and Alaska (Mouw et al. 2014) and bull trout in Montana (Baxter and Hauer 2000).

One drawback of groundwater for incubating embryos is that it is often lower in DO than surface water, and there is considerable variation in DO in the water irrigating the egg pockets (Peterson and Quinn 1996). The DO requirements of embryos increase as they grow, reaching a peak just before hatching. Alderdice et al. (1958, 248) estimated that the critical levels of DO (defined as "those at which respiratory demand is just satisfied") went from about 1 mg/L just after fertilization to 7 mg/L prior to hatching. Once they hatch, alevins can deal with low DO by pumping water with their gills, moving to areas of higher DO, and also by circulating water around themselves with their fins. Low DO in the water or low delivery rate of oxygenated water is an important source of mortality (Coble 1961; Sowden and Power 1985), and survival declines markedly with DO (fig. 8.3). Egg size matters too, however; larger eggs, with larger surface area, provide better oxygen exchange than smaller ones for the embryos within (Polymeropoulos et al. 2016).

The problem of low DO and mortality of embryos prior to hatching brings us back to one of the most fascinating, perplexing, and often overlooked aspects of salmonids: they are red. The diet of salmonids is not unusual, either at sea or in fresh water, yet they are very rare among fishes in developing red-pigmented muscle. The carotenoid pigments that make them red (and that make flamingos pink, for that matter) are not manufactured but are acquired in their diet, chiefly from invertebrates that

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 199 of 560


got them from phytoplankton. The extent of redness varies among species: sockeye are the most red, followed by coho; pink and chum are much less red. There is also variation in redness among populations, especially in Chinook salmon. In all species, females transfer the red pigment from their muscle to their eggs and also to the skin at maturity. Males are typically redder at maturity because all their red pigment is transferred to the skin; the muscle of fully mature salmon is almost white.

It is not clear what function this red pigment plays in the lives of salmon. If being red is beneficial, why aren't all salmon equally so, and why aren't other fishes red as well? This seems to be a very deep question, linked to the evolution of anadromy, female parental care, large egg size, and egg burial in salmonids. Those interested in reading more on this topic might consider the very stimulating paper by Rajasingh et al. (2007). One hypothesis is that the antioxidant properties of the pigments improve survival rates of embryos. Craik (1985) reviewed the early literature on this subject and found the evidence mixed, but in at least some cases higher survival was observed in redder eggs than in pale ones. More recently, Tyndale et al. (2008) reported significant increase in survival and disease resistance in Chinook salmon embryos with high carotenoid concentrations. Chinook are a particularly puzzling species because some individuals have white muscle color and eggs. The proportion of these "white Chinook" varies among populations (Milne and Godfrey 1964; Hard et al. 1989), and the trait is under strong genetic control (Withler 1986; McCallum et al. 1987).

Putting aside the qualities of the eggs, most studies have been conducted on the environmental factors affecting survival, and especially the size of particles (silt, sand, and gravel). Particular attention has been focused on the effects of fine material (usually defined as particles less than about 1 mm in diameter). Such fine particles can fill the interstitial spaces of the egg pocket and reduce the flow of oxygenated water, although the fine particles do not reduce DO levels per se (Peterson and Quinn 1996). High embryo survival rates are observed in field and lab situations as long as the fine material does not constitute more than about 10% by weight of the gravel mixture or some related index of gravel size composition (Tappel and Bjornn 1983; Chapman 1988; Jensen et al. 2009). However, at about 15% to 20% fine material we see dramatic reductions in survival (fig. 8.4).

Much of the work on fine sediment and embryo survival was motivated by the observation that land-use activities and especially logging increased the proportion of fine sediment in the gravel. Some fine material is washed from exposed land surfaces after removal of trees, but much of it comes from the bare surfaces of unpaved roads and from landslides associated with logging roads. A long-term study of salmonid responses to logging conducted at Carnation Creek, a small stream on the west coast of Vancouver Island, showed a dramatic decrease in survival to emergence of embryos from pre-logging to post-logging periods. Coho salmon survival decreased from 29.1% to 16.4%, and chum salmon from 22.2% to 11.5%, and the reduction was attributed to increases in fine sediments (Scrivener and Brownlee 1989). Jensen et al. (2009, 352)




FIGURE 8.4. Inverse relationship between the amount of fine sediment (less than 0.85 mm in diameter) in the gravel mixture and the survival of Chinook salmon and steelhead embryos. (*Source:* Tappel and Bjornn 1983)

reviewed the literature and estimated that "on average, a 1% increase in percent fines < 0.85 mm will result in about a 17% reduction in the odds of survival."

In addition to fine sediment and low DO, the other main physical factor causing mortality of embryos is the movement of streambed gravel, often referred to as *scour*. At high water velocities, the gravel on the surface of the streambed starts to move. Not surprisingly, the finer particles are moved most easily and only high velocities move large rocks. The mobilization of particles depends on several physical factors, but scour can be deep enough to reach buried embryos (Lisle and Lewis 1992; Montgomery et al. 1996). The depth of the egg pocket is largely a function of the size of the female (see fig. 6.7), and the timing of floods depends on the hydrology of the region (e.g., winter rains in coastal areas or late-spring snowmelt in the interior). Indeed, gravel movement may be a fundamental constraint on the timing of reproduction and body size in salmonids (Montgomery et al. 1999). Only large-bodied salmonids can spawn in the fall because they bury their eggs deep enough to avoid loss from the common winter floods in lowland streams along the coastal rainforests. In higher elevations there may be scour to bedrock every year, so the only alternative is to spawn in spring (e.g., cutthroat trout) after the floods tend to occur. The effects of flows on survival are illustrated by data on sockeye salmon spawning in the Cedar River, near Seattle, Washington. The river is prone to flood in the winter, and years with high flows (peaks over 100 $m^3$ per second) were associated with lower survival (average = 6.6% survival) than years with lower flows (average = 22.0% survival: Washington Department of Fish and Wildlife annual reports to the City of Seattle).

High flows do not mobilize the entire streambed equally because velocities vary with topographical features of the stream. The tail-outs of pools are typically choice locations for redds when the river level is moderate because the water is forced down into the gravel as the pool shallows up and becomes a riffle. This delivers oxygenated water to the embryos buried below. However, these features also make such tail-outs vulnerable to scour during high flows, whereas riffles may experience less subsurface flow under ordinary conditions (and so be less desirable) but are also less vulnerable to scour under high flows. Female salmon are unable to know whether the upcoming season will bring floods or not, so they must choose redd sites based on what they experience when they are ready to settle. Depending on the level of flooding, survival may be highest in one habitat type or another (Rennie and Millar 2000; Schuett-Hames et al. 2000). This subject merits more work, especially because the tendency of streams to flood, at a given level of rainfall, is related to the delivery rate of water from the land; logging (Jones and Grant 1996) and urbanization (Moscrip and Montgomery 1997) can greatly increase the peak flows for the same rainfall.

The actual agent of mortality related to flooding may be displacement of the embryos from beneath the gravel to the flowing water of the stream, where they are easily eaten by fishes and birds. There is also mortality from physical shock during sensitive developmental stages. Embryos are quite resistant to shock for the first two days after fertilization. They are then vulnerable until the blastopore closes, about eleven days later (depending on temperature), but are later quite tolerant until hatching. Scientists have devised diverse and sometimes bizarre ways to test the tolerance of embryos, including dropping them from measured heights, squeezing them, or shaking them vigorously. These techniques all indicate that embryos are most vulnerable around 80 to 100 TUs. For example, Johnson, Chapman et al. (1989) incubated coho salmon at three different temperatures, and the mortality after exposure to mechanical shock always occurred at about 80 to 120 TUs (fig. 8.5). However, the effects of scour are not simply (or perhaps even primarily) from crushing embryos or wafting them into the water column to be eaten. Data from Carnation Creek revealed that flooding affected gravel quality, and that too affects the survival of embryos (Holtby and Healey 1986). In years with floods, gravel quality was lower, apparently because the fine sediment transported during high flows was deposited and intruded into redds as the flows subsided after the flood.

If scour does not occur and the size of the gravel is ideal, up to 80% of the eggs may survive to produce free-swimming fry. This typically only takes place in artificial spawning channels, where presorted gravel and regulated flows provide nearly ideal conditions. In these situations it is possible to clearly identify the other major cause of embryo mortality: physical disturbance from the digging of other females. Data for sockeye, chum, and pink salmon from the Weaver Creek spawning channel, British Columbia, showed that at low densities, survival was high (averaging 77.7% when there were fewer than 12,500 females spawning), but in years when more females




FIGURE 8.5. Survival of coho salmon embryos after experiencing a standardized mechanical shock at different stages of development, as indicated by the number of temperature units after fertilization when the shock took place. Note that the reduction in survival occurred at the same stage, regardless of temperature. (*Source:* Johnson et al. 1989)

spawned, the survival rate averaged 55.1% (fig. 8.6). Eventually, the carrying capacity was reached and further increases in the number of spawning females produced no additional fry or might even produce fewer fry if some disease or water quality problem affected them (Essington et al. 2000).

The reduction in fry production per female as density increases is generally viewed as a dominant feature of the population dynamics of pink and chum salmon because fry migration to sea frees them from the constraints of stream productivity that affect such species as coho and steelhead. Where it has been quantified, egg loss can be very high (Fukushima et al. 1998). Sockeye may be constrained by the capacity of the spawning environment or the rearing capacity of the lake, depending on the system. It is commonly assumed that the eggs of the first female are destroyed by the digging action of the second, especially if the second female is larger than the first (and so presumably could dig deeper). However, I am not aware of good evidence of this destruction, at the level of individual redds, and the consequences of redd superimposition for embryo survival need further investigation. Redd superimposition can also occur in the stream-rearing species (even though absolute densities of females are typically much lower than the other species of salmon) if the salmon are concentrated in the few suitable sites for redds (van den Berghe and Gross 1989). As indicated in Chapter 6, females tend to use redd sites previously prepared by other females more often than would occur strictly on the basis of physical suitability (Essington et al. 1998).

Density-dependent processes are not independent of physical factors such as scour and low DO affecting survival. As densities of adult salmon increase, some redd




FIGURE 8.6. Annual average egg-to-fry survival of sockeye salmon in the Weaver Creek Spawning Channel, BC, as a function of the total number of female salmon (mostly sockeye but some chum and pink). Each point represents the survival rate in a year. (*Source:* Essington et al. 2000)

superimposition will take place, but females are also forced to use inferior sites, where conditions may decrease offspring survival. All these density-related effects vary over the course of the run. The first females get their pick of sites but are vulnerable to superimposition by later females; the later females have fewer sites to choose from but have less risk of superimposition. It is also important to bear in mind that density-dependent mortality is greatly reduced by industrial fisheries that have operated for about a century (and much longer, if we include preindustrial fishing). Often about 50% and sometimes 70–80% of the adults surviving to maturity are caught before they reach the spawning grounds. Thus competition was probably a much greater factor in the evolution and dynamics of salmon populations than would be inferred from the densities commonly observed today. Data on the production of sockeye salmon fry in the Chilko River population (in the Fraser River system) reveal the general density-dependent pattern (fig. 8.7). At low densities there is an apparently linear increase in fry with increasing numbers of parents; the slope of this line is the population's "productivity." At higher densities the production tends to flatten as survival of embryos declines, indicating that the carrying capacity is being reached. However, variation in production is typical of such relationships for natural populations, as many factors affect survival.

A final consideration in egg-to-fry mortality and density dependence is disease, and a noteworthy example is the infectious hematopoietic necrosis (IHN) virus. The pathways of transmission are incompletely known, but this virus afflicts salmon, and especially sockeye, from the time of hatching to emergence from the gravel, or shortly




FIGURE 8.7. Annual production of sockeye salmon fry as a function of the number of parents in the Chilko River population, 1949–1981 (*Source:* Roos 1991). The line is based on a Beverton-Holt spawner-recruit model.

thereafter. It is a great concern in hatcheries, where the circulation of water among embryos at high density can rapidly spread the virulent disease. It is unclear how prevalent it is in nature, but major outbreaks affecting alevins and emerging sockeye fry occurred in the Weaver Creek spawning channel (Traxler and Rankin 1989) and in the wild Chilko River population (Williams and Amend 1976), suggesting that it may be important. The virus might occasionally cause high mortalities, then subside as densities dropped but remain in the system, ready for another opportunity to spread.

## Summary

Incubation rate is primarily a function of temperature (warmer water leads to faster development) and to a lesser extent DO (low levels retard development). Much of the mortality is caused by physical factors, notably the restriction in flow rate of oxygenated water by fine sediment, the physical displacement or damage from scour, or the intrusion of fine sediment in the aftermath of a flood that smothers embryos. These physical factors are indirectly affected by density because competition may force some salmon to use poor quality sites. Nest disturbance by females of the same or other species also causes direct mortality, though information on this process is surprisingly poor. Such *redd superimposition* may be an important factor in the patterns of age and size distribution of spawning within species (small females tend to spawn later than large females) and perhaps among species as well.

Given all the sources of variation among years and among sites, what are the overall rates of mortality from egg to emergent fry stages? I compiled a table of

average stage-specific survival rates of salmon species, based on reviews by Groot and Margolis (1991), Bradford (1995), and a variety of other sources reporting data on wild populations. Care must be used when interpreting these averages because some studies had much longer periods of record than others, and the methods varied greatly. Typically, the *potential egg deposition* was estimated for a given female or for a population from average or length-specific fecundity estimates. The number of surviving progeny was estimated from a trap over the individual redd or from the number of fry caught in the stream or migrating from it. Mortality after emergence can be difficult to separate from mortality in the gravel, especially if the fry are counted after some period or migration or residence. Notwithstanding these considerable methodological issues, what are the patterns? The species that spawn at high densities show lower average survival rates (pink: 11.5%; sockeye: 12.7%; and chum: 12.9%) than the species spawning at lower densities (coho: 25.3%; steelhead: 29.3%; and Chinook: 44.6%). The especially high survival rate for Chinook may also result from their large size (hence, their ability to dig deep redds) and their tendency to spawn in larger, deeper, and perhaps more stable rivers than the other species.

CHAPTER 9

# Alevin Movements, Emergence, and Fry Migrations

As we saw in Chapter 8, the timing of hatching depends primarily on temperature but also on dissolved oxygen (DO). Once the embryos have hatched, the alevins can breathe with their gills and they can also move. This stage of the life cycle takes place below the surface of the stream, so field observations are very difficult and laboratory studies are rather artificial. However, there are some interesting behavior patterns during this period, important factors affecting the utilization of yolk and alevin growth, and lots we do not know.

## Alevin Movements

In general, alevin movements have three phases. They first move deeper in the gravel after hatching, then move laterally through the gravel, and finally move upward and emerge when their yolk has been largely or entirely absorbed and they are fully formed fry. The orientation responses of alevins are described as tactic and kinetic movements. Tactic responses are directed movements with respect to some specific stimulus such as light or the flow of water. Positive phototaxis is an attraction to light, and negative phototaxis is an avoidance of light. These behavior patterns are innate, not learned, but they change over the course of development. Kinetic responses are undirected changes in activity in response to physical stimuli and tend to concentrate the organisms in areas with desirable conditions. For example, if alevins tended to remain still in dark areas and moved in an undirected manner in illuminated areas, they would become concentrated in the darker areas of their environment.

Alevins respond strongly to light but the reaction depends on the stage of development. Fast (1987) examined this by placing groups of chum, coho, Chinook, or steelhead alevins in an aquarium with dark and lighted sides and counting the number on each side. Immediately after hatching, the distribution of alevins was nearly random but there was a progressively stronger avoidance of light, reaching a maximum when the alevins had absorbed about 25% to 50% of their yolk, after which they became more tolerant of and even attracted to light (fig. 9.1). Under ordinary conditions these responses to light (shown by all species tested) tend to keep the alevins deep in the gravel where they are safe, rather than near the surface where




FIGURE 9.1. Percentage of alevins found on the illuminated side of an experimental tank, tested at different stages of development. (*Source*: Fast 1987)

they would be vulnerable. When their yolk is almost completely absorbed, they must become progressively more tolerant of light to function in the open water.

In laboratory studies, alevins move downward about 10 cm to 20 cm after hatching—for example, in coho salmon (Dill and Northcote 1970) and rainbow trout (Carey and Noakes 1981). The downward movement is inhibited by small particles, as the newly hatched alevin is encumbered by the large yolk sac attached to its belly. Later in development, alevins may move laterally and eventually upward to emerge from the gravel as fully formed fry. Interestingly, the initial downward movement and subsequent upward movement do not result merely from responses to light, although avoidance and later attraction to light would cause such movements. Newly hatched rainbow trout alevins moved down, then later up, regardless of light regime (Nunan and Noakes 1987). The alevins not only showed the full suite of responses when held in complete darkness, but they even did so when the tanks were illuminated from the bottom, when the scientists placed the downward orientation in conflict with the tendency to avoid light. Nunan and Noakes (1987) concluded that an innate sense of down and up, termed *geotaxis*, is the dominant process in orienting the vertical movements of alevins. How do alevins know which way is up? It is not merely a response to the direction of water flow, though alevins tend to swim into the flow of water. Recent experiments suggest that Earth's magnetic field may help guide the upward movement by emerging fish (Putman et al. 2018).

About a month after hatching, alevins are more active, and their mostly lateral movements are facilitated by larger gravel. At this stage, movement is positively

rheotactic (into the current of water), though immediately after hatching the alevins move downstream in high velocities (Fast 1987). Alevins are also sensitive to dissolved oxygen (DO) and carbon dioxide concentrations. Low DO levels stimulate early hatching to increase the scope for breathing, and alevins move to high DO concentrations. Fast (1987) built an experimental arena with two inlets of water (differing in DO) flowing into a gravel-filled trough. He placed chum, Chinook, and coho salmon and steelhead alevins in the lower section and recorded whether they moved toward one of two DO concentrations, differing by 4 mg per liter (6 vs. 2 mg/L, 8 vs. 4 mg/L, and 10 vs. 6 mg/L). Significant preference was shown for the higher concentration in all tests, but the preference was strongest at the lowest concentration (i.e., 6 was preferred over 2 mg/L to a greater extent than 8 over 4 mg/L and 10 over 6 mg/L). In addition to these directed movements, a buildup of carbon dioxide around the alevin induces what Bams (1969) termed *ventilation-swimming*—swimming in place to circulate water. Finally, if water flow ceases and conditions become unfavorable, the alevins begin undirected (kinetic) movements that tend to move them to more favorable conditions.

These adaptations for respiration are important because the embryos need oxygen and are initially close to each other. Fast (1987) reported oxygen consumption rates of about 1500 mg per gram of alevins per hour (using dry weight of alevin tissue, without yolk, at 8°C). As expected, oxygen consumption rates increased with temperature and also increased on an absolute basis as the alevins grew. Given these requirements, and the variation in DO among egg pockets, it is not surprising that the alevins have a series of adaptations related to breathing. The DO requirements of embryos may be one reason why females deposit their eggs in a series of pockets rather than all together.

Once the yolk is largely or entirely used up, there is a phase of upward movement combined with orientation into the water current. These advanced alevins are more tolerant of light than they are at earlier stages, but light still inhibits emergence and most fry emerge from the gravel at night (Godin 1982). For example, 84% of the sockeye fry emerged during the night from redds in the Brooks River, Alaska (Heard 1964). This site is close to 60° north latitude, and the peak of emergence was around June 15, near the summer solstice. At that time of year the days are more than nineteen hours long, so the night constitutes only about 20% of the twenty-four-hour period. The great majority of pink salmon emerged from simulated gravel redds at night, but later in the season the proportion that emerged during the day increased (Godin 1980); this was also the case with coho salmon fry (Mason 1976b). The subgravel phase ends when the fry emerge and first fill their swim bladder, enabling them to maintain neutral buoyancy.

## Alevin Development

The date of emergence depends on the rate of yolk absorption, which depends on temperature. At high temperatures metabolism is less efficient and the fry from a given

sized egg are smaller. Chinook salmon alevins incubated at constant temperatures showed progressive reductions in yolk conversion efficiency from 68% to 49%, in length from 42.2 mm to 38.3 mm, and in weight from 691 mg to 604 mg as temperature increased from 6°C to 12°C (Heming 1982, table 3). These differences may seem small, but they are more than enough to affect the outcome of territorial disputes or predator attacks on free-swimming fry. In addition to the effect of temperature on yolk conversion and fry size, there are other subtle but important factors. Bams (1969) presented a conceptual model to describe the energetics of alevin development (fig. 9.2).

We can think about this as the process of transforming yolk into baby salmon. The fertilized egg is tiny (just one cell, after all) and the yolk is large. Salmon eggs weigh about 0.1 g to 0.4 g before water hardening; trout eggs are a bit smaller. Until the alevin begins to feed (which it may do while still taking nourishment from the yolk), the sole source of energy comes from the yolk. Thus the yolk gets smaller (both before and after hatching) as the embryo gets larger. However, there cannot be a perfect transfer of mass from yolk to fish because some energy is used in metabolism (just staying alive) and so is not available for growth. If environmental conditions are good (dark, with a good flow of oxygenated water and no disturbance), the alevins are quite inactive, their metabolic rate is low, and much of the yolk is turned into fish. However, if they are active, more yolk is wasted fueling movement and less is available for growth. This seemingly obscure fact turns out to be quite important.




FIGURE 9.2. Conceptual model of the transfer of mass from yolk to fry during development, and the reduction of fry size with increased alevin activity. (*Source:* Bams 1969)

Scientists observed that fry incubated in hatcheries were often smaller than wild fry, even if the eggs were the same size. How could this be? Alevins have a *righting response*, meaning that they like to remain upright, with their yolk below them. Snuggled in the interstitial spaces with gravel all around them, they move little. However, if they hatch and find themselves in an artificial surface such as the flat trays commonly used in hatcheries, they fall over on their side. They struggle to right themselves and waste energy, especially if they are in a group because they bump into each other, creating more activity. Mead and Woodall (1968) incubated sockeye salmon from Weaver Creek, Cultus Lake, and the upper Pitt River (all in British Columbia) under hatchery conditions (flat troughs), in artificial spawning channels with gravel, and under natural conditions. For all three populations the hatchery-incubated fry emerged one to two weeks earlier and were significantly smaller (25% less in dry body weight) than the fry from the natural channels. The hatchery fry used their yolk more rapidly and less efficiently and so emerged smaller and earlier. The reduction in size of fry resulting from incubation under artificial conditions was sufficient to reduce their swimming performance and increase vulnerability to predators (Bams 1967).

As the alevins reach the final stages of yolk absorption, the yolk sac that once dominated their thin bodies is reduced to an ellipse of orange, like a slim football, on their ventral surface. When this is finally enveloped by their body wall, they are said to be *buttoned-up*. My image is that of a retired soldier struggling to button up his old military uniform, having added a few pounds since his discharge from service. It is common to see newly emerged fry with a bit of yolk showing on the belly, especially early in the emergence period (see photo 8.5). Late-stage alevins still nourished from the yolk can feed as well (Zimmerman and Mosegaard 1992; García de Leániz et al. 2000), even while still in the gravel. During this period the yolk does not seem sufficient to meet the alevin's energetic demands, and they lose weight by the time the yolk is fully absorbed. For example, Chinook salmon incubated in a laboratory at 6°C had a dry weight of 20 mg tissue and 140 mg yolk when they hatched (total = 160 mg), reached a maximum tissue weight of 112 mg with 9 mg yolk (total = 121 mg), and weighed only 75 mg when the yolk was completely gone (Heming 1982). During the late stages of development, alevins in streams would feed opportunistically below the surface of the gravel and so the weight loss might not be as extreme as occurs in laboratories.

The combination of intrinsic individual variation in developmental rate, variation in activity, and in environmental conditions (temperature, flow, and oxygen) experienced by embryos and alevins can result in considerable variation in emergence from a single redd. Mason (1976b) put alevin siblings into simulated redds ten days after hatching. Fry emergence spanned twenty days, although more than 75% of the fry emerged during the median ten-day period. As we will see, these differences in emergence date can have considerable consequences for the fry.

## Initial Migration of Fry

After emerging from the gravel, juveniles of some species (notably chum and pink salmon, and most sockeye; photo 9.1) migrate directly downstream. We will return to them in Chapter 12, but at this point only indicate that their migration is usually at night. The initial movements of stream-rearing fry such as coho salmon and rainbow trout (photo 9.2) at the moment of emergence are not well known. Most probably stay near the redd and try to find territories or disperse; the density would be so high that many must move away. Details on the movements of fry from specific redds



PHOTO 9.1. Newly emerged sockeye salmon fry at the edge of a small stream in Alaska. (*Photo:* Jason Ching)



PHOTO 9.2. Newly emerged steelhead fry in the Bogachiel River, Olympic Peninsula, Washington. (*Photo:* John McMillan)

would be of considerable interest but such information is limited. DNA data linking parents to fry indicated that coho salmon dispersed a median of 1.5 km and as much as 6.3 km from the natal site by mid- to late summer, including movement down the natal river and up a tributary (Anderson, Pess et al. 2013). Stream-type Chinook salmon fry showed a strong downstream dispersal tendency at emergence but soon became more sedentary (Bradford and Taylor 1997). This dispersal is not necessarily the rule for salmonids, as Atlantic salmon fry showed much less dispersal from natal sites (Foldvik et al. 2010). The extent of fry dispersal and the factors affecting it are not well known but merit more study; DNA parentage and otolith marking of embryos experimentally planted in the gravel would be appropriate techniques for such investigations.

Downstream migration is at night, and the fry do not drift but swim actively (Hartman, Strickland et al. 1962), although this might not be the case under very high flow conditions. During the day they may hold in shallow water nearshore. However, some populations migrate upstream, and they do so in the day rather than at night (Godin 1982). Upstream migration is essential for fish migrating to a lake to rear (typically sockeye salmon but also trout) if their parents spawned in the lake's outlet. For example, sockeye salmon fry migrate up the Chilko River to Chilko Lake (in the Fraser River system) in the day (Brannon 1972), as do fry migrating up the Babine River to Babine Lake in the Skeena River system (Clarke and Smith 1972). How do newly emerged fry decide which way to go? Their siblings are as inexperienced as they are, and no parents or older juveniles are there to lead them. Similarly, many trout populations exist above waterfalls. Downstream migration by fry might lead them to favorable feeding areas below the falls but they could never get back, so the populations only persist if enough juveniles hold position against the current or move upstream.

Studies on sockeye salmon from several different lakes with inlet and outlet spawning populations, and on inlet and outlet populations of Yellowstone Lake cutthroat trout (Bowler 1975; Brannon 1972; Raleigh 1971; Raleigh and Chapman 1971), and rainbow trout (Kelso et al. 1981) all revealed strong genetic control over the tendency to swim upstream or downstream, as needed to reach their respective lakes. For example, sockeye fry emerging in the Chilko River migrate upstream to rear in Chilko Lake, whereas fry emerging in the Stellako River migrate downstream to rear in Fraser Lake. Brannon (1972) designed an artificial stream and tested fry by placing them in the middle and seeing how many moved to traps at the upstream and downstream ends. When tested in the field, Chilko River fry swam upstream and Stellako River fry swam downstream. To tease apart the roles of genetic and environmental factors, Brannon fertilized eggs and incubated embryos for laboratory experiments. In addition to pure Chilko and Stellako fry, he produced hybrids between the two and also used fry from Cultus Lake, where sockeye spawn on lake beaches and so the fry need not migrate to reach their lake. In experiments with

about 5000 fry per group, 91% of the Chilko fry migrated upstream, only 12% of the Stellako fry migrated upstream, and their hybrid offspring showed an intermediate response (49% upstream), demonstrating genetic control over the trait. Cultus Lake fry showed an indifferent response to current (53% upstream), so all the experimental groups behaved as would be appropriate for their ancestral situation.

Brown trout populations from inlet and outlet populations also differ in responses to water flow (Jonsson et al. 1994), and grayling from populations living in a stream and those migrating to a lake also responded differently to flowing water in experiments (Kaya 1991). Finally, rainbow trout populations living above and below waterfalls differed in responses to flow, as would be needed to maintain the population above the falls (Northcote 1981). It is therefore clear that the behavior of newly emerged fry is under strong genetic control, facilitating the transition between life in the gravel spaces as alevins and life as free-swimming fry in streams and lakes.

The sockeye salmon fry from outlet populations tend to swim upstream to reach the lake where they will feed, but the orientation is even more complex than this. Brannon (1972) pointed out that the upstream migration toward the lake may bring fry into contact with water from a tributary of the river, and migration up that water source would lead to progressively less suitable habitat for the fry. For example, Chilko River sockeye fry must bypass Madison Creek on their way up to Chilko Lake. Tested in the experimental arena, 84% of the fry moved upstream (as expected) in water from the river draining the lake, but only 5% migrated upstream when tested in water from Madison Creek. This suggested that some odor or other clue indicated the presence of the lake and triggered upstream swimming, or the absence of some clue discouraged the fish from ascending the tributary. Subsequent experiments indicated that fry were more attracted to the water source in which they have been incubated than to unfamiliar water. This response would assist fry in swimming upstream toward a lake because those odors would be the dominant ones experienced by alevins during incubation. Moreover, Chilko Lake fry, incubated on either creek or lake water, were more attracted to lake water than creek water. Subsequent experiments with Lake Washington sockeye fry also indicated a preference for lake water (Bodznick 1978). Perhaps the scent of zooplankton, juvenile sockeye salmon, or some other chemical trace indicates the presence of a lake and stimulates upstream swimming. Given the need for the millions of sockeye salmon fry to find food, and their morphological and behavioral adaptations for life in lakes, any fry failing to find the lake might be quickly culled.

## Summary

Newly hatched alevins are not competent to swim in streams and would find harsh conditions if they emerged. Their initial responses are to wriggle downward through the interstitial spaces in the gravel of the stream or lake and then to move little if

conditions are good, or disperse if they are not. They orient toward flowing water, away from light, and toward higher concentrations of dissolved oxygen. Otherwise, alevins are inactive, making most efficient use of the yolk provided by their mothers. As the yolk is metabolized, the organs develop, and there is a period when some yolk remains but the digestive tract is functional. Fry can emerge at this stage, and premature emergence may be triggered by stressful conditions. The fry typically emerge from the gravel at night and take up residence in the stream or migrate from it. There is a high degree of genetic control over the migratory behavior of newly emerged fry and their responses to flowing water, revealed by experiments in several different species.

CHAPTER 10

# Salmon and Trout in Streams

Most salmonid species spend some time in streams, either as juveniles before they migrate to sea or to a lake, or for their entire lives in the case of many trout and char populations. Consequently, there are countless scientific and popular books and papers on salmon and trout in streams. In an effort to present something meaningful but not overwhelming, I briefly consider some physical and biological attributes of streams relevant to salmonids, although the diverse temperature and flow regimes, prey, competitors, and predators require many generalizations. There are rainbow trout in dry areas of Mexico, Dolly Varden in coastal rainforests, Chinook salmon in the mountains of Idaho or the upper reaches of the Yukon River, and so forth. I take two approaches to this period in salmonids' lives: one considering whole populations and one considering individual fish. These approaches yield complementary insights by posing questions at two different scales. What determines the productivity of streams for salmonid populations, and what determines the distribution, movements, growth, and survival of individual fish?

## Physical Characteristics of Streams

Throughout the world, streams share certain similar features, derived from basic physical principles, to which the fishes and other organisms have adapted. Perhaps the most fundamental feature of a stream is its flow regime: the seasonal pattern in average discharge and the variation around the average. Many salmonids occupy coastal streams, which are mostly rain-fed and have peak flows in winter. There are also streams in the interior and north, primarily fed by melting snow, with peak flows in late spring and early summer. There are, of course, streams draining areas with intermediate elevations, with flows showing mixtures of winter rain and spring-summer snowmelt effects, as illustrated by some examples in Washington (fig. 10.1). Flow regimes influence the dynamics and movement of salmonids, but the patterns are complex and depend on the local backdrop of conditions and life-history stage of the fish. Low flows in summer may limit some populations in dry areas (see examples in this chapter), but snowmelt floods in the interior can also reduce densities (Latterell et al. 1998). In temperate coastal streams, high winter flows may drive fish from the main channel but give them to access wetland refuges that were inaccessible in summer (Peterson 1982a).




FIGURE 10.1. Flow regimes of four rivers in Washington, illustrating the range of seasonal patterns related to water sources: the Chiwawa River, east of the Cascade Mountains, is snowmelt dominated; the Cedar River, in western Washington, has a mix of snowmelt and winter rain; the south fork of the Skokomish River is dominated by rain with some snowmelt; and Kennedy Creek in south Puget Sound depends on winter rains. The flows have been adjusted so the annual average of each is 1 to facilitate comparison. (*Source:* Data and graph courtesy of Jeffrey Shellburg; Gibbins et al. 2008)

The streams inhabited by salmon and trout are parts of riverine networks that initiate with primary water sources up in the mountains, combining to form progressively larger rivers at lower elevations. As rivers flow from the mountain ridge to the ocean, their gradient typically diminishes and the volume increases. The gradient and volume of water, in the context of the landscape, determine the shape of the stream channel. At steep gradients and high elevations the channel is often confined by a narrow valley, characterized by boulders and large woody debris, flowing as a cascade. As the gradient lessens and the valley widens, the stream's shape changes (Montgomery and Buffington 1997). High-gradient streams are characterized by erosion, whereas those of intermediate and low gradient have progressively more transport and deposition, and in estuaries deposition is the dominant process. Larger rocks are deposited first, smaller particles are transported farther, so the substrate size varies with gradient and water velocity. Gradient can exert a crucial role in salmonid distributions because habitats are not equally suitable for spawning and rearing by all species.

When water flows down a slope, it tends to meander rather than flow in a straight line; however, its path is also affected by the structural elements in the stream, notably boulders and large woody debris (LWD or, alternatively, large organic debris or coarse woody debris). The LWD found in many streams increases habitat complexity

by creating areas with different depths, velocities, substrate types, and amounts of cover. Streams with more LWD tend to have more pools and larger pools, and have more diverse physical conditions than streams with more limited woody material. The influence of the wood is affected by the size of the stream and the type of channel (Bilby and Ward 1989; Montgomery et al. 1995). Because salmonid species and age groups differ in habitat preferences (more on this below), the more complex the stream the higher the abundance and diversity one typically finds, although conditions that benefit one species may be less suitable to another.

Temperature is also a critical feature of streams, affecting the distribution and performance of fishes and the rest of the aquatic community. Water gains and loses heat slower than air, so stream temperatures tend to follow local air temperatures but fluctuate less than the air (Beschta et al. 1987). Thus streams do not get as warm nor as cold as the air around them and lag behind air temperature changes. The shallower the stream, the more closely it tracks air temperature. As one moves downstream from shallow trickles in mountain headwaters to deep rivers at low elevations, average temperatures tend to increase and the daily and seasonal variation tend to decrease. In addition to air temperature, the main factor affecting stream temperatures is solar radiation. Streams exposed to the sun heat up faster, but they may also lose heat more rapidly at night without a canopy of trees. Removal of trees can therefore affect stream temperatures both by affecting local air temperatures and by increasing incident radiation and heat loss. The heavy canopy over small streams can reduce the magnitude of temperature fluctuations that the shallow water would otherwise experience.

Streams differ fundamentally from lakes in the problems and options they present to fishes. Lake temperatures change gradually over the year and have negligible changes from day to night but are often stratified from the surface to deep water (more on this in Chapter 11). Streams are more mixed vertically but change more rapidly. Intolerable or undesirable stream temperatures can be mitigated by the influence of groundwater. This water, either entering the stream from the adjacent ground below the surface or flowing downstream through gravel bars or islands, tends to equilibrate with the ground, which loses and gains heat slower than water. Groundwater temperatures approximate the local mean annual air temperatures, being about 10°C in coastal Washington, warmer to the south, and cooler to the north (Meisner et al. 1988). Consequently, groundwater is usually cooler than river water in summer and warmer in winter, and can provide a critical refuge for adults and juveniles. Matthews and Berg (1997) reported that rainbow trout used such thermal refuges in southern California, but the ground water was also lower in dissolved oxygen (as is commonly the case), so the fish had to balance the stresses from high temperature and low oxygen levels in the different habitats.

One can view the physical and biotic attributes of streams as consequences of location along the continuum from the headwaters to the sea. Streams are categorized by order; first-order streams are the primary channels, joining to form second-order

TABLE 10.1. Generalized attributes of river systems along a continuum from small (low-order) to large (high-order) streams. (*Source*: Derived from Vannote et al. 1980)

| Attribute | Progressive changes with increasing stream order |
|---|---|
| Elevation and gradient | High to low |
| Stream size | Narrow, shallow, and fast to wider, deeper, and slower |
| Temperature | Low and variable to warmer and less variable |
| Substrate | Coarse (cobble and boulders) to finer (gravel and sand) |
| Tree canopy | Less of the stream under canopy, more sunlight |
| Primary production | Shift from leaves and needles dropping in to algae on rocks |
| Insect community | Insects shredding leaves, to species grazing on algae, and species collecting or filtering fine organic material |
| Salmonids | Nonanadromous cutthroat trout to steelhead and coho salmon, to Chinook, pink, and finally chum salmon in the lowest elevations |

streams, and so on in an open-ended system. In their classic paper "The River Continuum Concept," Vannote et al. (1980) proposed that intrinsic physical processes related to gradient and elevation control primary production, consumers such as insects, and fish communities (table 10.1). This perspective is very useful, but it is also important to consider finer spatial scales. Fish are not uniformly distributed throughout streams of a given order. Rather, differences in density and species composition are commonly observed among the three primary types of habitat units: riffles, glides, and pools. At still finer spatial scales, within these habitat units we can measure microhabitat features (e.g., depth, velocity, and substrate) at the specific location where individual fish are found and observe variation with fish species and size. Thus the salmonid community often changes as one moves upstream, but the locations where individuals actually feed or breed are also affected by local features.

## Salmonid Populations in Streams

Salmonids are saddled with what I call the *egg-fry conflict*. The ideal environment for incubating embryos is cold, well-oxygenated, and sterile, but fry need food and warmer temperatures for growth. Some salmon resolve this conflict by leaving for the sea (pink and chum) or a lake (sockeye), but most salmonids make do with stream habitats for a few months or years before migrating, or they spend their whole lives in rivers. The capacity of a stream for incubating embryos is far greater than its capacity for sustaining juveniles, so the stream-rearing species are much less numerous than are pink, chum, and sockeye. Thus the stream-rearing species generally have lower densities of spawning adults, higher survival rates of eggs to emerging fry, and considerable reduction of the population in the stream after emergence. At a population

level, this means that the rearing space and food for juveniles, rather than space for spawning, limits the production of smolts. At an individual level, the fish compete for food by establishing and maintaining feeding territories that are large enough for the fish to intercept enough food drifting on the stream's surface or in the current to allow them to thrive and grow. I first take up the population-level patterns, then discuss the perspective of individual fish, and finally unite the two perspectives.

The distribution patterns of juveniles are determined by broad, species-specific habitat requirements for breeding and rearing, by preferences for physical habitats, and by competition with other fishes, especially other salmonids. Juvenile ocean-type Chinook salmon (photo 10.1) are usually found in the lower reaches of medium-to-large rivers from the southern end of their distribution north to about 56° latitude (Taylor 1990a). At higher elevations and in the northern areas the stream-type dominates. Where the two types overlap, stream-type adults tend to spawn in smaller streams and the juveniles rear there, whereas ocean-type tend to spawn in larger rivers (Myers et al. 1998). Ocean-type Chinook tend to emerge earlier in the spring and grow for a few months in the river or while moving downstream, whereas stream-type Chinook establish feeding territories (Everest and Chapman 1972) and remain in rivers through the winter, during periods of low temperatures and flows. Steelhead (photo 10.2) may be found from coastal areas to the interior, typically spending one to three years in streams (Busby et al. 1996). Coastal cutthroat trout (photo 10.3) may spend their whole lives in streams or migrate to marine (or lake) habitats after several years in the stream.

Coho salmon (photo 10.4) generally spawn in smaller streams than Chinook do. From California to British Columbia most coho spend a year in fresh water prior to seaward migration, but more often two years in Alaskan streams (Weitkamp et al. 1995). Coho commonly co-occur with steelhead and cutthroat trout and are often



PHOTO 10.1. Newly emerged Chinook salmon fry. (*Photo:* Richard Bell, University of Washington)



PHOTO 10.2. Juvenile steelhead, Sol Duc River, Olympic Peninsula, Washington. (*Photo:* John McMillan)



PHOTO 10.3. Coastal cutthroat trout, Bogachiel River, Olympic Peninsula, Washington. (*Photo:* John McMillan)



PHOTO 10.4. Juvenile coho salmon, with dorsal and anal fins erect in a territorial display, Scott Creek, California. (*Photo:* Morgan Bond)

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 221 of 560



more numerous than the trout. For example, smolt trapping at Big Beef Creek, a tributary of Hood Canal, Washington, yielded 93% coho salmon, 5% steelhead, and 2% cutthroat trout (David Seiler, Washington Department of Fish and Wildlife, unpublished data). Smolt traps might underestimate the trout if they do not all go to sea, and so studies often involve people with masks and snorkels counting the fish in the stream or collecting them with electrofishing gear (photo 10.5). Surveys of fourteen streams in coastal Oregon revealed an average of 66% young-of-the-year coho, 31% age-1 steelhead, and 3% age-1 cutthroat (Reeves et al. 1993). However, eight of the Oregon stream communities were overwhelmingly (more than 80%) coho, four had mixed communities (from 63% coho and 36% steelhead to 30% coho and 66% steelhead), and two streams had over 90% steelhead. Hicks and Hall (2003) sampled salmonids in ten streams along the Oregon coast and found predominately coho salmon in lower-gradient streams with lots of pools, whereas higher-gradient streams with more riffles had fewer coho but more steelhead and cutthroat. Thus the relative abundance of the species reflected interactions among geology, gradient, and habitat type (table 10.2). The relative abundance patterns change in California, where coho salmon are often less numerous and more restricted in range than steelhead (Shapovalov and Taft 1954).



PHOTO 10.5. Backpack electrofishing equipment, used to sample fish in small streams. (*Photo:* Thomas Quinn)

Plaintiffs' Exhibit 09 Quinn (2018) 221 of 560

TABLE 10.2. Density of juvenile coho salmon, steelhead, and cutthroat trout in six high-gradient (mean = 24.2 m/km) and four lower-gradient (mean = 10.8 m/km) streams along the Oregon coast (*Source*: Hicks and Hall 2003). Trout in their first year of life (age-0+) could not be distinguished to species, but those in their second year of life (age-1+) could.

| | Density (fish/m$^2$) | | | |
|---|---|---|---|---|
| Stream gradient | Age-0+ coho | Age-0+ trout | Age-1+ steelhead | Age-1+ cutthroat |
| High | 0.03 | 0.49 | 0.10 | 0.03 |
| Low | 0.46 | 0.14 | 0.03 | 0.01 |

Better data are available on coho salmon abundance and production than most salmonids, so let's focus on them for the moment. The first question might be, what controls fish abundance, which might be measured as the number of smolts produced by different streams? Marshall and Britton (1990) surveyed the literature and found a linear relationship between the number of coho smolts produced and the length of the stream. One might think that stream area would be more important than length, but probably in larger rivers there is unsuitable habitat in the middle, so the productive habitat along the edges is better estimated by length. Bradford et al. (1997) increased the sample to ninety-eight rivers from Alaska to California and the results again showed the relationship between stream length and number of coho salmon smolts, averaging 1952 smolts per kilometer (fig. 10.2).

It is hardly surprising that larger streams produce more fish than smaller streams, but what determines productivity besides size? Sharma and Hilborn (2001) obtained data on the number of coho smolts produced by different rivers, as well as data on various habitat features hypothesized to affect production. The two clearest patterns pertained to gradient and slow-water habitat. Streams with low gradient and with a large area of pools and ponds produced more smolts than streams of similar length that were steeper and had less slow-water habitat. These attributes, of course, are not independent. Streams with low gradient, in broad valleys, are likely to have more pools in the stream and more ponds connected to it than high-gradient streams in steep valleys.

The variation in coho smolt production among streams is related to stream size and habitat quality, but what controls the variation among years within a single stream? The obvious answer is the number of spawning adults. Clearly, if there are no adults there will be no smolts, and at low densities there may be a linear relationship between the numbers of parents and smolts. The slope of this line is referred to as the population's productivity, and it varies among streams. However, at some point the carrying capacity of the stream is reached, and no more smolts are produced from additional adults. Long-term monitoring of the adult coho salmon returning to Big Beef Creek, a tributary of Hood Canal in western Washington, and the smolts




FIGURE 10.2. Number of coho salmon smolts produced from streams of different lengths from Alaska to Oregon but primarily from British Columbia and Washington. (*Source:* Bradford et al. 1997)

produced by that cohort of adults shows this pattern (fig. 10.3). The number of smolts rises with the number of females until there are about five hundred females in the stream, but beyond that there is little if any increase in the number of smolts produced by greater numbers of females. Bradford et al. (1997) listed this stream as 16.4 km long and it averaged 27,802 smolts each year, for an estimated 1695 smolts per kilometer of stream—quite typical for the streams Bradford and colleagues analyzed.

What controls the number of smolts produced, once a sufficient number of adults return to spawn? Smoker (1955) pointed out that the commercial catch of western Washington coho salmon in one season showed a very strong, positive correlation with the flow of water in the region's rivers during the summer two years earlier, when those coho would have been feeding in streams as juveniles. He reasoned that the limiting factor was rearing space that would shrink with low flows, resulting in poor growth or survival of juveniles. Subsequent analysis confirmed this pattern (Mathews and Olson 1980). Consistent with this idea, more smolts tend to be produced in some streams after wet than after dry summers. For example, I obtained data on flow in Big Beef Creek, in western Washington, and counts of wild smolts were provided by Joseph Anderson of the Washington Department of Fish and Wildlife. The twenty wet years (stream flows averaging at least 0.1 $m^3$/sec over the driest forty-five-day




FIGURE 10.3. Numbers of spawning female coho salmon, and smolts produced by them in Big Beef Creek, in western Washington. (*Source:* Washington Department of Fish and Wildlife data from annual reports, provided by Joseph Anderson)

period) produced an average of 32,078 smolts, compared to only 22,438 smolts in the seventeen dry years with lower flows.

This "summer low flow" control has also been seen in other Washington coho salmon streams (Beecher et al. 2010) and in juvenile steelhead in California (Grantham et al. 2012). However, this does not mean that all populations are limited by summer low flows. Experimental manipulation of winter rearing habitat increased densities of juvenile coho in a coastal Washington stream (Cederholm et al. 1997), and coho, steelhead, and cutthroat trout in Oregon (Solazzi et al. 2000). Moreover, high flows were associated with low survival of coho salmon over the winter in several California streams (Gallagher et al. 2012), and summer high flows reduced production of juvenile Chinook salmon in Alaska (Neuswanger et al. 2015). The interactions between the stream habitat, flow regime, and fish life history cause these complex patterns, but the main point is that there is commonly some physical habitat limitation during freshwater rearing.

## Foraging and Territorial Behavior

To understand the underlying relationships between habitat attributes and salmonid density at the population level, it helps to consider the behavior of individuals in streams. Fish need food and space, and their behavior shifts seasonally with the changing availability of these two linked requirements. In early spring, newly emerged

fry may school in the margins of the stream, either to avoid predatory fish in the deeper water or to avoid high flows, and the fry grow rapidly. Growth rates may be slower in summer (fig. 10.4), when territorial behavior becomes more important, and densities decline rapidly. In the late summer, flows are low in coastal streams, limiting space, and the high temperatures and reduced food can result in slow growth or even weight loss. These factors may explain the correlation between summer low flows and smolt production mentioned above. When fall rains increase flows, coho often move from the main channel of the stream to off-channel ponds, sloughs, and wetlands that might not have even been accessible during the summer. Space is probably not limiting because area is increasing and the population has been thinned during the summer. In some cases, growth can be good during the winter and accelerates rapidly in spring prior to seaward migration.

Drifting aquatic insect larvae are the primary food of stream salmonids, although adult stages and terrestrial insects are taken at the surface, and other invertebrates—such as amphipods ("scuds"), crayfish, and worms—are eaten as well. For example, Martin (1985) sampled coastal cutthroat trout in a small Washington stream and found that aquatic insects made up 87–90% of the diet by number and 71–93% by weight. Larger fish tended to eat larger prey, but there was considerable diet overlap (hence, presumably, competition) among the different ages, and almost all prey were less than 6 mm. There are a number of important insect taxa for fishes, including mayflies (Ephemeroptera), caddis flies (Tricoptera), stoneflies (Plecoptera), and true flies (Diptera). Each of these orders includes a great many species, and the ecology of




FIGURE 10.4. Average weights of juvenile coho salmon from emergence to smolt transformation in Huckleberry Creek, Washington (samples from several years combined). (*Source*: Fransen et al. 1993)

aquatic insects is fascinating topic, but the size and complexity of the literature make it beyond the scope of this book.

The availability of terrestrial and aquatic invertebrates and other prey varies seasonally. Nakano and Murakami (2001) reported peaks of terrestrial insects in streams from July through September, whereas aquatic insect biomass peaked from December through July. The authors used the term *reciprocal subsidies* for the interaction between terrestrial and aquatic food webs. Consistent with this pattern, Wipfli (1997) reported greater reliance on terrestrial invertebrates in midsummer compared to late spring and early fall in southeastern Alaska streams. Trout in coastal Oregon (Li et al. 2016), and Chinook and coho in south-central Alaska (Rine et al. 2016), also consumed proportionally more terrestrial prey in summer. In addition to seasonal changes in the invertebrate community, the stream-rearing salmonids in the coastal region have access to drifting eggs and other food from decaying salmon in the fall. This highly seasonal but quite predictable source of energy was mentioned in Chapter 7, but it is difficult to overemphasize the importance of eggs and other salmon-derived sources of nutrition for juvenile and adult salmonids. This food source would have been much more available in the past, prior to industrial-scale fishing, the declines of many salmon runs, and habitat lost to impassable dams. Juvenile salmonids such as coho salmon can consume sockeye salmon eggs once they reach about 60 mm to 70 mm long (Armstrong et al. 2010), and eggs often dominate the diet when they are available. Indeed, much of the annual energy input for salmonids often comes from salmon eggs, especially in northern latitudes (Scheuerell et al. 2007; Rinella et al. 2012; Jaecks and Quinn 2014). Jaw shape varies a bit among species; for example, Arctic char have wider jaws and larger heads than Dolly Varden of the same size, so can more readily eat eggs (Dennert et al. 2016). However, all salmonids quickly grow large enough to consume eggs, and do so whenever possible.

Other than eggs, the primary prey of juvenile and even many adult salmonids in streams are the larval stages of aquatic insects that drift downstream (fig. 10.5). These larval insects are normally benthic—crawling on the bottom, feeding by scraping algae off rocks, shredding leaves and other organic matter as food, or catching prey. The drift of these insects results from three main processes (Waters 1972). First, there is a low level of drift that occurs more or less continuously, called *constant drift*. Second, there is *catastrophic drift*, caused by disturbance that knocks the insects into the water column. This would typically be caused by high flows, but the digging by female salmon also dislodges insects and causes them to drift and become ready prey for small fish (Peterson and Foote 2000). The third and most important form of drift is *behavioral drift*: it seems to result from the feeding, predator avoidance, or other behavior of the insects (Waters 1972). In an outstanding recent review of invertebrate drift in streams, Naman et al. (2016) merged the first two categories of drift (constant and catastrophic) into what they called *passive* as distinguished from *active* drift, essentially the same as behavioral drift, related to predator avoidance,



FIGURE 10.5. Generalized feeding by trout on drifting insects in a pool downstream of a rock. The rock has larval caddis flies, in cases, and mayflies. A larval mayfly drifts downstream, and adult mayfly (left) and caddis fly (right) emerge from the stream's surface. (*Source:* Artwork by Jason Ching, based on Naman et al. 2016)

foraging, movement in response to unfavorable environmental conditions, lack of food and space, and so on. Passive drift is more or less random but behavioral drift is not, occurring predominantly at night rather than during the day. The fish need enough light to see their prey, so dawn and dusk are often key feeding periods for fish in streams, although they feed all day long if they can.

In general, salmonids (like all animals) must balance the energy gained from food against the cost of acquiring it. Insects drift in the current, so the fish orient upstream and hold positions from which to capture their prey. This presents the fish with a dilemma. Less energy is required to hold position in slow-moving water but few prey items drift by, whereas in faster water more food will be delivered but it takes more energy to hold position there and the prey may drift by so fast that it is difficult to catch. Detailed observations reveal that trout feed in particular places, characterized by depth, velocity, distance to cover, and other features (Jenkins 1969; Bachman 1984). This is common knowledge to fishermen, who observe that fish are not randomly distributed in the river. For example, detailed observations revealed that adult brown trout in New Zealand streams tended to occupy sites with intermediate depths and water velocities—avoiding the shallowest and deepest water, while also avoiding the slowest and fastest velocities (Shirvell and Dungey 1983). The prime feeding position was about 65 cm deep in water flowing at 27 cm/sec, but the combination of depth and speed was more important than either feature alone. Further studies confirmed



PHOTO 10.6. Bull trout occupying a feeding station downstream of a rock, with mountain whitefish behind, in the Hoh River, Olympic Peninsula, Washington. (*Photo:* John McMillan)

these patterns and also showed that brown trout favored feeding sites near large rocks providing velocity shears (Hayes and Jowett 1994). Other salmonids such as bull trout (photo 10.6) and cutthroat trout (photo 10.7) also position themselves behind rocks as foraging stations.

Fausch (1984) conceptualized this dilemma between the best place to hold and the best place to intercept food, proposing that fish seek positions in the stream that maximize what he called the "net energy intake"—minimizing energy expended and maximizing feeding opportunity. The fish do so by holding in slow-moving water near areas with faster flow and quickly intercept prey drifting by. Fausch showed that fish competed for the most profitable positions, and the quality of the territory (in terms of estimated net energy intake) was correlated with fish growth. This model was the basis for a great deal of research on drift-feeding in streams, much of it recently reviewed by Fausch (2014).

Detailed studies in aquaria using video revealed the positions of drifting prey, in three dimensions, attacked by juvenile coho salmon (Dunbrack and Dill 1984). The coho, in the middle of the water column, attacked prey in front of them and to the side but seldom behind them, and more often above than below. Hughes and Dill (1990) built on these earlier studies and developed an elegant, simple model for drift feeding fish. The fish faces upstream, holding station, and food comes drifting toward it. There is a maximum distance the fish can see prey, which they called the "reaction distance," and a distance beyond which the fish cannot catch the drifting prey, which they called the "maximum capture distance." An insect that drifts downstream



PHOTO 10.7. Coastal cutthroat trout occupying a feeding station behind rocks in the Calawah River, Olympic Peninsula, Washington. (*Photo:* John McMillan)

straight toward the fish is readily detected and captured. However, if the insect is off to the side, at the periphery of the reaction distance, it may pass the fish by the time it is detected, and so often cannot be captured. Consequently, the faster the water flows, the narrower the swath of water the fish can effectively use. The fish sometimes turn and capture prey by moving downstream in lab (Dunbrack and Dill 1984) and field settings (Hughes et al. 2003), but for the most part they orient upstream and capture prey that comes to them. As illustrated in figure 10.6, fish in riffles have smaller detection and reaction volumes and are less able to capture prey that have drifted past them compared to fish in pools.

Not surprisingly, fish tend to eat larger-than-average prey, given the range of what is available to them. For example, rainbow trout in experimental channels almost never ate the very abundant but small springtails (Collembola—insectlike invertebrates), eating instead the larger but much scarcer mayflies, caddis flies, and midges (Chironomidae). Even within these taxa, the drifting insects averaged 2–3 mm long, but those eaten by trout were 4–6 mm (Bisson 1978). Similarly, most of the drifting insects eaten by large, brown trout in a stream were 6–9 mm long, and they ate none less than 4 mm, even though the drift was dominated such small insects (Hughes et al. 2003). Rainbow trout also ate larger prey than the average in the drift (Angradi and Griffith 1990), so this is a general pattern. Importantly, not everything drifting downstream is edible; even water that seems clear to the human eye, looking down from the surface, has a lot of fine organic debris (tiny bits of leaves, bark, silt, etc.) in the water column. The fish must discriminate against such debris yet also not allow




FIGURE 10.6. Side and top views illustrating trout feeding on prey drifting downstream in a pool (a) and a riffle (b). Water flows from right to left; the larger, upstream shape indicates the three-dimensional volume in which prey are detected, and the smaller shape, closer to the fish, indicates the volume in which prey are captured. (*Source:* Artwork by Jason Ching, based on concepts in Hughes et al. 2003, with further input from John Hayes)

too many insects to get by them or they go hungry. For very small fish, which can only eat small prey and have limited swimming capacity, this is especially challenging.

Drifting prey are sufficiently scarce that fish may establish and defend feeding territories in the stream in order to intercept enough food to maintain themselves and grow. Territoriality is characteristic of stream resident salmonids (see photo 10.4), although the behavior is not displayed by all individuals or at all times, and sizable aggregations are seen (photo 10.8). A territory gives the resident access to the insects dropping on the surface or drifting into it. If the territory is too large, insects may drift by at the periphery and be unobtainable. Moreover, defending a large territory requires energy, reduces the amount of time available for foraging, and might also increase the risk of predation. Thus territories shrink when food is plentiful (Mason 1976a; Dill et al. 1981). However, when food is limited and space is defensible, territorial behavior is common. As the fish grow larger they need more food, hence larger territories. For example, salmonids 3 cm, 5 cm, 10 cm, and 20 cm long occupy territories about 0.02 $m^2$, 0.08 $m^2$, 1 $m^2$, and 3 $m^2$, respectively (Keeley and Grant 1995). As Grant et al. (1998) pointed out, many fry emerge from redds. Their density is reduced by mortality but growth increases the food requirements of the survivors. If density is adjusted for the size and territorial requirements of the fish, the *percent habitat saturation* may remain largely constant over the seasons in streams. Sampling in three California streams provided a good example of this phenomenon as the density



PHOTO 10.8. Group of nonterritorial coho salmon and two steelhead on the right side, in the Hoh River basin, Olympic Peninsula, Washington. (*Photo:* John McMillan)

of coho salmon and their average size were estimated for a cohort in July, October, and March (Gonzalez 2006). In all three streams, density decreased markedly, from 1 fish per $m^2$ in July to 0.7 in October to 0.1 in March, as the fish grew from 1.7 g to 2.6 g to 5.6 g (fig. 10.7).

Contests for territories are settled by stereotyped displays, emphasizing the black and white margins on the fins and the size of the fish (see photo 10.4), though outright attacks also occur. The dominant fish maintains its position in the water column and the submissive fish lowers its fins, darkens its colors, and retreats. Not surprisingly, bigger fish tend to dominate smaller fish, and a disparity of only 5% in body weight




FIGURE 10.7. Reduction in average density of juvenile coho salmon in three California streams, July–March (a), and associated increase in mean weight (b) of the remaining fish. (*Source:* Gonzalez 2006)

conferred significant advantage in steelhead fry (Abbott et al. 1985). However, the advantage of size can be offset by territorial possession; residents may resist eviction by larger intruders (Rhodes and Quinn 1998). Thus the parents affect the prospects of their offspring in several ways. Fry from large eggs are larger than those from smaller eggs. When given abundant food, such as in hatcheries, this size advantage is not maintained and the small fish catch up (Heath et al. 1999). However, when food is scarce, larger fry can outperform smaller ones (Einum and Fleming 1999). In addition, females that spawn early produce fry that will emerge earlier in the spring and so possess territories when the offspring of later spawning females emerge. The early fry will also be larger, having grown before the others emerge. These processes all favor early spawning, but the first fry to emerge may suffer heavy losses if predators are waiting for them, and they may grow slowly if food is scarce or the water is too cold. There are conflicting pressures on emergence date related to competition, feeding, and predator avoidance (Brännäs 1995). Fish collected in the field and linked to parents by DNA analysis reveal the extent to which these processes operate in streams (Seamons et al. 2004a).

There is evidence that fish are not dominant because they are large but, rather, dominance results from a high metabolic rate (e.g., in masu salmon [Yamamoto et al. 1998]). The combination of metabolic rate and ability to dominate access to food allows those individuals to grow large. Experience also affects competition; fish that have recently lost a competitive encounter are more likely to lose again than fish of the same size that have recently won (Abbott et al. 1985; Rhodes and Quinn 1998). If these patterns were not complex enough, young salmonids can also distinguish their siblings from other members of their population, based on odors alone, even if all fish are the same age, fed the same food, and held in the same water (Quinn and Busack 1985). This sibling recognition was demonstrated by placing juveniles in a divided tank receiving water from two different families and observing that coho tended to enter the arm of the tank with water bathed by their brothers and sisters rather than other members of their population. Sibling recognition is widespread among salmonids, including not only coho salmon but also rainbow trout, Atlantic salmon, and Arctic char (Brown and Brown 1996), brook trout (Hiscock and Brown 2000), and Chinook salmon (Henkel et al. 2011). Fish tend to aggregate with relatives (at least in seminatural arenas) and are more tolerant of them than they are of unrelated fish. The hypothesis is that they spend less time fighting their relatives and can devote more time to foraging. However, siblings typically disperse from the redd site in streams and so may have at most very limited opportunities to interact with each other after they emerge. Consequently, it is not clear whether kin recognition affects growth and survival under natural conditions.

In any case, if earlier emerging, larger fish obtain and hold territories, what happens to the offspring of females that spawned late, had small eggs, or both? The conventional wisdom is that they either forage without establishing territories or

are displaced downstream. Chapman (1966) presented experimental evidence that these "nomads" form territories if given the chance, but he hypothesized that they are unable to do so in most instances because they are competitively inferior. Nielsen (1992) pursued this line of investigation with a detailed study of individually marked coho salmon in a small stream. She classified the fish in the foraging hierarchy as either dominant or subdominant and also observed "floaters" that were not part of the hierarchy. The fish displaying these behavior patterns differed in initial size, rates of foraging, aggressive and submissive displays, and growth rates, as did water velocity where they fed and ambient food levels available to them (table 10.3). Martel (1996) supported these results, showing that floaters grew slower than territorial fish, even if they were initially the same size.

Competition for food and space may cause some individuals to abandon territorial behavior or displace others downstream where they may establish territories or keep moving until they reach the sea. Chapman (1966) presented evidence that the production of downstream migrating fry is a function of the number of females, whereas the number of smolts is stable over a wide range of escapements (see fig. 10.3). He concluded that migrant fry are in some sense "surplus" to the population and constitute evidence that the carrying capacity of the stream for fry has been exceeded. Consistent with this concept, Hartman et al. (1982) reported that the abundance of coho fry in Carnation Creek, British Columbia, in late May and early June ranged widely among years, from 15,600 to 46,600, but by late September the range was much narrower, from 9,100 to 13,200. During these years tens of thousands of fry migrated downstream, often associated with flood events. In large rivers these migrant fry may find suitable habitat and will rear successfully in the lower reaches of their stream, but in small coastal streams like Carnation Creek the fry enter salt water (we take up their fate in Chapter 12).

Does the presence of migrating fry indicate that the carrying capacity of the stream has been reached, or do they represent an alternative behavior pattern? This

TABLE 10.3. Attributes of juvenile coho salmon displaying one of three behavioral patterns: dominant, subdominant, and floater, sampled in June. Ambient food levels and growth rates were averaged over the four types of pools. (*Source:* Nielsen 1992)

| Attribute | Dominants | Subdominants | Floaters |
|---|---|---|---|
| Initial length (mm) | 64 | 55 | 50 |
| Focal point water velocity (m/s) | 0.14 | 0.12 | 0.01 |
| Foraging rate (number/min) | 2.70 | 1.80 | 1.70 |
| Aggressive acts (number/min) | 0.77 | 0.42 | 0.16 |
| Submissive acts (number/min) | 0.05 | 0.21 | 0.33 |
| Ambient drift food available (g/m³/h) | 0.29 | 0.22 | 0.06 |
| Ambient drop food available (g/m³/h) | 0.14 | 0.13 | 0.15 |
| Growth rate (mg/d) | 5.50 | 3.20 | 2.10 |

is an important and fascinating issue in the ecology of these fishes. Observations of individually marked coho salmon in streams indicated that movement reflects habitat choice rather than failure to compete (Kahler et al. 2001). In this study the fry that moved were not, on average, smaller than those that remained in the same place, nor did they grow slower after they moved. Indeed, they tended to grow somewhat faster than fish that remained, indicating that they were not "losers" at all. Movement was related to habitat quality more than competition. Fish in small, shallow pools tended to move, whereas those in larger, deeper pools were more likely to stay even though the larger pools were often more crowded, slowing growth rates. Perhaps the fish found the smaller pools too risky, and so they left, despite the fact that their growth had been adequate. Moreover, many fish moved upstream, so displacement by high flows did not cause the movement. However, increased competition among juvenile steelhead (higher density of fish or less food) caused increased mortality, lower and more variable growth rates, and emigration of smaller fish (Keeley 2001). The relationship between habitat quality, density, movement, growth, and survival is complex, and each process can influence the other, making it difficult to distinguish cause from effect and to study any process without also considering the others.

## Variation in Distribution and Habitat Preferences

Habitat attributes affect fish distribution, density, and movements over a range of spatial scales. The upriver distribution of anadromous salmonids may be limited by gradients above 4% to 5% in many cases, excluding them and their offspring from the upper reaches of streams. There are also more local *habitat-unit scales*, producing different relative densities of coho salmon, steelhead, and cutthroat trout in pools compared to the adjacent riffles within a reach accessible to all. Finally, at so-called *microhabitat scales*, one may measure the depth and velocity at the specific point in the pool where an individual fish has established its feeding territory and consider the benefits (in access to drifting food) and costs (in predation risk and energy expenditure) associated with that location, as was described in the context of drift-feeding.

Not surprisingly, salmonids have preferred habitats (Bjornn and Reiser 1991)—that is, they occupy locations with certain combinations of depth, velocity, and other physical features more often than would occur by chance. Healy and Lonzarich (2000) showed that juvenile coho salmon selectively used the deeper, slower water characteristic of pools rather than shallower, faster moving water (fig. 10.8). Second, there are shifts in habitat preference, generally toward deeper, faster water as fish become larger, probably related to foraging and predator avoidance. For example, coastal cutthroat trout occupy very shallow habitats in the margins of streams after emerging from the gravel, and their density may be determined by the quantity of such lateral habitat (Moore and Gregory 1988), but they occupy deeper water as they get older. Table 10.4 shows this habitat shift with age by both cutthroat trout and coho salmon;




FIGURE 10.8. Water depth (a) and water velocity (b) occupied by juvenile coho salmon compared with the habitat available to them. (*Source:* Healy and Lonzarich 2000)

very similar patterns were shown in two different streams. These shifts in habitat use might result from predator avoidance. Small fish may occupy shallow water to avoid predation from bigger fish, and the bigger fish may occupy deeper water to avoid predation from birds and mammals. However, experiments indicated that age-0 trout occupied pools when given access to them and could grow in both pools and riffles, but larger trout were unable to grow in riffles, owing to their higher food requirements (Rosenfeld and Boss 2001). Thus smaller trout can exploit habitats that are simply unsuitable for larger fish.

TABLE 10.4. Average water depth and velocity where individual juvenile coho salmon and cutthroat trout were sampled in two small streams near Seattle, Washington, in mid-April. Ages were estimated from length-frequency distributions. "Age-0+" refers to fish in their first spring of life, "age-1+" fish are in their second year, and "age-2+" are another year older. (*Source*: Quinn, unpublished data)

| | | Coho salmon | | Cutthroat trout | | |
|---|---|---|---|---|---|---|
| Stream | | Age-0+ | Age-1+ | Age-0+ | Age-1+ | Age-2+ |
| Rock Creek | Depth (cm) | 21.4 | 45.1 | 12.2 | 28.3 | 34.3 |
| | Velocity (cm/s) | 15.3 | 29.6 | 13.4 | 45.4 | 52.7 |
| | Length (mm) | 37.0 | 100.7 | 29.2 | 90.5 | 170.2 |
| Issaquah Creek | Depth (cm) | 22.3 | 44.8 | 22.2 | 34.1 | 44.7 |
| | Velocity (cm/s) | 30.3 | 39.0 | 25.4 | 48.1 | 62.7 |
| | Length (mm) | 38.6 | 87.2 | 28.4 | 80.5 | 137.8 |

Shifts in habitat use as fish grow are common (Bisson et al. 1988; Dolloff and Reeves 1990), but species also differ in habitat use. Juvenile coho tend to occupy deeper and slower water than cutthroat trout (see table 10.4), juvenile steelhead in Idaho occupied faster, shallower water than did Chinook salmon (Everest and Chapman 1972), and Dolly Varden and coho salmon were segregated in Alaskan streams (Dolloff and Reeves 1990). Bisson et al. (1988) surveyed fifteen sites in nine Washington streams and found that coho salmon were most likely to be found in pools; steelhead in shallower, faster water; and cutthroat in intermediate conditions. They also noted differences in body shape: coho have deep, laterally compressed bodies and long fins; steelhead have wider and more cylindrical bodies; and cutthroat are elongated like steelhead but compressed like coho. Put simply, juvenile coho like pools. Consistent with this affinity for pools, stream restoration projects that increased the quantity of woody debris and pools tended to increase coho density but decrease that of steelhead (Roni and Quinn 2001).

Coho salmon, being spawned in fall, emerge before cutthroat and steelhead trout, and coho generally have larger eggs as well, so how much of the habitat segregation among species results from intrinsic preferences and how much from competition? The diets of these species overlap considerably and their basic foraging patterns and territorial behavior are similar. Glova (1987) found that where they were sympatric, cutthroat tended to occupy riffles and coho occupied pools. However, in the absence of coho, cutthroat tended to occupy pools. He concluded that competition resulted in habitat segregation; the competitively inferior cutthroat use less favorable habitat when dominated by coho. Sabo and Pauley (1997) revisited this hypothesis and found that when cutthroat and coho were matched for size and experience, the trout were equal to or competitively superior to the salmon. They concluded that the advantages of size and experience allow coho fry to dominate trout fry, but also that trout populations that have evolved with coho are less competitive than those that have evolved in isolation.

Besides the variation in habitat-use patterns among fish of different species and sizes, there are also seasonal patterns. In general, there seems to be an initial movement of fry immediately after emergence, but this period is poorly known. Then there is comparatively little movement during summer, followed by significant downstream movement in fall. This fall movement has been best studied in coho salmon in coastal streams that experience high flows during this time. The salmon move from inhospitable main channel areas and occupy flooded wetlands, beaver ponds, tributaries, and a variety of off-channel habitats, sometimes moving up to 30 km downstream when flows increase (Peterson 1982a). As figure 10.9 shows, there is little movement in summer, a pulse of movement in fall, less in winter, and in spring a seaward movement of smolts. This seasonal habitat shift also takes place in the interior, where ponds provide a thermal refuge (e.g., Swales and Levings 1989). Coho salmon seem particularly inclined to use such habitats, and other salmonids such as Chinook salmon, steelhead, and Dolly Varden make less use of off-channel habitats. Such seasonal shifts are not limited to anadromous populations; Brown and Mackay (1995b) showed that cutthroat trout in Alberta moved from shallow streams to deeper water in winter, as low water and ice made shallow habitats unsuitable.

All of these seasonal patterns of distribution and movement depend on local conditions. In coastal streams, flows increase in winter but the water temperature remains mild, whereas in the interior and northern locations the winter brings low flows and cold temperatures. Layered on these seasonal patterns are dramatic diel




FIGURE 10.9. Percentages of all juvenile coho salmon detected moving downstream at PIT (passive integrated transponder) tag readers in Rock Creek, western Washington, each month, 2004–2006 (none was detected in July and August). Bars show standard deviations. (*Source:* Data provided by George Pess, NOAA Fisheries)

(day-night) differences in behavior and microhabitat, which change from summer to winter. Daytime snorkeling is an accurate way to assess abundance in summer, but in winter the nighttime counts typically far exceed those in the day (e.g., 92 vs. 2 for cutthroat and steelhead trout, and 177 vs. 39 for coho salmon; Roni and Fayram 2000), indicating that the fish hide and are inactive in the day in winter. However, the seasonal shift from diurnal to nocturnal activity differs between interior and coastal streams, as Grunbaum (1996) showed for Oregon steelhead. In summer, divers counted similar numbers of trout in the day and at night in both coastal and interior streams. In winter, trout in coastal streams seemed to reduce their daytime activity, as the daytime counts were only 30% of the total counts. In the interior, trout were entirely absent from the open water in the day and only emerged from gravel hiding places at night. The difference in behavior between regions indicates that it is not merely the shorter days but the lower temperatures that affect the fish, and this is corroborated by lab studies, including ones on Atlantic salmon (Fraser et al. 1993).

## Growth in Streams

The ability of fish to grow in streams is determined by the amount of food, itself a combination of the production of food and the competition for it, and the temperature for processing the food. Growth is often limited by lack of food in streams. For example, age-1 cutthroat trout increased their body weight by only 0.022% per day on natural food but grew 1.73% per day when the food was supplemented (Boss and Richardson 2002). The density of insect drift may be greatest in spring (e.g., Fransen et al. 1993) when water temperatures are cool, making digestion inefficient. In summer, when the water is warmer and digestion more efficient, low food density may reduce growth. Fransen et al. (1993) reported that the peaks of coho salmon growth were in April through June of their first year of life, and again in the April–June period just prior to seaward migration (see fig. 10.4). Consistent with these findings, Martin (1985) showed that cutthroat trout food consumption peaked with temperature in July and August but growth was most rapid in April and May. There is also clear evidence that growth of salmonids in streams is density dependent. For example, Fransen et al. (1993) sampled different reaches of eight western Washington streams and found that the average size of coho salmon on October 15 ranged from as much as 12 g under very low densities (less than one fish per 10 $m^2$) to about 3 g at high densities of ten to twenty fish per 10 $m^2$ (fig. 10.10). The modal density at that time of year was about one to three fish (weighing about 6 g each) per 10 $m^2$.

## Stream Fish Communities: More Than Just Salmonids

The scientific literature on Pacific salmon and trout tends to ignore other fish species or to consider them only in the context of their interactions with salmon, as predators,




FIGURE 10.10. Relationship between density of juvenile coho salmon and average weight at the end of the summer at sites in western Washington. (*Source:* Fransen et al. 1993)

competitors, and prey. This book will do nothing to reverse this regrettable pattern because there is insufficient time to do justice to the region's fish diversity. Still, a few words are called for. The region inhabited by Pacific salmon, trout, and char has fewer freshwater fish species than central and eastern North America. The most common freshwater fishes are sculpins (photo 10.9), whitefish, minnows (dace, shiners, and chubs), and suckers (family Catostomidae), and there are other anadromous fishes, including the sturgeons, lamprey, smelt, and sticklebacks (Wydoski and Whitney 2003). The dominant factor shaping the region's fish diversity (or lack thereof) is the relatively recent glacial retreat, only about ten thousand to fifteen thousand years ago (Pielou 1991). The Columbia and Fraser river systems have fifty-two and thirty-nine native freshwater fish species, respectively. Wydoski and Whitney (2003) listed fifty-five native fishes in Washington's fresh and brackish waters, and G. C. Carl et al. (1977) listed fifty-six in British Columbia, although several have very restricted distributions in the province.

Notwithstanding the number of fishes in the region, most salmonids in streams interact with very few other fish species. In coastal streams there might be two or three species of sculpins, three to four salmonids, and lamprey. For example, Roni (2002) sampled thirty forested streams in coastal Oregon and Washington, and most streams had a subset of the following species: coho salmon, steelhead and cutthroat trout, reticulate (*Cottus perplexus*) and torrent (*C. rhotheus*) sculpins, larval lampreys, and Pacific giant salamander. The densities of sculpins approached those of salmonids in pools and exceeded them in riffles. Of the fishes sampled in the early fall by

my class in Issaquah Creek, near Seattle, 41% were sculpins and juvenile salmonids were the rest, consisting of 43% cutthroat trout, 16% coho salmon, and less than 1% steelhead. Sampling in nearby Rock Creek over more than a decade has yielded 1975 fish, of which 79% were sculpins (almost all torrent sculpins) and only 16% were salmonids. This small stream is closed to fishing so this reflects ecology, not exploitation. Of course, the species composition varies with the size of the stream, habitat features, location, and so on, and not all are numerically dominated by sculpins. However, sculpins are a very important part of stream communities. Unfortunately, the basic ecology and population dynamics of sculpins and other nonsalmonids are poorly known. Sculpins are difficult to identify; too many of us (biologists) do not distinguish the species, and in some cases do not even count them. This is unfortunate in itself, as it limits our understanding of salmonid ecology as well.

The few experiments on interactions between salmonids and nonsalmonids suggest fascinating, complex patterns. In general, salmonids such as coho salmon are much more aggressive than minnows such as speckled dace (*Rhinichthys osculus*) and displace them from feeding areas, at least in experimental arenas (Lonzarich 1994). However, the minnows tend to perform better in warmer water. Reeves et al. (1987) studied competition between juvenile steelhead and redside shiner (*Richardsonius balteatus*). In the field, steelhead occupied cooler water than the shiners, even in the same river. In experimental tanks, steelhead dominated the shiners at low temperatures (12–15°C) by aggressive, territorial behavior, but at higher temperatures (19–22°C) the shiners were more active and ate more food than did the trout. Reese and Harvey (2002) reported somewhat similar results with a different cyprinid, the



PHOTO 10.9. Sculpin (species uncertain). (*Photo:* Richard Bell, University of Washington)

Sacramento pikeminnow (*Ptychocheilus grandis*). In warm water (20–23°C), pikeminnow had the same effect on the growth of juvenile steelhead as did other steelhead, indicating similar effectiveness in competition for food, but in cooler water (15–18°C) the growth of steelhead was unaffected by the presence of pikeminnow.

## Survival and Predation

The patterns and agents of mortality in stream-resident salmonids are not nearly as well-known as one might guess from all the research efforts. Studies on mortality tend to focus on one of three aspects: (1) the rate of mortality at discrete life-history stages, (2) the attributes of the fish or its habitat that are associated with mortality (or survival), and (3) the causal agents. For example, Crone and Bond (1976) studied coho in Sashin Creek, Alaska, for three years and estimated that the average survival from egg deposition was 20.9% to just before emergence, 7.1% to late June or early July of the first summer, 2.21% to late August of the first summer, 0.68% to late June or early July of the second summer, and 0.39% to late August of the second summer. Put another way, if a female coho in this population deposited 2500 eggs, she might have ten that survived to the end of their second summer in the river. In general, coho salmon in-stream mortality rates are about 80% to 90% in the first summer and 50% to 75% the following winter (reviewed by Quinn and Peterson 1996). Berger and Gresswell (2009) tagged coastal cutthroat trout greater than 100 mm in an Oregon stream and found that survival rates (averaged over years and among habitats) were 59.9% from September through December, 75.5% from December through March, 81.3% from March through June, and 88.8% from June through September for an annual survival rate of 32.7% (data provided by Aaron Berger). As the fish get bigger and older they continue to die, but at a slower rate than when they were smaller.

Except in unusual cases, one does not find dead juvenile salmon washed up at the banks of streams, so it is assumed that they are killed by predators. Undoubtedly, they get eaten, but the role of disease in natural populations has not received nearly as much attention as it should. Diseases and parasites afflict salmonids, and debilitated fish may be more likely to get eaten, so disease-related mortality may masquerade as predation. There are acute pathogens like *Ceratomyxa shasta* that can cause considerable mortality during outbreaks, but populations tend to evolve resistance (Buchanan et al. 1983). There are also parasites that do not cause acute problems but may weaken the fish, at least temporarily. For example, *Nanophyetus salmincola*, a trematode, can reduce the swimming performance of juvenile salmonids for some days while the parasites move through the muscle tissue (Butler and Millemann 1971), which might increase susceptibility to predation. Recent lab and field studies in Oregon indicated that parasites contributed to the overwinter mortality of juvenile coho salmon (Ferguson et al. 2011; Ferguson et al. 2012), apparently by greatly increasing the vulnerability of infected fish to some direct cause of mortality.

The direct cause of mortality is probably predation in most cases, although physical factors might contribute to it, such as isolation in pools when portions of the stream are dewatered in summer. In addition, fish size is important. Several examples indicate that mortality is most severe on small individuals. First, population-specific survival rates of Carnation Creek coho salmon were higher in years when the fish were large at the end of the summer (Hartman et al. 1987). Second, individual coho salmon that were large at the end of the summer were more likely to survive the winter than smaller ones (Quinn and Peterson 1996). However, the size advantage was only marked in one of two years, and similar work on coho salmon in the Smith River, Oregon, found only a slight size advantage (Ebersole et al. 2009). Third, larger steelhead stocked in the Englishman River, British Columbia, had lower mortality rates than smaller ones, from 9.6% per month for 6 g fish to 15.4% per month for 0.2 g fish (Hume and Parkinson 1988). Fourth, Smith and Griffith (1994) found that small steelhead in Idaho had lower survival rates than larger ones, even when protected from predation, and especially at the coldest sites.

The processes resulting in mortality are typically invisible and especially difficult to study in winter when streams along the coast often flood and those in the mountains and high latitudes freeze. Cunjak (1996) provided a good review of winter habitat needs in salmonids, and the topic of mortality during winter in fishes was addressed by Hurst (2007). Early work in the Sierra Nevada Mountains of California identified the formation of ice as a factor in winter mortality of rainbow and brown trout (about 50% survived the winter), but the fish continued to feed all winter, even when the water was at freezing temperatures (Maciolek and Needham 1952). Energy storage can also affect survival in winter and small fish may be at a disadvantage in cold water, as Connolly and Petersen (2003) found in an experiment with age-0 steelhead. However, in warmer water the larger fish encountered greater energetic stress than small ones because they needed more food. Within streams, survival varies considerably among habitats, being higher (especially for coho) in side-channels, pools, and areas with complex woody debris than in simpler habitats and main-channel areas (Peterson 1982b; Tschaplinski and Hartman 1983; Bell et al. 2001). In Big Beef Creek the coho salmon that enjoyed the highest rates of growth and survival overwintered in a small lake (Quinn and Peterson 1996). Some variation in survival between years was observed in that study; similarly, the survival of coho salmon over the winter in the Smith River system was most strongly affected by their location, and by variation among years, for an overall average of 23.1% survival (Ebersole et al. 2009).

Field experiments tend to support the patterns of habitat selection seen in streams. Juvenile coho, steelhead, and cutthroat trout selectively occupied deep pools with structure over shallower pools and ones without structure, and survival rates were also highest in the deeper pools with structure (Lonzarich and Quinn 1995). Similarly, juvenile coho salmon in pools had higher survival rates than those in riffles (67% vs. 27%) over a five-week experiment (Kruzic et al. 2001). Predation was not

observed, but it was generally ascribed to birds (belted kingfisher [*Megaceryle alcyon*], great blue heron [*Ardea herodias*], green-backed heron [*Butorides virescens*], and common merganser [*Mergus merganser*]), garter snakes, and mammals (river otter [*Lontra canadensis*], raccoon [*Procyon lotor*], and American mink [*Neovison vison*]), which were seen in the experimental channel or the surrounding area. Observations in the channel used by Lonzarich and Quinn (1995) revealed predation by belted kingfishers and green-backed herons (Spalding et al. 1995).

The foraging tactics of predatory birds vary among species. Herons stalk slowly while wading or stand still and wait for unwary fish to approach, kingfishers perch in trees or hover in the air before diving down to catch fish, and mergansers are strong swimmers and pursue fish underwater. Consequently, the birds differ in their effectiveness in different habitats (water depth, cover, proximity to shore, etc.). There are not many quantitative studies of their effects on salmonids, but observations on the Big Qualicum River, British Columbia, indicated that mergansers consumed about 82,000 to 131,000 juvenile coho salmon between June 10 and August 25 (Wood 1987). This was the equivalent to 24% to 65% of the wild smolts leaving the river, assuming the fish would have otherwise experienced typical survival rates until the following spring. As an example of predation by mammals, Dolloff (1993) examined the scats from river otters on a section of the Kadashan River, Alaska. During a six-week period in late spring, two adults and their two offspring ate at least 3300 juvenile coho salmon and Dolly Varden (and a smaller number of coastrange sculpins).

Birds and mammals may take larger-than-average fish, as they might be easier to see and more rewarding to eat, whereas fish may be limited by the size of their mouth, and so take smaller-than-average fish as prey. However, salmonids are slim-bodied and lack spines or other deterrents to predators, so they are readily eaten. Juvenile coho can eat Chinook over 40% of their length; for example, a 140 mm coho ate a 64 mm Chinook (Pearsons and Fritts 1999). Besides salmonids, the other main predatory fishes in small streams are sculpins, and their large mouth is well designed to swallow small fish. In aquaria, torrent sculpins 60 mm, 80 mm, 100 mm, and 120 mm long could eat coho salmon 50 mm, 60 mm, 70 mm, and 80 mm long, respectively (Patten 1977). In addition to size, some species of salmonids seem to be more vulnerable to predators than others. Patten (1975) exposed six salmonid species to torrent sculpins about 90 mm long in tanks. The highest mortality was suffered by pink (98%), chum (95%), and sockeye salmon (80%), despite the fact that they were about the same size as the Chinook (48%) and coho (24%) and were larger than the steelhead (77%). The species that typically reside in streams (coho, Chinook, and steelhead) seem to be better adapted to avoid sculpin predation by virtue of morphology, color, swimming performance, or behavior than the species typically migrating from streams at once.

Having called attention to sculpins as predators of young salmon, demonizing them is simplistic and unsound. Torrent sculpins in the Cedar River were extensively

sampled by Tabor et al. (2016), and while the sculpins ate some juvenile sockeye salmon (especially on the nights when fry were released from the hatchery!), their dominant prey in terms of numbers were aquatic insects. Perhaps more important, the diets of large sculpins were dominated (more than 90%) by other sculpins when prey weight was considered.

## Summary

For most salmonid species, streams are the primary initial feeding habitat, and in some species individuals commonly feed in streams for their entire lives. The capacity of streams to produce salmon and trout is much lower than their capacity to incubate eggs, so competition for food and space is an important ecological process. Consequently, the numbers of smolts (for example, coho salmon or steelhead) produced from a stream often reaches a plateau once some rather small number of adults is present for spawning; further increases in the number of adults do not produce more smolts. Variation from year to year around this plateau in a given stream is usually determined by physical factors related to stream flow at some critical time of the year. Among streams, variation in habitat features linked to the needs and preferences of each species determine how many smolts can be produced or the density of resident fish, after accounting for the greater total production from longer streams compared to shorter ones.

These effects of competition and habitat on populations of salmonids are paralleled by processes affecting the distribution of individual fish. Each species has slightly different preferences for foraging locations in streams, and these change as the fish grow, and vary seasonally with the availability of prey and physical conditions. The growth of fish in streams places increasing demands on the limited food resources but mortality is reducing the population of fish at the same time, though the specific causes of mortality are not as well understood as one might expect. Predation from birds and fishes is likely the primary direct cause of death, but poor health from diseases and low levels of stored energy probably contribute to the vulnerability of individuals to predators, in addition to the generally higher vulnerability of small individuals.

CHAPTER 11

# Salmon and Trout in Lakes

Lakes are the primary feeding habitat for kokanee and juvenile sockeye salmon, an important feeding habitat for many species of trout and char, and juvenile coho salmon may inhabit lakes in winter (Quinn and Peterson 1996) or year-round (Swain and Holtby 1989; Ruggerone and Rogers 1992). In addition, some populations of pink (Robins et al. 2005), Chinook (Koehler et al. 2006), and chum feed and grow substantially as they migrate through lakes on their way to the ocean. It is not possible to do justice to the myriad patterns of all these species, so this chapter provides some brief description of the physical and biological processes in lakes, then focuses on juvenile sockeye salmon, followed by trout and char.



PLATE 11. Close-up of the head of a juvenile sockeye salmon and three of its common crustacean zooplankton prey: *Daphnia* (on the left; note the prominent eye and developing embryos), *Diaptomus* (in the center; note the cylindrical body, long antennae, and single egg cluster), and *Cyclops* (on the right; note the more teardrop-shaped body, shorter antennae, and two clusters of eggs). (Artwork by Charles D. Wood)

## Physical Characteristics of Lakes

Lakes vary greatly in size, shape, origins, chemical properties, and biotic community but some basic principles apply to all, especially those occupied by salmonids. We generally assume that the lakes contain fresh water, but there are some exceptions such as brackish Lake Nerpich'ye in the Kamchatka River basin, which supports juvenile sockeye salmon (Bugaev 1985). Lake habitats are generally divided into the littoral (edge, where the water is shallow enough for light to penetrate and support aquatic plants) and limnetic (open water) zones. The limnetic zone includes the euphotic zone, where enough light penetrates to support phytoplankton, and if the lake is deep enough there may be a profundal zone, where light is insufficient for photosynthesis, and also the bottom (benthic) habitats. So bathymetry (patterns of depth) and light penetration are important features of lakes, affecting the fish communities through the proportions of different habitats.

Temperature also plays a critical role in the ecology of lakes through its direct effects on organisms (swimming speed, digestion rate and metabolism, etc.), and through secondary effects on nutrient cycling. Most lakes occupied by salmonids are stratified in summer, with warmer water near the surface and much cooler water below. This layering results from the decrease in water's density as it gets warmer; the sun warms the surface water and it gets lighter, increasing its tendency to stay at the top, and it gets warmer still. The wind can mix the water but only about 10 m to 20 m down (or less in smaller lakes), so there is often an abrupt transition between warm surface water to much cooler water below the reach of the wind. Figure 11.1 illustrates this "thermocline" in two lakes: Lake Washington, near Seattle, which is quite warm in summer, and Iliamna Lake, in western Alaska, which is cooler and larger.

The thermal gradient in lakes is important because the ability to digest food is strongly controlled by temperature, so fish can adjust their metabolism by moving up and down during times of the year when the lake is stratified. In fall as air cools and solar radiation decreases, the lake's surface equilibrates with the cooler water below and there is no thermal stratification. In some lakes (e.g., Lake Washington) the air does not get cold enough in winter to counteract the effect of the wind, and the lake stays mixed all winter; farther north and at higher elevations the lakes freeze in winter. There is ice on top and liquid water at the bottom because as water gets colder than 3.9°C, it becomes less dense (hence ice floats). In these lakes the date when ice breaks up is important because it controls when sunlight floods in, the surface waters warm up, and wind mixes the water in the lake, bringing nutrients to the surface, where photosynthesis can occur. The bloom in phytoplankton is followed by a bloom in crustacean zooplankton that eat the algae, and in turn are eaten by many fishes. In lakes that do not freeze, the timing of these processes depends on the date when the lake warms and stratifies in spring.




FIGURE 11.1. Vertical profiles of water temperature from the surface to about 50 m depth in August in two lakes used by sockeye salmon: Lake Washington in western Washington (King County data) and Iliamna Lake in southwestern Alaska (University of Washington data). Note the difference in surface temperatures between the two lakes, and the sharp drop in temperature at about 11 m to 14 m in Lake Washington and 25 m to 30 m in Iliamna Lake.

In addition to temperature, light is a very important feature of lakes. Some light is reflected back at the surface but most penetrates the surface layer. However, it is quickly scattered by tiny particles in the water. Consequently, a person can only see a black and white disc (a standard way to measure lake clarity) down to about 10 m in any but the clearest lakes, and typically much less (photo 11.1a). Even in a rather clear lake 50% of the light at the surface may be lost 5 m down, and in a cloudy lake 50% is lost in the top 1–2 m or even less. In addition, the wavelengths of light (red to blue) are selectively absorbed, so the appearance of colors changes with depth. All of this is crucial because foraging in open water is guided by vision, so the effects of water clarity, depth, and time of day on light all strongly affect when, where, and how successfully fish feed.

Temperature and light play dominant roles as physical features in the ecology of lakes, but dissolved oxygen (DO) can also be important. Depending on characteristics of the lake, there may be a marked reduction in DO in the deep part of the lake in late summer. DO levels near the bottom can reach stressful or even lethal levels for some fishes including salmonids in these "summer-kill" conditions. When this occurs, the fish must move upward to more oxygenated levels nearer the surface, which may cause them to encounter higher temperatures than they might otherwise prefer. In contrast, some shallow lakes experience a reduction in DO under the ice in winter,




PHOTO 11.1. Techniques for sampling lakes. A Secchi disc is being lowered to assess water clarity (a), and a conical net is being raised through the water column to sample zooplankton (b). (*Photos:* Morgan Bond)

and this "winter-kill" can be lethal if fish are unable to access more oxygenated areas (Ruggerone 2000).

## Sockeye Salmon in Lakes: Distribution and Horizontal Movements

Sockeye salmon eggs are the smallest, on average, of the North American salmon (Beacham and Murray 1993), and fry average 28.4 mm (based on data from thirty-four populations, ranging from 23.5 mm to 31.4 mm; Ruggerone 1989; photo 11.2). They seem to be a cautious, unaggressive, risk-averse species characterized by slower growth than other Pacific salmon. They typically feed in a lake for a year or two, grow slowly, try to avoid being eaten (photo 11.3), then take their chances at sea when they are bigger. Research on sockeye salmon in lakes has emphasized three related processes: spatial distribution, feeding and growth, and predator avoidance.

Sockeye emerge, often at high densities, and migrate to lakes to feed on aquatic insects and crustacean zooplankton in the littoral zone and on zooplankton in the



PHOTO 11.2. Newly emerged sockeye salmon fry. (*Photo:* Richard Bell, University of Washington)



PHOTO 11.3. Sockeye salmon fry at the surface being pursued by a predatory coho salmon, Bear Creek, Bristol Bay, Alaska. (*Photo:* Jonathan Armstrong)

limnetic zone. Extensive sampling in Lake Aleknagik, Alaska, revealed that newly emerged sockeye fry occupied the shoreline from early June through mid-July, growing to about 50 mm long as the lake warmed (Rogers 1973). They then moved offshore and remained there until they left as smolts the following spring. It is not clear whether the fry move offshore after food becomes scarce in the littoral zone or if they move in anticipation of better feeding offshore, but they moved offshore earlier in years when the ice left early and the lake was warm (Abrey 2005). The timing of offshore movement varies among lakes, and in some with less hospitable shorelines (steep and rocky) such as Iliamna Lake, the fry move offshore earlier in the summer.

Some populations of sockeye show highly directed migrations. For example, sockeye fry enter Babine Lake (a very long, narrow lake in the Skeena River system, British Columbia) from a number of tributaries in late May and early June. They leave

the littoral zone by mid-July, showing a very strong tendency to move southward, along the shore and in open water, rather than to the north (McDonald 1969). How do the fish know which way to go in this and other lakes? Brannon (1972) hypothesized that the sockeye salmon have an innate directional preference. To test this idea, he released sockeye salmon fry from the Chilko River–Chilko Lake population in the middle of tanks with six radial arms. The fry tended to move southward, as would be appropriate because they enter at the north end of this long, narrow lake, and migrate south. But how do they know which way is south?

I built smaller, four-armed versions of Brannon's arenas, captured fry migrating toward Chilko Lake, released them in the center of the tanks, and then counted the numbers trapped in the north, south, east, and west arms (Quinn 1980). Some tests were conducted with a view of the sky (clear or cloudy, as the weather determined), others under covers that allowed light but obscured the image of the sun (during the day), or were fully opaque (at night). In addition, a direct current of electricity running through coils of wire around the tanks rotated the horizontal component of Earth's magnetic field 90° counterclockwise (moving north to the west, south to the east, etc.).

The fry were denied the water current and odors that normally guide migration to the lake and were in a highly artificial environment. Nevertheless, those tested in the day oriented to the south, as they would in the lake, and as Brannon had found earlier. They showed this response on both clear and cloudy days, and when the tanks were covered. An alteration in the magnetic field did not affect their orientation when they could see the sky, but when tested on overcast days or under covers, their orientation shifted from south-southeast to east-northeast, following the directional shift in the ambient field. These results indicated that the primary orientation mechanism was visual, probably the position of the sun or polarized light patterns, but that in the absence of such clues the magnetic field gave them directional information.

The orientation ability of newly emerged sockeye salmon fry is impressive but not unique. Many kinds of aquatic and terrestrial animals move in fixed compass directions by linking their circadian rhythm (internal clock) to the apparent movement of the sun across the sky (at 15° of arc per hour). The animals shift their direction of movement, relative to the sun, to compensate for the changing sun angle so they can move in a consistent direction. The ability to detect Earth's magnetic field has been documented in many animals besides salmon, including nudibranchs, bees, salamanders, sea turtles, birds, and tuna, so salmon are not alone in this regard.

## Growth of Sockeye Salmon

Once sockeye fry enter the lake they must grow and avoid being eaten. These two goals are not entirely compatible, as we will see shortly. The lakes that they rear in are generally *oligotrophic*, meaning that primary production (phytoplankton and rooted



PHOTO 11.4. Threespine sticklebacks, a very common species in lakes with salmon and trout, in Iliamna Lake, Bristol Bay, Alaska. (*Photo*: Thomas Quinn)

plants) is low. These lakes are often deep, steep-sided, and have naturally low levels of nutrients (phosphorus and nitrogen), reflecting local geology. Combined with high rainfall along the coast, flushing the nutrients to sea, these traits are a recipe for poor growing conditions. Sockeye salmon are often the most abundant fish species feeding on crustacean zooplankton in the open water of the lake, although there may be sticklebacks (threespine [*Gasterosteus aculeatus*], photo 11.4; ninespine [*Pungitius pungitius*]), smelt (e.g., pond smelt [*Hypomesus olidus*] or longfin smelt [*Spirinchus thaleichthys*]), and whitefish (e.g., least cisco [*Coregonus sardinella*]) competing for the zooplankton as well. Some lakes have shrimplike invertebrates called mysids (e.g., *Neomysis mercedis* or *Mysis relicta*) that may be prey for the sockeye salmon but can also compete with them for zooplankton. In addition to these fishes in the open water of the lake, there are typically sculpins (e.g., *Cottus asper*) on the bottom.

Growth results from the interactions of food and temperature, because water temperature controls their metabolism, so the fry grow fast in late spring and summer and very slowly in winter (fig. 11.2). Brett et al. (1969) fed groups of sockeye salmon at different temperatures and found that they grew fastest at about 15°C if fed to satiation, although food conversion was relatively efficient from 5°C to 17°C. At lower temperatures food is digested too slowly for maximum growth, so the fish have full stomachs but do not grow. At very high temperatures the fish's metabolism is so fast that much of the food is required to maintain the fish and little remains for growth




FIGURE 11.2. Growth of sockeye salmon, inferred from average size on a series of dates, in Lake Washington in western Washington (*Source:* Woodey 1972) and Babine Lake in British Columbia (*Source:* McDonald 1969).

(fig. 11.3). Such curves are typical of fishes, but the optimal temperature varies greatly among species. However, if the fish cannot feed to satiation, the optimal temperature for growth shifts downward because if the fish is not satiated, the higher metabolism in warmer water wastes energy. This can be understood by the extreme case; if fish do not feed at all, they lose weight slower in colder water because their metabolism is reduced.

Sockeye salmon occupy lakes with a wide range of thermal regimes and other physical attributes, including coastal lakes in Washington that stratify in summer with surface temperatures over 20°C and that remain mixed without freezing in winter, to lakes in the interior and in northern latitudes that are covered by ice for at least half the year and have summer surface temperatures barely above 10°C. These lakes range in elevation from essentially sea level to 2000 m, and in area from 1 $km^2$ to 2600 $km^2$. The mean length of age-1 smolts varies among lakes from about 50 mm to 140 mm (resulting in a more than fifteenfold range in weight), but the mode is between 60 mm and 90 mm, based on data from several published sources (Burgner 1991; Gustafson et al. 1997; Edmundson and Mazumder 2001) and K. D. Hyatt (personal communication).

What controls the variation in growth among lakes? Edmundson and Mazumder (2001) found that water temperature alone explained 24% of the variation in smolt length among thirty-six Alaskan lakes; warmer lakes produced bigger fish. However, most (52%) of the variation in smolt size was explained by the density of zooplankton, especially at densities up to 1000 $mg/m^2$. Beyond that point, lakes with more zooplankton did not produce larger smolts. Lakes vary in the importance of temperature and food in controlling growth. This was revealed, for example, in two Bristol Bay




FIGURE 11.3. Growth of juvenile sockeye salmon as a function of food ration (percentage of body weight per day) and temperature. Note that growth peaks at intermediate temperatures, and as ration is reduced, the optimal temperature for growth is lower. (*Source:* Modified from Brett et al. 1969)

lakes. In Lake Aleknagik the growth of juvenile sockeye was primarily controlled by density of sockeye (i.e., competition for food) and temperature played a secondary role (Schindler et al. 2005), whereas in Iliamna Lake temperature had the primary effect and competition was secondary (Rich et al. 2009).

The zooplankton that the sockeye salmon eat are crustaceans, primarily calanoid and cyclopoid copepods, and cladocerans (plate 11), commonly sampled by drawing a net vertically through the water column to the surface (see photo 11.1b). They vary considerably in size, visibility, and mobility (including escape responses), and these all affect their ease of detection and capture by fish. The life histories and ecology of zooplankton are fascinating and well studied but largely beyond the scope of this book. However, several points are important with reference to their role as prey for fish. First, most are herbivores, eating phytoplankton. Phytoplankton abundance depends on light, hence there is a marked seasonal pattern in primary production in lakes. In the winter the zooplankton often exist as eggs or other resting stages and the density of free-living individuals is very low, making them scarce as prey. Fish grow slowly in winter because there is not much to eat and the water is cold. In spring, longer days and melting ice increase the available light, and wind mixes the




FIGURE 11.4. Monthly mean surface water temperature, density of the primary zooplankton species eaten by sockeye salmon (*Daphnia* and *Diaptomus*) (*Source:* Data from Daniel Schindler, University of Washington) and the relative abundance of sockeye salmon fry entering Lake Washington (*Source:* Seiler 1995; Seiler and Kishimoto 1997).

water column, bringing nutrients to the surface. A phytoplankton bloom soon occurs, followed by an increase in density of zooplankton to eat the phytoplankton. Sockeye salmon fry tend to enter lakes prior to the peak density of zooplankton (fig. 11.4), to have a longer growing season. Moreover, the zooplankton peak timing varies among years, and missing it would be worse for the fish than entering the lake a bit early.

The second point is that zooplankton are not taken by filter feeding but are located, pursued, and consumed one at a time, and the stomach of a juvenile sockeye or trout might contain dozens, hundreds, or over a thousand individual prey items, eaten within a day. Planktivores, including sockeye, tend to eat large prey more often than would occur by chance (Eggers 1982; O'Neill and Hyatt 1987). All other things being equal, larger prey will be easier to see (think about trying to spot a copepod 1 mm long or smaller, at twilight, 10 m below the surface of a murky or tea-colored lake). However, encounter rate is not the only factor affecting diet. Larger prey also provide a bigger meal than smaller prey, assuming it takes no more time to catch, subdue, and consume the larger ones. As the predator gets larger, the increased gape of its mouth allows it to handle larger prey. Eggers (1982) concluded that the diets of Lake Washington sockeye indicated selective consumption (i.e., more than their abundance in the lake would explain) of large, nonevasive prey (notably cladocerans of the genus *Daphnia*) and avoidance of small prey (especially *Cyclops*, a copepod). However, he pointed out that zooplankton communities are dynamic, thus diets shift over the seasons with the relative abundance of more or less desirable, visible, and catchable prey. In Lake Washington, for example, the selective predation on *Daphnia*

is so strong that smaller copepods experience very little threat from sockeye during about half the year, when *Daphnia* are abundant (Scheuerell et al. 2005).

Predation by rainbow trout on zooplankton in Flaming Gorge Reservoir, Utah, provided an excellent example of selective feeding (fig. 11.5). The trout consumed the largest prey available to them, with the modal prey size about three times longer than what was found in the lake as a whole (Budy et al. 2005). Because large zooplankton are preyed upon selectively by fishes, the density, species composition, and sizes of zooplankton can be affected by the selective feeding of sockeye, sticklebacks, and other fishes. Experiments showed that enclosed volumes of lake water without any fish quickly developed higher densities of zooplankton and greater proportions of large individuals than were seen in the lake (O'Neill and Hyatt 1987), so the fish strongly affect the zooplankton, especially in unproductive lakes.

The abundance of zooplankton, combined with temperature, fuels the growth of sockeye. Zooplankton eat phytoplankton, whose production depends largely on inorganic nutrients, chiefly nitrogen and phosphorus, and many of the lakes inhabited by sockeye salmon are often nutrient-poor (Stockner 1987). Therefore, the growth of sockeye, especially in some of the coastal lakes of British Columbia and southeast Alaska, is exceptionally poor (they barely reach 2–3 g in a year). Experiments to enhance primary production—hence zooplankton, hence sockeye salmon growth (and hence, it was hoped, survival at sea and adult returns)—were initiated almost sixty years ago (Nelson 1959). The general logic went more or less as follows. Many lakes are naturally nutrient poor, and fishing further reduces nutrient input from carcasses because we catch something like half the salmon before they come home to spawn and die. So, if we replace or augment the nutrients, we can increase phytoplankton production,




FIGURE 11.5. Proportions of zooplankton in Flaming Gorge Reservoir, Utah, of different lengths compared with the proportions consumed by rainbow trout. (*Source:* Budy et al. 2005)

increasing the density or size of zooplankton, increasing the growth of juvenile sockeye salmon, which will increase their survival rate in the lake or at sea, increasing adult returns. Preliminary evidence from the fertilization of Bare Lake, on Kodiak Island, Alaska, tended to support this chain of logic (Nelson 1959).

A large-scale lake fertilization program was undertaken in British Columbia, starting with Great Central Lake in 1969 and it expanded to include many control and treated lakes (Stockner and MacIsaac 1996; Hyatt et al. 2004). Considerable research went into determining the ratio of phosphates and nitrates to encourage the growth of phytoplankton edible by zooplankton (rather than the often inedible cyanobacteria) for each lake, the appropriate concentration, timing of release, and so on. In most cases, application of fertilizers from airplanes to large lakes resulted in striking changes that propagated through the trophic links to juvenile sockeye salmon (table 11.1). Hyatt et al. (2004) reviewed many of the fertilization projects in British Columbia and Alaska, and concluded that the processes within the lake usually went more or less as planned, but at each stage the links to fertilization became weaker (from nutrients to phytoplankton, to zooplankton, to juvenile fish growth, to survival in the lake, and to survival at sea) because of ecological complexities. In particular, the increase in adult sockeye salmon returns (the real goal, of course) was either less dramatic than had been anticipated or was also seen in nearby lakes that had not been fertilized. As discussed in Chapter 15, average smolt size has less effect on year-to-year variation in marine survival than one might think.

The variation in sockeye growth among lakes is primarily related to food availability, which depends on intrinsic properties of the lake. However, growth also varies considerably within lakes among years, as temperature and food availability vary. In northern lakes the earlier the ice leaves the lake and the warmer the spring conditions, the larger the fry at the end of the summer—for example, Iliamna Lake, Alaska (Tillotson and Quinn 2016). However, growth is often reduced at high fish densities because the food supply is reduced. Experimental fertilization and stocking in Packers Lake, Alaska, confirmed the connections between food, density, and growth (Mazumder and Edmundson 2002). Before fertilization, sockeye were scarce and grew slowly, and *Daphnia* were also scarce and small. Fertilization increased the density and size

TABLE 11.1. Responses of coastal British Columbia lakes to fertilization in primary production, zooplankton biomass, and sockeye salmon smolt weight based on average August and September values in years before and after fertilization. (*Source:* Stockner and MacIsaac 1996)

| Variable | Before fertilization | After fertilization | % increase |
|---|---|---|---|
| Primary production (mg C/m$^2$/day$^{-1}$) | 68 | 167 | 146 |
| Zooplankton biomass (mg ash-free dry weight/m$^3$) | 5 | 18 | 260 |
| Sockeye smolt weight (g) | 2.1 | 3.5 | 68 |

of *Daphnia* as well as the growth of sockeye, but at high sockeye densities these effects were reversed, as the fish overgrazed the available food supply. The experimental stocking of Leisure Lake, Alaska, provided another example of the effects of density (Koenings and Burkett 1987). As the density of fry was increased from one year to the next, the growth rate (to smolt stage) decreased dramatically. The proportion leaving the lake after a single year decreased and more fish remained for two years (table 11.2), and the combination of poorer growth and mortality reduced the overall biomass despite the greater number of fry stocked. These relationships hold for kokanee as well as sockeye, as shown by the positive effects of lake productivity and negative effects of density on growth in Idaho lakes and reservoirs (Rieman and Myers 1992).

Sockeye salmon not only compete with each other for food but often with other fish species, and commonly these include threespine and ninespine sticklebacks (Rogers 1973; O'Neill and Hyatt 1987). Sticklebacks breed in spring in the lake's edge or in slow-moving streams, and the males guard nests containing fertilized eggs. The larval sticklebacks are too small to effectively compete with sockeye fry, but later in the summer they may be large enough to compete, and age-1 sticklebacks overlap in diet with sockeye. In some lakes the sticklebacks primarily inhabit the littoral zone and so do not compete extensively with the sockeye offshore. However, in other lakes the sticklebacks are common offshore and more competition may occur. Overall, growth of sockeye (and other fishes) in lakes is primarily controlled by temperature and food, and these reflect a series of site-specific features including the lake's location, morphology, and nutrient inputs, climatic factors, and levels of competition.

Sticklebacks and other planktivorous fishes are typically the competitors with juvenile sockeye salmon for food in lakes, but there may also be invertebrates that feed on the same zooplankton that the sockeye salmon favor. *Neomysis mercedis* is a shrimplike crustacean that feeds selectively on *Daphnia* (Murtaugh 1981), although it eats other zooplankton as well. A rapid increase in *Neomysis* abundance in Lake Washington caused a rapid decrease in *Daphnia* (Chigbu 2004). However, the *Neomysis* are preyed upon in Lake Washington to the point of control by longfin smelt (Chigbu and Sibley 1998), so we have the curious situation where longfin smelt exert

TABLE 11.2. Relationship between the number of sockeye salmon fry stocked in Leisure Lake, Alaska (otherwise devoid of sockeye) and the average size, age, and biomass of smolts. (*Source*: Koenings and Burkett 1987)

| Number of fry stocked | Age +1 smolt weight (g) | Age +2 smolt weight (g) | Age +1 smolt percentage (%) | Smolt biomass (kg) |
|---|---|---|---|---|
| 0.5 million | 8.0 | 13.2 | 97 | 2009 |
| 1.0 million | 4.0 | 7.0 | 77 | 1894 |
| 1.5 million | 2.2 | 3.6 | 87 | 888 |
| 2.0 million | 1.8 | 3.4 | 58 | 771 |

a deleterious effect on sockeye salmon by competing with them for *Daphnia*, but also exert a positive effect by eating *Neomysis*, which compete with sockeye for *Daphnia*.

Hyatt et al. (2005) detailed a fascinating situation in which *Neomysis* were in competition with both sockeye salmon and threespine sticklebacks for zooplankton in Muriel Lake, a small, unproductive lake on the west coast of Vancouver Island. These scientists estimated that in the summer each cubic meter of lake water contained 135.3 mg of zooplankton, 43.1 mg of *Neomysis*, and 15.7 mg of fish (sockeye and sticklebacks combined). They estimated further that the fish ate about 0.8% of the available zooplankton each day, but the *Neomysis* ate nine times more (7.4% per day), thus constituting a very important part of the lake ecosystem. One might think that the predators would soon eat all the zooplankton and then starve, but the zooplankton are reproducing and so the food supply is being replenished to some extent during part of the year.

In addition to playing an ecological role as native members of the lake communities in some lakes supporting sockeye salmon, mysids were also introduced deliberately as prey for rainbow trout and kokanee in many lakes where the invertebrates were not native (Lasenby et al. 1986). The 1949–1950 introduction to Kootenay Lake, British Columbia, had little effect on trout growth but initial results indicated a great increase in growth of kokanee. However, when introduced into other lakes, the mysids were more prominent as competitors with the fish (especially kokanee) than as prey for them. In one notable case, Flathead Lake in Montana, the introduction of *Mysis relicta* caused a radical decrease in zooplankton (Spencer et al. 1999), but the vertical distribution and movements of the shrimp made them largely inaccessible as food for the kokanee. Consequently, the kokanee population declined markedly, causing a reduction in the numbers of bald eagles and brown bears that had become accustomed to eating the kokanee when they ascended streams to spawn (Spencer et al. 1991). Needless to say, this was not the desired result, revealing how even an apparently simple ecosystem can operate in unexpected ways, especially if disturbed.

## Diel Vertical Migration

Fish might be expected to spend all their time near the surface, where there is enough light to see and catch the zooplankton. However, in most lakes the sockeye spend the day in deep water, ascending toward the surface near dusk and back down around dawn (Narver 1970; Levy 1987). Rhythmic behavior patterns such as this, displayed every day, are termed *diel*, hence this is referred to as *diel vertical migration* (DVM). DVM is a very common phenomenon among organisms in lakes and oceans, and it has intrigued biologists for decades. In Babine Lake, for example, sockeye are found at 20 m to 40 m depth during the day in summer. They move to the upper 5–10 m at dusk, down to the thermocline at night, briefly up to surface at dawn, and then down again during the day. In Lake Washington they stay deep during the day, followed by

a brief ascent to about 10 m below the surface at dusk (Eggers 1978). They go back down during night and do not ascend again at dawn. In Great Central Lake they are 70–120 m deep during the day, ascend to about 10 m to 20 m at night, stay in this upper range all night, and descend at dawn (Levy 1987). In Lake Tustumena (a glacially turbid lake in Alaska) they show the reverse pattern: near the surface in the day and deep at night (Thorne 1983). So, why do the sockeye vertically migrate, and why do patterns differ among lakes?

The DVM phenomenon is not unique to sockeye salmon but the patterns vary with fish species, body size, and season (Quinn, Sergeant et al. 2012). For example, in Lake Washington in spring the sockeye salmon are scarce near the surface until it is fully dark, whereas longfin smelt move up by dusk, and threespine sticklebacks occupy the surface waters in the afternoon as well (table 11.3), probably in part because their armor protects them. In the fall, however, the sockeye salmon tend to remain in deep water throughout the day and night. How do we explain the myriad patterns of DVM?

One simple, possible explanation for the DVM patterns is that the fish vertically migrate simply to follow their vertically migrating zooplankton prey, and in some lakes the zooplankton migrate within the water column. Levy (1990) examined data from four British Columbia lakes where sockeye vertically migrate (Cultus, Babine, Quesnel, and Shuswap), and in no case was there a clear vertical migration by the prey. In contrast, zooplankton migrated vertically in Nimpkish Lake, where the sockeye

TABLE 11.3. Changes in depth distribution of juvenile sockeye salmon, longfin smelt, and threespine stickleback in Lake Washington (Seattle), based on catches per fifteen-minute tow in the late afternoon, dusk, and night in April (data averaged from 1997 to 2013). All tows were made at the same location but at three different depths: shallow (~12 m from the surface), intermediate (~25 m), and deep (~45 m) in water about 50–55 m deep. Note the shift in the catches of sockeye salmon from deep water in the day to the surface at night, the earlier ascent to the surface waters by the smelt, and the tendency for sticklebacks to occupy surface waters even during the day. (*Source*: Quinn et al. 2012b and additional unpublished data)

| Fish species | | Afternoon | Dusk | Night |
|---|---|---|---|---|
| Sockeye salmon | Shallow | 0.1 | 4.3 | 16.3 |
| | Intermediate | 0.5 | 7.4 | 6.3 |
| | Deep | 2.8 | 3.4 | 2.3 |
| Longfin smelt | Shallow | 1.1 | 21.3 | 24.5 |
| | Intermediate | 1.9 | 20.5 | 33.9 |
| | Deep | 15.6 | 9.9 | 24.9 |
| Threespine stickleback | Shallow | 16.3 | 24.5 | 22.8 |
| | Intermediate | 6.3 | 33.9 | 15.4 |
| | Deep | 2.3 | 24.9 | 3.6 |

and sticklebacks did not. Moreover, the sockeye in Great Central Lake spend the day far below the zone of maximum food density. Thus vertical movements of prey are not sufficient to explain sockeye vertical migrations, although sockeye do migrate up toward the surface to feed.

Alternatively, Brett (1971) hypothesized that in the summer, if sockeye fed at the surface at dusk and remained there all night (when it is too dark to forage successfully), the water would be too warm for optimal digestion efficiency. If the fish moved below the lake's thermocline, they could digest the food more efficiently and then either rise to the surface again at dawn or descend directly to the deep water during the day. Laboratory feeding trials with live zooplankton showed that at moderate rations (similar to what might be experienced in lakes) sockeye grew faster under a temperature regime simulating diel vertical migration than under constant temperature regimes (Biette and Geen 1980). Modeling based on observed patterns of temperature and zooplankton in a North Carolina reservoir also indicated a significant increase in growth for vertically migrating kokanee when the optimal temperature was below the depth where prey were concentrated (Bevelhimer and Adams 1993). However, diel vertical migrations can occur when the water column is not stratified (Steinhart and Wurtsbaugh 1999).

Energetic efficiency might explain why juvenile sockeye leave the surface at night in the summer, but what determines how deep to go in the day? The most plausible explanation is that they are trying to avoid predation from birds (near the surface) and from larger fishes that feed by sight. The safest place is at the bottom of the lake, but there is little to eat there; the surface is the best place to feed, but it is hazardous. Clark and Levy (1988) proposed that each population strikes a balance between maximizing the opportunity for growth (based on food and temperature) and minimizing the risk of predation (based on light levels and predator distributions), given the prevailing local conditions. The sockeye should feed near the surface during an *antipredation window*, when it is light enough for them to feed but dark enough to reduce predation risk. Levy (1990) gathered data from a number of lakes supporting this hypothesis. Daytime depth is regulated by water clarity; sockeye go as deep as they have to in order to reduce light levels and minimize risk of predation. The fish ascend to feed at dusk, but at night it is too dark for them to feed so they descend to depths where the temperatures allow them to efficiently process their food. The conditions of water clarity, predation pressure, food availability, and temperature therefore seem to control variation in vertical migration among lakes and among seasons at a given lake. Scheuerell and Schindler (2003) provided evidence supporting this integrated model to explain DVM. The vertical movement of sockeye was tightly linked to light levels; the predators were suspended in the water column, feeding on the passing sockeye each day; and the sockeye went deeper in the lake than would be needed for energetic efficiency (fig. 11.6).




FIGURE 11.6. Vertical distribution of sockeye salmon fry (scattered dots) and predatory fish determined by hydroacoustic surveys, and light levels (continuous line: log10[W per m²]) from evening to morning in July in Little Togiak Lake, Alaska. The box indicates the depth range of 50% of the predators, and the line indicates the median depth. (*Source:* Modified from Scheuerell and Schindler 2003)

## Mortality of Sockeye Salmon in Lakes

The subject of predation raises the issue of mortality. Among six populations (Chilko, Babine, Lakelse, Karluk, Washington, and Port John lakes), the average survival of sockeye fry to the smolt stage was 25.8% (Foerster 1968; P. D. M. Macdonald et al. 1987; Bradford 1995). This is probably much higher than they would experience in a year if they went to sea as fry, but the losses call for some explanation. West and Larkin (1987) hypothesized that the mortality in Babine Lake was size selective. To test this, they developed a relationship between the lengths of sockeye fry and the radius of their otolith (ear stone). They then measured the otoliths of juveniles at the end of their first summer in the lake, and of smolts leaving the lake, and estimated how large the fish had been when they entered the lake by measuring the mark on the otoliths made when the fry entered the lake. This method allowed them to estimate that only 27.2% of the smaller-than-average fry survived the year, whereas 43.3% of the larger fry survived. McGurk (1999) proposed that the mortality rate of sockeye and kokanee in lakes decreases as they grow, and he estimated the relationship as annual mortality = 1.38 × weight $^{-0.16}$. This is the equivalent to mortality decreasing from 90%

to 80%, 70%, 60%, and 50% as fish grow from 1.2 g to 2.3 g, 4.7 g, 10.6 g, and 27.8 g. The lakes inhabited by sockeye often contain one or more species of predatory salmonid, including cutthroat or rainbow trout (photo 11.5), Dolly Varden, Arctic char, lake trout, and bull trout. In addition to these large predators, smaller salmonids can be important too. Ruggerone and Rogers (1992) estimated that juvenile coho salmon ate twenty-four million to seventy-eight million sockeye, or about 59% of the fry, per year, in Chignik Lake, Alaska.

Sockeye salmon nursery lakes from the Columbia River to the Nass River, British Columbia, may also contain a large, piscivorous cyprinid: the northern pikeminnow (*Ptychocheilus oregonensis*). A review of the Cultus Lake and Lakelse Lake predation studies indicated that pikeminnow were the most numerous piscivore in each lake (Foerster 1968). They consumed many sockeye in total but their per capita predation was lower than that of salmonids. By comparison, the per capita predatory effects of cutthroat trout, coho salmon, and Dolly Varden were estimated to be fivefold, fourfold, and threefold greater than those of pikeminnow, respectively. Similarly, Beauchamp et al. (1995) estimated that each pikeminnow ate about 5.6 fry per year, compared to 138.9 eaten by each cutthroat trout, in Lake Ozette, Washington.

In addition to predatory fishes, sockeye are also eaten by birds, including Arctic terns, Bonaparte's gulls (photo 11.6), loons, mergansers, and others. Predation is presumably responsible for most of the mortality of sockeye in lakes, but we should not ignore the role of disease. Pathogens of various sorts can weaken or kill young salmon. For example, a cestode, *Eubothrium salvelini*, infects young sockeye salmon when they eat copepods, especially *Cyclops*, containing the parasite (Boyce 1974), and the parasite may reduce growth and survival. Thus while the proximate cause of mortality is usually predation, disease may have contributed by making the fish more vulnerable.



PHOTO 11.5. Adfluvial rainbow trout in Iliamna Lake, Alaska. (*Photo*: Morgan Bond)



PHOTO 11.6. Bonaparte's gull capturing a juvenile sockeye salmon in Lake Aleknagik, Alaska. The birds commonly grasp the fish by the middle but cannot swallow them sideways, so flip them in the air and swallow them lengthwise. (*Photo*: Jason Ching)

## Trout and Char in Lakes

Lakes play key roles in the ecology of adfluvial and lacustrine salmonids, notably trout and char. Adfluvial fishes are spawned in streams, where the juveniles feed for a brief period or up to several years. They then migrate to a lake for further feeding and growth, returning to the stream to breed. Rainbow and cutthroat trout, Dolly Varden, and bull trout often display this pattern. Lacustrine species spawn in lakes and remain there for their whole lives; this is characteristic of lake trout and many Arctic char populations, although exceptions abound. Trout ecology in lakes is as diverse as the species and lakes, but they tend to be generalist predators. They forage in the littoral zone on emerging insects, benthic invertebrates such as snails, and small fishes such as sculpins. In the limnetic zone they eat zooplankton, and fishes, including smaller salmonids, sticklebacks, smelt, whitefish, and others. When feeding on small prey, the trout can be selective, tending to eat the larger organisms such as the zooplankton studied by Budy et al. (2005). When feeding on larger prey such as fishes, the trout may be constrained by their ability to catch the prey and fit it into their mouth. However, salmonids in lakes routinely eat fishes about 25% of their length and 40% is not uncommon (Keeley and Grant 2001).

Both the littoral and limnetic habitats may be used daily on an opportunistic basis, but there may also be habitat shifts as the fish grow. For example, Lake Washington's cutthroat trout typically spend two years in streams before migrating to the lake when they are about 150 mm long. They feed primarily on insects along the shoreline until they reach about 250 mm, when they move offshore and feed more heavily on fishes (Nowak and Quinn 2002; Nowak et al. 2004). They tend to remain

just below the thermocline in summer, moving slowly and intercepting the sockeye salmon and longfin smelt (*Spirinchus thaleichthys*) that vertically migrate. Adfluvial bull trout also prey heavily on benthic and pelagic fish, in Flathead Lake in Montana, for instance (Fraley and Shepard 1989). Their seasonal and diel patterns of depth distribution indicated a combination of foraging and avoidance of cannibalism from larger bull trout (Gutowsky et al. 2013).

### Searching for Food in Open Water

Chapter 10 considered the topic of reaction distance and prey capture by salmonids in streams, where the fish wait for the food to be delivered, and where the volume to be searched is constrained by the streambed below and the water surface above. In open water there is a different form of the same challenge: how to catch as much food as possible but expend as little energy as possible doing so. Salmonids have an excellent sense of smell but vision guides most of their feeding, and their encounter rates with prey depend on prey density, water clarity, and light (Beauchamp et al. 1999). Consequently, the distribution of light in lakes strongly affects foraging by fishes in open water. We humans are so used to seeing at great distances that we take for granted the clarity of the medium (air) in which we function. However, scuba divers quickly realize that the ability to see underwater is not controlled by our vision but by the clarity of the water and penetration of light.

Trout must move in search of prey such as small fish or zooplankton because if the predators remained still they would seldom encounter the small, slow-moving prey. Predation is not a single event but actually depends on a series of events (O'Brien 1979). The predator must locate or detect the prey, then pursue, attack, and finally capture it, and repeat the process over and over. The predator's ability to search depends on how fast it swims and how far it can see. The most efficient swimming speed is about one body length per second, though smaller fish swim faster, relative to their size, than large fish (Webb 1995). The *reaction distance* is how far away the predator can see and detect prey. The predator cruises around, searching a volume of water for prey. Fish can see farther and so search a larger volume in the day than at night, and a larger volume near the surface than in deep water (fig. 11.7). By comparing the two diagrams—one for clear water, and a similar one for murkier water—the reduction in volume of water that can be searched is illustrated. So, how far can fish see? Lab studies indicated that trout can detect smaller fish as prey no more than about a meter away, regardless of how much light was available, and in cloudier water the reaction distances shrank (Mazur and Beauchamp 2003). Planktivores can see about 20 cm at most, so they search a smaller volume of water (Holbrook et al. 2013).

In addition to the general constraints imposed by water clarity, light level, the size of the eye, and the size of the prey, affecting all species, there are also species-specific differences in how well trout can see. Henderson and Northcote (1985) found that Dolly Varden detected prey from a greater distance at low light levels than did




FIGURE 11.7. Illustration of the effects of depth, time of day, and water conditions on the distribution of light and fishes in lakes. (a) Diagram shows an oligotrophic (unproductive) lake. The cylinders symbolize the volume of water that the predatory fish can search as it swims in the day (left), dusk (center), and night (right). Note that the search volume gets smaller with depth and into the night, when the prey fish move upward to feed. (b) Diagram shows an eutrophic (productive) lake, with much reduced clarity, affecting foraging opportunities for the predator and distribution of the prey. (*Source*: Concept and initial illustration by David Beauchamp, modified with permission by Jason Ching.)

cutthroat trout, but at higher light levels cutthroat trout could see farther. This is consistent with the higher density of cones (which confer acuity in well-lit environments) in the retina of cutthroat trout (Henderson and Northcote 1988), and with the tendency for Dolly Varden to reside deeper in the water column than trout, especially where they co-occur. Similarly, experiments revealed that lake trout could search about a meter away, whereas rainbow and cutthroat trout only about 60 cm away, regardless of how much light was available (Mazur and Beauchamp 2003).

The distributions of salmonid species in lakes not only reflect differences in vision, temperature preference, and other features of each species, but they also reflect competition. Nilsson and Northcote (1981) sampled rainbow and cutthroat trout in a series of lakes, including some containing both species (*sympatry*) and others where the species existed alone (*allopatry*). Both species were broadly distributed and fed on a wide variety of prey, but differences between the species were magnified in sympatry. Cutthroat trout ate more fish than did rainbows, especially when they were found together. Most striking were the patterns of growth. In allopatry, rainbow grew faster than cutthroat, but when they were found together the cutthroat grew much faster than the rainbows. Further research revealed that cutthroat trout tended to dominate Dolly Varden and exclude them from productive littoral feeding areas in lakes (Hindar et al. 1988).

### *Mortality of Trout in Lakes*

Mortality of trout in lakes occurs from a variety of sources. Energy depletion over the winter may contribute to mortality for small fish and those with little stored fat (Biro et al. 2004). However, the proximate cause of mortality is typically predation, even if the fish was made vulnerable by weakness or ill health. Detailed studies are difficult because we need to estimate how many fish are eaten by each predator, how many predators there are (that are big enough to eat the prey of interest), and the number of prey. Juvenile trout and char may fall victim to birds and to other fishes, including members of their own species and other salmonids. As the fish grow larger, they are progressively less vulnerable to predation, although birds such as osprey (*Pandion haliaetus*) can take large trout. Research in 1973 and 1974 showed that osprey caught Yellowstone Lake cutthroat trout up to 35 cm long. The birds dived about ten times per hour and caught fish (almost all trout but a few longnose suckers) on 47% of the dives (Swenson 1978).

One might ask whether there are enough birds to affect the fish populations, and of course that depends on the lake and the bird species and the fish. For example, experimental work on rainbow trout stocked into a series of small lakes in British Columbia revealed that of eight kinds of birds that ate fish, common loons (*Gavia immer*) were the most important, and they primarily ate age-1 rather than smaller age-0 trout (Beckmann et al. 2006). Loons consumed nearly half the fish released into the lakes. Recently, expansion of white pelicans (*Pelicanus erythrorhynchos*) in various regions,

including the Blackfoot Reservoir in Idaho, generated concern about their effects on Yellowstone cutthroat trout. Extensive tagging studies generated fifteen different estimates, the average of which suggested that pelicans ate 30.7% of the system's trout each year (Teuscher et al. 2015). The predation seemed to be nearly independent of the fish's size, and pelicans ate trout up to 58 cm long! Pelicans and double-crested cormorants (*Phalacrocorax auritus*) also consume rainbow trout, sometimes taking at least as many planted hatchery trout as the intended consumers, the anglers (Meyer et al. 2016).

The vulnerability of trout to predators may depend on their behavior and also on the foraging mode of their predator. Loons dive to catch fish, whereas great blue herons stalk their prey in shallow water. Predation by these birds in a small lake was highest for rainbow trout, lower for brook trout, and lowest for hybrids between brook trout and lake trout (Matkowski 1989). The differences were interpreted as evidence that the more pelagic, surface orientation of the rainbows made them most vulnerable, especially to loons, whereas the more benthic foraging by brook trout and deep distribution of the hybrids reduced their risk from both bird species.

There are fascinating interactions between trout feeding behavior and predation risk. In lakes with limited food, small rainbow trout tended to forage in riskier habitats and only 25% survived, whereas in lakes with more food the trout did not grow any faster but more of them (42%) survived because they used refuge habitats more extensively and fed more cautiously (Biro et al. 2005). Some readers may be skeptical that the behavior of fish is flexible enough to accommodate these kinds of environmental variation. However, there has been a recent burgeoning of research into variation among individual fish, with fascinating discoveries (Mittelbach et al. 2014). Individuals differ in life-history traits (fast growth, early maturity, and short lifespan vs. slow growth, delayed maturation, and greater longevity), behavior (active, bold, and aggressive vs. less active, more risk-averse, and timid), and metabolic rate (fast vs. slow). These differences persist in individuals, affecting their performance in food-rich versus food-poor environments, risky versus safe ones. These suites of traits that we might call syndromes also affect vulnerability to fishing. This topic is certain to expand further in the years to come, with implications for salmon and trout in all their habitats (not only lakes) and other fishes as well.

As fish grow, predation generally wanes as a source of mortality, and the fish die from other causes, although bears prey on spawning fish such as cutthroat trout in Yellowstone Lake tributaries (Felicetti et al. 2004). Fishing by humans can be a large or even the dominant source of mortality for adult fish, depending on how the lake is managed and how accessible it is. Finally, spawning is energetically demanding, and trout die even if they are not preyed upon or caught. It is difficult to estimate mortality precisely, but the age composition of trout provides some evidence of annual rates. For example, Iliamna Lake, Alaska, is famous for having large adfluvial rainbow trout. Age composition data for two of the main breeding populations revealed many four- and five-year-olds, but the proportions of older fish declined rapidly after age-7, and

ten-year-olds were only 0.6% of one population and 1.6% of the other, considering fish at least four years of age (Minard et al. 1992). Thus even with very limited fishing, trout do not generally live very long.

Arctic char often live for many years, implying a low mortality rate. For example, the population in Big Lake, in the Canning River system, had a maximum observed age of thirteen, although probably a few even older fish existed (McCart 1980). Interestingly, these two examples provide a contrast in body size, as the Iliamna Lake rainbow trout reached 700 mm or more, whereas the Big Lake Arctic char of the same age were only 160 mm long. Lake trout are even more long-lived, commonly reaching fifteen, twenty, or more years of age (Scott and Crossman 1973). Further information on these patterns is presented in Chapter 17, on size and age at maturity.

### *Ecophenotypes: Intraspecific Diversity in Lakes*

No discussion of trout and char in lakes would be complete without mentioning their capacity to produce *ecophenotypes*—that is, a lake might have two or more distinct forms of a given species, differing in diet, color, habitat use, size, and age at maturity (Hindar and Jonsson 1982; Jonsson and Hindar 1982; Adams et al. 1998). This phenomenon is by no means unique to salmonids, but recently deglaciated lakes seem to be especially prone to producing such forms (Smith and Skúlason 1996), particularly in brown trout and Arctic char. In many cases the forms do not interbreed, and some of the traits are under genetic control so this is an evolutionary process, not merely a matter of some fish eating different prey than others (Skúlason et al. 1996). However, in other instances the fast- and slow-growing individuals from a single population occupy different habitats but are not reproductively isolated from each other (Hindar and Jonsson 1993). This divergence of forms tends to occur in lakes with few fish species, as the trout or char occupy vacant niches that might otherwise be taken by other fishes, and in lakes where zooplankton is an important food resource (Woods et al. 2012). So, for example, a lake might have a small form that occupies the littoral zone and eats insects and a larger form in deep water that eats fish (Power et al. 2009), or there may be a form that eats zooplankton and other forms eating benthic invertebrates and fishes (Adams et al. 1998). A lake might contain a large form that eats fish, has a big head, a diminutive form that lives near the bottom in deep water and eats benthic organisms, and an intermediate form that eats zooplankton and invertebrates (Hindar and Jonsson 1982).

The capacity to produce these forms is most marked in Arctic char, where up to four distinct forms apparently evolved from a single colonizing population, most famously in Thingvallavatn, a lake in Iceland (Sandlund et al. 1992). Brown trout also often occur as multiple forms, especially in Scotland and Ireland. Among the best studied cases is Lough Melvin, Ireland, where there are three forms, locally known as *gillaroo*, *sonaghen*, and *ferox* (Ferguson and Mason 1981; Ferguson and Taggart 1991). Gillaroo feed primarily on benthos, sonaghen on zooplankton and insects, and

ferox on fishes. These forms seem to have colonized the lake independently after the last ice age, breed in separate parts of the basin, and remain genetically distinct from each other (Ferguson and Taggart 1991; McKeown et al. 2010). A study of 192 lakes in Scotland revealed that large, deep lakes with Arctic char (as prey) were most likely to support ferox trout (Hughes et al. 2016).

These sympatric forms have been most extensively studied in European brown trout and Arctic char, but similar divergence also occurs in Alaskan Arctic char (Woods et al. 2013; May-McNally et al. 2015), lake trout in several North American lakes (Muir et al. 2016), and Dolly Varden in Lake Kronotsky, Russia (Ostberg et al. 2009; Saltykova et al. 2015). Kokanee typically show only one form, but in Russia two forms—one feeding on the typical zooplankton and the other feeding on benthic prey—have been documented (Kurenkov 1978). Finally, whitefish are also very disposed to occur as multiple forms in lakes (Lindsey 1981; Smith and Skúlason 1996; Gowell et al. 2012). The exploration of these coexisting forms in Pacific salmonids certainly merits closer attention, and absence of highly divergent forms of sympatric adfluvial rainbow and cutthroat trout (at least I know of none) is intriguing.

## Summary

For juvenile sockeye the one or two years spent in the lake are a period of slow growth and low mortality compared to the years at sea. They disperse from the sites where they emerge to feed in the littoral zone before moving offshore to the limnetic zone for most of their time in the lake. They often migrate vertically, spending the day in deep water and moving up near the surface at dusk to feed. Such movements seem to balance the need to feed near the surface with the risk of predation there and the energetic efficiency of digesting their meal at moderate temperatures. Sockeye feed on insects in the littoral zone and in the limnetic zone they feed selectively on the largest crustacean zooplankton available (often *Daphnia* or large copepods). Growth is influenced by temperature or length of the growing season and the availability of food.

Food is, in turn, influenced by intrinsic features of the lake (chemistry, depth, temperature, etc.) and by the density of planktivores, including both sockeye salmon and other fish species with which they compete for food. Adfluvial char and trout migrate to lakes, often after rearing for a few years in the natal stream. They commonly feed on insects and other invertebrates in the littoral zone and on zooplankton and fish in the limnetic zone. Trout may move back and forth between the lake and streams as food becomes available (e.g., in fall when they eat eggs from spawning salmon). Their diet is increasingly composed of fish as they grow, and they are often the most important predators on young sockeye salmon. In lakes with few other fish species, the trout and char may be represented by two or more forms that differ in size, diet, habitat, and shape; sometimes these different forms are isolated populations that do not interbreed, but in other cases they reflect the plasticity of the species within a single population.

CHAPTER 12

# Downstream Migration (or Not)

The physiology of salmonids prepares them for seaward migration every spring, and the critical life-history decision, to go to sea or remain in fresh water, must be made annually. Some populations are truly landlocked, persisting above barriers to upstream migration only because individuals do not migrate downstream. As indicated in Chapter 9, there are strong genetic controls over such behavior, although the resident populations were presumably founded by anadromous fish in the past. However, there are many populations in rivers and lakes that are accessible to the sea, yet they remain in fresh water. Some of these populations do not interbreed with anadromous ones of the same species, but in other cases there is a greater or lesser extent of interbreeding between individuals that migrate with those that do not. Before taking up the behavior of the salmon and trout that migrate to sea, it is important to consider those that remain in fresh water.

## Shall I Migrate To Sea?

Gross (1987) proposed that we approach the puzzle of anadromy and nonanadromy by considering the fitness of each alternative. He defined fitness as "the lifetime summation of an individual's probability of surviving to reproduce at any age, multiplied by its fecundity (or male fertility) and breeding success at that age" (Gross 1987, 17). Put simply, fish can remain in fresh water and have a comparatively high survival rate but grow slowly and so be likely to survive to breed but produce few eggs (in the case of females), or they can go to sea and risk death but grow faster and produce more eggs if they survive. For each species there is a balance between the benefits and costs of migration and residence. Some species (pink, chum, and coho salmon) are exclusively anadromous or the exceptions are very rare within their native range (see Chapter 18 for information on transplanted populations). Chinook produce a small number of nonanadromous males but all females go to sea. Nonanadromous sockeye (kokanee) populations are found in many but by no means all lake systems. Rainbow trout, cutthroat trout, masu salmon, and all the char species commonly occur as anadromous and nonanadromous forms, often in the same river. Nonanadromy typically shows some geographical pattern of distribution. For example, nonanadromous masu salmon are more common in the southern end of the range (Morita and Nagasawa 2010), where the water is warmer and growth is more rapid (Morita et al. 2014). Similarly, northern lakes seldom

produce kokanee, but rainbow trout in the northern part of their range do not go to sea. So the patterns are complicated.

Extensive studies on kokanee, the nonanadromous form of sockeye salmon, were spurred by the insightful observations and hypotheses of W. E. Ricker (1938, 1940). The two forms can be sympatric, rearing in the same lake and even spawning in the same river. However, there are also many lakes with only sockeye, and a few that are accessible to anadromous fishes but have only kokanee. What is the relationship between sockeye and kokanee, how can the two forms persist, and how did they evolve? The traditional view of such evolutionary events was that species evolve in isolation (e.g., on separate islands or in lakes). Eventually, the differences in life history, morphology, color, behavior, and other traits of the populations are sufficient to prevent interbreeding among adults and to prevent any hybrid offspring from thriving. So, if they later come in contact with each other, they remain distinct. However, it has become clear that one species can diverge into two or more forms while still in each other's presence if variations in life history cause them to develop distinct forms that tend to breed with each other rather than with the alternative form. This *sympatric divergence* occurs in Arctic char and brown trout in lakes, as described in Chapter 11. Patterns of genetic variation reveal that the sockeye and kokanee within lakes are usually more closely related to each other than they are to members of their form in other lakes (Foote et al. 1989; Taylor et al. 1996). Thus sockeye colonized many lakes after the last glacial period and in some cases gave rise to kokanee, implying independent evolution of kokanee on many occasions. How might this have occurred, and how do the forms remain distinct?

Kokanee are much smaller than sockeye, and male sockeye do not court female kokanee, favoring the larger and more fecund sockeye, with ten to twenty times more eggs (Foote and Larkin 1988). This *assortative mating* tends to isolate the forms and male kokanee prefer to court female kokanee but they sometimes sneak fertilizations with female sockeye. The hybrids between forms are viable, and both pure kokanee and hybrids can transition to seawater. However, there are subtle but significant differences in a series of traits, such as embryo development, swimming performance, color, and especially size thresholds for sexual maturity that reinforce the separation between forms by making the hybrids less viable than either pure form (Wood and Foote 1996).

If assortative mating and differential survival keep the forms separate at present, how did the separation begin? The link between these forms seems to be what Ricker (1938) termed *residuals*—the nonanadromous offspring of anadromous parents. Ricker's (1940) hypotheses were validated by later researchers, using genetic techniques not available to him (Wood 1995; Taylor et al. 1996; Wood and Foote 1996). The process seems to have taken place as follows. Lakes were independently colonized by sockeye after glaciers receded. Most individuals continued to be anadromous but a few (often but not always males) did not leave the lake. These residuals were much

smaller at maturity than the anadromous fish because growing conditions in the lakes are generally poorer than those at sea. Residual females were only courted by male residuals, although residual males also courted anadromous females. Assuming some heritable tendency to remain in the lake rather than migrate to sea, this assortative mating tended to separate the forms as they specialized for their freshwater and marine habitats. These genetic differences were reinforced by size-specific preferences for breeding sites, accompanied by the evolution of mechanisms to reduce interbreeding between forms.

So, if sockeye can evolve into kokanee, why are kokanee found in only some lakes? What constrains or encourages the evolution of nonanadromy? Wood (1995) proposed that a combination of migration difficulty and growth potential were important. All other things being equal, kokanee are more likely to evolve where the migration is very arduous (long distance and high elevation) because that makes it more demanding and dangerous to go to sea and return. Kokanee also tend to occur where lake conditions (temperature and food) allow them to grow big enough to reproduce before they fall victim to predators. If so, how can both forms occur in the same lake? The explanation is that the risk of mortality in the two environments is balanced, more or less, by the growth opportunities, and so both forms can replace themselves. Research on sockeye and kokanee indicated a relatively sharp division between anadromous and nonanadromous forms. That is, populations are basically all one form or the other, with strong genetic control over the traits associated with the forms, both forms include males and females, and virtually all offspring display the same traits as their parents. However, salmonids as a group vary in the patterns of anadromy and residency, and in most species the distinction between anadromy and nonanadromy is less clear than in sockeye and kokanee.

The traditional Pacific salmon species are more strongly anadromous and less often produce nonanadromous forms than other salmonids (Rounsefell 1958; Quinn and Myers 2004). There are no naturally nonanadromous pink or chum salmon populations, and residuals are unknown in these species, with the apparent exception of a few male pink salmon that matured at age-2 in Frazer Lake, Alaska (Hennick et al. 1968). In Cultus Lake, British Columbia, both male and female residual coho salmon were produced by sea-run parents (Foerster and Ricker 1953), but this seems to be very unusual. However, Parkinson et al. (2016) recently reported nonanadromous male and female coho salmon in two British Columbia lakes, and they have also been reported in Russia (Kurenkov et al. 1982). In contrast, nonanadromy is common in masu salmon; some males not only mature as parr but survive after spawning (Ivankov et al. 1977) and then migrate to sea and return as jacks or large, older males (Tsiger et al. 1994). As noted above, northerly populations of masu salmon tend to be anadromous whereas farther south the water is warmer, the fish grow faster, and mature male parr are more common (Morita and Nagasawa 2010; Morita et al. 2014). Consistent with Wood's (1995) hypothesis for sockeye and kokanee, the difficulty

of migration also seems to encourage maturity of male parr in masu salmon and co-occurring white-spotted char (Sahashi and Morita 2013).

Mature male parr occur in some stream-type Chinook populations (Gebhards 1960; Mullan et al. 1992). Mature parr and other male alternative life-history traits such as jacks and "mini-jacks" are natural phenomena in Chinook salmon, but they are especially prevalent in hatchery populations because the rapid growth triggers early maturation (Larsen et al. 2004; Vøllestad et al. 2004). Female reproduction is controlled primarily by the number of eggs they produce, and the lifetime mortality of offspring is so great that only large, anadromous females can produce enough eggs to replace themselves in many populations. However, if the mortality rate is low enough, even a small number of eggs will produce enough surviving offspring, and nonanadromy in females is sustainable, especially for iteroparous species. Hutchings (1994) documented populations of nonanadromous brook trout in which some females as small as 75 mm (the size of a typical coho salmon parr at the end of its first summer) reproduced, and most reproduced by the time they reached 140 mm (the size of many coho salmon smolts).

Of the *Oncorhynchus* species, the trout show a much greater tendency to nonanadromy than the salmon, and this has been the focus of many studies recently, especially in steelhead and rainbow trout. The conventional understanding had been that these two forms were quite distinct, each producing offspring that repeated the life history of their parents. Indeed, conservation and management has adhered to this notion, and some rivers have a steelhead population that is protected under the US Endangered Species Act while regulations permit the take of rainbow trout in recreational fisheries. Research into the isolation or interchange between forms of trout has been greatly facilitated by a technique referred to as otolith microchemistry. Seawater has a higher ratio of strontium to calcium than fresh water, and these elements are passively absorbed into the fish from the water. The elemental concentrations in a female are passed to her offspring via the yolk of the egg, so the composition of the otolith can reveal whether the fish's mother had been to sea or not in the season prior to spawning.

In a pioneering study, Zimmerman and Reeves (2000) took advantage of this technique to compare rainbow trout and steelhead from two rivers. All thirty-eight rainbow trout sampled from the Deschutes River, Oregon, had nonanadromous mothers and all twenty steelhead had anadromous mothers, indicating that the forms were quite distinct. However, of twenty-four steelhead sampled from the Babine River, British Columbia, one had a resident trout for a mother, and two of nine rainbow trout had been produced by female steelhead. The rainbows were smaller (about 20–35 cm vs. 61–69 cm for steelhead), tended to make smaller redds (1.5 m long × 0.8 m wide vs. 2.1 m × 1.2 m for steelhead), in shallower (42.6 cm vs. 54.1 cm), slower water (63.4 cm/sec vs. 71.4 cm/sec) with finer substrate (25.1 mm vs. 32.5 mm), and spawned later than the steelhead. This separation in spawning date is consistent with

the earlier spawning by sockeye than kokanee (Wood and Foote 1996), and with the general tendency for larger individuals within populations to breed earlier than smaller ones (Doctor and Quinn 2009).

Since the work by Zimmerman and Reeves (2000), many studies have investigated the extent to which rainbow and steelhead are isolated, with fascinating results. First, the sex ratios of residents and smolts are often skewed; females are more inclined to migrate to sea and males to stay in the stream (Rundio et al. 2012; Ohms et al. 2014). Second, behavioral observations revealed interbreeding between resident trout and steelhead in Russia (Kuzishchin et al. 2007) and North America (McMillan et al. 2007). Third, further analysis of otolith chemistry indicated that resident mothers produce steelhead offspring in natural populations (Courter et al. 2013). At the other side of the world, rainbow trout transplanted to Argentina in the nineteenth century are now producing steelhead (Pascual et al. 2001), and resident trout and steelhead mothers each produce their own and the alternative form (Riva-Rossi et al. 2007). Fourth, in many cases where both forms occur, steelhead and rainbow trout are not genetically distinct (Docker and Heath 2003), indicating that interbreeding occurs.

Taken together, these and other studies support the conclusion (perhaps not a big surprise) that the separation between rainbow and steelhead is a blend of nurture and nature. That is, some combination of rapid growth, large size, and stored energy tend to promote residency and maturation in fresh water (McMillan et al. 2012). This seems to be part of a general salmonid pattern: fast-growing fish mature in fresh water, slower-growing fish leave the river for the sea that year, and fish growing even slower may leave the following year. However, there is a genetic influence over the relationship between how fast fish are growing and whether they migrate or mature; this is referred to as the *norm of reaction* between growth and the life-history trait. There have been several recent reviews of residency and anadromy in *O. mykiss* (Kendall et al. 2015), and salmonids in general (Dodson et al. 2013; Sloat et al. 2014), and readers are encouraged to explore this fascinating and important topic.

The focus on anadromy versus nonanadromy can distract us from the more basic dichotomy between migration and residency. There is a great range in movement patterns among salmonids, including maintenance of a very restricted home range throughout life in a small stream, migration from a small stream to a large river, to a lake, to an estuary, or to the open ocean (Northcote 1992; Jonsson and Jonsson 1993). Adfluvial trout that leave their natal stream as juveniles and feed in a lake until they mature are clearly migratory but not anadromous. In some large lakes these trout physically resemble steelhead and behave more like the steelhead that colonized the lake after the last ice age than stream resident trout.

### Sampling Migrants

The assessment of downstream migration (whether to a lake or the ocean) involves sampling, as with other stages in the life cycles of salmon and trout. A wide variety of

devices are used to catch migrants, including weirs that span the whole width of the stream (photo 12.1), fyke nets (photo 12.2) that are stretched across some fraction of the river, traps with a screw that slowly rotates with the force of the river, gradually moving the fish into the back (photo 12.3), and other devices. In each case the fish are guided into a box or other structure where they are safe until they can be identified, counted, measured, sampled, tagged, and sent on their way.

There are several problems with such sampling. First, there can be high flows from rainfall or melting snow that make the traps inefficient or impossible to operate. It is hard to know how many fish go down on these nights, but it is very plausible that many fish migrate when flows are high. Second, the efficiency of the trap depends on its position in the river's current. The proportion of fish caught in a given location varies with flow, so regular trap efficiency estimates are important if the goal is to do more than catch some fish. Third, many traps are selective, either because bigger fish avoid the trap more readily than small ones, use a different part of the river, and so on. Fourth, it is costly to maintain traps and so there is a natural tendency to install and staff them for only the most informative period. However, it is becoming increasingly clear that salmon and trout move downstream at many times of the year, and short trapping seasons have limited our appreciation of how variable their behavior can be. Finally, the size of the migrants commonly varies over the season (more on this later) and so any biases with respect to size and time are further complicated.



PHOTO 12.1. Fan trap deployed to catch downstream migrating salmonids in Forks Creek, Willapa Bay, Washington. (*Photo:* Thomas Quinn)



**PHOTO 12.2.** Fyke trap deployed to catch sockeye salmon smolts leaving Crosswind Lake, Copper River system, Alaska. (*Photo:* Thomas Quinn)



**PHOTO 12.3.** Rotary screw trap deployed to catch downstream migrating salmonids in the Elwha River, Washington. (*Photo:* Thomas Quinn)

### *Do I Migrate This Year or Defer the Decision?*

The decision to go to downstream (e.g., to sea) is hard-wired in some species and more flexible in others, and differs between males than females in many cases. Assuming the fish will go to sea (or to the lake, etc.) at all, the next decision is, "this year or next year?" As table 12.1 shows, salmonids vary greatly in age at seaward migration. Pink and chum salmon all migrate in their first year of life but the other species are more variable, and the proportion of older smolts tends to increase toward the northern end of the range. This pattern, exemplified by steelhead (table 12.2), is also seen in sockeye, coho, and Chinook salmon. Chinook migrate to sea in their first or second year of life; ocean-type predominate in the southern end of the range and in the more productive, coastal rivers, and stream-type are found in the interior and the north. Taylor (1990a) reported that Chinook salmon populations north of about 56° north latitude (i.e., the Skeena and Nass rivers) were exclusively stream-type, although the Situk River in south-central Alaska (59°30′ north) is an exception to this rule, producing almost exclusively ocean-type juveniles (Johnson et al. 1992).

The age composition of smolts depends on growing conditions and presumably reflects the trade-off between growth and mortality regimes in freshwater and marine environments. Large size increases the odds of survival at sea, but there will be some probability of mortality for every year spent in fresh water. Sockeye salmon at the southern end of their range, for example, grow sufficiently large after a year in the lake to greatly enhance their survival rate at sea, relative to fry. They might only grow a bit more in a second year in the lake (as a new cohort of fry enters and competes with

TABLE 12.1. Characteristic (++) and less common (+) ages at seaward migration of different salmonid (*Source:* Randall et al. 1987); masu salmon (*Source:* Based on Kato 1991) and bull trout (*Source:* Brenkman et al. 2007, and Austin and Quinn, unpublished data)

| Species | Age in years | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Pink salmon | ++ | | | | | | | | |
| Chum salmon | ++ | | | | | | | | |
| Chinook salmon | ++ | ++ | + | | | | | | |
| Coho salmon | + | ++ | ++ | + | | | | | |
| Sockeye salmon | + | ++ | ++ | + | + | | | | |
| Masu salmon | | ++ | ++ | + | | | | | |
| Steelhead trout | | + | ++ | ++ | + | | | | |
| Brown trout | | + | ++ | ++ | + | + | + | | |
| Cutthroat trout | | + | ++ | ++ | ++ | + | + | | |
| Bull trout | | + | ++ | ++ | ++ | ++ | + | | |
| Brook trout | | + | ++ | ++ | ++ | + | + | + | |
| Atlantic salmon | | + | ++ | ++ | ++ | + | + | + | + |
| Dolly Varden | | | + | ++ | ++ | + | + | | |
| Arctic char | | + | + | ++ | ++ | ++ | ++ | + | + |

TABLE 12.2. Percentage of steelhead migrating to sea at different ages, based on averages of populations from different regions of North America (numbers of rivers in parentheses). (*Source:* Data from Busby et al. 1996)

| Smolt age | Alaska (6) | BC (15) | Washington (9) | Columbia River (18) | Oregon (4) | California (8) |
|---|---|---|---|---|---|---|
| 1 | 0.0 | 0.7 | 6.3 | 3.8 | 3.8 | 23.3 |
| 2 | 15.2 | 34.9 | 85.7 | 79.0 | 79.3 | 69.0 |
| 3 | 73.8 | 60.5 | 8.0 | 16.6 | 16.3 | 7.5 |
| 4 | 11.0 | 3.9 | 0.0 | 0.6 | 0.8 | 0.3 |

them) and would risk dying during that year. The survival benefit at sea of that additional increment of growth is apparently not sufficient to offset the additional risk of mortality in fresh water, so they all go to sea after a year. In less productive lakes, growth is slow and the sockeye may face severe size-selective mortality at sea (see Chapter 15) if they leave after only a year; in these cases age-2 smolts are more common.

If mortality rates in the lake are low, the fish may stay a second year, accepting the modest risk of mortality to increase their survival chances at sea. Obviously, no thought process is involved; the evolutionary pressures have culled from the population the fish that make the wrong "choices." In years with good growing conditions (warm water, low density of fish, etc.), there may be a higher proportion of age-1 smolts than in years with poorer conditions. The effects of density on the age composition of smolts (see table 11.2) illustrate this. However, it is important to note that each population has its own "set point" for the decision to go or stay. In some lakes the sockeye go to sea after one year but at a small size, whereas in other lakes such small fish would stay for a second year.

Data from a large number of sockeye and coho salmon populations illustrate the range of sizes of age-1 smolts (as well as the generally larger size of coho than sockeye after a year in fresh water; fig. 12.1). Data from four lakes within the Bristol Bay region of Alaska (table 12.3) further illustrate the variation in smolt size and age patterns. Sockeye smolts from the Wood River lakes averaged 7 g in weight after one year (photo 12.4) and 93% left at this age, whereas smolts from Ugashik were as large, and those from Becharof were even larger, but the smolts from these latter systems more commonly spent two years in the lake. Compared with the other systems, the Wood River sockeye seemed to grow less in their second year in the lake, and the age-2 smolts have less advantage in marine survival. In the other lakes the age-2 smolts are much larger than the age-1 smolts and enjoy a greater survival advantage at sea. Perhaps the mortality rate in the Wood River lakes during the second year is greater than the survival advantage at sea, so they migrate, despite the fact that they are similar in size to fish in other systems that do not migrate.




FIGURE 12.1. Average population-specific lengths of age-1 smolts: 117 coho salmon populations (*Source:* Data from Bradford et al. 1997; Weitkamp et al. 1995; Crone and Bond 1976) and 85 sockeye salmon populations (*Source:* Data from Burgner 1991; Gustafson et al. 1997; Edmundson and Mazumder 2001; and K. D. Hyatt, unpublished data)

TABLE 12.3. Average age composition, size, and marine survival of sockeye salmon smolts from four lake systems in Bristol Bay, Alaska. (*Source:* Alaska Department of Fish and Game data from the late 1970s to the early 1990s, complied and summarized by Gregory Ruggerone, N.R.C. Inc.)

| Lake system | Smolt age (years) | Weight (g) | Percentage of smolts leaving the lake (%) | Percentage that survive at sea to return as adults (%) |
|---|---|---|---|---|
| Iliamna | 1 | 5.6 | 53 | 7.5 |
| | 2 | 9.4 | 47 | 11.9 |
| Ugashik | 1 | 7.1 | 51 | 4.9 |
| | 2 | 11.5 | 49 | 10.0 |
| Becharof | 1 | 9.8 | 29 | 18.4 |
| | 2 | 14.3 | 71 | 28.6 |
| Wood River | 1 | 7.0 | 93 | 6.0 |
| | 2 | 9.3 | 7 | 6.9 |

On an absolute basis, age-2 smolts are generally larger than age-1 smolts (with some overlap, of course), but the paradox is that the larger, age-2 smolts, were the slower-growing individuals within the population. They stayed in fresh water for another year because they were too small to face the size selective mortality at sea. Thus the population as a whole and individuals within the population seem to strike a balance between growth and survival in fresh water and mortality at sea. In some cases, older smolts are only slightly larger than younger individuals. For example,



PHOTO 12.4. Sockeye salmon smolts migrating down the Little Togiak River, Bristol Bay, Alaska. (*Photo*: Gregory Ruggerone, University of Washington)

most Columbia River steelhead sampled at Rock Island Dam were age-2 and age-3, but they ranged from age-1 to age-7 (fig. 12.2). Over this range of ages the average size only increased slightly, indicating a threshold of size rather than a common age for seaward migration (Peven et al. 1994).

In addition to salmonids migrating to sea as fry, parr, or smolts, some migrate at a larger size, including cutthroat trout or steelhead, migrating to sea in spring as large smolts or shortly after spawning in spring, or species such as Dolly Varden or bull trout that spawn in the fall, spend the winter in fresh water, and migrate to sea in spring (Quinn and Myers 2004). For example, in Auke Creek, Alaska, Dolly Varden and cutthroat trout migrate to sea primarily in April and May (Quinn et al. 2016). The Dolly Varden return and spawn in the fall, remain in fresh water all winter, and migrate to sea again the next spring. In contrast, the cutthroat trout return in the fall but do not spawn until the next spring, and leave shortly thereafter. More extreme behavior is shown by some char species in the Arctic. A survey of fish in several lakes revealed that Arctic char made their first seaward migration at age-5, on average, and anadromous lake trout averaged thirteen years in fresh water before commencing seaward migration (Swanson et al. 2010). One lake trout made its first migration to sea from Nauyuk Lake at age-29! These larger fish are components of populations in which many individuals do not migrate at all, and so in many ways are not really comparable to smolts in species such as coho or sockeye salmon. Our understanding of the physiological and ecological processes involved in seaward migration in these older fish is very limited. Indeed, much of the literature on smolt transformation has been motivated by applied questions linked to aquaculture and hatcheries, and we rely too heavily on coho salmon and Atlantic salmon smolts as the models, neglecting the diversity of patterns within and among species.

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 282 of 560






FIGURE 12.2. Average length at age and age composition (numbers on top of the bars) of steelhead smolts sampled at Rock Island Dam on the Columbia River. (*Source*: Peven et al. 1994)

### *Do I Migrate Now or Later This Year?*

Having decided to go to sea in a given year, the next question is, when? The underlying question, however, is whether smolt migration timing is an adaptation to the marine environment where the fish are going or the freshwater environment that they are leaving. Broadly speaking, all salmon migrate to sea in spring, but there is considerable variation among populations over the range of latitudes, as the timing of spring in the ecological sense differs greatly from California and Korea to the Bering Sea and Arctic Ocean. The cues that stimulate salmon and trout to migrate also vary among species and among years in very interesting ways. It helps to distinguish subyearling migrants from yearling (or older) smolts. Pink salmon migrate to sea immediately and chum salmon almost immediately after emerging from the gravel. In these species the timing of downstream migration is almost completely determined by when their parents spawned, and what temperatures the embryos experienced during development. In contrast, some species spend a year or more in fresh water and undergo a clear transition from parr to smolts in terms of color, shape, energy storage and mobilization, hormone levels and other aspects of physiology, and other adaptations for the transition to sea. Among Pacific salmon, coho are the best studied species but sockeye and stream-type Chinook salmon also follow this pattern. In these species the timing is primarily controlled by photoperiod and secondarily by water temperature experienced in the final spring, just prior to seaward migration.

Holtby et al. (1989) illustrated this distinction between species migrating as fry and as smolts with data on chum and coho salmon leaving Carnation Creek. The chum salmon timing varied greatly from year to year, and closely tracked the accumulated

temperature units during the incubation period. Coho smolts, in contrast, migrated at about the same time each year, with only slightly earlier migration when the spring was warmer. This distinction was especially marked when stream temperatures increased after experimental logging removed much of the stream's shade (Holtby 1988). The coho smolt timing shifted only six days, from May 6 to April 30, but the chum timing shifted nineteen days earlier, from April 26 to April 7. There were also large numbers of newly emerged coho salmon fry that moved downstream, and their timing matched that of the chum salmon fry. The authors attributed the movement of these fry to displacement during high flows, so in both species fry timing was primarily controlled by the pace of embryonic development. The coho smolts, in contrast, were primarily controlled by photoperiod, and only secondarily affected by temperature. The Auke Creek, Alaska, pink salmon population provided an excellent example of the link between incubation temperature and fry migration timing (Taylor 2008). Water temperatures during incubation increased about 1°C over thirty-four years. This change might seem inconsequential but, combined with a slight shift in adult spawning timing, the fry migration date became seventeen days earlier over the period of record.

The downstream migration of coho salmon fry has been recognized for many decades and generally taken as evidence that the carrying capacity of the habitat was exceeded (Chapman 1962), although increasing flows often coincide with movement (Holtby et al. 1989). It was assumed that fry emerging late in the spring and finding all the good territories taken, or are simply inferior competitors, move downstream. In large river systems they might find suitable habitat and thrive, but in some very short systems they might enter marine waters. Chapman (1962) referred to these fry as "nomads," and they were assumed to perish if they entered salt water. Chapman (1962) showed a mode of coho salmon migrating downstream as fry, primarily in May and June, and then another clear mode of smolts leaving the following March and April. There were, however, small numbers of fish moving downstream in November and December. As noted in the Chapter 10, coho salmon often show a "pulse" of movement in the fall (see fig. 10.9).

Several studies have reported similar pulses of movement in short coastal streams that bring the fish to estuarine waters. Year-round beach seining in the small estuaries of the Elwha River and Salt Creek revealed a pulse of coho in September (Quinn et al. 2013), and passive integrated transponder (PIT) tag detectors on nearby West Twin and East Twin creeks (Roni et al. 2012) showed many fish leaving in October and November (fig. 12.3). These fall migrants tended to be smaller in late summer than the coho that migrated in spring (i.e., the conventional smolt pattern). In a parallel study the majority of the juvenile steelhead leaving East and West Twin creeks were in their first fall or winter of life, but these small fish did not seem to produce returning adults, which had left at age-1 or age-2 (Hall et al. 2016). Curiously, the fish that migrated in the fall as fry were larger at the end of the summer than those that stayed for a full year or two before migrating in the spring—opposite to the pattern seen in




FIGURE 12.3. Monthly percentages of all juvenile coho salmon leaving East Twin and West Twin creeks, on the Strait of Juan de Fuca, Washington. (*Source*: Data from Roni et al. 2012)

coho salmon in the same streams. Certainly there is much more to be learned about the prevalence of these fry or parr migrants, their fate, and the patterns of growth that cause fish to pursue this pattern rather than staying in the stream longer and migrating the following spring as smolts.

The downstream migrations of Chinook salmon are especially complicated because their populations may include a mix of ocean-type fish migrating to sea as fry just after emerging from the gravel, ocean-type fish that spent several months in the river, and stream-type smolts that spent a year in the river. For example, Healey (1991a) reported that in the Cowichan River, on Vancouver Island, many fry just over 40 mm left the river from mid-March through the beginning of May, with little increase in average size over that period (presumably because each individual migrated shortly after it emerged from the gravel). There was a lull in the numbers of fish migrating, followed by a pulse of larger fish, about 60 mm to 70 mm long. In the Nanaimo River both these types were evident, as well as stream-type fish; these three forms differed in morphology and represented distinct genetic groups (Carl and Healey 1984).

In addition to these patterns in timing between species, within a given species the seaward migration in northern latitudes is generally later than it is farther south. This pattern is illustrated by data on sockeye salmon (Hartman et al. 1967; Burgner 1991; Gustafson et al. 1997) and coho salmon (Drucker 1972; Spence 1995; Spence and Hall 2010), combined into figure 12.4. The coho salmon data are especially informative because they span such a large geographical range. Interestingly, coho migrate to sea later in the year in the north and with much less variation in timing within a given river than in the south (Spence and Hall 2010). The authors noted that the




FIGURE 12.4. Relationship between latitude and the median smolt migration timing of North American coho and sockeye salmon, plus one Russian sockeye population, the Bolshaya River. (*Source:* Coho salmon data from Spence and Hall 2010; sockeye salmon data from Hartman et al. 1967 and Gustafson et al. 1997)

timing patterns of coho salmon tended to cluster into three groups, corresponding in general to their geographical location. The northern group (Alaska and northern British Columbia) had a peak migration on May 25 and a narrow range of variation (eight days encompassed 50% of the migration). The central group (southern Alaska, British Columbia, Washington, and some Oregon rivers) peaked on May 10, varied by fourteen days, and the southern group (primarily Oregon and California) peaked on April 16, varied by twenty-seven days.

Spence and Hall (2010) noted that these geographical regions correspond to areas along the coast with quite different patterns of ocean circulation and timing of productivity, and hypothesized that the timing (both the peak and the variation) reflect two kinds of selection. First, the fish may be "constrained" by conditions in fresh water that prevent migration at certain times (ice, sand bars, etc.), and these constraints may be regular or irregular in timing. Second, the opportunities for feeding, growth, and survival at sea depend on a suite of physical and biological processes (discussed in Chapter 15 on marine survival). These processes occur earlier in some areas than others, and they are also more predictable in some areas than others. Thus in some rivers there is an ideal time to migrate, and all the fish do so with little variation. However, in other cases conditions either in the river or at sea result in survival patterns that sometimes favor early fish but sometimes favor later migration, so the population displays greater variation. The underlying assumption is that there is a genetic component to migration timing, and the observed patterns (average and variation) result from selection operating on some aspect of behavior and physiology that trigger migration.

The importance of local processes in timing of seaward migration can be illustrated by comparing sockeye salmon leaving Wenatchee and Osoyoos lakes in the Columbia River system. The smolts of these populations originate in different lakes but they share a journey of hundreds of kilometers to the ocean, and presumably factors along the route, in the estuary, and at sea would select for similar timing. However, the Lake Wenatchee fish migrated much earlier than the Osoyoos Lake fish (Peven 1987). Even within a single lake system there can be bimodal patterns of migration timing, as illustrated by Babine Lake, British Columbia. This very long lake had an early run of fish from the North and Morrison arms of the lake, followed by the smolts from the main lake (Groot 1965).

One fascinating and recurring pattern is that within a given river, older smolts tend to leave earlier in the season than younger ones (Hartman et al. 1967), and larger fish may even leave earlier in the evening than smaller ones (Burgner 1962). For example, age-2 smolts constituted a declining percentage of the coho smolts leaving the Keogh River, British Columbia, over the run: April, 17.6%; May, 9.8%; and June, 4% (Irvine and Ward 1989). Data on sockeye salmon leaving Iliamna Lake, Alaska, showed this pattern, but in addition the earlier migrants tended to be larger than later migrants of the same age (Crawford et al. 1992), even though the later fish had an extra month in which to grow (fig. 12.5). Like the other patterns of size, age, and migration, this tendency presumably reflects the need for small individuals that are going to leave in a given year to grow a bit more in order to improve their odds of survival when they go to sea. These late, small fish may sacrifice the superior growing conditions at sea for that small size advantage, and we will consider this further in the context of survival at sea.




FIGURE 12.5. Percentage of age-2 (rather than age-1) sockeye salmon smolts (bars), and average length of age-2 smolts (line and diamonds) over the 1990 migration period from Iliamna Lake, Alaska. (*Source:* Crawford et al. 1992)

Layered under the broad species specific patterns, latitudinal clines, and aspects of timing related to age and size, there is also interannual variation in timing related to temperature. It has long been known that salmon migrate earlier after or during a mild spring than a cold one, such as sockeye salmon in British Columbia's Cultus Lake (Foerster 1937) and Alaska's Wood River lake system (Burgner 1962). As noted earlier in this chapter, variation in timing of fry migrants is driven by temperatures experienced during incubation, whereas migration by smolts is generally governed by photoperiod, but temperature during the final spring also plays a role. Chinook salmon migrating from two tributaries of the Umpqua River in Oregon (Roper and Scarnecchia 1999) showed this pattern, as did sockeye salmon migrating from Iliamna Lake (fig. 12.6).




FIGURE 12.6. Relationship between spring water temperature and interannual variation in migration timing of (a) Chinook salmon leaving tributaries of the Umpqua River, Oregon (*Source:* Roper and Scarnecchia 1999) and (b) sockeye salmon leaving Iliamna Lake, Alaska (*Source:* Alaska Department of Fish and Game annual reports).

## The Transformation of Parr into Smolts

The interannual variation in smolt timing in response to environmental conditions is really the fine-tuning of a fundamental internal sequence of changes in morphology, physiology, and behavior needed for transition to salt water. The salmon are preparing for a migration to a distant and totally new environment, whose conditions they cannot know until they get there. The fish have internal rhythms of hormones and other physiological processes that prepare them for this suite of profound changes. These rhythms are synchronized by day length and also affected by temperature, as noted already. Some discussion of this parr-smolt transformation is needed, although this is not the place for a review of this fascinating and complex process. Detailed information is available in review papers (Hoar 1976; Wedemeyer et al. 1980; Dickhoff and Sullivan 1987; Clarke and Hirano 1995; Dickhoff et al. 1997), and I present only a very brief summary here.

The transformation of parr into smolts prepares them for the radical change in environments required of anadromous fishes. There are several components to this transformation, including changes in shape and color, preparation of the body's osmoregulation (salt balance) system, energy storage, and mobilization; and the endocrine system plays a key role by responding to external stimuli (photoperiod and temperature) and driving the internal changes (photos 12.5 and 12.6).

Perhaps the most obvious changes are in color. The fish lose the greenish-brown backs and vertical parr marks that camouflage them in streams and shift to the blue-green backs, silver sides, and white bellies typical of so many pelagic marine fishes. These colors help them hide in the unstructured ocean against the color of the water when seen from above, from the side, and from below. This color change is accomplished by depositing guanine over the skin pigments of the parr during the transformation process. The fins also darken as melanin is deposited. There are changes in morphology at this time, although the salmon body plan suits them as generalists in both environments. The body gets slimmer, especially by elongation of the caudal peduncle (Winans and Nishioka 1987), and teeth develop on gums and tongue to permit the fish to catch larger prey.

Inside the salmon, even more profound changes are taking place. Fresh water is virtually devoid of salts, the internal fluids of salmon are about 10 parts per thousand (ppt) salt, and salt water is about 33 ppt. Thus in fresh water, fish must keep from losing salts and being flooded with water. To accomplish this, they refrain from drinking, excrete dilute urine, and actively transport ions inward at the gills, where the huge surface area would otherwise lead to ion loss. In salt water, the fish drink but they cannot produce urine more concentrated than their body's fluids, so ion excretion at the gills is very important. Substantial changes in the kidneys and gills are therefore required to permit the fish to migrate to sea. In coho salmon, for example, the concentration of sodium ($Na^+$) ions in the blood is about 120 milli-equivalents in fresh



PHOTO 12.5. Coho salmon smolt. (*Photo:* Richard Bell, University of Washington)



PHOTO 12.6. Chinook salmon smolt. (*Photo:* Richard Bell, University of Washington)

water. This increases to about 160–200 in the first day after introduction to salt water, then goes down to 140–150 within two more days, as the fish regains control over its salt balance. Fish unable to regulate their internal ion concentrations cannot survive.

The transformation from parr to smolts is not just a matter of ion regulation in a new environment but an overall set of endocrine and metabolic adjustments. The transformation process is very energetically demanding. In the late winter, insulin levels increase, and the body stores lipids and carbohydrates, later mobilized to fuel the changes from parr to smolt. Mobilization of stored energy is stimulated by growth hormone from the pituitary gland, thyroxine from the thyroid gland, and corticosteroids (especially cortisol) from the interrenal gland. Cortisol plays an important role

in gill Na+ K+ ATPase production, allowing the gills to regulate ions adequately when fish enter seawater. However, cortisol also inhibits immune function, so smolts may be more vulnerable to diseases than parr. Prolactin is involved in ion regulation in fresh water; growth hormone and cortisol stimulate seawater tolerance.

Every spring the young salmon and trout are prepared by internal rhythms for the transition to seawater, and the increasing day length synchronizes the body's rhythm to local conditions. Increasing temperatures play an important secondary role. The decision to go or stay is associated with size; larger parr are more likely to become smolts in a given year and to leave earlier in the year than smaller ones. However, rapid growth rate is more important than absolute size for proper synchrony of the physiological processes associated with smolt transformation (Dickhoff et al. 1997; Beckman et al. 1998). There seems to be a window of time in spring when the fish either begin the process of smolt transformation, including energy storage, mobilization, thyroid hormone surges, changes in color, shape, ion regulation, and behavior, or they do not (fig. 12.7). In species and populations with sexually mature male parr, it is typically the largest or fattest males that mature, fish of intermediate size leave as smolts, and the smallest ones remain for another year (Thorpe 1987).

External stimuli thus trigger a cascade of events, including energy storage and mobilization (lipid levels decrease to fuel the changes), alterations in behavior and morphology, and readiness to enter seawater. However, these are not like a row of dominoes that are lined up and then fall in a rigid sequence. Just as migration seems to be an important part of the process of olfactory imprinting (see Chapter 5), there are positive feedbacks between downstream migration and development of the physiological traits needed for successful entry into seawater. Steelhead smolts held at Dworshak National Fish Hatchery had lower gill Na+ K+ ATPase activity levels than hatchery fish migrating downstream, and wild migrants had still higher levels (Zaugg et al. 1985; fig. 12.8).

Stepping back from the details of the physiology of the parr-smolt transformation, it is important to note that the process takes place differently in different salmonids. McCormick (1994) described the patterns in chum salmon, Atlantic salmon, and brook trout but for Pacific species, coho salmon might be good surrogate for Atlantic salmon, and bull trout or Dolly Varden for brook trout. Chum (and pink) salmon migrate as fry at a small size after only very limited time in rivers. They are very tolerant of seawater at emergence, so the timing of migration and seawater adaptation are primarily controlled by development. When their yolk is absorbed and they emerge from the gravel, they are ready to go. In coho salmon, Atlantic salmon, and other "classic smolts" that feed for a year or more in rivers, the preparation for seawater entry is more strongly controlled by photoperiod. If their growth trajectory has already given them the signal to go in the present year, they ramp up a series of physiological events in sequence while still in the river and during downstream migration to prepare them to enter the sea. Consequently, they are already rather




FIGURE 12.7. Generalized sequence of plasma hormone levels (IGF-I is insulin-like growth factor I) and body size during the smolt transformation period. Conceptually, a lower growth rate and lower levels of hormones might lead to unsuccessful transformation. (*Source:* Dickhoff et al. 1997, modifed by Cathy Schwartz)




FIGURE 12.8. Levels of ATPase activity (µmoles of ATP hydrolyzed per mg protein per hour) in the gill tissue of wild steelhead caught migrating down the Snake River, steelhead released from Dworshak Hatchery and caught during their migration, and steelhead held in the hatchery. (*Source:* Zaugg et al. 1985)

tolerant of seawater while they are still in fresh water. This distinction between chum and coho salmon is entirely consistent with the results reported by Holtby et al. (1989) that the timing of chum migration depended more on temperature than did the coho migration.

The third type, notably the char species, stays in fresh water for several years, tends to go to sea at a larger size than the other smolts, stays in marine waters only a few months in the summer, and often remains in estuarine or nearshore waters rather than the open ocean. These species are more tolerant of seawater in general because they are larger, and the physiological adaptations are triggered by entry into seawater rather than as preparations for it. This suits their flexibility, as evidenced by the observation that char may go to sea after many years in fresh water, and at some point may cease migrating and remain in rivers, having "retired from anadromy" (Bond et al. 2015). The extreme example of this pattern is the lake trout that migrate to sea after an average of thirteen years in fresh water (Swanson et al. 2010).

Research on the physiology of parr-smolt transformation has been heavily biased toward the species used in aquaculture (chiefly Atlantic salmon) and hatchery programs (chiefly coho and Chinook salmon and steelhead among the Pacific species). This is not surprising, as successful aquaculture and hatchery operations for anadromous fishes depend on the transition to seawater. However, the species with alternative migration patterns merit more attention, and there are endless research opportunities on the different char species, including contrasts between northern and southern forms of Dolly Varden, comparisons between steelhead and cutthroat trout and their hybrids, nonanadromous subspecies of cutthroat trout, and so on.

## Downstream Migration Behavior

Besides the complex internal changes involved in smolt transformation, perhaps the most critical change is the behavioral one: the fish migrate to sea. This very obvious point attracted attention decades ago, and Hoar (1958) noted the changes in several behavior patterns, including hiding, schooling, territoriality, predator avoidance, and feeding. These changes in behavior are associated with changes in response to such "directing" or "guiding" factors as light, temperature, water current, salinity, and structure. Thus sockeye change from diel vertical migrations to directed, horizontal migrations to reach the lake outlet, and then downstream orientation, and the stream-dwelling species change from upstream orientation, daytime activity, and territorial behavior to downstream orientation, nocturnal activity, and schooling.

Direct observations and sonar recordings showed that sockeye salmon smolts from Babine Lake (Groot 1965, 1972) swam about 24 cm to 30 cm per second. The fish were about 8 cm long, and so were swimming at least three body lengths per second, nearly their maximum sustainable speed. They did not swim this fast all day, however, but primarily after sunset and before sunrise, and their net travel rate was

about 7.5 km per day. This is the equivalent in body lengths of adult salmon (e.g., 60 cm long) swimming 56 km/d—an impressive speed. Groot (1965) hypothesized and then demonstrated that smolts used the apparent movement of the sun across the sky and the polarized light patterns in the sky to orient in experimental arenas. He also found that sockeye smolts could orient without a view of the sky, however. Subsequent experiments identified Earth's magnetic field as the source of this mysterious orientation ability (Quinn and Brannon 1982). Smolts migrating from Babine Lake were caught and placed in circular tanks with water flowing into the center of the tank and out via eight ports, equally spaced around the edge of the tank. During the day the smolts showed no inclination to leave, just as the trap in the lake's outlet caught virtually no smolts. However, at dusk, when smolts in the lake were migrating, the fish in the tanks also moved out and tended to exit in the compass direction that they had been swimming in the lake. Alteration of the magnetic field by coils around the tanks redirected the smolt movements.

In addition to sockeye salmon, other species spawned in tributaries of lakes also travel through lakes before reaching the outlet and migrating downstream, sharing the journey with smolts from creeks and rivers of increasing size. Neave (1955) observed that migration was not accomplished by passive displacement or drift but by active, downstream swimming. The pink and chum populations he studied migrated exclusively at night. Fish that did not reach salt water during their first night moved back into the gravel and hid during the day, resuming migration the next night. Similarly, Hartman et al. (1967) reviewed numerous observations of sockeye smolts swimming actively downstream, almost exclusively at night. For example, traps were operated around-the-clock in the Kvichak River, but 76.5% of the smolts were caught in the four hours around midnight (Kerns 1961) and only 23.5% of the fish were caught during the other twenty hours of the day. Likewise, about 60% of the pink fry leaving the Lakelse River system, British Columbia, migrated between 11:00 p.m. and 1:00 a.m. (McDonald 1960). The fish typically use the fastest water available. For biologists trying to sample them, this means that even minor changes in the trap's position in a river can greatly affect catches. Similarly, if the trap is fixed and river flows vary, the catch rate can also change.

Considerable information on patterns of downstream migration comes from the Columbia River system, where there is intense interest in both the movements of fish and of water. Smolt migrations take place primarily in spring and early summer, but data from a small bypass channel at Bonneville Dam, sampled in the early 1950s, are worth noting. This time period was before the greatest increase in hatchery production and modification of the river's flow regime so may better represent natural patterns than current data, although considerable reduction in habitat integrity and population diversity had already taken place. Nevertheless, during a four-year period, at least some Chinook, coho, sockeye, and steelhead were taken in every month of the year (table 12.4). The trapping efficiency probably varied with discharge and so the

TABLE 12.4. Counts of juvenile salmonids trapped migrating down the Columbia River in a bypass channel at Bonneville Dam, 1950–1953, expressed as a percentage of the annual total number trapped. (*Source*: US Army Corps of Engineers Annual Fish Passage Reports)

| | Percentage of annual total number trapped (%) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Species | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec |
| Coho | 5.9 | 6.4 | 8.4 | 18.1 | 46.0 | 4.0 | 0.9 | 0.1 | 0.3 | 7.1 | 1.9 | 0.9 |
| Chinook | 1.2 | 8.6 | 22.1 | 32.2 | 22.5 | 11.2 | 1.5 | 0.4 | 0.1 | 0.2 | 0.1 | 0.1 |
| Sockeye | 0.4 | 1.7 | 5.0 | 19.1 | 70.1 | 1.9 | 0.8 | 0.2 | 0.4 | 0.4 | 0.0 | 0.0 |
| Steelhead | 0.2 | 0.2 | 0.6 | 33.2 | 62.0 | 2.9 | 0.1 | 0.0 | 0.1 | 0.4 | 0.1 | 0.1 |

data are useful only in a qualitative way, but they still show interesting patterns. Sockeye and steelhead showed the narrowest timing distribution (primarily May). Significant numbers of coho salmon (fry were not distinguished from smolts) migrated from January onward, reaching a peak in May but there was another smaller peak of parr in October. Chinook showed the broadest distribution pattern, consistent with work on the species elsewhere.

The peak of migration coincided with the Columbia River's peak flows, powered by the melting snow in the upper reaches of the basin. Modification of the river's flow regime to store water in summer for release in winter to produce hydroelectric power has greatly reduced the discharge during the peak period. Flows in June were about 14,000 $m^3$/sec in the 1950s but only about 6000 $m^3$/sec to 8000 $m^3$/sec since the 1990s. In addition, the river has become a series of reservoirs and dams, so the patterns of water velocity have also been changed. Overall, travel rates of smolts were approximately equal to the rate of travel of water, but in some cases the fish moved faster than the estimated travel rate of water (Berggren and Filardo 1993). This suggests that the fish were actively swimming downstream, especially if they did not move continuously but stopped for some time each day. The relationship between discharge and fish travel rate is probably affected by responses of the fish to different velocities and shears that they experience. At low velocities they may swim downstream and exceed the speed of the water but at higher velocities they may back downstream or move discontinuously.

Many factors affect fish travel rate besides water speed, including date, location where the fish commence migration, fish size, and extent of parr-smolt transformation. Extensive sampling in the upper Columbia River estuary by the National Marine Fisheries Service (Dawley et al. 1986) provided many fascinating insights into smolt migrations. The focal area was Jones Beach, Oregon, about 75 km upriver from the mouth and about 50 km above the normal intrusion of salt water. One finding was that fish released later in the season moved much faster than those released earlier (e.g., coho salmon; fig. 12.9). Giorgi et al. (1997) reported similar results for




FIGURE 12.9. Travel rate of coho salmon smolts released at Ice Harbor Dam on the Snake River on different dates and captured at Jones Beach, 462 km downstream in the lower Columbia River. (*Source*: Dawley et al. 1986)

sockeye, steelhead, and yearling Chinook salmon but not for age-0 Chinook. Fish length affected migration speed but results varied among species. Age-0 Chinook salmon (relatively small to begin with) showed the greatest increase in speed with size. Larger sockeye and yearling Chinook also migrated faster than smaller ones, but the relationship was weaker, and in steelhead (typically the largest smolts) larger fish migrated slower than smaller ones (Giorgi et al. 1997). Fish released farther from the estuary migrated faster than those originating farther downriver, possibly reflecting a genetic adaptation to the distance that populations would migrate. Moreover, fish from hatcheries farther upriver also had a greater tendency to migrate in open water (consistent with rapid migration) rather than in the margins, as reflected by the relative catches in purse seines and beach seines (Zaugg and Mahnken 1991).

## Mortality during Downstream Migration

The reduction in the Columbia River's discharge over the past decades, the connection with smolt travel rate, and the overall decline in the river's salmon runs stimulated interest in the possible link between travel rate and survival. A positive relationship might justify releases of water from upriver reservoirs to speed the fish safely to sea, but water is valuable for hydroelectric power production so such releases of water have to be justified. Bickford and Skalski (2000) examined fifty-three survival studies conducted over twenty-five years and concluded that about 87% to 88% of the juvenile salmon survived passage through each "project" (dam and associated reservoir). The authors noted the consistency in estimates among salmon species and among dams and the absence of a clear relationship between survival and flow.

The operations of the dams and conditions in the river changed since the 1970s, and research under more recent conditions (e.g., Skalski 1998; Muir et al. 2001; Smith et al. 2002) indicated that while travel rate depends on flow, survival seems to be a function of distance; the farther the fish have to go, the less likely they are to survive the trip. Survival rates of 88% per project and 99.8% per kilometer may seem benign until one remembers that some fish migrate through as many as eight or nine projects and about 700 km to 800 km on the main stems of the Snake and Columbia rivers, not including migration in tributaries. For example, if smolts experienced 90% survival through each of eight projects, only 43% would enter the estuary. A survival rate of 85% per project would reduce the number of survivors to 27% of the initial cohort.

If the 10–15% of the salmon smolts dying per project are killed outright by the physical forces of turbines and pressure changes, then it is fundamentally an engineering problem (albeit a big one). However, if the fish are eaten by predators, then it is an ecological problem or an interaction between engineering and ecology. In the river, most research has been directed toward predation on smolts by fishes, especially northern pikeminnow. Stomach content analysis indicated that the pikeminnow eat smolts, but estimates of overall predation depended on a number of factors, determined in a series of field and laboratory studies reviewed by Beamesderfer et al. (1996). To estimate predation, they needed to know the abundance of predators, how big they were, and how large a salmon can be eaten by pikeminnow of each size. Body size varies among salmon species and between hatchery and wild fish, so vulnerability to predators varies with species and origin. The swimming speed and appetite of predatory fish increase with water temperature, which varies over the season, as does the proportion of smolts of each species (stream-type Chinook salmon before ocean-type, etc.).

In addition to these considerations, some of the fish eaten by predators were already killed by the physical stress of the turbines or bypass systems, and so would not survive even in the absence of predator. In summary, it was estimated that predatory fishes consumed between 1.9 million and 3.3 million of the 19 million salmonids migrating annually through the John Day reservoir. Pikeminnow accounted for 78% of the mortality, with lesser contributions from three non-native fishes: walleye (*Stizostedion vitreum*), channel catfish (*Ictalurus punctatus*), and smallmouth bass (*Micropterus dolomieui*). Ocean-type Chinook salmon suffered the heaviest predation, in part because they are smaller than the other species and so were eaten by smaller pikeminnow, and also because they migrate later in the season, when the warmer water increases the predators' appetite and swimming speed. Expansion of these estimates and additional sampling indicated that were about 1.765 million pikeminnow, each consuming an average of 0.06 live smolts per day, or 16.4 million smolts per year in the entire main stem Snake River and Columbia River system.

In response to concerns about the predation by northern pikeminnow in the Columbia River system, a bounty program was established in 1990 and anglers are

paid for each pikeminnow killed. The goal is not to exterminate the pikeminnow but to reduce the density and the proportion of large fish. From 1990 to 2015 over 4.2 million pikeminnow were killed, for an average of more than 160,000 annually. Bounty programs raise ethical questions (is it appropriate to pay people to kill native fish?) and also ecological questions. How many pikeminnow must be killed to reduce predation to a given level? Will the pikeminnow population respond by rapid growth when density is reduced? Regardless of whether we view the program as ethical or efficacious, the bounty program reflects the complexity of managing salmonids in the Columbia River ecosystem, with all the diverse natural and anthropogenic processes operating there.

Fishes are by no means the only predators; birds can also be very important predators during downstream migration in rivers and lakes (photo 12.7). In the Columbia River system, substantial increases in the abundance of piscivorous birds were observed. Collis et al. (2002) reported that in 1997 and 1998 there were more than eighty thousand piscivorous birds in the study areas, two-thirds of which were ring-billed and California gulls, followed in abundance by Caspian terns (*Hydroprogne caspia*) and double-crested cormorants. However, the diets of the birds varied greatly; salmonids were a very small fraction of the diets of gulls, a moderate fraction for cormorants, and a large fraction (about 70% to 80%) for Caspian terns. Subsequent work (Evans et al. 2012, 2016) revealed that losses of salmonids to Caspian terns and double-crested cormorants were much greater than to gulls and white pelicans. There were also spatial patterns: gulls tended to feed near hydroelectric dams, whereas



PHOTO 12.7. Sockeye salmon smolt captured by an Arctic tern, Lake Aleknagik, Bristol Bay, Alaska. (*Photo:* Jonathan Armstrong)

Caspian terns fed more heavily in reservoirs. In addition, predation was higher on steelhead and yearling Chinook salmon than on the smaller subyearling Chinook (the opposite of the pattern of predation by pikeminnow).

Predation has been closely studied on the Columbia River because of the dams, but it is important to remember that mortality would have occurred before dams were constructed. Pikeminnow are native, and some predation by them, other fishes, and birds surely took place. Indeed, there is substantial mortality of smolts during migration down the Fraser River system (Welch et al. 2008; Clark et al. 2016), which is probably the best (though imperfect) comparison to the pre-dam Columbia River. Perhaps more important, many studies have indicated significant predation in wild salmonid populations migrating down some of the many small, unregulated coastal rivers.

Hunter (1959) studied predation by sculpins and coho salmon on chum and pink salmon fry for ten years at Hooknose Creek, British Columbia. Once they reached 6 cm long, the sculpins could eat fry, and consumption increased steadily with size from 0.5 fry per 6 cm sculpin to more than 5.5 fry for sculpins 13 cm and larger. The number of pink and chum fry eaten per year in Hooknose Creek increased with fry abundance, but the predators (coho smolts and sculpins) seemed unable to eat more than about 0.5 million fry; this saturation was reached when there were about 1 million or more fry present. Predation ranged from about 80% of the fry at low densities to about 20% at high densities (fig. 12.10). There are other examples of predators that feed on salmon smolts, and there is typically some predator saturation at high fish densities. Such density dependence was shown for sockeye salmon smolts leaving Chilko Lake, British Columbia (Furey et al. 2016); bull trout were the most likely predator. Predation by common mergansers on salmonids was also density dependent,




FIGURE 12.10. Relationship between the number of pink and chum fry in Hooknose Creek, British Columbia, in a given year and the percentage eaten by sculpins and coho salmon smolts. (*Source:* Hunter 1959)

but the maximum mortality rates were less than 10% in Vancouver Island streams (Wood 1987). In contrast, Arctic char ate up to 40% of the sockeye smolts leaving Little Togiak Lake, Alaska, under low salmon densities (Ruggerone and Rogers 1984), again showing the readily understandable "safety in numbers" concept.

## Summary

Every year, salmonids are faced with the choice of migrating to sea or remaining in fresh water. The critical life-history transition associated with migration is triggered by size, growth, or other factors related to the individual's condition. Large individuals in good condition tend to migrate, whereas smaller individuals tend to remain in fresh water for another year. However, in some species all or a fraction of the individuals in some populations do not migrate to sea at all. These fish sacrifice the growing opportunities at sea for the relative safety of fresh water, and males are more inclined to remain than females. This difference is related to the fact that reproductive success in females is linked to fecundity (hence large size), whereas small males can fertilize many eggs by sneaking rather than fighting.

The timing of migration by smolts is determined by internal seasonal rhythms of physiology, synchronized by the increasing day length in spring and modulated by temperature. Larger and older individuals tend to migrate earlier in the season than smaller ones, and the downstream migration itself generally takes place at night. Migrations by fry such as pink and chum salmon are determined primarily by the timing of spawning by their parents, and the temperatures the embryos experienced during incubation. In contrast, the timing of migration by yearling and older smolts (e.g., sockeye and coho) is under stronger photoperiod control, with a smaller effect of temperature.

CHAPTER 13

# Salmon and Trout in Estuaries

As salmon migrate to sea they encounter estuaries, the interface between fresh water and salt water. Estuaries extend from the lower reaches of rivers, where flow and water level are influenced by tides but the water is fresh, through regions with intermediate salinities (mixed or stratified vertically, depending on local features) and increasing tidal influence, to coastal waters with salinities more characteristic of the ocean. Estuaries are thus not a single discrete habitat but a range of habitats with complex physical and biological characteristics. The habitats shift from riverine to marine, and include edge, bottom, and open-water environments. Water depth, salinity, temperature, turbidity, and velocity vary over complex temporal scales, including seasonal, lunar, and tidal periods, making estuaries very difficult places for humans to sample and complex places for organisms to occupy.

From a physical standpoint, estuaries are the meeting place of two hydraulic forces: the river and the ocean. Depending on the flow regime (dominated by melting snow or rain), the spring (when most salmon migrate to sea) is often a period of varying river discharges, followed by lower and more stable flows later in the summer. In addition to the seasonal variation in river flow, the semidiurnal (twice a day) tidal cycle causes a given site to experience very different regimes of salinity, velocity, temperature, and other conditions from hour to hour. The magnitude of these tides depends on the stage of the moon, which orbits Earth every 29.5 days, further complicating the temporal variation. Likewise, at a given point in time there is a great deal of spatial variation in water conditions, both horizontally and vertically (saltier as one goes seaward and deeper in the water column). Fresh water is less dense than salt water, and it starts out above it in the river, but this stratification breaks down as the water becomes mixed from wind and tide action. Figure 13.1 provides an example of the three main sources of variation in salinity: from the surface of the water to the bottom, from low to high tide, and from one site to another moving from the river toward the ocean.

Temperature has much less effect than salinity on water density, so the relationship between temperature and depth differs from that in lakes, where only temperature affects density. In late winter or early spring, rivers are often colder than nearby marine waters, later in spring the temperatures may be similar, and in summer the rivers are normally warmer. Thus the fish may experience a conflict in their efforts to find optimal temperatures and salinities. Estuaries are also areas of sediment deposition, where fine material settles out of the water column. However, resuspension of




FIGURE 13.1. Salinity-depth profiles at high (red symbols) and low tides (blue symbols) at three locations (marked with black diamonds) in the lower Chehalis River (entering from the right) and Grays Harbor (to the left), Washington, during the period of salmon smolt migration (May 14–24, 1989). Note the abrupt increase in salinity with depth and the difference at any depth between low and high tides. (*Source:* Quinn 1990b, modified by Cathy Schwartz)

sediment from interactions between river and tidal flows and wind can result in very turbid water. This turbidity likely affects foraging and predator avoidance in complex ways. Water flow and velocity also have complex patterns in estuaries. The overall flow is seaward, but at any point in space and time the actual flow is a combination of river discharge and tide, itself determined by the phase of the moon (strongest on new and full moons) and the point in the tidal cycle. The velocity experienced by a fish is also related to its distance from the bottom, from the shoreline, and from structure, as well as the dominant flow at that moment and location.

In terms of the juvenile salmon's life history, the estuary lies between the incubation and feeding habitats in fresh water, and the ocean, where most growth occurs. The fish go through the estuary on their way to the sea, and the estuarine environment

may play one or more roles for them, depending on the species and population, and the particular estuary in question. The estuary may be seen as (1) a relatively neutral highway through which salmon pass quickly on their way out to sea, (2) a haven where they adjust their bodies to the change in osmotic environments and feed heavily, or (3) a maze fraught with predators that they must escape as quickly as possible. Estuaries are inherently difficult environments in which to conduct behavioral and ecological research, given the spatial and temporal variation described above, and their open-ended nature. Some are large and not very amenable to manipulation or experimentation, although the restoration of estuarine habitats in smaller systems or parts of larger estuaries presents opportunities in this regard. In addition, estuaries are less numerous and less similar to one another than streams and so are less amenable to comparative research approaches. Because of these difficulties, there is still considerable uncertainty regarding the roles that estuaries play in the lives of salmon. This chapter considers the patterns of estuarine use among species and the evidence for the importance of estuaries for salmon osmoregulation, feeding, and predator avoidance.

## Patterns of Entry and Use

There have been several excellent reviews of information on the timing of arrival and patterns of estuarine residence by salmon in Puget Sound (Simenstad et al. 1982), southern British Columbia (Healey 1982a) and the Columbia River (Bottom et al. 2001), and a whole book on salmonids in estuaries around the world (Levings 2016) for readers interested in this topic. The role of estuaries for different species can be evaluated in terms of arrival timing, duration of residence, and habitat occupied by the population as a whole, and duration of residence by individuals. The general patterns are more or less as follows. Chum and pink fry (photos 13.1, 13.2) enter from early February through late May, with the peak typically in late March through early May (depending on latitude and local features, as noted in Chapter 12). Sockeye and coho salmon smolts enter in mid-April through mid-June, peaking typically in mid-May. Some ocean-type Chinook salmon migrate downstream as fry shortly after emergence or after growing in rivers for a few months, and the timing of yearling stream-type Chinook is similar to that of coho salmon. For example, in Yaquina Bay, Oregon, the juvenile chum salmon arrived and apparently moved through the estuary in March and April, coho smolts in April and May, and Chinook salmon were present from April through November, with a later peak in abundance than the other species (Myers and Horton 1982).

As noted in Chapter 12, smolt trapping operations were often restricted to the spring and there was little information on the movements of coho salmon at other times of the year. Chapman's (1962) "nomad" fry were generally regarded as surplus to the carrying capacity of the stream and assumed to perish at sea. However, in the



PHOTO 13.1. Juvenile chum salmon ready to enter marine waters. (*Photo:* Richard Bell, University of Washington)



PHOTO 13.2. Juvenile pink salmon ready to enter marine waters. (*Photo:* Richard Bell, University of Washington)

past decade a combination of year-round sampling in estuaries and use of passive integrated transponder (PIT) tags has revealed not only substantial movement of coho salmon into estuaries in the fall but also the survival of these fish to return as adults. Koski (2009) reviewed information on the diversity of estuary use by salmonids and pointed out that Chinook and sockeye salmon as well as coho enter estuaries at a range of sizes and ages; these variants contribute to overall population resilience. He gave several lines of evidence suggesting that coho salmon entering estuaries as

fry might thrive and leave later in the season or return to freshwater habitats and subsequently leave as smolts the next spring.

Recent studies have supported his view; a large fraction of the coho population may use the estuary as subyearlings and spend considerable time there (Miller and Sadro 2003) and grow rapidly in tidal wetlands (Craig et al. 2014). Work in the Salmon River, Oregon, showed four different patterns of migration and habitat use of freshwater and estuary habitats (Jones et al. 2014). Analysis of otolith chemistry revealed that the archetypal coho juvenile life history of "stay in the river for a year and leave as a smolt" was evident in 65% to 80% of the returning adults, but the others showed a mix of estuary use patterns. PIT tagging work on small streams on the northern Olympic Peninsula of Washington provided further evidence that subyearling migrants do not perish but can contribute to the adult population. Large numbers of coho left the streams in fall and winter, prior to the smolt period, and thirty-two of eighty-six (37%) detected as returning adults had done so (Bennett et al. 2015).

It is likely that the proportions of the coho population leaving as subyearlings varies among rivers and among years, and their proportional contribution to the adult return probably varies as well. However, it is important to recognize this variation as part of the biology of coho salmon, just as it has long been recognized as part of the variation in Chinook. Similarly, the past decade has seen increasing appreciation of the diversity of migration patterns by sockeye salmon. The great majority of anadromous individuals spend one or two years in a lake prior to seaward migration and then move rather rapidly through estuaries on their way to the ocean. However, significant numbers of sockeye with alternative (ocean-type or river-type) life histories occur in many systems, including the Stikine River (Wood et al. 1987), the Fraser River (Birtwell et al. 1987), the Kamchatka River (Bugaev 1985, 1987), and Prince William Sound (Powers et al. 2007). Research in the Chignik Lake system in southwestern Alaska not only documented subyearling sockeye residing and growing rapidly in the estuary (Simmons et al. 2013) but some individuals occupied the estuary during the summer, returned to fresh water for the winter, and left as smolts the following year (Walsworth et al. 2015). One recurrent theme in many of these studies is the variation among years in the proportion of juveniles that display the alternative life-history pattern, and also the variation in their contribution to the population of returning adults. This variation likely reflects the processes that direct the fish down one pathway or the other (density, temperature, growth, etc.), and the consequences of each alternative for survival at sea from year to year.

The duration of estuarine residence varies greatly among salmonid species, but in general the species arriving in the estuary at a larger size spend less time there than do species that are smaller when they enter. Specifically, steelhead, coho, sockeye, and yearling Chinook seem to move through estuaries rapidly, whereas subyearling Chinook and sockeye as well as chum salmon stay there longer. Pink salmon are

anomalous in this regard, as they are the smallest when they arrive in the estuary but tend to move through faster than the larger chum and ocean-type Chinook salmon.

The species not only vary in duration of residence but also in habitat use within estuarine systems. Dawley et al. (1986) sampled the Columbia River estuary's littoral zone with beach seines and the offshore region with purse seines. One cannot directly compare the numbers of fish caught with these different types of gear, but the relative catches revealed several patterns. First, the coho, steelhead, and yearling Chinook smolts were caught in May but catches then dropped off rapidly, whereas many ocean-type Chinook were caught into the summer. Second, the yearling Chinook, coho, and especially the steelhead were caught primarily offshore (with purse seines), whereas the ocean-type Chinook were caught primarily with beach seines (table 13.1). In open water the Chinook tended to be near the surface. At each of three different sites, at least 95% of the ocean-type Chinook were caught in the upper 3 m of the water column, as opposed to 3 m to 6 m (2–5%) or below 6 m (less than 0.3%). Subsequent research confirmed many of these patterns (Weitkamp et al. 2012). With the exception of subyearling Chinook salmon, which were present for many months, juvenile salmonids were scarce in mid-April, reached a peak in May, and were largely absent by the end of June.

McCabe et al. (1986) reported that juvenile Chinook salmon were caught in the Columbia River estuary during every month of the year, although 97% were caught in March through September. There was a progressive shift over the season from peak concentrations in littoral areas in the upper estuary early in the season, to pelagic habitats in the upper estuary and littoral habitats in the lower estuary later, and finally to pelagic habitats in the lower estuary (table 13.2). The Chinook caught in pelagic areas were larger than those in intertidal sites at a given period of time, and the average fish length increased from about 40 mm in January and February, 60 mm to 80 mm in March and April, 70 mm to 80 mm from April through July, 80 mm to 90 mm in

TABLE 13.1. Catch rates of juvenile salmonids in 1968 at Jones Beach, Oregon, 75 km upstream from the mouth of the Columbia River. (*Source:* Dawley et al. 1986)

| | | Catch per set | | | |
|---|---|---|---|---|---|
| Gear | Month | Age-0 Chinook | Age-1 Chinook | Coho smolts | Steelhead smolts |
| Beach seine | May | 177.6 | 2.1 | 25.1 | 1.1 |
| | June | 164.4 | 0.1 | 0.6 | 0.0 |
| | July | 497.0 | 0.0 | 0.2 | 0.0 |
| Purse seine | May | 15.7 | 12.1 | 61.3 | 31.3 |
| | June | 24.9 | 0.4 | 1.5 | 1.4 |
| | July | 14.1 | 0.1 | 0.2 | 0.1 |

TABLE 13.2. Catches of ocean-type Chinook salmon in upper and lower regions of the Columbia River estuary, in intertidal (littoral) and pelagic (offshore) habitat in 1980 and 1981. Note the progressive shift downstream (from upper to lower regions) and into the pelagic habitat. (*Source*: McCabe et al. 1986)

| Month | Upper intertidal | Lower intertidal | Upper pelagic | Lower pelagic |
|---|---|---|---|---|
| January | 18 | 0 | 0 | 0 |
| February | 26 | 5 | 0 | 0 |
| March | 171 | 25 | 3 | 7 |
| April | 260 | 55 | 38 | 7 |
| May | 379 | 297 | 657 | 257 |
| June | 484 | 602 | 380 | 441 |
| July | 406 | 380 | 587 | 598 |
| August | 111 | 28 | 316 | 215 |
| September | 145 | 25 | 177 | 116 |
| October | 20 | 10 | 17 | 29 |
| November | 3 | 1 | 9 | 12 |
| December | 6 | 0 | 24 | 13 |

May and June, and more than 100 mm from September through December. These patterns (year-round presence, increase in size throughout the year, and larger fish in the estuary than in tidal freshwater habitats) were seen again in more recent sampling (Roegner and Teel 2014).

Chum and ocean-type Chinook salmon showed similar patterns in the Nanaimo River, British Columbia, estuary (Healey 1980; Healey 1982a) to those in the Columbia River, increasing average size from March through July, shifting from the inner to the outer part of the estuary, and larger fish tending to be offshore at each time period (fig. 13.2). Thus as individuals grow, they seem to move progressively downstream and offshore. Chum salmon probably grow little in many of the very small coastal streams where they are spawned, so increasing sizes of fish in the estuary suggest growth there. However, ocean-type Chinook salmon may reside in rivers for several months or more before migrating to sea, so the large fish caught in estuaries late in the summer did not necessarily grow there but may have only recently left the river. For example, five different life-history types of Chinook were reported in the Sixes River, Oregon, based on patterns of rearing in the river and the estuary (Reimers 1971).

Although salmon as species and populations occupy estuaries for months, individuals tend to remain for shorter periods. Estuary size and other physical attributes affect residence patterns, but Shreffler et al. (1990) compiled data from several studies indicating average individual residence times of about one week for chum salmon and one to three or more weeks for ocean-type Chinook. Such data are typically obtained by marking a number of fish and then repeatedly sampling for them. Declining catch rates are taken to indicate dispersal, although mortality occurs too. Chum salmon




FIGURE 13.2. Sizes of chum salmon fry caught in the inner and outer areas of the Nanaimo River estuary, British Columbia. (*Source*: Healey 1982a)

repeatedly occupy tidal channels that dewater on each cycle (Mason 1974; Levy and Northcote 1982), indicating that individual fish are actively making use of feeding habitats in estuaries rather than migrating directly to sea. More recently, detections of PIT-tagged ocean-type Chinook salmon in the Salmon River, Oregon, showed individuals repeatedly using tidal channels and remaining in the estuary for weeks and months (Hering et al. 2010). However, residence time may depend on fish size. Pearcy et al. (1989) marked chum salmon in Netarts Bay, Oregon, and reported residence half-life values (days for the catch rate of marked fish to decline by half) of 7.4, 4.9, and less than 2 days for fish weighing 1.0 g, 2.2 g, and 6.5 g, respectively. The larger the fish, the less time they spent in the estuary.

As salmon transition from estuaries, they can move directly offshore or to beaches along the shore farther from the river mouth. In protected, inland water bodies such as the Salish Sea these beaches can be quite benign environments, at least from a physical standpoint, but along the ocean coast they are exposed to big waves. Recent research along the Oregon coast revealed juvenile ocean-type Chinook salmon in the beaches between rocky headlands near their natal rivers. This habitat has seldom been sampled, and the salmon along each beach were almost exclusively from the adjacent river (Marin Jarrin et al. 2016). So it seems that the Chinook transition from the estuary to the beach near their river but then move into offshore waters rather than moving out and around the headlands into deep water and then back into another estuary. However, the behavior of the fish during this period, when they are not readily caught in beach seines, nor in offshore sampling gear, remains poorly known.

Much of what we know about juvenile salmonids in estuaries has been inferred from patterns of catch-per-unit-effort (e.g., fish per beach seine haul [photo 13.3]), from the recoveries of fish carrying coded wire or PIT tags, or (recently) from genetics studies assigning the fish to a likely river of origin (Roegner and Teel 2014). These studies are informative, but they cannot show much about the behavior of individual fish. However, the miniaturization of electronics allows the manufacture of sonic transmitters small enough to be surgically implanted into fish of various sizes (photo 13.4), including smolts. Smolt tracking is not new but in early studies the fish had to be followed by researchers in a boat listening for the transmissions with a hydrophone and receiver (Moser et al. 1991). Such "manual tracking" can be enjoyable in good weather but it is not very efficient. One can now deploy self-contained hydrophone-receiver units underwater that record the date, time, and identity code of any fish with a transmitter swimming within several hundred meters.

This technology has greatly increased our knowledge of the movements and behavior of individual fish, especially in estuaries and protected marine waters, where receivers can be fixed to structures such as docks, bridges, navigational buoys, or attached to anchors on the bottom. For example, Chinook and steelhead were tagged in the Sacramento River and detected as they migrated downriver, through the San Francisco Bay, and out into the Pacific Ocean (Chapman et al. 2013). The Chinook



PHOTO 13.3. Ryan Simmons, Morgan Bond, and Jennifer Griffiths sampling fishes using a beach seine in Chignik Lagoon, southwestern Alaska. (*Photo:* Thomas Quinn)



PHOTO 13.4. Morgan Bond inserting a sonic transmitter into an anesthetized Dolly Varden in Chignik Lagoon, southwestern Alaska. (*Photo:* Thomas Quinn)

were most active at night in the river, gradually transitioning to being more day-active the farther they went, though even in the ocean they were more active at night than in the day. In contrast, the steelhead tended to be more day-active. Similarly, steelhead moved down the Green River primarily at night and then transitioned to daytime activity in Puget Sound (Goetz et al. 2015).

Migration by sufficiently motivated fish can be swift. Tracking of steelhead from two small Oregon coastal rivers indicated that most wild smolts left the estuaries within a single day (Romer et al. 2013). Steelhead smolts showed rapid, directed movements in the Sacramento River system (Chapman et al. 2015), Puget Sound (Goetz et al. 2015; Moore, Berejikian et al. 2010), and southern British Columbia (Melnychuk et al. 2007), picking up speed the farther they went. A very large study of Chinook salmon and steelhead smolts transitioning from the Columbia River estuary to the river's plume in the ocean revealed differences in travel between species and life-history types. Ocean-type Chinook salmon averaged a respectable 30.9 km/day, but their yearling (stream-type) counterparts averaged a brisk 58.2 km/day and the steelhead a remarkable 94.1 km/d (McMichael et al. 2013), aided by ebb tides and river flows. In these cases the research on movements of individual fish is consistent with population-level sampling, indicating rapid and directed seaward movement by the

comparatively large steelhead smolts, intermediate speeds by stream-type Chinook salmon, and slower speeds by ocean-type Chinook.

Having said that larger fish spend less time in estuaries than smaller fish (within and among species), we need to turn that generalization on its head and consider species for which the estuary is more or less their core marine habitat. For example, sonic tracking revealed that coastal cutthroat trout left Big Beef Creek, in the Hood Canal basin of Washington's Puget Sound, and most remained within about 10 km of the stream mouth during their summer and fall in marine waters (Goetz et al. 2013). The movement patterns fell into two groups, which the authors called *residents* and *migrants* because they differed in total distance moved, travel rate, and tendency to cross open water. However, the two groups were unrelated to life-history stage; smolts did not differ from postspawning fish in movement patterns. Work in the Salmon River, Oregon, revealed that most cutthroat spent the summer in the estuary and returned to the river in fall, although a fraction moved quickly through the estuary into the ocean (Krentz 2007). In addition to cutthroat trout, some char populations seem to remain in estuarine and nearshore waters for the duration of their brief annual sojourn to marine habitats, such as bull trout (Hayes et al. 2011) and the southern form of Dolly Varden (Bond, Beckman et al. 2014).

An alternative to assessing fish behavior by catching or putting transmitters in them is to get in the water and watch them. Extensive observations by snorkelers and scuba divers along the Seattle waterfront yielded a number of insights into fish behavior in the nearshore environment (Munsch et al. 2016). The patterns varied somewhat among the salmon species (Chinook, coho, chum, and pink), but in general the smaller juveniles were nearer the surface, closer to shore, in environments with fewer predators, and in larger groups than the larger juveniles. In addition to these observations on position, there were also observations on whether or not individual fish were feeding (Munsch et al. 2017). Such information is quite unusual, especially in marine waters, where most information on feeding is inferred from stomach contents. The divers recorded that individual fish fed throughout the day but allocated about 20% of their time to feeding at sunrise, gradually decreasing to about 5% of the time in the evening. This decline in feeding behavior would not have been detected by analysis of stomach contents, which increased after dawn but then remained stable through the afternoon.

## Importance of Estuaries

It is widely believed that estuaries are an important habitat for young salmon, despite the fact that salmon and steelhead only reside there seasonally before migrating out to sea. Thorpe (1994) reviewed the three main hypotheses regarding the functional significance of estuaries: feeding, transition to seawater, and predator avoidance. As indicated above, the size distributions of juvenile salmon in estuaries often increase

over time, and this may reflect some combination of growth in the estuary and the arrival of fish that had grown in the river prior to entering the estuary. Marking studies can provide direct information on growth, although they are weakened by the inability to measure the fish that died (often the smaller fish) and those that had already left (often the larger fish). Ocean-type Chinook salmon grow about 0.5 mm to 1 mm per day in estuaries (Bottom et al. 2001). The growth rates of juvenile chum salmon (measured as a percentage increase in body weight per day) in estuaries ranged from about 2% in Netarts Bay, Oregon (Pearcy et al. 1989), 3.5% in Nitinat Lake, 4.2% in the Fraser River and Gulf Islands, and 5.7% in the Nanaimo River (Healey 1982a), to 6% in the Skagit River and 8.6% in Hood Canal in Washington (Simenstad et al. 1982).

Chum salmon held in seawater tanks and fed live zooplankton by LeBrasseur (1969) showed a maximum growth rate of about 5.5% on an excess ration (greater than 16% of their weight in food per day). These figures are very close to Healey's (1979) estimates of 6% growth at a ration of 15% of their weight per day, suggesting that chum fry may be feeding at close to their maximum ration in some estuaries. This indication that estuaries present excellent growing conditions is consistent with evidence presented by Kjelson et al. (1982) that juvenile Chinook salmon grew faster in the estuary of the Sacramento–San Joaquin river system than they did in the Sacramento River. However, MacFarlane and Norton (2002) reported slow growth in the San Francisco estuary but much more rapid growth once the salmon entered the coastal waters, so there is certainly more work to be done on comparative growth in different environments along the migratory route from river to the ocean.

Estuaries are often very productive environments, and young salmon feed on different types of organisms, depending on size, species, and habitat (e.g., Macdonald et al. 1987). These variations reflect both the differences in food available in different habitats and different times of the year, the preferential use of habitats by different species, and the downstream and offshore shifts in fish distribution as the fish get larger. Estuaries may contain such habitats as (1) tidally influenced but fully freshwater sloughs with rich production of such insects as chironomid (midge) larvae, preyed upon by ocean-type Chinook and coho fry for protracted periods and by chum fry during their seaward migration; (2) brackish marshes with emergent vegetation providing insect larvae, mysids, and epibenthic amphipods for Chinook and chum fry; (3) sandy beaches, eelgrass beds, tidal mudflats, and channels with epibenthic copepods, benthic amphipods, and cumaceans for chum and pink fry; (4) gravel and cobble beaches with amphipods and isopods for coho smolts; and (5) open-water habitats with drifting insects, zooplankton such as crab larvae, pelagic copepods, and larval fish for Chinook and coho smolts and larger chums and pinks.

Several studies have pointed out the especially large contribution of harpacticoid copepods in the diets of juvenile salmon in estuaries, especially chum and pink salmon (Kaczynski et al. 1973; Mason 1974). These copepods (e.g., *Harpacticus*

*uniremis*) seem to be consumed out of proportion to their abundance in the environment. The fish may seek them out, although it is difficult to accurately assess the relative abundance of epibenthic prey. Regardless of these sampling issues, the harpacticoid copepods feed on bacterial flora associated with the organic detritus that is the base of the food web in many estuaries (Sibert et al. 1977; Shreffler et al. 1990). The detritus comes from the breakdown of several types of plant material, including *Zostera* (eelgrass), *Carex* (a sedge found in intertidal marshes), intertidal algae, and phytoplankton from fresh water.

If the growth in estuaries is so good, why do the fish leave? Juvenile chum salmon selectively consumed *Harpacticus uniremis* in the Nanaimo River estuary, apparently consuming nearly the entire production of this copepod, leading to the conclusion that food depletion may have motivated the emigration of chum salmon from the estuary (Sibert 1979). Likewise, Reimers (1971) concluded that density might have limited the growth of juvenile Chinook salmon in the estuary of the Sixes River. In Hood Canal, Washington, Simenstad and Salo (1980) estimated that the biomass of prey for juvenile chum salmon was 819 $mg/m^2$ in late February, between 200 and 500 $mg/m^2$ in March and April, between 100 and 200 $mg/m^2$ in May, and below 100 $mg/m^2$ in June. Wissmar and Simenstad (1988) combined field data on densities of harpacticoid copepods with laboratory experiments and an energetics model, and they concluded that food was limiting at the end of the chum salmon residence period. Thus the seasonal patterns of estuarine use by salmon may reflect the inherent changes in estuarine productivity, the densities of salmon (in numbers and biomass, as they arrive, grow, and depart or die), and the relative growth opportunities at sea in nearshore and oceanic habitats.

In evaluating the role of estuaries in providing food for salmon, it is important to remember that salmon are not the only members of the community. McCabe et al. (1983) caught thirty-nine different fish species in the Columbia River estuary from March through September 1980, thirteen of which (including Chinook, coho, and steelhead) were common in at least some habitats and time periods. In the pelagic region of the lower estuary, the catches were dominated by marine fishes, especially Pacific herring (*Clupea pallasi*) and northern anchovy (*Engraulis mordax*). The lower intertidal areas were also dominated by euryhaline (tolerant of a range of salinities) nonsalmonids, including starry flounder (*Platichthys stellatus*), threespine sticklebacks, shiner perch (*Cymatogaster aggregata*), staghorn sculpin (*Leptocottus armatus*), and also Pacific herring and surf smelt (*Hypomesus pretiosus*). The upper estuary's intertidal areas were also dominated by nonsalmonids, especially starry flounder, threespine sticklebacks, peamouth chub (*Mylocheilus caurinus*), and one non-native species, the American shad (*Alosa sapidissima*). Bottom and Jones (1990) characterized the fish community of the Columbia River estuary as typical of coastal estuaries; they noted that this reflects the dominance of marine species from the continental shelf and euryhaline species with broad distributions, although larger estuaries tend

to contain more species. The numerical dominance of nonsalmonids is common; Gray et al. (2002) reported tenfold higher densities of staghorn sculpins than Chinook salmon in the Salmon River, Oregon, estuary. I do not expect to see the river's name being changed to the Sculpin River any time soon, but the ecology of such species certainly merits a lot more attention than they receive.

Examination of the diets of these nonsalmonids and the juvenile Chinook salmon indicated very little predation on salmonids by fishes and varying degrees of diet overlap (hence, potential for competition) (McCabe et al. 1983; Bottom and Jones 1990). In intertidal habitats, ocean-type Chinook salmon diets overlapped most with starry flounder, and in pelagic habitats overlap was greatest with shad, sticklebacks, herring, shiner perch, and longfin smelt, in addition to competition with other salmonids. Amphipods, especially the tube-dwelling *Corophium salmonis* and *C. spinicorne*, were heavily preyed on by salmonids and nonsalmonids alike, and *Daphnia*, favored by sockeye in lakes, were also eaten by many species. The salmon diets in the Columbia River differed from those in other estuaries, although the general patterns of habitat use and distribution of euryhaline fishes were similar. Many factors influence the diets of fishes, including the relative abundance and behavior of the predators and prey, physical structure in the habitat, temperature, salinity, turbidity, and so on, and estuaries are no exception in this regard (see Levings 1994, 2016).

In addition to their role as foraging areas, estuaries provide a gradual transition from fresh water to salt water, easing this stressful period for the fish. In estuaries salmon can regulate the salinity around them by moving up and down only a few meters if they are near the interface between fresh surface water and saltier water below, as Iwata and Komatsu (1984) observed chum salmon doing after release from a hatchery. The progressive shift toward more offshore water seen in Chinook salmon (e.g., Healey 1980; Levings et al. 1986; McCabe et al. 1986) over the course of the season is also consistent with progressive tolerance for higher salinities. Salmon seem to prefer intermediate salinities as they reside in and move through estuaries, and the tendency of Chinook to occupy lower salinities than coho (e.g., less than 5 vs. more than 10 parts per thousand [ppt] in the Campbell River estuary) (Macdonald et al. 1987) is consistent with the idea that coho smolts are more ready for the ocean and move out more rapidly than Chinook. Moreover, Campbell River Chinook salmon taken from fresh water and put directly into cages in seawater had much higher mortality rates than those moved to estuarine sites (Macdonald et al. 1988).

McInerney (1964) conducted laboratory experiments to measure salinity preference of juvenile salmon over time. Chum salmon, held in fresh water, shifted their preferred salinity from fresh water in May to 3 ppt in June, 6 ppt in July, 8 ppt in August, and 10 ppt in October. At no time did the chums or any other species of salmon prefer an abrupt shift from fully fresh water to full-strength seawater (about 33 ppt). In estuaries the fish might seek increasingly salty water as they became able to regulate their internal salt concentration. Lab experiments showed that juvenile

Chinook salmon tended to prefer cool water over warm water, and salty water over fresher water, as both temperature and salinity affect the fish's energy demands (Webster and Dill 2006). However, some coastal rivers have large estuaries, some have small estuaries, and in others the juvenile salmonids must make a very abrupt transition to seawater. For example, juvenile Chinook from Oregon's Trask River tend to rear in the estuary, whereas those from the Rogue River tend to rear in upriver habitats before going to the ocean. In experiments, young Trask River fish tolerated seawater better than did juveniles from the Rogue River, indicating that fish physiology evolved to suit the local conditions (Kreeger 1995).

The water in estuaries is often turbid, as fine material drifting downriver meets a "null zone" of velocity, and shifting river and tidal currents keep it suspended. This turbid water may provide a refuge from predators, and this is the third role that estuaries are commonly hypothesized to play in the lives of juvenile salmon (e.g., Simenstad et al. 1982; Thorpe 1994). However, it is difficult to find hard evidence for this function because the magnitude and agents of mortality in estuaries are so poorly known and may be difficult to separate from marine mortality. Estuaries may have cutthroat trout and other piscivorous salmonids, benthic species such as staghorn sculpins that could eat salmon, and other potential fish predators. McCabe et al. (1983) reported little apparent predation by fishes in the Columbia River estuary, but this may not be representative of the many much smaller estuaries and wetlands used by salmon as migratory corridors or temporary rearing areas.

Estuaries often have high densities of piscivorous resident and migratory birds, including wading birds such as great blue herons and also swimming and diving birds such as mergansers, kingfishers, cormorants, gulls, and terns. Thus estuaries may not be very safe places for salmon, and evidence of predation by birds in the Columbia River's estuary has come to light in recent years. Material dredged to maintain the navigational channel in the lower 168 km of the river and estuary has been deposited to form several small, artificial islands. For example, 120-hectare Rice Island was created in 1962 at river kilometer 34. By 1987 there were colonies of Caspian terns and double-crested cormorants, and by 1997 there were more than 9000 terns and 1000 cormorants (Ryan et al. 2001). Similarly, East Sand Island and other islands in the estuary and lower river have large breeding colonies of several species of piscivorous birds (Evans et al. 2012). Scanning the islands with electronic detectors revealed many PIT tags that had been inserted into juvenile salmon. From 1999 through 2001, about 4% of the tags placed on salmon in the Columbia River system were recovered from bird colonies (Ryan et al. 2001; Ryan et al. 2003).

Interestingly, the predation varied markedly among salmonid species; sampling for PIT tags on bird colonies produced 11.5% of the steelhead, 4.6% of the coho, and only 2.6% of the yearling Chinook salmon detected migrating past Bonneville Dam (Ryan et al. 2003). More recently, surveys indicated the birds consumed about 14% to 16% of the steelhead, compared with about 3% to 4% of the sockeye and Chinook

salmon (Evans et al. 2012). It is unclear what factors (fish size, timing of migration, proximity to the surface or shoreline, etc.) make steelhead so vulnerable, and Chinook less so. Marked variation was detected in the vulnerability of two different stocks of ocean-type Chinook salmon to bird predation, and the proportions taken by Caspian terns and double-crested cormorants also varied between the salmon populations (Sebring et al. 2013), so many factors influence vulnerability. In 2015 the killing of double-crested cormorants and the deliberate destruction of their nests commenced, with several thousand to be killed in the next few years. As with the northern pikeminnow bounty program, this program raises both ethical and ecological questions.

It is often possible to count or estimate the numbers of fish going into an estuary but much harder to count those leaving, so it is difficult to determine the rates and the agents of mortality in many cases. Given this uncertainty, how do we know whether estuaries play a critical role in the lives of salmon? Pioneering work on Oregon's Sixes River provided important though indirect evidence that residence and growth in the river and estuary increased the survival rates of juvenile Chinook salmon. Reimers (1971) measured juvenile salmon in the river and its estuary, carefully examined the number and spacing of circuli (rings) on their scales, and identified five juvenile life-history types, varying in use of the river and estuary for growth. Type-1 fish migrated through the river and out to sea as newly emerged fry; type-2 fish reared in the river or its tributaries until early summer, reared for a short time in the estuary, and moved out to sea in midsummer; type-3 fish reared in fresh water until early summer and in the estuary until fall; type-4 fish stayed in fresh water until fall and then migrated out to sea without significant use of the estuary; and type-5 fish spent a year rearing in fresh water and migrated directly to sea as yearling smolts. There was no quantitative estimate of the proportions of juveniles in each of these types, but the vast majority of adults had scale patterns indicating that they were of type-3, suggesting that fish rearing in both the river and the estuary dominated the population.

Reimers (1971) compared the counts of circuli (fine rings) on the scales of type-3 juveniles in one year to those of adults of this type in the subsequent years when they returned. The circuli counts (indicating fish size) showed that the surviving adults had grown more in the river and also in the estuary than the average for the juveniles of their type (fig. 13.3). Specifically, the surviving adults were significantly larger than the population's overall average when they left the river (92.4 vs. 86.7 mm long), and the survivors grew more in the estuary as well (12.1 mm vs. 11.2 mm for the group as a whole). These differences may seem slight, but even a small advantage matters when it comes to survival at sea.

It seems very likely that salmon, especially ocean-type Chinook and chum, derive significant benefits from estuarine residence, although many important aspects need further work. Consistent with this idea, Magnusson and Hilborn (2003) showed that the survival of ocean-type Chinook (but not coho) released from hatcheries was




FIGURE 13.3. Estimated lengths of juvenile Chinook salmon of life-history type-3 leaving the Sixes River, Oregon (a) and estimated growth in the estuary (b) of the juveniles as a whole (red bars) and those fish surviving to adulthood (blue bars). Note that the fish surviving to adulthood were predominantly the larger ones. (*Source:* Reimers 1971)

positively correlated with the percentage of the estuary in natural condition. Some estuaries have been permanently altered or lost to human development in the form of ports, industrial areas, farms, and cities such as San Francisco, Seattle, and Vancouver. Hutchinson (1988) estimated losses of intertidal marshes since the initial European settlement from 4453 to 3636 hectares in the Strait of Georgia and from 9360 to 3887 hectares in Puget Sound, for an overall loss of 45%. Bottom et al. (2001) reviewed of the history of development in the Columbia River estuary and concluded that the complexity of the predevelopment estuary was important for the diverse life-history

patterns of Chinook salmon, and that the simplification of the estuary has contributed to the reduced life-history variation seen today. In recognition of these losses, there have been efforts to understand the functional roles of estuaries and to use this information to design and evaluate wetlands created to mitigate losses (e.g., Shreffler et al. 1990; Miller and Simenstad 1997).

One aspect of estuaries ignored by many habitat biologists is the accumulation of chemical contaminants. Some of these contaminants such as polychlorinated biphenyls (PCBs) do not break down readily but, rather, are concentrated through the food web. Other contaminants such as polycyclic aromatic hydrocarbons (PAHs) are metabolized by the fish but still adversely affect their health. These contaminants are typically not at acutely lethal levels, but they compromise the immune system of the fish, making them more susceptible to disease (Arkoosh et al. 1998). Sampling in Washington and Oregon estuaries revealed two to five times higher contaminant concentrations in ocean-type Chinook salmon compared with coho smolts, and in many cases the levels in Chinook salmon exceeded thresholds associated with effects on growth and disease resistance (Johnson et al. 2007).

Meador (2014) found that chemical contaminant levels (PCBs and PAHs) were associated with reduced survival rates of ocean-type Chinook (but not coho) salmon in a series of Puget Sound hatchery populations, although it is difficult to separate the effects of contaminants from the physical alterations in estuaries because they tend to go together. Regardless, all these studies are consistent with the greater role that estuaries play for ocean-type Chinook salmon than coho smolts. Similarly, ocean-type and stream-type Chinook salmon sampled in the Columbia River estuary differed in contaminant concentrations, consistent with their origins in the basin, rearing patterns, and estuary use (Johnson et al. 2013). I think, in general, many salmonid ecologists have not fully appreciated the importance of fish health (pathogens, contaminants, nutrition, etc.) in the performance of individuals and populations. As with all aspects of salmonid ecology, the effects of these factors depend on the species of salmonid in question, and its life history, habitat use, diet, and so forth.

## Summary

Estuaries are an important transitional habitat, used to different extents by salmonid species and life-history types. In general, yearling and older smolts (sockeye, coho, steelhead, and Chinook) make less use of estuaries than do young-of-the-year chum, coho, and especially ocean-type Chinook salmon. Growth is rapid in estuaries, and analysis of scale patterns of smolts and surviving adults indicates that larger individuals are more likely to survive at sea than smaller ones. However, the vast majority of salmon vacate estuaries by mid- to late summer; the density of salmon and seasonal changes in food availability may provide the ecological pressure to leave. Estuaries

may also benefit the smolts by easing the transition from fresh water to salt water, and the fish tend to move downstream and offshore as they grow and as the season progresses. With these changes in habitat and fish size come changes in diet, and the smolts feed on a combination of insects, benthic and planktonic crustaceans, and small fish. The predator-prey relations in estuaries are not well known. The turbid water in some estuaries may facilitate predator avoidance, but estuaries also abound with birds and other predators on salmon.

CHAPTER 14

# Marine Migrations

The marine migrations of salmon were essentially unknown through the mid-twentieth century, and the International North Pacific Fisheries Commission (INPFC) was responsible for much of the early work on the movements of juvenile salmon at sea (Hartt and Dell 1986). Scientists sampled extensively along the North American coast and in offshore waters, and they relied primarily on catch rates to infer migration routes. Their research paved the way for more detailed studies of the ecology of salmon and trout at sea. This chapter emphasizes the movement patterns; the subsequent chapters discuss survival (Chapter 15), feeding and growth (Chapter 16), and maturation (Chapter 17).

## General Patterns of Movement

From July through September there seems to be a particularly dense concentration of salmonids from about Cape Flattery, Washington, to the eastern Aleutians. The band is narrow (30–40 km wide) off British Columbia and southeastern Alaska, widening with the continental shelf in the Gulf of Alaska. For example, purse seine sets off Baranof and Chichagof islands in Alaska in August and September 1964 and 1965 averaged 434 salmonids per set between 7 km and 18 km from shore, 267 fish per set between 20 km and 30 km offshore, and only 1.3 fish per set between 42 km and 50 km offshore. If we make some assumptions about the efficiency of the gear and other factors, a catch rate of 350 fish per set corresponds to about 0.0015 salmon per $m^2$, or 681 $m^2$ per salmon. In the area sampled by Hartt and Dell (1986), the dominant species were pink (49.4%), sockeye (26.7%), and chum (13.0%), followed by coho (10.5%), Chinook (0.3%), and steelhead (less than 0.1%). The relative abundance varied considerably among areas; more sockeye were caught in the Bering Sea, more pinks in southeast Alaska and British Columbia (table 14.1), and chums were rather evenly distributed.

Sampling in the 1980s in southeast Alaska also produced primarily pink salmon and more coho than were found farther up the coast (Jaenicke and Celewycz 1994). However, they caught significant numbers of juvenile salmon 74 km offshore (as far as they sampled) in August and concluded that the fish were distributed farther offshore than Hartt and Dell indicated. Still farther south, summer sampling off Washington and Oregon revealed mainly coho and, to a lesser extent, Chinook, and very few sockeye, chum, and pink salmon (Pearcy and Fisher 1990). These patterns of relative

TABLE 14.1. Catches of juvenile salmon in the summer by purse seines along the coast of North America: 1964–1968 (*Source*: Hartt and Dell 1986 [H&D]), 1983 and 1984 (*Source*: Jaenicke and Celewycz 1994, [J&C]), and 1981–1985 (*Source*: Pearcy and Fisher 1990 [P&F]). Cutthroat trout were 1.6% of the catch by P&F.

| | Percentage of the catch in each area (%) | | | | | |
|---|---|---|---|---|---|---|
| Area (reference) | Sockeye | Chum | Pink | Coho | Chinook | Steelhead |
| Bering Sea (H&D) | 91.7 | 7.0 | 0.5 | 0.8 | <0.1 | 0.0 |
| Northern Gulf of Alaska (H&D) | 38.3 | 5.1 | 48.6 | 7.8 | 0.2 | 0.0 |
| Alaska Peninsula, south (H&D) | 45.6 | 12.7 | 36.8 | 4.9 | 0.0 | 0.0 |
| Yakutat, Alaska, to Cape Flattery, Washington (H&D) | 13.9 | 14.4 | 58.8 | 12.5 | 0.4 | <0.1 |
| Southeast Alaska (J&C) | 7.1 | 10.3 | 70.4 | 11.7 | 0.6 | no data |
| Washington and Oregon (P&F) | 1.1 | 6.6 | 4.1 | 64.3 | 21.0 | 1.3 |

abundance are not surprising; they broadly reflect the distribution of spawning by salmon along the coast.

Jaenicke and Celewycz (1994) tried to determine whether the salmon were aggregated with others of their own or different species by comparing the distribution of catches in specific sets to what would have been expected by chance given the overall catch rate. The results indicated that all five species were aggregated preferentially with their own species rather than randomly distributed, and that the pink salmon were most highly aggregated, followed by chum. Sockeye and coho were least strongly aggregated, and too few Chinook were caught to perform such analyses. Patterns of association among species indicated that pink and chum salmon were most often associated with each other, followed closely by pink-sockeye and then sockeye-chum. Coho were not associated with any of the other three species.

In addition to revealing the "stream of salmon" migrating up along the coast, Hartt and Dell (1986) drew some inferences about movement patterns from paired purse seine sets made in opposite directions at the same location. There were nineteen pairs of sets between Cape Flattery, on the northern coast of Washington, and Yakutat, in south-central Alaska, in July through September from 1964 to 1967. The vast majority (83%) of the fish were taken in sets when the net was open to the southeast, indicating that most fish were swimming northwest rather than southeast. Estimates of migration rate vary greatly but most are on the order of 1 km to 10 km per day (Brodeur et al. 2003).

The invention and widespread use of coded wire tags to mark hatchery-produced (and, to a much lesser extent, wild) salmon made it possible to know the origin of fish caught at sea. Most tags are recovered in commercial and recreational fisheries, so little is known about salmons' first few months at sea compared with information on the distribution of maturing fish. However, postsmolts have been collected in research operations (photo 14.1) over the years, revealing variation in travel routes



PHOTO 14.1. Canadian Coast Guard ship *W. E. Ricker*, named after William Ricker, the famous scientist, sampling in the Salish Sea. (*Photo:* Allison McCoy, University of Washington)

and rates among populations in Chinook salmon, for example (Trudel et al. 2009). Moreover, the coded wire tags have been most widely applied to coho and Chinook salmon, so information on the other species is more limited. Another technique for mass-marking salmon is to expose them to alternating pulses of cold and warmer water during incubation, as embryos and alevins prior to release in hatcheries (Volk et al. 1994). These thermal shifts induce bands on the otoliths of all fish, so the entire output of a hatchery can be marked (see photo 2.7) without having been touched by humans. For example, more than six hundred million juvenile salmon released from hatcheries in Prince William Sound are all thermally marked this way (Brenner et al. 2012). As with the coded wire tags, the otoliths can only be removed from dead fish, but this technique is now widely used, so there are many opportunities to apply it to studies of marine distribution.

In addition to these forms of marking juvenile salmonids, our understanding of the movements of individual fish has been greatly expanded by the miniaturization of sonic transmitters. These transmitters are not new, having been used to track salmon in the 1950s (Johnson 1960), but the technology has improved, as noted in Chapter 13, by miniaturization of the transmitters and the invention of self-contained receiver-hydrophone units deployed underwater. As fish swim within range of the hydrophone, the digital code of the transmitters is detected and stored in the receiver, which can be retrieved later for data processing. In this manner, estuary and nearshore areas can have many listening stations, detecting the movements of fish. The Pacific Ocean Salmon Tracking project was a leader in the use of these receiver-hydrophone units

for studying Pacific salmon, and the name was later changed to Pacific Ocean Shelf Tracking because so many species besides salmon were tracked using the network. This system has supported numerous studies, particularly in the Salish Sea, many of which were reviewed by Melnychuk et al. (2010).

These studies revealed migration patterns and variation in travel speed among species. For example, coho salmon smolts tended to move slower in coastal waters (3.8 km per day) than steelhead and sockeye (13.9 and 15.9 km per day, on average, respectively). Because the fish differ in sizes, and larger fish can swim faster than smaller fish, travel rates are often reported in body lengths per second. In this case sockeye tracked from the river mouth to the receivers at Queen Charlotte Strait or the Strait of Juan de Fuca (Welch et al. 2011) traveled at 0.89 body length per second, slightly faster than steelhead (0.79) but much faster than coho (0.29) and Chinook salmon (0.15). It is likely that these travel rates reflect more directed migration by sockeye and steelhead, and the greater tendency of coho and Chinook salmon to feed and occupy the coastal waters rather than actual swimming speeds. Extensive networks of receivers are yielding similar information about the travel routes, speeds, and survival rates in the Columbia River (Harnish et al. 2012) and Sacramento River systems (Michel et al. 2013; Perry et al. 2013).

Sonic tracking has drawbacks, as do all techniques. The fish must be caught, anesthetized, and the tag surgically implanted, so there is inevitably some stress on the fish and likely increased mortality or effects on behavior. In addition, the tags cannot be put in the smallest fish, so one wonders whether the large fish that are tagged fully represent the population. Deployment and retrieval of receivers is costly, as are the receivers themselves and the transmitters. Nevertheless, sonic tracking of individual juvenile salmon has produced a wealth of data on rates and routes of travel, and on mortality, in the past decade.

The advances in tagging and tracking techniques in past decades have been paralleled by developments in genetic techniques that have also helped understand the early marine migration patterns of salmon. Initial studies used variation among proteins to indicate the evolutionary relationships among salmonid species (Utter et al. 1973), but the techniques were soon applied to distinguish among populations within species. If samples can be obtained from adults representing all or most of the major spawning populations, then individuals caught at sea can be assigned (with some probability) to their population of origin. This technique became increasingly important in fisheries management (Utter 1991); the ability to discriminate among populations advanced as new and better genetic markers were developed in step with computers and programs to process the vast quantities of data. Thanks to these developments, postsmolts caught at sea by researchers can be identified, revealing population-specific patterns of migration routes and timing in sockeye in British Columbia and the Gulf of Alaska (Beacham et al. 2014) and in Bristol Bay (Seeb et al. 2011) and in Chinook off the coasts of Washington and Oregon (Teel et al. 2015), for examples.

There have been reviews of the research on early marine life of salmon conducted by Canadian (Beamish et al. 2003), Japanese (Mayama and Ishida 2003), Russian (Karpenko 2003), and American scientists (Brodeur et al. 2003), and these papers provide a wealth of details, references, and thoughtful suggestions for future research directions. There are too many details for the purposes of this book, and the migration patterns of salmon and trout at sea are as varied as any other aspect of their biology, but research suggests that these patterns can be broadly put into four groups: (1) sockeye, pink, and chum; (2) coho, Chinook, and masu; (3) steelhead; and (4) cutthroat, bull trout, Dolly Varden, and Arctic char. These patterns are described, with emphasis on the initial migration in the sea and the subsequent movements as immature fish, which can be connected with the description of the homeward migration of maturing fish summarized in Chapter 2.

### *Sockeye, Pink, and Chum Salmon*

These three species, comprising the vast majority of salmon, enter the eastern Pacific Ocean from Oregon northward (mostly from Puget Sound and southern British Columbia to western Alaska) and the western Pacific Ocean from as far south as Korea but primarily from northern Japan and Russia, including very large populations from the Kamchatka Peninsula. Chum often spend time in estuaries, but the migration of all species is characterized by relatively directed, rapid movement northward through inside passages and along the continental shelf during their first summer at sea, and then by distribution in the offshore waters of the Bering Sea, Gulf of Alaska, and open North Pacific Ocean until they mature. These species are seldom found in coastal waters such as Puget Sound, the Strait of Georgia, or the inside waters of southeastern Alaska after their first fall at sea until they return to spawn. As seems almost inevitable with salmon, there are exceptions, such as resident pink salmon (Jensen 1956a) and older immature chum (Jensen 1956b) in Puget Sound. Putting these cases aside, sockeye salmon from Bristol Bay (Alaska) and the Fraser River, and pink salmon from southeast Alaska will serve as examples in this chapter of the classic behavior patterns.

Juvenile sockeye salmon enter Bristol Bay from five main areas: Togiak, Nushagak, Naknek-Kvichak, Egegik, and Ugashik (see fig. 3.1). In general, age-2 smolts precede age-1 smolts, and smolts from complex, multilake systems like the Wood River, in the Nushagak River system, tend to migrate later than those from lakes closer to the ocean (Rogers 1988). Thus there is some initial segregation of populations and age groups, but all seemed to migrate within about 48 km of the north side of the Alaska Peninsula, in the upper 5 m of the water column (Straty and Jaenicke 1980). The Naknek-Kvichak, Egegik, and Ugashik population complexes swim along the peninsula, and the populations on the northwestern side (Togiak and Nushagak) migrate southeast to join them, along a gradient of increasing salinity. More recent sampling indicated a broader distribution of sockeye salmon smolts and a tendency to move

offshore as they grew (Farley et al. 2005) in clearer, more oceanic and productive waters in outer Bristol Bay. They then seem to move primarily south into the Gulf of Alaska and North Pacific Ocean, but some remain in the Bering Sea. Modern genetic techniques have provided much more detail on movement patterns of Bristol Bay and other western Alaska populations, as juveniles caught at sea can be assigned to their population of origin. After extensive sampling, Seeb et al. (2011, 741) concluded that "these patterns [reflect] different, but interannually stable, migratory routes in the eastern Bering Sea favored by juvenile sockeye salmon originating from northwestern and southwestern drainages."

Extensive sampling of Fraser River populations also indicated a directed migration (Groot and Cooke 1987). Sockeye smolts first entered the Strait of Georgia in mid- to late April. By mid-May two centers of distribution were evident—one northwest of the river on the British Columbia mainland and the other southwest of the river, in the Gulf Islands. By early June no smolts were found off the river's mouth. The smolts that had been on the mainland coast north of the river had moved up into Johnstone Strait, and the southern mode had moved north through the islands and crossed the Strait of Georgia to the mainland side. Groot et al. (1989) concluded that the fish, moving about 6 km/d to 7 km/d, oriented northward, and this explains the group migrating directly north along the mainland. However, the net movement of fish is the resultant of two vectors: the speed and direction of their swimming and the water mass around them. For small fish in coastal waters, the water's movement can be a large or even dominant component of travel until the fish grow larger and move into slower-moving water masses (Peterman et al. 1994). The Fraser River's flow, combined with an ebb tide or wind-driven currents, displaces some fish westward, where they "regroup" and then head north to join the others migrating along the mainland coast (Groot and Cooke 1987). More recently, genetic techniques corroborated the earlier work but also revealed populations within the Fraser River system with different migration patterns, some moving more rapidly northward than others (Beacham et al. 2014).

A final example of the orientation of juvenile salmon is that of pinks migrating through the maze of inlets and islands of southeast Alaska. Jaenicke et al. (1984) set paired beach seines in opposite directions along stretches of shoreline in Chatham Strait, west of Juneau. The pink salmon showed a strong northward tendency; nets open to the south caught 82% of the 77,828 salmon in 1981 and 95% of 40,977 salmon in 1982 in False Bay. The fish were not drifting with prevailing currents but swimming actively. In 1982 the predominant direction was against the current in twenty-two of thirty-two sets. More equal proportions of the fish were moving north and south elsewhere, especially at a site with more complex currents, and the authors concluded that in some areas the fish mill around and at other sites they migrate with a strong northward orientation.

Thus pink, sockeye, and chum salmon enter the ocean from thousands of streams along the coast and, after some delay in the estuary by the chums, they migrate northward during their first summer at sea. By the fall they seem to be concentrated in the northern Gulf of Alaska and then move offshore, as indicated by early studies using catch-per-unit-effort. More recent studies using genetic techniques to assign the juveniles caught at sea to their populations of origin provide much more detail and nuance but largely support earlier conclusions. For example, extensive sampling of juvenile sockeye salmon from coastal Washington to the Alaska Peninsula over more than a decade revealed that in spring and early summer most of the fish were near their river of origin (Tucker et al. 2009). They progress northward as the season goes on, most reaching central British Columbia to southeastern Alaska by fall, but some as far west as the Alaska Peninsula, then by winter they have essentially vacated the coastal waters. The winter distribution of salmon at sea is very poorly known, as the conditions are inhospitable for researchers. The early models hypothesized that the salmon move southward in the winter and then northward the following summer (French et al. 1976; Healey and Groot 1987). Pink salmon would then migrate homeward that summer and fall, but the sockeye and chum would stay at sea for another year or more, moving westward. However, the salmon might disperse or even move north in the winter rather than south. This seems counterintuitive because we tend to regard cold as undesirable, but if food is scarce the fish may be better off in cold water, where their metabolism is slow, than in warmer water, where they would need more energy to maintain themselves. Fundamentally, we still know very little about the movements of immature salmon at sea, especially their behavior and ecology in winter.

In addition to the migrations of North American salmon, there are also large populations from Asia, especially chum salmon from hatcheries in Japan and wild salmon from Russia, particularly the Kamchatka Peninsula. Their migrations take them into the open ocean, where they overlap with North American salmon (e.g., see fig. 2.2). There is a general tendency for Asian salmon to migrate farther toward North America than the reverse (e.g., pink salmon from the east coast of Kamchatka vs. North America) (Hiramatsu and Ishida 1989). Presumably, the migration patterns of species and populations have evolved to optimize the use of the "ocean pasture." Areas of the ocean differ in productivity and temperature, but if all the salmon went to the best places then food might be scarce.

### *Chinook, Coho, and Masu Salmon*

The relatively rapid, northward and then offshore migrations of pink, chum, and sockeye salmon differ from those of coho and Chinook (and masu in Asia). These latter species travel more slowly at sea and have a much greater tendency to remain along the continental shelf than the former three. For example, Machidori and Kato (1984) concluded that masu salmon migrate within a restricted area. Anadromous

individuals (predominately females in many populations) tend to spend one winter at sea, like the coho, and they are distributed primarily in the Sea of Japan and Sea of Okhotsk.

Sampling off Washington and Oregon produced the highest catches of postsmolt Chinook (photo 14.2) and coho salmon (photo 14.3) in relatively cool, saline water, and in areas with higher concentrations of copepods that the salmon eat and phytoplankton that feed the copepods (Peterson et al. 2010). In addition, the catches were very patchy. About half the postsmolts were caught in about 5% of the sets, and 40%



PHOTO 14.2. Subadult Chinook salmon in saltwater. (Photo taken in the Seattle Aquarium)



PHOTO 14.3. Subadult coho salmon in saltwater. (Photo taken in the Seattle Aquarium)

Plaintiffs' Exhibit 09 Quinn (2018) 326 of 560

of the sets caught no salmon at all (Peterson et al. 2010). This does not mean, however, that the fish are necessarily schooling; more likely individuals are independently favoring the same environmental conditions.

The catches of Chinook and coho salmon along the coast within the California Current reflect the unsuitable conditions farther offshore (warmer water and less to eat). Farther north, in the Gulf of Alaska, both species occur in offshore waters, reflecting the suitability of these waters, in terms of temperature and food, for salmon. The northern populations are dominated by larger, stream-type smolts that are more prevalent offshore in general. Healey (1983) pointed out that stream-type Chinook salmon seemed to use the open ocean to a much greater extent than ocean-type fish. This is not a hard-and-fast rule, as both stream-type and ocean-type Chinook from the lower Columbia and Fraser rivers and from coastal Oregon and British Columbia are caught in coastal fisheries from Oregon to Alaska. However, the stream-type fish from the upper Columbia and Fraser rivers are rarely caught in coastal fisheries, and the most plausible explanation is that they are distributed in the open ocean, and are only caught in their natal river upon return (Sharma and Quinn 2012). It is not at all clear why these fish, which represent a distinct genetic lineage from the lower river fish of both life-history types (Waples et al. 2004), should differ in marine migrations, but it minimizes their vulnerability to coastal fisheries, and so confers benefits to them.

The marine distribution of Chinook depends in large part on where they entered the ocean. Healey and Groot (1987) examined recoveries of adults (photo 14.4) with coded wire tags indicating their hatchery of origin and found that most Chinook rearing in southeastern Alaska had originated in Alaska, British Columbia, and



**PHOTO 14.4.** Adult Chinook salmon in saltwater. (Photo taken in the Seattle Aquarium)

Washington; most fish rearing in British Columbia had come from British Columbia and, to a lesser extent, from Washington, with few from Oregon; most rearing off Washington had originated there; fish rearing off Oregon had come from California, Oregon, and Washington; and most fish rearing off California had originated there, but some had migrated south from Oregon and Washington.

At a finer scale, Nicholas and Hankin (1989) summarized a wealth of information on the life history of Oregon coastal Chinook salmon populations, including the proportions recovered in fisheries from California to Alaska. The fishing effort is not uniform, so these data reflect relative rather than absolute abundance. Nevertheless, they reveal two main migration patterns. Chinook over much of the coast tended to migrate north, with most of the adults caught off British Columbia (56%) and Alaska (25%). However, salmon originating in rivers south of Cape Blanco, Oregon (42° 50′ N), tended to migrate southward, with an average of 49% each caught off Oregon and California (table 14.2). More recently, a comprehensive review of decades of coded wire tagging data and over six hundred thousand recoveries firmly established the general concepts indicated in the earlier papers and provided further nuances (Weitkamp 2009). Population-specific distribution patterns of Chinook salmon are very clear, including both northward and southward movements from the home stream, the patterns are quite consistent among years, over a wide range of ocean conditions, older fish tend to be farther from the home river than younger fish, and wild and hatchery populations from a given river do not markedly differ.

**TABLE 14.2.** Percentages of Chinook salmon originating in a series of Oregon rivers (arranged from north to south) with coded wire tags that were caught along the west coast of North America (*Source*: Nicholas and Hankin 1989). All are fall runs unless otherwise designated.

| | Percentages of Chinook salmon (%) | | | | |
|---|---|---|---|---|---|
| River | Alaska | British Columbia | Washington | Oregon | California |
| Trask (spring) | 14 | 66 | 13 | 6 | 1 |
| Trask | 33 | 53 | 13 | 1 | 0 |
| Nestucca | 75 | 24 | 0 | 0 | 0 |
| Salmon | 33 | 61 | 2 | 1 | 1 |
| Yaquina | 37 | 52 | 2 | 10 | 0 |
| Alsea | 18 | 80 | 0 | 0 | 0 |
| Siuslaw | 11 | 74 | 3 | 11 | 1 |
| Umpqua (spring) | 0 | 23 | 15 | 51 | 10 |
| Coos | 3 | 71 | 3 | 20 | 3 |
| Elk | 7 | 36 | 9 | 45 | 2 |
| Rogue | 0 | 0 | 0 | 49 | 50 |
| Rogue (spring) | 0 | 0 | 1 | 40 | 59 |
| Chetco | 0 | 2 | 2 | 57 | 39 |

Augmenting these and other coded wire tag recovery studies, modern genetics techniques allow scientists to sample juvenile or subadult salmon and let them go, as well as sample fish caught as food, and determine their likely river of origin. This is particularly useful for determining the distributions of wild populations, as they seldom have coded wire tags. Such a study was conducted along the Oregon and California coasts, sampling almost ten thousand Chinook salmon, including sublegal and legal-sized fish, some released and some retained (Bellinger et al. 2015). The fish were assigned to their population of origin, showing the dispersal of salmon from various rivers. Not surprisingly, toward the southern end of the distribution around Monterey Bay, only a few populations were represented. Farther north, a wider variety of populations were feeding along the coast, and many population-specific distribution patterns were detected, including some fish from British Columbia that had moved down to Oregon.

Sampling of postsmolts along the Oregon and Washington coasts also revealed population-specific migration patterns, and differences between stream-type and ocean-type fish (Teel et al. 2015). This massive study, carried out over fifteen years and sampling nearly ten thousand fish, detected some year-to-year shifts in overall distribution but also consistent patterns among populations. Similarly, sampling of juvenile Chinook salmon from southern British Columbia to southeastern Alaska revealed year-to-year variation in abundance and distribution, but the overall patterns of the populations were consistent among years (Tucker et al. 2012). These studies, combined with experimental crosses between populations revealing differences in marine distribution (Quinn, Chamberlin et al. 2011), strongly support the idea that each population has a genetically based "sense" of where to go at sea. This is presumably guided by innate navigational ability, modulated by environmental conditions that the fish experience at sea. Indeed, the distributions of postsmolt Chinook salmon were best explained by models dominated by persistent spatial patterns and secondarily by environmental conditions (Burke et al. 2013).

Coho salmon do not stay at sea as long as Chinook do, but otherwise many patterns are similar. Off the Oregon coast, Pearcy and Fisher (1988) caught 98% of their juvenile coho salmon in purse seine sets facing south, indicating that the fish had been swimming northward. Similarly, D. R. Miller et al. (1983) reported that 76% of the coho and 80% of the Chinook were caught in sets facing south in May and June. However, analysis of coded wire tags (indicating the origin of fish caught at sea) presented a more complex picture (Pearcy and Fisher 1988). Columbia River coho were exclusively caught south of the river in May (twenty-five of twenty-five), primarily caught south of the river in June and July (thirty of forty), but exclusively north of the river by September (sixteen of sixteen). The authors concluded that the fish were swimming northward but that early in the season the winds generate strong southerly currents that displaced them to the south. Later in the summer, the currents weakened, the fish grew and became stronger swimmers, and their distribution shifted northward.

Recoveries of coho salmon with coded wire tags in coastal fisheries provide further insights into movement patterns. Weitkamp and Neely (2002) showed a marked association between the locations of hatcheries from Alaska to California and the area where the maturing coho were caught. Most coho were caught in the broad region of the coast where they originated (table 14.3), but individual populations varied (fig. 14.1). Interestingly, coho populations originating from the lower Columbia River and the Oregon coast showed much more southerly distributions than those originating north of it (Weitkamp and Neely 2002), and this was a different breakpoint with respect to the distributions of Chinook salmon seen by Nicholas and Hankin (1989) and Weitkamp (2009). Finally, wild and hatchery-reared coho from the same populations did not differ in marine distributions (Labelle et al. 1997)—a very important point because almost all data are for hatchery populations.

In addition to these migratory patterns, some coho and Chinook salmon remain within inland marine waters such as Puget Sound and the Strait of Georgia during all or much of their lives at sea. Fishermen and fisheries managers have known about these fish for decades, but they have only recently been investigated in detail. Why do some individuals stay in these inland water bodies whereas others leave for the Pacific Ocean coast, and what are the consequences for growth and survival? We can use this case to examine the much broader question of why salmon and trout migrate or remain in their habitat in any of the various decision points in their lives (stay in a small stream or move to a lake or to a larger stream; stay in fresh water or migrate to sea; stay at sea or return to breed, etc.). Like many aspects of migration, this decision is influenced by internal, external, and genetic factors (fig. 14.2).

The internal influence is something we might anthropomorphize as "how am I doing?" The fish is not making a conscious, thoughtful decision but nevertheless it has to go or not go, and that amounts to a decision in practical terms. This phenomenon, in which some animals migrate while others of the population do not,

TABLE 14.3. Relationship between the origin of coho salmon and the coastal area where they were caught. Data represent the averages from hatcheries in Alaska (2), British Columbia (10), Washington (33), Oregon (16), and California (4). (*Source*: Weitkamp and Neely 2002)

| | Catch area | | | | |
|---|---|---|---|---|---|
| Origin | Alaska | British Columbia | Washington | Oregon | California |
| Alaska | 98.8 | 1.3 | 0.0 | 0.0 | 0.0 |
| British Columbia | 5.6 | 90.1 | 4.1 | 0.2 | 0.0 |
| Washington | 0.1 | 37.9 | 42.3 | 17.8 | 1.8 |
| Oregon | 0.0 | 4.0 | 14.8 | 58.5 | 22.7 |
| California | 0.0 | 0.0 | 0.3 | 17.3 | 82.3 |




FIGURE 14.1. Catch distributions of coho salmon originating from hatcheries from Alaska, British Columbia, Washington, Oregon, and California. (*Source*: Weitkamp and Neely 2002)




FIGURE 14.2. Conceptual diagram of the factors affecting the decision to remain in a given habitat ("residency") or migrate: internal condition (size, recent growth rate, hormone levels, etc.), external environment (temperature, river flow, food density, etc.), and genetic predisposition based on species, population, parentage, and sex. (*Source*: Kendall et al. 2015)

is known as *partial migration* and is seen in many kinds of fishes, birds, and other animals. In our case the salmon or trout that move may be larger or smaller, faster or slower growing, fatter or leaner, and so on than those that do not move, and then there will be consequences of movement for subsequent growth. If a fish is growing rapidly, should it stay where it is because conditions seem to be favorable, or should that growth embolden the fish to move to another habitat (which it cannot assess from its current position) where it might grow even faster?

In addition to the influence of each individual's condition or growth on movement, the external environment can play a role. Warm and cold conditions, high and low flows, abundant and scarce food supplies (which then affect the individual's growth) may be correlated with movement or residence. Finally, there is some mix of nature as well as nurture in this decision process. That is, given equal growth rates, some populations and some individuals are more disposed to move or to stay, to mature or continue to feed and not mature in that year, and other related life-history decisions. The relationship between growth, size, or some other attribute of the fish and the life-history transition (called the *norm of reaction*) can vary among populations. So, for example, in some sockeye salmon populations a given growth rate will result in migration to sea whereas other populations, growing at the same rate, will tend to remain in the lake and migrate the next year. Individuals within populations also have some tendency, inherited from their parents, that disposes them to go or not go, given the external environment or internal condition. Populations of salmon differ in marine distributions so presumably such genetic influence could extend to families within populations.

What fraction of the salmon remain as residents rather than migrating to the coast? Analysis of coded wire tagging data led O'Neill and West (2009) to conclude that 29% of the Chinook salmon released from Puget Sound hatcheries as subyearlings and 45% of those released as yearlings remained resident. The resident salmon accumulated much higher levels of organic contaminants (PCBs) compared with ones that migrated to the coast, giving the subject added significance. Subsequent analyses using similar data but a different approach produced generally similar conclusions. Salmon from Puget Sound rivers with coded wire tags were divided into three groups. Those that were caught along the coast were called *migrants*, and those caught in Puget Sound during the winter and spring, outside the spawning season, were *residents*. Salmon caught in Puget Sound in the summer might have been residents or they might have been coastal migrants, caught on their return journey to spawn; the history of these fish was ambiguous. Decades of records indicated that 24% of the Chinook salmon were recovered as residents, 29% had migrated to the coast, and 47% were caught in Puget Sound in the summer, so it was ambiguous where they had been (Chamberlin and Quinn 2014). This corroborated the earlier work by O'Neill and West (2009) that the residents are a substantial fraction of the fish, even if we assume that all the fish caught

in the summer had been off the coast (which seems implausible). Similar analysis of data from Puget Sound coho salmon indicated that only 3.4% were recovered as residents versus 61.3% recovered off the coast as migrants, and 35.3% in the summer with ambiguous migration history (Rohde et al. 2014), indicating that residency is much less common in coho than Chinook.

What causes some salmon to migrate to the coast while others do not? Wild and hatchery coho were equally likely to be resident, even though they differ greatly in rearing history, and wild smolts tend to be smaller than hatchery fish. Larger Chinook salmon smolts were more likely to be resident than smaller fish but the effect was weak, and it was not discernible in coho salmon. However, some environmental factors were associated with residency, notably the region of Puget Sound that the smolts entered. Moreover, in years when the water was cooler, a larger fraction of the fish were residents compared to warmer years, and the patterns of Chinook and coho residency were positively correlated among years. These findings all point to an environmental influence on residency rather than genetic or internal controls, but it remains unclear how environmental conditions affect the behavior of the fish. Regardless, it is well-known that the residents are much smaller than those feeding off the coast, as reported for British Columbia coho (Milne 1950), for Puget Sound coho and Chinook (Pressey 1953), and for pink salmon (Haw et al. 1967). Coastal populations (e.g., coho salmon) tend to have lower survival rates than populations from the Salish Sea (Zimmerman et al. 2015), so perhaps the resident salmon are sacrificing growth for safety.

### *Steelhead*

Steelhead are much less abundant than the semelparous salmon species, so data on their marine distribution are scarcer (Burgner et al. 1992). Inferences about steelhead migrations are further complicated by the fact that maturing adults of one run or another may be returning to coastal locations throughout the year, and by the presence of kelts (postspawning adults returning to sea) as well as *maiden* fish (the term refers to males as well as females!) returning for the first time.

All evidence indicates that North American populations tend to migrate through estuaries and quickly leave the coastal waters soon after entering the ocean. For example, steelhead were 21.5% of the salmonids (the rest being coho and Chinook) in purse seine sets off Washington and Oregon in late May and early June, 3.1% in early to mid-July, and 0% in early September (Miller et al. 1983). More recent research confirmed the early indication that steelhead head offshore rapidly. Rope-trawl sampling off Washington and Oregon caught steelhead in May but primarily at the farthest sites offshore, and later in the summer almost none were caught (Daly et al. 2014). The fish in offshore waters were larger, eating more, and growing faster than those in estuaries. In addition to indications of rapid movement from such catch-per-unit-effort surveys, sonic tracking also indicates rapid, directed movement of steelhead leaving Puget

Sound (Goetz et al. 2015; Moore, Berejikian et al. 2010) and coastal British Columbia (Melnychuk et al. 2007).

The oceanic distribution of North American steelhead has been demonstrated by recovery at sea of juveniles tagged in fresh water, and recovery in fresh water of adults that had been tagged at sea (Burgner et al. 1992). In addition to these conventional sources of information, the capture of steelhead at sea infected by a parasitic trematode (*Nanophyetus salmincola*) indicates that they originated from the US Pacific Northwest because the intermediate host, a snail, is only found in this region (Dalton 1991). The combination of tagging data and parasite prevalence (Dalton 1991) demonstrated that North American steelhead travel almost as far west as 165° east longitude, southeast of the Kamchatka Peninsula. Notably, a steelhead tagged in the Quinault River, Washington, was recovered on the ocean 5370 km to the west. Steelhead are rare in the Bering Sea, however, because northerly populations of rainbow trout are seldom anadromous.

There is an important exception to the generalization that steelhead make lengthy migrations, the form commonly known as *half-pounders*. Half-pounders are steelhead that return to fresh water after only a summer at sea (Kesner and Barnhart 1972), so the name reflects their small size. They cannot go as far out as older steelhead do. They are best known in some northern California and southern Oregon rivers (notably the Klamath) but also occur elsewhere. Half-pounders include both sexes; a sample of 245 in the Klamath River revealed 116 males and 129 females (Hodge et al. 2014). They ranged from 256 to 525 mm long with an average of 358 mm. The average weight was 426 g (0.9 pound), so the term *half-pounder* is a bit of an underestimate! Most are not sexually mature but spend the fall and winter in fresh water (feeding heavily, unlike mature fish that seldom feed) and leave again the following spring. However, 12% of the half-pounders were mature, including both sexes (Hodge et al. 2014). Similarly, some Asian populations spend only the summer at sea and stay in coastal waters, returning at a small size when they first mature (Savvaitova et al. 2005).

I am fascinated by many aspects of the diversity of life-history forms in rainbow trout–steelhead. In the context of this chapter we must recall that some steelhead had mothers that did not go to sea, and some resident trout had anadromous mothers (Hodge et al. 2016). There is considerable plasticity in the tendency to migrate to sea (Kendall et al. 2015), and interbreeding between forms has been observed in Russian (Kuzishchin et al. 2007) and North American rivers (McMillan et al. 2007). Consequently, one might expect that the species would be rather "half-hearted" or tentative when going to sea. Despite the exceptions such as half-pounders and estuarine forms, the predominant pattern seems to be very rapid, well-oriented migration to the open ocean (table 2.1) by fish whose cousins, siblings, or parents may never have left the home river. These highly divergent migration patterns in this species contrast sharply with those of the closely related cutthroat trout, whose patterns seem much more reasonable to me.

### *Cutthroat Trout and Char*

Despite the close relationship between steelhead and cutthroat trout and the many similarities in their freshwater ecology, cutthroat migrations at sea are very different from those of steelhead. Cutthroat trout generally spend only the summer at sea rather than several years, as steelhead do, and the cutthroat stay much closer to their natal stream (tens of kilometers rather than hundreds or thousands for steelhead). A fascinating opportunity to contrast the early marine migrations of cutthroat and steelhead was provided when wild smolts of both species were caught while leaving Big Beef Creek, a small stream flowing into Hood Canal, Washington. Sonic transmitters were implanted in them (Moore, Goetz et al. 2010), and DNA analysis indicated that fully 23% of them were naturally produced hybrids. The steelhead migrated rapidly toward the ocean, the cutthroat remained within Hood Canal, and the behavior of the hybrids was intermediate between the two forms. Hybrid adults are very rare, so the two pure species must enjoy much higher survival than the hybrids. In Puget Sound (and probably other similar inland marine waters) cutthroat tend to hug the shoreline, feeding in shallow water, although they occasionally cross open, deep water, and some fish show very restricted movements whereas others move more extensively (Goetz et al. 2013).

Cutthroat trout entering the ocean along the coast encounter a very different environment than do trout in the inlets of Puget Sound, British Columbia, and southeastern Alaska. The coastal zone has a powerful surf and so presents challenges for trout if they try to feed along the shoreline. Purse seine sets off the Washington and Oregon coasts (Pearcy et al. 1990) caught a small but relatively steady number of cutthroat from May through August, but the fish were apparently gone (perhaps toward streams to overwinter) by September. In contrast to the cutthroat but consistent with the patterns seen by D. R. Miller et al. (1983), the steelhead catches dropped off dramatically after May, presumably because the fish had moved to the open ocean. Neither species was common less than 9 km from shore, most cutthroat were caught at intermediate distances (about 9 km to 45 km offshore), and steelhead were more common, relative to cutthroat, beyond 45 km offshore. Johnston (1982) hypothesized that the tendency of cutthroat to be found offshore along the Washington coast results from the exposed and inhospitable nature of the shoreline there. In contrast, in the more protected waters of Puget Sound cutthroat stay very close to shore (often in water waist deep or less), feeding on a variety of small fishes and invertebrates. Unlike steelhead, which adopt the white belly, silvery sides and blue-gray back colors of offshore marine fishes, the cutthroat retain the spots and colors that they show in rivers. These color patterns camouflage each species in its respective environment.

As with cutthroat trout, the movements of anadromous Dolly Varden at sea are also poorly known. Armstrong (1965, 1971) documented the movements of Dolly Varden and cutthroat trout from Eva Lake, in southeastern Alaska. Both species tended

to leave in May and return in September, although the cutthroat trout were a bit later than the Dolly Varden (fig. 14.3). Armstrong (1984, 559) described the movements of Dolly Varden as "a manager's nightmare" because they were so complex. The Dolly Varden leaving rivers in spring included smolts going to sea for the first time, immature fish that had spent the winter in fresh water, and adults that had already spawned. The fish returned to fresh water in the fall but not always to their home stream. If their home stream had a lake and they were going to spawn, they would spawn and then spend the winter in the lake. If they were mature but their natal stream did not have a lake, they would home to their natal river, spawn there, but then leave to spend the winter in a system with a lake. If they were not going to spawn, they would spend the winter in any system with a lake. Subsequent work supported many of these conclusions but added the further complexity that some spend the winter at sea (Bernard et al. 1995). Along the Alaska Peninsula, Dolly Varden from the Chignik Lake system make extensive use of the estuarine lagoon in the summer (Narver and Dahlberg 1965; Bond and Quinn 2013). In addition, Dolly Varden and Arctic char commonly exist as mixed populations, with anadromous and nonanadromous individuals, in systems like the Karluk River, on Kodiak Island, Alaska (DeLacy and Morton 1943), and in Lake Becharof, in Bristol Bay (Scanlon 2000; Hart et al. 2015). All of this complexity might lead one to believe that the fish are often straying but that seems to be incorrect; genetic studies revealed differences among populations consistent with high homing fidelity (Bond, Crane et al. 2014).

Although Dolly Varden is recognized as a single species, there are subspecies from three different areas (Behnke 1980; Reist et al. 1997). The southern form in North America is exemplified by the Eva Lake and Chignik Lake populations just described. The northern form is distributed north of the Alaska Peninsula (including Lake Becharof) and in northern Russia, and there is a separate southern form in Asia (Omelchenko et al. 2002). The northern form seems to migrate more extensively than the southern forms, although details are somewhat limited. For example, DeCicco (1992) reported long-distance movements by some individuals, including one remarkable fish tagged in the Wulik River, Alaska, in August and recovered 540 km up the Anadyr River—a total of 1560 km away—only two months later! Similarly, sampling in the open Bering Sea revealed Dolly Varden in May through August, with a marked decrease in September, and they were also found in offshore waters of the Sea of Japan and the Sea of Okhotsk (Morita et al. 2009). Arctic char also seem to spend only the summer at sea, stay close to their natal river, and remain nearshore and in estuaries (Moore et al. 2016) and near the surface (Rikardsen et al. 2007).

In addition to Dolly Varden and Arctic char, there are other facultatively anadromous char species. In North America, bull trout are best known as fluvial and adfluvial populations, but they can enter marine waters (photo 14.5). For example, bull trout move in and out of rivers along the west coast of Washington, often going to sea in the winter after spawning (Brenkman and Corbett 2005) and making multiple




FIGURE 14.3. Seasonal movements of anadromous Dolly Varden (*Source:* Armstrong 1965) and cutthroat trout (*Source:* Armstrong 1971) leaving and returning to Eva Lake, southeast Alaska.

trips to salt water (Brenkman et al. 2007). There are also anadromous bull trout in the Salish Sea from rivers such as the Skagit, and most of these fish spend only a few months of the summer in marine waters, staying close to shore and close to home (Hayes et al. 2011). On the other side of the Pacific Rim, whitespotted char are similar in their patterns of anadromy to the Puget Sound bull trout, tending to go to marine waters in spring and returning in late summer but also showing multiple



PHOTO 14.5. Bull trout in the nearshore waters of the Strait of Juan de Fuca, along the Olympic Peninsula. (*Photo*: Dave Parks and the Coastal Watershed Institute)

movements in and out of rivers (Arai and Morita 2005; Morita et al. 2013). Finally, we formerly thought of lake trout as residing exclusively in fresh water, but it is now clear that some individuals from Arctic Ocean populations go to marine (Swanson et al. 2010) or brackish water (Kissinger et al. 2016), though often not until they are rather old and large.

## Navigation: How Do They Know Where To Go?

The ocean is huge; how do the salmon know where to go? The patterns of distribution among species and populations are consistent enough to demand an explanation. Populations entering the ocean at the same time and place such as the mouth of the Columbia River go to different parts of the ocean, year after year. Often the fish move rapidly northward, but how do they know what direction that is? Experiments indicated that sockeye salmon orient to Earth's magnetic field when entering lakes as fry (Quinn 1980) and when leaving as smolts (Quinn and Brannon 1982), so it seems possible that each population has a sense of which compass direction to head when they leave their home river. However, clever experiments indicated that fish have much more sophisticated systems of navigation (Putman et al. 2014). Juvenile Chinook salmon in Oregon were placed in small, round tanks surrounded by coils that altered the ambient magnetic field, simulating those that they would experience if they were in the northern and southern edges of their normal range at sea (59° and 38° north latitude, respectively). These were very subtle adjustments of the magnetic field—nothing that would be detected readily on a handheld compass. The fish in

the simulated northern magnetic field tended to head south, and those tested in the simulated southern field tended to head north in the test tanks. The fish seem to have what amounts to an inherited magnetic map of the ocean, using differences in the intensity of the magnetic field and the inclination or vertical component of the field to guide them to the regions of the ocean where they will forage. These experiments, combined with the work described earlier on the ways in which small shifts in the magnetic field affect the return route of adult sockeye salmon (Putman et al. 2013), indicate that salmon have an amazing sense of where they are and where they want to go.

## Summary

The migrations of salmon at sea remain incompletely known, but the past decade has seen many fundamental breakthroughs and incremental advances on our understanding, facilitated by improved genetic techniques, and better tagging and tracking technology. There are broad species-specific patterns of movement when fish enter marine waters: sockeye, chum, and pink salmon tend to migrate north along the coast and then out into the open ocean; coho and Chinook move slower and use both coastal areas and the open ocean; steelhead generally migrate to distant marine areas and spend several years at sea before returning, but their relatives, the cutthroat trout, seem to remain near the natal river and spend only a summer at sea, as do the species of char. Populations have genetically determined patterns of migration and distribution that persist from year to year, although there is some modulation as oceanic conditions vary. As with other aspects of salmonid ecology and behavior, myriad exceptions exist and are being discovered. These variants remind us how adaptive and diverse salmonids are, and these characteristics are important for their persistence during past, present, and future challenges.

CHAPTER 15

# Survival at Sea

Most of the lifetime mortality of salmonids typically takes place in the gravel (see Chapter 8), before they are free-swimming, and many salmon perish while feeding in fresh water or migrating to sea. These periods of mortality are undoubtedly important, and they are also ones over which humans exert some measure of control, so the extensive research on the freshwater phases is understandable. However, much of the mortality in fresh water has compensatory aspects. That is, if there is heavy mortality on the embryos, the smaller number of surviving fry will enjoy reduced competition, grow faster, and experience higher survival rates as a consequence. However, in a sense "the ocean bats last" and there is little chance to compensate for mortality at sea later in the life cycle, except through reduced fishing. The great majority of salmonids that migrate to sea do not return, and this chapter examines the factors associated with mortality (or, more optimistically, survival) at sea.

The thrust of research on marine ecology is quite different from that conducted in fresh water. We have studied the ways in which human activities (e.g., mining, logging, dam building, and urbanization) have degraded or altered stream habitats and lakes, and we have studied ways to restore or otherwise modify these habitats (building spawning channels, fertilizing lakes, putting logs in streams, etc.). In contrast to this manipulative or reactive approach to management in freshwater systems, we try to understand the processes affecting the fish at sea rather than trying to change the ocean. We then use this understanding to predict the survival rates of salmon at sea, forecast the number that will return, and manage the fisheries accordingly. We also use information on the traits of surviving salmon to better prepare the fish for the ocean, manipulating their size or condition when released from hatcheries. This chapter considers the average proportions of salmonids of different species that survive at sea and examines the patterns, processes, and sources of variation.

I obtained data on survival of wild salmon populations during the main life-history stages from several reviews (Bradford 1995; Groot and Margolis 1991; McGurk 1996) and a variety of other published and unpublished reports, and I then averaged these population-specific values (table 15.1). The methods and periods of record varied among studies, and few reported more than one life-history stage for the population. The data are much more abundant and reliable for some species and life-history stages than others, and these data should be viewed and used with caution. I have no doubt that if someone "beat the bushes" further, many more examples could be found, which might be a worthwhile endeavor. Nevertheless, several patterns are evident. First, the

TABLE 15.1. Average stage-specific survival rates (percentages) for different species of salmon, calculated from 218 published and unpublished estimates for naturally rearing populations. Female fork length and fecundity are based on the average of population-specific average values. Sizes of eggs (*Source:* Beacham and Murray 1993), fry (*Source:* Beacham and Murray 1990), and smolts are averages of reported values or general values. For coho, Chinook, steelhead, and sockeye, some studies reported egg-smolt survival, so separate overall estimates were used combining egg-fry and fry-smolt, and using just egg-smolt estimates. No studies were found for cutthroat egg-fry, fry-smolt, or egg-smolt survival.

| Life-history stage | Pink | Chum | Sockeye | Coho | Chinook | Steelhead | Cutthroat |
|---|---|---|---|---|---|---|---|
| Female length (mm) | 522 | 683 | 553 | 643 | 871 | 721 | 413 |
| Fecundity (number of eggs) | 1648 | 2876 | 3654 | 2878 | 5401 | 4923 | 1197 |
| Egg weight (mg) | 190 | 290 | 130 | 220 | 300 | 150 | 110 |
| Egg-to-fry survival (%) | 11.5 | 12.9 | 12.7 | 25.3 | 44.6 | 29.3 | |
| Fry length (mm) | 32 | 34 | 28 | 33 | 35 | 28 | 25 |
| Fry-to-smolt survival (%) | | | 25.8 | 16.5 | 10.1 | 13.5 | |
| Smolt length (mm) | 32 | 40 | 80 | 105 | 60–120 | 200 | 190 |
| Smolt-to-adult survival (%) | 2.8 | 1.4 | 13.1 | 10.4 | 3.1 | 13.0 | 19.8 |
| Adults per female | 5.2 | 5.1 | 15.7 | 12.5 | 6.4 | 25.5 | |
| Egg-to-smolt survival (%) | | | 2.1 | 1.8 | 10.4 | 1.4 | |
| Adults per female | | | 10.2 | 5.4 | 17.5 | 9.2 | |

species that migrate to sea at a larger size tend to have higher marine survival rates than those going to sea smaller. Steelhead and cutthroat tend to spend two or more years in fresh water and go to sea at a large size; coho and sockeye tend to spend one or two years in fresh water and are somewhat smaller; Chinook vary in size as smolts; and pinks and chums go to sea at the smallest size.

Second, there seems to be an effect of the length of time spent at sea. Chinook spend more time at sea than pinks do and so, despite being larger, have similar survival rates. In the broader context of overall mortality, we can see that the species that spawn at high densities (sockeye, chum, and pink) tend to have lower survival rates during incubation than the species whose densities are lower. Including average fecundity data for each species, I constructed a crude life table. This does not include any density-dependent effects, and the values for most populations were recorded under conditions of fishing, so a typical female's eggs are more than sufficient for replacement (i.e., greater than 2.0 to return a female and a male).

For pink and chum salmon the table shows plausible levels of lifetime productivity (two adults per female would replace the population, so values around five would support fishing levels of 60%). The value for coho based on egg-to-smolt survival seems reasonable, as does the Chinook value using all the stage-specific data. The overall productivity estimates for sockeye and steelhead, and some of the estimates for coho and Chinook, seem implausibly high. This may result from

unrepresentative periods of record, small sample sizes, biased methods, or other problems, although some of the best data are available for sockeye so I am not sure why these might be erroneous.

These numbers may seem a bit abstract, so I constructed a table based on Fraser River chum salmon data reported by Beacham and Starr (1982) and Fraser River pink salmon from annual reports by the Pacific Salmon Commission or its predecessor, the International Pacific Salmon Fisheries Commission (table 15.2). These data show what might seem like hopeless odds: more than 85% of the eggs failed to produce fry emerging from the gravel, and only 1.2% of the chum salmon and 3.5% of the pinks survived at sea. Nevertheless, the populations not only replaced themselves but could sustain substantial fishing. The key is that the females produced enough eggs, given the sources of mortality during the life cycle, to keep the populations going. Farther up the Fraser River system, female Chilko Lake sockeye salmon produce an average of 2954 eggs (McGurk 2000), of which on average 8.3% survive to produce fry, of which 48.7% survive to leave the lake as smolts, and 9.6% of the smolts survive at sea (Roos 1991). Running the numbers, a single female (and some hypothetical mate) would produce 11.5 returning adult salmon! Allowing two salmon to escape and spawn, fishermen could catch another nine salmon on a sustainable basis if these survival rates continued. There is, however, a great deal of variation, and in many ways (as in much of ecology) the story is as much about the variation as it is about the average. In one year the Chilko Lake smolts enjoyed 22.7% survival at sea, but only 1.3% survived three years later.

Most of the research on marine mortality has been devoted to answering four main questions: (1) what attributes of individual fish affect survival, such as size, condition, migration date, or origin (wild or hatchery); (2) when during the period at sea does most mortality occur; (3) what environmental conditions are correlated with high or low survival rates; and (4) which predators are responsible for most of

TABLE 15.2. Average annual numbers of adult salmon, survival rates from egg to fry and from fry to adult stages, and numbers of returning adults per spawner (standard deviations in parentheses) for Fraser River chum salmon from brood years 1961–1974 (Beacham and Starr 1982) and Fraser River pink salmon from brood years 1961–2001 (odd years only) from annual reports and unpublished Pacific Salmon Commission data.

| | Chum salmon | Pink salmon |
|---|---|---|
| Adults | 369,943 (189,282) | 4,826,048 (4,685,003) |
| Females | 189,886 (98,295) | 2,760,914 (2,500,270) |
| Eggs per female | 3250 | 1748 |
| Egg to fry survival | 12.3% (3.9%) | 10.1% (4.7%) |
| Fry to adult survival | 1.2% (0.7%) | 3.5% (1.9%) |
| Return per spawner | 2.2 (0.9) | 3.7 (2.5) |

the mortality? The research approaches designed to address these questions have strengths and weaknesses, making them complementary rather than redundant.

## Size, Timing, and Survival

Studies on many kinds of fishes have indicated that smaller individuals are less likely to survive than larger ones, all other things being equal (Sogard 1997). This is not surprising; as fish (and other animals) grow, they are better able to escape from potential predators, and they also become either too big to be eaten or big enough to defend themselves. Salmon are not well equipped to fight for survival, but swimming speed increases with size and they eventually exceed the mouth gape of many predators. Consistent with this idea, data from different species and populations show that larger smolts have higher survival rates than smaller ones (McGurk 1996). I am not sure who first reported this relationship, but it is certainly not a new idea. For example, sockeye salmon smolts were counted and sampled as they left Cultus Lake, British Columbia, from 1927 to 1944. In years when many adults returned, the resulting smolts were smaller (indicating competition for food), and these smaller smolts had lower rates of return than were seen in years when the smolts were larger (Foerster 1954). Some of the best data on wild salmon are for sockeye because the populations are large and valuable enough to warrant systematic monitoring. Koenings et al. (1993) reported a strong relationship between size and survival among populations, although northern populations had higher survival rates than southern ones (table 15.3). The effect of size was largely driven by the much higher survival rate of age-2 compared with age-1 smolts (see also table 12.3). However, the relationship was not linear; above about 100 mm there seemed to be no increase in survival rate with size.

In addition to evidence at the population level, there is also evidence for the increased survival of large individuals within a cohort. Again, astute scientists documented this long ago. For example, larger, older steelhead smolts from California (Shapovalov and Taft 1954) had much higher marine survival rates than smaller, younger ones (table 15.4). One might think that the modal age of smolts should match the age conferring maximum survival, but this is not the case because there is also mortality in fresh water. So the fish have to balance the survival advantage at

TABLE 15.3. Average marine survival (%) of sockeye salmon smolts as a function of size from populations in the southern (<55° north latitude), central (55°–60° north latitude), and northern (>60° north latitude) parts of their North American range. (*Source:* Koenings et al. 1993)

| Smolt length (mm) | Southern (%) | Central (%) | Northern (%) |
|---|---|---|---|
| Small (<85) | 5.9 | 16.7 | 17.7 |
| Medium (85–114) | 12.6 | 25.1 | 32.0 |
| Large (>114) | 17.1 | 37.0 | 39.1 |

TABLE 15.4. The proportion of steelhead smolts ages-1–4, their modal lengths, and survival rate to adulthood in Waddell Creek, California. (*Source:* Shapovalov and Taft 1954)

| Smolt age (year) | Percentage of smolts (%) | Modal length (mm) | Marine survival (%) |
|---|---|---|---|
| 1 | 59.80 | 100 | 2.4 |
| 2 | 37.30 | 160 | 5.8 |
| 3 | 2.90 | 220 | 18.1 |
| 4 | 0.03 | 270 | 16.7 |

sea associated with being large against the risk of dying during the additional year(s) in fresh water needed to grow that big. Thus most steelhead smolts left after only one year in the stream, even though their odds of surviving at sea would have more than doubled after an additional year and would have increased more than sevenfold after two more years.

One way to study selective mortality is to measure the size of individual smolts and then determine whether salmon that were large as smolts were more likely to survive than ones that were smaller. This can be done with a very clever method, involving the scales of the fish. As salmon grow, they do not get more scales; rather, their scales grow to match the fish's size. We can develop a relationship between the radius of the scale and the length of the fish (Ricker 1992). In addition, the scales have a distinctive mark induced when the salmon went through the smolt transformation process and entered marine waters. By measuring the distance from the center of the scale to this mark, one can estimate how large that fish was as a smolt. This technique, known as *back-calculating*, allows comparison of the size distribution of all smolts with the sizes of fish as smolts that survived to adulthood.

I am uncertain which scientist first had the idea of looking at the scales of returning adult salmon and comparing their size as smolts (based on scale measurements) with the overall size distribution of smolts, but it was a long time ago. Burgner (1962) sampled sockeye smolts leaving in the Wood River lake system in Alaska in 1955 and noticed that there were clear modes of large and small smolts, comprising 71% and 29% of the fish, respectively. Of the surviving adults from that cohort that he sampled, examination of the scales indicated that 85% had been large as smolts and only 15% had been small, indicating higher survival rate of the larger fish in that year. Since then, studies comparing the sizes at smolt migration of the surviving adults to the cohort as a whole have shown a size advantage in Chinook (Reimers 1971; Claiborne et al. 2011), chum (Healey 1982b), steelhead (Ward et al. 1989; Thompson and Beauchamp 2014), coho (Holtby et al. 1990), sockeye (Henderson and Cass 1991), and pink salmon (Cross et al. 2009), as well as white-spotted char (Yamamoto et al. 1999), so this is a very general phenomenon. Sometimes this size advantage is substantial. The Chilko River sockeye studied by Henderson and Cass (1991) varied in marine survival

within a cohort from about 5% for small smolts to 15% for large ones in one year, and from about 4% to 12% in another year.

It should be noted that calculating marine survival rate is not a simple matter, for several reasons. One might think that we can just count the smolts going to sea (say, one hundred thousand) and the adults that survive to return (say, one thousand) and calculate that 1% survived. First, counting fish is easier said than done, so both smolt and adult numbers are subject to some error. Second, there can be considerable mortality during seaward migration, so not all "smolt to adult" mortality takes place at sea. Third, the count of adults in the river is misleading because many others survived to adulthood but were caught at sea before they got home. We must therefore estimate the catch as well as the escapement, and that can be complicated. Consequently, it is often more proper to refer to "smolt to adult return" rates rather than marine survival rates. Finally, there is another subtle but important fact, especially affecting estimates of the relationship between smolt size and survival. As detailed in Chapter 17, large smolts tend to mature at a younger age than smaller smolts. For example, analysis of University of Washington coho and Chinook salmon showed that cohorts dominated by large smolts produced many more jacks (Vøllestad et al. 2004) than cohorts of smaller fish. Each year at sea comes with a risk of dying, so is it fair to say that the survival rates of larger smolts were better if they spent fewer years at sea? Our analysis of survival rates (Quinn et al. 2005) included an adjustment for the likely mortality in each year at sea to account for variation in age at return, but this too is subject to error.

Notwithstanding the sources of error noted above, the fact that larger smolts are more likely to survive than smaller smolts going to sea in the same years suggests that year-to-year variation in survival rates should be related to average smolt size, but the evidence for this is mixed. Kaeriyama (1999) reported higher marine survival rates in years when chum salmon released from Japanese hatcheries were larger, and positive relationships between size and survival were also reported for hatchery-produced cutthroat trout (Tipping and Blankenship 1993) and masu salmon (Miyakoshi et al. 2001). However, neither Henderson and Cass (1991) nor Holtby et al. (1990) found a relationship between average smolt size and survival among years within wild populations of sockeye and coho, respectively.

To investigate this question, we compared the survival of coho and Chinook salmon from the University of Washington's hatchery (UW) and the Soos Creek Hatchery (Quinn et al. 2005). The fish from these hatcheries enter Puget Sound very close to each other, and the UW populations were largely derived from the Soos Creek populations. The Soos Creek coho were larger (25.3 g vs. 12.6 g) and had higher survival rates than the UW coho (7.4% vs. 4.3%), while the UW Chinook were larger (12.9 g vs. 5.2 g) and had higher survival rates than the Soos Creek Chinook (2.2% vs. 0.8%). However, in neither case was variation in survival among years related to the average smolt size. So, in a given year, the larger fish have an advantage over smaller

smolts. Among years there is presumably still some advantage to the population as a whole from large size, but the effect of environmental conditions (addressed shortly) is so great that the size effect often cannot be discerned.

The link between size and survival is intuitive; for many years hatchery managers tried to increase the survival of their smolts by releasing them at a large size. One way to produce large smolts is to grow them longer into the spring, but this confounds the effects of size and release date, and prolonged rearing may be costly and even deleterious. Bilton initiated a series of studies (Bilton et al. 1982; Bilton et al. 1984; Morley et al. 1988) on the interactions between smolt size and date of release on survival. The basic design was to release small, medium, and large fish on four different dates. The results for coho salmon released from Quinsam River Hatchery, on Vancouver Island, were both consistent between years and remarkable in their outcome (fig. 15.1). There was little variation in survival among the size groups released on a given date but great variation in survival among dates. Survival was low on April 20, intermediate on May 10, high on May 30, and as low on June 19 as it had been in April, although the fish were much larger. Thus the date had a very strong effect, but there was little effect of size within dates, so any apparent link between size and survival was largely a function of date. Experimental releases of Chinook salmon from the UW hatchery (Whitman 1987) produced results consistent with Bilton's coho studies. Chinook of three size groups were released in early April, late April, and mid-May, with only about a twofold effect of size on survival compared to a tenfold to twentyfold effect of release date. Similarly, the average survival rate of early migrating Auke Creek,




FIGURE 15.1. Survival of coho salmon smolts from three size groups, differing from each other by about 5 g, released on four dates from the Quinsam River Hatchery on Vancouver Island. Each point represents the mean of three replicate groups, in 1980 or 1981. (*Source:* Data from Bilton et al. 1984; Morley et al. 1988)

Alaska, pink salmon fry was only 0.17%, compared with 1.46% for fish migrating thirty-five days later (Taylor 1980). Finally, examination of the survival rates of California Chinook salmon again revealed an effect of ocean entry date, but the highest survival rates were seen in intermediate dates, in late May, rather than earlier or later (Satterthwaite et al. 2014).

Particularly informative analysis of the relationship between migration timing and survival was conducted on Snake River steelhead and Chinook salmon smolts (Scheuerell et al. 2009). The fish, with electronic transponding tags, were detected as they passed Bonneville Dam on their way to the ocean and then detected again at Lower Granite Dam as adults. Several important patterns emerged: survival varied from year to year, earlier migrants tended to survive at higher rates than later migrants, and the benefits of early migration were greater in some years than others. Figure 15.2 shows two representative years. In 2000 the survival rates for both species were higher than they were in 2003, and in 2000 there was also a greater effect of date on survival. Additional insights into the links between timing and survival were provided by work on chum salmon from hatcheries in Hokkaido, Japan (Morita and Nakashima 2015). Survival tended to be highest at intermediate temperatures, and the authors pointed out that variation in migration timing tended to enhance the population's overall survival rate because at least some fish would encounter optimal conditions.

These findings are intriguing but their interpretation is complicated by the tendency for larger smolts to leave fresh water earlier than smaller ones, and for complex interactions between size, date, and migration speed. Do the smolts have higher survival rates because they are large or because they leave early? Do smaller fish spend a few more weeks in fresh water to grow a bit bigger, but in so doing miss the optimal date to enter the ocean? What is the agent of mortality, and why is timing so important? Why do we see such variation in timing of migration among and within populations? As noted in Chapter 12, smolts migrate down to the ocean earlier in the south than in the north, and the variation in migration date (e.g., coho salmon) is also greater toward the south (Spence and Hall 2010). All of these patterns point to the importance of timing for the survival of individuals but also indicate that the ideal date is not fixed, so variation in timing is important for the population.

The movements of predatory fishes vary among years with temperature and other ocean conditions (Emmett et al. 2006), perhaps explaining some of the variation in the relationship between smolt timing and survival. Moreover, the magnitude and timing of zooplankton production (food for young salmon at sea) varies among years. Growth gives salmon a substantial survival advantage, so it helps to enter the ocean when food is available. Walters et al. (1978) created a model to simulate the interactions between date of entry into the ocean, food resources, migration, growth, and size-biased survival for British Columbia salmon. They concluded that absolute food limitation (i.e., starvation) is highly unlikely, but the synchrony of arrival timing in coastal waters and




FIGURE 15.2. Effect of downstream migration date, indicated by detection at Bonneville Dam, on the survival of Snake River Chinook salmon and steelhead going to sea in 2000 and 2003 to their return to Lower Granite Dam on the Snake River as adults. (*Source:* Scheuerell et al. 2009)

the availability of food may be critical for determining the survival rates of different cohorts. Marking studies on pink salmon from Auke Creek, Alaska, supported this model; survival varied among groups entering the ocean on different dates, and rapid early growth conferred a significant survival benefit (Mortensen et al. 2000).

Our understanding of the processes leading to mortality is hampered because we know so little about the behavior and other attributes of salmon associated with

survival. Experiments in which salmon were given distinctive marks revealed significant variation in survival at sea among different families. Some of this variation was attributable to family variation in body size, but there was strong evidence that genetic factors other than size affected survival of pink (Geiger et al. 1997) and Chinook salmon (Unwin et al. 2003). Obviously, natural selection favors traits associated with high survival, but survival is the result of many traits interacting with environmental conditions. Growth may lead to large size, hence higher survival, but bold foraging may also pose higher risks of predation. A more cautious fish may grow slower but be less likely to get eaten (e.g., by feeding farther from the surface, later in the evening, less often, etc.).

## Differences in Survival between Wild and Hatchery-Produced Fish

In addition to the effects of body size, timing of migration, and family attributes on survival, wild salmon often enjoy higher survival rates than co-occurring hatchery-produced fish (even though the hatchery fish are typically larger). For example, Raymond (1988) reported data for a number of years and the survival rates of wild and hatchery-produced smolts when up and down, more or less in synchrony with each other, but the wild fish had consistently higher return rates (fig. 15.3). Table 15.5 summarizes several multiyear comparisons of wild and hatchery-produced salmon from the Snake River (Raymond 1988) and Lewis River (McIsaac 1990) within the Columbia River system, Oregon coast (Emlen et al. 1990), Puget Sound, the Strait of Georgia, coastal Washington and British Columbia (Zimmerman et al. 2015), and southeastern Alaska (Weitkamp et al. 2011).




**FIGURE 15.3.** Survival of wild and hatchery-produced stream-type Chinook salmon smolts from the time they passed their first dam on the Snake River to their return as adults. (*Source:* Raymond 1988)

TABLE 15.5. Average smolt-to-adult return (marine survival) rates of wild and hatchery salmonids released over multiple years: southeastern Alaska data (Weitkamp et al. 2011); British Columbia and Washington coho salmon data (Zimmerman et al. 2015); Lewis River data (McIsaac 1990); Snake River data (Raymond 1988); and Oregon coho data (Emlen et al. 1990).

| Species | Region | Ocean entry years | Wild (%) | Hatchery (%) |
|---|---|---|---|---|
| Coho | Southeastern Alaska | 1992–2001 | 15.9 | 13.5 |
| Chinook | Southeastern Alaska | 1994–2000 | 0.4 | 1.2 |
| Coho | Strait of Georgia, British Columbia | 1977–2010 | 10.1 | 5.7 |
| Coho | Puget Sound, Washington | 1977–2010 | 10.1 | 5.5 |
| Coho | British Columbia and Washington coast | 1977–2010 | 4.0 | 2.1 |
| Chinook | Lewis River | 1978–1980 | 1.1 | 0.4 |
| Chinook | Snake River | 1966–1984 | 2.3 | 1.3 |
| Steelhead | Snake River | 1966–1984 | 3.0 | 1.6 |
| Coho | Oregon | 1963–1988 | 8.9 | 4.7 |

The poorer performance of hatchery fish generally observed may result from a number of factors, acting alone or in combination. First, short-term effects of being reared in tanks (such as pale colors) may make them vulnerable to predators immediately after release (Donnelly and Whoriskey 1991). Second, there may be behavioral effects of being held in raceways and fed artificially such as reduced predator avoidance and a tendency to feed at the surface (Maynard et al. 1995; Olla et al. 1998). Third, the exposure to a stark and unstimulating environment actually reduces the extent of brain development of fish in conventional hatchery environments (Marchetti and Nevitt 2003), including effects on locomotor behavior (Kihslinger and Nevitt 2006). Fourth, the smolts leaving a river have already been culled (e.g., for a year in the case of coho salmon) severely by natural selection and only the most fit remain. In contrast, the safety of the hatchery has allowed less fit individuals to survive that might not have made it in the stream. Once the hatchery cohort is released, if these less fit individuals tend to die, it would reduce the survival rate of the group as a whole compared to a similar cohort of wild fish. In addition to all these processes, there are genetic effects of selection for life in the hatchery environment that increase vulnerability to predation (Berejikian 1995) and alter social behavior (Berejikian et al. 1996). Interestingly, the return rates of wild and hatchery fish tend to be correlated among years, indicating that common environmental factors influence both groups.

In addition to the effects of size, timing, and wild/hatchery origin, fish health also affects survival. For example, steelhead smolts leaving the Snake River and upper Columbia River were measured for length and also scored for fin damage, scale loss, injury, external parasites, evidence of disease, and then given PIT tags to determine

their survival patterns (Evans et al. 2014). The odds of survival were lower in fish with body injuries, fin damage, and external signs of disease, in addition to the lower probability of survival in fish that were smaller and of hatchery origin. The authors detected significant variation in survival between years, and higher survival among fish leaving early compared to those leaving later in the same year. Studies such as this one, with large amounts of information recorded on large numbers of fish, are especially valuable as they allow us to determine the relative importance of different factors in determining the odds of survival.

## When Does Most Mortality Occur?

Several lines of evidence suggest that most mortality occurs early in the lives of salmon at sea (Ricker 1976). For example, Parker (1968) marked pink salmon leaving the Bella Coola River and migrating through the Burke Channel, on the central coast of British Columbia. He concluded that about 59% to 77% of the juveniles died in their first forty days at sea, or about 1.5% to 2% per day. During the remaining period (about 410 days at sea), about 78% to 95% of those surviving the first forty days were estimated to die (i.e., about 0.2% per day). This mortality rate may seem high, but it results in a total marine survival of about 5%, which would not only sustain the population but support a heavy fishing rate, after accounting for the typical mortality between egg deposition and emergence of fry. Similarly, marked chum salmon in the coastal waters in the Sea of Japan experienced mortality rates of about 9% to 15% per day in the first fourteen to forty-three days after release (Fukuwaka and Suzuki 2002). Wertheimer and Thrower (2007) also marked chum fry, in southeastern Alaska, and found a decrease in estimated per day mortality over the first three months in marine waters. Fry released on March 12 experienced an estimated average mortality rate of 8.1% per day through April 2, 5.9% per day through May 4, and 4.1% per day through June 1. Another group released later, on April 2, experienced lower mortality rates (3.9% per day through May 4, 2.3% through June 1, and 1.6% through June 30).

To estimate mortality rates of coho salmon off the Oregon coast, researchers started with the number released into the ocean each year from 1982 through 1985, then they sampled with nets at sea to estimate salmon densities about seven and nineteen weeks later, and then obtained estimates of the number surviving to maturity the following fall (Pearcy 1992). These estimates depend on a number of assumptions and are obviously subject to error. Nevertheless, the estimates (averaged over the four years of the study) indicated that from ocean entry on May 1 to June 17 the mortality rate was 2.92% per day for a total loss of 75.9% of the fish. From June 17 through September 11 the average mortality rate dropped to 0.91% per day, but by the end of this period there were only 54.5% remaining from those present in mid-June. Then, from that September through September of the next year, the mortality rate averaged 0.35% per day, and 71.3% of the fish survived this year at sea.

All of these studies indicate high but steadily declining mortality rates over the period at sea, which seems intuitive because the fish will be growing and so should become less vulnerable over time. However, Beamish et al. (2000) used similar serial sampling techniques in the Strait of Georgia, British Columbia, and concluded that much of the mortality occurred during the first winter rather than the first summer at sea. Subsequent work indicated that coho salmon that grew slowly during their first summer at sea were less likely to survive the late fall and winter than were faster-growing coho salmon (Beamish et al. 2004). Beamish and Mahnken (2001) hypothesized that mortality occurs in two phases, controlled by different processes. They proposed that the initial mortality at sea is caused by predation, but that the physiological state of the fish (size and stored energy) going into their first winter determines survival during that period. This hypothesis augments rather than replaces the others, which emphasized the initial marine period, and in both phases the size of the fish is important but for different reasons (but see Beacham et al. 2017 for evidence that size in the winter is not as important as had been thought). Sampling in Prince William Sound, Alaska, and back-calculation of lengths led Cross et al. (2009, 57) to conclude that "significant size-selective mortality of juvenile pink salmon occurs after the first growing season." Finally, indirect evidence for mortality after the first summer comes from the negative correlation between the abundance of Asian pink salmon and the survival of Bristol Bay, Alaska, sockeye salmon (Ruggerone et al. 2003). These sockeye would not encounter Asian pink salmon until their second growing season at sea, and the density of pink salmon depressed both growth and survival during that season. The issue of when mortality takes place is thus not fully resolved, and it is one of many critical uncertainties regarding the marine ecology of salmon.

## Environmental Correlates of Survival and Trends in Abundance

For many decades fisheries scientists have tried to predict the number of adult salmon that will come back to a given area so that fisheries can be managed to provide the right balance between catch and escapement. This is a very difficult task. The number of returning adults in any year is a function of the number of seaward-migrating smolts, what proportion survived, and the year in which they return. Survival rates of salmon at sea vary greatly from year to year. As examples, I assembled datasets on different species of salmon and regions, with one to five decades of smolt-to-adult return estimates (table 15.6). We may be fixated on the averages, but in many ways the real story is in the variation, which is often tenfold to twentyfold or even more among years. What causes such variation?

In earlier years it was generally thought that the factors limiting salmon production were all in fresh water during reproduction, incubation, and juvenile rearing periods. Many salmon biologists viewed the ocean as not limiting, not varying in important ways, and not knowable in any case. All three assumptions turned out

TABLE 15.6. Annual minimum, average, and maximum marine survival (smolt-to-adult return) for populations or population complexes of wild Pacific salmon, and the fold-variation (maximum divided by the minimum) over multiple years. Data sources: chum salmon (Beacham and Starr 1982); Chinook salmon and steelhead (Raymond 1988); pink salmon from Auke Creek (Manhard et al. 2017) and the Fraser River (Pacific Salmon Commission); sockeye salmon from Bristol Bay (Alaska Department of Fish and Game reports) and the Chilko River (Roos 1991); coho salmon from Oregon (Emlen et al. 1990), the Strait of Georgia, and Puget Sound (Zimmerman et al. 2015); and the South Fork Noyo River (Gallagher et al. 2012). Estimation methods, accuracies, and sources of error vary among studies.

| Species | Area or population | Minimum (%) | Average (%) | Maximum (%) | (Maximum/ minimum) | Years |
|---|---|---|---|---|---|---|
| Chum | Fraser River, British Columbia | 0.3 | 1.2 | 2.7 | 8.1 | 14 |
| Chinook | Snake River | 0.3 | 2.5 | 6.1 | 20.3 | 21 |
| Steelhead | Snake River | 0.7 | 3.4 | 5.9 | 8.4 | 21 |
| Pink | Auke Creek, Alaska | 1.7 | 11.0 | 46.3 | 27.0 | 30 |
| Pink | Fraser River, British Columbia | 0.8 | 3.4 | 9.5 | 11.6 | 24 |
| Sockeye | Egegik River, Alaska | 6.5 | 21.5 | 46.5 | 7.1 | 19 |
| Sockeye | Kvichak River, Alaska | 0.8 | 12.1 | 50.5 | 63.1 | 51 |
| Sockeye | Ugashik River, Alaska | 2.1 | 14.9 | 51.8 | 24.4 | 18 |
| Sockeye | Chilko River, British Columbia | 1.3 | 9.6 | 22.7 | 17.9 | 33 |
| Coho | Oregon coast | 4.0 | 8.9 | 18.4 | 4.6 | 26 |
| Coho | Strait of Georgia, British Columbia | 1.2 | 10.1 | 31.9 | 26.8 | 34 |
| Coho | Puget Sound, Washington | 1.2 | 10.1 | 24.4 | 19.5 | 34 |
| Coho | South Fork Noyo River, California | 0.5 | 6.5 | 15.7 | 19.5 | 13 |

to be untrue. In the early years, most of the data consisted of abundance or catch of adult salmon rather than actual survival of salmon at sea. For example, Scarnecchia (1981) found that the catches of coho salmon in commercial troll fisheries off the Oregon coast from 1942 to 1962 were correlated with flows that the fish would have experienced as juveniles in the streams and also with the strength of upwelling in the ocean during their first summer at sea. Upwelling is plausibly related to salmon growth and survival because nutrients are brought from deep water to the surface where they can fuel phytoplankton production that is consumed by zooplankton for the salmon to eat in their important first summer at sea.

The power of marine conditions to affect salmon survival was dramatically demonstrated in the summer of 1983, when the eastern North Pacific coastal waters were unusually warm and upwelling was very weak. Returns of Oregon coho and lower Columbia River Chinook were much lower than expected, and their growth was also very poor (Johnson 1988). The mortality apparently took place in the final summer at sea, unlike the usual pattern of mortality in the first summer. This delayed mortality was inferred from the fact that the number of adults surviving to maturity in 1983 was very small in proportion to the number of jacks in 1982.

The magnitude of the 1983 El Niño event and its biological effects caused scientists to look back in time and find correlations between physical processes and marine survival of salmon. Supporting the earlier work by Scarnecchia (1981), Nickelson (1986) reported higher survival of coho salmon off the Oregon coast in years with stronger upwelling. Subsequent studies such as that by Koslow et al. (2002) confirmed and elaborated on these studies; survival of coho salmon off Oregon was high in years with a suite of linked meteorological and oceanographic conditions including strong winds, upwelling, and cool water. The authors concluded (Koslow et al. 2002, 76) that their findings "support the hypothesis that coho marine survival is regulated by marine productivity and food availability during their periods of early marine residence." However, the connections between climate, food for salmon, and the actual agents of mortality, were unclear. Recent years have seen many increasingly sophisticated studies linking physical changes in the ocean with lower trophic levels and the growth and survival of salmon at sea. All evidence points to the importance of the timing of key events around the time of ocean entry, and variation in conditions from year to year. For example, the initial marine growth and survival of Chinook salmon from central California was linked to atmospheric conditions in the winter, affecting the strength and timing of upwelling, and the production and retention of prey for salmon (Wells et al. 2016).

The evidence that salmon runs (and survival rates, when measured) vary greatly from year to year was augmented by two realizations. First, there have been broad patterns over the past century when salmon were more abundant and then less so. Second, salmon populations toward the northern and southern parts of their range have tended to vary out of phase with each other. Francis and Sibley (1991) made a major breakthrough when they assembled data showing that the catches of pink salmon in central and southeast Alaska were high from the 1920s to about 1950, then were low until the 1970s, and then increased again. During these periods catches of coho salmon from Washington, Oregon, and California showed roughly the opposite patterns, coinciding with changes in air temperature. This was part of a growing understanding that the abundance of all salmon species in the northern end of the range increased more or less synchronously during the late twentieth century, coinciding with climate and ocean conditions (Beamish and Bouillon 1993; Francis and Hare 1994). Survival rates of individual populations are affected by local conditions, but the coherence at broad spatial scales indicates common influences. By analogy, the abundance of each population is like a tile in a mosaic; the overall design is only clear when we step back and view the whole. Prior to the development of satellite images providing data on ocean temperature and primary production, and computerized databases, scientists tended to focus on the local processes and could not step back to fully appreciate the regional and global influences.

As scientists started to assemble data on salmon over long time periods and large stretches of the coast, comparisons of survival and recruitment patterns were

possible. Trends in recruitment between populations entering the ocean near each other tend to be stronger than populations farther apart within a given species of salmon (Mueter, Ware et al. 2002) and among species (Pyper et al. 2005). In general, the period since 1977 has been characterized by combinations of atmospheric conditions over a vast area of the Pacific Ocean that tend to direct more of the subarctic current toward the north after it encounters the coast of North America, resulting in relatively warm water along the coast and cool water offshore in the Gulf of Alaska. This condition is associated with favorable survival and growth of northern salmon populations. However, the weaker coastal currents that it brings reduce the upwelling of cold, productive water off the coast farther south, hence the inverse relationship between survival rates in the two regions. When the weather patterns are in the other configuration, as they tended to be from about 1947 to 1976, the winds and current along the Washington, Oregon, and California coasts increase the upwelling of cold, nutrient-rich water, and both survival and growth rates improve. The important point is not that the weather varies from year to year but that there are series of years or "regimes" lasting several decades with somewhat similar climate and ocean conditions, with important consequences for the ecosystem. These conditions have been quantified by composite indices such as the Pacific (inter) Decadal Oscillation, commonly referred to as the PDO (Mantua et al. 1997) and help explain the "inverse production regimes" when salmon are abundant in the north but not the southern end of their distribution or vice versa (Hare et al. 1999; Mueter, Peterman et al. 2002).

Climate conditions affect salmon in fresh water as well as marine habitats, and some of the fluctuations in individual populations or suites of populations reflect primarily one environment or the other. However, the climate conditions that favored survival of coho salmon off the Washington and Oregon coasts also favored survival in fresh water, so the effects were combined (Lawson et al. 2004). Sockeye salmon from the Iliamna Lake system in Bristol Bay, Alaska, provide another example of the complex effects of climate on growth and survival in freshwater and marine environments (Tillotson and Quinn 2016). Mild spring and summer conditions facilitate the growth of fry in the lake, and this rapid growth increases the proportion of smolts leaving the lake after one rather than two years. The single year in the lake reduces exposure to predation in the lake, which seems like a good thing. However, these age-1 smolts are smaller than they would have been after two years in the lake, so they have lower rates of survival at sea than the larger, older, slow-growing smolts. So environmental effects can be complicated.

As noted earlier, the ocean conditions that tend to favor marine survival of salmon in the northern part of their range coincide with less favorable conditions farther south, and this has been more or less the situation for the past several decades. The data for coho salmon are particularly good, as a number of populations have been marked for decades with coded wire tags. Analysis of these data (Zimmerman et al. 2015) revealed a striking decline in survival for populations entering the Strait of

Georgia and a parallel but somewhat more variable decline in Puget Sound populations (fig. 15.4). Interestingly, populations entering the Pacific Ocean coast had lower average survival (4.0% for wild populations vs. 10.1% for both Strait of Georgia and Puget Sound populations) over the period of record (ocean entry years 1977–2010), but they did not show the dramatic decline. Declines in smolt-to-adult return affect fishing opportunities and sometimes the very conservation of the populations, and frustrate efforts to improve the runs when we rehabilitate freshwater habitat.







FIGURE 15.4. Survival of wild coho salmon marked with coded wire tags from rivers flowing into the Strait of Georgia, British Columbia, and Puget Sound, Washington; data are pooled over multiple populations in each region. (Source: Zimmerman et al. 2015.)

## Predators of Salmon

The absolute magnitude of the shifts in physical conditions at sea between most years is not great. The water is not so warm or cold that the fish are killed outright. Indeed, the differences in survival seem disproportionately large for the environmental changes that are correlated with them. This fact highlights the poverty of our knowledge concerning the actual agents of mortality. One seldom finds sick or starving salmon, so the proximate cause is presumably predation, though small size, poor condition, or ill health undoubtedly make some fish more vulnerable than others (Jacobson et al. 2008; Evans et al. 2014). Exposure to contaminants may interact with parasites to increase vulnerability to disease through suppressed immune responses (Jacobson et al. 2003), but again the fish are probably eaten before they die from disease.

There have been many efforts to identify the important predators, some of which are considered below as examples. From these studies I have drawn several generalizations. First, there is no "global culprit"; rather, the important predators differ from place to place. Second, the predators represent a wide range of fishes (including other salmonids), birds, and marine mammals. Third, given the high "per day" mortality rates of small salmon that have just entered the ocean, it is not surprising that predators attack concentrations of smolts. Fourth, as salmon grow and disperse, they leave some predators behind but some predators can and even preferentially kill large adult salmon. Finally, almost all studies have considered smolts leaving rivers or in the early marine phase, and maturing adults in coastal and estuarine waters; we know virtually nothing about predation in the open ocean except that it occurs.

Parker (1968) emphasized the importance of coho salmon smolts as predators of pink and chum fry, and his experiments showed that smaller fry were more vulnerable than larger ones. These findings were supported by later experiments; 120 mm coho smolts ate more small than large chum fry, over a range of 43 mm to 63 mm (Hargreaves and LeBrasseur 1986). These studies were designed to consider the effect of coho predation on the smaller pink and chum fry, but we can look at things the other way too. Michael (1995) reported that more adult coho salmon returned to the Skagit River, Washington, from cohorts that overlapped with large runs of adult pink salmon in the river. His interpretation was that the decaying carcasses of the pink salmon or their eggs fueled the growth of the coho in the river, but the results are also consistent with benefits to coho smolts feeding on the pink fry in the spring. In Auke Creek, Alaska, fully 71% of the variation in coho marine survival was explained by a single variable, the abundance of pink and chum fry from nearby hatcheries when the coho went to sea (Briscoe et al. 2005). Thus a rich food resource (in this case pink and chum fry) controlled coho survival.

There have been several studies on possible salmon predators in the Strait of Georgia. Beamish et al. (1992) concluded that the per capita consumption of coho

and Chinook smolts by spiny dogfish (*Squalus acanthias*), a small shark, was slight. However, if their estimate of some thirty-five million dogfish was correct, the overall predatory effect of dogfish could be substantial. Another potential predator is lamprey. Larval lamprey (known as *ammocoetes*) reside below the surface of streams and eat microorganisms. Lamprey then transform into adults, and in some species they attack fishes, using an oral sucking disk ringed with teeth to rasp through the skin of the fish. Newly transformed river lamprey (*Lampetra ayresi*) leave the Fraser River from April through July, coincident with salmon smolt migrations, and seem to feed largely on Pacific herring and, to a lesser extent, smolts. Beamish and Neville (1995) estimated that lamprey killed twenty million and eighteen million Chinook salmon, and two million and ten million coho salmon smolts, respectively, in 1990 and 1991. These losses were estimated to be a large fraction of the total marine mortality of these salmon species, and there were losses of other species as well.

In southeastern Alaska, sablefish (*Anoplopoma fimbria*) consumed significant numbers of juvenile pink and chum salmon (Sturdevant et al. 2009). Recent reviews of predatory fishes and birds affecting Asian salmon (Karpenko 2003; Mayama and Ishida 2003) listed whitespotted char, Arctic char, Arctic smelt (*Osmerus mordax*), and spiny dogfish. However, the magnitude of predation from these fishes has not been quantified and may be less significant than predation from seabirds. In general, the presence of salmon in the diet is easy to determine, but the effect on the salmon population depends on the abundance of the predators and the extent to which the observed predation can be accurately expanded to the population as a whole. These estimates require very systematic studies that are not always possible. So we end up with a long list of suspects and only circumstantial evidence against them.

Several studies have taken advantage of the PIT tag technology, recording the migration date of smolts, measuring body size and other attributes of the fish, and recovering the tags on bird colonies as evidence of predation. For example, Osterback et al. (2013) studied predation on steelhead from six small California streams by western gull (*Larus occidentalis*) breeding on nearby Año Nuevo Island. Collections of PIT tags revealed that in some years about 30% of the smolts were consumed by gulls. Further work on one of these streams, Scott Creek, indicated that smolts of intermediate length (145–190 mm) were most vulnerable; fish below and above this range were much less likely to be eaten by gulls (Osterback et al. 2014). Scott Creek is very small and the aggregations of gulls as the fish run the gauntlet into the ocean might not be representative of larger river systems or truly marine environments. Moreover, scientists do not always have the luxury of tagged fish to facilitate their research.

Rhinoceros auklets (*Cerorhinca monocerata*) forage at sea on fish and bring them back whole to nestlings, and a recent study compared these prey at four colonies with juvenile salmon caught during sampling operations along the British Columbia coast (Tucker et al. 2016). The auklets can forage up to 100 km from land and swim 5 m to 10 m down to pursue their prey. The nesting period coincides with the migration of

juvenile salmon along the continental shelf (June and July), and the scientists confiscated the prey from birds, identified the fish, and recorded their length and weight. The auklets captured sockeye, pink, and chum salmon, and the prey were consistently shorter and lighter for their length (i.e., in poorer condition) than members of their species caught in the sea. This rare study further supports the hypothesis that juvenile salmon size and condition affect survival at sea. However, it does not tell us what proportion of the salmon available was killed by these predators, so the population-level effects could not be determined.

Estimates of the impact of a predator species on the prey population depend on reliable estimates of the per capita consumption rate (itself affected by many factors), the abundance of predators, and the abundance of the prey species of interest. Marine fish populations are difficult to enumerate, but mammals are easier to count. Olesiuk (1993) studied harbor seals (*Phoca vitulina*) (photo 15.1) in the Strait of Georgia, revealing the kinds of data that are needed to fully assess predation. First, he estimated that there were 12,990 seals prior to pupping and 15,810 after pups were born in 1988. Laboratory observations demonstrated that seals eat about 4.3% of their body weight per day, or an average of 1.9 kg per day. Then, extensive analysis of scat samples (which may have some biases) indicated that from April through November the seals ate mainly Pacific hake (*Merluccius productus*); from December through March they ate mostly Pacific herring. These two species comprised about 75% of the overall annual diet of harbor seals. Olesiuk (1993) estimated that the seal population ate about 9892 metric tons of fish per year and that about 398 tons (4%) were salmon. Thus salmon were not a critical component of seal diets as a whole. Considered in a broader ecological context, these data pose as many questions as they answer. How do we balance seal predation on salmon against the ecological interactions between salmon, hake, and herring? For example, herring can eat pink fry (Willette et al. 2001), compete



PHOTO 15.1. Harbor seal, an important predator on juvenile and adult Pacific salmon in nearshore areas, Strait of Georgia, British Columbia. (*Photo:* Andrew Trites, University of British Columbia)

with salmon for food, and buffer salmon against predation from seabirds (Scheel and Hough 1997), besides their more obvious role as prey for salmon (Hunt et al. 1999).

Harbor seals were commonly seen in the estuary of the Umpqua River, Oregon, and were suspected of preying on depleted sea-run cutthroat trout. Scat samples taken in spring and fall coincided with the availability of the trout as prey, but only 6% of the 651 samples had otoliths or other body parts from salmonids (Orr et al. 2004). The seals' diets were very diverse, including pelagic marine fishes such as sand lance and Pacific herring, benthic marine fishes such as flounders, estuarine fishes such as staghorn sculpins, and many others. However, the scarcity of salmon and trout in the diet was striking; the presence of the seals had given a misleading sense of their inclination to eat trout.

When maturing salmon return to spawn and are concentrated, they can be a significant part of the diet of seals. For example, in summer and fall adult salmon were more than half the diet of seals in the San Juan Islands, especially in odd-numbered years when pink salmon were very abundant (Lance et al. 2012). Seals may also pursue salmon in estuaries and up rivers. In the Alsea River estuary in Oregon, there were about 500 to 750 seals. A fraction of them specialized on adult salmon, taking an estimated 21% of the returning coho salmon (Wright et al. 2007). It is important to bear in mind that harbor seals and many other predators are opportunistic, and can feed heavily on salmon when circumstances allow but are probably not limited by salmon. The effect of predation on the salmon population depends on their abundance and productivity; in some cases, if the salmon are scarce and their productivity is low (for natural reasons or because of human activities), then the predation can be important.

A particularly thorough study was recently completed on harbor seal predation based on analysis of 1240 seal scats collected from the Strait of Georgia (Thomas et al. 2017). The authors distinguished salmon from other prey based on DNA, and used otoliths and bones to determine whether the DNA was from adult or juvenile salmon. The salmon species whose juveniles are numerous but small were not a large fraction of the diet (pink: 1.4%; chum: 0.8%), but the species with larger smolts were more prominent (coho: 2.9%; Chinook: 2.9%; sockeye: 2.5%). Not surprisingly, there were seasonal patterns too, peaking in June and July overall but earlier for some species than others. These percentages added up to only 10.5% of the total diet being juvenile salmon but, given the small size of the smolts and the abundant predators, this equated to millions of juvenile salmon being eaten. Adult salmonids were a larger fraction of the diets than juveniles: more than 60% in peak months and over 20% in each of four months. The species-specific seasonal patterns corresponded to the timing of adult returns: sockeye in July and August, Chinook from April through October but especially in September, coho in September and October, and chum in October and November. In the odd-numbered year when pink salmon returned, they dominated the diet in September, perhaps buffering predation on the other species.

At the top of the region's marine food chain are the killer whales (*Orcinus orca*), which exist as two distinct forms: "transients" that prey on marine mammals (including harbor seals) and "residents" that eat fish (photos 15.2, 15.3), especially salmon (Ford et al. 1998). The residents feed disproportionately on Chinook salmon (Ford and Ellis 2006). Among 432 salmon killed, 71.5% were Chinook, followed by chum (22.7%), pink (3.0%), coho (2.1%), steelhead (0.5%), and sockeye (0.2%). As the authors pointed out, this diet is very different from the relative abundance of the species, which was dominated by sockeye in the summer and chum in the fall. Moreover, the ages of the salmon (determined from the scales collected on the water from kills) revealed that the salmon in their second and third years of life were less common in the diet than in the available population, but older fish in their fourth, fifth, and sixth years of life were increasingly overrepresented in the whale kills. These data indicated a marked tendency of killer whales to take large Chinook salmon. Chinook salmon are not only much larger than the other species (chum tend to be second) but are higher in fat content and so constitute a much better meal for a whale (O'Neill et al. 2014). Indeed, unlike the opportunistic harbor seals, resident killer whales seem to have specialized to the extent that the abundance of Chinook salmon may affect their birth and mortality rates (Ford et al. 2010).

How do these patterns of predation by different species of marine mammals on juvenile and adult salmon add up? Chasco et al. (2017) gathered data on the abundance of harbor seals, California sea lions (*Zalophus californianus*), Steller sea lions



PHOTO 15.2. Killer whale, an important predator on adult Pacific salmon, coastal British Columbia. (*Photo:* Brian Gisborne, Department of Fisheries and Oceans, Canada)



PHOTO 15.3. Killer whale, an important predator on adult Pacific salmon, coastal British Columbia. (*Photo:* Brian Gisborne, Department of Fisheries and Oceans, Canada)

(*Eumetopias jubatus*), and killer whales from 1970 through 2015, and estimated how many juvenile and adult Chinook salmon they would consume in and around Puget Sound. Using estimates of the marine mortality rate for juvenile salmon, they calculated the expected reduction in total adult salmon abundance associated with each marine mammal species. The killer whale populations did not change much over the forty-five-year period, so their estimated predation was stable: 84,500 in 1970 and 83,200 in 2015. However, seals and sea lions became much more abundant and they now consume almost twice as many Chinook salmon as do the killer whales. The three pinniped species combined were estimated to consume 18,810 adult Chinook salmon in 1970, swelling more than eightfold to 161,600 in 2015; harbor seals now account for 158,700 adult Chinook or two-thirds of the total eaten by all four species of predators. This rapid increase in consumption by the expanding harbor seal population came at a time when Chinook salmon were experiencing decreased survival and abundance in Puget Sound. In response to low Chinook salmon abundance, commercial and recreational fisheries have been reduced to the point where harbor seals remove nearly six times more than the fishermen do (Chasco et al. 2017).

## Summary

Studies on the survival rates of salmon at sea have emphasized the attributes of the fish that may affect survival, correlations between mortality and conditions at sea, and the roles of specific predators in overall mortality. Survival at sea is generally size

selective; salmon that enter the ocean at a large size or grow rapidly are more likely to survive, although various aspects of health also play an important role. The date when the fish enter the ocean is also very important, probably through connections with the abundance of food and predators, but the ideal date may vary from year to year. The ocean conditions affecting survival not only vary greatly among years but tend to run in series of years with similar attributes before shifting to quite different conditions.

Overall, there have been very substantial changes in the abundance of Pacific salmon and trout over large areas during the twentieth century, marked by inverse patterns of abundance in Alaska and northern British Columbia versus California, Oregon, and Washington. Since the late 1970s, salmon have been comparatively abundant in the north and less so in the south, whereas from the 1940s through the 1970s the reverse was true. Earlier in the twentieth century, salmon were also abundant in the north. These reversals reflect broad-scale climate shifts that affect ocean conditions, linked to salmon survival through variation in early marine growth and exposure to predators. Information on the specific agents of mortality is limited in most cases but seems to be very intense in the period immediately after ocean entry, and perhaps also during the first winter at sea, but tending to decline as the fish grow, increasing again in some cases as they converge on natal streams and predators congregate to meet them. Birds and fishes are important predators of juvenile salmon, and marine mammals prey on juveniles and adults as well.

CHAPTER 16

# Feeding and Growth at Sea

Salmonids may increase their weight between a hundredfold and ten-thousandfold while at sea, feeding in coastal waters and the open ocean. A review of their feeding and growth is complicated by the range of habitats that they occupy, from southern Japan and California to the Bering Sea, and the sizes of salmon, from pink and chum fry weighing less than a gram to adult Chinook salmon weighing ten thousand times as much. Moreover, the subarctic domain (see fig. 2.4) that they occupy is not a static piece of real estate but a region defined oceanographically, whose exact boundaries move seasonally and shift from year to year, with uneven patterns of temperature and food resources. It is therefore impossible to review all aspects of feeding and growth, but this chapter highlights key concepts with examples.

## Salmon in the Marine Food Web

The top levels of the *trophic pyramid* in northern waters are occupied by marine mammals and sharks, including the salmon shark (*Lamna ditropis*) and blue shark (*Prionace glauca*). Below them in trophic position, in the offshore waters salmon are among the most abundant epipelagic (surface) fishes, although in coastal waters there are other abundant species. Larkins (1964) sampled with gillnets in the North Pacific Ocean, Bering Sea, and Gulf of Alaska over seven years. Needless to say, the catches varied with location and season but showed a striking numerical dominance of salmonids, constituting 78.1% of the 91,036 individual fish caught. Three species accounted for 95.7% of the salmonids (chum: 45.9%; sockeye: 28.6%; and pink: 21.1%). The others were much more scarce (coho: 2.9%; steelhead: 0.8%; Chinook: 0.5%; and Dolly Varden: 0.1%). Thirty other fish species were caught, but the only abundant ones were Atka mackerel (*Pleurogrammus monopterygius*), Pacific herring, Pacific pomfret (*Brama japonica*), and jack mackerel (*Trachurus symmetricus*). Incidentally, neither Atka mackerel nor jack mackerel is a member of the true mackerel family (Scombridae), whose members tend to occur farther south.

In addition to these epipelagic fishes, salmonids co-occur with lanternfish (family Myctophidae) such as the northern lampfish (*Stenobrachius leucopsarus*). Lanternfish are *mesopelagic* fishes, living in the mid-depths of the open ocean and moving up toward the surface at night. They are incredibly numerous but not well known. Squid also play a large role in open ocean ecology and are often a very important part of the diet of salmon, but salmon also eat copepods, larval crabs, amphipods, polychaetes,

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 365 of 560




Chinook



Sockeye

**PLATE 12.** Illustrations of Chinook and sockeye salmon depicting their condition in the ocean prior to the return migration. (*Source:* Thomas Quinn and David W. Ehlert, MAMS, © University of Washington)

krill (e.g., *Euphausia pacifica* and *Thysanoessa* spp.), and other invertebrates. Large salmon eat fishes such as Pacific herring, sand lance (*Ammodytes hexapterus*), northern anchovy, surf smelt (*Hypomesus pretiosus*), and eulachon (*Thaleichthys pacificus*). Such fishes tend to school and feed on zooplankton, and their cigar-shaped bodies lack spines (photo 16.1), so they are easy for salmon to eat.

Orsi et al. (2007) summarized fish-sampling efforts in coastal and nearshore waters of the California Current and the Alaska Current in the spring through fall in 2000 through 2004. The sampling extended from Baja California to the northern tip of Vancouver Island (the California Current region) and from Queen Charlotte Sound north along the coast of southeastern Alaska, then westward in the Gulf of Alaska. Pacific herring made up over 70% of the fish caught in the California Current; salmonids were next most abundant in nearshore waters and northern anchovy were second in coastal waters. However, in the Alaska Current salmonids were numerically dominant, comprising 46% of the fish caught in coastal and 62% in nearshore sampling. My purposes in reporting on these studies, by Larkins (1964) and Orsi et al. (2007), are twofold. First, we must remember that salmonids interact with other members of the ocean community throughout their lives. We think of herring and squid as food (or bait) for adult salmon, but early in life they are large enough to




PHOTO 16.1. Composite showing four fish species commonly eaten by salmon: (a) Pacific sand lance, (b) Pacific herring, (c) northern anchovy, (d) surf smelt. (*Photos*: Thomas Quinn)

compete with or even eat juvenile salmon. Second, in the northern waters of the North Pacific Ocean and Bering Sea, salmon (especially pink, chum, and sockeye) are the numerically dominant epipelagic fishes, competing with their own and other salmon species.

## The Availability of Food for Young Salmon

The salmon leave fresh water "anticipating" conditions at sea. The productivity of the ocean is obviously controlled by complex physical and biological processes, with great variation in space and time, among and within years, and this variation affects the growth and survival of salmon. Research in Prince William Sound, Alaska, exemplified these principles (Cooney et al. 1995). Pink salmon from nearly a thousand small streams and rivers (and four hatcheries) left fresh water and entered the sound primarily in early to mid-May. Most reared in nearshore areas as they migrated slowly southward to staging areas prior to leaving for the open Gulf of Alaska in late July. Their timing matched the peak in biomass of large calanoid copepods in the surface waters (two species of *Neocalanus* as well as *Calanus marshallae*; fig. 16.1). Salmon released from the hatchery during the time of the bloom had higher survival rates than those released after the bloom (average over four years: 6.95% vs. 3.35%), even though the fish released later were somewhat larger (0.32 g. vs. 0.26 g). These findings are consistent with the links between food, growth, and survival of pink salmon in southeast Alaska (Mortensen et al. 2000; Cross et al. 2009) and between upwelling, krill abundance, and Chinook salmon growth and survival off California (Wells et al. 2012).

An extensive series of studies revealed fascinating interactions between food availability, growth, and survival of pink salmon in Prince William Sound (Cooney et al. 2001; Willette 2001; Willette et al. 2001). First, and most obviously, abundant prey allowed the fry to grow rapidly and thus limited their vulnerability to two important




**FIGURE 16.1.** Synchronous downstream migration of pink salmon fry (daily counts in six Prince William Sound, Alaska, streams) and density of zooplankton (seven-day running average of samples collected near the Armin F. Koernig Hatchery). (*Source:* Cooney et al. 1995)

predators: walleye pollock and Pacific herring. However, pollock and herring are facultative planktivores, and they fed almost exclusively on *Neocalanus* when copepod densities exceeded about 500 per cubic meter. At lower copepod densities, herring and pollock searched for alternative prey and frequently ate pink salmon fry. Approximately 75% of the fry entering Prince William Sound from 1995 through 1997 were lost to predation in the first forty-five days at sea. Not only did the scarcity of copepods intensify predation on pink salmon in the nearshore area, but when copepod densities were low, the salmon tended to leave the relative safety of the coast to forage offshore, where predation risk increased about fivefold. Thus the density of copepods affected the growth, movements, and vulnerability of salmon to predators in complex ways.

Although the fish generally migrate at the time of year when food is most likely to be available, the exact timing of downstream migration in any year varies with temperature and other conditions, and the timing of food production at sea also varies. In some years most fish encounter favorable conditions and in other years they do not, but over the long run migration timing tends to stabilize around the optimum. In cases where the food availability is highly unpredictable or nearly uniform, we expect to see broader migration timing than in cases where food abundance shows a sharp and predictable seasonal peak. The shift in average and variation in coho salmon smolt migration timing with latitude (Spence and Hall 2010) is consistent with this idea.

Farther offshore, there are also seasonal patterns in food availability, as indicated by the repeated sampling at Ocean Station P (50° north latitude, 145° west longitude, in the Gulf of Alaska) by Canadian scientists. These data (fig. 16.2) showed a

pronounced peak in May and June (Brodeur et al. 1996), although there was also considerable variation among years and also variation in the mix of zooplankton species. Still, it is noteworthy that the abundance of food peaks in late spring, well before water temperatures peak.

Brodeur et al. (1996) examined data over a broader spatial area (including much of the range of salmon at sea) and reported much lower zooplankton densities during the 1956–1962 period than the 1980–1989 period (average: 93.9 g/1000 $m^3$ vs. 226.5 g/1000 $m^3$). This result is not a consequence of the scarcity of predators to eat the zooplankton. Quite the opposite; as seen in Chapter 15, the biomass of salmon was higher in the 1980s than in the earlier period. They estimated that the biomass of species likely to eat the zooplankton (chiefly salmon, squid, and Pacific pomfret) from 1980 through 1989 was more than double that from 1955 through 1958. Apparently, there were fundamental changes in the marine ecosystem with positive effects at several trophic levels, lending further support for the idea of a climate-driven regime shift in the late 1970s.

As indicated in previous chapters, the water masses in which salmon feed at sea are slowly moving, and the salmon are swimming in a relatively undirected manner, with modest rates of net travel compared to the rapid rates shown by maturing salmon migrating homeward. The actual distribution of salmon at sea is not well understood at a fine scale. They can be aggregated but not in the tightly packed schools that might characterize such fishes as herring. Rather, schooling by salmon seems to be facultative rather than obligate, and catches in research gillnets and purse




FIGURE 16.2. Annual cycle of average zooplankton density at Ocean Station P (mean and standard error). (*Source*: Brodeur et al. 1996)

seines are sufficiently spotty (Pearcy and Fisher 1990) that most salmon are probably not in sight of other salmon. Low-frequency acoustic imaging surveys in the Gulf of Alaska indicated that most salmon (or, technically, targets likely to be salmon) were alone or in groups of two to four individuals (Nero and Huster 1996). Their estimated density, 114 salmon/km$^2$, was not too different from that estimated from fisheries statistics (160 fish/km$^2$). These values should not be taken as precise, and of course there is variation in space and time, but they still give a useful perspective. There are hundreds of millions of salmon out there, but the North Pacific Ocean is a big place and the fish spread out.

In addition to the dispersal of salmon across the ocean, there is also variation among species in the depth of foraging, which may affect diet. Catch rates on commercial trolling gear indicated that juvenile coho were closer to the surface than Chinook (Orsi and Wertheimer 1995). Coho catches were relatively even down to about 25 m and then decreased with depth, whereas Chinook catch rates were low from the surface to 15 m and increased to 37.5 m (no deeper waters were sampled). The depth distribution of Chinook increased dramatically with age but was always deeper than coho. These patterns were consistent with sonic tracking at sea (Ogura and Ishida 1992, 1995); the average depths observed were Chinook: 29.1 m; chum: 10.2 m; sockeye: 9.9 m; coho: 9.2 m; and pink: 5.9 m. These studies indicated that Chinook travel or feed deeper than the other species, and they have been taken as bycatch, especially in winter, in commercial bottom trawl fisheries along the California, Oregon, and Washington coasts, with many records between 100 m and 300 m, and some as deep as 482 m (Erickson and Pikitch 1994). However, sonic tracking of subadult coho and Chinook salmon in Puget Sound (Smith et al. 2015) presented a more complicated (and, frankly, confusing) picture. On average, the coho were closer to the surface (mean depth: 28.3 m vs. 40.6 m for Chinook), and the coho were more often near the surface (41% of detections within 5 m of the surface vs. 17% for Chinook), but the coho also spent time at depth, commonly to 100 m or more. Coho varied more in depth between day and night, but the day-night patterns and average depths varied from season to season, with no clear ecological explanation for the patterns.

Extensive work at sea was reviewed by Walker et al. (2007), including round-the-clock trawling operations. Sampling in the western Bering Sea in late August and early September yielded an estimated density of 61,149 salmon per cubic km of water from the surface to 40 m. However, 40 m to 80 m down, the density was only 659 fish, barely 1% of the estimate nearer the surface, and from 80 m to 120 m down the estimate was 409 fish per cubic km. Immature chum salmon were most abundant, and they showed vastly higher densities in the upper (0–40 m) stratum than in deeper water, especially at night. Indeed, the evening and midnight tows caught none below 40 m. In addition to the net sampling, which caught primarily immature salmon, Walker et al. (2007) also reported records from data storage tags. These are electronic tags attached to the outside of the fish, recording depth and temperature

TABLE 16.1. Overall average depth, depth in day and at night, and the maximum depth occupied by individual salmon at sea recorded by data storage tags. Sample refers to the number of individual fish monitored. The species are ordered from most surface-oriented to the deepest. (*Source:* Data from Walker et al. 2007)

| | | Depth (m) | | | |
|---|---|---|---|---|---|
| Species | Sample | Overall | Night | Day | Maximum |
| Sockeye | 12 | 3 | 3 | 4 | 83 |
| Pink | 3 | 10 | 4 | 13 | 74 |
| Coho | 10 | 11 | 8 | 12 | 97 |
| Chum | 11 | 16 | 8 | 20 | 253 |
| Chinook | 2 | 42 | 40 | 43 | 344 |

at regular intervals. However, unlike transmitters, which send their data to a receiver, these tags store their data and must be recovered in hand to get the information back. Consequently, many fish are tagged but few are recovered. Nevertheless, a compilation of the data from thirty-eight such fish representing five species revealed that all were surface-oriented but some more so than others (table 16.1). This near-surface orientation, and the variation in depth distributions and movements, are important aspects of salmon behavior at sea.

## Patterns of Feeding and Prey Consumption

Salmon are well designed for swimming and, once they leave the littoral zones of estuaries, feed in open water. They rely chiefly on sight to locate prey, and on speed and maneuverability to catch them. Salmon are trophic generalists without highly specialized morphology; their mouth is at the end of their head, and they catch and swallow prey whole, rather than tearing off pieces of large prey as some predators do. The quantity and kinds of available prey vary greatly among regions, seasons, and years. It is therefore difficult to state their food habits categorically because salmon cannot eat prey that are not available to them. However, the salmon species do vary in food habits, including relative reliance of fishes, crustaceans, and gelatinous prey, as is detailed elsewhere in this chapter. Moreover, as the salmon grow, their diet includes larger prey items of their preferred types.

The simplest way to determine what fish eat is to catch them and either pump out the contents from their stomach and let them go, or kill them, dissect out the stomach, and examine the contents. This gives a snapshot of the prey eaten recently; the state of digestion can indicate the timing of feeding; and the proportion of fish with empty stomachs is also informative. For example, examination of the stomach contents of adult salmon caught by research trolling in the Strait of Juan de Fuca revealed that

many (about 30% to 50%) of the fish had empty stomachs (Beacham 1986). Of those with prey, Chinook had the greatest tendency to eat fish (especially sand lance), followed by coho, pink, and sockeye (no chum or steelhead data were presented). Reliance on crustaceans, especially krill and amphipods, showed the reverse order (from sockeye to pink to coho to Chinook). Fish also comprised a greater fraction of the diets of larger individuals than smaller ones.

There have been many other studies describing the diets of salmon species at sea, reviewed by Higgs et al. (1995), along with similar information for juveniles in streams and lakes, and I give only a few examples here. LeBrasseur (1966) sampled in the northeastern Pacific Ocean in summer and reported that pink salmon primarily ate amphipods and fish; immature sockeye ate small crustaceans; maturing sockeye ate larger crustaceans, such as krill, and squid; coho ate krill, squid, and fish; and steelhead ate fish and squid. Interestingly, this tendency for pink salmon to eat fish more frequently than sockeye was also inferred from patterns of parasite prevalence in salmon (Margolis 1965). However, winter samples from the Gulf of Alaska showed that the sockeye ate primarily fish (especially lantern fish) and squid, whereas the pink salmon ate primarily amphipods (Manzer 1968).

Chum salmon seem to have a rather distinctive diet, relying heavily on soft-bodied organisms such as jellyfish, ctenophores (comb-jellies), and salps that are seldom eaten by other salmonids. Azuma (1992) contrasted sockeye with chum and concluded that sockeye consume highly nutritious foods whereas chum are specialized for less nutritious, soft-bodied items. Chum salmon have a large digestive tract with thick walls, numerous pyloric caeca (fingerlike extensions of the digestive tract), and an unusually low pH, and these seem to help digest their unusual prey.

Unfortunately, many studies provide little or no information on the relative abundance of food available to the salmon, so it is difficult to infer much about the behavior of the fish from their dietary patterns. However, studies off the coast of Washington and Oregon (Brodeur 1989), and northern British Columbia and southeastern Alaska (Landingham et al. 1998), explicitly compared diets of different salmon species to the available prey. These and other similar studies revealed that (1) the diets were not a random sample of the available prey, (2) the salmon species differed in their use of the available prey, and (3) salmon tended to eat larger prey relative to what was available.

The level of feeding often varies over the day-night period, as inferred from stomach contents. For example, sampling in the Gulf of Alaska revealed that sockeye, pink, and coho fed on krill at night and ate mostly fishes, squid, and amphipods in the day, whereas chum showed no feeding transition and ate mostly gelatinous prey (Pearcy et al. 1984). More recent work on Chinook salmon showed dawn and dusk feeding peaks, and some variation in feeding at different times of the day is very common in salmonids (Benkwitt et al. 2009). For example, sampling in the western Bering Sea revealed that all species of salmon fed throughout the daylight period but especially

in the morning (Volkov and Kosenok 2007). By early the following morning, nearly all the food had been digested, indicating that the fish fed each day. Stomach contents, while informative, do not tell us much about the behavior of the fish; for that, we need observations in the water. Such studies are difficult, but recently extensive sampling with nets was combined with direct, underwater observations of juvenile salmon feeding along the shoreline of Puget Sound (Munsch et al. 2017), mentioned previously in Chapter 13. Stomach fullness increased soon after dawn and remained fairly constant during the day. This would suggest that the fish fed at the same rate all day, but the direct observations showed otherwise. The fish fed most intensely at dawn, spending about 20% of their time foraging, and this declined to about 5% of their time at dusk.

### *How Do We Characterize Diets?*

One complication in all food habit studies is how best to characterize the diet. On the one hand, some prey might be numerous but small, so they would be a large fraction of the individual items eaten but a modest fraction by weight or volume. On the other hand, a large-bodied prey species eaten only rarely would be less representative of the feeding behavior than small ones eaten more often. It is also important to know what fraction of the individual predators ate a particular kind of prey. If a single salmon ate a huge number of a certain prey, this might be less representative of the population than if most of the salmon ate at least some of that kind of prey. Many scientists use a composite metric called the Index of Relative Importance (IRI), which incorporates three values: (1) the percentage that a type of prey contributes by volume or weight to the diet of each predator, averaged over the predator population; (2) the percentage of the prey individuals in each predator, averaged over the population; and (3) the proportion of the predators that consumed at least one such prey—the "frequency of occurrence" (Pinkas et al. 1971).

A study of the food habits of postsmolt salmon in northern British Columbia and southeastern Alaska revealed the clear differences in diet among species, as indicated by the IRI values for the important prey taxa (Landingham et al. 1998). Chinook salmon had the highest proportion of fish in the diet, followed by coho, then sockeye, pink, and chum. There were also many differences among the invertebrate prey; coho fed heavily on larval crabs, Chinook and sockeye on krill; chum, pink, and sockeye fed on amphipods, and tunicates were a large component of chum diets but were less important for pinks and rare or absent in the other salmon (table 16.2). Most tunicates (commonly known as sea squirts) are sessile as adults, but some, including salps (barrel-shaped) and larvaceans (tadpole-shaped), are mobile and planktonic throughout life. These soft-bodied animals are commonly eaten by chum salmon but seldom by other salmon. If we examine the metrics contributing to the IRI, we can see why it characterizes the overall diet better than any single component. For example, larval crabs were 52% of the individual prey items eaten by coho salmon but only 0.1% of the weight eaten, whereas fishes were 8.4% by number but 99.5% by

TABLE 16.2. Index of Relative Importance, indicating the dominant prey eaten by Pacific salmon of similar average lengths (chum: 151 mm; pink: 142 mm; sockeye: 151 mm; coho: 222 mm; Chinook: 224 mm) sampled in northern British Columbia and southeastern Alaska. Rare items were omitted, so the values do not sum to 100% for each fish species. Species are arranged from least to most reliant on fishes. (*Source*: Landingham et al. 1998)

| | Salmon species | | | | |
|---|---|---|---|---|---|
| Prey | Chum | Pink | Sockeye | Coho | Chinook |
| Calanoid copepods | 3.0 | 3.7 | 4.2 | 0.0 | 0.0 |
| Larval crabs | 3.1 | 4.7 | 3.6 | 25.3 | 4.8 |
| Krill | 6.1 | 6.0 | 12.6 | 3.9 | 18.3 |
| Hyperiid amphipods | 28.0 | 39.6 | 36.5 | 6.8 | 0.1 |
| Tunicates | 30.1 | 13.6 | 2.3 | 0.0 | 0.0 |
| Fishes | 28.3 | 31.2 | 40.3 | 63.8 | 76.4 |

weight. Furthermore, 56.3% of the coho had eaten at least some crabs and 73.2% had eaten fish (Landingham et al. 1998).

The IRI and its components help us understand the diet and feeding of salmon at sea, but salmon also vary in the intensity of feeding. Sturdevant et al. (2012) sampled salmon and other predatory fishes in southeastern Alaska coastal waters and recorded the percentage of fish that had food in their stomachs (the others being empty), and they estimated the percentage fullness of the stomachs by volume, and the weight of the stomach contents as a percentage of the fish's total weight. Each of these provides some information on the intensity of feeding as distinguished from the dietary items. As table 16.3 shows, the coho and Chinook fed most intensely (based on all three metrics), followed by pink and chum salmon, and sockeye fed the least. Sampling in British Columbia's Hecate Strait (Healey 1991b) revealed a similar pattern; pink salmon stomach contents were a greater percentage of their weight (0.82%) compared to chum (0.76%), and both were more than sockeye (0.52%). Sockeye tend to have high survival rates at sea but grow slowly; I think their more cautious foraging reduces mortality risk but at a cost to growth.

Interpretation of stomach contents and especially the stomach fullness bring us to the relationship between temperature and digestion rate, noted earlier in the book in the context of diel feeding and vertical movements by juvenile sockeye in lakes. Unlike mammals and birds, whose body temperatures are regulated within narrow limits by physiology, the body temperature of fishes (with a few exceptions) is determined by ambient temperature. Digestion rate, therefore, depends on temperature, so a given meal takes longer to digest in cold water. Experiments on juvenile Chinook salmon (Benkwitt et al. 2009) illustrated this point. For example, half the meal was digested in 15.4 hours at 9.3°C, 12.9 hours at 10.7°C, and 8.5 hours at 13.9°C. Put another way, twenty-four hours after being fed, fish held in 9.3°C water had digested 66% of the meal, compared to 72% for fish held at 10.7°C and 86% at 13.9°C.

TABLE 16.3. Extent of feeding by Pacific salmon in southeastern Alaska, 1997–2011. Columns indicate the percentage of the individuals that had food in their stomachs (percentage that fed), the average stomach fullness, and the total prey weight as a percentage of the fish body weight. Species arranged from most to least active feeding. (*Source:* Sturdevant et al. 2012)

| Species | Percentage that fed (%) | Estimated stomach fullness (%) | Food as percentage of body weight (%) |
|---|---|---|---|
| Coho | 84 | 57 | 1.2 |
| Chinook | 84 | 56 | 1.2 |
| Chum | 84 | 32 | 0.4 |
| Pink | 74 | 36 | 0.3 |
| Sockeye | 42 | 15 | 0.1 |

As with many predators, the size of the prey eaten by salmon increases as they grow, because they can catch larger prey and because it is more efficient to eat a few larger prey than many small ones. Keeley and Grant (2001) compiled studies of salmonid diets that reported data on fish size, prey size, and habitat (stream, lake, or marine). The invertebrates (mostly insects) eaten in streams were a bit larger than the invertebrates (mostly zooplankton) eaten in lakes and at sea. However, there was a general shift to diets dominated by fish (and bigger fish) as the salmonids became larger than about 15 cm to 20 cm. This is characteristic of salmon, and especially coho and Chinook—two species that especially tend to eat fish. Sampling in the summer off the coasts of Oregon and Washington (Daly et al. 2009) revealed an increase in fish as the salmon grew and a generally higher proportion of fish in the Chinook than the coho salmon (fig. 16.3). These results were consistent with the increased




FIGURE 16.3. Contribution of fish as a percentage of the diets of coho and Chinook salmon over a range of body lengths, sampled in the summer off the coasts of Oregon and Washington. (*Source:* Daly et al. 2009)

proportion of fish in the diets of postsmolt Chinook salmon in Puget Sound (Duffy et al. 2010); the salmon ate mostly sand lance nearshore and Pacific herring in open water, including fish over half their length.

### *Using Chemistry to Study Food Habits*

The advantage of diet analysis is that specific prey can be identified and we can draw inferences about the intensity and timing of feeding, but the disadvantage is that only the most recent prey are known, and they may not fully represent foraging in previous days. Analysis of stable isotopes of nitrogen and carbon (described in Chapter 7) is increasingly used to complement stomach content examination in studies of feeding ecology. The ratio of the normal and heavier isotopes of each element depends on diet, integrated over the recent period of time (typically weeks to a few months, depending on the tissue, growth rate of the fish, and other factors). The heavier isotope of N accumulates with trophic position, so higher values of $\delta^{15}N$ are seen in predators than their prey, and thus depend on the diet of the prey, and so on. The proportion of $^{13}C$, the heavier isotope, varies only slightly with trophic position but depends on the source of the carbon, and so tends to be less prevalent (expressed as more negative values relative to a standard) in offshore waters compared to waters nearer shore or fresh water. The drawback of this integrative approach, more or less the opposite of stomach content analysis, is that the precise prey cannot usually be known. The predator's body combines the elements from all its prey, so the best one can do is model the contributions of the putative prey by comparing the isotope "signatures" of predators with the likely or possible prey (Moore and Semmens 2008). This can be tricky; two Chinook salmon eating nothing but herring could have different isotope patterns if they fed in different places, or they could have similar isotope patterns despite eating different combinations of prey in different places.

A pioneering study using stable isotopes to examine trophic positions of salmon at sea indicated that Chinook salmon fed highest on the food chain, followed by coho, then sockeye, then pink salmon, with chum salmon occupying a different position, associated with their consumption of gelatinous organisms (Welch and Parsons 1993). Several studies have followed this approach, and a review indicated some consensus, generally consistent with the results of diet studies (Johnson and Schindler 2009). Nitrogen isotopes show that Chinook salmon occupy the highest trophic position, followed by coho, then sockeye, chum, and pink salmon. Carbon isotopes indicate that Chinook salmon tend to feed nearer shore than the other species. I combined the data summarized by Johnson and Schindler (2009) with steelhead data to show how the species differ (fig. 16.4). Like any sampling, the stable isotope approach has biases and complexities, and it complements rather than replaces stomach content analysis. Nevertheless, the overall patterns were consistent with what is known about the migration patterns of salmon species and their feeding habits: Chinook fed at the highest level because they tend to eat fish and because they




FIGURE 16.4. Average stable isotope values of nitrogen (N) and carbon (C) from adult Pacific salmon. Increasing values of $\delta^{15}N$ indicate higher position in the food web, and increasingly negative values of $\delta^{13}C$ indicate reliance on open ocean rather than coastal prey. (*Source:* Salmon data are from Johnson and Schindler 2009; steelhead data are from several sources)

are large; coho and steelhead were next in trophic position; pink, chum, and sockeye were lower, as indicated by the $\delta^{15}N$ values. The $\delta^{13}C$ values indicated that the chum, pink, and sockeye fed in offshore waters; coho and steelhead were intermediate; and Chinook in more coastal waters.

These generalizations must be viewed with some caution; Chinook and coho vary greatly in their distributions, so samples may not fully represent the species, and steelhead often go far out to sea. The challenges of studying salmon feeding ecology were demonstrated by a combination of stomach content and stable isotope analyses of juvenile Chinook salmon caught from California to the Bering Sea (Hertz et al. 2015). Inferences based on diets and isotope patterns were broadly similar but not always the same, and both geographical region and fish size affected the patterns.

## Growth of Salmon at Sea

One general conclusion from the many diet studies is that salmon feed actively on mobile, nutritious prey, with perhaps the exception of chum salmon. The food items that salmon eat at sea are not only nutritious in terms of caloric content, fat, and protein, but they are also rich in highly unsaturated fatty acids. In this regard they seem to be superior to the common prey of salmon in fresh water, which may contribute to rapid growth at sea (Higgs et al. 1995). In general, salmon have high metabolic rates, feed heavily, and grow fast, compared with other fishes in their range. Salmon can double their length and increase their weight more than tenfold in their first summer at sea. For example, the average weights of pink and chum salmon sampled in Hecate

Strait, British Columbia, tripled between July and August while the sockeye weights doubled (Healey 1991b). Juvenile Chinook salmon caught off southeast Alaska provided another example of differential growth rates (Orsi and Jaenicke 1996). Stream-type Chinook salmon were larger when they entered the sea than ocean-type, but the ocean-type fish grew faster and caught up to them.

Overall, more than 98% of the final weight of most salmon is achieved at sea (table 16.4). The species enter the ocean at different sizes, and they achieve different growth rates. Sockeye grow slowly, being smaller after two to three years at sea than coho are after one year. Pink salmon are about half the weight of coho after a similar period at sea, although the coho are nearly one hundred times heavier than pinks when entering the sea. A pink salmon fry might weigh 0.2 g and return at 2 kg, having increased its weight ten-thousand-fold! Masu salmon also seem to grow slowly, being similar to coho as smolts but smaller as adults. One must evaluate these data with some caution, however. First, there is a great deal of variation in size at maturity within and among populations, and among years (more on this shortly), so the species-specific values are not precise. In addition, the timing of return migration varies greatly. For example, coho salmon in Washington commonly leave the ocean in September or October, whereas masu leave in spring, so the latter have a much shorter growing season, even though both species might be considered to have spent a year at sea. As indicated earlier, timing variation can be extreme in steelhead populations, making it difficult to compare growth rates at sea from adult body size data. Regardless, the vast majority of final body size of salmon is achieved at sea. This is less true for species like Dolly Varden and cutthroat trout that return to fresh water repeatedly and feed extensively there.

The rapid growth of salmon results from feeding rate and metabolism. The metabolic rates are a product of both their physiology and the ambient temperatures. There are regions of the ocean where salmon are scarce or absent, even though the temperatures are by no means lethal. The salmon seek a compromise between the food resources and the temperatures at which to digest them. The thermal regimes

TABLE 16.4. Generalized weights of salmon as they enter the ocean (averaged from McGurk 1996 and Groot and Margolis 1991) and adult weights (averaged from the 1975 and 1993 values presented by Bigler et al. 1996). The steelhead value is for fish caught at sea after two years (Burgner et al. 1992); masu data are from Kato (1991). Marine growth is the percentage of adult weight put on at sea. Numbers of years spent at sea represent typical values for the species.

| | Pink | Chum | Chinook | Sockeye | Coho | Steelhead | Masu |
|---|---|---|---|---|---|---|---|
| Smolt weight (g) | 0.22 | 0.40 | 5–18 | 10.00 | 18.00 | 50.00 | 18.00 |
| Adult weight (kg) | 1.63 | 3.73 | 7.22 | 2.69 | 3.02 | 3.48 | 1.45 |
| Marine growth (%) | 99.99 | 99.99 | 99.83 | 99.63 | 99.40 | 98.56 | 98.76 |
| Full years at sea | 1 | 2, 3, 4 | 2, 3, 4 | 2, 3 | 1 | 2 | 1 |

occupied tend to increase over the summer. For example, the catch rates of steelhead at sea (with research gear) varied with ambient temperatures (Burgner et al. 1992). The great majority of steelhead were caught over a 3°C range of temperatures, increasing from 6° to 9° in May to 7° to 10° in June and 9° to 12° in July, but some were caught over a range of at least 7° in a given month (fig. 16.5).

There is much less information on salmon at sea in the winter than in the summer, which greatly hampers our understanding of their migrations and feeding ecology. However, catch rates in surface gillnets from January through March 1967 provide some insights (French and McAlister 1970). Sockeye were caught regularly at surface temperatures from 4°C to 6°C, but fewer were caught above 6°C. Chum and coho were less abundant overall and were caught almost exclusively in water from 5°C to 6°C. The authors concluded that the sockeye moved south from their summer range. By occupying warmer water, they could grow faster, assuming food was available. In addition, the winter distributions of sockeye that would mature the next year seemed to differ from those that would not return to spawn until subsequent years.

Regardless of where salmon spend the winter, this is a period of reduced prey abundance and little if any growth, as indicated, for example, by data on pink and chum salmon at sea (Mayama and Ishida 2003). Reduction in total lipid levels and changes in fatty acid profiles caused Nomura et al. (2000, 349) to conclude that "the low lipid content in the muscle in the winter suggests that chum and pink salmon have inadequate food at that season. Such a low lipid content jeopardizes survival of salmon in high-seas during winter." The reduction in winter growth is reflected on the closer spacing of circuli (rings) in the scales of salmon, as detailed in Chapter 17 on age at maturity.




FIGURE 16.5. Catch rates of steelhead at sea as a function of sea surface temperature. (*Source*: Burgner et al. 1992)

### Variation in Growth among Years

Notwithstanding the generalizations above regarding growth, there is considerable variation from year to year. In a pioneering study, Rogers (1980) presented evidence that the size at a given age of Bristol Bay, Alaska, sockeye was density dependent. That is, in years (from 1958 to 1973) when many salmon returned to the region, the fish were smaller. This suggested that, despite the comparatively low density of salmon at sea, they were in competition for limited prey. Rogers continued to track this relationship, noticed that after 1977 the salmon were larger, for a given level of abundance, than they had been in the earlier years, and discerned that two processes seem to be operating (Rogers and Ruggerone 1993). First and foremost, growth was depressed at high densities (fig. 16.6), and densities of Alaskan salmon tended to be higher after the late 1970s than in the subsequent decades. The secondary effect was improved growth at warmer temperatures, and temperatures tended to be warmer after the late 1970s (though not in all parts of the ocean).

Pyper and Peterman (1999) confirmed the earlier findings that density depressed growth in sockeye salmon from Alaska and British Columbia. However, in contrast to the earlier work, they found that the secondary effect of elevated temperature was to decrease growth. They suggested that the difference between their findings and those of Rogers and Ruggerone (1993) may have arisen from the different places where temperatures were recorded for the analysis. The nature of a region's physical oceanography is such that years are not marked by higher temperatures in all areas; indeed, opposite patterns may occur in coastal and offshore areas.




FIGURE 16.6. Annual mean weight of adult Bristol Bay sockeye salmon spending three years at sea as a function of the number of adults returning to spawn that year (1960–2014) in Bristol Bay. The lines represent the best linear fits to the data for males and females. (*Source:* Alaska Department of Fish and Game data)

Density-dependent growth was also evident in the decline in size at a given age (fig. 16.7) of Japanese chum salmon as the number of fish released from and returning to their hatcheries increased (Kaeriyama 1998). Moreover, when the zooplankton data from Ocean Station P were combined with estimates of annual abundance of Fraser River pink salmon, salmon growth declined as the density of fish increased, relative to the amount of zooplankton (Peterman 1987). Thus it is clear that some of the large population complexes show density-dependent growth, but what is the scale of competition? Who competes with whom?




FIGURE 16.7. Mean fork length of Hokkaido chum salmon spending three years at sea (eleven populations) as a function of the number of adult chum salmon returning to Hokkaido (catch plus escapement) that year. (*Source:* Kaeriyama 1998)

The abovementioned studies indicated that large stock–complexes such as Bristol Bay sockeye, Hokkaido chum, and Fraser River pink salmon compete with each other. This makes sense; fish within each of these complexes enter the ocean at the same place and time, and their distributions at sea are more similar than they are to salmon of the same species from elsewhere. So, the next question is, how much competition is there between stock complexes of the same species? McKinnell (1995) reported that the sockeye from several British Columbia river systems were smaller in years when those populations were numerous, and they also were smaller when Bristol Bay sockeye were numerous. However, the negative correlation with Bristol Bay sockeye was only seen among fish that spent three years at sea rather than two, implying that in the third year their distributions overlapped enough to experience competition. Further study supported this conclusion; Bristol Bay sockeye were so numerous that competition with them affected growth of Canadian populations, even though their distributions do not entirely overlap (Pyper and Peterman 1999).

Populations of the same species, even if they originate from different rivers, might be expected to eat the same food and so competition between them is not unexpected if they share the same part of the ocean. However, is there competition among different salmon species? Rogers and Ruggerone (1993) found no evidence that Asian chum salmon abundance affected growth of Bristol Bay sockeye, perhaps because their diets differ. However, the great abundance of pink salmon, especially on alternating years, provides a "natural experiment" on the effects of competition between salmon species because we can compare data from even and odd years. Shiomoto et al. (1997, 75) reported that the concentration of chlorophyll at the surface (an index of primary production) and the concentration of zooplankton went up and down from year to year, in synchrony with pink salmon abundance, and concluded that "the feeding effect from pink salmon [may] control summer macrozoo- and phytoplankton biomass in the subarctic North Pacific." Ruggerone et al. (2003) then reported that the abundance of Asian pink salmon had a negative correlation with growth of Bristol Bay sockeye (during their second and third years at sea, when they overlap).

Pink salmon from the east coast of the Kamchatka Peninsula are especially abundant as spawning adults in odd-numbered years, producing large numbers of juveniles entering the ocean in the even-numbered years. These young pinks do not overlap much with western Alaska sockeye salmon smolts, but in their second year at sea the sockeye overlap more strongly with the pinks; reduced growth and survival of the sockeye results from this competition (Ruggerone et al. 2016). Thus pink salmon, which are more than half of all salmon in many years, compete with other salmonids by simply consuming so much food at sea (Ruggerone and Nielsen 2004). Further research along these lines is certainly needed, but these results indicate important ecological interactions among salmon at sea and highlight the connection between growth and survival, in the context of changing physical conditions at sea.

## Summary

Pacific salmon enter the ocean, mainly in spring and early summer, and grow rapidly on a diet of small fishes, crustaceans, squid, and other invertebrates. The salmon feed in the epipelagic region, where they are often the numerically dominant fishes. Their diet varies among regions and times of the year with food availability, but salmon tend to eat larger prey and rely more heavily on fish as they grow. There is also consistent variation among species; Chinook salmon most often eat fish, followed by coho and steelhead, then sockeye, pink, and chum, and the latter commonly eat gelatinous organisms. Salmon grow primarily in the summer, and growth rate is related to ambient temperature and prey availability. Temperature varies in predictable seasonal and spatial patterns but also varies less predictably from year to year, affecting salmon in two ways.

First, temperature affects metabolism and scope for growth; given sufficient food, warmer water facilitates growth but at high temperatures food conversion is inefficient and growth is inhibited. Second, temperature is often a convenient surrogate index for other more complex and important processes in the ocean related to the upwelling of nutrients, production of phytoplankton, and higher trophic levels on which salmon feed. The availability of prey for salmon depends not only on the production of food but also on competition for the food. Notwithstanding the greatly diminished runs in the southern parts of their range, wild and hatchery salmon are sufficiently abundant to exert noticeable competition for food at sea, affecting grow rates, size at maturity, and survival of salmon. The factors affecting size at maturity are complex, and we take them up in Chapter 17.

CHAPTER 17

# Age and Size at Maturity

Before considering the biological aspects of age at maturity, I must describe the two common systems for designating ages of anadromous salmon. They both indicate the numbers of years spent in fresh water and at sea, not merely the total age. This is critical because fish of the same age that have spent different periods in fresh water and at sea will differ in size, and will have gone to sea in different years, experiencing different conditions as smolts. These two designation systems convey the same information but the formats are entirely different.

## Age Designation and Determination

One system was developed for Atlantic salmon (sometimes known as the European system) and then applied to Pacific salmon (Koo 1962a). The designation consists of two numerals, separated by a decimal point. The first numeral indicates the number of full years spent in fresh water as a free-living fish, and the second indicates the number of full years spent at sea. Thus a sockeye that was spawned in October of 2000, emerged from the gravel in April of 2001, left the lake in May of 2002 after one full year, and returned to spawn in October of 2004 after two full years at sea would be designated 1.2 (spoken "one, two" or "one point two"), for a total age of four years. The months in the gravel from fertilization to emergence are not counted in the designation, nor is the last summer at sea. Thus 1 + 2 = 4 years. This may seem strange, but it is related to the fact that scientists read scales and other hard parts by counting the rings corresponding to slow growth in winter. Scales from such a sockeye would show one winter annulus in the freshwater zone and two annuli laid down at sea.

The other designation system, called the Gilbert-Rich system, uses subscripts. For the same fish, the first numeral would be a 4, indicating the fish's total age at maturity. The subscript indicates the year of its life when it went to sea. Thus the 1.2 sockeye would be a $4_2$ (spoken "four sub two") because its total age was four years and it went to sea in its second year of life (i.e., after one full year in fresh water). A fish that spent another year at sea would be a 1.3 with a total age of 5, designated $5_2$. Typical coho salmon in Washington and Oregon, for example, would be aged 1.1 or $3_2$, and jacks would be 1.0 or $2_2$.

Sockeye salmon have an especially large number of age groups compared with other semelparous species. For example, sockeye from the Chignik Lake–Black Lake system on the Alaska Peninsula (Dahlberg 1968) included eleven different

TABLE 17.1. Percentage of adult sockeye salmon with different combinations of years in freshwater and at sea in the Chignik Lake–Black Lake system in Alaska, 1926–1966. (*Source:* Dahlberg 1968)

| | Years in freshwater | | | |
|---|---|---|---|---|
| Years at sea | 1 | 2 | 3 | Total (%) |
| 1 | 0.05 | 0.05 | 0.003 | 0.1 |
| 2 | 5.58 | 10.68 | 0.32 | 16.6 |
| 3 | 46.10 | 36.27 | 0.26 | 82.6 |
| 4 | 0.53 | 0.17 | 0.00 | 0.7 |
| Total | 52.26 | 47.17 | 0.58 | |

combinations of freshwater age (1–3) and marine age (1–4; table 17.1). However, 82.6% spent three years at sea, and 16.6% spent two years at sea. Roughly equal proportions spent one and two years in fresh water (52.6% and 47.2%), so most of the fish were in two of the eleven age groups, 1.3 and 2.3. Including populations of ocean-type sockeye (those going to sea in their first year of life), there are fourteen age groups of sockeye (the eleven reported by Dahlberg plus 0.2, 0.3, and 0.4).

The systems for designating ages get complicated by the many variations in life history. First, the range in dates of seaward and homeward migration can make it hard to compare the numbers of "years" spent at sea by fish from different populations. Chinook salmon returning in March have had different growing opportunities from those returning in September. The second complexity is that some salmonids return to fresh water after a period at sea but do not spawn. Some of these are immature *half-pounders* in steelhead (Kesner and Barnhart 1972; Savvaitova et al. 2005; Hodge et al. 2016), but cutthroat trout, Arctic char, and Dolly Varden (Armstrong 1974) also show this migration pattern. Finally, the life histories of the iteroparous fish need special designations to show the number of times that they have spawned. In some char species these life-history patterns get especially bewildering, as fish migrate back and forth repeatedly, spawning on some years but not others. Some even "retire" from anadromy; having migrated to sea and back several times, they cease migrating and breed repeatedly over several years without going to sea again (Bond et al. 2015). In these cases the total age of the fish may convey little information about its history of migration and reproduction, or its size.

The ages of iteroparous, anadromous salmonids can be designated as follows (e.g., Loch and Miller 1988). A numeral followed by a period indicates the number of years spent in fresh water prior to seaward migration. After the period, "+" signs indicate journeys to sea of less than a year's duration, and "F" and "S" symbols designate feeding and spawning migrations to fresh water, respectively. Thus a fish designated 2.+F+S+S+ spent two full years in fresh water, migrated to sea for a summer, returned

but did not spawn, then went to sea twice more—spawning after each trip—and then went to sea once more. Of course there are also nonanadromous salmonids, and their age is typically designated by the total number of winters spent as a free living fish. However, a case could be made that fish rearing in streams before migrating to a lake should have a different designation than those staying in streams.

### Age Determination

Unless they were marked as juveniles, the ages of salmonids are typically determined by examination of the patterns of rings on their scales and otoliths (or, less often, other hard parts). Alevins and newly emerged fry do not have scales. For example, sockeye salmon fry emerge about 28 mm long but do not develop scales until they are at least 38 mm (Koo 1962b). Chinook first get scales when they are about 39 mm to 41 mm long, and coho when they are 37–40 mm (Bilton 1988). The scales do not form simultaneously over the entire body. Rather, the first scales are formed above the lateral line and behind the dorsal fin (Bilton 1988). The body is then enveloped progressively from each side until it is fully scaled. Consequently, when collecting scales for analysis, it is important to take them from this area so they include as much of the fish's life as possible.

Once the fish is fully scaled, it does not add more scales to cover its growing body, but rather the scales grow as the fish grows. The scales have concentric ridges known as *circuli*. During periods of rapid growth, the circuli are widely spaced, but when growth is slow (typically during late winter), they are more closely spaced and they pack together, giving the appearance of a ring. These rings of tightly spaced circuli are called *annuli* because they reflect the annual reduction in growth. When the salmon go to sea, the annuli are spaced farther apart, reflecting the more rapid summer growth there compared with streams and lakes. Experienced *scale readers* can consistently and accurately count the annuli corresponding to winters in fresh water and at sea. The transitions from the ocean to fresh water are detectable, as are the reproductive seasons in iteroparous species. However, there are inevitably some misclassifications and errors, so validation using other methods such as DNA parentage (Seamons et al. 2009) or some form of tag or mark is very important.

Scales are useful for age determination, in part because they can be quickly removed without killing the fish. However, some scales fall off naturally during the fish's life, especially during the smolt period. The fish rapidly grow replacement scales, but those ones cannot contain the information on the lost years. In addition, as the salmon become fully mature, the skin thickens and scales deteriorate, making them no longer reliable for age determination. However, growth increments are also recorded on the sagittal otoliths, one of three pairs of hard structures that function in hearing and balance. Otoliths are often referred to as *ear bones*, but they are mineral rather than bone so *ear stones* is more accurate. They are formed prior to hatching, and experienced observers can identify marks indicating hatching and emergence

from the gravel, and they can count daily rings laid down during the first few weeks or months. Later, the otoliths record the winter annuli in fresh water and at sea (photo 17.1). Otoliths are normally used for determining the ages of salmon recovered dead on spawning grounds. Incidentally, being mineral the otoliths typically are useless for genetic studies because they yield no DNA unless some bit of fish tissue is left on them. In contrast, dried scales yield useful DNA even after many years. Therefore, scale collections (some of which predate the discovery of DNA) can provide important perspectives on current and extinct populations, such as sockeye in the Columbia River (Iwamoto et al. 2012).

In addition to recording the age and reproductive history of the fish, scales and otoliths can provide further insights into the fish's history. Variation in growth, as may occur in sockeye from different lakes, can cause different numbers and spacing of circuli, allowing experienced observers to determine the likely origin of fish if reference samples are available (Davis et al. 1990). These differences in growth can also indicate whether a fish was reared in a hatchery or a river (e.g., Chinook salmon [Unwin and Lucas 1993] and steelhead [Bernard and Myers 1997]).

Finally, scales and otoliths also incorporate aspects of the chemistry of the water in which the fish lived and thus preserve a record of its environments. Pioneering work was done decades ago (Calaprice 1971; Lapi and Mulligan 1981), but these approaches have become increasingly widespread in recent years, as insightful biologists get access to advanced equipment. Seawater has a higher ratio of strontium to calcium than fresh water and these elements are incorporated into the otoliths, permanently recording whether a fish went to sea or not in each year of its life.




PHOTO 17.1. Otolith from an adult sockeye salmon from the Copper River, Iliamna Lake basin, Bristol Bay, Alaska, showing the ring (annulus) indicating the year spent in the lake and the three annuli indicating years spent at sea. The fish was five years old at maturity, including the year spent as an embryo in the gravel. (University of Washington specimen, photo by Jason Ching)

Among the revelations resulting from these studies, noted in previous chapters, is the existence of partial anadromy in lake trout in Nunavut, Canada (Swanson et al. 2010), and the "retirement from anadromy" by some large, old Dolly Varden (Bond et al. 2015). As noted in Chapter 12, these differences in chemistry are even passed from a female to her offspring; the core of the otolith is derived from the egg's chemistry, which reflects the female's recent environment. Consequently, chemical analysis of the otoliths reveals whether that fish's mother was anadromous or not (Kalish 1990). This approach has been applied to many species including sockeye/kokanee (Rieman et al. 1994), steelhead/rainbow trout (Zimmerman and Reeves 2000), and whitespotted char (Arai and Morita 2005), as well as the southern (Bond et al. 2015) and northern (Hart et al. 2015) forms of Dolly Varden.

The benefits and drawbacks of scales and otoliths are more or less complementary: otoliths are present in embryos but scales are not; scales fall off and get replaced but otoliths are permanent; fish can survive after surrendering a few scales to a biologist, but otolith removal is lethal; otoliths grow as the fish age but do not correlate closely with body size as well as scales do; scales have DNA and otoliths do not; and so on. We scientists are lucky to be able to use these structures (and others as well, such as fin rays and various bones) but need to bear in mind that one structure may be more reliable than others. Notably, scales seem much less reliable than otoliths in older Arctic char (Baker and Timmons 1991) and Dolly Varden (Stolarski and Sutton 2013).

## Patterns and Variation in Age and Size at Maturity in Salmon

Before discussing biological issues related to size and age, I must issue a note of caution. Many behavioral ecologists study adult salmon in streams and rivers as though these fish represent their populations. As we stand on the stream's bank this seems reasonable enough, but this is only because the commercial and recreational fisheries are out of sight. Almost all populations are fished, and in some cases the majority of the adults that survive all the sources of natural mortality are caught. Not only does this obviously reduce the density on spawning grounds, but it can also greatly affect the age, size, and even sex distribution of spawning salmon.

The extent of these effects depends on the variation in age and size in the population, and the degree of selectivity of the fisheries. Jacks may be below the size limit in recreational fisheries and therefore overrepresented on spawning grounds relative to their true abundance. Chinook salmon in coastal waters may be vulnerable to fishing over most of their lives, so individuals with a tendency to mature at an old age are more likely to get caught before they mature and thus are underrepresented in the rivers. Some forms of commercial fishing gear, notably gillnets, are size-selective. Small fish tend to pass through the nets and, depending on the size of the mesh, some fish may be large enough to avoid capture as well. Data on sockeye

salmon in the gillnet fishery in upper Cook Inlet, Alaska, provide an example (Waltemyer 1994). Sampling the fishery indicated a population dominated by fish that spent three years at sea (61% vs. 39% that spent two years at sea), whereas sampling on the spawning grounds indicated a different mix (46% vs. 54%, respectively). Gillnets often catch more males than females, for a given size, because males' longer jaws and teeth become entangled in the net. The size difference between males and females and the differences in shape (e.g., dorsal hump) as the fish mature can affect selection of salmon by gillnets as well, resulting in highly skewed sex ratios on the spawning grounds in some populations (Kendall and Quinn 2013). At the end of this chapter I address selection from fisheries in more detail, as one of many factors that may affect trends in the age and size of salmon.

The first level of variation in size and age is among species. Based on data from a wide range of sources, average lengths (in millimeters, from tip of snout to fork of tail) of female salmon are as follows: Chinook: 871 mm; steelhead: 721 mm; chum: 683 mm; coho: 643 mm; sockeye: 553 mm; pink: 522 mm; masu: 506 mm; and cutthroat: 413 mm (see fig. 6.2). These values represent the average of population-specific averages and thus estimate the central tendency for each species, integrating the variation in age at maturity and length at a given age. By and large, they track the general tendencies of the species to spawn in different habitats (Chinook in larger rivers, coho in smaller streams, etc.).

As an aside, measuring the length of salmon is not as simple as it might seem. Anglers often measure from the tip of the snout to the tip of the tail, which is the maximum length. Salmon species differ in how their tail is shaped, so biologists typically measure from the tip of the snout to the fork (middle, rather than upper lobe) of the tail. This works well enough for salmon at sea, but once they return to spawn, the jaws of males elongate, so this measurement greatly exaggerates their length relative to females and to their true body length. In many agencies biologists have standardized to measure from the middle or the back of the eye rather than the tip of the snout. Moreover, when the salmon are dead, it can be difficult to measure the fork of the tail, especially in females, whose tails can be literally worn to the bone by abrasion against gravel when digging their redds. Consequently, salmon carcasses are often measured to the hypural bone, a flat bone at the end of the spine and base of the tail. Given these various methods, there are records from different agencies reporting length measurements from the tip of the snout, middle of the eye, and back of the eye, to the hypural bone, fork of the tail, and tip of the tail. Conversion formulas are needed so that data collected in one stage of the life cycle can be properly related to data collected at some other stage, place, and time.

Back to the question of size, how big do salmon and trout get? I obtained the current record weights of fish caught according to strict recreational fishing guidelines (table 17.2). These values represent essentially the upper end of the distribution of the species (although larger fish may be caught commercially or by anglers and

TABLE 17.2. International Game Fish Association (IGFA) all-tackle world records for Pacific salmon, trout, and char species. These records represent the largest specimen of each species caught on sport-fishing tackle in adherence with IGFA rules reported to and approved by the organization as of February 6, 2017. These records exclude a larger coho salmon caught in the Salmon River, New York (a tributary of Lake Ontario, thus outside the native range) and a triploid (genetically modified) rainbow trout in Lake Diefenbaker, Saskatchewan, Canada.

| Pacific salmon | Location | Year | Weight (kg) |
|---|---|---|---|
| Chinook salmon | Kenai River, Alaska | 1985 | 44.1 |
| Chum salmon | Edye Pass, British Columbia, Canada | 1995 | 15.9 |
| Coho salmon | Cowichan Bay, British Columbia, Canada | 1947 | 14.1 |
| Sockeye salmon | Kenai River, Alaska | 1987 | 6.9 |
| Pink salmon | Stillaguamish River, Washington | 2001 | 6.7 |
| Masu salmon | Kuzuryu River, Fukui, Japan | 1995 | 5.2 |
| **Pacific trout** | | | |
| Rainbow trout | Bell Island, Alaska | 1970 | 19.1 |
| Cutthroat trout | Pyramid Lake, Nevada | 1925 | 18.6 |
| **Char** | | | |
| Lake trout | Great Bear Lake, Northwest Territories, Canada | 1995 | 32.7 |
| Arctic char | Tree River, Nunavut, Canada | 1981 | 14.8 |
| Bull trout | Lake Pend Oreille, Idaho | 1949 | 14.5 |
| Dolly Varden | Wulik River, Alaska | 2001 | 9.5 |
| Whitespotted char | Urbyeyah River, Okhotsk, Russia | 2006 | 7.9 |

not registered). However, the averages and the upper limits mask the interesting and important variation between males and females, among populations, and among individuals within populations—the main subject of this chapter.

Pacific salmon are quite young at maturity, compared with many marine and freshwater fishes of similar size. Pink salmon are invariably two years old, going to sea in their first year of life and spending a year and a half there. Chum salmon also go to sea as fry but vary in how long they stay. Based on the average of thirty-one population complexes from Alaska, British Columbia, and Washington with multiple years of data, the grand mean was 26.8% maturing at age-3, 62.1% at age-4, and 10.8% at age-5, with only trace numbers at other ages (Salo 1991). Mature coho are typically age-3 (with one full year in fresh water and a year and a half at sea) but sometimes age-2 (jacks) or age-4 if they spent two years in fresh water before going to sea (Sandercock 1991; Weitkamp et al. 1995). Other combinations occur (Drucker 1972), but coho other than two, three, or four years of age are unusual. Masu typically spend one or two years in fresh water and one or two at sea, and total ages of three or four are most common (Kato 1991). Sockeye, as noted above, have many combinations of years in fresh water (0, 1 or 2, commonly) and at sea (typically 2 or 3 but also 1 and

4). However, the vast majority are a total age-4 (1.2), age-5 (1.3 or 2.2), or age-6 (2.3) when they return to spawn (Burgner 1991; Gustafson et al. 1997). Chinook salmon may go to sea in their first or second year of life, and spend one to five years there (discounting mature parr and mini-jacks) for a total age of up to seven (Roni and Quinn 1995), although older fish may occur.

A summary of data from North American populations from Oregon, Washington, British Columbia, and southeastern Alaska reveals that, despite all the combinations of years in fresh water and at sea, the vast majority of Chinook are age-4 (37.1%), age-5 (36.8%), and age-6 (13.8%) if we simply average the means of males and females across the four regions (table 17.3). Stream-type fish predominate in the north and become a progressively smaller percentage toward the south: Alaska: 96.8%; British Columbia: 82.0%; Washington: 43.3%; and Oregon: 13.4%. Pooling the data this way is obviously not statistically rigorous, but the point is still valid. Moreover, consistent with the sockeye salmon data (see table 17.1), the older smolts spend fewer years at sea than younger ones. The compensation between fresh water and marine ages tends to reduce the variation in total age at maturity. Finally, these data show the preponderance of males among the younger ages. Thus it is safe to say that the vast majority of Pacific salmon are no more than six years old at maturity, and most are no more than four.

One of the most obvious (but neglected) sources of variation in age and size at maturity is between males and females. Males vary more in size at maturity than females and more in age at maturity too (except in pinks). Roni (1992) obtained data on the average length at maturity in 108 Chinook populations. The population-specific

**TABLE 17.3.** Percentages of male (M) and female (F) ocean-type and stream-type Chinook salmon maturing after 1 to 5 years at sea. Data represent the averages of 19 populations from southeastern Alaska, 29 from British Columbia, 37 from Washington, and 24 from Oregon. Values greater than 20% of that sex are in boxes for emphasis. (*Source*: Data from Roni and Quinn 1995)

| | | Ocean-type | | | | | Stream-type | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Area | Sex | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3 | 4 | 5 |
| Alaska | M | 0.0 | 2.0 | 0.3 | 0.2 | 0.0 | 15.8 | 30.6 | 30.8 | 19.1 | 0.4 |
| | F | 0.0 | 0.2 | 0.7 | 1.4 | 0.0 | 0.0 | 0.8 | 40.9 | 53.8 | 1.4 |
| British Columbia | M | 0.5 | 2.9 | 10.7 | 3.2 | 0.0 | 6.7 | 25.9 | 40.6 | 9.3 | 0.1 |
| | F | 0.0 | 0.9 | 14.1 | 3.5 | 0.1 | 0.1 | 9.8 | 58.1 | 13.2 | 0.1 |
| Washington | M | 3.0 | 12.8 | 27.8 | 11.9 | 1.6 | 2.3 | 28.5 | 11.9 | 0.1 | 0.0 |
| | F | 0.0 | 3.0 | 32.5 | 15.9 | 4.7 | 0.0 | 23.9 | 19.5 | 0.4 | 0.0 |
| Oregon | M | 12.3 | 21.3 | 35.5 | 14.6 | 2.4 | 1.0 | 10.6 | 2.4 | 0.1 | 0.0 |
| | F | 0.0 | 8.4 | 36.7 | 35.1 | 5.9 | 0.0 | 8.4 | 4.2 | 0.0 | 0.0 |

maximum sizes of males and females were similar, but males showed a much greater range of sizes than females, and for most populations the average male was smaller than the average female (fig. 17.1). This results from the fact that some males mature before the youngest females of the population, pulling down the average length of males. These may be anadromous individuals (jacks) or males that mature without going to sea, sometimes referred to as *precocious parr*. I do not know of a systematic study of the incidence of jacks and precocious parr in Pacific salmonids, but jacks are much more prevalent in coho and Chinook than sockeye, rare in chum, and absent in pinks. The rarity of jacks in chum salmon is curious because chum do vary in age at maturity. These alternative, small, male life-history types are less common in the species spawning at higher densities (pink, chum, and sockeye) than those generally found at lower densities (Chinook, coho, masu, steelhead, and cutthroat trout).

Sexually mature nonanadromous males are, to my knowledge, unknown in chum, exceedingly rare in pink salmon in their natural range (Hennick et al. 1968), rare in sockeye and coho, present in some Chinook salmon populations (photo 17.2), abundant in steelhead and cutthroat trout, and masu (photo 17.3). Masu salmon populations with entirely freshwater life cycles may have alternative male forms. For example, Yamamoto et al. (2000) described three different male life-history types in the nonanadromous masu of Lake Toya, Japan. The "standard" males reared for a year in a stream after emergence, then underwent the appearance of a smolt transformation, migrated to the lake, spent a full year there, and returned to spawn at age-3. There were also precocious parr that matured without leaving the stream. Finally, there




FIGURE 17.1. Mean lengths of male and female Chinook salmon from 108 populations throughout the range in North America. The measurement, from the back of the eye to the end of the spinal column, is not biased by the greater development of jaws in males compared with females at maturity, so the sexes can be properly compared. (*Source:* Roni 1992)

were so-called *puerile* males that migrated from the creek to the lake but retained parr marks even at sexual maturity. These three forms ranged in average length from standard (41 cm) to puerile (25 cm) to mature parr (11 cm). All the females were the standard form, averaging 50 cm. In anadromous populations some masu that mature as parr survive after spawning, later migrate to sea, and spawn again (Kato 1991; Tsiger et al. 1994), although the sea-run fish die after spawning.

In Chinook salmon, mature parr seem to be the fastest-growing males (primarily in stream-type populations), but the link between growth rate and maturation varies among populations (Taylor 1989; Spangenberg et al. 2015). That is, even if they grow at the same rate, a higher proportion of the males mature as parr in some populations than in others. Thus the tendency to mature is linked to growth, but the link differs between males and females, and varies among populations. These are the dominant factors affecting the "decision" to mature in a given year or to continue growing and mature in the future. Interestingly, under controlled conditions, male Chinook salmon that matured as parr could survive, grow, and spawn again the next year (Unwin et al. 1999; Mayer 2002), and even in a third year producing viable offspring (Unwin et al. 1999). Under natural conditions, the demands of gonad development and reproduction would leave these parr with insufficient energy to survive the unproductive fall and winter seasons. However, it is fascinating that even semelparity, which seems like such a fundamental trait of Pacific salmon, is more like a point along a continuum of life-history traits than an absolute state.

In addition to these male parr and the typical, large, anadromous males and females, Chinook salmon display two additional life-history variants. First, there




PHOTO 17.2. Sexually mature male Chinook salmon parr, Cedar River, Washington. Measurements on the board are in centimeters. (*Photo:* Thomas Quinn)



PHOTO 17.3. Sexually mature masu salmon parr from the Shiribetsu River, Japan. (*Photo:* T. Aoyama, Hokkaido Fish Hatchery)

are jacks, which migrate to sea and return a year younger than the females in the population. For example, most female ocean-type Chinook salmon go to sea in their first year of life and spend two or more winters there and return at a total age-3, -4, or -5; jacks would spend a single winter at sea and return at age-2. However, there are also so-called *mini-jacks*, males that spend only the summer at sea and return in the fall at an even smaller size. These mini-jacks are primarily a hatchery phenomenon, resulting from the abnormally large size and fast growth prior to release (Vøllestad et al. 2004; Larsen et al. 2006). Despite their diminutive size, these little males (about 30 cm long) can migrate from their natal river in Oregon to the estuary of the Columbia River and back, covering some 1600 km in a summer (Zimmerman et al. 2003). Even more impressive were mini-jacks that went from Idaho to the estuary and back, a 2600 km round trip, in about four months (Johnson et al. 2012).

One complication in the study of alternative male life-history patterns is that such small males are difficult to accurately census in wild populations. Survey crews are much more likely to see and recover carcasses from large fish than small ones. For example, age-2 male Chinook (jacks) were underestimated by 75% relative to their actual abundance, and age-6 males were overestimated by 21% on the Salmon River, Oregon (Zhou 2002). Mature parr would be even more difficult to sample accurately. However, if all salmon can be counted in the river (e.g., at a trap or a hatchery), the apparent proportion of jacks will be an overestimate because they are much less vulnerable to fishing than are the larger and older males.

Jacks and mature parr reflect the alternative pathways to reproductive success in males: aggressive competition and sneaking. Even in species without jacks, males

vary more in age at maturity than females. For example, Beacham and Starr (1982) sampled Fraser River chum salmon and found that males were more common at age-3 (54%) and age-5 (57%), whereas 56% of the fish age-4 were females. There seems to be a single female strategy, dedicated to egg production and nest defense. There is little payoff for a female to mature at a very small size because she could not produce enough eggs to match the lifetime mortality of her progeny. Thus we regularly see jacks but very few jills, as such early maturing females might be called. The longer females stay at sea, the larger they grow, and so the greater their potential reproduction. However, the benefits of increased size at maturity must be balanced against the risk of mortality with every passing year at sea. Healey (1986) modeled the benefits of longevity in terms of growth and fecundity against mortality and showed that each set of conditions produces an optimum age at maturity for females. Interestingly, the calculated optimal ages at maturity tended to be lower than the observed ages, indicating that there may be benefits of large size for females in addition to fecundity (such as bigger eggs, deeper nests, etc.).

In addition to the variation in age at maturity between males and females, there is also a well-known (but seldom studied) tendency for males to be larger at a given age than females. In a number of Iliamna Lake, Alaska, sockeye populations, males consistently averaged about 2 cm larger than females for a given age (Blair et al. 1993). Sockeye from two tributaries of Lake Aleknagik, Alaska, provide an example (table 17.4). Males were consistently longer for a given age than females, and at a common length the males were heavier as well, so they were putting on much more weight than females in the same period at sea. In pink and chum salmon, males also tend to be larger than females (Beacham and Murray 1985). From an evolutionary standpoint we might conclude that larger size confers a greater benefit for reproductive success in males than in females. From a mechanistic standpoint we might ask how males accomplish their more rapid growth. Do they have a faster metabolism and a higher intrinsic growth rate, or do they eat more, or differ in foraging behavior that affects growth? It would seem possible to do experiments or field sampling to address these questions, but this subject has not been extensively investigated.

TABLE 17.4. Average length (mid-eye to hypural plate) of male and female adult sockeye salmon from two nearby streams that spent a year in Lake Aleknagik, Alaska, and two (age 1.2) or three years (age 1.3) at sea, and the average weight, adjusted to a common length of 450 mm. (*Source*: Thomas Quinn, unpublished data)

| Stream | Sex | Age 1.2 length (mm) | Age 1.3 length (mm) | Weight (g) at 450 mm |
|---|---|---|---|---|
| Bear Creek | Female | 420.6 | 485.4 | 2201 |
| | Male | 445.6 | 507.5 | 2531 |
| Hansen Creek | Female | 414.4 | 475.7 | 1995 |
| | Male | 424.6 | 484.4 | 2144 |

The generalization that males are larger than females, for a given age, has a fascinating exception. Holtby and Healey (1990) pointed out that in many coho salmon populations, females were larger than males of the same age (a full year at sea plus the second summer). In these populations the sex ratio was skewed, with more males than females. They hypothesized that growth and survival are linked. In some populations both sexes enjoy similar survival rates and males grow larger than females. However, in other populations, for unknown reasons, large size is especially favored in females but their growth requires more aggressive feeding, which comes at the cost of increased mortality. Female coho salmon were caught in troll fisheries (i.e., baited hooks or lures) more often than males, and the authors interpreted this as evidence that the females were feeding more aggressively. A subsequent study found that males tended to be caught more in sport fisheries using lures and bait than in purse seines in the same area, also suggesting that males and females may forage differently (Holtby et al. 1992). It is unclear why large size might be specifically favored in female coho salmon, but Anderson et al. (2010) reported that increased body size had a greater effect on reproductive success in female coho compared to males based on DNA parentage analysis.

Do male and female coho differ in survival and growth rates throughout life or just at sea? Adults from Big Beef Creek, Washington, were preponderantly males and the females tended to be larger as adults (David Seiler, Washington Department of Fish and Wildlife, personal communication). Over twelve years, counts of upstream migrants revealed only 34.8% females, with 42.9% adult males, and 22.3% jacks. Over a sixteen-year period, females averaged 58.2 cm versus 53.5 cm for males, not including jacks, but of these adults only 45.8% were females. The smolts from this population were evenly divided between males and females (Spidle et al. 1998), so the lower survival of females occurred at sea, not in fresh water.

Extensive data on sex-specific growth in fresh water and at sea were reported for coho salmon at the Quinsam River hatchery on Vancouver Island (Bilton et al. 1984; Morley et al. 1988). Male smolts were slightly but consistently larger, not smaller, than females, whereas females were much larger than males as adults. In contrast to coho salmon, females are smaller but more abundant than males among the adult Bristol Bay sockeye salmon (Kendall and Quinn 2013). Indeed, this biased sex ratio was noted decades ago but seems to have gotten little attention. The total run (catch plus escapement) to the Nushagak District of Bristol Bay was tallied from 1946 to 1959 (Mathisen et al. 1963). In each of these fourteen years the females outnumbered the males, ranging from 52.3% to 61.4% females, with an average of 55.4% versus 44.6% males. These differences in size and survival between sexes are intriguing and certainly merit further investigation.

Besides the differences in age composition and size between sexes, there are well-documented patterns among populations at both regional and local scales. For example, pink and chum salmon tend to be smaller for a given age in northern compared to southern locations (fig. 17.2). In chum salmon this tendency is matched by




FIGURE 17.2. Mean lengths of age-4 chum salmon (males and females combined) (*Source:* Salo 1991) and mean weight of adult pink salmon (*Source:* Takagi et al. 1981) from a range of North American locations arranged along the coast from north to south.

TABLE 17.5. Percentage of chum salmon maturing at age-3 through age-6, averaged over twelve populations or population complexes from Alaska, nine from British Columbia, and ten from Washington. Sample sizes and periods of record vary, but only sites with multiple years of data were included. (*Source:* From table 7 in Salo 1991)

| | Percentage of chum salmon (%) | | | |
|---|---|---|---|---|
| Region | Age-3 | Age-4 | Age-5 | Age-6 |
| Alaska | 15.0 | 68.1 | 16.8 | 0.2 |
| British Columbia | 28.6 | 57.8 | 12.7 | 0.7 |
| Washington | 39.5 | 58.6 | 1.9 | 0.0 |

a tendency to mature at older ages farther north (table 17.5), so the absolute size at maturity reflects both age and size at age (Salo 1991). Sockeye salmon from the southern part of the range tend to spend only two years at sea, whereas more northerly populations more often spend three years at sea (Burgner 1991), and the modal age at maturity for Chinook salmon shifts from mostly three years in California, to four in Oregon and Washington, to four and five in British Columbia, and to mostly five in Alaska (Myers et al. 1998). The increase in age with latitude in Chinook reflects both a shift to stream-type (older) juveniles in the north and longer periods spent at sea (see table 17.3). Considering all ages, Chinook from northerly populations tend to be larger than southerly populations (Roni and Quinn 1995), and this tendency is even stronger in Dolly Varden (Maekawa and Nakano 2002; and see photo 17.4). Such



PHOTO 17.4. Large male Dolly Varden captured by Michael Courtenay (shown) on the Kongakut River, Alaska, for a tagging study. (*Photo:* Andrew Seitz, University of Alaska, Fairbanks)

regional variation is presumably a consequence of general patterns in productivity of the ocean, although rivers in different regions might also have some common traits that would favor fish of one size or another.

There is also a great deal of variation in size at much more local scales that cannot be explained by differences in growing conditions. For example, Beacham and Murray (1987) sampled chum salmon in many British Columbia rivers and found larger fish, on average, in the larger rivers. They concluded that these size differences were evolutionary adaptations to differences in gravel size for spawning and predation risk to adults in small streams versus large rivers. Similarly, sockeye salmon spawning in larger tributaries of the Wood River lakes of Bristol Bay tended to spend three years at sea, whereas those in smaller streams tended to mature after two years (Rogers 1987). Consistent with the chum salmon results, the sockeye in large rivers were not only older but larger for their age, probably an evolutionary consequence of selection for large size in deep rivers with large gravel, and the lack of size-selective bear predation in larger streams (Quinn, Wetzel et al. 2001). For example, Hansen Creek sockeye salmon are younger on average, shorter for a given age, and lighter for a given length than those from Bear Creek, just a few kilometers away in Lake Aleknagik (see table 17.4). The juveniles rear in the same lake, almost all migrate to sea after a single year in fresh water, have access to similar areas at sea, and return and spawn at the same time. Thus the differences in size at maturity can only be explained by evolutionary processes, not growth opportunities.

The evidence, reported above, indicating that stream conditions drive the evolution of size in adult salmon runs headlong into a most puzzling exception. Even- and odd-year runs of pink salmon presumably experience the same average conditions in rivers, yet North American pinks are smaller on even-year lines than odd-year lines. The average weights of pink salmon taken in British Columbia fisheries were lower on even than odd years in the north coast (1.87 kg vs. 2.09 kg), the central coast (1.75 kg vs. 2.10 kg), and south coast (1.85 kg vs. 2.36 kg) over the years 1946–1958 (Godfrey 1959). This is not because the odd-year lines experience less competition. Quite the opposite: odd-year runs tend to be more numerous but are larger despite this apparent competition. One might also speculate that the even-year and odd-year runs occupy different rivers and for some reason the rivers favoring even-year pinks were smaller, thus the difference in commercial catch data on body size. However, in three British Columbia rivers with both lines (the Glendale, Quinsam, and Puntledge rivers) pink salmon of both sexes were larger in the odd-year line (Beacham and Murray 1985). This difference in size between lines is most pronounced in southern areas and less so in the north, and less pronounced in Asia than in North America (Heard 1991).

## What Controls Variation in Age at Maturity?

As with so many things in life, the age at which salmonids mature is controlled by a combination of nature and nurture: genetic and environmental factors. Genetic control over age at maturity might be inferred from the patterns of local variation among populations just described, and many experiments support this inference. For example, Hard et al. (1985) reared Chinook salmon from the Chickamin and Unuk rivers, Alaska, and released them from a common hatchery. The rates of early maturity (age-4 or younger) were much lower in the Chickamin River males compared to Unuk River males (5.4–16.7% vs. 70.6–96.0%), reflecting the patterns in the native populations. In addition to such population-level comparisons, salmon can be produced in hatcheries by mating males of different ages with females, marking the progeny, and comparing their ages at return. Jack Chinook salmon from the Elk River, Oregon, produced 68% jack sons, compared with 16% from older males (Hankin et al. 1993). Heath et al. (1994) reported a smaller but still significant effect; under controlled rearing conditions, 44.8% of the male Chinook sired by jacks became jacks, compared with 26.9% of the males with older fathers. Similarly, University of Washington hatchery coho salmon sired by jacks had 10.6% jack offspring, compared with 2.2% of those sired by older males (Iwamoto et al. 1984). Parental control of the age at maturity of offspring is not just related to the production of jacks. Cowlitz River steelhead that had spent two years at sea produced mostly ocean age-2 offspring (57.0% vs. 43.0% ocean age-3), whereas ocean age-3 parents produced 79.4% ocean age-3 fish versus 20.6% ocean age-2 (Tipping 1991).

The abundant correlative and experimental evidence for genetic control over age at maturity must be balanced by equally abundant evidence of environmental

control. For example, Appleby et al. (2003) produced groups of juvenile coho salmon sired by older males and by jacks, then released representative of each group as large (about 38 g) and normal (about 24 g) smolts. The percentage of the smolts released that survived and returned as jacks ranged from 1.4% for the large smolts sired by jacks, to 0.6% for the large smolts sired by older males, to 0.4% from the normal-size smolts sired by jacks, and 0.2% for the normal-size smolts sired by older males. Thus having jacks as fathers roughly doubled the proportion of jacks in the offspring, and the difference in smolt size roughly tripled the proportion of jacks.

The environmental control operates in a manner similar to that controlling the age of smolt transformation; rapid growth is associated with early transition. It has been known for decades that the fastest-growing salmon of a given cohort (population and year class) tend to mature early, leaving the slower-growing individuals at sea. Thus the fish that are large at maturity are actually the slowest-growing members of the population. For example, Parker and Larkin (1959) estimated the growth history of Chinook salmon that matured at different ages. The salmon maturing at a given age were consistently larger than representatives of the group that matured later. Similar data on chum salmon (Ricker 1964) showed the same pattern; maturing fish were larger than immature fish of the same age (table 17.6). Another way of showing the link between growth and maturation is to examine the average sizes of salmon caught in a given area, separated by number of years spent at sea and by state of maturation. Such data on chum salmon (fig. 17.3) reveals that the maturing fish were much larger than the fish of the same age that were not going to mature that year (LaLanne 1971). Some aspect of size or growth rate determines whether individuals will mature or stay at sea another year. Kaeriyama (1998) reported that the tendency to release more juvenile chum salmon from Japanese hatcheries resulted in slower growth and an increase in average age (fig. 17.4), so these patterns have consequences for entire populations (consistent with the Bristol Bay sockeye salmon data presented in Chapter 16 [see fig. 16.6]).

TABLE 17.6. Back-calculated lengths of salmon at different ages, as a function of their final age at maturity: Chinook salmon data (*Source*: From table 6 in Parker and Larkin 1959) and chum salmon data (*Source*: From table 5 [Columbia River] in Ricker 1964).

| Species | Age at maturity (year) | Average length at a given age (mm) | | | | |
|---|---|---|---|---|---|---|
| | | 2 | 3 | 4 | 5 | 6 |
| Chinook salmon | 2 | 266 | | | | |
| | 3 | 220 | 508 | | | |
| | 4 | 183 | 466 | 676 | | |
| | 5 | 171 | 425 | 622 | 813 | |
| | 6 | 122 | 368 | 549 | 730 | 917 |
| Chum salmon | 3 | 565 | 725 | | | |
| | 4 | 512 | 655 | 777 | | |
| | 5 | 488 | 585 | 668 | 762 | |




FIGURE 17.3. Length at age of maturing and immature Asian chum salmon sampled at sea during summer, 1955–1966. (*Source:* LaLanne 1971)

Because maturity is linked to size or growth rate earlier in life, it is not surprising that smolt size and early growth rate at sea affect maturation. As noted earlier, large smolts are more likely to return as jacks than smaller smolts. For example, cohorts of coho and Chinook salmon smolts from the University of Washington hatchery populations that were large at release produced higher proportions of jacks in both species (Vøllestad et al. 2004) and younger female Chinook salmon (fig. 17.5; Quinn et al. 2004). The effects of smolt size on age at maturity can be seen in wild populations as well. For example, data on ages of 22,468 adult sockeye returning to Iliamna Lake, Alaska (University of Washington, unpublished data), revealed that there were more than five times more jacks from age-2 smolts than from age-1 smolts (1.79% vs. 0.33% of all adults). The age-2 smolts also produced fewer adults that spent three rather than two years at sea compared to age-1 smolts (25.0% vs. 32.6%). This information, based on cohorts of salmon, is consistent with data reported for individual wild Chinook salmon measured and tagged in the John Day River, an Oregon tributary of the Columbia River (Tattam et al. 2015). Larger smolts and those leaving early in the season were more likely to return at a younger age than smaller smolts and those leaving later in the season.

## Longevity and Size in Iteroparous Trout and Char

Pacific salmon mature only once and die after the breeding season and are very short-lived, but the age and size at maturity are much more complicated and variable in the iteroparous species; comparisons between anadromous and nonanadromous




FIGURE 17.4. Relationship between the number of adult chum salmon returning to Hokkaido hatcheries and the average age at maturity for brood years 1963–1993. (*Source:* Kaeriyama 1998)




FIGURE 17.5. Relationship between the annual average size of Chinook salmon smolts and the percentage of young (age-3, the rest being age-4 or a very few at age-5) females returning to the University of Washington hatchery from brood years 1955–1996. (*Source:* Quinn et al. 2004)

populations are therefore especially complicated. How long do steelhead live, and is this similar to rainbow trout? As noted earlier (see table 12.2), steelhead typically spend one to four years in streams before going to sea (fewer years in the south than the north). Most then spend one to three years at sea before returning to spawn for the first time. Data on returning adults from fifty-nine populations indicated that, on average, 18.3% spent one year at sea, 58.6% spent two years, 21.9% spent three years, and 1.2% spent four (Busby et al. 1996).

Thus most steelhead are four to six years old when they first spawn, although of course there is quite a range, and steelhead in Alaska tended to spend more years at sea than those farther south. The proportion that returns to spawn in subsequent years is low but variable. Data on twenty-six populations showed an overall average of 89.7% on their first spawning run, 8.5% on their second, 1.7% on their third, and trace numbers returning four or five times (Busby et al. 1996). The proportion of repeat spawning steelhead was lower in stream-maturing than ocean-maturing steelhead (7.3% vs. 11.4%). The low proportions of repeat spawning reflect both the natural tendency and the effects of fishing, which reduces the chances that a steelhead returns to spawn multiple times. Regardless, it is probably safe to say that in North America few steelhead are more than six or seven years old.

The size that steelhead achieve depends on both age and reproductive history. For example, scales were removed from wild Forks Creek, Washington, steelhead returning to the river to compare the lengths of females as a function of years spent at sea and repeat spawning (Quinn, Seamons et al. 2011). Not surprisingly, those that had spent two years at sea were smaller than those that had spent three (662.7 mm vs. 765.8 mm). In addition, fish that had returned to spawn in a previous year were smaller (739.3 mm) than females of the same age (i.e., three years at sea without returning: 765.8 mm). This difference reflects the time spent in the river reproducing rather than feeding at sea and also the energetic demands of egg production for the repeat spawning females.

The size of rainbow trout varies enormously, depending on whether they feed in streams or lakes, and the food available to them. Moreover, some bodies of water outside the native range produce enormous trout such as Lago Strobel, Argentina, where rainbows up to 10 kg are not uncommon. However, if we only consider their native range, in most cases a stream-resident trout over 50 cm is a big trout. The main exceptions are in rivers with special feeding opportunities, especially salmon eggs. Lake-rearing (adfluvial) rainbow trout can also get large, especially if they have suitable spawning habitat and sufficient food resources because the risk of mortality in lakes is probably lower than in streams. Large size in adfluvial trout is often spurred by access to salmon or kokanee eggs and juveniles—for example, in large lakes of the Fraser River system and Bristol Bay. In Iliamna Lake, Alaska, Seidelman et al. (1973) trapped rainbow trout in two of their major spawning rivers (both of which also support large sockeye populations, on whose eggs the trout feed). The trout matured

late in life and grew large; those in the population growing slower (the Copper River) matured later than those in Lower Talarik Creek (table 17.7). Subsequent sampling in the Lower Talarik Creek and Kvichak River populations revealed that of the trout age-4 and older, 9% were age-8, 3% were age-9, and 1% were age-10 (Minard et al. 1992). Thus even in a system with abundant food and protective fishing regulations, very few rainbow trout exceed or even reach ten years of age, and coastal cutthroat tend to be smaller and younger (Trotter 1989).

In general, salmonids often grow faster at sea than they do in fresh water, as shown by the difference in size at age between sockeye and kokanee (Wood and Foote 1996). The large adfluvial rainbow trout grow so big because, in essence, the ocean comes to them so they do not have to go to the ocean—a form of reverse anadromy. Trout residing in small streams often grow slowly; Fuss (1984) reported that age-5 cutthroat in the Clearwater River system of coastal Washington were only 234 mm long. However, anadromous trout are not necessarily large. For example, the age-6 anadromous cutthroat at Eva Lake, Alaska, were only 306 mm (Armstrong 1971) and those from Sand Creek, Oregon, were 366 mm (Sumner 1962), but the adfluvial ones in Lake Washington averaged 491 mm (Nowak et al. 2004). Thus the expectation that anadromy leads to bigger fish is appealing from a theoretical perspective (Gross 1987), but it is contradicted by myriad local patterns of growth opportunity and of natural selection. Large size is not always best; in some small streams big fish may be too vulnerable to predators, so evolution favors early maturity at a small size. In addition

TABLE 17.7. Growth and maturity schedules of rainbow trout in two tributaries of Iliamna Lake, Alaska, sampled in summer of 1972 (*Source:* Seidelman et al. 1973). "Age" refers to the number of full years (i.e., winters) of life, and "percentage of spawners" refers to the percentage of all spawning fish of each age. A single age-11 fish 808 mm long from Lower Talarik Creek was omitted from the table.

| | Lower Talarik Creek | | Copper River | |
|---|---|---|---|---|
| Age (years) | Percentage of spawners (%) | Length (mm) | Percentage of spawners (%) | Length (mm) |
| 0 | 0.0 | no data | 0.0 | 40 |
| 1 | 0.0 | no data | 0.0 | 71 |
| 2 | 0.0 | 143 | 0.0 | 85 |
| 3 | 0.0 | 179 | 0.0 | 154 |
| 4 | 0.0 | 216 | 0.0 | 212 |
| 5 | 2.3 | 270 | 0.0 | 263 |
| 6 | 9.3 | 353 | 0.9 | 351 |
| 7 | 38.9 | 496 | 12.8 | 416 |
| 8 | 34.9 | 584 | 48.7 | 467 |
| 9 | 9.3 | 661 | 26.5 | 527 |
| 10 | 4.7 | 688 | 11.1 | 598 |

to the differences between anadromous and nonanadromous fish, and between fluvial and adfluvial ones, there are also differences in life history between fluvial resident populations and fluvial populations that migrate within river systems, giving them access to different prey. Meyer et al. (2003) sampled Yellowstone cutthroat trout in eleven Idaho rivers and streams and found that migratory trout matured later in life and at a larger size than resident trout.

The clearest exceptions to the "trout do not live long" rule come from the char species (fig. 17.6). There were substantial numbers of age-8 and age-9 bull trout in




FIGURE 17.6. Length-at-age data for three populations of Arctic char and three of lake trout, as summarized by Johnson (1980), and Scott and Crossman (1973), respectively, from multiple original sources. The populations differ in growth but do not fully represent the range of size in either species.

Lake Pend Oreille, Idaho, and some as old as fourteen (McCubbins et al. 2016). Tallman et al. (1996) reported that anadromous Arctic char populations were larger than nonanadromous char at age-5 (median: 270 vs. 208 mm), matured later in life (mean age 8.0 vs. 4.5), lived longer (13.5 vs. 10.0 years), and had much higher fecundity (2648 vs. 264 eggs). In general, Arctic char are long-lived. Johnson (1980) gathered data from fifteen populations and in thirteen of them fish age-10 or older were found. Ten populations had fish at least age-15, four populations had fish at least age-20, two populations reached age-25, and one reached age-30. Lake trout are also very long-lived, exceeding thirty or even fifty years of age in some populations (Miller and Kennedy 1948; Swanson et al. 2010), although fishing mortality reduces the number of fish that survive to their natural "ripe old age." I graphed data on three populations of Arctic char from Johnson (1980) and three of lake trout from Scott and Crossman (1973) to illustrate the variation in growth trajectories among them. They differ not only in maximum size but in the patterns of growth over their lives.

## Downward Trends in Age and Size of Pacific Salmon

There are myriad patterns of size and age among salmonids, but are there any trends over time? More than three decades ago, Ricker (1981) summarized data indicating declines in the average age or size at a given age in many (but by no means all) salmon populations. Since then, many researchers have compiled additional data to examine trends in size and age (Bigler et al. 1996) and to relate the trends to changes in ocean temperature, food supply, competition (Ishida et al. 1993) and interactions among these factors (Pyper and Peterman 1999; Seo et al. 2011). Many of these papers have been mentioned in this and the previous chapter, and there are others as well. Several points may be made. First, the declines in some cases were very dramatic and prolonged, so there was good reason for concern from a conservation standpoint. Second, sometimes the average size rebounded or the trends differed among salmon species (Jeffrey et al. 2017). Third, many causal factors interact with each other to affect size. For example, mild climate conditions might increase survival rates in fresh water and at sea, causing competition and reducing growth, even though by itself the milder climate might have enhanced growth, so the effects were offsetting.

As a way to cut through all the complexity, I elected to go back to Ricker, a pioneering researcher in so many aspects of salmon biology. He reviewed the data and proposed several hypotheses to explain such declines in Chinook salmon (Ricker 1980), so some hypotheses do not apply to all salmon species. The hypotheses are also not mutually exclusive; several may operate on some populations. Taken together, however, they are an excellent review of the subject. I have reordered Ricker's hypotheses into themes, rephrased them, and added some hypotheses but tried to preserve the essence of his ideas.

### *Theme 1: Biased Data*

Declines in size might result from statistical artifacts rather than changes in salmon themselves. For example, if the fishermen formerly caught mature fish near the river mouth but gradually shifted to fishing earlier in the season and farther away, the average size of fish in the catch would decrease because they have not finished growing. These and other shifts in the gear, timing, and location of fishing can affect the average size in the catch, and they complicate analysis of trends in fishery statistics. In addition to such within-season processes, increased fishing pressure might cause more fish to get caught in the year before they would have matured, and this would also cause the average size in the catch to decline. This hypothesis is particularly relevant to Chinook salmon because they are often caught in years prior to maturation if they are feeding along the coast. In addition, there was a rapid increase in Japanese high-seas gillnet fishing starting after 1950 to a peak of forty million to fifty million salmon a year from 1955 through 1960, and then a decline in catches (Harris 1987). This fishery decreased the survival of salmon at sea and in so doing likely reduced the proportion of older salmon that reached natal rivers in Bristol Bay, for example. The general point is that changes in fishing can have substantial effects on the size and age of fish observed, and this source of bias must be recognized.

### *Theme 2: Genetic Changes*

Three types of genetic changes might contribute to declines in size or age at maturity. First, the size of salmon varies among populations, and if the populations producing very large fish were reduced or eliminated, then the overall average would go down. For example, if the Chinook salmon produced in the upper Columbia River were especially large, their elimination by the Grand Coulee Dam would reduce the average. Second, fisheries (e.g., trolling for Chinook or high-seas fisheries) catching immature salmon would favor fish maturing at a younger age because they would be more likely to survive and breed. Third, fishing gear (especially gillnets) can selectively catch larger fish (either older fish or larger fish for a given age), thus favoring the survival to reproduction of younger, smaller fish in that population. Growth rate and age composition are heritable, as we have seen, so this is plausible in some cases. These patterns have been recognized for many decades (Todd and Larkin 1971) and apply to fishes other than salmon, but recent work on Bristol Bay sockeye salmon provide an especially good example of the patterns of selection and apparent effects on body size (Kendall et al. 2009, 2014).

In addition to possible shifts in size within a given population, if multiple populations are fished in common but differ in size at maturity, some will inevitably be fished harder than others (Kendall and Quinn 2009). However, larger fish are not necessarily more vulnerable to gillnets. Rather, each mesh size is most selective for

a particular size of fish, and so in some cases the largest and smallest fish are less vulnerable than fish of intermediate size, further complicating assessment of changes in body size over past decades.

### *Theme 3: Environmental Changes*

Physical changes in the ocean environment such as temperature, salinity, upwelling, plankton production, and competition (salmon density) could affect growth and thus size at a given age or age structure. As we have seen, Ricker (1980) was prescient in this regard, as the decades that followed his paper have seen abundant evidence of these kinds of effects over broad geographic areas. For example, growth and age at maturity of sockeye salmon were strongly correlated with ocean temperature and the density of conspecifics, and growth rates were correlated among populations over a large area (Pyper and Peterman 1999; Pyper et al. 1999). Growth is also affected by the density of other species, notably pink salmon, which has changed over recent decades (Ruggerone and Connors 2015). However, growth is also affected by local physical conditions (Wells et al. 2008), which may not be correlated with conditions elsewhere so not all populations will show the same patterns. Overall, it is not clear that shifting environmental conditions (biotic and abiotic) are a sufficient explanation for all long-term trends in size and age, although they are certainly very important and may have controlling effects in some cases.

### *Theme 4: Effects Related to Hatchery Propagation*

Hatchery propagation of salmon can affect size and age at maturity in two ways. First, hatchery smolts tend to be larger than local wild fish, as a consequence of heavy feeding and also elevated temperatures in some cases. Larger smolts tend to mature at an earlier age than smaller ones, as discussed previously, so hatchery propagation can reduce age at maturity. For example, wild Chinook salmon from the Hanford Reach population in the Columbia River were significantly older than representatives of their population produced in the nearby Priest Rapids Hatchery (Norris et al. 2000). Of the wild fish, 44% were age-4 and 56% were age-5, compared to 70% age-4 and only 30% age-5 among the hatchery fish (considering only these two dominant age groups).

The second possible hatchery effect is a genetic one. Staff in many hatcheries favored large fish for spawning and often systematically excluded jacks, based on the sense that large fish would produce large fish. However, the jacks are actually the fast-growing fish, so by preventing them for spawning the hatchery staff were selecting for slow growth. Even when selection is not deliberate, there may be subtle tendencies to spawn large fish and fish that arrive early, which tend to be large (McLean et al. 2005).

All of these hypotheses have merit, although they are not all equally relevant to all species. Taken together, they give a good picture of the kinds of factors that can affect

age and size of mature salmon. It is important to bear in mind that not all trends are downward. Indeed, Ricker (1995) reported several areas where Chinook size declined until the late 1970s (when his earlier paper was written) but then increased, and recent analyses have shown this as well (Jeffrey et al. 2017). Moreover, many populations are exposed to a combination of these effects, depending on the nature of the data being examined, whether the salmon are wild or hatchery-produced, the gear and regulations of the fisheries exploiting them, and the region of the ocean where they feed. Nevertheless, declines in size are still evident in many datasets, and they are large and puzzling enough to raise concerns among managers. Recently, Lewis et al. (2015) reported multidecadal declines in average size in ten Alaskan Chinook salmon populations. Curiously, not only did they see a decline in average age at maturity (which might occur if the fish were growing faster) but the fish were also smaller for a given age. This unusual combination of changes was not entirely explained by selective fishing, nor by environmental conditions at sea.

## Summary

Information on the age of salmon and trout is critical for understanding their basic biology and population dynamics. We determine the fish's age by examination of annual rings, visible on scales or otoliths, and from tags or marks we give them. The age-designation systems are designed to reveal not only the total age of the fish but the number of years spent in fresh water and at sea, and each breeding event for the iteroparous ones. Salmon are generally not long-lived and spend few years at sea (typically one plus a summer for coho and pink salmon, two or three for sockeye, two to four for chum and Chinook), but populations in the northern part of the range tend to be older, spending more time in both fresh water and at sea. In addition to these latitudinal patterns, there is local variation in age, related to site-specific regimes of selection and growing conditions.

In general, rapid growth leads to earlier maturity, but age at maturity is also under genetic influence. Besides variation in growth and maturity schedule among species and populations, males tend to grow faster at sea than females (with coho being a noteworthy and fascinating exception) and vary more in age at maturity, including the incidence of mature parr as well as jacks in many species. However, males and females may experience different survival rates at sea, and this phenomenon merits further study. Iteroparous trout and char vary greatly in growth rate, depending on their habitats (stream, lake, or anadromous), access to salmon eggs, fry and smolts as food, and the prevailing thermal regimes and productivity of the habitats. Finally, declines in age or size have been observed in many populations of Pacific salmon over the past decades. Several hypotheses, related to natural and human-related processes, have been proposed to explain these declines and all have merit for at least some species and populations.

CHAPTER 18

# Salmon and Trout Transplants

Salmonids are native only to the Northern Hemisphere, and each species is restricted to more limited range in the north. Atlantic salmon and brown trout are native only to the Atlantic Rim, and brown trout only to the European side. Cutthroat and bull trout are native only on the North American side of the Pacific Rim, and masu salmon and whitespotted char on the Asian side, for examples. However, the singular importance of these fishes in commercial and recreational fisheries has resulted in an extraordinary history of transplants outside their native range. Self-sustaining runs were established so long ago that some anglers are unaware that the trout they catch in Argentina, New Zealand, or South Africa did not originate there. Each transplant has a fascinating history, often involving a mix of local skeptics as well as ardent proponents working against long odds to bring the fish in. Moreover, there have been extensive transplants within the native range as well, and this chapter considers the ecological aspects of both kinds of transplants, and the lessons they provide for salmon and trout evolution.

## Transplants to the Southern Hemisphere

Salmonid transplants, primarily in the late nineteenth and early twentieth centuries from Europe and North America, were part of a broad movement of plants and animals as people from these areas established settlements around the globe. They brought crops for food, flowers for gardens, songbirds for enjoyment, game birds and mammals to hunt, and fish for angling. One can envision these sailing ships or steamships, provisioned for the voyage to support the crew, but also holding a menagerie of rabbits, red deer, and other creatures. McDowall's (1994) fascinating book on the colorful history of the "acclimatisation societies" dedicated to this effort in New Zealand and Australia provided not only details as to which fish came from where, and when, and how, but the social context of the transportation. Readers might briefly contemplate the logistical problems associated with spawning adult salmon in the fall and bringing their live, developing embryos by sailing ship in the 1860s and 1870s from Europe across the equator and around to Australia, keeping the embryos cool and wet in tropical conditions until they could be released as fry in a suitable river.

The colonizers brought fish for angling because in many cases the southern rivers and lakes had very few fish species and still fewer were large enough to entertain anglers. The equatorial parts of South America, Africa, and Asia (for example, the

Amazon, Congo, and Mekong river systems) have tremendous fish diversity and many very large fish species, but farther south the diversity diminishes greatly, especially on islands. In some cases trout thrived after they were released into rivers and lakes with few predators and few aggressive competitors. Cool, clear stream water, moderate gradient, and the gravel and insects found in such streams are about all that trout require, and the presence of a lake is even better. The distributions of species as of the mid-twentieth century were reported in a series of papers by Hugh MacCrimmon and coauthors: rainbow trout (MacCrimmon 1971), brown trout (MacCrimmon and Marshall 1968; MacCrimmon et al. 1970), brook trout (MacCrimmon and Campbell 1969), and Atlantic salmon (MacCrimmon and Gots 1979). For more recent information on transplants, readers can consult Crawford and Muir (2008).

In addition to the past transportation of fishes to South America for release, recent decades have seen a large net-pen aquaculture program for salmonids in Chile, and escapees have been successfully breeding, establishing new populations, and rapidly expanding their ranges in Chile and Argentina. Not all species seem equally adept at colonizing. Rainbow and brown trout have been established for a long time and persist; coho and Atlantic salmon are extensively used in aquaculture but have been relatively unsuccessful as colonists, whereas Chinook salmon spread rapidly. The successes and failures of species seem to be determined by a complex combination of factors, including the life-history traits of the salmon or trout in question, its tolerance for the environmental conditions, interactions with native species and previously established salmonids, and human activities (Arismendi et al. 2014).

I mention these salmonids, so far from home, for several reasons. First, they are an example of a wider phenomenon—the ecological effects of non-native fishes on freshwater communities around the world (Casal 2006). These communities have been greatly affected by deliberate transplants (such as salmonids), accidental introductions, and invasions of fishes (Cucherousset and Olden 2011). Many communities have been disrupted by non-native species, and this is part of a global pattern of biological homogenization as plants and animals are moved from place to place and habitats are altered (Rahel 2002). Salmonids feed heavily and grow rapidly, and they evolved under high levels of density-dependence and so tend to be good competitors. The stream-rearing species are characteristically aggressive, and most salmonids readily eat other fishes when they get the chance. However, the realized effects of introduced salmonids on native fishes depend; the ecological context is very important. For example, the patterns of native fishes and non-native salmonids in Patagonia, Argentina, were associated with habitat (stream or lake, and physical attributes of the lakes), latitude, and altitude (Aigo et al. 2008). This is hardly surprising—even in their native range we do not see every salmonid species in every river, so many factors affect their distribution and density. Moreover, native fishes may be affected by many processes in addition to (but often coincident with) the arrival of salmonids such as forestry, agriculture, development of estuaries into ports, and construction of

dams. Consequently, the native fishes may shrink in range and abundance for various reasons, making it difficult to determine what role salmonids played in their declines.

Readers curious about interactions between salmonids and nonsalmonids in the Southern Hemisphere (especially New Zealand) should read the thorough reviews of the subject by McDowall (2003, 2006). As he made clear, trout (mainly rainbow and brown) prey on native fishes and especially the galaxiids that are a major part of the native fish fauna in the austral regions (photo 18.1). However, there are other direct effects, notably competition for space and food, and also indirect effects of trout feeding in streams. Generally similar interactions occur in South Africa, where rainbow trout are established (Shelton et al. 2015), and in Chile and Argentina, and there is broad recognition among scientists that such introductions are harmful to native fish communities (Cambray 2003; Garcia de Leaniz et al. 2010).

In addition to the need to consider ecological effects of salmonids in ecosystems where they did not evolve, transplants to new habitats can reveal the ways in which salmonids adapt when they colonize, and this is a natural process that has taken place countless times during their evolution. As Chapter 19 details, the current populations of salmon and trout in their native range have been sculpted by several thousand years or more of evolution. However, other than places like Glacier Bay, Alaska, where the glaciers are receding and salmon colonization can be observed (Milner et al. 2000, 2007), we have few opportunities in the native range to study the process. In contrast, transplanted populations offer insights into the early stages of colonization.

The most well-documented, successful transplant of anadromous Pacific salmon outside their native range is the Chinook salmon in New Zealand. Efforts with Atlantic salmon failed to establish anadromous populations, and transplants of spring Chinook in the 1870s failed outright (McDowall 1990). However, between 1901 and 1907, 2.1 million ova were taken from ocean-type Chinook from Battle Creek, a tributary



PHOTO 18.1. Canterbury galaxias, a native fish in New Zealand. (*Photo*: Angus McIntosh, University of Canterbury)

of the Sacramento River, and fertilized in California. The embryos were shipped, and the fry released into the Hakataramea River, a tributary of the Waitaki River in the South Island of New Zealand. These salmon survived and quickly colonized the major rivers of the island's east coast, forming populations that sustained themselves and support significant fishing as well. The New Zealand Chinook salmon provided us with a remarkable opportunity to examine the processes of evolution by new salmon populations in what was for them virgin territory. Martin Unwin, Michael Kinnison, and I organized a large-scale study of the environmental and genetic basis for life-history traits (reviewed by Quinn et al. 2001). Our first finding was that salmon from different New Zealand rivers varied in the kinds of traits that are commonly used to characterize distinct populations in their native range: age at maturity, length at a given age, weight at a given length, fecundity, and the timing of adult migration and spawning (Quinn and Unwin 1993). In many cases the differences among populations were quite marked; had they actually evolved so fast (much less than a century) or were these just "plastic" responses to the different environments in the rivers?

To determine the extent of rapid genetic adaptation, we then bred salmon from families representing three populations, marked them, and reared some of the offspring to adulthood under common conditions and marked and released others from two different hatcheries. When the adults came back (photo 18.2), we could decode the tags, see which families and populations they represented, and measure all the traits of interest to compare offspring to their parents, and compare between



PHOTO 18.2. Thomas Quinn holding an adult Chinook salmon (locally known as *quinnat*) that returned to the Silverstream research hatchery in the South Island, New Zealand. (*Photo:* Martin Unwin, National Institute of Water and Atmospheric Research, 1992)

populations. These experiments showed a very strong genetic control over some traits (especially the timing of migration and spawning), a combination of environmental and genetic control over other traits (e.g., growth rate, age at maturity, and egg production), and little evidence of change in developmental rate and seawater tolerance.

In less than a century, Chinook salmon colonized New Zealand rivers, commenced homing to their new natal rivers, and evolved significant differences in heritable traits under the local regimes of natural selection. We believe that the genetic control over timing of adult migration and reproduction (Quinn et al. 2000) is especially important for two reasons. First, selection will favor return to the spawning grounds by adults and emergence of fry at locally appropriate times in the year. Adults spawning at an inappropriate date will be quickly culled from the population, moving the average spawning date in the next generation. Second, the spatial isolation that new populations start to experience as they home to natal sites will be compounded by temporal isolation as their spawning dates come to differ. Thus spawning date is an important, fitness-related trait, and its evolution accelerates the divergence of populations in other traits.

There is also an interaction between environmental effects and genetic change as populations adapt to new conditions. Growth of juvenile Chinook salmon varies among rivers, which affects their life history: ocean-type in high-growth environments and stream-type in low-growth environments. In New Zealand we not only saw such differences in growth and juvenile life history between rivers but also genetically determined differences in growth rate under controlled conditions that mirrored the differences in growth in the wild. The population that grows slowly and produces stream-type fish in nature grew much slower than a predominantly ocean-type population, when both were held in controlled conditions of diet and temperature (Unwin et al. 2000). We also found a genetic basis for differences between populations in size at age and age at maturity (Kinnison et al. 2011), although these traits were also influenced by environmental conditions. Reproductive investments (size and number of eggs in females, and the extent of hump and jaw development in males) are under genetic control, and the populations in New Zealand diverged in these traits (Kinnison et al. 2001, 2003).

However, the environment plays a large role as well; salmon with more arduous migrations have less surplus energy, and so they make smaller eggs and have smaller humps and jaws than those with easier migrations. Thus the differences in traits seen in new populations reflect both environmental controls and rapid evolution throughout the life cycle. Importantly, we also found significant variation in survival among families, indicating a genetic control over traits affecting fitness. Moreover, the survival rates of the populations depended on the release site. Fish from one population performed better in their home site than fish from another population (Unwin et al. 2003), but the two populations performed similarly when released from a site not native to either population. This suggests that important, fitness-related differences evolved over less than a century.

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 414 of 560



The work that we did in New Zealand took advantage of just one of the huge number of transplants that present opportunities to study the contemporary evolution of salmon and trout. Work in the Rio Santa Cruz, flowing into the South Atlantic Ocean in Argentina, revealed that the transplanted rainbow trout developed into a partially anadromous population (Pascual et al. 2001), with a mix of rainbow and steelhead. These fish can switch forms between generations; steelhead mothers can have resident trout offspring and vice versa (Riva-Rossi et al. 2007). These data help to inform us about the distinction (or lack thereof) between rainbow and steelhead in their native range, which is a key issue for conservation. Another fascinating example is the Chinook salmon run to the Rio Caterina, Argentina. Genetic evidence and examination of records indicated that lower Columbia River populations were brought to southern Chile for ocean ranching (Ciancio et al. 2015). They must have strayed down the Pacific coast of Chile and into the Atlantic Ocean, probably via the Strait of Magellan, then wandered hundreds of kilometers up the coast of Argentina to the mouth of the Santa Cruz. They then strayed almost 500 km up that river, to huge (1415 $km^2$) Lago Argentino, with a large glacier on its shore, calving off icebergs that float around in the lake's turbid waters. The salmon explored this unpromising lake to find the moderate gradient and good gravel that they need, in the Rio Caterina.

Having seen the fish and their habitat with my own eyes, I can testify that the colonization of this remote headwater stream all the way from Chile was most remarkable. However, the scene was also very familiar. The salmon would not look out of place in a tributary of Puget Sound or the Columbia River (photo 18.3). The water



PHOTO 18.3. Ana Liberoff and Phil Roni holding a mature Chinook salmon sampled during research in the Rio Caterina, in the drainage of the Rio Santa Cruz, Patagonia, Argentina. (*Photo:* George Pess, National Oceanic and Atmospheric Administration)

depth and velocity, and the size of the gravel where they spawned, were about what I would see in their native range. Rainbow trout (also non-native, of course) held position behind the redds, waiting to eat eggs that might drift downstream. Salmon bones on shore indicated that local scavengers made use of the carcasses. Go to the opposite end of the earth and the actors all play their parts, just as they should.

There are many, many other cases, involving salmonids and other fishes as well, illustrating what introduced species can teach us about ecology and evolution (Hutchings 2014). Thus the bad news is that salmonids are affecting the native aquatic communities in every continent except Antarctica. The good news is that ecologists and evolutionary biologists can travel widely for their work, taking advantage of these introductions, and enjoying the excellent scenery and wines typical of places where trout abound.

## Transplants within the Northern Hemisphere

In addition to transplants south of the equator, salmonids have also been extensively transplanted in the Northern Hemisphere. Indeed, according to the United Nation's Food and Agriculture Organization, rainbow trout (native only to the North Pacific Rim) have been introduced to ninety-seven countries and are the third most widely introduced fish species in the world (Fausch 2007). Brown trout are native only to the European side of the Atlantic Ocean and brook trout only to the North American side, but brown trout are now in North America from east to west, brook trout are now in the western states, and rainbow trout are now in cool waters throughout the continent—and in Europe as well. As with transplants to the Southern Hemisphere, these transplants were deliberate efforts to increase the diversity of recreational fishing opportunities. Not only do these salmonids interact with native fishes and other organisms such as amphibians and invertebrates, often to their detriment (Knapp et al. 2001), but they also interact with native salmonids.

The outcomes of interactions between native and non-native salmonids present us with what Fausch (2008) referred to as "a paradox of invasion biology." We would assume that native species, having evolved in a particular environment, would have the advantage over non-native species that evolved somewhere else. The feeding patterns of stream-dwelling salmonids differ somewhat among species but in broad terms they are similar, as are their requirements for redd sites and other aspects of their ecology. Native brook trout are displaced by non-native rainbow trout in the eastern United States, yet brook trout commonly displace native cutthroat trout in the western United States. One species can dominate or replace another by competition and predation (photo 18.4), but the evidence linking declines in abundance or constriction of the range of the native species with the non-native species is often circumstantial. Moreover, the outcome of these interactions is complicated by fishing, habitat alteration, and the physical attributes of the system as well (Dunham et al.




PHOTO 18.4. Partially digested westslope cutthroat trout 10 cm long that was removed from the stomach of a non-native brook trout 20.5 cm long, sampled in Sullivan Creek, in eastern Washington. (*Photo:* Ryan Simmons, Seattle City Light)

2002), mirroring the situation in the Southern Hemisphere. Laboratory experiments can be conducted to determine which is the superior competitor, but the results are not always entirely convincing either (Fausch 1988). The species may differ in tolerance for warm water, preferred velocity, tendency to feed at the surface or the water column, and so on. So we have a more or less uneasy peace, in which Atlantic salmon biologists are worried that their precious species will be displaced by introduced Pacific salmon and rainbow trout, just as Pacific salmon biologists are worried that Atlantic salmon will escape from net-pens and displace local *Oncorhynchus* species. State agencies continue to stock non-native trout in rivers and lakes, and salmonids will forever be part of the aquatic communities throughout the world.

Perhaps the most complicated site of salmonid introductions is the Great Lakes of North America, where there have been numerous transplants of Atlantic and Pacific salmonids, dating back into the nineteenth century (Crawford 2001; Crawford and Muir 2008). The upper lakes (above Niagara Falls) were home to brook trout and lake trout, and the Saint Lawrence River and Lake Ontario were accessible to Atlantic salmon. Predation by invading sea lamprey (*Petromyzon marinus*), exacerbated by overfishing (Coble et al. 1990), reduced the abundance of open-water predators and the lake trout suffered greatly. Efforts to establish populations of Atlantic salmon, brown trout, and the Pacific salmon species in the lakes met with varying degrees of success. Chum and sockeye salmon did not thrive, but coho and Chinook were stocked heavily and widely for decades and came to support extensive recreational fisheries. They grew rapidly on the abundant forage fish, especially non-native alewife

(*Alosa pseudoharengus*) and rainbow smelt (*Osmerus mordax*), and exhibited traits reminiscent of anadromous populations, such as silvery color and epipelagic distribution in the lakes.

The coho, Chinook, and steelhead fisheries in the Great Lakes have relied heavily on hatchery production. However, it has been clear for some time that these species are reproducing naturally (Biette et al. 1981; Carl 1982) and the proportion of fish that are naturally spawned is large, and often the majority, including Chinook in Lake Huron (Johnson et al. 2010) and Lake Ontario (Connerton et al. 2009), and steelhead in Lake Michigan (Bartron et al. 2004). Coho salmon also strayed widely and reproduce in many low-gradient streams (Peck 1970; Healy and Lonzarich 2000). Similarly, there are many breeding populations of adfluvial rainbow trout that migrate to feed in the lakes and return to streams to spawn (Biette et al. 1981).

In contrast to great efforts to bring some salmonids to the Great Lakes, one of the biggest surprises was accidental—pink salmon (Kwain 1987; Crawford 2001). The plan was to establish pink salmon populations in Goose Creek, a tributary to Hudson Bay. In January 1956, 513,000 pink salmon embryos and alevins from British Columbia were incubated in a hatchery in Ontario, then transported to Goose Creek and released. In 1957, 224,112 more juveniles were planted. In 1957 and 1958 no adult pink salmon were found in Goose Creek, and the transplant was deemed a failure. However, in 1959 two adult pink salmon were caught by anglers on the Minnesota side of Lake Superior. Inquiries revealed that about 21,000 fry were released down a drain from the hatchery, leading into the Current River, an Ontario tributary to Lake Superior. Presumably, some of those fry survived, reproduced at some unknown location in the fall of 1957, and two of their grandchildren strayed to Minnesota, where they were caught in 1959. In 1969 the first pink salmon was found in Lake Huron, and in 1973 one was found in Lake Michigan. In 1979 pinks were found in Lake Erie and Lake Ontario, completing their colonization of the five Great Lakes, with no assistance from humans after the first release.

There are several remarkable facts about pink salmon in the Great Lakes. First, they would have been considered very unlikely to survive there, as they migrate to salt water immediately after emergence and freshwater populations are unknown in their native range. Nevertheless, they thrived, even though the number of fry that entered the lake was a tiny fraction of the number planted in other places on many occasions without success (see below). Second, they strayed extensively in the years following the initial invasion. It is unclear if this is because pink salmon stray a lot in general, or if there is a greater tendency for salmon to stray in the early stages of colonization; probably both factors operated. Third, they broke away from the fixed, two-year life cycle so characteristic of pinks. In 1976 the first even-year adults were found in two rivers, and Great Lakes pink salmon mature at age-1 and age-3 as well as the more typical two years. This indicates that age at maturity per se is not fixed. Rather, there is some strong link between growth rate and maturity.

In their normal range it seems that all pink salmon grow at a rate that triggers maturity at age-2, whereas in the Great Lakes they grow so slowly that some (those growing especially slowly) delay and mature at age-3. Age-2 pink salmon in Lake Superior were only about 36 cm (14 inches) in fork length and weighed between 500 g and 600 g (Nicolette and Spangler 1986), which would be very small by Pacific Ocean standards (fig. 17.2). Furthermore, the age-3 pinks were mostly females and examination of their scales indicated that they had been growing slower than those maturing at age-2; both of these patterns are consistent with expectations based on salmon life history. However, it does seem odd that age-3 adults would be so extraordinarily rare in the Pacific Ocean despite great variation in growth (Heard 1991) but would occur so soon after introduction to the Great Lakes. There is plenty of variation in size among pink salmon in their native range. Dickerson et al. (2002) studied pink salmon in a southeastern Alaska stream that was so small it did not even have a name and observed eightfold variation in weight of adult pinks in this small population (about 0.5 kg to 4 kg). How can such variation in size at age exist in the native range with essentially no age-3 fish, yet outside the range the fish delay maturation until age-3? Finally, despite their rapid spatial expansion, it seems that pink salmon are not ecologically dominant in the Great Lakes. I know of no comprehensive survey of their overall abundance, but a number of biologists in the region have indicated to me that they are comparatively scarce—a far cry from their numerical and ecological dominance in the Pacific Ocean.

One further wrinkle in the patterns of salmon ecology in the Great Lakes pertains to growth. As noted above, the pink salmon grew so slowly that some broke with their normal life history pattern to mature at age-3. In contrast, the Chinook and coho salmon grew very large in the early years. For example, the Michigan records were 30.6 pounds (13.9 kg) for coho (in 1976) and 46.1 pounds (20.9 kg) for Chinook in 1978 (Michigan Department of Natural Resources, as of May 2017). These are very big fish; the Washington state record coho, for comparison, is 25.3 pounds, and the Alaska record is 26.7 pounds. The salmon in the Great Lakes grew fast by feeding on dense populations of non-native planktivorous fishes, especially alewife and rainbow smelt (Stewart et al. 1981), but the growth rates of salmon declined when the prey fish became less numerous.

In addition to the paradox presented by Fausch (local species often cannot hold their own against species that evolved elsewhere), the transplants of salmonids confront us with a second paradox. Most of the evolutionary adaptations among populations that we find reflect selection on traits in fresh water (adult size and morphology, timing of migration and spawning, egg size, developmental rate, fry orientation and aggression, disease resistance, etc.). These adaptations, reviewed in more detail in Chapter 19, are not surprising because streams and lakes differ in so many physical and biological attributes. In contrast, the ocean is available as a pasture for all and is structured on a much broader scale. Thus we might expect transplants

of nonanadromous populations to fail whereas anadromous ones would be no more difficult to establish, and perhaps even less so. However, more than a century of experience has shown us the opposite pattern. Nonanadromous populations of salmonids have been very widely established throughout the world, but transplants of anadromous populations seldom succeeded. For example, sockeye salmon were quickly established in New Zealand from anadromous runs but only nonanadromous populations persisted (Graynoth 1995), and repeated efforts to bring Atlantic salmon there produced only nonanadromous runs (McDowall 1990). Very extensive efforts to bring pink salmon to Newfoundland, Canada, failed to produced self-sustaining runs (Lear 1980). The numerous efforts to transplant Pacific salmon to the Atlantic Ocean have been remarkably unsuccessful (Fedorenko and Shepherd 1986; Harache 1992). Thus transplanted salmonids are often capable of establishing self-sustaining populations, but the anadromous component resists relocation in most cases.

## Transplants within the Species' Range

Transplanting salmon to rivers with existing runs of the same species was a common practice in the early and mid-1900s. These efforts were seldom accompanied by proper marking, and there is virtually no evidence that existing runs were significantly augmented. However, there were also many attempts to establish runs of salmon in rivers where they were absent, and the failure of these efforts is noteworthy. A few examples illustrate the point, taken from two excellent reviews (Withler 1982; Fedorenko and Shepherd 1986).

Puget Sound has many rivers with adult pink salmon in odd-numbered years but almost no even-year runs. To fill this apparent void, eighty-five million fry from even-year runs in a number of Alaskan streams were released into Puget Sound streams in nine different years between 1915 and 1933. Attempts ceased after returns were poor. From 1949 to 1959 about 1.7 million fingerlings from Alaska and from the Lakelse River, British Columbia, were reared and released from saltwater ponds adjacent to Puget Sound streams in an effort to avoid size-selective mortality. The returns were again poor and no even-year stocks were established. Likewise, thirty-two million eggs planted in a spawning channel on Robertson Creek, British Columbia, from 1959 to 1964 failed to establish a run, despite good production of fry. There were also extensive efforts to augment a weak pink salmon run in the Big Qualicum River, a Vancouver Island river that supports other salmon runs. In 1963, 5.8 million eggs produced 1.55 million fry, and only about 100 adults in 1965. In 1964, 6.85 million eggs produced 2.97 million fry and 11,940 adults returned in 1966. They spawned naturally and produced about three thousand adults in 1968, which produced about three hundred adults in 1970, and the run dwindled further.

There was a particularly innovative effort to develop the odd-year pink salmon run to the Bear River, flowing in Johnstone Strait, British Columbia. This river had an

even-year run of up to one hundred thousand but very few odd-year pinks, so scientists sought to mix local male genes with eggs from a donor source, the Glendale River, British Columbia. Three experimental groups were produced: (1) Glendale River eggs and cryopreserved sperm from even-year Bear River males; (2) Glendale eggs and sperm from Bear River males from the even-year line that had been reared in captivity on an accelerated schedule so that they matured at age-1; and (3) Glendale eggs and sperm. In total, 1.6 million fry were released in 1976. An intensive survey of commercial catches and canneries revealed very few fish, and no marked fish returned to the Bear River. These and other efforts led Withler (1982, 22) to conclude that "the record for success in establishing natural self-sustaining runs in barren waters within the salmon's native range is dismal." With the exception of the transplant of sockeye to Lake Washington (see below), Withler (1982, 22) found that "no record of undisputed successful transplantation exists in situations where no obvious physical barrier was apparent." It would seem that salmon have colonized all habitat that is presently suitable for them, and if they are not present in a river there probably is a good (though not always obvious) reason.

The failed efforts to transplant Pacific salmon within their native range are paralleled by experiments showing the superior performance of local populations over transplants. For example, Chinook salmon were released from the University of Washington (UW) hatchery that included the local population, fish from the Elwha River, and hybrids (Brannon and Hershberger 1984). Tag recoveries revealed higher survival (catch plus return to the hatchery) of UW fish (11.9%) compared to Elwha fish (3.1%), and hybrids showed intermediate performance (6.2%). Some of this might have been related to the difference in age composition between the populations (Elwha, being older, might be expected to have fewer returns), but it is also consistent with poorer performance of the transplanted population.

An elegant transplant experiment was conducted on masu salmon from rivers on opposite sides of Hokkaido, Japan. Mayama (1989) reported large and consistent differences in phenotypic traits between the Shiribetsu and Shari populations. A reciprocal transplant experiment was carried out; each population was reared and released from its own river and the other river (Mayama et al. 1989). Each population survived at a higher rate when released from its local site than it did when released from the other site, and at a higher rate than the nonlocal population (table 18.1).

The review of transplants by Fedorenko and Shepherd (1986) identified some cases in which the transplanted population performed as well as the local one, so failure is not inevitable. However, Reisenbichler (1988) provided an instructive summary of data on thirteen paired releases of local and nonlocal coho salmon from hatcheries (fig. 18.1). In all cases the nonlocal fish were brought as milt and unfertilized eggs, or as eyed eggs, and were reared and released in common with the local fish. Coho from within a drainage showed comparable survival to the local fish, but those from farther away showed a marked decrease in relative survival with distance. The only

TABLE 18.1. Survival rate of anadromous masu salmon originating from two rivers in Hokkaido, reared and released from their own and from the other river in brood years 1984 and 1985. Boldface numerals indicate local salmon. (*Source:* Mayama et al. 1989)

| | Release site | | | |
|---|---|---|---|---|
| | Shiribetsu | | Shari | |
| Origin | 1984 | 1985 | 1984 | 1985 |
| Shiribetsu | **0.59** | **0.22** | 0.11 | 0.07 |
| Shari | 0.05 | 0.02 | **0.97** | **0.91** |




FIGURE 18.1. Relative recovery rates of local and nonlocal coho salmon, as a function of the distance between the release site and the river where the nonlocal population originated. Releases from Big Creek (open squares) were not included in the relationship because vulnerability to disease greatly reduced their fitness when transplanted. (*Source:* Reisenbichler 1988)

exceptions to the pattern were the Umpqua and Soleduck coho released from Big Creek Hatchery. The local fish were resistant to the *Ceratomyxa shasta*, whereas the transplanted fish were vulnerable and their survival rate was even lower than might otherwise be expected for populations so near to each other.

Even the exceptions to Withler's (1982) conclusion that transplants have not created new salmon populations are instructive. In the two best-known success stories, the river system itself was modified prior to the transplant effort. Sockeye salmon were successfully established in Frazer Lake, on Kodiak Island, Alaska, but only after a ladder was built allowing them to circumvent an otherwise impassable waterfall and



PHOTO 18.5. Impassable waterfall on Dog Salmon Creek below Frazer Lake, on Kodiak Island, Alaska, and the bypass structure that now allows salmon to return for spawning. (*Photo:* Thomas Quinn)

ascend Dog Salmon Creek to the lake (photo 18.5). Genetic analysis indicated that the habitat types of the donors (e.g., tributary or beach spawners) strongly influenced the habitats in the lake where transplants became established, but that some exchange among types also occurred (Burger et al. 2000). The other well-known successful transplant was that of sockeye salmon into Lake Washington, starting in the mid-1930s. The basin had kokanee populations prior to the transplant, but the presence and distribution of sea-run sockeye is less certain. There are now anadromous populations in several rivers and some of them (the Cedar River and Issaquah Creek) are almost certainly not native, but some native fish apparently persist in the system (Spies et al. 2007). The transplanted population grew and diversified within the lake system (Hendry et al. 2000), providing yet another example of how rapidly salmon populations can evolve if given the right opportunity. However, the Cedar River did not originally flow into the lake but was diverted into it some twenty years prior to the transplants; the limnology of lake was also greatly altered in the years following the transplants. It is thus unclear whether the transplants would have succeeded in the lake's original condition.

## Transplants, Hybridization, and the Endangerment of Native Trout

In addition to the ecological interactions with nonsalmonids and salmonids resulting from transplanted salmon and trout, there is another kind of conservation concern:

hybridization. Species of animals and plants are often viewed as discrete entities that, by definition, do not interbreed with other species or, if they do, the offspring are not viable. However, this is clearly not the case and natural hybridization has played an important role in the evolution of many organisms including salmonids (Taylor 2004). Some amount of natural hybridization takes place and seems to cause no harm. For example, steelhead and coastal cutthroat hybridize in Puget Sound (Campton and Utter 1985) and Prince William Sound (Williams et al. 2007). In a tributary of Willapa Bay, Washington, 42% of juveniles were steelhead, 35% were coastal cutthroat, and 23% were hybrids (Buehrens et al. 2013). Thus hybrid juveniles are produced rather commonly in these species, but hybrid adults are rare; how can this be?

Hybrids are normally prevented by two mechanisms. First, species-specific differences in habitat use (upstream vs. downstream, small tributary vs. main river, river vs. lake, etc.) and breeding timing reduce the frequency of interbreeding. In addition, most species also have behavioral mechanisms to prevent such mating from taking place. Typically, the female is choosy and rejects males of the other species. The second mechanism preventing species from blending entirely is the reduced survival of hybrid offspring. In many salmonid species pairs, reproduction is clearly not successful as the survival of progeny is very low or the hybrids are sterile (Chevassus 1979). However, in many closely related species the hybrids are both viable and fertile, and their lower survival must be related to some more subtle lack of fitness relative to the parental forms. For example, 183 smolts received sonic transmitters to track their movements after leaving Big Beef Creek, in Puget Sound, Washington (Moore, Goetz et al. 2010). Genetic analysis revealed that 49% were steelhead, 28% were coastal cutthroat trout, and 23% were hybrids. The steelhead migrated rapidly through Hood Canal toward the ocean, the cutthroat trout remained near their home stream or patrolled the shoreline, and the behavior of the hybrids was intermediate between the two pure species. Thus aspects of the behavior of the hybrids may reduce survival relative to that of pure species, allowing steelhead or rainbow trout to coexist and occasionally hybridize with coastal cutthroat trout yet the species remain distinct.

The native ranges of interior subspecies of cutthroat trout (Yellowstone, westslope, Paiute, etc.) and other nonanadromous trout such as the golden, Apache, and Hila trout do not overlap with the native range of rainbow trout, and these species seem to lack strong reproductive isolating mechanisms. So, when rainbow trout are introduced (and this has occurred widely and repeatedly), the species, subspecies, or distinct form may be lost through continuous blending with rainbow trout. The hybrids are often viable—for example, with golden trout (Halliburton et al. 1983) and back-crossing with rainbow trout and Paiute cutthroat trout (Busack and Gall 1981). In addition to the loss of the rarer form by blending, the hybrids often have lower fitness than the pure forms. Consequently, transplants of rainbow trout are a significant conservation concern—for example, with westslope cutthroat trout (Muhlfeld et al. 2009). Some segregation in timing may occur; for example, Yellowstone cutthroat

tend to spawn later than rainbow trout (Henderson et al. 2000; DeRito et al. 2010). This may help maintain the native trout, but changing climate is contributing to the expansion of rainbow trout, jeopardizing westslope cutthroat trout (Muhlfeld et al. 2014). This is by no means the only way in which our changing climate is affecting salmonids, as is discussed further in Chapter 20.

## Summary

Salmonids are now part of the world's fish fauna, playing an important ecological role outside their native range in parts of all continents other than Antarctica. The vast majority of these introduced populations are nonanadromous; anadromous salmonids have proven very difficult, though not impossible, to transplant. The transplanted populations provide benefits to local fisheries but often have deleterious effects on native fishes and their ecosystems, presenting a dilemma for managers. From a more selfish standpoint, such transplants also provide scientists with opportunities to study the evolutionary ecology of salmon and trout. The ability of non-native species to outcompete native, and hence presumably locally adapted, salmonids is paradoxical and reminds us how much there is to learn about these fishes.

Transplants of Pacific salmon within their native range have been exceptionally unsuccessful, leading to the conclusion that the vast majority of suitable, accessible habitat has already been colonized, and the absence of a species in a river reflects some fundamental disconnect between the habitat and the fish's life history, although it is not always obvious to us what that might be. Finally, transplants of rainbow trout to regions of western North America where they interact with native species and subspecies with which they did not coevolve has contributed to the endangerment of such forms as westslope and Yellowstone cutthroat trout as well as golden trout.

CHAPTER 19

# The Evolution and Structure of Populations

I have now addressed the entire salmon and trout life cycle. The final two chapters of this book bring together themes from throughout their life history by way of conclusion. This chapter considers the evolution of populations, and Chapter 20 discusses patterns of abundance in the past, present, and future. In so doing, I connect the behavior and ecology of salmon and trout to some pressing conservation issues.

In 1938 the American Association for the Advancement of Science organized a landmark symposium called "The Migration and Conservation of Salmon" (Moulton 1939). The papers and published discussions from this gathering reveal that these scientists fully understood that homing behavior leads to the isolation of populations and that salmon must be managed on a population-by-population basis. Notably, Rich (1939, 45–46) wrote, "It is apparent then that one of the first requirements of a sound conservation program must be the determination of the extent to which the species to be conserved is broken up into local populations." He pointed to three lines of evidence that Pacific salmon populations are isolated from each other and so largely independent units: (1) differences in phenotypic traits such as body size, egg size, fat content when leaving the ocean, timing of migration and spawning, and counts of fin rays, vertebrae, and other body parts among salmon from different rivers; (2) persistent differences in age composition and patterns of abundance (both average density and tendency to cycle) of salmon from different rivers; and (3) marking experiments showing that juveniles leaving one river tend to return there as adults rather than to other nearby rivers.

These early scientists did not freely use the terms *evolution* and *natural selection*, but we now integrate those concepts into the fundamental equation for salmon populations:

Homing + Local patterns of selection + Heritability = Population evolution

The first element, homing, isolates the fish from different rivers at the time of reproduction. Thus salmon originating from one stream are much more likely to breed with other salmon from that stream than they are to breed with salmon from other streams. As discussed in Chapter 5, the extent to which populations are isolated depends partly on distance. So, for example, sockeye salmon may occasionally stray between two tributaries of a lake but less often stray to streams flowing into a different

lake in the same drainage basin, and still less often stray to streams in entirely different basins. Straying among basins becomes progressively less common with distance, so there is essentially no interbreeding between members of a species at the extremes of the geographical range. Straying and genetic isolation are also influenced by habitat features, as salmon may be more likely to stray to similar rather than different habitats (e.g., among tributaries of a lake rather than between inlet and outlet populations). Finally, the degree of overlap in breeding dates strongly affects opportunities for interbreeding between populations; even populations in the same river can be quite isolated from each other if they breed at different times.

### Genetic Isolation

The isolation of breeding populations was inferred from the traits noted by Rich (1939) but was later demonstrated by modern genetic techniques. As briefly described in Chapter 1 on the evolution of salmon and trout, some proteins occur in more than one form with no apparent difference in function. For illustrative purposes we can designate these forms "*A*" and "*a*" for simplicity and assume that they exist in equal proportions (i.e., 50% *A* and 50% *a*) in the salmon in two different rivers. After a breeding season, we would expect the proportions to remain the same, if each population was large and the fish freely interbred. However, this is like flipping a coin. If we flipped it many times we would expect to get heads about half of the time, but if we flipped it only fifty times we might not be surprised to get thirty heads or twenty, rather than twenty-five. Similarly, if the populations were small, after a breeding season, type *A* might constitute 60% of the fish in one population and only 40% in the other by chance. In the next generation, if we combined all the genes we would again expect a 50:50 ratio. However, if the populations were isolated, they would tend to retain the difference that had arisen by chance in the previous generation, rather than return to the original ratio. Persistent differences in gene frequencies, resulting from such "*genetic drift*," indicate that the populations are not freely interbreeding.

Pioneering work (Utter et al. 1973) led to numerous studies determining the relative similarity among salmonid populations in the alternate forms of their proteins, known as allozymes (Utter 1991). Molecular markers (mitochondrial and nuclear DNA) were later developed for similar purposes (Carvalho and Hauser 1994) and increasingly informative genetic markers are being developed for discriminating among populations. The general conclusion of these studies is that salmon and trout populations exist in some degree of reproductive isolation from each other. Populations are typically more similar in these selectively neutral traits to nearby populations than they are to ones farther away, and this is termed *isolation by distance*. However, these patterns vary among species (Hendry et al. 2004). For a given geographical distance, pink and chum salmon populations tend to be more similar to each other than are populations of the other anadromous species (fig. 19.1). Chinook and sockeye salmon as well as steelhead (and also Atlantic salmon) show strong genetic

differentiation with distance, consistent with predictions from the qualitative models presented in Chapter 5 that they should have low levels of straying. The few studies on anadromous cutthroat trout showed particularly high levels of genetic differentiation, perhaps resulting from their limited marine migrations and partial anadromy rather than their superior homing abilities.

Gene flow is controlled by two opposing forces: homing and selection (leading to isolation) and straying (leading to homogenization). However, these contemporary forces only partially explain the genetic structure of salmonid populations. Much of the present range of salmonids was glaciated about ten thousand years ago (very recently, in evolutionary time frames), and the attributes of today's populations are affected by whether they descended from lineages that spread southeastward from the Bering Refuge in northwestern Alaska, northward from the Cascade Refuge along the coast of Washington and Oregon, or persisted in smaller refuges. Thus the levels of genetic differentiation among populations reflect both current rates of straying and postglacial colonization routes. Chum salmon in western Alaska are a good example of the complex processes contributing to the present population structure, including not only geographic distance but the dynamic Alaskan coastal environment including isostatic rebound (uplift of land after the enormous weight of ice was removed), subsidence, and rising sea levels (Petrou et al. 2013, 2014).

People living in the central and southern parts of the range of salmon tend to think of the last ice age as something to view in a diorama at the natural history museum, complete with a wooly mammoth or other large extinct mammal. However,




FIGURE 19.1. The average relationship between the geographical distance among populations and the degree of genetic difference ($F_{ST}$) for different species. (*Source*: Hendry et al. 2004)

in parts of Alaska the glacial retreat is a contemporary process. Recession in Glacier Bay over the past two centuries has exposed gravel beds and created streams, which have been quickly colonized by salmonids (see photos 5.1 and 5.2) and other fishes as part of rapid establishment of terrestrial and aquatic communities (Milner et al. 2000, 2008). Studies there and in Alaska's Kenai Fjords (Milner and York 2001) have provided wonderful insights into the process that took place countless times during the past millennia as river after river became ice-free and filled with life.

Another fascinating example of salmon colonization is provided by the volcanic events along the Alaska Peninsula. Aniakchak Caldera was formed by a massive eruption about 3650 years ago. A lake was formed and an outlet stream was created through a chasm in the crater's wall, and about five hundred years ago sockeye salmon colonized. They found suitable spawning conditions in the lake's beaches and the outlet river; populations using these discrete habitats are diverging (Pavey et al. 2010). This process presumably took place in so many other systems, as salmon and trout reclaimed habitat from the glaciers and adapted as the habitat itself changed.

The genetic diversity of North American sockeye salmon illustrates the importance of both past and present processes (Wood 1995). River-type sockeye rear in rivers for a year before migrating to the ocean, and ocean-type sockeye migrate to sea in their first year of life. Both these forms are often associated with glacial rivers and they are less genetically differentiated, for a given geographical distance, than the more typical lake-type populations (Gustafson and Winans 1999). Wood (1995) hypothesized that the ocean-type and river-type are the colonizing forms of sockeye, and the lake-type is the derived (though presently most common) form. The evolution of sockeye populations may proceed from postglacial colonization by ocean-type fish, to lake-type populations if a suitable lake is present. Kokanee may then evolve if there is some combination of good growing conditions and an arduous migration that favors them over sea-run sockeye, or allows both forms to persist. Events may not have happened this way in all cases, but it is worth considering how the countless salmon, trout, and char populations came to exist, how they interact now, and how they will meet the challenges of the future.

The existence of stream-type and ocean-type Chinook salmon gives us another opportunity to view present conditions from different perspectives. There are clear environmental correlates of these life-history patterns; ocean-type fish occur in areas facilitating growth whereas stream-type fish occur in low-growth environments such as those at higher elevations or farther north (Taylor 1990a). We might imagine that each river was colonized by some generalized Chinook salmon, which then gave rise to stream-type fish in the headwaters, displaying such traits as upstream orientation, territorial behavior, delayed migration, and slow growth (Taylor 1990b), and ocean-type in the lower reaches where they emerge earlier in the spring and grow faster (Brannon et al. 2004). This is consistent with the rapid establishment of both life-history types among the populations that arose in New Zealand from ocean-type

ancestors (Unwin et al. 2000). Adult migration timing would then coevolve because features of these environments would select for adults returning long before spawning (spring runs) or just prior to spawning (fall runs) (Quinn et al. 2016).

Synthesis of phenotypic and genetic data from California to British Columbia suggests that the current Chinook salmon population structure in general reflects the repeated evolution of spring and fall adult migration timing after postglacial colonization in many different rivers (Waples et al. 2004). However, the Chinook salmon populations in the interior of the Columbia River basin seem to exist as two distinct lineages, corresponding to spring and fall migration timing. Thus, in most rivers, fall and spring Chinook may have recently diverged from one colonizing run, but the interior of the Columbia basin was colonized by two separate lineages that remain very distinct despite their current proximity to each other. Ecological and genetic data thus provide complementary sources of information on population structure. Genetic markers that are neutral to selection help clarify ancestral relationships, whereas the adaptive traits (see "Heritable Variation in Phenotypic Traits," below) better indicate current ecological pressures; together these two categories of traits provide information to define the distinct population segments that we need to conserve (Utter et al. 1993; Hard 1995).

The level of gene flow between two populations results from both ancient events and from the contemporary balance between homing and straying. However, gene flow between populations requires more than just straying; the reproductive success of the strays is what matters. Tallman and Healey (1994) reported that the level of straying by chum salmon between two small streams on Vancouver Island (estimated by marking juveniles and recovering them as adults) was too high to be compatible with the observed level of genetic differentiation between populations. The authors hypothesized that the strays were less fit and so produced fewer offspring, per capita, than the local fish. An elegant example of this phenomenon is provided by the sockeye salmon spawning in a pair of tiny streams flowing into Little Togiak Lake, Alaska, and the beaches immediately adjacent to the streams. The stream-spawning adults are slim, whereas the beach-spawning fish have deep bodies (Lin et al. 2008). Salmon straying between streams had equivalent reproductive success to local stream fish, but those straying from a beach into a stream had only half as many surviving offspring as local stream fish (Peterson et al. 2014).

## Heritable Variation in Phenotypic Traits

When considering the differences in fitness among populations, we must acknowledge the landmark work by Ricker (1972). He reviewed numerous studies, presenting evidence that Pacific salmon populations home and that they differ in various phenotypic traits such as body size, age at maturity, flesh color, timing of migration, and so on. He also summarized evidence that populations transplanted from one river

to another retained the ancestral traits (such as timing of migration and spawning), and evidence that transplanted populations did not survive as well as local ones. This monumental document solidified "the stock concept" in salmon management and conservation: the idea that rivers produce salmon that are numerically and genetically distinct from those produced in other rivers and so must be conserved as separate units. This concept was further elaborated at a symposium, published as a special issue of the *Canadian Journal of Fisheries and Aquatic Sciences* in 1981, including many papers on salmon and trout.

The 1970s and 1980s saw a tremendous increase in the quantity and variety of work on differences in traits among salmon populations. Some have been described in this book, but it useful to consider them in the context of the entire life cycle. Populations differ in many traits related to upriver migration, including the timing of entry into fresh water, period of delay prior to spawning, and timing of reproduction (Quinn et al. 2016). Populations with longer, more arduous migrations leave the ocean with more fuel—higher fat content in their bodies (Gilhousen 1980)—and have higher cardiac performance than populations with easier migrations (Eliason et al. 2011). Stream-maturing steelhead enter rivers with more stored fat than ocean-maturing steelhead (Smith 1969), allowing each to have as much energy as it needs when it comes time for reproduction (Lamperth et al. 2016). The morphology of sexually mature males and females varies greatly among populations and is related to river size, bear predation, upstream migration distance, among other factors (Beacham 1984; Quinn, Wetzel et al. 2001). The size of eggs produced by females varies among populations (Quinn et al. 1995), and developmental rate and temperature tolerance of embryos vary as well, in parallel with the prevailing thermal regimes that they experience (Beacham and Murray 1989).

At emergence, populations differ in the responses of fry to the direction of water currents, growth rate, agonistic behavior and duration of freshwater residence (e.g., juvenile Chinook [Taylor 1990b]) and in aggression and morphology of lake-rearing and stream-rearing coho (Swain and Holtby 1989). Seawater tolerance differs between stream-type and ocean-type Chinook salmon (Wagner et al. 1969; Kreeger 1995), between sympatric sockeye and kokanee (Foote et al. 1992) and between anadromous and land-locked Arctic char (Staurnes et al. 1992), as does the tendency to remain in fresh water and mature as parr rather than going to sea (Taylor 1989; Spangenberg et al. 2015). The regions of the ocean where salmon migrate to feed are under genetic control and differ between populations (Quinn et al. 2011; Sharma and Quinn 2012), and so are the growth rates at sea and patterns of age and size at maturity, as discussed in Chapter 18. Thus salmon and trout populations differ in all phases of their life cycle, in nearly every trait that has been investigated.

The assumption is that these population-specific patterns reflect the operation of natural selection on heritable traits, and they are often referred to as *local adaptations*. It is also acknowledged that the traits are under some degree of environmental

control as well, known as *phenotypic plasticity*. Taylor (1991) reviewed many such traits in Pacific and Atlantic salmon and concluded that a rigorous proof of local adaptation involves not merely showing variation in traits among populations. We need to demonstrate: (1) a genetic basis for the trait, (2) that differential expression of the trait affects survival or reproduction, and (3) a mechanism of selection maintaining the trait. It is easy to find a measurable trait that varies among populations, but demonstrating a genetic basis for the trait requires a controlled breeding experiment or very careful and detailed fieldwork and genetic analyses. Such experiments can be expensive and time-consuming, but they have been done for many traits. The second and third criteria (fitness and a selection mechanism) are especially important because they rule out traits with no adaptive benefit and traits that are universally beneficial in all populations.

Resistance to pathogens provides some of the most convincing examples of local adaptations. A myxosporean protozoan (*Ceratomyxa shasta*) occurs in the Columbia and other major rivers from the Sacramento to the Fraser but is absent from some streams (Bartholomew 1998). Buchanan et al. (1983) reported almost no mortality attributable to the disease in steelhead from three Columbia River basin populations (0–4% mortality in four different experiments for Skamania, Clearwater, and Deschutes river fish), but 89–98% mortality in steelhead from the Siletz River, on the Oregon coast. Genetic control over resistance was demonstrated by differences in mortality among coho salmon from Oregon's Big Creek (a resistant population), vulnerable populations from Oregon's Smith River and Washington's Soleduck River, and hybrids between populations (Hemmingsen et al. 1986).

Bower et al. (1995) provided another example of resistance to a prevalent pathogen as an example of local adaptation. *Cryptobia salmositica*, a parasite, and its vector, a leech (*Piscicola salmositica*), were detected in coho salmon from the Big Qualicum River on Vancouver Island, but not in the Kitimat River on the British Columbia coast; and the parasite and leech also occurred in sockeye salmon from the lower Fraser River system, but not from the Skeena River. Bower and colleagues obtained adult salmon from these systems, produced pure and hybrid progeny in the lab, and exposed them to the parasite. The populations that evolved with the parasite were resistant, the naïve populations were susceptible, and the hybrids were intermediate in susceptibility (table 19.1).

In these cases the trait (disease resistance) confers obvious fitness benefits, and salmon from susceptible populations that strayed into rivers having the pathogen would likely die. There are other traits that differ among populations, have a genetic basis, and probably influence survival, but there is no explicit experimental evidence of the fitness benefit. For example, sockeye salmon populations throughout the North American range tend to spawn earlier in the season at higher latitudes (Hodgson and Quinn 2002), consistent with colder temperatures and longer incubation periods (fig. 19.2; see also fig. 8.1). It is very plausible that migrating and spawning earlier or later

TABLE 19.1. Survival of coho salmon from the Kitimat and Big Qualicum rivers and their reciprocal hybrids (expressed as the population of the male × female), and sockeye salmon from the Fulton River, Weaver Creek, and their hybrids after experimental exposure to *Cryptobia salmositica* (*Source*: Bower et al. 1995)

| Species | Experimental populations | | | |
|---|---|---|---|---|
| | Vulnerable | Hybrids | | Resistant |
| Coho | Kitimat × Kitimat | Big Qualicum × Kitimat | Kitimat × Big Qualicum | Big Qualicum × Big Qualicum |
| Survival (%) | 3 | 22 | 38 | 95 |
| Sockeye | Fulton × Fulton | Fulton × Weaver | Weaver × Fulton | Weaver × Weaver |
| Survival (%) | 43 | 66 | 74 | 88 |

than the norm for a given population would be disadvantageous, but this was not shown experimentally. The inherited tendency of sockeye fry to swim upstream or downstream gets them from the natal stream to their nursery lake (Brannon 1972), and rainbow and cutthroat trout show similar innate responses (Raleigh 1971). Fry reaching the lake presumably have a higher probability of surviving than fry migrating away from it, but this was not specifically demonstrated. There are comparable examples of adult traits under selection. Sockeye salmon are larger and deeper-bodied in populations spawning in larger rivers and beaches (fig. 19.3), likely because they are less vulnerable to predation by bears (Quinn et al. 2001) (see fig. 7.1). These relationships are consistent with the higher overall reproductive activity of small, slim salmon in small streams and larger salmon in larger streams (Carlson et al. 2009). Sockeye salmon spawning in large gravel have larger eggs than those spawning nearby in finer substrates (Quinn et al. 1995), although the mechanism of selection has not yet been demonstrated. Indeed, a recent study reported that females produce bigger eggs in warmer rivers (Braun et al. 2013), so there is much to be learned about even such an obvious trait as egg size. The key point is that unraveling the adaptive benefits to traits is important but not always easy.

Another fascinating case, mentioned earlier in the book, is the existence of two forms of Chinook salmon—those with red pigmented muscle and a smaller fraction with much whiter muscle. The phenomenon itself and variation among regions have been known for decades. Milne and Godfrey (1964) reported catches (in pounds, not fish) of red and white Chinook salmon annually from 1955 to 1962 along the British Columbia coast. The percentages of red Chinook varied considerably, including 93% on the west coast of Vancouver Island, 72% in the Strait of Georgia, and 53% in the Fraser River. Subsequent work further illustrated the variation among rivers in the proportions of red and white Chinook salmon (Hard et al. 1989). The trait is under genetic control (Withler 1986), but the adaptive value of red versus white pigment is not clear. We have no good explanation for the existence of the rarer (white) variant




FIGURE 19.2. Relationship between the median spawning date and latitude of the site for sockeye salmon populations throughout their North American range. (*Source:* Hodgson and Quinn 2002; additional records)




FIGURE 19.3. Relationship between the depth of water at the spawning site and the body depth of male sockeye salmon (standardized to a body length of 450 mm from mid-eye to hypural plate) from thirty-nine different Bristol Bay, Alaska, populations. (*Source:* Quinn, Wetzel, Bishop, Overberg, and Rogers 2001; additional unpublished information)

in this (and no other) salmon species, nor do we know why white Chinook are more common in some populations than others.

In addition to the countless forms of variation among anadromous populations, there are many elegant examples of the divergence of nonanadromous populations within a single lake, especially in Arctic char (Jonsson and Jonsson 2001), lake trout (Muir et al. 2016), and brown trout (Ferguson and Taggart 1991; Duguid et al. 2006). These species often produce forms differing in size at maturity, habitat (e.g., pelagic vs. benthic), food habitats (zooplankton, fish, benthos), morphology (size, position, and shape of the mouth, shape and number of gillrakers, etc.), and color (silvery in the pelagic form or dark in the benthic form). Reproductive isolation can occur if the forms breed in different habitats or preferentially mate with their form. In some cases the lake was colonized by a single form of the species, which then diverged into two or more increasingly isolated forms. However, in other cases the lake was colonized by each group independently, or some combination of within-lake divergence and multiple colonization events, so the population structure can be very complicated, as seen in Dolly Varden in Russia's Kronotsky Lake (Ostberg et al. 2009) and the brown trout in lakes of Great Britain and Ireland (McKeown et al. 2010).

The existence of these multiple forms of species is not merely a subject for study by scientists curious about fish evolution and taxonomy. Rather, the genetic diversity within species is critical for conservation and management of all organisms. Fishing regulations and habitat protection measures must match the needs of the fish in question. If all the Arctic char in a lake are the same population, then one set of regulations may be appropriate but if there are two totally isolated populations or even incipient species, then we might need separate sets of regulations for each. As another example, our fishing regulations have tended to view steelhead and rainbow trout as entirely different, yet we are coming to realize that there is a great deal of interbreeding and phenotypic plasticity. So they may not be as distinct (or at least not in all cases) as was once assumed, and the conservation of one is linked to the other.

## Defining Population Diversity

At present, salmonid species exist as a vast array of semi-isolated populations, over large geographical ranges. How do we define these populations, given their complicated origins and current levels of exchange with other nearby populations, and how do we conserve them? The answer to the question, "What constitutes a population?" depends in part on the management context. For example, early research determined the continent of origin of salmon caught on the open ocean. In that context "North America" was a population, as distinct from Asia. The nature of geography and fisheries makes Bristol Bay, Alaska, a meaningful level of population structure within North America. Sockeye from lakes draining into the bay seem to share a common ocean distribution, life history, timing of adult migration, and dynamics, so this is a

"stock complex." The Bristol Bay commercial fisheries operate in five major districts, each of which includes one or more large lakes and associated rivers (see fig. 3.1). For example, fisheries in the Naknek-Kvichak district catch sockeye returning to the Naknek, Kvichak, and Alagnak rivers and their associated lakes and tributaries. Only with considerable management effort can the sockeye returning to these rivers be fished at different rates.

Thus, for example, the Iliamna Lake system, draining into the Kvichak River, is the finest level of population structure that can be accommodated by fishery management. The commercial fishery operates below the lake, and all the breeding groups migrate at the same time and so cannot be fished as separate units with different levels of intensity. This lake's spawning areas can be categorized into four primary types of habitats: small streams and ponds, rivers, mainland beaches, and island beaches. So, is the level of the population the lake system (one), the number of habitat types (four, roughly), or the number of identified spawning areas (about one hundred)? There are many islands in the lake where sockeye spawn on beaches. Is each cluster of islands a population, each island, or each discrete beach on each island? At what point does homing give way to habitat selection? How much straying between areas makes them functionally a single unit?

Such questions about population structure inevitably lead to the question, "What level of conservation and management do the fish require?" The stability of the Bristol Bay stock complex as a whole depends on the persistence of sockeye using different lakes and habitats within them. During the past century the abundance and productivity of discrete populations has fluctuated markedly because they respond differently to climate changes (Hilborn et al. 2003). Similar questions about population structure and management could be posed for salmon in other large river systems such as the Columbia, Fraser, Yukon, and smaller systems as well. Like most matters of taxonomy, the definition of a "population" is drawn in shades of gray rather than black and white. We can quantify similarities and differences between populations in traits that reflect current and recent selection regimes, and differences in selectively neutral traits that reflect ancestral lineages, but how do we integrate the different kinds of information?

Practical application of the population concept requires that fisheries on more than one population be regulated separately because the populations typically differ in abundance and productivity. These differences in population dynamics depend on life-history traits and local variation in habitat quantity and quality—facts clearly recognized and explained decades ago (Thompson 1959). In the United States the trend has been toward increasingly fine-scale management of populations over the past fifty years, spurred in part by three major events: the allocation of salmon fishing rights between Native American and non-native groups in the 1970s, the United States–Canada treaty governing interceptions of salmon in the 1980s, and the application of the US Endangered Species Act (ESA) to salmon populations in the 1990s. In response to petitions to list salmon populations under the ESA, the National Marine

TABLE 19.2. Diversity, in terms of ecology, life history, and genetics, of salmonids from California, Idaho, Oregon, and Washington, and number of recognized Evolutionarily Significant Units (ESUs). (*Source*: Waples et al. 2001)

| Diversity | Pink | Chum | Cutthroat | Coho | Sockeye | Steelhead | Chinook |
|---|---|---|---|---|---|---|---|
| Ecology | 2 | 4 | 6 | 6 | 4 | 11 | 11 |
| Life history | 1 | 1 | 2 | 1 | 6 | 7 | 7 |
| Genetics | 2 | 2 | 3 | 2 | 9 | 7 | 10 |
| ESUs | 2 | 4 | 6 | 7 | 7 | 15 | 17 |

Fisheries Service conducted "status reviews" of the species, and they have been cited throughout this book as valuable sources of information.

Faced with the need to conserve populations in a comprehensive yet practical manner, Waples (1991) applied Ryder's (1986) Evolutionarily Significant Unit (ESU) concept to Pacific salmon. For a population or complex of populations to constitute an ESU, it "must be substantially reproductively isolated from other conspecific population units, and it must represent an important component in the evolutionary legacy of the species" (Waples 1991, 11). In some cases the ESU was effectively one population (such as the sockeye salmon in Redfish Lake, Idaho), but other ESUs include salmon spawning in several distinct rivers that share life-history traits, ecological conditions, and a genetic lineage such as Puget Sound Chinook salmon (Waples 1995). As summarized in table 19.2, the greatest diversity within the US Pacific Northwest region is in Chinook and steelhead; intermediate diversity is found in coho, cutthroat, and sockeye; and least diversity occurs in chum and pink (Waples et al. 2001). These assessments reflect the relative scarcity of pink, chum, and sockeye populations within the region. Farther north these species dominate numerically, although the genetic and life history of diversity of pink and chum remains lower than that of other species. I think the diversity of cutthroat trout has been underestimated, largely because the species has received less attention than steelhead, the "trophy" sport fish, and the commercially important salmon.

## Summary

The present genetic structure of salmon and trout reflects past and present processes. The postglacial colonization process has had three main phases. First, salmon stray into unoccupied habitat; research in the newly formed streams in Glacier Bay, Alaska, illustrates this phase (Milner et al. 2000). Homing then prevails, and the second phase is marked by relatively rapid evolution of adaptive traits, as individuals that are less fit for the new environment are culled and others succeed. The third phase of divergence from the source population, and from other new populations, is long, slow, and dominated by drift in selectively neutral traits. These processes—first

straying, then homing; first strong selection, then drift—were essential in establishing the present distribution and diversity of salmonids. The populations now exist in a balance between the processes of isolation (from homing, leading to divergence in selected and neutral traits) and exchange with other populations (from straying, leading to gene flow and similarity). Like all evolutionary processes, they are dynamic and ongoing.

Despite some straying (generally between nearby streams), populations vary in a wide variety of traits under at least partial genetic control. In some cases these traits obviously enhance the fitness of the local population (e.g., resistance to endemic parasites or bacteria), but in other cases the benefits are less obvious. The challenge for defining populations is how to integrate information on traits that are neutral to selection but under complete genetic control with information on traits that are under some genetic control but are also affected by environmental conditions. The field of quantitative genetics investigates such traits as egg size, growth rate, and age at maturity. Information about them is very important for the conservation of populations (Hard 1995), but their study is complicated because the traits are affected by many genes.

The modern understanding of genetics contrasts with the simple dominant-recessive pattern of inheritance that many of us learned in school, using the smooth and wrinkled peas studied by Gregor Mendel in the mid-nineteenth century as the example. New advances in the field of genomics are allowing scientists to search for what are being termed "the genes that matter" because they are associated with, for example, mortality in sockeye salmon under stress (Miller et al. 2011), age at maturity in Atlantic salmon (Barson et al. 2015), and adult migration timing in Chinook salmon (Brieuc et al. 2015) and steelhead (Hess et al. 2016). I foresee rapid expansion of this field in the near future, and Pearse (2016) provided an excellent review of genomics and its application to salmonid conservation.

CHAPTER 20

# The Abundance and Diversity of Salmon and Trout

## *Past, Present, and Future*

It is clear from previous chapters that salmon populations have been affected by broad-scale, climate-driven forces during the past century and by many human activities. Estimates of salmon abundance before 1900 rely on many assumptions, and the catch data on which they are based must be viewed with some caution. Nevertheless, such estimates have been generated including salmon and steelhead in the Columbia River (Chapman 1986) and sockeye salmon in the Fraser River (Ricker 1950). Sometimes the contrast between past abundance and current scarcity is striking. For example, Gayeski et al. (2011) estimated that there were about 622,000 adult steelhead in Puget Sound rivers in 1895, when commercial catches peaked, compared to 22,000 recently (1980–2004). These estimates are based on catch records, and they may require converting cases of canned salmon to numbers of whole fish, adjustment for waste, guesses as to how many fish were not caught, and so on. At best such records go back to about the late 1880s, but there are other approaches to the question of how many salmon there were in the past. These assessments of the former abundance of salmon are not just a matter of nostalgia for the "good old days." Rather, they serve as an important baseline against which we can assess the current production and future potential of watersheds and therefore guide our plans and expectations.

### How Many Salmon Were There in the Past?

One way to consider past salmon abundance is to take an anthropological perspective. This perspective is important because indigenous people all around the Pacific Rim ate salmon, and indeed the colonization of North America by people may have been linked to the recolonization by salmon (Sutton 2017). One first needs to estimate how many people occupied the major river basins before Euro-American contact reduced and altered their populations. One can estimate how many calories each person needs to eat, what fraction of their diet was salmon, how large and energy-rich the salmon were, and from all this we can tally up how many salmon they might have eaten. Using this approach, Schalk (1986) estimated that the native people of the Columbia River basin might have consumed 41.7 million pounds of salmon annually. This was

about twice as high as two other estimates (about 18 million and 22 million pounds). With any reasonable conversion from pounds into individual fish, this kind of catch would have required some very substantial populations of salmon.

Indirect techniques allow us to estimate salmon abundance in past centuries and millennia through proxies. For example, trees near rivers in southeast Alaska grew faster (as indicated by the spacing of their rings) in years when salmon were more abundant (Drake et al. 2002). Using this relationship, developed for years when salmon were counted, the authors estimated how many salmon the rivers might have supported back to 1820. The tree cores indicated high salmon abundance in that area at the turn of the twentieth century but significant variation during the nineteenth century, including apparently low density in the early 1800s.

Tree rings, although informative, can only provide insights over the period when the tree was alive. Looking farther back in time, Finney et al. (2000) took advantage of the difference in nitrogen stable isotopes between marine and freshwater ecosystems, described in Chapter 7. They developed a relationship between the density of salmon in three different lakes in Alaska and the proportion of the nitrogen of marine origin in each lake's sediments. Cores dating back about three hundred years indicated that salmon populations had been quite abundant about the time when commercial fishing began in the early 1900s, and that salmon had also been very abundant in the mid-1700s, but there had been fewer in the early 1800s (consistent with the tree-ring data reported by Drake et al. [2002] for a different region of Alaska). Analyses of even earlier cores from Karluk Lake indicated high levels of salmon abundance about twenty-one hundred years ago, followed by a decline to around twelve hundred years ago, and then an increase to greater abundance in the past eight hundred years (Finney et al. 2002).

Schindler and colleagues (2006) applied these "paleo-limnology" techniques to study sediment cores taken from other lakes in Alaska and gain further insights into the range of salmon abundance in past centuries. For example, the Alagnak River system in Bristol Bay experienced a series of years with apparently unprecedented sockeye salmon abundance beginning in 2003. Had such large runs ever occurred before? The answer seems to be yes; the sediment cores indicated that sockeye were very abundant about every hundred years, with a notable peak around 1600 (Schindler et al. 2006). Analysis of samples from twenty lakes with sockeye salmon and three lakes where salmon are excluded by waterfalls (to control for possible effects of climate on the isotopes unrelated to salmon) provided a more complex and nuanced picture of the past (Rogers et al. 2013). The results showed that over the past five hundred years, some lakes have seen great fluctuations in salmon runs while others have been quite steady, and not all fluctuations were in synchrony. For example, Iliamna Lake showed evidence of its highest abundance from about 1600 to 1700, followed by a gradual decline. On the other side of Bristol Bay, the Lake Aleknagik populations seem to have been steadier, showing neither the increase prior to 1600 nor the decline thereafter

until both lakes received fewer adult salmon in the twentieth century because they were caught in industrial-scale fisheries (fig. 20.1).

Chatters et al. (1995) sought an even longer perspective on salmon abundance in the Columbia River basin. First, they estimated the likely flow regime of the river based on geomorphology, reconstructed plant communities from fossil pollen samples, and layered depositions of freshwater mussel shells. The mussels were especially useful because one species favors faster, gravel-rich streams whereas the other favors streams with more sand and silt. These analyses suggested that climate conditions have been favorable for salmon during most of the last four thousand years. However, earlier records suggested unfavorable conditions from about six thousand to eight thousand years ago, followed by gradually improving conditions to the optimum period, from around two thousand to four thousand years ago. These analyses are much less precise than those from the other techniques, but they gain some support from the presence of salmon bones left by humans in archeological sites. The proportion of salmon bones was low in the earliest sites sampled (thirty-eight hundred years ago and older) but much more abundant starting around three thousand to thirty-three hundred years ago.

Taking an even longer look back in time, we must remember that Pacific salmon were extirpated from much of their present range for thousands of years during the last glacial period. Pielou (1991) provided fascinating insights into the research methods and findings of scientists studying the changing climate, flora, and fauna during the retreat of the glaciers. Indeed, the term *glacial retreat* is a bit misleading,




FIGURE 20.1. Nitrogen stable isotope data from two lakes in Bristol Bay, Alaska, over the past six centuries. Higher values indicate greater abundance of sockeye salmon; the sharp drop since about 1900 corresponds to the onset of heavy commercial fishing, reducing the number escaping to spawn. (*Source:* Rogers et al. 2013)

as it implies a steady, gradual process. Instead, conditions were probably quite variable; in a number of areas huge lakes were formed by melting water behind ice dams, followed by cataclysmic floods when the dams broke. A series of such floods scoured the coulees in eastern Washington, and the effects on fishes in the Columbia River and humans along the river must have been devastating. As deglaciated habitat became suitable, salmon colonized and founded populations. Thus salmon species are millions of years old, but many populations are much more recent.

There are three important points to make on the basis of these glimpses into the past. First, the evidence indicates that salmon populations fluctuated greatly. There was certainly fishing during these years, and recent evidence documented chum salmon associated with a human burial site in central Alaska estimated to be 11,500 years old (Halffman et al. 2015). Fishing has thus been part of salmon ecology for a long time, but many of the Bristol Bay sockeye runs number in the millions of salmon, and it seems implausible that the preindustrial fishing efforts were sufficient to explain their variation in abundance. It is more likely that these changes reflect natural influences (probably mostly related to climate but perhaps disease or other factors as well). Second, the brief experience of Euro-Americans and their written records does not necessarily represent the long-term pattern. Indeed, the commercial fisheries in Alaska developed at a time of average or above-average salmon densities in most systems (Rogers et al. 2013). Viewed from this perspective, the "catastrophic declines" of Alaskan salmon in the mid-twentieth century described in the next section do not seem so extraordinary. Third, contrary to the notion that "the rising tide lifts all boats," there was marked asynchrony in the peaks of abundance. Thus features of each ecosystem interact with the life history of specific populations, causing some to go up, others to go down, and still others to not change much at all during given climate regimes. We will return to this phenomenon soon, in the context of the "portfolio effect."

## How Many Salmon Are There Now?

The purpose of this chapter is to consider the past and present abundance of salmon, with comments on prospects for the future. We therefore need to address the simplest question, "How many salmon are there now?" This is actually a very difficult number to estimate because so many governmental jurisdictions collect data and there is no centralized process for compiling and reporting it. Catch data are neither precise nor consolidated regularly, and salmon that escape to spawn are often not counted at all, or they are estimated imprecisely, and those data are not consolidated either. The numbers change every year, so by the time the data for one year are in hand, they are old news.

Rogers (2001) spent considerable effort getting data from a variety of governmental sources and he estimated adult salmon abundance for each year from 1951 through

2000. I took the years from 1981 to 2000 to represent modern conditions (table 20.1). Pink salmon are the most abundant species, especially in Russia and in central and southeast Alaska. Sockeye (essentially all wild) are especially abundant in western Alaska. Chum are naturally abundant, but there is also tremendous production from hatcheries in Japan. These three species have freed themselves, figuratively speaking, from the typical salmonid pattern of rearing in the natal stream. Consequently, they are by far the most abundant salmon, and they spawn at the highest densities. Coho and Chinook salmon are markedly less abundant than the other three species, and almost certainly always were, for the basic ecological reason that streams can support a higher density of incubating embryos than hungry fry.

Ruggerone et al. (2010) built a database on the abundance of wild and hatchery pink, chum, and sockeye salmon from 1952 to 2010, including populations all around the Pacific Rim. Considering only the wild salmon, the data confirm the overall numerical dominance of pink salmon and also the moderate abundance of the three species combined in the 1950s, the lower abundance during the 1960s and 1970s, and the marked increase in abundance in the late 1970s (fig. 20.2), as discussed earlier in the chapter on survival at sea. These three species dominate the total count of salmon, so we can say that the past decades have been good for wild salmon as a whole. Pink salmon have benefitted especially from conditions over the past fifty years. They increased numerically, from about one hundred million to two hundred million in the 1960s to about four hundred million more recently, and they also increased on a relative basis, from about 65% to 75% of the total for these three species. Sockeye increased on an absolute basis, from about forty million to eighty million over the period of record, holding their own at about 15% of the total. Chum salmon held steady in terms of overall abundance at about fifty million fish but fell behind on a relative basis from about 20% to 10% of the total.

I combined Rogers's (2001) estimates of salmon abundance with one for steelhead (Burgner et al. 1992), and estimated the number of discrete populations for

TABLE 20.1. Estimated average annual abundance of adult Pacific salmon (catch and escapement, wild and hatchery) from 1981–2000 by geographical area, expressed as percentages of the total. (*Source*: Rogers 2001)

| Species | Japan (%) | Russia (%) | Western Alaska (%) | Central Alaska (%) | Southeast Alaska to California (%) | Total (millions of salmon) | Percentage of total (%) |
|---|---|---|---|---|---|---|---|
| Pink | 5.1 | 46.9 | 0.4 | 18.9 | 28.7 | 327.6 | 61.4 |
| Chum | 53.3 | 16.5 | 7.5 | 6.2 | 16.5 | 102.0 | 19.1 |
| Sockeye | 0.0 | 10.0 | 50.4 | 20.3 | 19.3 | 83.0 | 15.6 |
| Coho | 0.0 | 12.8 | 11.7 | 15.4 | 60.1 | 16.5 | 3.1 |
| Chinook | 0.0 | 6.1 | 14.0 | 5.9 | 72.1 | 4.8 | 0.9 |




FIGURE 20.2. Annual estimates of wild pink, chum, and sockeye salmon abundance (in millions of adults) in Asia and North America. (*Source:* Ruggerone et al. 2010)

TABLE 20.2. Estimated abundance (catch plus escapement) of North American salmon from 1951 to 2001 (*Source:* Rogers 2001) and steelhead (*Source:* Burgner et al. 1992; period of record not specified), and number of populations (*Source:* Waples et al. 2001). The number of fish per population was calculated from the first two rows and so is not an average of actual population sizes.

| Abundance | Pink | Sockeye | Chum | Coho | Chinook | Steelhead |
|---|---|---|---|---|---|---|
| Millions of adults | 105.5 | 51.4 | 23.7 | 13.5 | 5.1 | 1.6 |
| Number of populations | 8165 | 1400 | 3600 | 5400 | 1400 | 1500 |
| Fish per population | 12,918 | 36,681 | 6571 | 2501 | 3627 | 1067 |

each species (Waples et al. 2001) to produce table 20.2. For this purpose the longer period of record (1951–2001) was used, as it may better represent the general levels of abundance than the recent period of large runs. Pink salmon are by far the most numerous, in terms of individuals and populations. There are many coho populations but few fish, so most populations are small. Sockeye, Chinook, and steelhead have similar numbers of populations, but the sockeye populations tend to be larger than those of the other species.

Sharpening the focus still further, I obtained data on the commercial catches of the five salmon species in Alaska (fig. 20.3). This includes wild and hatchery fish and omits the recreational catch, but that is likely a small part of the total, especially for the sockeye, chum, and pink salmon. It is interesting to see that the trends are largely




FIGURE 20.3. Commercial catches of salmon in Alaska in millions of fish (note different ranges among the species). (*Source:* Rigby et al. 1991; unpublished data from the Alaska Department of Fish and Game)

similar among the species (except the Chinook), despite differences in life history and habitat. The absolute scales differ among species, but the timing of the changes is largely the same. The sparse catches in the early years are attributable to low fishing effort rather than low abundance, but after that there is probably a reasonable correspondence between catch and abundance. All species had peaks in abundance in the 1920s to 1940s, declined through the late 1970s, and rebounded thereafter. Chinook salmon did not recover to their former level of abundance (perhaps in part because the catches had relied heavily on populations spawning farther south that declined), but the other species grew to levels not seen earlier in the century. Needless to say, at finer spatial scales abundance and catch are affected by many factors, including natural variation in local habitat conditions, consequences of development by humans, fishing regulations, and so on. The broad patterns are thus like a mosaic—clearest

when seen from a distance. Marine conditions affect the patterns of abundance, but climatic changes affect freshwater life-history phases as well through temperature and river flow regimes. One of the challenges is to understand the ways in which different life-history stages are affected by climate conditions and whether the effects at early stages are magnified or negated later in life. The other challenge, obviously, is to estimate how the future climate scenarios will affect salmon and their ecosystems.

Typically, when conditions in one habitat, affecting one life-history stage, are favorable, the conditions affecting the subsequent stages are less favorable, and the population fluctuates around some average. However, from time to time, conditions favoring survival line up for a generation and tremendous numbers of salmon return, sometimes to a very small streams. For example, Murphy (1985) reported that in seven years the counts of pink salmon in Porcupine Creek, on Etolin Island in southeastern Alaska, ranged from six thousand to ninety-three thousand adults using only 2.5 km of stream. Scientists and managers working in the southern end of the range of Pacific salmon, or on Atlantic salmon anywhere, may view these densities with incredulity, but they are not exaggerations. I found three other examples (table 20.3): pink salmon in southeastern Alaska (Heard 1978), chum salmon in Puget Sound, and sockeye salmon in Bristol Bay (photo 20.1) to illustrate how dense salmon populations can get. We should never underestimate the capacity of salmon to rebound when conditions are favorable. This is especially true of the species that spawn at high densities (pink, chum, and sockeye), but the other species can do so as well. Great variation in survival and productivity are common in salmon.

One further famous example is worth mentioning, the Lower Adams River, and I am indebted to Keri Benner, of Canada's Department of Fisheries and Oceans for the information. This river is about 40 m wide and flows about 12 km from Adams Lake into Shuswap Lake, which in turn flows into the Thompson River, in the Fraser

**TABLE 20.3.** Escapement counts of wild pink salmon in Sashin Creek, Alaska (33 years: Heard 1978); sockeye salmon in Hansen Creek, Bristol Bay, Alaska (54 years: Quinn et al. 2014 and additional unpublished data); and chum salmon in Kennedy Creek, Washington (47 years: Washington Department of Fish and Wildlife, unpublished data). The examples illustrate the great variation and high density that can occur in salmon populations.

| | Sashin Creek pink salmon | Hansen Creek sockeye salmon | Kennedy Creek chum salmon |
|---|---|---|---|
| Minimum | 112 | 275 | 1135 |
| Average | 17,334 | 7642 | 24,022 |
| Maximum | 92,085 | 60,804 | 85,008 |
| Stream length (km) | 1.2 | 2.0 | 4.4 |
| Average width (m) | 11.4 | 4.0 | 7.4 |
| Area ($m^2$) | 13,629 | 12,600 | 32,560 |
| Maximum fish/$m^2$ | 6.8 | 4.8 | 2.6 |



PHOTO 20.1. Michael Tillotson recording dissolved oxygen levels in Hansen Creek, Bristol Bay, Alaska, during the 2014 season when more than sixty thousand sockeye salmon returned to spawn in this 2 km stream. (*Photo:* Thomas Quinn)

River system of British Columbia. The roughly 480,000 $m^2$ of streambed had escapements on the dominant line of this population's four-year cycle of abundance between 1990 and 2014 ranging from 0.68 million to 3.9 million adult sockeye. The average of 1.9 million does not include roughly equal numbers that were caught prior to return. If distributed equally, the escapement would be 4.0 fish per $m^2$ on average, ranging as high as 8.1 fish per $m^2$. Some salmon arrive after others have died, so the instantaneous densities are lower, but this is still a lot of salmon. They are not uniformly distributed because some habitats are less suitable than others, so the prime real estate gets especially heavy use. The area, in the Roderick Haig-Brown Provincial Park, is visited by many people on peak years, coming to witness and celebrate the astonishing return of so many salmon to their natal site, nearly 500 km from the sea.

## The Present Status of Salmon

As should be clear from the figures and tables presented in this chapter, the last four decades have been marked by high overall abundance of salmon. However, the abundance in North America largely reflects strong runs in Alaska, where salmon have always been most numerous, and the recovery of Fraser River sockeye and pink salmon after the construction of fishways at Hell's Gate. In both Asia and North

America the totals include many hatchery-produced fish. Thus the overall abundance masks dramatic declines of wild populations, especially in southern areas.

Since the late nineteenth century, various human activities have depleted salmon populations, affecting them at all life-history stages. Some activities (including mining, logging, agricultural practices, and urban development) affect the survival of embryos and the quality of freshwater habitats. Construction of dams for water storage, diversion, and hydroelectric power generation blocks access to some habitats and changes the flow regimes, temperature, habitat, and community dynamics in many large rivers. Modification of estuaries for agriculture, commerce, and urban development also contribute to declines in salmon abundance, as does fishing (NRC 1996). Thus the decline of salmon is often ascribed to four factors, each beginning with the letter *h*. The first three are: *habitat* (loss and degradation), *hydroelectric* dams (dams in general, really), and *harvest* (fishing). Reviews of the history of salmon management (Dunn 1996; Lichatowich 1999) show that some pioneering fisheries scientists knew that these activities harmed salmon and wrote eloquently and repeatedly on the subject. Artificial propagation of salmon in hatcheries was seen by many as a way to counter the effects of overfishing and return the former levels of abundance (Bottom 1997), but such efforts masked the decline of wild populations and often encouraged fishing levels that only hatchery runs could sustain, accelerating the decline. So, for many scientists and policy advocates, the fourth *h* in the list of factors causing the decline of salmon is the inappropriate or overzealous use of *hatcheries*.

Salmon and trout are affected by so many different factors (natural and human-related), operating at different stages of their lives and in different places, making it very difficult to link declines or rebounds to one cause. Each group (fishermen, irrigators, loggers, dam operators, etc.) tries to deflect responsibility for its contribution to the problem by directing attention to the other groups. This divisive "blame game" tends to pit groups against each other and becomes more and more acrimonious. In their collection of documents pertaining to salmon management, Cone and Ridlington (1996) reported a tongue-in-cheek list of the top ten ways to stop salmon runs, like those sometimes read on late-night talk shows. The list was drawn up at a salmon conference and, although no individual was given credit for it, I have reproduced it to illustrate how frustrated scientists and the public alike get as we go around and around, blaming one group or another (table 20.4).

Bruce Brown's (1982) book *Mountain in the Clouds* presented the public with historical factors leading to the decline of salmon in a passionate and highly critical manner, and I was greatly moved by it. In the 1970s and 1980s many fisheries scientists documented the effects of habitat degradation and other activities on salmon (Salo and Cundy 1987; Meehan 1991). However, for several reasons there was little study or discussion of the overall status of salmon until the 1990s. Most research was local in focus, conducted by people working in the many agencies with specific jurisdictions defined by city, county, state, provincial, and national borders. Personal computers

TABLE 20.4. "Top ten ways to stop salmon runs" listed by an anonymous fisheries scientist at a conference in 1994. (*Source*: Cited in Cone and Ridlington 1996, 88)

| | |
|---|---|
| 10. | Cut forests |
| 9. | Build dams |
| 8. | Fish hard |
| 7. | Introduce new predators |
| 6. | Dilute genes |
| 5. | Add cattle |
| 4. | Irrigate |
| 3. | Pollute |
| 2. | Manage by legislation |
| 1. | Wait until the experts agree |

were only recently available (I did not have one in my office until 1986), and they had very limited capacity. Data spanning broad geographical areas were not readily available, and overall trends were difficult to detect because individual populations fluctuated so much; declines in one area were often matched by increases elsewhere. Finally, the effects of climate change and ocean conditions on survival and abundance were not fully appreciated.

In 1991, Willa Nehlsen, Jack Williams, and James Lichatowich published a clarion call, uniting many fisheries biologists who had independently become concerned about the status of salmon (Nehlsen et al. 1991). They surveyed biologists in California, Idaho, Oregon, and Washington to estimate how many populations of anadromous salmon and trout were at risk of extinction. Stocks were categorized as being already extinct, at high or moderate risk of extinction, or of special concern for various reasons (they did not catalog healthy populations). There were several shocking findings, notably the many populations that were apparently extinct (107) and the large number in some form of jeopardy (214). Perhaps just as shocking as the number of populations in jeopardy was the dismal state of information on the status of salmon. In many cases there was no quantitative assessment, and only the opinion of the local biologist was available as a basis for categorizing the status of the population.

A corollary of this lack of good information was the gross manner in which many stocks were lumped together. For example, the report listed only two "stocks" of anadromous cutthroat trout in all of Washington outside the Columbia River. One stock combined all the populations in Hood Canal and Grays Harbor (two areas that are not even close to each other, much less adjacent), and the other stock included everything else! Likewise, all the streams on the Oregon coast were combined into a single stock for cutthroat trout. Habitat loss and degradation were judged to have contributed to the extinction risk in 91% of the cases, and habitat accessible to anadromous

salmonids in the Columbia River basin decreased from about 23,603 km of stream before 1850 to 16,211 km in the 1980s, a 31% loss, from water development (NWPPC 1986). Nehlsen et al. (1991) estimated that biotic factors (hybridization, competition or predation by non-native species, and interactions with hatchery-produced conspecifics) contributed to risk of extinction in 53% of the cases, and overfishing contributed in 50%.

Despite (or perhaps because of) its limitations, the study by Nehlsen and her colleagues had a galvanic effect. Reports were soon produced by agencies on the status of populations in Oregon (Nickelson et al. 1992) and Washington (Washington Department of Fisheries et al. 1993), and journal articles summarized the status of salmonids in British Columbia and the Yukon (Slaney et al. 1996) and southeastern Alaska (Baker et al. 1996). A panel of the National Research Council was convened to study the status of anadromous salmonids in the Pacific Northwest (NRC 1996), and countless workshops, symposia, and other meetings have taken place to discuss salmon abundance.

Considered together, the various reports first confirmed the widely held view that salmonid diversity increases to the north. They tallied far fewer populations in coastal Oregon and Washington than in British Columbia, and as many in southeast Alaska alone as in British Columbia. Second, not surprisingly, the proportion of populations already extinct or in jeopardy is also greatest in the south. Third, the status of salmon is unknown in many populations, especially but not exclusively in the north. Given the thousands of populations in the vast, often remote areas of British Columbia and Alaska, this is understandable, but even in the more developed parts of the range (in terms of road access, etc.) a lot of uncertainty was reported. The percentage of populations whose status was "unknown" ranged from 11% in coastal Oregon, to 24% in Washington, 41% in British Columbia, and 90% in southeast Alaska and the Yukon. Consistent with these assessments, the methods for estimating salmon escapements are often weak. Only 2.6% of the 9430 populations that Knudsen (2000) tallied in the United States had estimation methods (e.g., traps, towers, or mark-recapture methods) deemed excellent, good, or fair. More than 30% of the populations had methods deemed poor (mostly aerial surveys), and more than 60% of the populations had no method at all, or no information on the method was available.

Recognition of the declines in salmon abundance reached the highest possible levels in the United States when the full power of the federal Endangered Species Act was applied to discrete population complexes. The law refers to "distinct population segments" but the National Marine Fisheries Service adopted the concept of "Evolutionarily Significant Units" or ESUs of salmon and trout, as noted in Chapter 19. Under the law a species is *endangered* if it "is in danger of extinction throughout all or a significant portion of its range" and *threatened* if it is "likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range."

The species in greatest jeopardy are Chinook salmon, with nine listed ESUs as of 2016: two endangered (Sacramento River winter run and upper Columbia River spring run) and seven threatened (coastal California, California Central Valley, lower Columbia River, Snake River fall run, Snake River spring-summer run, upper Willamette River, and Puget Sound), and steelhead with eleven listed ESUs (one endangered and ten threatened) including the Puget Sound ESU, five in the Columbia River basin, and five in California. There are also three coho ESUs listed as threatened (southern Oregon and northern California coasts, Oregon coast, and lower Columbia River) and one endangered (central California coast), two chum ESUs listed as threatened (Hood Canal summer run and Columbia River), and two sockeye ESUs, one endangered (Snake River) and one threatened (Ozette Lake, Washington). In addition to these listings of salmon and steelhead, seven other salmonids are also listed under the ESA as threatened: Little Kern golden trout (*O. aguabonita whitei*), Apache trout (*O. apache*), greenback cutthroat trout (*O. clarkii stomias*), Lahontan cutthroat trout (*O. clarkii henshawi*), Paiute trout (*O. clarkii seleniris*), Gila trout (*O. gilae*), and bull trout.

But how do we decide if a population or ESU is in jeopardy or not? NOAA scientists settled on the "viable salmonid population" (VSP) concept (McElhany et al. 2000). Viability (resistance to extinction) is based on four criteria: the population's (1) abundance, (2) growth rate, (3) spatial structure, and (4) diversity. All other things being equal, large populations are less at risk of extinction than small ones, but the VSP concept recognizes that a small population at the carrying capacity of its habitat may be robust. Spatial structure is important because a population whose persistence depends on a single breeding site or passage through a single migration corridor is more at risk than one in which the fish breed at multiple sites, below and above waterfalls, and so on. For example, a lake supporting sockeye salmon with a single stream used for breeding would have less spatial structure than a similar lake with several spawning streams, and so it would be less capable of rebounding if something affected breeding adults. A river with two branches, both used by coho salmon or steelhead for spawning and rearing, would be more resistant than a single stream, etc.

Implicit in the importance of spatial diversity is the idea that factors affecting one site may not affect them all. This is likely the case for certain kinds of human interventions such as a spill of contaminants that might kill all the fish in one stream but not another nearby. However, we have learned that spatial diversity is also important because even nearby populations vary in abundance and productivity out of phase with each other. For example, sockeye salmon populations breeding in different streams flowing into the same lake (Stewart et al. 2003; Rogers and Schindler 2008) or even different parts of the same stream system (Quinn, Rich et al. 2012) vary asynchronously, although the reasons for the asynchrony are often not obvious. This spatial diversity stabilizes the aggregation of populations in the face of climate-driven changes because conditions that favor one population or populations using one type

of habitat may not favor others, and when conditions change the roles may reverse. This *biocomplexity* is a very important concept in conservation of natural systems, revealed, for example, in the sockeye salmon of Bristol Bay (Hilborn et al. 2003).

Not only spatial diversity but also life-history diversity is important for the stability of population complexes. That is, a suite of populations with variation in smolt age and number of years at sea, in body size, migration timing, and other traits tend to be more stable (fluctuate less widely) than ones with narrower range of traits. Adopting a term long used in finance and economics, this has been called the *portfolio effect*. By analogy, an investor's portfolio would be more stable if it contained stocks in many companies rather than just one, and even more stable if it included both manufacturing and computer technology companies, for example. The complex of Bristol Bay sockeye salmon populations is much more stable than any of the parts, providing greater certainty of a surplus for the fishermen and also benefits for the predators and scavengers who rely so heavily on the salmon (Schindler et al. 2010). As we lose populations and reduce the diversity of the remaining ones, we lose resilience in wild salmon runs as a whole. These problems are magnified when more and more salmon are produced in hatcheries because the production is concentrated in fewer places, and hatcheries tend to produce less diverse fish than rivers do (more similar age and size of smolts, etc.). Consistent with this idea, Snake River Chinook salmon populations displayed much more synchrony in returns than did the highly diverse Bristol Bay sockeye, indicating a reduced portfolio (Moore, McClure et al. 2010).

Thus we have the paradox that salmon are very abundant as a commodity but are in jeopardy in a large fraction of their range. Hyatt and Riddell (2000) commented that we have done a fair job managing salmon for biomass but a poor job managing for biodiversity, and others (Scudder 1989; Riddell 1993) pointed out the importance of small populations in the overall genetic and ecological health of each species. It is therefore deceptive to state that salmon are as abundant now as they were at any time during the past century. Coho, Chinook, and steelhead have the most southerly distributions and have been most affected by human activities but were always the least abundant, so their proportionally larger losses have little influence on the total count of salmon.

Having driven these fishes to (or over) the brink of extinction, we are now spending great sums of money trying to restore them. I will not pass judgment on these efforts, other than to make two points. First, restoration projects must be firmly grounded in the basic biology of the species in question. The scope for gain needs to be realistically assessed in terms of the quantity and quality of habitat and the factors limiting the density or productivity of the species. Changes in habitat may not benefit all species equally; interspecific differences and interactions within the salmonid community and with nonsalmonids need to be carefully considered.

We must also bear in mind the inherent, statistical difficulty of detecting the effects of human activities, either harmful or beneficial. The natural variation in fresh

water and marine survival of salmon makes it difficult to detect, with accepted levels of statistical confidence, even large underlying changes in abundance of adults. Lichatowich and Cramer (1979, 1) concluded that "studies of survival and abundance may require 20–30 years to produce an 80% chance of detecting a 50% change." The effects of habitat degradation on the population might be masked by high marine survival rates, or the effects of habitat restoration might be negated by poor conditions at sea, and in both cases variation in fishing could further affect the count of salmon in the stream. Natural variation is about twice as high in anadromous populations compared with nonanadromous ones (Bisson et al. 1996), so it is somewhat easier to detect changes in trout abundance because their responses to events in fresh water are not complicated by marine survival and distant fisheries. However, even nonanadromous populations vary considerably, making it difficult to link human activities to fish responses (Dauwalter et al. 2009).

## The Prospects for Salmon in a Changing World

Notwithstanding the abundance of salmon in the northern part of their range, we should be concerned for the many populations at risk in the south and grieve for the extinctions that have already occurred. Salmon are sometimes characterized as the "canary in the mineshaft," using as a metaphor the birds whose death signals a drop in air quality that would soon threaten coal miners. I find this image of salmon, as the most fragile element of their ecosystem, inappropriate. Salmon populations are highly productive and mobile. Millions of pink salmon spawned in tributaries of the Fraser and Thompson rivers above Hell's Gate prior to the rockslide in 1913, but they could not successfully negotiate the rapids that year. For five generations no pinks were seen above the canyon, but when the fishways were completed, the annual escapements increased dramatically, from under two thousand fish in 1947 and 1949, to tens of thousands in 1951 and 1953, to hundreds of thousands through 1975, and then into the millions (Withler 1982; Pess et al. 2012).

Given the high fishing rates, habitat loss from impassable dams and degradation from harsh land use practices, careless transfers of fish among basins, overzealous hatchery propagation, and other stressors, the remarkable thing is not that salmon are in danger but that they still persist. I think their chances of recovery are good if we would only take our collective foot off their neck. I am not so naïve as to believe that recovery is possible in all areas. However, the southern part of Puget Sound, hardly pristine habitat, has had truly phenomenal runs of chum salmon during the past decades (see table 20.3). Whatever the reason (favorable ocean conditions, skillful fishery management, renewed habitat protection, or something else), success stories such as this should encourage us not to give up on salmon and trout.

Optimists may be especially encouraged by the recent extraordinary runs of pink salmon at the southern end of their North American range. As a general ecological

principle, species are often sparsely distributed toward the edges of their natural range (as chum salmon, for example, thin out down the coasts of Washington and Oregon). In addition, under warming conditions (see below) we expect populations to decline at the southern end of their range. Furthermore, degraded habitats are not usually the sites of booming populations. Finally, the Puget Sound runs of steelhead, coho, and Chinook salmon have been declining for several decades, and it is generally thought that poor marine survival is the primary cause (Zimmerman et al. 2015). We would thus have plenty of good explanations for declines or even extinctions of Puget Sound pink salmon runs, but just the opposite has been taking place; their abundance has been skyrocketing. The Puyallup River, flowing past the city of Tacoma and into the highly industrialized Commencement Bay, seems an unlikely place for the expansion of wild salmon runs. However, the Puyallup River, and especially its tributary, the White River, has seen an astonishing colonization by pink salmon. A trap recorded none at all through 2001, but the run rapidly grew to exceed a half-million adults, all wild (table 20.5). This expansion has paralleled exceptionally large runs of pink salmon, virtually all wild, in other Puget Sound rivers, in southern British Columbia, and throughout the species' range.

Many knowledgeable, experienced scientists do not share my optimism. Hartman et al. (2000) expressed concern that the combination of global climate change, increasing human population, and the complex changes in land use that inevitably follow will make the future of salmon very dim. These researchers also cautioned that scientists should not give the public false hopes by promising "sustainable" salmon runs when the real problems are beyond our control. Lackey (2001, 26) built on this theme, predicting that in the US Pacific Northwest by the year 2100, "many stocks or populations will have disappeared, and those that remain will have small runs incapable of supporting appreciable fishing." Maybe, but I hope not. I am an optimist by nature, taking encouragement from success stories such as the White River pink salmon more than depression from the many declines despite significant effort. There are admittedly a lot of people pressing on salmon with demands for water, space, and other resources that fish need, and we must confront the issues related to human population density.

What do salmon and trout really need? We have the list of four *h*'s associated with their decline (habitat degradation, hydroelectric dams, harvest, and hatcheries), but

**TABLE 20.5.** Numbers of adult pink salmon recorded at the Buckley Trap on the White River, a tributary of the Puyallup River, Puget Sound, Washington. Only odd-numbered years are listed because there is no even-year run of pink salmon in this river. (*Source:* Data provided by Dr. Frederick Goetz, US Army Corps of Engineers, Seattle)

| Year | 1997 | 1999 | 2001 | 2003 | 2005 | 2007 | 2009 | 2011 | 2013 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of salmon | 0 | 0 | 0 | 13,190 | 33,346 | 127,540 | 540,590 | 622,003 | 458,160 | 478,426 |

on the more positive side we also have a list of four *c*'s that they need: habitat that is *cold, clean, complex,* and *connected*. To the best of my knowledge, this was coined by Shelley Spalding of Montana's Department of Fish, Wildlife, and Parks in 1997, and referred to in print a year later in a report on bull trout (USFWS 1998). I commend her, or whomever deserves the credit, for this simple, wise list.

The need for cold or at least cool water is obviously characteristic of salmonids, as temperature has direct or indirect effects on virtually all stages of their lives, including developmental rate of embryos, feeding rate and capacity for growth of juveniles in streams and lakes, timing of migration to sea, swimming speed, appetite, and health of salmon. Temperature affects not only salmon but also their prey, predators, and diseases. I have neither the space nor the expertise to review the scientific evidence of our planet's changing climate and the various models for how rapidly it will continue to warm and otherwise differ from past conditions. However, there is no doubt that the future of salmon and trout will hinge on interactions between their ecology and changes in air temperature, precipitation, and the storage and delivery of that precipitation in river systems as rain and snow and on climate-related processes at sea such as pH (acidity). These changes will be (and already are) profound but patterns will vary from one region to another—from south to north, coast to interior, and so forth.

Several examples from the North American range of salmon should suffice to illustrate the trends. In the Columbia River the average water temperature in August has gone from about 20°C in the early 1950s to 21.5°C by 2015. One might ascribe this change to the effects of hydroelectric dams, but a parallel increase has taken place over the same period of record in the Fraser River, to the north (Patterson et al. 2007), which has no mainstem dams, from about 16.5°C to 18.5°C (fig. 20.4). The marine waters of the Strait of Georgia have been warming during this period as well (Beamish et al. 2010). Farther north, in Alaska, the University of Washington has been studying the ecology of lakes in Bristol Bay, recording (among many things) surface water temperatures. The average July temperatures in Lake Aleknagik, just below 60° north latitude, averaged 8°C in the first ten years of the record (1963 to 1972), rising to about 11.6°C in the most recent decade, and each of the last four years exceeded the maximum prior to 2013 (fig. 20.5).

These elevated water temperatures reflect the earlier breakup of ice on the lake and also warm air temperatures. Farther north and inland, records have been kept of the date of ice breakup on the Yukon River at Dawson City, Canada, since 1896. In addition to the practical importance of the breakup of ice for transportation on the river, this became a source of keen interest for local betting. Consistent with the other trends, the ice is breaking up earlier than before, and 2016 was the earliest year on record. Still farther north, the extent of ice coverage in the Arctic Ocean has been shrinking from about 7 million $km^2$ to 8 million $km^2$ in September (typically the period with least ice coverage) during the early 1980s to only 4 million $km^2$ to




FIGURE 20.4. Mean August water temperatures in the Columbia River at Bonneville Dam. (*Source:* US Army Corps of Engineers annual reports) and the Fraser River at the community of Hope. (*Source:* Patterson et al. 2007; additional unpublished data)




FIGURE 20.5. Mean July water temperatures among ten sites around the shoreline of Lake Aleknagik, Alaska, sampled from 1963 through 2016. (*Source:* University of Washington, School of Aquatic and Fishery Sciences data, provided by Jackie Carter)

5 million km² recently (National Snow and Ice Data Center, Boulder, Colorado). This represents a huge increase in the ice-free area and also a huge proportional change. Needless to say, these data are part of global patterns, affecting Asia as well as North America. Records indicate warmer air temperatures in Japan and a reduction in ice coverage in the Sea of Okhotsk (Japan Meteorological Agency 2015), for example.

To be sure, warm years are sometimes followed by cold years, and a warm year in one place may be cold elsewhere. In addition, there are natural cycles of climate variation, so some of the warming in recent decades has been natural. Nevertheless, there is no doubt that the planet's climate has been altered by increased carbon dioxide from human activities, and this ongoing climate change is having profound effects on us all. From the standpoint of salmon and trout, and their ecosystems, this will play out in different ways in different areas. In some cases the warm water has been associated with increased incidence or virulence of disease or depletion of energy, resulting in prespawning mortality. This has been a problem for Fraser River sockeye salmon for decades (Gilhousen 1990) and only getting worse (Hinch et al. 2012).

In addition to warmer water temperatures, the trends and model predictions indicate less snow—for example, in the Cascade Mountains draining into Puget Sound (Casola et al. 2009), earlier runoff of melting of snow in streams (Stewart et al. 2005), and lower summer flows (Praskievicz 2016). In many ways the changes in flow may be as important (or more) than elevated temperatures, especially for stream-rearing trout that may also be under pressure from non-native salmonids (Wenger et al. 2011). Temperature and flow will also be important for the seasonal runs that enter fresh water as adults long in advance of spawning such as spring Chinook salmon. They tend to enter earlier when it is warmer (Keefer, Peery et al. 2008), and so must spend more time in the (warmer) summer prior to spawning, with more energy lost, longer exposure to disease, etc. Overall, the effects of warming conditions will depend on the region and species in question, its thermal tolerance and life history; salmon and trout are complex animals, and their responses are not always easily predicted (Kovach et al. 2016).

The need for *clean* water, free from contaminants, is intuitive as well. In some areas within the range of salmon and trout this is not a major cause for concern, but in other areas it certainly is. Pesticides used in urban and agricultural areas can harm salmon and trout directly and indirectly through effects on the insects they eat (Macneale et al. 2010). Estuaries are habitats of particular concern with respect to contaminants because many are industrialized ports near cities where chemicals have been used, and because contaminants released upriver are typically deposited in the estuary. The physiological transition from fresh water to salt water is difficult, and stress from contaminant exposure may be especially harmful. Levels of persistent organic pollutants were high enough to affect growth and survival in juvenile Chinook salmon in the Columbia River estuary (Johnson et al. 2013). Interestingly, contaminants associated with agriculture like DDT were more concentrated in yearlings,

many of which feed in the interior. In contrast, subyearlings spend more time feeding in lower reaches of the river and the estuary, and they had higher concentrations of pollutants associated with industrial development such as PCBs.

We may understand that fish are exposed to chemical contaminants in polluted streams and lakes, but we tend to regard their marine habitats as clean. However, the circulation in fjords such as Puget Sound retains contaminants. Moreover, "persistent organic pollutants" like PCBs resist breakdown and are magnified as they move up the food chain. Contaminant concentrations can be high in Pacific herring if they feed in areas where the prey are contaminated (West et al. 2008). The Puget Sound resident Chinook salmon that feed on these herring have higher levels of contaminants than do salmon feeding in the coastal ocean waters (O'Neill and West 2009). Finally, marine mammals, notably resident killer whales, that eat the salmon have very high levels of contaminants (Cullon et al. 2009). When the salmon return to spawn in streams with runoff from urban areas, they (especially coho) experience high levels of prespawning mortality if they are exposed to toxic chemicals (Feist et al. 2011). Finally, lest we think that contaminants are exclusively a concern in urbanized areas, lake trout and Arctic char in remote areas of the Arctic have concentrations of mercury high enough to be a health concern for people eating the fish. The concentrations depend on habitat and life history—higher in slow-growing, long-lived fish that were landlocked than in younger, faster-growing fish with access to the ocean (Swanson et al. 2011).

In addition to cold and clean, salmon and trout also need habitat that is *complex*, supporting reproduction by adults, and feeding and sheltering by juveniles of various species and life-history types throughout the year. Habitat loses complexity in many ways, often a little at a time. We build roads along rivers to take advantage of the gradient but then are unhappy when the river moves around and erodes the base of the road. So we confine the river and simplify its channel, drain swamps that provide winter refuge for fish during times of flooding, and so on. Work on the Skagit River system in western Washington, for example, revealed the ways in which diking, ditching, dredging, and other activities reduced the capacity to produce coho salmon smolts by simplifying habitats (Beechie et al. 1994).

Last but certainly not least, the fish need habitats that are *connected* so adults can reach upriver spawning areas, and juveniles can access habitat needed during seasonal changes in flow and temperature, and safely migrate to sea. Much of the habitat needed by salmon and trout consists of small streams, and impassable culverts at road crossings are a very widespread and serious problem (Price et al. 2010). More dramatically, the movements of salmonids and other fishes have been hindered or prevented by the large and small dams on so many rivers. In this regard the past decade has seen a remarkable shift in attitudes and practices. Dam removal, once considered little more than a pipe dream for environmentalists, is becoming a common activity. From 2006 to 2014, 548 dams in the United States were removed, up

from 298 in the previous decade, which was up from the 147 in the previous decade, and 47 in the decade before that, for a total of more than a thousand dams removed (O'Connor et al. 2015). Dams are removed for various reasons including safety and obsolescence, but restoration of rivers and the fishes in them is often explicitly a goal. Evidence indicates that many migratory species, not limited to salmonids by any means, benefit from dam removal (Pess et al. 2014). In the range of Pacific salmon some of the recent important dam removal projects have included two tributaries of the Columbia River—Condit Dam on the Little White Salmon River in Washington (Allen et al. 2016) and Marmot Dam on the Sandy River in Oregon (Major et al. 2012)—and San Clemente Dam on the Carmel River in California.

The largest dam removal project has been the deconstruction of two dams on Washington's Elwha River: Elwha Dam (32 m high) and Glines Canyon Dam (64 m high), which began in 2011 (photo 20.2). The river has been rapidly changing, moving sediment that had been stored behind the dams for nearly a century downstream to alter the river channel (East et al. 2015) and expand the estuary (Foley et al. 2015). Notwithstanding the rapid physical changes in the Elwha River, it will take many years for the fish populations to fully respond to the changes (photo 20.3). Pink, chum, coho, and Chinook salmon are recolonizing upriver areas from which they had been excluded. Bull trout and cutthroat trout were largely restricted to habitats above the dam and are resuming anadromy. Rainbow trout above the dams had been isolated from steelhead below, but the two forms can now interact (compete and interbreed)



PHOTO 20.2. Deconstruction of the Elwha Dam on the Olympic Peninsula, Washington, September 28, 2011. (*Photo:* John McMillan)



PHOTO 20.3. Site of the former Glines Canyon Dam looking up the Elwha River basin in Washington, showing the area where the reservoir (Lake Mills) once was, the river channel, and new vegetation, June 17, 2015. (*Photo:* Thomas Quinn)

with each other. Finally, a landlocked sockeye salmon population may either resume anadromy or the lake may be colonized by sockeye salmon from outside the basin. I view these processes as the reawakening of dormant life-history variation, and it is exciting indeed to see the fishes and their ecosystem respond to their new opportunities. As I have emphasized repeatedly throughout this book, the complexity of habitat and life-history patterns within and among species go hand in hand.

Looking to the future, firm plans have been made to remove the four large dams on the Klamath River, which flows into the ocean in northern California and also drains parts of southern Oregon. In 2016 the Klamath Hydroelectric Settlement Agreement was signed by representatives of federal and state agencies and PacifiCorp, which owns the dams, and dam removal is scheduled to begin in 2020. The fully restored system will allow anadromous fishes (mostly Chinook and steelhead) access to hundreds of kilometers that had been blocked by the dams, and also likely benefit the river's many interesting nonsalmonid fishes as well as the ecosystem as a whole. After the Columbia and Sacramento rivers, the Klamath is the largest basin south of the Canadian border, and it produced great numbers of salmon. Heavy exploitation in the late nineteenth century and then dams built early in the twentieth century greatly reduced its capacity to produce salmon and steelhead (Snyder 1931).

Readers interested in the past distribution of salmon in this river are directed to the fascinating review by Hamilton et al. (2016).

## Final Thoughts

Pacific salmon have existed as species for millions of years, yet our perspective on their abundance prior to the twentieth century was very limited until recently. However, new techniques allowing estimates of relative abundance in earlier centuries and millennia indicate that there have been large, natural shifts in the numbers of salmon. The last two or three decades of the twentieth century was a period of high abundance in the northern part of the range of salmon, but the century was also marked by degradation and loss of salmon habitat, overfishing, and unwise reliance on hatcheries to make up for the shortfalls. These losses of wild salmon have been particularly acute at the southern end of the distribution, where the populations tended to be sparse and the species composition more limited to begin with.

The declines in salmon abundance and shrinkage of their range have caused some to question whether they will remain a part of our ecosystems into the future. The seemingly relentless pressures from expanding human populations and climate change make some salmon experts despair for them. However, wild salmon are very resilient in the face of short-term changes as well as long-term processes. There is reason for optimism; they persist in areas of California, Idaho, Oregon, Washington, and southern British Columbia despite many insults. Still, we should not be naïve. A great deal of habitat from southern British Columbia to California is no longer accessible to salmon or has been altered to their detriment. I have no desire to end my book by deluding readers with rosy pictures of the future of salmon populations. However, if we write salmon off as incapable of recovery and so justify actions and inactions that harm them, we will turn our pessimism into their reality, and that would be unforgivable.

In conclusion, I return to the themes that began the book. Salmon are important to so many of us, for so many reasons. They are our food, our recreation, our symbol and inspiration, and a critical component in the ecosystems that we value and depend on. If we dedicate ourselves to ensuring that they continue to play all these roles, the salmon will do the rest. If we preserve habitat they will use it, and if we restore habitat and make it accessible they will find it. We must be patient, and we must ground all conservation efforts in a thorough knowledge of their behavior and ecology. Conserving salmon populations requires firm political resolve, some economic sacrifices, and continued investment in both fundamental research and the monitoring needed for good management of fisheries and habitat protection. I hope my book advances this goal by providing information about salmon, trout, and their ecosystems. It is up to us all to put the knowledge to use and to give wild salmon the chance they need to not only persist but to thrive and prosper. Salmon will respond, so the choice is ours.

# REFERENCES CITED


Abadía-Cardoso, A., D. E. Pearse, S. Jacobson, J. Marshall, D. Dalrymple, F. Kawasaki, G. Ruiz-Campos, and J. C. Garza. 2016. Population genetic structure and ancestry of steelhead/rainbow trout (*Oncorhynchus mykiss*) at the extreme southern edge of their range in North America. *Cons. Genet.* 17:675–689.

Abbott, J. C., R. L. Dunbrack, and C. D. Orr. 1985. The interaction of size and experience in dominance relationships of juvenile steelhead trout (*Salmo gairdneri*). *Behaviour* 92:241–253.

Abrey, C. A. 2005. Variation in the early life history of sockeye salmon (*Oncorhynchus nerka*): Emergence timing, an ontogenetic shift, and population productivity. PhD dissertation, University of Washington, Seattle.

Adams, C. E., D. Fraser, F. A. Huntingford, R. B. Greer, C. M. Askew, and A. F. Walker. 1998. Trophic polymorphism amongst Arctic char from Loch Rannoch, Scotland. *J. Fish Biol.* 52:1259–1271.

Aigo, J., V. Cussac, S. Peris, S. Ortubay, S. Gómez, H. López, M. Gross, J. Barriga, and M. Battini. 2008. Distribution of introduced and native fish in Patagonia (Argentina): Patterns and changes in fish assemblages. *Revs. Fish Biol. Fish.* 18:387–408.

Alderdice, D. F., W. P. Wickett, and J. R. Brett. 1958. Some effects of temporary exposure to low dissolved oxygen levels on Pacific salmon eggs. *J. Fish. Res. Board Can.* 15:229–249.

Allen, C. S., H. B. Rich, Jr., and T. P. Quinn. 2007. Condition-dependent reproductive tactics by large and small anadromous male sockeye salmon *Oncorhynchus nerka*. *J. Fish Biol.* 70:1302–1307.

Allen, G. H. 1959. Behavior of chinook and silver salmon. *Ecology* 40:108–113.

Allen, M. B., R. O. Engle, J. S. Zendt, F. C. Shrier, J. T. Wilson, and P. J. Connolly. 2016. Salmon and steelhead in the White Salmon River after the removal of Condit Dam—Planning efforts and recolonization results. *Fisheries* 41:190–203.

Anderson, A. D., and T. D. Beacham. 1983. The migration and exploitation of chum salmon stocks of the Johnstone Strait–Fraser River study area, 1962–1970. *Can. Tech. Rept. Fish. Aquat. Sci.* 1166:1–125.

Anderson, E. C., and J. C. Garza. 2006. The power of single-nucleotide polymorphisms for large-scale parentage inference. *Genetics* 172:2567–2582.

Anderson, J. H., P. L. Faulds, W. I. Atlas, G. R. Pess, and T. P. Quinn. 2010. Selection on breeding date and body size in colonizing coho salmon, *Oncorhynchus kisutch*. *Molec. Ecol.* 19:2562–2573.

Anderson, J. H., P. L. Faulds, W. I. Atlas, and T. P. Quinn. 2013. Reproductive success of captively bred and naturally spawned Chinook salmon colonizing newly accessible habitat. *Evol. Apps.* 6:165–179.

Anderson, J. H., G. R. Pess, P. M. Kiffney, T. R. Bennett, P. L. Faulds, W. I. Atlas, and T. P. Quinn. 2013. Dispersal and tributary immigration by juvenile coho salmon contribute to spatial expansion during colonization. *Ecol. Freshw. Fish* 22:30–42.

Anderson, J. H., and T. P. Quinn. 2007. Movements of adult coho salmon (*Oncorhynchus kisutch*) during colonization of newly accessible habitat. *Can. J. Fish. Aquat. Sci.* 64:1143–1154.

Angradi, T. R., and J. S. Griffith. 1990. Diet feeding chronology and diet selection of rainbow trout (*Oncorhynchus mykiss*) in the Henry's Fork of the Snake River, Idaho. *Can. J. Fish. Aquat. Sci.* 47:199–209.

Appleby, A. E., J. M. Tipping, and P. R. Seidel. 2003. The effect of using two-year-old male coho salmon in hatchery broodstock on adult returns. *N. Am. J. Aquacult.* 65:60–62.

Arai, T., and K. Morita. 2005. Evidence of multiple migrations between freshwater and marine habitats of *Salvelinus leucomaenis*. *J. Fish Biol.* 66:888–895.

Arismendi, I., B. E. Penaluna, J. B. Dunham, C. G. de Leaniz, D. Soto, I. A. Fleming, D. Gomez-Uchida, G. Gajardo, P. V. Vargas, and J. León-Muñoz. 2014. Differential invasion success of salmonids in southern Chile: Patterns and hypotheses. *Revs. Fish Biol. Fish.* 24:919–941.

Arkoosh, M. R., E. Casillas, E. Clemons, A. N. Kagley, R. Olson, P. Reno, and J. E. Stein. 1998. Effect of pollution on fish diseases: Potential impacts on salmonid populations. *J. Aquat. Anim. Health* 10:182–190.

Armstrong, J. B., and M. H. Bond. 2013. Phenotype flexibility in wild fish: Dolly Varden regulate assimilative capacity to capitalize on annual pulsed subsidies. *J. Anim. Ecol.* 82:966–975.

Armstrong, J. B., D. E. Schindler, K. L. Omori, C. P. Ruff, and T. P. Quinn. 2010. Thermal heterogeneity mediates the effects of pulsed subsidies across a landscape. *Ecology* 91:1445–1454.

Armstrong, J. B., D. E. Schindler, C. P. Ruff, G. T. Brooks, K. T. Bentley, and C. E. Torgersen. 2013. Diel horizontal migration in streams: Juvenile fish exploit spatial heterogeneity in thermal and trophic resources. *Ecology* 94:2066–2075.

Armstrong, R. H. 1965. Some migratory habits of the anadromous Dolly Varden *Salvelinus malma* (Walbaum) in southeastern Alaska. Alaska Department of Fish Game, *Res. Rept.* 3. Juneau. 36 p.

———. 1971. Age, food, and migration of sea-run cutthroat trout, *Salmo clarki*, at Eva Lake, Southeastern Alaska. *Trans. Am. Fish. Soc.* 100:302–306.

———. 1974. Migration of anadromous Dolly Varden (*Salvelinus malma*) in southeastern Alaska. *J. Fish. Res. Board Can.* 31:435–444.

———. 1984. Migration of anadromous Dolly Varden charr in southeastern Alaska—a manager's nightmare. Pages 559–570 *in* L. Johnson and B. Burns, editors. *Biology of the Arctic charr: Proceedings of the international symposium on Arctic charr.* University of Manitoba Press, Winnipeg, Manitoba.

Armstrong, R. H., and J. E. Morrow. 1980. The Dolly Varden charr, *Salvelinus malma*. Pages 99–140 *in* E. K. Balon, editor. *Charrs: Salmonid fishes of the genus* Salvelinus. Dr. W. Junk, Publishers, The Hague.

Augerot, X. 2005. Atlas of Pacific Salmon. University of California Press, Berkeley.

Azuma, T. 1992. Diel feeding habits of sockeye and chum salmon in the Bering Sea during the summer. *Nippon Suisan Gakkaishi* 58(11):2019–2025.

Babaluk, J. A., J. D. Reist, J. D. Johnson, and L. Johnson. 2000. First records of sockeye (*Oncorhynchus nerka*) and pink salmon (*O. gorbuscha*) from Banks Island and other records of Pacific salmon in Northwest Territories, Canada. *Arctic* 53:161–164.

Bachman, R. A. 1984. Foraging behavior of free-ranging wild and hatchery brown trout in a stream. *Trans. Am. Fish. Soc.* 113:1–32.

Baigún, C. R. M. 2003. Characteristics of deep pools used by adult summer steelhead in Steamboat Creek, Oregon. *N. Am. J. Fish. Mgmt.* 23:1167–1174.

Baker, R. R. 1978. *The evolutionary ecology of animal migration.* Holmes and Meier, New York.

Baker, T. T., and L. S. Timmons. 1991. Precision of ages estimated from five bony structures of Arctic char (*Salvelinus alpinus*) from the Wood River System, Alaska. *Can. J. Fish. Aquat. Sci.* 48:1007–1014.

Baker, T. T., A. C. Wertheimer, R. D. Burkett, R. Dunlap, D. M. Eggers, E. I. Fritts, A. J. Gharrett, R. A. Holmes, and R. L. Wilmot. 1996. Status of Pacific salmon and steelhead escapements in southeastern Alaska. *Fisheries* 21(10):6–18.

Bakshtansky, E. L. 1980. The introduction of pink salmon into the Kola Peninsula. Pages 245–259 *in* J. E. Thorpe, editor. *Salmon ranching*. Academic Press, London.

Bams, R. A. 1967. Differences in performance of naturally and artificially propagated sockeye salmon migrant fry, as measured with swimming and predation tests. *J. Fish. Res. Board Can.* 24:1117–1153.

———. 1969. Adaptations of sockeye salmon associated with incubation in stream gravels. Pages 71–87 *in* T. G. Northcote, editor. *Symposium on salmon and trout in streams*. H. R. MacMillan Lectures in Fisheries, University of British Columbia, Vancouver.

———. 1976. Survival and propensity for homing as affected by presence or absence of locally adapted paternal genes in two transplanted populations of pink salmon (*Oncorhynchus gorbuscha*). *J. Fish. Res. Board Can.* 33:2716–2725.

Barnett, H. K., and D. K. Paige. 2013. Movements by adfluvial Bull Trout during the spawning season between lake and river habitats. *Trans. Am. Fish. Soc.* 142:876–883.

Barson, N. J., and coauthors. 2015. Sex-dependent dominance at a single locus maintains variation in age at maturity in salmon. *Nature* 528:405–408.

Bartholomew, J. L. 1998. Host resistance to infection by the myxosporean parasite *Ceratomyxa shasta*: A review. *J. Aquat. Anim. Health* 10:112–120.

Bartron, M. L., D. R. Swank, E. S. Rutherford, and K. T. Scribner. 2004. Methodological bias in estimates of strain composition and straying of hatchery-produced steelhead in Lake Michigan tributaries. *N. Am. J. Fish. Mgmt.* 24:1288–1299.

Baxter, C. V., and F. R. Hauer. 2000. Geomorphology, hyporheic exchange, and selection of spawning habitat by bull trout (*Salvelinus confluentus*). *Can. J. Fish. Aquat. Sci.* 57:1470–1481.

Beacham, T. D. 1984. Age and morphology of chum salmon in southern British Columbia. *Trans. Am. Fish. Soc.* 113:727–736.

———. 1986. Type, quantity, and size of food in Pacific salmon (*Oncorhynchus*) in the Strait of Juan de Fuca, British Columbia. *Fish. Bull.* 84:77–89.

Beacham, T. D., R. J. Beamish, J. R. Candy, C. Wallace, S. Tucker, J. H. Moss, and M. Trudel. 2014. Stock-specific migration pathways of juvenile sockeye salmon in British Columbia waters and in the Gulf of Alaska. *Trans. Am. Fish. Soc.* 143:1386–1403.

Beacham, T. D., and C. B. Murray. 1985. Variation in length and body depth of pink salmon (*Oncorhynchus gorbuscha*) and chum salmon (*O. keta*) in southern British Columbia

———. 1987. Adaptive variation in body size, age, morphology, egg size, and developmental biology of chum salmon (*Oncorhynchus keta*) in British Columbia. *Can. J. Fish. Aquat. Sci.* 44:244–261.

———. 1989. Variation in developmental biology of sockeye salmon (*Oncorhynchus nerka*) and Chinook salmon (*O. tshawytscha*) in British Columbia. *Can. J. Zool.* 67:2081–2089.

———. 1990. Temperature, egg size, and development of embryos and alevins of five species of Pacific salmon: A comparative analysis. *Trans. Am. Fish. Soc.* 119:927–945.

———. 1993. Fecundity and egg size variation in North American Pacific salmon (*Oncorhynchus*). *J. Fish Biol.* 42:485–508.

Beacham, T. D., and P. Starr. 1982. Population biology of chum salmon, *Oncorhynchus keta*, from the Fraser River, British Columbia. *Fish. Bull.* 80:813–825.

Beamesderfer, R.C.P., D. L. Ward, and A. A. Nigro. 1996. Evaluation of the biological basis for a predator control program on northern squawfish (*Ptychocheilus oregonensis*) in the Columbia and Snake rivers. *Can. J. Fish. Aquat. Sci.* 53:2898–2908.

Beamish, R. J., and D. R. Bouillon. 1993. Pacific salmon production trends in relation to climate. *Can. J. Fish. Aquat. Sci.* 50:1002–1016.

Beamish, R. J., and C. Mahnken. 2001. A critical size and period hypothesis to explain natural regulation of salmon abundance and the linkage to climate and climate change. *Progr. Oceanogr.* 49:423–437.

Beamish, R. J., C. Mahnken, and C. M. Neville. 2004. Evidence that reduced early marine growth is associated with lower marine survival of coho salmon. *Trans. Am. Fish. Soc.* 133:26–33.

Beamish, R. J., D. McCaughran, J. R. King, R. M. Sweeting, and G. A. MacFarlane. 2000. Estimating the abundance of juvenile coho salmon in the Strait of Georgia by means of surface trawls. *N. Am. J. Fish. Mgmt.* 20:369–375.

Beamish, R. J., and C. M. Neville. 1995. Pacific salmon and Pacific herring mortalities in the Fraser River plume caused by river lamprey (*Lampetra ayresi*). *Can. J. Fish. Aquat. Sci.* 52:644–650.

Beamish, R. J., I. A. Pearsall, and M. C. Healey. 2003. A history of the research on the early marine life of Pacific salmon off Canada's Pacific coast. *N. Pac. Anad. Fish Comm. Bull.* 3:1–40.

Beamish, R. J., R. M. Sweeting, K. L. Lange, D. J. Noakes, D. Preikshot, and C. M. Neville. 2010. Early marine survival of coho salmon in the Strait of Georgia declines to very low levels. *Mar. Coastal Fish.* 2:424–439.

Beamish, R. J., B. L. Thomson, and G. A. McFarlane. 1992. Spiny dogfish predation on Chinook and coho salmon and the potential effects on hatchery-produced salmon. *Trans. Am. Fish. Soc.* 121:444–455.

Beauchamp, D. A., C. M. Baldwin, J. L. Vogel, and C. P. Gubala. 1999. Estimating diel, depth-specific foraging opportunities with a visual encounter rate model for pelagic piscivores. *Can. J. Fish. Aquat. Sci.* 56:128–139.

Beauchamp, D. A., M. G. LaRiviere, and G. L. Thomas. 1995. Evaluation of competition and predation as limits to juvenile kokanee and sockeye production in Lake Ozette, Washington. *N. Am. J. Fish. Mgmt.* 15:193–207.

Becker, C. D. 1962. Estimating red salmon escapements by sample counts from observation towers. *Fish. Bull.* 61:355–369.

Beckman, B. R., D. A. Larsen, B. Lee-Pawlak, and W. W. Dickhoff. 1998. Relation of fish size and growth rate to migration of spring chinook salmon smolts. *N. Am. J. Fish. Mgmt.* 18:537–546.

Beckmann, C., P. A. Biro, and J. R. Post. 2006. Asymmetric impact of piscivorous birds on size-structured fish populations. *Can. J. Zool.* 84:1584–1593.

Beecher, H. A., B. A. Caldwell, S. B. DeMond, D. Seiler, and S. N. Boessow. 2010. An empirical assessment of PHABSIM using long-term monitoring of coho salmon smolt production in Bingham Creek, Washington. *N. Am. J. Fish. Mgmt.* 30:1529–1543.

Beechie, T., E. Beamer, and L. Wasserman. 1994. Estimating coho salmon rearing habitat and smolt production losses in a large river basin, and implications for habitat restoration. *N. Am. J. Fish. Mgmt.* 14:797–811.

Beechie, T., H. Moir, and G. Pess. 2008. Hierarchical physical controls on salmonid spawning location and timing. *American Fisheries Society Symposium* 65:83–101.

Behnke, R. J. 1980. A systematic review of the genus *Salvelinus*. Pages 441–480 *in* E. K. Balon, editor. *Charrs: Salmonid fishes of the genus* Salvelinus. Dr. W. Junk, The Hague.

———. 1992. *Native trout of western North America.* American Fisheries Society Monograph 6. Bethesda, Maryland.

———. 2002. *Trout and salmon of North America.* The Free Press, New York.

Bell, E., W. G. Duffy, and T. D. Roelofs. 2001. Fidelity and survival of juvenile coho salmon in response to a flood. *Trans. Am. Fish. Soc.* 130:450–458.

Bellinger, M. R., M. A. Banks, S. J. Bates, E. D. Crandall, J. C. Garza, G. Sylvia, and P. W. Lawson. 2015. Geo-referenced, abundance calibrated ocean distribution of Chinook salmon (*Oncorhynchus tshawytscha*) stocks across the west coast of North America. *PLoS One* 7(10):e0131276.

Ben-David, M., T. A. Hanley, and D. M. Schell. 1998. Fertilization of terrestrial vegetation by spawning Pacific salmon: The role of flooding and predator activity. *Oikos* 83:47–55.

Ben-David, M., K. Titus, and L. R. Beier. 2004. Consumption of salmon by Alaskan brown bears: A trade-off between nutritional requirements and the risk of infanticide? *Oecologia* 138:465–474.

Benkwitt, C. E., R. D. Brodeur, T. P. Hurst, and E. A. Daly. 2009. Diel feeding chronology, gastric evacuation, and daily food consumption of juvenile Chinook salmon in Oregon coastal waters. *Trans. Am. Fish. Soc.* 138:111–120.

Bennett, T. R., P. Roni, P. Denton, M. McHenry, and R. Moses. 2015. Nomads no more: Early juvenile coho salmon migrants contribute to the adult return. *Ecol. Freshw. Fish* 24:264–275.

Bentley, K. T., D. E. Schindler, T. J. Kline, J. B. Armstrong, D. Macias, L. R. Ciepiela, and R. Hilborn. 2014. Predator avoidance during reproduction: Diel movements by spawning sockeye salmon between stream and lake habitats. *J. Anim. Ecol.* 83:1478–1489.

Berdahl, A., P. A. H. Westley, S. A. Levin, I. D. Couzin, and T. P. Quinn. 2016. A collective navigation hypothesis for homeward migration in anadromous salmonids. *Fish Fish.* 17:525–542.

Berdahl, A., P. A. H. Westley, and T. P. Quinn. 2017. Social interactions shape the timing of spawning migrations in an anadromous fish. *Anim. Behav.* 126: 221–229.

Berejikian, B. A. 1995. The effects of hatchery and wild ancestry and experience on the relative ability of steelhead trout fry (*Oncorhynchus mykiss*) to avoid a benthic predator. *Can. J. Fish. Aquat. Sci.* 52:2476–2482.

Berejikian, B. A., S. B. Mathews, and T. P. Quinn. 1996. Effects of hatchery and wild ancestry and rearing environments on the development of agonistic behavior in steelhead trout (*Oncorhynchus mykiss*) fry. *Can. J. Fish. Aquat. Sci.* 53:2004–2014.

Berejikian, B. A., E. P. Tezak, and A. L. LaRae. 2000. Female mate choice and spawning behaviour of Chinook salmon under experimental conditions. *J. Fish Biol.* 57:647–661.

Berejikian, B. A., D. M. Van Doornik, R. C. Endicott, T. L. Hoffnagle, E. P. Tezak, M. E. Moore, and J.Atkins. 2010. Mating success of alternative male phenotypes and evidence for frequency-dependent selection in Chinook salmon, *Oncorhynchus tshawytscha*. *Can. J. Fish. Aquat. Sci.* 67:1933–1941.

Berger, A., and R. E. Gresswell. 2009. Factors influencing coastal cutthroat trout (*Oncorhynchus clarkii clarkii*) seasonal survival rates: A spatially continuous approach within stream networks. *Can. J. Fish. Aquat. Sci.* 66:613–632.

Berggren, T. J., and M. J. Filardo. 1993. An analysis of variables influencing the migration of juvenile salmonids in the Columbia River Basin. *N. Am. J. Fish. Mgmt.* 13:48–63.

Berman, C. H., and T. P. Quinn. 1991. Behavioural thermoregulation and homing by spring Chinook salmon, *Oncorhynchus tshawytscha* (Walbaum), in the Yakima River. *J. Fish Biol.* 39:301–312.

Bernard, D. R., K. R. Helper, J. D. Jones, M. E. Whalen, and D. N. McBride. 1995. Some tests of the "migration hypothesis" for anadromous Dolly Varden (southern form). *Trans. Am. Fish. Soc.* 124:297–307.

Bernard, R. L., and K. W. Myers. 1997. The performance of quantitative scale pattern analysis in the identification of hatchery and wild steelhead (*Oncorhynchus mykiss*). *Can. J. Fish. Aquat. Sci.* 53:1727–1735.

Bernatchez, L. 2001. The evolutionary history of brown trout (*Salmo trutta* L.) inferred from phylogeographic, nested clade, and mismatch analyses of mitochondrial DNA variation. *Evolution* 55:351–379.

Beschta, R. L., R. E. Bilby, G. W. Brown, L. B. Holtby, and T. Hofstra. 1987. Stream temperature and aquatic habitat: Fisheries and forestry interactions. Pages 191–232 *in* E. O. Salo and T. W. Cundy, editors. *Streamside management: Forestry and fishery interactions*. College of Forest Resources, University of Washington, Seattle.

Bett, N. N., and S. G. Hinch. 2015. Attraction of migrating adult sockeye salmon to conspecifics in the absence of natal chemical cues. *Behav. Ecol.* 26:1180–1187.

Bevelhimer, M. S., and S. M. Adams. 1993. A bioenergetics analysis of diel vertical migration by kokanee salmon, *Oncorhynchus nerka*. *Can. J. Fish. Aquat. Sci.* 50:2336–2349.

Beverton, R. J. H., and S. J. Holt. 1957. *On the dynamics of exploited fish populations*. H. M. Stationary Office, London.

Bickford, S. A., and J. R. Skalski. 2000. Reanalysis and interpretation of 25 years of Snake–Columbia River juvenile salmonid survival studies. *N. Am. J. Fish. Mgmt.* 20:53–68.

Biette, R. M., D. P. Dodge, R. L. Hassinger, and T. M. Stauffer. 1981. Life history and timing of migrations and spawning behavior of rainbow trout (*Salmo gairdneri*) populations of the Great Lakes. *Can. J. Fish. Aquat. Sci.* 38:1759–1771.

Biette, R. M., and G. H. Geen. 1980. Growth of underyearling sockeye salmon (*Oncorhynchus nerka*) under constant and cyclic temperatures in relation to live zooplankton ration size. *Can. J. Fish. Aquat. Sci.* 37:203–210.

Bigler, B. S., D. W. Welch, and J. H. Helle. 1996. A review of size trends among North Pacific salmon (*Oncorhynchus* spp.). *Can. J. Fish. Aquat. Sci.* 53:455–465.

Bilby, R. E., B. R. Fransen, and P. A. Bisson. 1996. Incorporation of nitrogen and carbon from spawning coho salmon into the trophic system of small streams: Evidence from stable isotopes. *Can. J. Fish. Aquat. Sci.* 53:164–173.

Bilby, R. E., B. R. Fransen, P. A. Bisson, and J. K. Walter. 1998. Response of juvenile coho salmon (*Oncorhynchus kisutch*) and steelhead (*Oncorhynchus mykiss*) to the addition of salmon carcasses to two streams in southwestern Washington, U.S.A. *Can. J. Fish. Aquat. Sci.* 55:1909–1918.

Bilby, R. E., and J. W. Ward. 1989. Changes in characteristics and function of woody debris with increasing size of streams in western Washington. *Trans. Am. Fish. Soc.* 118:368–378.

Bilton, H. T. 1988. The body area and size that Chinook, coho, and chum salmon fry first form their scales. *Can. Tech. Rept. Fish. Aquat. Sci.* 1632:1–17.

Bilton, H. T., D. F. Alderdice, and J. T. Schnute. 1982. Influence of time at release of juvenile coho salmon (*Oncorhynchus kisutch*) on returns at maturity. *Can. J. Fish. Aquat. Sci.* 39:426–447.

Bilton, H. T., R. B. Morley, A. S. Coburn, and J. van Tyne. 1984. The influence of time and size at release of juvenile coho salmon (*Oncorhynchus kisutch*) on returns at maturity; results from releases from Quinsam River Hatchery, B.C., in 1980. *Can. Tech. Rept. Fish. Aquat. Sci.* 1306:1–98.

Biro, P. A., A. E. Morton, J. R. Post, and E. A. Parkinson. 2004. Over-winter lipid depletion and mortality of age-0 rainbow trout (*Oncorhynchus mykiss*). *Can. J. Fish. Aquat. Sci.* 61:1513–1519.

Biro, P. A., J. R. Post, and M. V. Abrahams. 2005. Ontogeny of energy allocation reveals selective pressure promoting risk-taking behaviour in young fish cohorts. *Proc. Royal Soc.* B 272:1443–1448.

Birtwell, I. K., M. D. Nassichuk, and H. Beune. 1987. Underyearling sockeye salmon (*Oncorhynchus nerka*) in the estuary of the Fraser River. *Can. Sp. Publ. Fish. Aquat. Sci.* 96:25–35.

Bisson, P. A. 1978. Diel food selection by two sizes of rainbow trout (*Salmo gairdneri*) in an experimental stream. *J. Fish. Res. Board Can.* 35:971–975.

Bisson, P. A., G. H. Reeves, R. E. Bilby, and R. J. Naiman. 1996. Watershed management and Pacific salmon: Desired future conditions. Pages 447–474 *in* D. J. Stouder, P. A. Bisson, and R. J.

Naiman, editors. *Pacific salmon and their ecosystems: Status and future options*. Chapman and Hall, New York.

Bisson, P. A., K. Sullivan, and J. L. Nielsen. 1988. Channel hydraulics, habitat use, and body form of juvenile coho salmon, steelhead, and cutthroat trout in streams. *Trans. Am. Fish. Soc.* 117:262–273.

Bjornn, T. C., and D. W. Reiser. 1991. Habitat requirements of salmonids in streams. Pages 83–138 *in* W. R. Meehan, editor. *Influences of forest and rangeland management on salmonid fishes and their habitats*. Am. Fish. Soc. Spec. Publ. 19. Bethesda, Maryland.

Blackbourn, D. J. 1987. Sea surface temperature and pre-season prediction of return timing in Fraser River sockeye salmon (*Oncorhynchus nerka*). *Can. Spec. Publ. Fish. Aquat. Sci.* 96:296–306.

Blair, G. R., D. E. Rogers, and T. P. Quinn. 1993. Variation in life history characteristics and morphology of sockeye salmon in the Kvichak River system, Bristol Bay, Alaska. *Trans. Am. Fish. Soc.* 122:550–559.

Bodznick, D. 1978. Water source preference and lakeward migration of sockeye salmon fry (*Oncorhynchus nerka*). *J. Comp. Physiol.* 127:139–146.

Bond, M. H., B. R. Beckman, L. Rohrbach, and T. P. Quinn. 2014. Differential growth in estuarine and freshwater habitats indicated by plasma IGF1 concentrations and otolith chemistry in Dolly Varden charr *Salvelinus malma*. *J. Fish Biol.* 85:1429–1445.

Bond, M. H., P. A. Crane, W. A. Larson, and T. P. Quinn. 2014. Is isolation by adaptation driving genetic divergence among proximate char populations? *Ecol. Evol.* 4:2515–2532.

Bond, M. H., J. A. Miller, and T. P. Quinn. 2015. Beyond dichotomous life histories in partially migrating populations: Cessation of anadromy in a long-lived fish. *Ecology* 96:1899–1910.

Bond, M. H., and T. P. Quinn. 2013. Patterns and influences on Dolly Varden migratory timing in Chignik Lakes, Alaska, and comparison to populations throughout the northeastern Pacific and Arctic oceans. *Can. J. Fish. Aquat. Sci.* 70:655–665.

Boss, S. M., and J. S. Richardson. 2002. Effects of food and cover on the growth, survival, and movement of cutthroat trout (*Oncorhynchus clarki*) in coastal streams. *Can. J. Fish. Aquat. Sci.* 59:1044–1053.

Bottom, D. L. 1997. To till the water—a history of ideas in fisheries conservation. Pages 569–597 *in* D. J. Stouder, P. A. Bisson, and R. J. Naiman, editors. *Pacific salmon and their ecosystems*. Chapman and Hall, New York.

Bottom, D. L., and K. K. Jones. 1990. Species composition, distribution, and invertebrate prey of fish assemblages in the Columbia River estuary. *Prog. Oceanogr.* 25:243–270.

Bottom, D. L., C. A. Simenstad, A. M. Baptista, D. A. Jay, J. Burke, K. K. Jones, E. Casillas, and M. H. Schiewe. 2001. *Salmon at river's end: The role of the estuary in the decline and recovery of Columbia River salmon*. Bonneville Power Administration, Portland.

Bower, S. M., R. E. Withler, and B. E. Riddell. 1995. Genetic variation in resistance to the hemoflagellate *Cryptobia salmositica* in coho and sockeye salmon. *J. Aquat. Anim. Health* 7:185–194.

Bowler, B. 1975. Factors influencing genetic control in lakeward migrations of cutthroat trout fry. *Trans. Am. Fish. Soc.* 104:474–482.

Boyce, N. P. J. 1974. Biology of *Eubothrium salvelini* (Cestoda: Pseudophyllidea), a parasite of juvenile sockeye salmon (*Oncorhynchus nerka*) of Babine Lake, British Columbia. *J. Fish. Res. Board Can.* 31:1935–1742.

Bradford, M. J. 1995. Comparative review of Pacific salmon survival rates. *Can. J. Fish. Aquat. Sci.* 52:1327–1338.

Bradford, M. J., and G. C. Taylor. 1997. Individual variation in dispersal behaviour of newly emerged chinook salmon (*Oncorhynchus tshawytscha*) from the Upper Fraser River, British Columbia. *Can. J. Fish. Aquat. Sci.* 54:1585–1592.

Bradford, M. J., G. C. Taylor, and J. A. Allan. 1997. Empirical review of coho salmon smolt abundance and the prediction of smolt production at the regional level. *Trans. Am. Fish. Soc.* 126:49–64.

Brännäs, E. 1995. First access to territorial space and exposure to strong predation pressure: A conflict in early emerging Atlantic salmon (*Salmo salar* L.) fry. *Evol. Ecol.* 9:411–420.

Brannon, E. L. 1972. Mechanisms controlling migration of sockeye salmon fry. *Int. Pac. Salmon Fish. Comm. Bull.* 21:1–86.

———. 1987. Mechanisms stabilizing salmonid fry emergence timing. *Can. Sp. Publ. Fish. Aquat. Sci.* 96:120–124.

Brannon, E. L., and W. K. Hershberger. 1984. Elwha River fall Chinook salmon. Pages 169–172 *in* J. M. Walton and D. B. Houston, editors. *Proceedings of the Olympic wild fish conference.* Peninsula College, Port Angeles, Washington.

Brannon, E. L., M. S. Powell, T. P. Quinn, and A. Talbot. 2004. Population structure of Columbia River basin Chinook salmon and steelhead trout. *Rev. Fish. Sci.* 12:99–232.

Brannon, E. L., and T. P. Quinn. 1990. A field test of the pheromone hypothesis for homing by Pacific salmon. *J. Chem. Ecol.* 16:603–609.

Braun, D. C., D. A. Patterson, and J. D. Reynolds. 2013. Maternal and environmental influences on egg size and juvenile life-history traits in Pacific salmon. *Ecol. Evol.* 3:1727–1740.

Brenkman, S. J., and S. C. Corbett. 2005. Extent of anadromy in bull trout and implications for conservation of a threatened species. *N. Am. J. Fish. Mgmt.* 25:1073–1081.

Brenkman, S. J., S. C. Corbett, and E. C. Volk. 2007. Use of otolith chemistry and radiotelemetry to determine age-specific migratory patterns of anadromous bull trout in the Hoh River, Washington. *Trans. Am. Fish. Soc.* 136:1–11.

Brenner, R. E., S. D. Moffitt, and W. S. Grant. 2012. Straying of hatchery salmon in Prince William Sound, Alaska. *Env. Biol. Fish.* 94:179–195.

Brett, J. R. 1971. Energetic response of salmon to temperature: A study of some thermal relations in the physiology and freshwater ecology of sockeye salmon (*Oncorhynchus nerka*). *Am. Zool.* 11:99–113.

———. 1983. Life energetics of sockeye salmon, *Oncorhynchus nerka*. Pages 29–63 *in* W. P. Aspey and S. I. Lustick, editors. *Behavioral energetics: The cost of survival in vertebrates.* Ohio State University Press, Columbus, Ohio.

———. 1995. Energetics. Pages 1–68 *in* C. Groot, L. Margolis, and W. C. Clarke, editors. *Physiological ecology of Pacific salmon.* University of British Columbia Press, Vancouver.

Brett, J. R., J. E. Shelbourn, and C. T. Shoop. 1969. Growth rate and body composition of fingerling sockeye salmon, *Oncorhynchus nerka*, in relation to temperature and ration size. *J. Fish. Res. Board Can.* 26:2363–2394.

Brieuc, M. S. O., K. Ono, D. P. Drinan, and K. A. Naish. 2015. Integration of Random Forest with population-based outlier analyses provides insight on the genomic basis and evolution of run timing in Chinook salmon (*Oncorhynchus tshawytscha*). *Molec. Ecol.* 24:2729–2746.

Briscoe, R. J., M. D. Adkison, A. Wertheimer, and S. G. Taylor. 2005. Biophysical factors associated with the marine survival of Auke Creek, Alaska coho salmon. *Trans. Am. Fish. Soc.* 134:817–828.

Brodeur, R. D. 1989. Neustonic feeding by juvenile salmonids in coastal waters of the Northeast Pacific. *Can. J. Zool.* 67:1995–2007.

Brodeur, R. D., B. W. Frost, S. R. Hare, R. C. Francis, and W. J. J. Ingraham. 1996. Interannual variations in zooplankton biomass in the Gulf of Alaska, and covariation with California Current zooplankton biomass. *Cal. Coop. Fish. Inv. Rept.* 37:80–99.

Brodeur, R. D., K. W. Myers, and J. H. Helle. 2003. Research conducted by the United States on the early ocean life history of Pacific salmon. *N. Pac. Anad. Fish Comm. Bull.* 3:89–131.

Brown, B. 1982. *Mountain in the clouds: A search for wild salmon.* Simon and Schuster, New York.

Brown, G. E., and J. A. Brown. 1996. Kin discrimination in salmonids. *Revs. Fish Biol. Fish.* 6:201–219.

Brown, L. R., P. B. Moyle, and R. M. Yoshiyama. 1994. Historical declines and current status of coho salmon in California. *N. Am. J. Fish. Mgmt.* 14:237–261.

Brown, R. S., and W. C. Mackay. 1995a. Fall and winter movements of and habitat use by cutthroat trout in the Ram River, Alberta. *Trans. Am. Fish. Soc.* 124:873–885.

———. 1995b. Spawning ecology of cutthroat trout (*Oncorhynchus clarki*) in the Ram River, Alberta. *Can. J. Fish. Aquat. Sci.* 52:983–992.

Buchanan, D. V., J. E. Sanders, J. L. Zinn, and J. L. Fryer. 1983. Relative susceptibility of four strains of summer steelhead to infection by *Ceratomyxa shasta*. *Trans. Am. Fish. Soc.* 112:541–543.

Budy, P., T. Haddix, and R. Schneidervin. 2005. Zooplankton size selection relative to gill raker spacing in rainbow trout. *Trans. Am. Fish. Soc.* 134:1228–1235.

Buehrens, T. W., J. Glasgow, C. O. Ostberg, and T. P. Quinn. 2013. Spatial segregation of spawning habitat limits hybridization between sympatric native steelhead and coastal cutthroat trout. *Trans. Am. Fish. Soc.* 142:221–233.

Bugaev, V. F. 1985. The role of brackish Lake Nerpich'ye in the foraging of young Kamchatka River sockeye salmon, *Oncorhynchus nerka* (Salmonidae). *J. Ichthyol.* 25(4):91–92.

———. 1987. Scale patterns and biology of juvenile sockeye salmon (*Oncorhynchus nerka*) in the Kamchatka River. *Can. Sp. Publ. Fish. Aquat. Sci.* 96:36–43.

———. 2011. *Asian sockeye salmon.* Kamchatpress, Petropavlovsk-Kamchatsky.

Burck, W. A. 1965. Occurrence of small chinook salmon in stomachs of spent adult chinook salmon. *Res. Briefs, Fish Comm. Oregon* 11(1):51.

Burger, C. V., K. T. Scribner, W. J. Spearman, C. O. Swanton, and D. E. Campton. 2000. Genetic contribution of three introduced life history forms of sockeye salmon to colonization of Frazer Lake, Alaska. *Can. J. Fish. Aquat. Sci.* 57:2096–2111.

Burgner, R. L. 1962. Studies of red salmon smolts from the Wood River Lakes, Alaska. Pages 247–314 *in* T. S. Y. Koo, editor. *Studies of Alaska red salmon.* College of Fisheries, University of Washington, Seattle.

———. 1980. Some features of ocean migrations and timing of Pacific salmon. Pages 153–164 *in* W. J. McNeil and D. C. Himsworth, editors. *Salmonid ecosystems of the North Pacific.* Oregon State University Press, Corvallis.

———. 1991. Life history of sockeye salmon (*Oncorhynchus nerka*). Pages 1–117 *in* C. Groot and L. Margolis, editors. *Pacific salmon life histories.* University of British Columbia Press, Vancouver.

Burgner, R. L., J. T. Light, L. Margolis, T. Okazaki, A. Tautz, and S. Ito. 1992. Distribution and origins of steelhead trout (*Oncorhynchus mykiss*) in offshore waters of the North Pacific Ocean. *Int. N. Pac. Fish. Comm. Bull.* 51:1–92.

Burke, B. J., M. C. Liermann, D. J. Teel, and J. J. Anderson. 2013. Environmental and geospatial factors drive juvenile Chinook salmon distribution during early ocean migration. *Can. J. Fish. Aquat. Sci.* 70:1167–1177.

Burner, C. J. 1951. Characteristics of spawning nests of Columbia River salmon. *Fish. Bull.* 52:97–110.

Busack, C. A., and G. A. E. Gall. 1981. Introgressive hybridization in populations of Paiute cutthroat trout (*Salmo clarki seleniris*). *Can. J. Fish. Aquat. Sci.* 38:939–951.

Busby, P. J., T. C. Wainwright, G. J. Bryant, L. J. Lierheimer, R. S. Waples, F. W. Waknitz, and I. V. Lagomarsino. 1996. *Status review of west coast steelhead from Washington, Idaho, Oregon*

*and California*. National Marine Fisheries Service, NOAA Tech. Memo. NMFS-NWFSC-27. Seattle. 261 p.

Butler, J. A., and R. E. Millemann. 1971. Effect of the "salmon poisoning" trematode, *Nanophyetus salmincola*, on the swimming ability of juvenile salmonid fishes. *J. Parasit.* 57:860–865.

Buxton, T. H., J. M. Buffington, D. Tonina, A. K. Fremier, and E. M. Yager. 2015. Modeling the influence of salmon spawning on hyporheic exchange of marine-derived nutrients in gravel stream beds. *Can. J. Fish. Aquat. Sci.* 72:1146–1158.

Calaprice, J. R. 1971. X-Ray spectrometric and multivariate analysis of sockeye salmon (*Oncorhynchus nerka*) from different geographic regions. *J. Fish. Res. Board Can.* 28:369–377.

Cambray, J. A. 2003. Impact on indigenous species biodiversity caused by the globalisation of alien recreational freshwater fisheries. *Hydrobiologia* 500:217–230.

Campton, D. E., and F. M. Utter. 1985. Natural hybridization between steelhead trout (*Salmo gairdneri*) and coastal cutthroat trout (*Salmo clarki clarki*) in two Puget Sound streams. *Can. J. Fish. Aquat. Sci.* 42:110–119.

Candy, J. R., and T. D. Beacham. 2000. Patterns of homing and straying in southern British Columbia coded-wire tagged chinook salmon (*Oncorhynchus tshawytscha*) populations. *Fish. Res.* 47:41–56.

Candy, J. R., and T. P. Quinn. 1999. Behavior of adult chinook salmon (*Oncorhynchus tshawytscha*) in British Columbia coastal waters determined from ultrasonic telemetry. *Can. J. Zool.* 77:1161–1169.

Carey, W. E., and D. L. G. Noakes. 1981. Development of photobehavioural responses in young rainbow trout, *Salmo gairdneri* Richardson. *J. Fish Biol.* 19:285–296.

Carl, G. C., W. A. Clemens, and C. C. Lindsey. 1977. *The freshwater fishes of British Columbia*. British Columbia Provincial Museum, Victoria.

Carl, L. M. 1982. Natural reproduction of coho salmon and chinook salmon in some Michigan streams. *N. Am. J. Fish. Mgmt.* 4:375–380.

Carl, L. M., and M. C. Healey. 1984. Differences in enzyme frequency and body morphology among three juvenile life history types of chinook salmon (*Oncorhynchus tshawytscha*) in the Nanaimo River, British Columbia. *Can. J. Fish. Aquat. Sci.* 41:1070–1077.

Carlson, S. M., R. Hilborn, A. P. Hendry, and T. P. Quinn. 2007. Predation by bears drives senescence in natural populations of salmon. *PLoS One* 2(12):e1286.

Carlson, S. M., H. B. Rich, and T. P. Quinn. 2009. Does variation in selection imposed by bears drive divergence among populations in the size and shape of sockeye salmon? *Evolution* 63:1244–1261.

Carvalho, G. R., and L. Hauser. 1994. Molecular genetics and the stock concept in fisheries. *Rev. Fish Biol. Fish.* 4:326–350.

Casal, C. M. V. 2006. Global documentation of fish introductions: The growing crisis and recommendations for action. *Biol. Inv.* 8:3–11.

Casola, J. H., L. Cuo, B. Livneh, D. P. Lettenmaier, M. T. Stoelinga, P. W. Mote, and J. M. Wallace. 2009. Assessing the impacts of global warming on snowpack in the Washington Cascades. *J. Climate* 22:2758–2772.

Cederholm, C. J., R. E. Bilby, P. A. Bisson, T. W. Bumstead, B. R. Fransen, W. J. Scarlett, and J. W.Ward. 1997. Response of juvenile coho salmon and steelhead to placement of large woody debris in a coastal Washington stream. *N. Am. J. Fish. Mgmt.* 17:947–963.

Cederholm, C. J., D. B. Houston, D. L. Cole, and W. J. Scarlett. 1989. Fate of coho salmon (*Oncorhynchus kisutch*) carcasses in spawning streams. *Can. J. Fish. Aquat. Sci.* 46:1347–1355.

Cederholm, C. J., M. D. Kunze, T. Murota, and A. Sibatani. 1999. Pacific salmon carcasses: Essential contributions of nutrients and energy for aquatic and terrestrial ecosystems. *Fisheries* 24(10):6–15.

Cederholm, C. J., and N. P. Peterson. 1985. The retention of coho salmon *(Oncorhynchus kisutch)* carcasses by organic debris in small streams. *Can. J. Fish. Aquat. Sci.* 42:1222–1225.

Chamberlin, J. W., T. E. Essington, J. W. Ferguson, and T. P. Quinn. 2011. The influence of hatchery rearing practices on salmon migratory behavior: Is the tendency of Chinook salmon to remain within Puget Sound affected by size and date of release? *Trans. Am. Fish. Soc.* 140:1398–1408.

Chamberlin, J. W., and T. P. Quinn. 2014. Effects of natal origin on localized distributions of Chinook salmon, *Oncorhynchus tshawytscha*, in the marine waters of Puget Sound, Washington. *Fish. Res.* 153:113–122.

Chapman, D. W. 1962. Aggressive behavior in juvenile coho salmon as a cause of emigration. *J. Fish. Res. Board Can.* 19:1047–1080.

———. 1966. Food and space as regulators of salmonid populations in streams. *Am. Nat.* 100:345–357.

———. 1986. Salmon and steelhead abundance in the Columbia River in the nineteenth century. *Trans. Am. Fish. Soc.* 115:662–670.

———. 1988. Critical review of variables used to define effects of fines in redds of large salmonids. *Trans. Am. Fish. Soc.* 117:1–21.

Chapman, E. D., A. R. Hearn, C. J. Michel, A. J. Ammann, S. T. Lindley, M. J. Thomas, P. T. Sandstrom, G. P. Singer, M. L. Peterson, R. B. MacFarlane, and A. P. Klimley. 2013. Diel movements of out-migrating Chinook salmon (*Oncorhynchus tshawytscha*) and steelhead trout (*Oncorhynchus mykiss*) smolts in the Sacramento/San Joaquin watershed. *Env. Biol. Fish.* 96:273–286.

Chapman, E. D., A. R. Hearn, G. P. Singer, W. N. Brostoff, P. E. LaCivita, and A. P. Klimley. 2015. Movements of steelhead (*Oncorhynchus mykiss*) smolts migrating through the San Francisco Bay Estuary. *Env. Biol. Fish.* 98:1069–1080.

Chasco, B., I. C. Kaplan, A. Thomas, A. A. Acevedo-Gutiérrez, D. Noren, M. J. Ford, M. B. Hanson et al. 2017. Estimates of Chinook salmon consumption in Washington State inland waters by four marine mammal predators from 1970–2015. *Can. J. Fish. Aquat. Sci.* 74:1173–1194.

Chatters, J. C., V. L. Butler, M. J. Scott, D. M. Anderson, and D. A. Neitzel. 1995. A paleoscience approach to estimating the effects of climate warming on salmonid fisheries of the Columbia River basin. *Can. Sp. Publ. Fish. Aquat. Sci.* 121:489–496.

Chebanov, N. A. 1990. Spawning behavior, assortative mating, and spawning success of coho salmon, *Oncorhynchus kisutch*, under natural and experimental conditions. *J. Ichthyol.* 30(6):1–12.

Chebanov, N. A., N. V. Varnavskaya, and V. S. Varnavskiy. 1983. Effectiveness of spawning of male sockeye salmon, *Oncorhynchus nerka* (Salmonidae), of differing hierarchical rank by means of genetic-biochemical markers. *J. Ichthyol.* 23:51–55.

Chevassus, B. 1979. Hybridization in salmonids: Results and perspectives. *Aquaculture* 17:113–128.

Chigbu, P. 2004. Assessment of the potential impact of the mysid shrimp, *Neomysis mercedis*, on *Daphnia*. *J. Plankt. Res.* 26:295–306.

Chigbu, P., and T. H. Sibley. 1998. Predation by longfin smelt (*Spirinchus thaleichthys*) on the mysid *Neomysis mercedis* in Lake Washington. *Freshw. Biol.* 40:295–304.

Churikov, D., and A. J. Gharrett. 2002. Comparative phylogeography of the two pink salmon broodlines: An analysis based on a mitochondrial DNA genealogy. *Molec. Ecol.* 11:1077–1101.

Ciancio, J. E., C. Riva Rossi, M. Pascual, E. C. Anderson, and J. C. Garza. 2015. The invasion of an Atlantic Ocean river basin in Patagonia by Chinook salmon: New insights from SNPs. *Biol. Inv.* 17:2989–2998.

Claiborne, A. M., J. P. Fisher, S. A. Hayes, and R. L. Emmett. 2011. Size at release, size-selective mortality, and age of maturity of Willamette River Hatchery yearling Chinook Salmon. *Trans. Am. Fish. Soc.* 140:1135–1144.

Clark, C. W., and D. A. Levy. 1988. Diel vertical migrations by juvenile sockeye salmon and the antipredation window. *Am. Nat.* 131:271–290.

Clark, T. D., N. B. Furey, E. L. Rechinsky, M. K. Gale, K. M. Jeffries, A. D. Porter, M. T. Casselman et al. 2016. Tracking wild sockeye salmon smolts to the ocean reveals distinct regions of nocturnal movement and high mortality. *Ecol. Apps.* 26:959–978.

Clark, W. K. 1959. Kodiak bear–red salmon relationships at Karluk Lake, Alaska. *Trans. N. Am. Wildl. Conf.* 24:337–345.

Clarke, W. C., and T. Hirano. 1995. Osmoregulation. Pages 317–377 *in* C. Groot, L. Margolis, and W. C. Clarke, editors. *Physiological ecology of Pacific salmon.* University of British Columbia Press, Vancouver.

Clarke, W. C., and H. D. Smith. 1972. Observations on the migration of sockeye salmon fry (*Oncorhynchus nerka*) in the lower Babine River. *J. Fish. Res. Board Can.* 29:151–159.

Clemens, B. J. 2015. A survey of steelhead age and iteroparity rates from a volunteer angler program in the Willamette River basin, Oregon. *N. Am. J. Fish. Mgmt.* 35:1046–1054.

Clemens, W. A., R. E. Foerster, and A. L. Pritchard. 1939. The migration of Pacific salmon in British Columbia waters. Pages 51–59 *in* F. R. Moulton, editor. *The migration and conservation of salmon.* American Association for the Advancement of Science, Lancaster, Pennsylvania.

Coble, D. W. 1961. Influence of water exchange and dissolved oxygen in redds on survival of steelhead trout embryos. *Trans. Am. Fish. Soc.* 90:469–474.

Coble, D. W., R. E. Bruesewitz, T. W. Fratt, and J. W. Scheirer. 1990. Lake trout, sea lampreys, and overfishing in the upper Great Lakes: A review and reanalysis. *Trans. Am. Fish. Soc.* 119:985–995.

Collis, K., D. D. Roby, D. P. Craig, S. Adamany, J. Y. Adkins, and D. E. Lyons. 2002. Colony size and diet composition of piscivorous waterbirds on the lower Columbia River: Implications for losses of juvenile salmonids to avian predation. *Trans. Am. Fish. Soc.* 131:537–550.

Cone, J., and S. Ridlington, eds. 1996. *The northwest salmon crisis: A documentary history.* Oregon State University Press, Corvallis.

Connerton, M. J., B. A. Murry, N. H. Ringler, and D. J. Stewart. 2009. Majority of age-3 Chinook salmon (*Oncorhynchus tshawytscha*) in Lake Ontario were wild from 1992 to 2005, based on scale pattern analysis. *J. Gr. Lakes Res.* 35:419–429.

Connolly, P. J., and J. H. Petersen. 2003. Bigger is not always better for overwintering young-of-year steelhead. *Trans. Am. Fish. Soc.* 132:262–274.

Cooke, K., R. Hungar, C. Groot, and G. Tolson. 1987. Data record of adult sockeye salmon and other fish species captured by purse seine in Queen Charlotte Strait, Johnstone Strait and the Strait of Georgia in 1985 and 1986. *Can. Data Rept. Fish. Aquat. Sci.* 680:1–127.

Cooke, S. J., S. G. Hinch, A. P. Farrell, M. Lapointe, S. R. M. Jones, J. S. Macdonald, D. Patterson, M. C. Healey, and G. Van Der Kraak. 2004. Abnormal migration timing and high enroute mortality of sockeye salmon in the Fraser River, British Columbia. *Fisheries* 29(2):22–33.

Cooney, R. T., J. R. Allen, M. A. Bishop, D. L. Eslinger, T. Kline, B. L. Norcross, C. P. McRoy et al. 2001. Ecosystem controls of juvenile pink salmon (*Oncorhynchus gorbuscha*) and Pacific herring (*Clupea pallasi*) populations in Prince William Sound, Alaska. *Fish. Oceanogr.* 10(Suppl. 1):1–13.

Cooney, R. T., T. M. Willette, S. Sharr, D. Sharp, and J. Olsen. 1995. The effect of climate on North Pacific pink salmon (*Oncorhynchus gorbuscha*) production: Examining some details of a natural experiment. *Can. Sp. Publ. Fish. Aquat. Sci.* 121:475–482.

Courtenay, S. C., T. P. Quinn, H. M. C. Dupuis, C. Groot, and P. A. Larkin. 1997. Factors affecting the recognition of population-specific odours by juvenile coho salmon (*Oncorhynchus kisutch*). *J. Fish Biol.* 50:1042–1060.

Courter, I. I., D. B. Child, J. A. Hobbs, T. M. Garrison, J. J. G. Glessner, and S. Duery. 2013. Resident rainbow trout produce anadromous offspring in a large interior watershed. *Can. J. Fish. Aquat. Sci.* 70:701–710.

Craig, B. E., C. A. Simenstad, and D. L. Bottom. 2014. Rearing in natural and recovering tidal wetlands enhances growth and life-history diversity of Columbia Estuary tributary coho salmon *Oncorhynchus kisutch* population. *J. Fish Biol.* 85:31–51.

Craik, J. C. A. 1985. Egg quality and egg pigment content in salmonid fishes. *Aquaculture* 47:61–88.

Cram, J. M., C. E. Torgersen, R. S. Klett, G. R. Pess, D. May, T. N. Pearsons, and A. H. Dittman. 2013. Tradeoffs between homing and habitat quality for spawning site selection by hatchery-origin Chinook salmon. *Env. Biol. Fish.* 96:109–122.

Crawford, D. L., J. D. Woolington, and B. A. Cross. 1992. Bristol Bay sockeye salmon smolt studies for 1990. *AK Dept. Fish Game Tech. Rept.* 92(19):1–74.

Crawford, S. S. 2001. Salmonine introductions to the Laurentian Great Lakes: An historical review and evaluation of ecological effects. *Can. Spec. Publ. Fish. Aquat. Sci.* 132. Ottawa. 205 p.

Crawford, S. S., and A. M. Muir. 2008. Global introductions of salmon and trout in the genus *Oncorhynchus*: 1870–2007. *Revs. Fish Biol. Fish.* 18:313–344.

Crespi, B. J., and M. J. Fulton. 2004. Molecular systematics of Salmonidae: Combined nuclear data yields a robust phylogeny. *Molec. Phylogen. Evol.* 31:658–679.

Crespi, B. J., and R. Teo. 2002. Comparative phylogenetic analysis of the evolution of semelparity and life history in salmonid fishes. *Evolution* 56:1008–1020.

Crête-Lafrenière, A., L. K. Weir, and L. Bernatchez. 2012. Framing the Salmonidae family phylogenetic portrait: A more complete picture from increased taxon sampling. *PLoS One* 7(10):e46662.

Crisp, D. T. 1988. Prediction, from temperature, of eyeing, hatching and "swim-up" times for salmonid embryos. *Freshw. Biol.* 19:41–48.

Crone, R. A., and C. E. Bond. 1976. Life history of coho salmon, *Oncorhynchus kisutch*, in Sashin Creek, southeastern Alaska. *Fish. Bull.* 74:897–923.

Cross, A. D., D. A. Beauchamp, J. H. Moss, and K. W. Myers. 2009. Interannual variability in early marine growth, size-selective mortality, and marine survival for Prince William Sound pink salmon. *Mar. Coastal Fish.* 1:57–70.

Crossin, G. T., S. G. Hinch, S. J. Cooke, D. W. Welch, S. D. Batten, D. A. Patterson, G. Van Der Kraak, J. M. Shrimpton, and A. P. Farrell. 2007. Behaviour and physiology of sockeye salmon homing through coastal waters to a natal river. *Mar. Biol.* 152:905–918.

Crossin, G. T., S. G. Hinch, A. P. Farrell, D. A. Higgs, A. G. Lotto, J. D. Oates, and M. C. Healey. 2004. Energetics and morphology of sockeye salmon: Effects of upriver migratory distance and elevation. *J. Fish Biol.* 65:788–810.

Crozier, L. G., M. D. Scheuerell, and R. W. Zable. 2011. Using time series analysis to characterize evolutionary and plastic responses to environmental change: A case study of a shift toward earlier migration date in sockeye salmon. *Am. Nat.* 178:755–773.

Cucherousset, J., and J. D. Olden. 2011. Ecological impacts of non-native freshwater fishes. *Fisheries* 35:215–230.

Cullon, D. L., M. B. Yunker, C. Alleyne, N. J. Dangerfield, S. O'Neill, M. J. Whiticar, and P. S. Ross. 2009. Persistent organic pollutants in Chinook salmon (*Oncorhynchus tshawytscha*): implications for resident killer whales of British Columbia and adjacent waters. *Env. Toxicol. Chem.* 28:148–161.

Cunjak, R. A. 1996. Winter habitat of selected stream fishes and potential impacts from land-use activity. *Can. J. Fish. Aquat. Sci.* 53(Suppl. 1):267–282.

Cunningham, C. J., G. T. Ruggerone, and T. P. Quinn. 2013. Size-selectivity of predation by brown bears depends on the density of their sockeye salmon prey. *Am. Nat.* 181:663–673.

Dahlberg, M. L. 1968. Analysis of the dynamics of sockeye salmon returns to the Chignik Lakes, Alaska. PhD dissertation. University of Washington, Seattle.

Dalton, T. J. 1991. Variation in prevalence of *Nanophyetus salmincola*, a parasite tag indicating U.S. Northwest origin, in steelhead trout (*Oncorhynchus mykiss*) caught in central North Pacific Ocean. *Can. J. Fish. Aquat. Sci.* 48:1104–1108.

Daly, E. A., R. D. Brodeur, and L. A. Weitkamp. 2009. Ontogenetic shifts in diets of juvenile and subadult coho and Chinook salmon in coastal marine waters: Important for marine survival? *Trans. Am. Fish. Soc.* 138:1420–1438.

Daly, E. A., J. A. Scheurer, R. D. Brodeur, L. A. Weitkamp, B. R. Beckman, and J. A. Miller. 2014. Juvenile steelhead distribution, migration, feeding, and growth in the Columbia River estuary, plume, and coastal waters. *Mar. Coastal Fish.* 6:62–80.

Dangel, J. R., and J. D. Jones. 1988. *Southeast Alaska pink salmon total escapement and stream life studies, 1987*. Alaska Dept. Fish Game, Div. Comm. Fish., Reg. Info. Rept, 1J88–24. Juneau. 56 p.

Dann, T. H., C. Habicht, T. T. Baker, and J. E. Seeb. 2013. Exploiting genetic diversity to balance conservation and harvest of migratory salmon. *Can. J. Fish. Aquat. Sci.* 70:785–793.

Darimont, C. T., T. E. Reimchen, and P. C. Paquet. 2003. Foraging behaviour by gray wolves on salmon streams in coastal British Columbia. *Can. J. Zool.* 81:349–353.

Daum, D. W., and B. G. Flannery. 2011. Canadian-origin Chinook salmon rearing in nonnatal U.S. tributary streams of the Yukon River, Alaska. *Trans. Am. Fish. Soc.* 140:207–220.

Daum, D. W., and B. M. Osborne. 1998. Use of fixed-location, split-beam sonar to describe temporal and spatial patterns of adult fall chum salmon migration in the Chandalar River, Alaska. *N. Am. J. Fish. Mgmt.* 18:477–486.

Dauwalter, D. C., F. J. Rahel, and K. G. Gerow. 2009. Temporal variation in trout populations: Implications for monitoring and trend detection. *Trans. Am. Fish. Soc.* 138:38–51.

Davidson, F. A., E. Vaughan, and S. J. Hutchinson. 1943. Factors influencing the upstream migration of the pink salmon (*Oncorhynchus gorbuscha*). *Ecology* 24:149–168.

Davis, N. D., K. W. Myers, R. V. Walker, and C. K. Harris. 1990. The Fisheries Research Institute's high seas salmonid tagging program and methodology for scale pattern analysis. *Am. Fish. Soc. Symp.* 7:863–879.

Dawley, E. M., R. D. Ledgerwood, T. H. Blahm, C. W. Sims, J. T. Durkin, R. A. Kirn, A. E. Rankis, G. E. Monan, and F. J. Ossiander. 1986. *Migrational characteristics, biological observations, and relative survival of juvenile salmonids entering the Columbia River estuary, 1966–1983*. Final report to the Bonneville Power Administration, Project 81–102. Portland, Oregon. 256 p.

DeCicco, A. L. 1992. Long-distance movements of anadromous Dolly Varden between Alaska and the U.S.S.R. *Arctic* 45:120–123.

DeLacy, A. C., and W. M. Morton. 1943. Taxonomy and habits of the charrs, *Salvelinus malma* and *Salvelinus alpinus*, of the Karluk drainage system. *Trans. Am. Fish. Soc.* 72:79–91.

Dennert, A. M., S. L. May-McNally, M. H. Bond, T. P. Quinn, and E. B. Taylor. 2016. Trophic biology and migratory patterns of sympatric Dolly Varden (*Salvelinus malma*) and Arctic char (*S. alpinus*). *Can. J. Zool.* 94:529–539.

Denton, K. P., H. B. Rich Jr., and T. P. Quinn. 2009. Diet, movement, and growth of Dolly Varden in response to sockeye salmon subsidies. *Trans. Am. Fish. Soc.* 138:1207–1219.

DeRito, J. N., A. V. Zale, and B. B. Shepard. 2010. Temporal reproductive separation of fluvial Yellowstone cutthroat trout from rainbow trout and hybrids in the Yellowstone River. *N. Am. J. Fish. Mgmt.* 30:866–886.

DeVries, P. 2012. Salmonid influences on rivers: A geomorphic fish tail. *Geomorphology* 157–158:66–74.

Dickerson, B. R., K. W. Brinck, M. F. Willson, P. Bentzen, and T. P. Quinn. 2005. Relative importance of body size and timing of arrival to breeding grounds in reproductive success of pink salmon. *Ecology* 86:347–352.

Dickerson, B. R., M. F. Willson, and T. P. Quinn. 2002. Body size, arrival date, and reproductive success of pink salmon, *Oncorhynchus gorbuscha*. *Ethol. Ecol. Evol.* 14:29–44.

Dickhoff, W. W., B. R. Beckman, D. A. Larsen, C. Duan, and S. Moriyama. 1997. The role of growth in endocrine regulation of salmon smoltification. *Fish Physiol. Biochem.* 17:231–236.

Dickhoff, W. W., D. S. Darling, and A. Gorbman. 1982. Thryoid function during smoltification of salmonid fish. *Gunma Symp. Endocrinol.* (Tokyo) 19:45–61.

Dickhoff, W. W., and C. V. Sullivan. 1987. Involvement of the thyroid gland in smoltification, with special reference to metabolic and developmental processes. *Am. Fish. Soc. Symp.* 1:197–210.

Diebel, C. E., R. Proksch, C. R. Green, P. Nielson, and M. M. Walker. 2000. Magnetite defines a vertebrate magnetoreceptor. *Nature* 406:299–302.

Dill, L. M., and T. G. Northcote. 1970. Effects of gravel size, egg depth, and egg density on intragravel movement and emergence of coho salmon (*Oncorhynchus kisutch*) alevins. *J. Fish. Res. Board Can.* 27:1191–1199.

Dill, L. M., R. C. Ydenberg, and A. H. G. Fraser. 1981. Food abundance and territory size in juvenile coho salmon (*Oncorhynchus kisutch*). *Can. J. Zool.* 59:1801–1809.

Dittman, A. H., D. May, D. A. Larsen, M. L. Moser, M. Johnson, and D. Fast. 2010. Homing and spawning site selection by supplemented hatchery and natural-origin Yakima River spring Chinook salmon. *Trans. Am. Fish. Soc.* 139:1014–1028.

Dittman, A. H., and T. P. Quinn. 1996. Homing in Pacific salmon: Mechanisms and ecological basis. *J. Exp. Biol.* 199:83–91.

Dittman, A. H., T. P. Quinn, and G. A. Nevitt. 1996. Timing of imprinting to natural and artificial odors by coho salmon (*Oncorhynchus kisutch*). *Can. J. Fish. Aquat. Sci.* 53:434–442.

Dittman, A. H., T. P. Quinn, G. A. Nevitt, B. Hacker, and D. R. Storm. 1997. Sensitization of olfactory guanylyl cyclase to a specific imprinted odorant in coho salmon. *Neuron* 19:381–389.

Docker, M. F., and D. D. Heath. 2003. Genetic comparison between sympatric anadromous steelhead and freshwater resident rainbow trout in British Columbia, Canada. *Cons. Genet.* 4:227–231.

Doctor, K. K., and T. P. Quinn. 2009. The potential for adaptation-by-time in sockeye salmon (*Oncorhynchus nerka*): The interactions of body size and in-stream reproductive lifespan with date of arrival and breeding location. *Can. J. Zool.* 87:708–717.

Dodson, J. J., N. Aubin-Horth, V. Thériault, and D. J. Páez. 2013. The evolutionary ecology of alternative migratory tactics in salmonid fishes. *Biol. Revs.* 88:602–625.

Dolloff, C. A. 1993. Predation by river otters (*Lutra canadensis*) on juvenile coho salmon (*Oncorhynchus kisutch*) and Dolly Varden (*Salvelinus malma*) in Southeast Alaska. *Can. J. Fish. Aquat. Sci.* 50:312–315.

Dolloff, C. A., and G. H. Reeves. 1990. Microhabitat partitioning among stream-dwelling juvenile coho salmon, *Oncorhynchus kisutch*, and Dolly Varden, *Salvelinus malma*. *Can. J. Fish. Aquat. Sci.* 47:2297–2306.

Donaldson, J. R. 1967. The phosphorous budget of Iliamna Lake, Alaska as related to the cyclic abundance of sockeye salmon. PhD dissertation, University of Washington, Seattle.

Donaldson, L. R., and G. H. Allen. 1957. Return of silver salmon, *Oncorhynchus kisutch* (Walbaum) to point of release. *Trans. Am. Fish. Soc.* 87:13–22.

Donnelly, W. A., and F. G. J. Whoriskey. 1991. Background-color acclimation of brook trout for crypsis reduces risk of predation by hooded mergansers *Lophodytes cucullatus*. *N. Am. J. Fish. Mgmt.* 11:206–211.

Døving, K. B., H. Westerberg, and P. B. Johnsen. 1985. Role of olfaction in the behavioral neuronal responses of Atlantic salmon, *Salmo salar*, to hydrographic stratification. *Can. J. Fish. Aquat. Sci.* 42:1658–1667.

Drake, D. C., R. J. Naiman, and J. M. Helfield. 2002. Reconstructing salmon abundance in rivers: An initial dendrochronological evaluation. *Ecology* 83:2971–2977.

Drenner, S. M., S. G. Hinch, E. G. Martins, N. B. Furey, T. D. Clark, S. J. Cooke, D. A. Patterson et al. 2015. Environmental conditions and physiological state influence estuarine movements of homing sockeye salmon. *Fish. Oceanogr.* 24:307–324.

Drucker, B. 1972. Some life history characteristics of coho salmon of the Karluk River system, Kodiak Island, Alaska. *Fish. Bull.* 70:79–94.

Duffy, E. J., D. A. Beauchamp, R. M. Sweeting, R. J. Beamish, and J. S. Brennan. 2010. Ontogenetic diet shifts of juvenile Chinook salmon in nearshore and offshore habitats of Puget Sound. *Trans. Am. Fish. Soc.* 139:803–823.

Duguid, R. A., A. Ferguson, and P. Prodöhl. 2006. Reproductive isolation and genetic differentiation of ferox trout from sympatric brown trout in Loch Awe and Loch Laggan, Scotland. *J. Fish Biol.* 69(A):89–114.

Dunbrack, R. L., and L. M. Dill. 1984. Three-dimensional prey reaction field of the juvenile coho salmon (*Oncorhynchus kisutch*). *Can. J. Fish. Aquat. Sci.* 41:1176–1182.

Dunham, J. B., S. B. Adams, R. E. Schroeter, and D. C. Noviger. 2002. Alien invasions in aquatic ecosystems: Toward an understanding of brook trout invasions and potential impacts on inland cutthroat trout in western North America. *Revs. Fish Biol. Fish.* 12:373–391.

Dunham, J., C. Baxter, K. Fausch, W. Fredenberg, S. Kitano, I Koizumi, K. Morita et al. 2008. Evolution, ecology, and conservation of Dolly Varden, white-spotted char, and bull trout. *Fisheries* 33:537–550.

Dunn, J. R. 1969. Direction of movement of salmon in the North Pacific Ocean, Bering Sea, and Gulf of Alaska as indicated by surface gillnet catches. *Int. N. Pac. Fish. Comm. Bull.* 26:27–55.

———. 1996. Charles Henry Gilbert (1859–1928): An early fishery biologist and his contributions to knowledge of Pacific salmon (*Oncorhynchus* spp.). *Revs. Fish. Sci.* 4:133–184.

East, A. E., and coauthors. 2015. Large-scale dam removal on the Elwha River, Washington, USA: River channel and floodplain geomorphic change. *Geomorphology* 228:765–786.

Eastman, D. E. 1996. Response of freshwater fish communities to spawning sockeye salmon (*Oncorhynchus nerka*). MS thesis, University of Washington, Seattle.

Ebel, W. J. 1980. Transportation of chinook salmon, *Oncorhynchus tshawytscha*, and steelhead, *Salmo gairdneri*, smolts in the Columbia River and effects on adult returns. *Fish. Bull.* 78:491–505.

Ebel, W. J., D. L. Park, and R. C. Johnsen. 1973. Effects of transportation on survival and homing of Snake River chinook salmon and steelhead trout. *Fish. Bull.* 71:549–563.

Ebersole, J. L., and coauthors. 2009. Modeling stream network-scale variation in coho salmon overwinter survival and smolt size. *Trans. Am. Fish. Soc.* 138:564–580.

Edmundson, J. A., and A. Mazumder. 2001. Linking growth of juvenile sockeye salmon to habitat temperature in Alaskan lakes. *Trans. Am. Fish. Soc.* 130:644–662.

Eggers, D. M. 1978. Limnetic feeding behavior of juvenile sockeye salmon in Lake Washington and predator avoidance. *Limnol. Oceanogr.* 23:1114–1125.

———. 1982. Planktivore preference by prey size. *Ecology* 63:381–390.

Eiler, J. H., A. N. Evans, and C. B. Schreck. 2015. Migratory patterns of wild Chinook salmon *Oncorhynchus tshawytscha* returning to a large, free-flowing river basin. *PLoS One* 10(4):e0123127.

Einum, S., and I. A. Fleming. 1999. Maternal effects of egg size in brown trout (*Salmo trutta*): Norms of reaction to environmental quality. *Proc. Royal Soc. Lond.* (B)266:2095–2100.

Eliason, E. J., T. D. Clark, M. J. Hague, L. M. Hanson, Z. S. Gallagher, K. M. Jeffries, M. K. Gale, D. A. Patterson, S. G. Hinch, and A. P. Farrell. 2011. Differences in thermal tolerance among sockeye salmon populations. *Science* 332:109–112.

Emanuel, M. E., and J. J. Dodson. 1979. Modification of the rheotrophic behavior of male rainbow trout (*Salmo gairdneri*) by ovarian fluid. *J. Fish. Res. Board Can.* 36:63–68.

Emlen, J. M., R. R. Reisenbichler, A. M. McGie, and T. E. Nickelson. 1990. Density-dependence at sea for coho salmon (*Oncorhynchus kisutch*). *Can. J. Fish. Aquat. Sci.* 47:1765–1772.

Emmett, R. L., G. K. Krutzikowsky, and P. Bentley. 2006. Abundance and distribution of pelagic piscivorous fishes in the Columbia River plume during spring/early summer 1998–2003: Relationship to oceanographic conditions, forage fishes, and juvenile salmonids. *Prog. Oceanogr.* 68:1–26.

Erickson, D. L., and E. K. Pikitch. 1994. Incidental catch of chinook salmon in commercial bottom trawls off the U.S. west coast. *N. Am. J. Fish. Mgmt.* 14:550–563.

Essington, T. E., T. P. Quinn, and V. E. Ewert. 2000. Intra- and interspecific competition and the reproductive success of sympatric Pacific salmon. *Can. J. Fish. Aquat. Sci.* 57:205–213.

Essington, T. E., P. W. Sorensen, and D. G. Paron. 1998. High rate of redd superimposition by brook trout (*Salvelinus fontinalis*) and brown trout (*Salmo trutta*) in a Minnesota stream cannot be explained by habitat availability alone. *Can. J. Fish. Aquat. Sci.* 55:2310–2316.

Esteve, M. 2005. Observations of spawning behaviour in Salmoninae: *Salmo, Oncorhynchus*, and *Salvelinus*. *Revs. Fish Biol. Fish.* 15:1–21.

———. 2007. Two examples of fixed behavioural patterns in salmonines: Female false spawning and male digging. *J. Ethol.* 25:63–70.

Esteve, M., and D. A. McLennan. 2007. The phylogeny of *Oncorhynchus* (Euteleostei: Salmonidae) based on behavioral and life history characters. *Copeia* 520–533.

Evans, A. F., N. J. Hostetter, K. Collis, D. D. Roby, and F. J. Loge. 2014. Relationship between juvenile fish condition and survival to adulthood in steelhead. *Trans. Am. Fish. Soc.* 143:899–909.

Evans, A. F., N. J. Hostetter, D. D. Roby, K. Collis, D. E. Lyons, B. P. Sandford, R. D. Ledgerwood, and S. Sebring. 2012. Systemwide evaluation of avian predation on juvenile salmonids from the Columbia River based on recoveries of Passive Integrated Transponder tags. *Trans. Am. Fish. Soc.* 141:975–989.

Evans, A. F., Q. Payton, A. Turecek, B. Cramer, K. Collis, D. D. Roby, P. J. Loschl et al. 2016. Avian predation on juvenile salmonids: Spatial and temporal analysis based on acoustic and passive integrated transponder tags. *Trans. Am. Fish. Soc.* 145:860–877.

Everest, F. H., and D. W. Chapman. 1972. Habitat selection and spatial interaction by juvenile chinook salmon and steelhead trout in two Idaho streams. *J. Fish. Res. Board Can.* 29:91–100.

Ewald, G., P. Larsson, H. Linge, L. Okla, and N. Szarzi. 1998. Biotransport of organic pollutants to an inland Alaska lake by migrating sockeye salmon (*Oncorhynchus nerka*). *Arctic* 51:40–47.

Farley, E. V., Jr., J. M. Murphy, B. W. Wing, J. H. Moss, and A. Middleton. 2005. Distribution, migration pathways, and size of western Alaska juvenile salmon along the eastern Bering Sea shelf. *Alaska Fish. Res. Bull.* 11:15–26.

Fast, D. E. 1987. The behavior of salmonid alevins in response to changes in dissolved oxygen, velocity, and light during incubation. University of Washington, Seattle.

Fausch, K. D. 1984. Profitable stream positions for salmonids: Relating specific growth rate to net energy gain. *Can. J. Zool.* 62:441–451.

———. 1988. Test of competition between native and introduced salmonids in streams: What have we learned? *Can. J. Fish. Aquat. Sci.* 45:2238–2246.

———. 2007. Introduction, establishment, and effects of non-native salmonids: Considering the risk of rainbow trout in the United Kingdom. *J. Fish Biol.*71(Suppl. D):1–32.

———. 2008. A paradox of trout invasions in North America. *Biol. Inv.* 10 685–701.

———. 2014. A historical perspective on drift foraging models for stream salmonids. *Env. Biol. Fish.* 97:453–464.

Favorite, F., A. J. Dodimead, and K. Nasu. 1976. Oceanography of the subarctic Pacific region, 1960–71. *Int. N. Pac. Fish. Comm. Bull.* 33. Vancouver, British Columbia. 187 p.

Fedorenko, A. Y., and B. G. Shepherd. 1986. Review of salmon transplant procedures and suggested transplant guidelines. *Can. Tech. Rept. Fish. Aquat. Sci.* 1479.

Feist, B. E., E. R. Buhle, P. Arnold, J. W. Davis, and N. L. Scholz. 2011. Landscape ecotoxicology of coho salmon spawner mortality in urban streams. *PLoS One* 6(8):e23424.

Felicetti, L. A., and coauthors. 2004. Use of naturally occurring mercury to determine the importance of cutthroat trout to Yellowstone grizzly bears. *Can. J. Zool.* 82:493–501.

Ferguson, A., and F. M. Mason. 1981. Allozyme evidence for reproductively isolated sympatric populations of brown trout *Salmo trutta* L. in Lough Melvin, Ireland. *J. Fish Biol.* 18:629–642.

Ferguson, A., and J. B. Taggart. 1991. Genetic differentiation among the sympatric brown trout (*Salmo trutta*) populations of Lough Melvin, Ireland. *Biol. J. Linn. Soc.* 43:221–237.

Ferguson, J. A., W. Koketsu, I. Ninomiya, P. A. Rossignol, K. C. Jacobson, and M. L. Kent. 2011. Mortality of coho salmon (*Oncorhynchus kisutch*) associated with burdens of multiple parasite species. *Int. J. Parasitol.* 41:1197–1205.

Ferguson, J. A., J. Romer, J. C. Sifneos, L. Madsen, C. B. Schreck, M. Glynn, and M. L. Kent. 2012. Impacts of multispecies parasitism on juvenile coho salmon (*Oncorhynchus kisutch*) in Oregon. *Aquaculture* 362:184–192.

Field-Dodgson, M. S. 1987. The effect of salmon redd excavation on stream substrate and benthic community of two salmon spawning streams in Canterbury, New Zealand. *Hydrobiologia* 154:3–11.

Finney, B. P., I. Gregory-Eaves, M. S. V. Douglas, and J. P. Smol. 2002. Fisheries productivity in the northeastern Pacific Ocean over the past 2,200 years. *Nature* 416:729–733.

Finney, B. P., I. Gregory-Eaves, J. Sweetman, M. S. V. Douglas, and J. P. Smol. 2000. Impacts of climate change and fishing on Pacific salmon abundance over the past 300 years. *Science* 290:795–799.

Fisher, F. W. 1994. Past and present status of Central Valley chinook salmon. *Cons. Biol.* 8:870–873.

Fisher, J. P., and W. G. Pearcy. 1988. Growth of juvenile coho salmon (*Oncorhynchus kisutch*) in the ocean off Oregon and Washington, USA, in years of differing coastal upwelling. *Can. J. Fish. Aquat. Sci.* 45:1036–1044.

Fitzpatrick, J. L., and N. R. Liley. 2008. Ejaculate expenditure and timing of gamete release in rainbow trout *Oncorhynchus mykiss*. *J. Fish Biol.* 73:262–274.

Flagg, T. A., F. W. Waknitz, D. J. Maynard, G. B. Milner, and C. V. W. Mahnken. 1995. The effects of hatcheries on native coho salmon populations in the lower Columbia River. *Am. Fish. Soc. Symp.* 15:366–375.

Fleming, I. A. 1998. Pattern and variability in the breeding system of Atlantic salmon (*Salmo salar*), with comparisons to other salmonids. *Can. J. Fish. Aquat. Sci.* 55(Suppl. 1):59–76.

Fleming, I. A., and M. R. Gross. 1994. Breeding competition in a Pacific salmon (coho: *Oncorhynchus kisutch*): Measures of natural and sexual selection. *Evolution* 48:637–657.

Flynn, L., R. Hilborn, and A. E. Punt. 2003. Identifying the spatial distribution of stocks of migrating adult sockeye salmon using age composition data. *Alaska Fish. Res. Bull.* 10:50–60.

Foerster, R. E. 1936. The return from the sea of sockeye salmon (*Oncorhynchus nerka*) with special reference to percentage survival, sex proportions, and progress of migration. *J. Biol. Board Can.* 3:26–42.

———. 1937. The relation of temperature to the seaward migration of young sockeye salmon (*Oncorhynchus nerka*). *J. Biol. Board Can.* 3:421–438.

———. 1968. The sockeye salmon. *Fish. Res. Board Can. Bull.* 162. Ottawa. 422 p.

———. 1954. On the relation of adult sockeye salmon (*Oncorhynchus nerka*) returns to known smolt seaward migrations. *J. Fish. Res. Board Can.* 11:339–350.

Foerster, R. E., and W. E. Ricker. 1953. The coho salmon of Cultus Lake and Sweltzer Creek. *J. Fish. Res. Board Can.* 10:293–319.

Foldvik, A., A. G. Finstad, and S. Einum. 2010. Relating juvenile spatial distribution to breeding patterns in anadromous salmonid populations. *J. Anim. Ecol.* 79:501–509.

Foley, M. M., J. J. Duda, M. M. Beirne, R. Paradis, A. Ritchie, and J. A. Warrick. 2015. Rapid water quality change in the Elwha River estuary complex during dam removal. *Limnol. Oceanogr.* 60:1719–1732.

Foote, C. J. 1988. Male mate choice dependent on male size in salmon. *Behaviour* 106:63–80.

———. 1989. Female mate preference in Pacific salmon. *Anim. Behav.* 38:721–722.

———. 1990. An experimental comparison of male and female spawning territoriality in a Pacific salmon. *Behaviour* 115(3–4):283–313.

Foote, C. J., and G. S. Brown. 1998. Ecological relationship between freshwater sculpins (genus *Cottus*) and beach-spawning sockeye salmon (*Oncorhynchus nerka*) in Iliamna Lake, Alaska. *Can. J. Fish. Aquat. Sci.* 55:1524–1533.

Foote, C. J., G. S. Brown, and C. C. Wood. 1997. Spawning success of males using alternative mating tactics in sockeye salmon, *Oncorhynchus nerka*. *Can. J. Fish. Aquat. Sci.* 54:1785–1795.

Foote, C. J., and P. A. Larkin. 1988. The role of male choice in the assortative mating of anadromous and non-anadromous sockeye salmon (*Oncorhynchus nerka*). *Behaviour* 106:43–62.

Foote, C. J., C. C. Wood, W. C. Clarke, and J. Blackburn. 1992. Circannual cycle of seawater adaptability in *Oncorhynchus nerka*: Genetic differences between sympatric sockeye salmon and kokanee. *Can. J. Fish. Aquat. Sci.* 49:99–109.

Foote, C. J., C. C. Wood, and R. E. Withler. 1989. Biochemical genetic comparison of sockeye salmon and kokanee, the anadromous and nonanadromous forms of *Oncorhynchus nerka*. *Can. J. Fish. Aquat. Sci.* 46:149–158.

Ford, J. K. B., and G. M. Ellis. 2006. Selective foraging by fish-eating killer whales *Orcinus orca* in British Columbia. *Mar. Ecol. Prog. Ser.* 316:185–199.

Ford, J. K. B., G. M. Ellis, P. F. Olesiuk, and K. C. Balcomb. 2010. Linking killer whale survival and prey abundance: Food limitation in the oceans' apex predator? *Biol. Letters* 6:139–142.

Ford, J. K. B., G. M. Ellis, L. G. Barrett-Lennard, A. B. Morton, R. S. Palm, and K. C. I. Balcomb. 1998. Dietary specialization in two sympatric populations of killer whales (*Orcinus orca*) in coastal British Columbia and adjacent waters. *Can. J. Zool.* 76:1456–1471.

Foster, N. R. 1985. Lake trout reproductive behavior: Influence of chemosensory cues from young-of-the-year by-products. *Trans. Am. Fish. Soc.* 114:794–803.

Foster, R. W., C. Bagatell, and H. J. Fuss. 1981. Return of one-year-old pink salmon to a stream in Puget Sound. *Prog. Fish-Cult.* 43:31.

Fraley, J. J., and B. B. Shepard. 1989. Life history, ecology, and population status of migratory bull trout (*Salvelinus confluentus*) in the Flathead Lake and river system, Montana. *Northwest Sci.* 63:133–143.

Francis, R. C., and S. R. Hare. 1994. Decadal-scale regime shifts in the large marine ecosystems of the North-east Pacific: A case for historical science. *Fish. Oceanogr.* 3:279–291.

Francis, R. C., and T. H. Sibley. 1991. Climate change and fisheries: What are the real issues? *Northw. Env. J.* 7:295–307.

Fransen, B. R., P. A. Bisson, J. W. Ward, and R. E. Bilby. 1993. Physical and biological constraints on summer rearing of juvenile coho salmon (*Oncorhynchus kisutch*) in small western Washington streams. Pages 271–288 *in* L. Berg and P. W. Delaney, editors. *Coho salmon workshop*. Department of of Fisheries and Oceans, Canada, Nanaimo, British Columbia.

Fraser, N. H. C., N. B. Metcalfe, and J. E. Thorpe. 1993. Temperature-dependent switch between diurnal and nocturnal foraging in salmon. *Proc. Royal Soc. London* (B)252:135–139.

French, R., H. Bilton, M. Osako, and A. Hartt. 1976. Distribution and origin of sockeye salmon (*Oncorhynchus nerka*) in offshore waters of the North Pacific Ocean. *Int. N. Pac. Fish. Comm. Bull.* 34:1–113.

French, R. R., and W. B. McAlister. 1970. Winter distribution of salmon in relation to currents and water masses in the northeastern Pacific Ocean and migrations of sockeye salmon. *Trans. Am. Fish. Soc.* 99:649–663.

Friedland, K. D., R. V. Walker, N. D. Davis, K. W. Myers, G. W. Boehlert, S. Urawa, and Y. Ueno. 2001. Open-ocean orientation and return migration routes of chum salmon based on temperature data from data storage tags. *Mar. Ecol. Progr. Ser.* 216:235–252.

Fukushima, M., T. J. Quinn, and W. W. Smoker. 1998. Estimation of eggs lost from superimposed pink salmon (*Oncorhynchus gorbuscha*) redds. *Can. J. Fish. Aquat. Sci.* 55:618–625.

Fukuwaka, M., and T. Suzuki. 2002. Early sea mortality of mark-recaptured juvenile chum salmon in open coastal waters. *J. Fish Biol.* 60:3–12.

Furey, N. B., S. G. Hinch, A. L. Bass, C. T. Middleton, V. Minke-Martin, and A. G. Lotto. 2016. Predator swamping reduces predation risk during nocturnal migration of juvenile salmon in a high-mortality landscape. *J. Anim. Ecol.* 85:948–959.

Fuss, H. J. 1984. Age, growth, and instream movement of Olympic Peninsula coastal cutthroat trout (*Salmo clarki clarki*). Pages 125–134 *in* J. M. Walton and D. B. Houston, editors. *Proceedings of the Olympic wild fish conference*. Peninsula College, Port Angeles, Washington.

Gage, M. J. G., C. P. Macfarlane, S. Yeates, R. G. Ward, J. B. Searle, and G. A. Parker. 2004. Spermatozoal traits and sperm competition in Atlantic salmon: Relative sperm velocity is the primary determinant of fertilization success. *Current Biol.* 14:44–47.

Gallagher, S. P., S. Thompson, and D. W. Wright. 2012. Identifying factors limiting coho salmon to inform stream restoration in coastal Northern California. *Cal. Fish Game* 98:185–201.

Garcia de Leaniz, C., N. Fraser, and F. A. Huntingford. 2000. Variability in performance in wild Atlantic salmon, *Salmo salar* L., fry from a single redd. *Fish. Mgmt. Ecol.* 7:489–502.

Garcia de Leaniz, C., G. Gajardo, and S. Consuegra. 2010. From best to pest: Changing perspectives on the impact of exotic salmonids in the Southern Hemisphere. *Syst. Biodiver.* 8:447–459.

Gaudet, D. M. 1990. Enumeration of migrating salmon populations using fixed-location sonar counters. *Proc.-verb. Réun., Cons. Int.Explor. Mer* 189:197–209.

Gayeski, N., B. McMillan, and P. Trotter. 2011. Historical abundance of Puget Sound steelhead, *Oncorhynchus mykiss*, estimated from catch data. *Can. J. Fish. Aquat. Sci.* 68:498–510.

Gebhards, S. V. 1960. Biological notes on precocious male chinook salmon parr in the Salmon River drainage, Idaho. *Prog. Fish-Cult.* 22:121–123.

Geiger, H. J., W. W. Smoker, L. A. Zhivotovsky, and A. J. Gharrett. 1997. Variability of family size and marine survival in pink salmon (*Oncorhynchus gorbuscha*) has implications for conservation biology and human use. *Can. J. Fish. Aquat. Sci.* 54:2684–2690.

Gende, S. M., R. T. Edwards, M. F. Willson, and M. S. Wipfli. 2002. Pacific salmon in aquatic and terrestrial ecosystems. *BioScience* 52:917–928.

Gende, S. M., and T. P. Quinn. 2004. The relative importance of prey density and social dominance in determining energy intake by bears feeding on Pacific salmon. *Can. J. Zool.* 82:75–85.

Gende, S. M., T. P. Quinn, R. Hilborn, A. P. Hendry, and B. Dickerson. 2004. Brown bears selectively kill salmon with higher energy content but only in habitats that facilitate choice. *Oikos* 104:518–528.

Gende, S. M., T. P. Quinn, and M. F. Willson. 2001. Consumption choice by bears feeding on salmon. *Oecologia* 127:372–382.

Gende, S. M., T. P. Quinn, M. F. Willson, R. Heintz, and T. M. Scott. 2004. Magnitude and fate of salmon-derived nutrients and energy in a coastal stream ecosystem. *J. Freshw. Ecol.* 19:149–160.

Gharrett, A. J., and S. M. Shirley. 1985. A genetic examination of spawning methodology in a salmon hatchery. *Aquaculture* 47:245–256.

Gibbins, C., J. Shellberg, H. Moir, and C. Soulsby. 2008. Hydrological influences on adult salmonid migration, spawning, and embryo survival. *Am. Fish. Soc. Symp.* 65:195–223.

Gilbert, C. H. 1922. The salmon of the Yukon River. *Bull. U.S. Bureau Fish.* 38:317–332.

Gile, S. R., and M. M. Ferguson. 1995. Factors affecting male potency in pooled gamete crosses of rainbow trout, *Oncorhynchus mykiss*. *Env. Biol. Fish.* 42:267–275.

Gilhousen, P. 1980. Energy sources and expenditures in Fraser River sockeye salmon during their spawning migration. *Int. Pac. Salmon Fish. Comm. Bull.* 22:1–51.

———. 1990. Prespawning mortalities of sockeye salmon in the Fraser River system and possible causes. *Int. Pac. Salmon Fish. Comm. Bull.* 26:1–58.

Gill, I. D., and J. M. Helfield. 2012. Alternative foraging strategies among bears fishing for salmon: A test of the dominance hypothesis. *Can. J. Zool.* 90:766–775.

Giorgi, A. E., T. W. Hillman, J. R. Stevenson, S. G. Hays, and C. M. Peven. 1997. Factors that influence the downstream migration rates of juvenile salmon and steelhead through the hydroelectric system in the mid-Columbia River basin. *N. Am. J. Fish. Mgmt.* 17:268–282.

Giorgi, A. E., G. A. Swan, W. S. Zaugg, T. Coley, and T. Y. Barila. 1988. Susceptibility of chinook salmon smolts to bypass systems at hydroelectric dams. *N. Am. J. Fish. Mgmt.* 8:25–29.

Gipson, R. D., and W. A. Hubert. 1993. Spawning-site selection by kokanee along the shoreline of Flaming Gorge Reservoir, Wyoming-Utah. *N. Am. J. Fish. Mgmt.* 13:475–482.

Glova, G. J. 1987. Comparison of allopatric cutthroat trout stocks with those sympatric with coho salmon and sculpins in small streams. *Env. Biol. Fish.* 20:275–284.

Godfrey, H. 1959. Variations in annual average weights of British Columbia pink salmon, 1944–1958. *J. Fish. Res. Board Can.* 16:329–337.

Godfrey, H., K. A. Henry, and S. Machidori. 1975. Distribution and abundance of coho salmon in offshore waters of the North Pacific Ocean. *Int. N. Pac. Fish. Comm. Bull.* 31:1–80.

Godfrey, H., W. R. Hourston, J. W. Stokes, and F. C. Withler. 1954. Effects of a rock slide on Babine River salmon. *Fish. Res. Board Can. Bull.* 101. Ottawa. 100 p.

Godfrey, H., W. R. Hourston, and F. C. Withler. 1956. Babine River salmon after removal of the rock slide. *Fish. Res. Board Can. Bull.* 106. Ottawa. 41 p.

Godin, J.-G. J. 1980. Temporal aspects of juvenile pink salmon (*Oncorhynchus gorbuscha* Walbaum) emergence from a stimulated gravel redd. *Can. J. Zool.* 58:735–744.

———. 1982. Migrations of salmonid fishes during early life history phases: Daily and annual timing. Pages 22–50 *in* E. L. Brannon and E. O. Salo, editors. *Proceedings of the salmon and trout migratory behavior symposium*. School of Fisheries, University of Washington, Seattle.

Goetz, F. A., B. Baker, T. Buehrens, and T. P. Quinn. 2013. Diversity of movements by individual anadromous coastal cutthroat trout in Hood Canal, Washington. *J. Fish Biol.* 83:1161–1182.

Goetz, F. A., E. Jeanes, M. E. Moore, and T. P. Quinn. 2015. Comparative migratory behavior and survival of wild and hatchery steelhead (*Oncorhynchus mykiss*) smolts in riverine, estuarine, and marine habitats of Puget Sound, Washington. *Env. Biol. Fish.* 98:357–375.

Gonzalez, E. J. 2006. Diet and prey consumption of juvenile coho salmon (*Oncorhynchus kisutch*) in three northern California streams. MS thesis, Humboldt State University, Arcata, California.

Gottesfeld, A. S., M. A. Hassan, and J. F. Tunnicliffe. 2008. Salmon bioturbation and stream process. *Am. Fish. Soc. Symp.* 65:175–193.

Gowell, C. P., T. P. Quinn, and E. B. Taylor. 2012. Coexistence and origin of trophic ecotypes of pygmy whitefish, *Prosopium coulterii*, in a southwestern Alaskan lake. *J. Evol. Biol.* 25:2432–2448.

Grant, J. W. A., S. Ó. Steingrímsson, E. R. Keeley, and R. A. Cunjak. 1998. Implications of territory size for the measurement and prediction of salmonid abundance in streams. *Can. J. Fish. Aquat. Sci.* 55(Suppl. 1):181–190.

Grantham, T. E., D. A. Newburn, M. A. McCarthy, and A. M. Merenlender. 2012. The role of streamflow and land use in limiting oversummer survival of juvenile steelhead in California streams. *Trans. Am. Fish. Soc.* 141:585–598.

Gray, A., C. A. Simenstad, D. L. Bottom, and T. J. Cornwell. 2002. Contrasting functional performance of juvenile salmon habitat in recovering wetlands of the Salmon River estuary, Oregon, U.S.A. *Rest. Ecol.* 10:514–526.

Graynoth, E. 1995. Spawning migrations and reproduction of landlocked sockeye salmon (*Oncorhynchus nerka*) in the Waitaki catchment, New Zealand. *NZ J. Mar. Freshw. Res.* 29:257–269.

Gresh, T., J. A. Lichatowich, and P. Schoonmaker. 2000. An estimation of historic and current levels of salmon production in the Northeast Pacific ecosystem: Evidence of a nutrient deficit in the freshwater systems of the Pacific Northwest. *Fisheries* 25(1):15–21.

Groot, C. 1965. On the orientation of young sockeye salmon (*Oncorhynchus nerka*) during their seaward migration out of lakes. *Behaviour* Supplement 14:1–198.

———. 1972. Migration of yearling sockeye salmon (*Oncorhynchus nerka*) as determined by time-lapse photography of sonar observations. *J. Fish. Res. Board Can.* 29:1431–1444.

Groot, C., R. E. Bailey, L. Margolis, and K. Cooke. 1989. Migratory patterns of sockeye salmon (*Oncorhynchus nerka*) smolts in the Strait of Georgia, British Columbia, as determined by analysis of parasite assemblages. *Can. J. Zool.* 67:1670–1678.

Groot, C., and K. Cooke. 1987. Are the migrations of juvenile and adult Fraser River sockeye salmon (*Oncorhynchus nerka*) in near-shore waters related? *Can. Sp. Publ. Fish. Aquat. Sci.* 96:53–60.

Groot, C., and L. Margolis, eds. 1991. *Pacific salmon life histories*. University of British Columbia Press, Vancouver.

Groot, C., and T. P. Quinn. 1987. The homing migration of sockeye salmon to the Fraser River. *Fish. Bull.* 85:455–469.

Groot, C., K. Simpson, I. Todd, P. D. Murray, and G. A. Buxton. 1975. Movements of sockeye salmon (*Oncorhynchus nerka*) in the Skeena River estuary as revealed by ultrasonic tracking. *J. Fish. Res. Board Can.* 32:233–242.

Gross, M. R. 1985. Disruptive selection for alternative life histories in salmon. *Nature* 313:47–48.

———. 1987. Evolution of diadromy in fishes. *Am. Fish. Soc. Symp.* 1:14–25.

Gross, M. R., R. M. Coleman, and R. M. McDowall. 1988. Aquatic productivity and the evolution of diadromous fish migration. *Science* 239:1291–1293.

Gross, M. R., and R. C. Sargent. 1985. The evolution of male and female parental care in fishes. *Am. Zool.* 25:807–822.

Groves, P. A., and J. A. Chandler. 1999. Spawning habitat used by fall chinook salmon in the Snake River. *N. Am. J. Fish. Mgmt.* 19:912–922.

Grunbaum, J. B. 1996. Geographical and seasonal variation in diel habitat use by juvenile (age 1+) steelhead trout (*Oncorhynchus mykiss*) in Oregon coastal and interior streams. MS thesis, Oregon State University, Corvallis.

Guillen, G. 2003. *Klamath River fish die-off, September 2002: Causative factors of mortality*. US Fish and Wildlife Service, AFWOF-02-03, Arcata, California.

Gunnes, K. 1979. Survival and development of Atlantic salmon eggs and fry at three different temperatures. *Aquaculture* 16:211–218.

Gunstrom, G. K. 1968. Gonad weight/body weight ratio of mature chinook salmon males as a measure of gonad size. *Prog. Fish-Cult.* 30:23–25.

Gustafson, R. G., T. C. Wainwright, G. A. Winans, F. W. Waknitz, L. T. Parker, and R. S. Waples. 1997. *Status review of sockeye salmon from Washington and Oregon*. National Marine Fisheries Service, Seattle, Washington. NOAA Tech Memo NMFS-NWFSC-33. 282 p.

Gustafson, R. G., and G. A. Winans. 1999. Distribution and population genetic structure of river- and sea-type sockeye salmon in western North America. *Ecol. Freshw. Fish.* 8:181–193.

Gutowsky, L. F. G., P. M. Harrison, E. G. Martins, A. Leake, D. A. Patterson, M. Power, and S. J. Cooke. 2013. Diel vertical migration hypotheses explain size-dependent behaviour in a freshwater piscivore. *Anim. Behav.* 86:365–373.

Gyllensten, U. 1985. The genetic structure of fish: Differences in the intraspecific distribution of biochemical genetic variation between marine, anadromous, and freshwater species. *J. Fish Biol.* 26:691–699.

Haas, G. R., and J. D. McPhail. 1991. Systematics and distributions of Dolly Varden (*Salvelinus malma*) and bull trout (*Salvelinus confluentus*) in North America. *Can. J. Fish. Aquat. Sci.* 48:2191–2211.

Halffman, C. M., B. A. Potter, H. J. McKinney, B. F. Finney, A. T. Rodregues, D. Y. Yang, and B. M. Kemp. 2015. Early human use of anadromous salmon in North America at 11,500 y ago. *Proc. Nat. Acad. Sci.* 112:12344–12348.

Hall, J., P. Roni, T. Bennett, J. McMillan, K. Hanson, R. Moses, M. McHenry, G. Pess, and W. Ehinger. 2016. Life history diversity of steelhead in two coastal Washington watersheds. *Trans. Am. Fish. Soc.* 145:990–1005.

Halliburton, R., R. E. Pipkin, and G. A. E. Gall. 1983. Reproductive success of artificially hybridized golden trout (*Salmo aguabonita*) and rainbow trout (*Salmo gairdneri*). *Can. J. Fish. Aquat. Sci.* 40:1264–1269.

Hallock, R. J., and D. H. Fry Jr. 1967. Five species of salmon, *Oncorhynchus*, in the Sacramento River, California. *Cal. Fish Game* 53:5–22.

Hamilton, J. B., D. W. Rondorf, W. R. Tinniswood, R. J. Leary, T. Mayer, C. Gavette, and L. A. Casal. 2016. The persistence and characteristics of Chinook salmon migrations to the upper Klamath river prior to exclusion by dams. *Oregon Hist. Quart.* 117:326–377

Hankin, D. G., J. W. Nicholas, and T. W. Downey. 1993. Evidence for inheritance of age of maturity in chinook salmon (*Oncorhynchus tshawytscha*). *Can. J. Fish. Aquat. Sci.* 50:347–358.

Harache, Y. 1992. Pacific salmon in Atlantic waters. *ICES Mar. Sci. Symp.* 194:31–55.

Hard, J. J. 1995. A quantitative genetic perspective on the conservation of intraspecific diversity. *Am. Fish. Soc. Symp.* 17:304–326.

Hard, J. J., and W. R. Heard. 1999. Analysis of straying variation in Alaskan hatchery chinook salmon (*Oncorhynchus tshawytscha*) following transplantation. *Can. J. Fish. Aquat. Sci.* 56:578–589.

Hard, J. J., R. G. Kope, W. S. Grant, F. W. Waknitz, L. T. Parker, and R. S. Waples. 1996. *Status review of pink salmon from Washington, Oregon, and California*. National Marine Fisheries Service, NOAA Tech. Memo. NMFS-NWFSC-25. Seattle. 131 p.

Hard, J. J., A. C. Wertheimer, W. R. Heard, and R. M. Martin. 1985. Early male maturity in two stocks of chinook salmon (*Oncorhynchus tshawytscha*) transplanted to an experimental hatchery in southeastern Alaska. *Aquaculture* 48:351–359.

Hard, J. J., A. C. Wertheimer, and W. F. Johnson. 1989. Geographic variation in the occurrence of red- and white-fleshed chinook salmon (*Oncorhynchus tshawytscha*) in western North America. *Can. J. Fish. Aquat. Sci.* 46:1107–1113.

Harden Jones, F. R. 1968. *Fish migration*. Arnold, London.

Hare, S. R., N. J. Mantua, and R. C. Francis. 1999. Inverse production regimes: Alaska and west coast Pacific salmon. *Fisheries* 24(1):6–14.

Hargreaves, N. B., and R. J. LeBrasseur. 1986. Size selectivity of coho (*Oncorhynchus kisutch*) preying on juvenile chum salmon (*O. keta*). *Can. J. Fish. Aquat. Sci.* 43:581–586.

Harnish, R. A., G. E. Johnson, G. A. McMichael, M. S. Hughes, and B. D. Ebberts. 2012. Effect of migration pathway on travel time and survival of acoustic-tagged juvenile salmonids in the Columbia River estuary. *Trans. Am. Fish. Soc.* 141:507–519.

Harris, C. K. 1987. Catches of North American sockeye salmon (*Oncorhynchus nerka*) by the Japanese high seas salmon fisheries, 1972–84. *Can. Spec. Publ. Fish. Aquat. Sci.* 96:458–479.

Hart, J. L. 1973. Pacific fishes of Canada. *Fish. Res. Board Can. Bull.* 180:1–740.

Hart, L. M., M. H. Bond, S. L. May-McNally, J. A. Miller, and T. P. Quinn. 2015. Use of otolith microchemistry and stable isotopes to investigate the ecology and anadromous migrations of Northern Dolly Varden from the Egegik River, Bristol Bay, Alaska. *Env. Biol. Fish.* 98:1633–1643.

Hartman, G. F., B. C. Anderson, and J. C. Scrivener. 1982. Seaward migration of coho salmon (*Oncorhynchus kisutch*) fry in Carnation Creek, an unstable coastal stream in British Columbia. *Can. J. Fish. Aquat. Sci.* 39:588–597.

Hartman, G. F., C. Groot, and T. G. Northcote. 2000. Science and management in sustainable salmonid fisheries: The ball is not in our court. Pages 31–50 *in* E. E. Knudsen, C. R. Steward, D. D. MacDonald, J. E. Williams, and D. W. Reiser, editors. *Sustainable fisheries management: Pacific salmon.* Lewis Publishers, Boca Raton, Florida.

Hartman, G. F., T. G. Northcote, and C. C. Lindsey. 1962. Comparison of inlet and outlet spawning runs of rainbow trout in Loon Lake, British Columbia. *J. Fish. Res. Board Can.* 19:173–200.

Hartman, G., J. C. Scrivener, L. B. Holtby, and L. Powell. 1987. Some effects of different streamside treatments on physical conditions and fish population processes in Carnation Creek, a coastal rain forest stream in British Columbia. Pages 330–372 *in* E. O. Salo and T. W. Cundy, editors. *Streamside management: Forestry and fishery interactions.* Institute of Forest Resources, Institute of Forest Resources, University of Washington, Seattle.

Hartman, W. L., W. R. Heard, and B. Drucker. 1967. Migratory behavior of sockeye salmon fry and smolts. *J. Fish. Res. Board Can.* 24:2069–2099.

Hartman, W. L., C. W. Strickland, and D. T. Hoopes. 1962. Survival and behavior of sockeye salmon fry migrating into Brooks Lake, Alaska. *Trans. Am. Fish. Soc.* 91:133–139.

Hartt, A. C., and M. B. Dell. 1986. Early oceanic migrations and growth of juvenile Pacific salmon and steelhead trout. *Int. N. Pac. Fish. Comm. Bull.* 46:1–105.

Hasler, A. D. 1966. *Underwater guideposts: Homing in salmon.* University of Wisconsin Press, Madison.

Hasler, A. D., and A. T. Scholz. 1983. *Olfactory imprinting and homing in salmon.* Springer-Verlag, Berlin, New York.

Hasler, A. D., and W. J. Wisby. 1951. Discrimination of stream odors by fishes and its relation to parent stream behavior. *Am. Nat.* 85:223–238.

Haw, F., H. O. Wendler, and G. Deschamps. 1967. Development of Washington State salmon sport fishery through 1964. *Washington Dept. Fisheries, Res. Bull.* 7.

Hawke, S. P. 1978. Stranded redds of quinnat salmon in the Mathias River, South Island, New Zealand. *N. Z. J. Mar. Freshw. Res.* 12:167–171.

Hayes, J. W., and I. G. Jowett. 1994. Microhabitat models of large drift-feeding brown trout in three New Zealand rivers. *N. Am. J. Fish. Mgmt.* 14:710–725.

Hayes, M. C., S. P. Rubin, R. R. Reisenbichler, F. A. Goetz, E. Jeanes, and A. McBride. 2011. Marine habitat use by anadromous bull trout from the Skagit River, Washington. *Mar. Coast. Fish.* 3:394–410.

Healey, M. C. 1979. Detritus and juvenile salmon production in the Nanaimo estuary: I. Production and feeding rates of juvenile chum salmon (*Oncorhynchus keta*). *J. Fish. Res. Board Can.* 36:488–496.

———. 1980. Utilization of the Nanaimo River estuary by juvenile chinook salmon, *Oncorhynchus tshawytscha*. *Fish. Bull.* 77:653–668.

———. 1982a. Juvenile Pacific salmon in estuaries: The life support system. Pages 315–341 *in* V. S. Kennedy, editor. *Estuarine comparisons.* Academic Press, New York.

———. 1982b. Timing and relative intensity of size-selective mortality of juvenile chum salmon (*Oncorhynchus keta*) during early sea life. *Can. J. Fish. Aquat. Sci.* 39:952–957.

———. 1983. Coastwide distribution and ocean migration patterns of stream- and ocean-type chinook salmon, *Oncorhynchus tshawytscha*. *Can. Field-Nat.* 97:427–433.

———. 1986. Optimum size and age at maturity in Pacific salmon and effects of size-selective fisheries. *Can. Spec. Publ. Fish. Aquat. Sci.* 89:39–52.

———. 1991a. Life history of chinook salmon (*Oncorhynchus tshawytscha*). Pages 311–393 *in* C. Groot and L. Margolis, editors. *Pacific salmon life histories*. University of British Columbia Press, Vancouver.

———. 1991b. Diets and feeding rates of juvenile pink, chum, and sockeye salmon in Hecate Strait, British Columbia. *Trans. Am. Fish. Soc.* 120:303–318.

———. 2001. Patterns of gametic investment by female stream- and ocean-type chinook salmon. *J. Fish Biol.* 58:1545–1556.

Healey, M. C., and C. Groot. 1987. Marine migration and orientation of ocean-type chinook and sockeye salmon. *Am. Fish. Soc. Symp.* 1:298–312.

Healey, M. C., M. A. Henderson, and I. Burgetz. 2000. Precocial maturation of male sockeye salmon in the Fraser River, British Columbia, and its relationship to growth and year-class strength. *Can. J. Fish. Aquat. Sci.* 57:2248–2257.

Healey, M., P. Kline, and C.-F. Tsai. 2001. Saving the endangered Formosa landlocked salmon. *Fisheries* 26(4):6–14.

Healey, M. C., and A. Prince. 1998. Alternative tactics in the breeding behaviour of male coho salmon. *Behaviour* 135:1099–1124.

Healy, B. D., and D. G. Lonzarich. 2000. Microhabitat use and behavior of overwintering juvenile coho salmon in a Lake Superior tributary. *Trans. Am. Fish. Soc.* 129:866–872.

Heard, W. R. 1964. Phototactic behavior of emerging sockeye salmon fry. *Anim. Behav.* 12:382–388.

———. 1978. Probable case of streambed overseeding—1967 pink salmon, *Oncorhynchus gorbuscha*, spawners and survival of their progeny in Sashin Creek, southeastern Alaska. *Fish. Bull.* 76:569–582.

———. 1991. Life history of pink salmon (*Oncorhynchus gorbuscha*). Pages 119–230 *in* C. Groot and L. Margolis, editors. *Pacific salmon life histories*. University of British Columbia Press, Vancouver.

Heath, D. D., R. H. Devlin, J. W. Heath, and G. K. Iwama. 1994. Genetic, environmental, and interaction effects on the incidence of jacking in *Oncorhynchus tshawytscha* (chinook salmon). *Heredity* 72:146–154.

Heath, D. D., C. W. Fox, and J. W. Heath. 1999. Maternal effects on offspring size: Variation through early development of chinook salmon. *Evolution* 53:1605–1611.

Helfield, J. M. 2001. Interactions of salmon, bear, and riparian vegetation in Alaska. PhD dissertation, University of Washington, Seattle.

Helfield, J. M., and R. J. Naiman. 2001. Effects of salmon-derived nitrogen on riparian forest growth and implications for stream habitat. *Ecology* 82:2403–2409.

Helle, J. H. 1989. Relation between size-at-maturity and survival of progeny in chum salmon, *Oncorhynchus keta* (Walbaum). *J. Fish Biol.* 35(Suppl. A):99–107.

Heming, T. A. 1982. Effects of temperature on utilization of yolk by chinook salmon (*Oncorhynchus tshawytscha*) eggs and alevins. *Can. J. Fish. Aquat. Sci.* 39:184–190.

Hemmingsen, A. R., R. A. Holt, R. D. Ewing, and J. D. McIntyre. 1986. Susceptibility of progeny from crosses among three stocks of coho salmon to infection by *Ceratomyxa shasta*. *Trans. Am. Fish. Soc.* 115:492–495.

Henderson, M. A., and A. J. Cass. 1991. Effect of smolt size on smolt-to-adult survival for Chilko Lake sockeye salmon (*Oncorhynchus nerka*). *Can. J. Fish. Aquat. Sci.* 48:988–994.

Henderson, M. A., and T. G. Northcote. 1985. Visual prey detection and foraging in sympatric cutthroat trout (*Salmo clarki clarki*) and Dolly Varden (*Salvelinus malma*). *Can. J. Fish. Aquat. Sci.* 42:785–790.

———. 1988. Retinal structures of sympatric and allopatric populations of cutthroat trout (*Salmo clarki clarki*) and Dolly Varden char (*Salvelinus malma*) in relation to their spatial distribution. *Can. J. Fish. Aquat. Sci.* 45:1321–1326.

Henderson, R., J. L. Kershner, and C. A. Toline. 2000. Timing and location of spawning by nonnative wild rainbow trout and native cutthroat trout in the South Fork Snake River, Idaho, with implications for hybridization. *N. Am. J. Fish. Mgmt.* 20:584–596.

Hendry, A. P., V. Castric, M. T. Kinnison, and T. P. Quinn. 2004. The evolution of philopatry and dispersal: Homing versus straying in salmonids. Pages 52–91 *in* A. P. Hendry and S. Stearns, editors. *Evolution illuminated: Salmon and their relatives.* Oxford University Press, Oxford.

Hendry, A. P., and O. K. Berg. 1999. Secondary sexual characters, energy use, senescence, and the cost of reproduction in sockeye salmon. *Can. J. Zool.* 77:1663–1675.

Hendry, A. P., O. K. Berg, and T. P. Quinn. 1999. Condition dependence and adaptation-by-time: Breeding date, life history, and energy allocation within a population of salmon. *Oikos* 85:499–514.

Hendry, A. P., J. K. Wenburg, P. Bentzen, E. C. Volk, and T. P. Quinn. 2000. Rapid evolution of reproductive isolation in the wild: Evidence from introduced salmon. *Science* 290:516–518.

Henkel, A. J., S. R. Garner, and B. D. Neff. 2011. Effects of paternal reproductive tactic on juvenile behaviour and kin recognition in Chinook salmon (*Oncorhynchus tshawytscha*). *Ethology* 117:451–458.

Hennick, D. P., L. B. Edfelt, and M. F. Eaton. 1968. Use of a lacustrine environment by pink and chum salmon. *Prog. Fish-Cult.* 30:236–238.

Hering, D. K., D. L. Bottom, E. F. Prentice, K. K. Jones, and I. A. Fleming. 2010. Tidal movements and residency of subyearling Chinook salmon (*Oncorhynchus tshawytscha*) in an Oregon salt marsh channel. *Can. J. Fish. Aquat. Sci.* 67:524–533.

Hertz, E., M. Trudel, R. D. Brodeur, E. A. Daly, L. Eisner, E. V. Farley Jr., J. A. Harding et al. 2015. Continental-scale variability in the feeding ecology of juvenile Chinook salmon along the coastal northeast Pacific Ocean. *Mar. Ecol. Prog. Ser.* 537:247–263.

Hess, J. E., J. S. Zendt, A. R. Matala, and S. R. Narum. 2016. Genetic basis of adult migration timing in anadromous steelhead discovered through multivariate association testing. *Proc. Royal Soc. Lond.* B 283. 20153064.

Hicks, B. J., and J. D. Hall. 2003. Rock type and channel gradient structure salmonid populations in the Oregon Coast Range. *Trans. Am. Fish. Soc.* 132:468–482.

Higgs, D. A., J. S. Macdonald, C. D. Levings, and B. S. Dosanjh. 1995. Nutrition and feeding habits in relation to life history stage. Pages 159–315 *in* C. Groot, L. Margolis, and W. C. Clarke, editors. *Physiological ecology of Pacific salmon.* University of British Columbia Press, Vancouver.

Hilborn, R., T. P. Quinn, D. E. Schindler, and D. E. Rogers. 2003. Biocomplexity and fisheries sustainability. *Proc. Nat. Acad. Sci.* 100:6564–6568.

Hilderbrand, G. V., S. D. Farley, C. T. Robbins, T. A. Hanley, K. Titus, and C. Servheen. 1996. Use of stable isotopes to determine diets of living and extinct bears. *Can. J. Zool.* 74:2080–2088.

Hilderbrand, G. V., T. A. Hanley, C. T. Robbins, and C. C. Schwartz. 1999. Role of brown bears (*Ursus arctos*) in the flow of marine nitrogen into a terrestrial ecosystem. *Oecologia.* 121:546–550.

Hilderbrand, G. V., S. G. Jenkins, C. C. Schwartz, T. A. Hanley, and C. T. Robbins. 1999. Effect of seasonal differences in dietary meat intake on changes in body mass and composition in wild and captive brown bears. *Can. J. Zool.* 77:1623–1630.

Hilderbrand, G. V., C. C. Schwartz, C. T. Robbins, and T. A. Hanley. 2000. Effect of hibernation and reproductive status on body mass and condition of coastal brown bears. *J. Wildl. Mgmt.* 64:178–183.

Hilderbrand, G. V., C. C. Schwartz, C. T. Robbins, M. E. Jacoby, T. A. Hanley, S. M. Arthur, and C. Servheen. 1999. The importance of meat, particularly salmon, to body size, population productivity, and conservation of North American brown bears. *Can. J. Zool.* 77:132–138.

Hilderbrand, S. G. 1971. The effect of coho spawning on the benthic invertebrates of the Platte River, Benzie County, Michigan. *Trans. Am. Fish. Soc.* 100:61–68.

Hinch, S. G., S. J. Cooke, A. P. Farrell, K. M. Miller, M. Lapointe, and D. A. Patterson. 2012. Dead fish swimming: A review of research on the early migration and high premature mortality in adult Fraser River sockeye salmon *Oncorhynchus nerka*. *J. Fish Biol.* 81:576–599.

Hinch, S. G., R. E. Diewert, T. J. Lissmore, A. M. J. Prince, M. C. Healey, and M. A. Henderson. 1996. Use of electromyogram telemetry to assess difficult passage areas for river-migrating adult sockeye salmon. *Trans. Am. Fish. Soc.* 125:253–260.

Hinch, S. G., and P. S. Rand. 1998. Swim speeds and energy use of upriver-migrating sockeye salmon (*Oncorhynchus nerka*): Role of local environment and fish characteristics. *Can. J. Fish. Aquat. Sci.* 55:1821–1831.

Hinch, S. G., E. M. Standen, M. C. Healey, and A. P. Farrell. 2002. Swimming patterns and behaviour of upriver-migrating adult pink (*Oncorhynchus gorbuscha*) and sockeye (*O. nerka*) salmon as assessed by EMG telemetry in the Fraser River British Columbia, Canada. *Hydrobiologia* 483:147–160.

Hindar, K., and B. Jonsson. 1982. Habitat and food segregation of dwarf and normal Arctic charr *Salvelinus alpinus* (L.) from Vangsvatnet Lake, western Norway. *Can. J. Fish. Aquat. Sci.* 39:1030–1045.

———. 1993. Ecological polymorphism in Arctic charr. *Biol. J. Linn. Soc.* 48:63–74.

Hindar, K., B. Jonsson, J. H. Andrew, and T. G. Northcote. 1988. Resource utilization of sympatric and experimentally allopatric cutthroat trout and Dolly Varden charr. *Oecologia* 74:481–491.

Hiramatsu, K., and Y. Ishida. 1989. Random movement and orientation in pink salmon (*Oncorhynchus gorbuscha*) migrations. *Can. J. Fish. Aquat. Sci.* 46:1062–1066.

Hiscock, M. J., and J. A. Brown. 2000. Kin discrimination in juvenile brook trout (*Salvelinus fontinalis*) and the effect of odour concentration on kin preferences. *Can. J. Zool.* 78:278–282.

Hoar, W. S. 1958. The evolution of migratory behavior among juvenile salmon of the genus *Oncorhynchus*. *J. Fish. Res. Board Can.* 15:391–428.

———. 1976. Smolt transformation: Evolution, behavior, and physiology. *J. Fish. Res. Board Can.* 33:1233–1252.

Hodge, B. W., M. A. Wilzbach, and W. G. Duffy. 2014. Potential fitness benefits of the half-pounder life history in Klamath River steelhead. *Trans. Am. Fish. Soc.* 143:864–875.

Hodge, B. W., M. A. Wilzbach, W. G. Duffy, R. M. Quiñones, and J. A. Hobbs. 2016. Life history diversity in Klamath River steelhead. *Trans. Am. Fish. Soc.* 145:227–238.

Hodgson, S., and T. P. Quinn. 2002. The timing of adult sockeye salmon migration into fresh water: Adaptations by populations to prevailing thermal regimes. *Can. J. Zool.* 80:542–555.

Hodgson, S., T. P. Quinn, R. Hilborn, R. C. Francis, and D. E. Rogers. 2006. Marine and freshwater climatic factors affecting interannual variation in the timing of return migration to fresh water of sockeye salmon (*Oncorhynchus nerka*). *Fish. Oceanogr.* 15:1–24.

Holbrook, B. V., T. R. Hrabik, D. K. Branstrator, and A. F. Mensinger. 2013. Foraging mechanisms of age-0 lake trout (*Salvelinus namaycush*). *J. Great Lakes Res.* 39:128–137.

Holtby, L. B. 1988. Effects of logging on stream temperatures in Carnation Creek, British Columbia, and associated impacts on the coho salmon (*Oncorhynchus kisutch*). *Can. J. Fish. Aquat. Sci.* 45:502–515.

Holtby, L. B., B. C. Anderson, and R. K. Kadowaki. 1990. Importance of smolt size and early ocean growth to interannual variability in marine survival of coho salmon (*Oncorhynchus kisutch*). *Can. J. Fish. Aquat. Sci.* 47:2181–2194.

Holtby, L. B., and M. C. Healey. 1986. Selection for adult size in female coho salmon (*Oncorhynchus kisutch*). *Can. J. Fish. Aquat. Sci.* 43:1946–1959.

———. 1990. Sex-specific life history tactics and risk-taking in coho salmon. *Ecology* 71:678–690.

Holtby, L. B., R. Kadowaki, and K. S. Simpson. 1992. Factors affecting the vulnerability of juvenile coho (*Oncorhynchus kisutch*) and chinook salmon (*O. tshawytscha*) in a saltwater sport fishery. *Can. J. Fish. Aquat. Sci.* 49:2164–2178.

Holtby, L. B., T. E. McMahon, and J. C. Scrivener. 1989. Stream temperatures and inter-annual variability in the emigration timing of coho salmon (*Oncorhynchus kisutch*) smolts and fry and chum salmon (*O. keta*) fry from Carnation Creek, British Columbia. *Can. J. Fish. Aquat. Sci.* 46:1396–1405.

Holtgrieve, G. W., D. E. Schindler, and P. K. Jewett. 2009. Large predators and biogeochemical hotspots: Brown bear (*Ursus arctos*) predation on salmon alters nitrogen cycling in riparian soils. *Ecol. Res.* 24:1125–1135.

Honda, H. 1982. On the female pheromones and courtship behaviour in the salmonids, *Oncorhynchus masou* and *O. rhodurus*. *Bull. Japanese Soc. Sci. Fish.* 48(1):47–49.

Hughes, M. R., J. A. Dodd, P. S. Maitland, and C. E. Adams. 2016. Lake bathymetry and species occurrence predict the distribution of a lacustrine apex predator. *J. Fish Biol.* 88:1648–1654.

Hughes, N. F. 2004. The wave-drag hypothesis: An explanation for size-biased lateral segregation during the upstream migration of salmonids. *Can. J. Fish. Aquat. Sci.* 61:103–109.

Hughes, N. F., and L. M. Dill. 1990. Position choice by drift-feeding salmonids: Model and test for Arctic grayling (*Thymallus arcticus*) in subarctic mountain streams, interior Alaska. *Can. J. Fish. Aquat. Sci.* 47:2039–2048.

Hughes, N. F., J. W. Hayes, K. A. Shearer, and R. G. Young. 2003. Testing a model of drift-feeding using three-dimensional videography of wild brown trout, *Salmo trutta*, in a New Zealand river. *Can. J. Fish. Aquat. Sci.* 60:1462–1476.

Hume, J. M. B., and E. A. Parkinson. 1988. Effects of size at and time of release on the survival and growth of steelhead fry in stocked streams. *N. Am. J. Fish. Mgmt.* 8:50–57.

Humpesch, U. H. 1985. Inter- and intra-specific variation in hatching success and embryonic development of five species of salmonids and *Thymallus thymallus*. *Arch. Hydrobiol.* 104:129–144.

Hunt, S. L., T. J. Mulligan, and K. Komori. 1999. Oceanic feeding habits of chinook salmon, *Oncorhynchus tshawytscha*, off northern California. *Fish. Bull.* 97:717–721.

Hunt, W. G., B. S. Johnson, and R. E. Jackman. 1992. Carrying capacity for bald eagles wintering along a northwestern river. *J. Raptor Res.* 26:49–60.

Hunter, J. G. 1959. Survival and production of pink and chum salmon in a coastal stream. *J. Fish. Res. Board Can.* 16:835–885.

Huntsman, A. G. 1942. Return of a marked salmon from a distant place. *Science* 95:381–382.

Hurst, T. P. 2007. Causes and consequences of winter mortality in fishes. *J. Fish Biol.* 71:315–345.

Hutchings, J. A. 1994. Age- and size-specific costs of reproduction within populations of brook trout, *Salvelinus fontinalis*. *Oikos* 70:12–20.

———. 2014. Unintentional selection, unanticipated insights: Introductions, stocking, and the evolutionary ecology of fishes. *J. Fish Biol.* 85:1907–1926.

Hutchinson, I. 1988. Estuarine marsh dynamics in the Puget Trough—implications for habitat management. Pages 455–462 *in Proceedings of the first annual meeting on Puget Sound research*. Puget Sound Water Quality Authority, Seattle, Washington.

Hyatt, K. D., D. J. McQueen, K. S. Shortreed, and D. P. Rankin. 2004. Sockeye salmon (*Oncorhynchus nerka*) nursery lake fertilization: Review and summary of results. *Env. Revs.* 12:133–162.

Hyatt, K. D., C. Ramcharan, D. J. McQueen, and K. L. Cooper. 2005. Trophic triangles and competition among vertebrate (*Oncorhynchus nerka, Gasterosteus aculeatus*) and macroinvertebrate (*Neomysis mercedis*) planktivores in Muriel Lake, British Columbia, Canada. *Écoscience* 12:11–26.

Hyatt, K. D., and B. E. Riddell. 2000. The importance of "stock" conservation definitions to the concept of sustainable fisheries. Pages 51–62 *in* E. E. Knudsen, C. R. Steward, D. D. MacDonald, J. E. Williams, and D. W. Reiser, editors. *Sustainable fisheries management: Pacific salmon*. Lewis Publishers, Boca Raton, Florida.

Idler, D. R., and W. A. Clemens. 1959. The energy expenditures of Fraser River sockeye salmon during the spawning migration to Stuart and Chilko lakes. *Int. Pac. Salmon Fish. Comm. Prog. Rept.* 6. New Westminster, British Columbia. 80 p.

Ingram, B. L., and P. K. Weber. 1999. Salmon origin in California's Sacramento–San Joaquin river system as determined by otolith strontium isotopic composition. *Geology* 27:851–854.

Irvine, J. R., and B. R. Ward. 1989. Patterns of timing and size of wild coho salmon (*Oncorhynchus kisutch*) smolts migrating from the Keogh River Watershed on northern Vancouver Island. *Can. J. Fish. Aquat. Sci.* 46:1086–1094.

Isaak, D. J., and R. F. Thurow. 2006. Network-scale spatial and temporal variation in Chinook salmon (*Oncorhynchus tshawytscha*) redd distributions: Patterns inferred from spatially continuous replicate surveys. *Can. J. Fish. Aquat. Sci.* 63:285–296.

Ishida, Y., S. Ito, M. Kaeriyama, S. McKinnell, and K. Nagasawa. 1993. Recent changes in age and size of chum salmon (*Oncorhynchus keta*) in the north Pacific Ocean and possible causes. *Can. J. Fish. Aquat. Sci.* 50:290–295.

Ivankov, V. N., Y. A. Mitrofanov, and V. P. Bushuyev. 1975. An instance of the pink salmon (*Oncorhynchus gorbuscha*) reaching maturity at an age of less than 1 year. *J. Ichthyol.* 15:497–499.

Ivankov, V. N., S. N. Padetskiy, and V. S. Chikina. 1977. On the postspawning neotenic males of the masu, *Oncorhynchus masu*. *J. Ichthyol.* 15:673–678.

Iwamoto, E. M., J. M. Myers, and R. G. Gustafson. 2012. Resurrecting an extinct salmon evolutionarily significant unit: Archived scales, historical DNA, and implications for restoration. *Molec. Ecol.* 21:1567–1582.

Iwamoto, R. N., B. A. Alexander, and W. K. Hershberger. 1984. Genotypic and environmental effects on the incidence of sexual precocity in coho salmon (*Oncorhynchus kisutch*). *Aquaculture* 43:105–121.

Iwata, M., and S. Komatsu. 1984. Importance of estuarine residence for adaptation of chum salmon (*Oncorhynchus keta*) fry to seawater. *Can. J. Fish. Aquat. Sci.* 41:744–749.

Jacobson, K. C., M. R. Arkoosh, A. N. Kagley, E. R. Clemons, T. K. Collier, and E. Casillas. 2003. Cumulative effects of natural and anthropogenic stress on immune function and disease resistance in juvenile Chinook salmon. *J. Aquat. Anim. Health* 15:1–12.

Jacobson, K. C., D. Teel, D. M. Van Doornik, and E. Casillas. 2008. Parasite-associated mortality of juvenile Pacific salmon caused by the trematode *Nanophyetus salmincola* during early marine residence. *Mar. Ecol. Prog. Ser.* 354:235–244.

Jaecks, T., and T. P. Quinn. 2014. Ontogenetic shift to dependence on salmon-derived nutrients in Dolly Varden char from the Iliamna River, Alaska. *Env. Biol. Fish.* 97:1323–1333.

Jaenicke, H. W., and A. G. Celewycz. 1994. Marine distribution and size of juvenile Pacific salmon in Southeast Alaska and northern British Columbia. *Fish. Bull.* 92:79–90.

Jaenicke, H. W., A. G. Celewycz, J. E. Baily, and J. A. Orsi. 1984. Paired open beach seines to study estuarine migrations of juvenile salmon. *Mar. Fish. Rev.* 46(3):62–67.

Japan Meteorological Agency. 2015. *Climate change monitoring report—2014*. Japan Meteorological Agency, Tokyo. 71 p.

Jefferts, K. B., P. K. Bergman, and H. F. Fiscus. 1963. A coded wire identification system for macro-organisms. *Nature* 198:460–462.

Jeffrey, K. M., I. M. Côté, J. R. Irvine, and J. D. Reynolds. 2017. Changes in body size of Canadian Pacific salmon over six decades. *Can. J. Fish. Aquat. Sci.* 74:191–201.

Jenkins, T. M. J. 1969. Social structure, position choice, and microdistribution of two trout species (*Salmo trutta* and *Salmo gairdneri*) resident in mountain streams. *Anim. Behav. Monogr.* 2:56–123.

Jennings, M. J., J. E. Claussen, and D. P. Philipp. 1996. Evidence for heritable preferences for spawning habitat between two walleye populations. *Trans. Am. Fish. Soc.* 125:978–982.

Jensen, D. W., E. A. Steel, A. H. Fullerton, and G. R. Pess. 2009. Impact of fine sediment on egg-to-fry survival of Pacific salmon: A meta-analysis of published studies. *Rev. Fish. Sci.* 17:348–359.

Jensen, H. M. 1956a. Migratory habits of pink salmon found in the Tacoma Narrows area of Puget Sound. *Fish. Res. Papers, Wash. Dept. Fish.* 1(4):21–24.

———. 1956b. Recoveries of immature chum salmon tagged in southern Puget Sound. *Fish. Res. Papers, Wash. Dept. Fish.* 1(4):32.

Johnsen, P. B. 1982. A behavioral control model for homestream selection in migratory salmonids. Pages 266–273 *in* E. L. Brannon and E. O. Salo, editors. *Salmon and trout migratory behavior symposium.* School of Fisheries, University of Washington, Seattle.

Johnsen, P. B., and A. D. Hasler. 1980. The use of chemical cues in the upstream migration of coho salmon, *Oncorhynchus kisutch* Walbaum. *J. Fish Biol.* 17:67–73.

Johnsen, R. C. 1964. Direction of movement of salmon in the North Pacific Ocean and Bering Sea as indicated by surface gillnet catches, 1959–1960. *Int. N. Pac. Fish. Comm. Bull.* 14:33–48.

Johnson, J., T. Johnson, and T. Copeland. 2012. Defining life histories of precocious male parr, minijack, and jack Chinook salmon using scale patterns. *Trans. Am. Fish. Soc.* 141:1545–1556.

Johnson, J. E., S. P. DeWitt, and D. J. A. Gonder. 2010. Mass-marking reveals emerging self regulation of the Chinook salmon population in Lake Huron. *N. Am. J. Fish. Mgmt.* 30:518–529.

Johnson, J. H. 1960. Sonic tracking of adult salmon at Bonneville Dam, 1957. *Fish. Bull.* 60:471–485.

Johnson, L. 1980. The arctic charr, *Salvelinus alpinus*. Pages 15–98 *in* E. K. Balon, editor. *Charrs: Salmonid fishes of the genus* Salvelinus. Dr. W. Junk, Publishers, The Hague.

Johnson, L., B. Anulacion, M. Arkoosh, O. P. Olson, C. Sloan, S. Y. Sol, J. Spromberg, D. J. Teel, G. Yanagida, and G. Ylitalo. 2013. Persistent organic pollutants in juvenile Chinook Salmon in the Columbia River basin: Implications for stock recovery. *Trans. Am. Fish. Soc.* 142:21–40.

Johnson, L. L., G. M. Ylitalo, M. R. Arkoosh, A. N. Kagley, C. Stafford, J. L. Bolton, J. Buzitis, B. F. Anulacion, and T. K. Collier. 2007. Contaminant exposure in outmigrant juvenile salmon from Pacific Northwest estuaries of the United States. *Env. Monit. Assess.* 124:167–194.

Johnson, O. W., W. S. Grant, R. G. Kope, K. Neely, F. W. Waknitz, and R. S. Waples. 1997. *Status review of chum salmon from Washington, Oregon, and California.* National Marine Fisheries Service, NOAA Tech. Memo. NMFS-NWFSC-32. Seattle. 280 p.

Johnson, O. W., M. H. Ruckelshaus, W. S. Grant, F. W. Waknitz, A. M. Garrett, G. J. Bryant, K. Neely, and J. J. Hard. 1999. *Status review of coastal cutthroat from Washington, Oregon, and California.* National Marine Fisheries Service, NOAA Tech. Memo. NMFS-NWFSC-37. Seattle. 292 p.

Johnson, S. C., G. A. Chapman., and D. G. Stevens. 1989. Relationships between temperature units and sensitivity to handling for coho salmon and rainbow trout embryos. *Prog. Fish-Cult.* 51:61–68.

Johnson, S. L. 1988. The effects of the 1983 El Niño on Oregon's coho (*Oncorhynchus kisutch*) and chinook (*O. tshawytscha*) salmon. *Fish. Res.* 6:105–123.

Johnson, S. P., and D. E. Schindler. 2009. Trophic ecology of Pacific salmon (*Oncorhynchus* spp.) in the ocean: A synthesis of stable isotope research. *Ecol. Res.* 24:855–863.

Johnson, S. W., J. F. Thedinga, and K. V. Koski. 1992. Life history of juvenile ocean-type chinook salmon (*Oncorhynchus tshawytscha*) in the Situk River, Alaska. *Can. J. Fish. Aquat. Sci.* 49:2621–2629.

Johnston, G. 2002. *Arctic charr aquaculture.* Fishing News Books, Oxford.

Johnston, J. M. 1982. Life histories of anadromous cutthroat with emphasis on migratory behavior. Pages 123–127 *in* E. L. Brannon and E. O. Salo, editors. *Salmon and trout migratory behavior symposium.* University of Washington School of Fisheries, Seattle.

Johnston, S. V., and J. S. Hopelain. 1990. The application of dual-beam target tracking and Doppler-shifted echo processing to assess upstream salmonid migration in the Klamath River, California. *Rapp. P.- v. Réun. Cons. int. Explor. Mer.* 189:210–222.

Jones, D. E. 1972. A study of steelhead-cutthroat trout in Alaska. Pages 91–108 *in* Alaska Department of Fish Game, Sport Fish Division, Rept. G-11-1. Juneau.

———. 1973. Steelhead and sea-run cutthroat life history in Southeast Alaska. Alaska Department of Fish Game, Division of Sport Fish, Rept. AFS-42-1. Juneau. 18 p.

Jones, J. A., and G. E. Grant. 1996. Peak flow responses to clear-cutting and roads in small and large basins, western Cascades, Oregon. *Water Res. Res.* 32:959–974.

Jones, K. K., T. J. Cornwell, D. L. Bottom, L. A. Campbell, and S. Stein. 2014. The contribution of estuary-resident life histories to the return of adult *Oncorhynchus kisutch. J. Fish Biol.* 85:52–80.

Jonsson, B., and K. Hindar. 1982. Reproductive strategies of dwarf and normal Arctic charr (*Salvelinus alpinus*) from Vangsvatnet Lake, western Norway. *Can. J. Fish. Aquat. Sci.* 39:1404–1413.

Jonsson, B., and N. Jonsson. 1993. Partial migration: Niche shift versus sexual maturation in fishes. *Rev. Fish Biol. Fish.* 3:348–365.

———. 2001. Polymorphism and speciation in Arctic charr. *J. Fish Biol.* 58:605–638.

———. 2011. *Ecology of Atlantic salmon and brown trout: Habitat as a template for life histories.* Springer, New York.

Jonsson, N., B. Jonsson, J. Skurdal, and L. P. Hansen. 1994. Differential response to water current in offspring of inlet- and outlet-spawning brown trout *Salmo trutta. J. Fish Biol.* 45:356–359.

Juday, C., W. H. Rich, G. I. Kemmerer, and A. Mann. 1932. Limnological studies of Karluk Lake, Alaska 1926–1930. *Bull. U. S. Bureau of Fisheries* 47:407–436.

Kaczynski, V. W., R. J. Fellar, J. Clayton, and R. J. Gerke. 1973. Trophic analysis of juvenile pink and chum salmon (*Oncorhynchus gorbuscha* and *O. keta*) in Puget Sound. *J. Fish. Res. Board Can.* 30:1003–1008.

Kadri, S., J. E. Thorpe, and N. B. Metcalfe. 1997. Anorexia in one-sea-winter Atlantic salmon (*Salmo salar*) during summer, associated with sexual maturation. *Aquaculture* 151:405–409.

Kaeriyama, M. 1998. Dynamics of chum salmon, *Oncorhynchus keta*, populations released from Hokkaido, Japan. *N. Pac. Anad. Fish Comm. Bull.* 1:90–102.

———. 1999. Hatchery programmes and stock management of salmonid populations in Japan. Pages 153–167 *in* B. R. Howell, E. Moksness, and T. Svasand, editors. *Stock enhancement and sea ranching.* Blackwell Science, London.

Kaev, A. M., and L. A. Romasenko. 2003. Some results of studying chum salmon in Ilyushin and Sernovodka rivers on the Kunashir Island (Kuril Islands). *N. Pac. Anad. Fish Comm. Doc.* 670:1–14.

Kahler, T. H., P. Roni, and T. P. Quinn. 2001. Summer movement and growth of juvenile anadromous salmonids in small western Washington streams. *Can. J. Fish. Aquat. Sci.* 58:1947–1956.

Kalish, J. M. 1990. Use of otolith microchemistry to distinguish the progeny of sympatric anadromous and non-anadromous salmonids. *Fish. Bull.* 88:657–666.

Karpenko, V. I. 2003. Review of Russian marine investigations of juvenile Pacific salmon. *N. Pac. Anad. Fish Comm. Bull.* 3:69–88.

Katinić, P. J., D. A. Patterson, and R. C. Ydenberg. 2017. Condition dependence in the marine exit timing of sockeye salmon (*Oncorhynchus nerka*) returning to Copper Creek, Haida Gwaii. *Can. J. Fish. Aquat. Sci.* 74:15–22.

Kato, F. 1991. Life histories of masu and amago salmon (*Oncorhynchus masou* and *Oncorhynchus rhodurus*). Pages 448–520 *in* C. Groot and L. Margolis, editors. *Pacific salmon life histories*. University of British Columbia Press, Vancouver.

Kaya, C. M. 1991. Rheotactic differentiation between fluvial and lacustrine populations of arctic grayling (*Thymallus arcticus*) and implications for the only remaining indigenous population of fluvial "Montana Grayling." *Can. J. Fish. Aquat. Sci.* 48:53–59.

Keefer, M. L., C. T. Boggs, C. A. Peery, and C. C. Caudill. 2008. Overwintering distribution, behavior, and survival of adult summer steelhead: Variability among Columbia River populations. *N. Am. J. Fish. Mgmt.* 28:81–96.

Keefer, M. L., C. C. Caudill, C. A. Peery, and C. T. Boggs. 2008. Non-direct homing behaviours by adult Chinook salmon in a large, multi-stock river system. *J. Fish Biol.* 72:27–44.

Keefer, M. L., C. A. Peery, and C. C. Caudill. 2008. Migration timing of Columbia River spring Chinook salmon: Effects of temperature, river discharge, and ocean environment. *Trans. Am. Fish. Soc.* 137:1120–1133.

Keefer, M. L., R. H. Wertheimer, A. F. Evans, C. T. Boggs, and C. A. Peery. 2008. Iteroparity in Columbia River summer-run steelhead (*Oncorhynchus mykiss*): Implications for conservation. *Can. J. Fish. Aquat. Sci.* 65:2592–2605.

Keeley, E. R. 2001. Demographic responses to food and space competition by juvenile steelhead trout. *Ecology* 82:1247–1259.

Keeley, E. R., and J. W. A. Grant. 1995. Allometric and environmental correlates of territory size in juvenile Atlantic salmon. *Can. J. Fish. Aquat. Sci.* 52:186–196.

———. 2001. Prey size of salmonid fishes in streams, lakes, and oceans. *Can. J. Fish. Aquat. Sci.* 58:1122–1132.

Keenleyside, M. H. A., and H. M. C. Dupuis. 1988a. Comparison of digging behavior by female pink salmon (*Oncorhynchus gorbuscha*) before and after spawning. *Copeia* 1988:1092–1095.

———. 1988b. Courting and spawning competition in pink salmon (*Oncorhynchus gorbuscha*). *Can. J. Zool.* 66:262–265.

Kelso, B. W., T. G. Northcote, and C. F. Wehrhahn. 1981. Genetic and environmental aspects of the response to water current by rainbow trout (*Salmo gairdneri*) originating from inlet and outlet streams of two lakes. *Can. J. Zool.* 59:2177–2185.

Kendall, N. W., U. Dieckmann, M. Heino, A. E. Punt, and T. P. Quinn. 2014. Evolution of age and length at maturation of Alaskan salmon under size-selective harvest. *Evol. Apps.* 7:313–322.

Kendall, N. W., J. J. Hard, and T. P. Quinn. 2009. Quantifying six decades of fishery selection for size and age at maturity in sockeye salmon. *Evol. Apps.* 2:523–536.

Kendall, N. W., J. R. McMillan, M. R. Sloat, T. W. Buehrens, T. P. Quinn, G. R. Pess, K. V. Kuzishchin, M. M. McClure, and R. W. Zabel. 2015. Anadromy and residency in steelhead and rainbow trout *Oncorhynchus mykiss*: A review of the processes and patterns. *Can. J. Fish. Aquat. Sci.* 72:319–342.

Kendall, N. W., and T. P. Quinn. 2009. Effects of population-specific variation in age and length on fishery selection and exploitation rates of sockeye salmon (*Oncorhynchus nerka*). *Can. J. Fish. Aquat. Sci.* 66:896–908.

———. 2013. Size-selective fishing affects sex ratios and the opportunity for sexual selection in Alaskan sockeye salmon *Oncorhynchus nerka*. *Oikos* 122:411–420.

Kerns, O. E., Jr. 1961. Abundance and age of Kvichak River red salmon smolts. *Fish. Bull.* 61:301–319.

Kerns, O. E. J., and J. R. Donaldson. 1968. Behavior and distribution of spawning sockeye salmon on island beaches in Iliamna Lake, Alaska. *J. Fish. Res. Board Can.* 24:485–494.

Kesner, W. D., and R. A. Barnhart. 1972. Characteristics of the fall-run steelhead trout (*Salmo gairdneri gairdneri*) of the Klamath River system with emphasis on the half-pounder. *Cal. Fish Game* 58:204–220.

Kihslinger, R. L., and G. A. Nevitt. 2006. Early rearing environment impacts cerebellar growth in juvenile salmon. *J. Exp. Biol.* 209:504–509.

Killick, S. R. 1955. The chronological order of Fraser River sockeye salmon during migration, spawning, and death. *Int. Pac. Salmon Fish. Comm. Bull.* 7. New Westminster, British Columbia. 95 p.

Kinnison, M. T., T. P. Quinn, and M. J. Unwin. 2011. Correlated contemporary evolution of life history traits in New Zealand Chinook salmon, *Oncorhynchus tshawytscha*. *Heredity* 106:448–459.

Kinnison, M. T., M. J. Unwin, A. P. Hendry, and T. P. Quinn. 2001. Migratory costs and the evolution of egg size and number allocation in new and indigenous salmon populations. *Evolution* 55:1656–1667.

Kinnison, M. T., M. J. Unwin and T. P. Quinn. 2003. Migratory costs and contemporary evolution of reproductive allocation in male chinook salmon. *J. Evol. Biol.* 16:1257–1269.

Kissinger, B. C., N. Gantner, W. G. Anderson, D. M. Gillis, N. M. Halden, L. A. Harwood, and J. D. Reist. 2016. Brackish-water residency and semi-anadromy in Arctic lake trout (*Salvelinus namaycush*) inferred from otolith microchemistry. *J. Great Lakes Res.* 42:267–275.

Kjelson, M. A., P. F. Raquel, and F. W. Fisher. 1982. Life history of fall-run juvenile chinook salmon, *Oncorhynchus tshawytscha*, in the Sacramento–San Joaquin estuary, California. Pages 393–411 *in* V. S. Kennedy, editor. *Estuarine comparisons*. Academic Press, New York.

Klett, K. J. C., C. E. Torgersen, J. A. Henning, and C. J. Murray. 2013. Spatial consistency of Chinook Salmon redd distribution within and among years in the Cowlitz River, Washington. *N. Am. J. Fish. Mgmt.* 33:508–518.

Kline, T. C., Jr., J. J. Goering, O. A. Mathisen, P. H. Poe, and P. L. Parker. 1990. Recycling of elements transported upstream by runs of Pacific salmon: I. $\delta^{15}N$ and $\delta^{13}C$ evidence in Sashin Creek, southeastern Alaska. *Can. J. Fish. Aquat. Sci.* 47:136–144.

Kline, T. C., Jr., J. J. Goering, O. A. Mathisen, P. H. Poe, P. L. Parker, and R. S. Scanlan. 1993. Recycling of elements transported upstream by runs of Pacific salmon: II. $\delta^{15}N$ and $\delta^{13}C$ evidence in the Kvichak River watershed, Bristol Bay, Southern Alaska. *Can. J. Fish. Aquat. Sci.* 50:2350–2365.

Knapp, R. A., K. R. Matthews, and O. Sarnelle. 2001. Resistance and resilience of alpine lake fauna to fish introductions. *Ecol. Monogr.* 71:401–421.

Knapp, R. A., and V. T. Vredenburg. 1996. Spawning by California golden trout: Characteristics of spawning fish, seasonal and daily timing, redd characteristics, and microhabitat preferences. *Trans. Am. Fish. Soc.* 125:519–531.

Knudsen, E. E. 2000. Managing Pacific salmon escapements: The gaps between theory and reality. Pages 237–272 *in* E. E. Knudsen, C. R. Steward, D. D. MacDonald, J. E. Williams, and D. W. Reiser, editors. *Sustainable fisheries management: Pacific salmon*. Lewis Publishers, Boca Raton, Florida.

Kodama, M., J. J. Hard, and K. A. Naish. 2012. Temporal variation in selection on body length and date of return in a wild population of coho salmon, *Oncorhynchus kisutch*. *BMC Evol. Biol.* 12:116.

Koehler, M. E., K. L. Fresh, D. A. Beauchamp, J. R. Cordell, C. A. Simenstad, and D. E. Seiler. 2006. Diet and bioenergetics of lake-rearing juvenile Chinook salmon in Lake Washington. *Trans. Am. Fish. Soc.* 135:1580–1591.

Koenings, J. P., and R. D. Burkett. 1987. Population characteristics of sockeye salmon (*Oncorhynchus nerka*) smolts relative to temperature regimes, euphotic volume, fry density, and forage base within Alaskan lakes. *Can. Spec. Publ. Fish. Aquat. Sci.* 96:216–234.

Koenings, J. P., H. J. Geiger, and J. J. Hasbrouck. 1993. Smolt-to-adult survival patterns of sockeye salmon (*Oncorhynchus nerka*): Effect of smolt length and geographic latitude when entering the sea. *Can. J. Fish. Aquat. Sci.* 50:600–611.

Kogura, Y., J. E. Seeb, N. Azuma, H. Kudo, S. Abe, and M. Kaeriyama. 2011. The genetic population structure of lacustrine sockeye salmon, *Oncorhynchus nerka*, in Japan as the endangered species. *Env. Biol. Fish.* 92:539–550.

Kondolf, G. M., M. J. Sale, and M. G. Wolman. 1994. Modification of fluvial gravel size by spawning salmonids. *Water Resour. Res.* 29:2265–2274.

Kondolf, G. M., and M. G. Wolman. 1993. The sizes of salmonid spawning gravels. *Water Resour. Res.* 29:2275–2285.

Koo, T. S. Y. 1962a. Age designation in salmon. Pages 37–48 *in* T. S. Y. Koo, editor. *Studies of Alaska red salmon*. University of Washington Press, Seattle.

———. 1962b. Age and growth studies of red salmon scales by graphical means. Pages 53–121 *in* T. S. Y. Koo, editor. *Studies of Alaska red salmon*. University of Washington Press, Seattle.

Koski, K V. 2009. The fate of coho salmon nomads: The story of an estuarine-rearing strategy promoting resilience. *Ecol. Soc.* 14(1):1–16.

Koslow, J. A., A. J. Hobday, and G. W. Boehlert. 2002. Climate variability and marine survival of coho salmon (*Oncorhynchus kisutch*) in the Oregon production area. *Fish. Oceanogr.* 11:65–77.

Kovach, R. P., C. C. Muhlfeld, R. Al-Chokhachy, J. B. Dunham, B. H. Letcher, and J. L. Kershner. 2016. Impacts of climatic variation on trout: A global synthesis and path forward. *Rev. Fish Biol. Fish.* 26:135–151.

Kreeger, K. Y. 1995. Differences in the onset of salinity tolerance between juvenile chinook salmon from two coastal Oregon river systems. *Can. J. Fish. Aquat. Sci.* 52:623–630.

Krentz, L. K. 2007. Habitat use, movement, and life history variation of coastal cutthroat trout *Oncorhynchus clarki clarki* in the Salmon River estuary, Oregon. MS thesis, Oregon State University, Corvallis.

Krkošek, M., R. Hilborn, R. M. Peterman, and T. P. Quinn. 2011. Cycles, stochasticity, and density dependence in pink salmon population dynamics. *Proc. Royal Soc. London* B 278:2060–2068.

Kruzic, L. M., D. L. Scarnecchia, and B. B. Roper. 2001. Comparison of midsummer survival and growth of age-0 hatchery coho salmon held in pools and riffles. *Trans. Am. Fish. Soc.* 130:147–154.

Kuligowski, D. R., M. J. Ford, and B. A. Berejikian. 2005. Breeding structure of steelhead inferred from patterns of genetic relatedness among nests. *Trans. Am. Fish. Soc.* 134:1202–1212.

Kurenkov, S. I. 1978. Two reproductively isolated groups of kokanee salmon, *Oncorhynchus nerka kennerlyi*, from Lake Kronotskiy. *J. Ichthyol.* 17:526–534.

Kurenkov, S. I., S. A. Gorshkov, and T. I. Tolstyak. 1982. Distribution and biology of the freshwater coho salmon, *Oncorhynchus kisutch* (Salmonidae) in Kamchatka. *J. Ichthyol.* 22:70–78.

Kuzishchin, K. V., A. Y. Mal'tsev, M. A. Gruzdeva, K. A. Savvaitova, D. S. Pavlov, and J. A. Stanford. 2007. On joint spawning of anadromous and resident mykiss *Parasalmo mykiss* in rivers of western Kamchatka. *J. Ichthyol.* 47:348–352.

Kwain, W. 1987. Biology of pink salmon in the North American Great Lakes. *Am. Fish. Soc. Symp.* 1:57–65.

Labelle, M. 1992. Straying patterns of coho salmon (*Oncorhynchus kisutch*) stocks from southeast Vancouver Island, British Columbia. *Can. J. Fish. Aquat. Sci.* 49:1843–1855.

Labelle, M., C. J. Walters, and B. Riddell. 1997. Ocean survival and exploitation of coho salmon (*Oncorhynchus kisutch*) stocks from the east coast of Vancouver Island, British Columbia. *Can. J. Fish. Aquat. Sci.* 54:1433–1449.

Lackey, R. T. 2001. Defending reality. *Fisheries* 26(6):26–27.

LaLanne, J. J. 1971. Marine growth of chum salmon. *Int. N. Pac. Fish. Comm. Bull.* 27:71–91.

Lamperth, J., T. P. Quinn, and M. Zimmerman. 2017. Levels of stored energy but not marine foraging patterns differentiate seasonal ecotypes of wild and hatchery steelhead trout, *Oncorhynchus mykiss*, returning to the Kalama River, Washington. *Can. J. Fish. Aquat. Sci.* 74:157–167.

Lance, M. M., W.-Y. Chang, S. J. Jeffries, S. F. Pearson, and A. Acevedo-Gutiérrez. 2012. Harbor seal diet in northern Puget Sound: Implications for the recovery of depressed fish stocks. *Mar. Ecol. Prog. Ser.* 464:257–271.

Landingham, J. H., M. V. Sturdevant, and R. D. Brodeur. 1998. Feeding habits of juvenile Pacific salmon in marine waters of southeastern Alaska and northern British Columbia. *Fish. Bull.* 96:285–302.

Lapi, L. A., and T. J. Mulligan. 1981. Salmon stock identification using a microanalytic technique to measure elements present in the freshwater growth region of scales. *Can. J. Fish. Aquat. Sci.* 38:744–751.

Larkin, P. A. 1975. Some major problems for further study on Pacific salmon. *Int. N. Pac. Fish. Comm. Bull.* 32:3–9.

Larkins, H. A. 1964. Some epipelagic fishes of the North Pacific Ocean, Bering Sea, and Gulf of Alaska. *Trans. Am. Fish. Soc.* 93:286–290.

Larsen, D. A., B. R. Beckman, K. A. Cooper, D. Barrett, M. Johnston, P. Swanson, and W. W. Dickhoff. 2004. Assessment of high rates of precocious male maturation in a spring chinook salmon supplementation hatchery program. *Trans. Am. Fish. Soc.* 133:98–120.

Larsen, D. A., B. R. Beckman, C. R. Strom, P. J. Perkins, K. A. Cooper, D. E. Fast, and W. W. Dickhoff. 2006. Growth modulation alters the incidence of early male maturation and physiological development of hatchery-reared spring Chinook salmon: A comparison with wild fish. *Trans. Am. Fish. Soc.* 135:1017–1032.

Larson, W. A., F. M. Utter, K. W. Myers, W. D. Templin, J. E. Seeb, C. M. Guthrie III, A. V. Bugaev, and L. W. Seeb. 2013. Single-nucleotide polymorphisms reveal distribution and migration of Chinook salmon (*Oncorhynchus tshawytscha*) in the Bering Sea and North Pacific Ocean. *Can. J. Fish. Aquat. Sci.* 70:128–141.

Lasenby, B. C., T. G. Northcote, and M. Fürst. 1986. Theory, practice, and effects of *Mysis relicta* introductions to North American and Scandinavian lakes. *Can. J. Fish. Aquat. Sci.* 43:1277–1284.

Latterell, J. J., K. D. Fausch, C. Gowan, and S. C. Riley. 1998. Relationship of trout recruitment to snowmelt runoff flows and adult trout abundance in six Colorado mountain streams. *Rivers* 6:240–250.

Lawson, P. W., E. A. Logerwell, N. J. Mantua, R. C. Francis, and V. N. Agostini. 2004. Environmental factors influencing freshwater survival and smolt production in Pacific Northwest coho salmon (*Oncorhynchus kisutch*). *Can. J. Fish. Aquat. Sci.* 61:360–373.

Lear, W. H. 1980. The pink salmon transplant experiment in Newfoundland. Pages 213–243 *in* J. E. Thorpe, editor. *Salmon ranching*. Academic Press, London.

LeBrasseur, R. J. 1966. Stomach contents of salmon and steelhead trout in the northeastern Pacific Ocean. *J. Fish. Res. Board Can.* 23:85–100.

———. 1969. Growth of juvenile chum salmon (*Oncorhynchus keta*) under different feeding regimes. *J. Fish. Res. Board Can.* 26:1631–1645.

Leggett, W. C. 1977. The ecology of fish migrations. *Ann. Rev. Ecol. Syst.* 8:285–308.

———. 1984. Fish migrations in coastal and estuarine environments: A call for new approaches to the study of an old problem. Pages 159–178 *in* J. D. McCleave, G. P. Arnold, J. J. Dodson, and W. H. Neill, editors. *Mechanisms of migration in fishes*. Plenum Press, New York.

Leider, S. A. 1989. Increased straying by adult steelhead trout, *Salmo gairdneri*, following the 1980 eruption of Mount St. Helens. *Env. Biol. Fish.* 24:219–229.

Leider, S. A., M. W. Chilcote, and J. J. Loch. 1986. Comparative life history characteristics of hatchery and wild steelhead trout (*Salmo gairdneri*) of summer and winter races in the Kalama River, Washington. *Can. J. Fish. Aquat. Sci.* 43:1398–1409.

Leman, V. N. 1993. Spawning sites of chum salmon, *Oncorhynchus keta*: Microhydrological regime and viability of progeny in redds (Kamchatka River basin). *J. Ichthyol.* 33(2):104–117.

Leonetti, F. E. 1997. Estimation of surface and intragravel water flow at sockeye salmon spawning beaches in Iliamna Lake, Alaska. *N. Am. J. Fish. Mgmt.* 17:194–201.

Levings, C. D. 1994. Feeding behaviour of juvenile salmon and significance of habitat during estuary and early sea phase. *Nordic J. Freshw. Res.* 69:7–16.

———. 2016. *Ecology of salmonids in estuaries around the world: Adaptations, habitats, and conservation.* University of British Columbia Press, Vancouver.

Levings, C. D., C. D. McAllister, and B. D. Chang. 1986. Differential use of the Campbell River estuary, British Columbia, by wild and hatchery-reared juvenile chinook salmon (*Oncorhynchus tshawytscha*). *Can. J. Fish. Aquat. Sci.* 43:1386–1397.

Levy, D. A. 1987. Review of the ecological significance of diel vertical migrations by juvenile sockeye salmon (*Oncorhynchus nerka*). *Can. Sp. Publ. Fish. Aquat. Sci.* 96:44–52.

———. 1990. Sensory mechanism and selective advantage for diel vertical migration in juvenile sockeye salmon, *Oncorhynchus nerka*. *Can. J. Fish. Aquat. Sci.* 47:1796–1802.

Levy, D. A., and A. D. Cadenhead. 1995. Selective tidal stream transport of adult sockeye salmon (*Oncorhynchus nerka*) in the Fraser River estuary. *Can. J. Fish. Aquat. Sci.* 52:1–12.

Levy, D. A., and T. G. Northcote. 1982. Juvenile salmon residency in a marsh area of the Fraser River estuary. *Can. J. Fish. Aquat. Sci.* 39:270–276.

Lewis, B., W. S. Grant, R. E. Brenner, and T. Hamazaki. 2015. Changes in size and age of Chinook salmon *Oncorhynchus tshawytscha* returning to Alaska. *PLoS One* 10(6):e0130184.

Li, J. L., W. J. Gerth, R. P. Van Driesche, D. S. Bateman, and A. T. Herlihy. 2016. Seasonal and spatial fluctuations in *Oncorhynchus* trout diet in a temperate mixed-forest watershed. *Can. J. Fish. Aquat. Sci.* 73:1642–1649.

Lichatowich, J. 1999. *Salmon without rivers.* Island Press, Washington, DC.

Lichatowich, J. A., and S. Cramer. 1979. *Parameter selection and sample sizes in studies of anadromous salmonids.* Oregon Department of Fish and Wildlife, Fish Division, Info. Rept. 80–1. Portland. 25 p.

Liley, N. R., P. Tamkee, R. Tsai, and D. J. Hoysak. 2002. Fertilization dynamics in rainbow trout (*Oncorhynchus mykiss*): Effect of male age, social experience, and sperm concentration and motility on in vitro fertilization. *Can. J. Fish. Aquat. Sci.* 59:144–152.

Limborg, M. T., R. K. Waples, J. E. Seeb, and L. W. Seeb. 2014. Temporally isolated lineages of pink salmon reveal unique signatures of selection on distinct pools of standing genetic variation. *J. Hered.* 105:741–751.

Lin, J., T. P. Quinn, R. Hilborn, and L. Hauser. 2008. Fine-scale differentiation between sockeye salmon ecotypes and the effect of phenotype on straying. *Heredity* 101:341–350.

Lin, J.-Y., E. H. Tsao, T.-C. Lee, and S. L. Yu. 2004. Stream physical parameters and habitat requirement: The case of the Formosan salmon. *Ecol. Eng.* 22:305–309.

Lindsey, C. C. 1981. Stocks are chameleons: Plasticity in gill rakers of coregonid fishes. *Can. J. Fish. Aquat. Sci.* 38:1497–1506.

Lindsey, C. C., and J. D. McPhail 1986. Zoogeography of fishes of the Yukon and Mackenzie basins. Pages 639–674 *in* C. H. Hocutt and E. O. Wiley, editors. *The zoogeography of North American freshwater fishes.* John Wiley and Sons, New York.

Lindsey, C. C., T. G. Northcote, and G. F. Hartman. 1959. Homing of rainbow trout to inlet and outlet spawning streams at Loon Lake, British Columbia. *J. Fish. Res. Board Can.* 16:695–719.

Linley, T. J. 1993. Patterns of life history variation among sockeye salmon (*Oncorhynchus nerka*) in the Fraser River, British Columbia. PhD dissertation, University of Washington, Seattle.

Lisle, T. E., and J. Lewis. 1992. Effects of sediment transport on survival of salmonid embryos in a natural stream: A simulation approach. *Can. J. Fish. Aquat. Sci.* 49:2337–2344.

Lister, D. B., and H. S. Genoe. 1970. Stream habitat utilization by cohabiting underyearlings of chinook (*Oncorhynchus tshawytscha*) and coho (*O. kisutch*) salmon in the Big Qualicum River, British Columbia. *J. Fish. Res. Board Can.* 27:1215–1224.

Loch, J. J., and D. R. Miller. 1988. Distribution and diet of sea-run cutthroat trout captured in and adjacent to the Columbia River plume, May-July 1980. *Northw. Sci.* 62:41–48.

Lonzarich, D. G. 1994. Stream fish communities in Washington: Patterns and processes. PhD dissertation, University of Washington, Seattle.

Lonzarich, D. G., and T. P. Quinn. 1995. Experimental evidence for the effect of depth and structure on the distribution, growth, and survival of stream fishes. *Can. J. Zool.* 73:2223–2230.

Lorz, H. W., and T. G. Northcote. 1965. Factors affecting stream location, and timing and intensity of entry by spawning kokanee (*Oncorhynchus nerka*) into an inlet of Nicola Lake, British Columbia. *J. Fish. Res. Board Can.* 22:665–685.

MacCrimmon, H. R. 1971. World distribution of rainbow trout (*Salmo gairdneri*). *J. Fish. Res. Board Can.* 28:663–704.

MacCrimmon, H. R., and J. S. Campbell. 1969. World distribution of brook trout, *Salvelinus fontinalis*. *J. Fish. Res. Board Can.* 26:1699–1725.

MacCrimmon, H. R., and B. L. Gots. 1979. World distribution of Atlantic salmon, *Salmo salar*. *J. Fish. Res. Board Can.* 36:422–457.

MacCrimmon, H. R., and T. L. Marshall. 1968. World distribution of brown trout, *Salmo trutta*. *J. Fish. Res. Board Can.* 25:2527–2548.

MacCrimmon, H. R., T. L. Marshall, and B. L. Gots. 1970. World distribution of brown trout, *Salmo trutta*: Further observations. *J. Fish. Res. Board Can.* 27:811–818.

Macdonald, J. S., I. K. Birtwell, and G. M. Kruzynski. 1987. Food and habitat utilization by juvenile salmonids in the Campbell River estuary. *Can. J. Fish. Aquat. Sci.* 44:1233–1246.

Macdonald, J. S., C. D. Levings, C. D. McAllister, U. H. M. Fagerlund, and J. R. McBride. 1988. A field experiment to test the importance of estuaries for chinook salmon (*Oncorhynchus tshawytscha*) survival: Short term results. *Can. J. Fish. Aquat. Sci.* 45:1366–1377.

Macdonald, P. D. M., H. D. Smith, and L. Jantz. 1987. The utility of Babine smolt enumerations in management of Babine and other Skeena River sockeye salmon (*Oncorhynchus nerka*) stocks. *Can. Sp. Publ. Fish. Aquat. Sci.* 96:280–295.

MacFarlane, R. B., and E. C. Norton. 2002. Physiological ecology of juvenile chinook salmon (*Oncorhynchus tshawytscha*) at the southern end of their distribution, the San Francisco Estuary and Gulf of the Farallones, California. *Fish. Bull.* 100:244–257.

Machidori, S., and F. Kato. 1984. Spawning populations and marine life of masu salmon (*Oncorhynchus masou*). *Int. N. Pac. Fish. Comm. Bull.* 43:1–138.

Maciolek, J. A., and P. R. Needham. 1952. Ecological effects of winter conditions on trout and trout foods in Convict Creek, California, 1951. *Trans. Am. Fish. Soc.* 81:202–217.

Macneale, K. H., P. M. Kiffney, and N. L. Scholz. 2010. Pesticides, aquatic food webs, and the conservation of Pacific salmon. *Front. Ecol. Env.* 8:475–482.

Madison, D. M., R. M. Horrall, A. B. Stasko, and A. D. Hasler. 1972. Migratory movements of adult sockeye salmon (*Oncorhynchus nerka*) in coastal British Columbia as revealed by ultrasonic tracking. *J. Fish. Res. Board Can.* 29:1025–1033.

Maekawa, K., and T. Hino. 1987. Effect of cannibalism on alternative life histories in charr. *Evolution* 41:1120–1123.

Maekawa, K., T. Hino, S. Nakano, and W. W. Smoker. 1993. Mate preference in anadromous and landlocked Dolly Varden (*Salvelinus malma*) females in two Alaskan streams. *Can. J. Fish. Aquat. Sci.* 50:2375–2379.

Maekawa, K., and S. Nakano. 1994. Non-oviposition of mature eggs by female fluvial red-spotted masu salmon. *Fish. Sci.* 60:37–39.

———. 2002. Latitudinal trends in adult body size of Dolly Varden, with special reference to the food availability hypothesis. *Pop. Ecol.* 44:17–22.

Magnusson, A., and R. Hilborn. 2003. Estuarine influence on survival rates of coho (*Oncorhynchus kitsutch*) and chinook salmon (*Oncorhynchus tshawytscha*) from hatcheries on the U.S. Pacific coast. *Estuaries* 26:1094–1103.

Major, J. J., J. E. O'Connor, C. J. Podolak, M. K. Keith, G. E. Grant, K. R. Spicer, S. Pittman et al. 2012. Geomorphic response of the Sandy River, Oregon, to removal of Marmot Dam. *US Geological Survey Professional Paper* 1792:1–64.

Major, R. L., J. Ito, S. Ito, and H. Godfrey. 1978. Distribution and origin of chinook salmon (*Oncorhynchus tshawytscha*) in offshore waters of the North Pacific Ocean. *Int. N. Pac. Fish. Comm. Bull.* 38:1–54.

Manhard, C. V., J. E. Joyce, W. W. Smoker, and A. J. Gharrett. 2017. Ecological factors influencing lifetime productivity of pink salmon (*Oncorhynchus gorbuscha*) in an Alaskan stream. *Can. J. Fish. Aquat. Sci.* 74:1325–1336.

Mantua, N. J., S. R. Hare, Y. Zhang, J. M. Wallace, and R. C. Francis. 1997. A Pacific interdecadal climate oscillation with impacts on salmon production. *Bull. Am. Meteor. Soc.* 78:1069–1079.

Mantua, N., I. Tohver, and A. Hamlet. 2010. Climate change impacts on streamflow extremes and summertime stream temperature and their possible consequences for freshwater salmon habitat in Washington State. *Clim. Change* 102:187–223.

Manzer, J. I. 1964. Preliminary observations on the vertical distribution of Pacific salmon (Genus *Oncorhynchus*) in the Gulf of Alaska. *J. Fish. Res. Board Can.* 21:891–903.

———. 1968. Food of Pacific salmon and steelhead trout in the Northeast Pacific Ocean. *J. Fish. Res. Board Can.* 25:1085–1089.

Manzer, J. I., and I. Miki. 1985. Fecundity and egg retention of some sockeye salmon (*Oncorhynchus nerka*) stocks in British Columbia. *Can. J. Fish. Aquat. Sci.* 43:1643–1655.

Marchetti, M. P., and G. A. Nevitt. 2003. Effects of hatchery rearing on brain structures of rainbow trout, *Oncorhynchus mykiss*. *Env. Biol. Fish.* 66:9–14.

Margolis, L. 1963. Parasites as indicators of the geographical origin of sockeye salmon, *Oncorhynchus nerka* (Walbaum), occurring in the North Pacific Ocean and adjacent seas. *Int. N. Pac. Fish. Comm. Bull.* 11:101–156.

———. 1965. Parasites as an auxiliary source of information about the biology of Pacific salmons (Genus *Oncorhynchus*). *J. Fish. Res. Board Can.* 22:1387–1395.

———. 1998. Are naturally-occurring parasite "tags" stable? An appraisal from four case histories involving Pacific salmonids. *N. Pac. Anad. Fish Comm. Bull.* 1:205–212.

Marin Jarrin, J. R., D. J. Teel, and J. A. Miller. 2016. Stock-specific movement and distribution of juvenile Chinook salmon, *Oncorhynchus tshawytscha*, in sandy beach surf zones of Oregon and Washington, USA. *Est. Coasts* 39:759–766.

Marsden, J. E., J. M. Casselman, T. A. Edsall, R. F. Elliott, J. D. Fitzsimons, W. H. Horns, B. A. Manny, S. C. McAughey, P. G. Sly, and B. L. Swanson. 1995. Lake trout spawning habitat in the Great Lakes—a review of current knowledge. *J. Great Lakes Res.* 21:487–497.

Marshall, D. E., and E. W. Britton. 1990. *Carrying capacity of coho salmon streams*. Can. MS. Rept. Fish. Aquat. Sci. 2058. Vancouver, British Columbia.

Martel, G. 1996. Growth rate and influence of predation risk on territoriality in juvenile coho salmon (*Oncorhynchus kisutch*). *Can. J. Fish. Aquat. Sci.* 53:660–669.

Martin, D. J. 1985. Production of cutthroat trout (*Salmo clarki*) in relation to riparian vegetation in Bear Creek, Washington. PhD dissertation, University of Washington, Seattle.

Mason, J. C. 1974. Behavioral ecology of chum salmon fry (*Oncorhynchus keta*) in a small estuary. *J. Fish. Res. Board Can.* 31:83–92.

———. 1976a. Response of underyearling coho salmon to supplemental feeding in a natural stream. *J. Wildl. Mgmt.* 40:775–788.

———. 1976b. Some features of coho salmon, *Oncorhynchus kisutch*, fry emerging from simulated redds and concurrent changes in photobehavior. *Fish. Bull.* 74:167–175.

Mathews, S. B., and F. W. Olson. 1980. Factors affecting Puget Sound coho salmon (*Oncorhynchus kisutch*) runs. *Can. J. Fish. Aquat. Sci.* 37:1373–1378.

Mathisen, O. A. 1962. The effect of altered sex ratios on the spawning of sockeye salmon. Pages 137–248 *in* T. S. Y. Koo, editor. *Studies of Alaska red salmon*. University of Washington Press, Seattle.

Mathisen, O. A., R. L. Burgner, and T. S. Y. Koo. 1963. Statistical records and computations on red salmon (*Oncorhynchus nerka*) runs in the Nushagak District, Bristol Bay, Alaska, 1946–59. *United States Department of the Interior Special Scientific Report—Fisheries* 468:1–32.

Matkowski, S. M. D. 1989. Differential susceptibility of three species of stocked trout to bird predation. *N. Am. J. Fish. Mgmt.* 9:184–187.

Matthews, K. R., and N. H. Berg. 1997. Rainbow trout responses to water temperature and dissolved oxygen stress in two southern California stream pools. *J. Fish Biol.* 50:50–67.

May-McNally, S. L., T. P. Quinn, P. J. Woods, and E. B. Taylor. 2015. Evidence for genetic distinctions between sympatric ecotypes of Arctic char (*Salvelinus alpinus*) in southwestern Alaskan lakes. *Ecol. Freshw. Fish* 24:562–574.

Mayama, H. 1989. Reciprocal transplantation experiment of masu salmon (*Oncorhynchus masou*) population. 1. Comparison of biological characteristics between two masu populations, the Shari River on the Okhotsk Sea coast and the Shiribetsu River on the Japan Sea coast, Hokkaido. *Sci. Rep. Hokkaido Salmon Hatchery* 43:75–97.

Mayama, H., and Y. Ishida. 2003. Japanese studies on the early ocean life of juvenile salmon. *N. Pac. Anad. Fish Comm. Bull.* 3:41–67.

Mayama, H., T. Nomura, and K. Ohkuma. 1989. Reciprocal transplantation experiment of masu salmon (*Oncorhynchus masou*) population. 2. Comparison of seaward migrations and adult returns of local stock and transplanted stock of masu salmon. *Sci. Rep. Hokkaido Salmon Hatchery* 43:99–113.

Mayer, K. C. 2002. Spawning Chinook salmon (*Oncorhynchus tshawytscha*) two years in a row: Reconditioning for repeated gamete collection. MS thesis, Oregon State University, Corvallis.

Maynard, D. J., T. A. Flagg, and C. V. W. Mahnken. 1995. A review of seminatural culture strategies for enhancing the postrelease survival of anadromous salmonids. *Am. Fish. Soc. Symp.* 15:307–313.

Mazumder, A., and J. A. Edmundson. 2002. Impact of fertilization and stocking on trophic interactions and growth of juvenile sockeye salmon (*Oncorhynchus nerka*). *Can. J. Fish. Aquat. Sci.* 59:1361–1373.

Mazur, M. M., and D. A. Beauchamp. 2003. A comparison of visual prey detection among species of piscivorous salmonids: Effects of light and low turbidities. *Env. Biol. Fish.* 67:397–405.

McCabe, G. T., R. L. Emmett, W. D. Muir, and T. H. Blahm. 1986. Utilization of the Columbia River estuary by subyearling chinook salmon. *Northw. Sci.* 60:113–124.

McCabe, G. T., W. D. J. Muir, R. L. Emmett, and J. T. Durkin. 1983. Interrelationships between juvenile salmonids and nonsalmonid fish in the Columbia River estuary. *Fish. Bull.* 81:815–826.

McCallum, I. M., K. M. Cheng, and B. E. March. 1987. Carotenoid pigmentation in two strains of chinook salmon (*Oncorhynchus tshawytscha*) and their crosses. *Aquaculture* 67:291–300.

McCart, P. J. 1980. A review of the systematics and ecology of Arctic char, *Salvelinus alpinus*, in the western Arctic. *Can. Tech. Rept. Fish. Aquat. Sci.* 935:1–89.

McCormick, S. D. 1994. Ontogeny and evolution of salinity tolerance in anadromous salmonids: Hormones and heterochrony. *Estuaries* 17(1A):26–33.

McCubbins, J. L., M. J. Hansen, J. M. DosSantos, and A. M. Dux. 2016. Demographic characteristics of an adfluvial Bull Trout population in Lake Pend Oreille, Idaho. *N. Am. J. Fish. Mgmt.* 36:1269–1277.

McDonald, J. G. 1960. The behavior of Pacific salmon fry during their downstream migration to freshwater and saltwater nursery areas. *J. Fish. Res. Board Can.* 17:655–676.

———. 1969. Distribution, growth, and survival of sockeye fry (*Oncorhynchus nerka*) produced in natural and artificial stream environments. *J. Fish. Res. Board Can.* 26:229–267.

———. 1981. The stock concept and its application to British Columbia salmon fisheries. *Can. J. Fish. Aquat. Sci.* 38:1657–1664.

McDowall, R. M. 1988. *Diadromy in fishes.* Timber Press, Portland, Oregon.

———. 1990. *New Zealand freshwater fishes.* Heinemann Reed, Auckland.

———. 1994. *Gamekeepers for the nation: The story of New Zealand's acclimatisation societies 1861–1990.* Canterbury University Press, Christchurch, New Zealand.

———. 1997. The evolution of diadromy in fishes (revisited) and its place in phylogenetic analysis. *Rev. Fish Biol. Fish.* 7:443–462.

———. 2001. Anadromy and homing: Two life-history traits with adaptive synergies in salmonid fishes? *Fish Fish.* 2:78–85.

———. 2002. The origin of the salmonid fishes: Marine, freshwater . . . or neither? *Rev. Fish Biol. Fish.* 11:171–179.

———. 2003. Impacts of introduced salmonids on native galaxiids in New Zealand upland streams: A new look at an old problem. *Trans. Am. Fish. Soc.* 132:229–238.

———. 2006. Crying wolf, crying foul, or crying shame: Alien salmonids and a biodiversity crisis in the southern cool-temperate galaxioid fishes? *Rev. Fish Biol. Fish.* 16:233–422.

McElhany, P., M. H. Ruckelshaus, M. J. Ford, T. C. Wainwright, and E. P. Bjorkstedt. 2000. *Viable salmonid populations and the recovery of Evolutionarily Significant Units.* NOAA-Fisheries, Seattle. NMFS-NWFSC-42: 1–156.

McGurk, M. D. 1996. Allometry of marine mortality of Pacific salmon. *Fish. Bull.* 94:77–88.

———. 1999. Size dependence of natural mortality rate of sockeye salmon and kokanee in freshwater. *N. Am. J. Fish. Mgmt.* 19:376–396.

———. 2000. Comparison of fecundity-length-latitude relationships between nonanadromous (kokanee) and anadromous sockeye salmon (*Oncorhynchus nerka*). *Can. J. Zool.* 78:1791–1805.

McInerney, J. E. 1964. Salinity preference: An orientation mechanism in salmon migration. *J. Fish. Res. Board Can.* 21:995–1018.

McIsaac, D. O. 1990. Factors affecting the abundance of 1977–1979 brood wild fall chinook salmon (*Oncorhynchus tshawytscha*) in the Lewis River, Washington. PhD dissertation, University of Washington, Seattle.

McIsaac, D. O., and T. P. Quinn. 1988. Evidence for a hereditary component in homing behavior of chinook salmon (*Oncorhynchus tshawytscha*). *Can. J. Fish. Aquat. Sci.* 45:2201–2205.

McKeown, B. A. 1984. *Fish migration.* Timber Press, Portland.

McKeown, N. J., R. A. Hynes, R. A. Duguid, A. Ferguson, and P. A. Prodöhl. 2010. Phylogeographic structure of brown trout *Salmo trutta* in Britain and Ireland: Glacial refugia, postglacial colonization, and origins of sympatric populations. *J. Fish Biol.* 76:319–347.

McKinnell, S. 1995. Age-specific effects of sockeye abundance on adult body size of selected British Columbia sockeye stocks. *Can. J. Fish. Aquat. Sci.* 52:1050–1063.

McKinnell, S. M., E. Curchitser, C. Groot, M. Kaeriyama, and K. W. Myers. 2012. PICES Advisory Report on the Decline of Fraser River Sockeye Salmon *Oncorhynchus nerka* (Steller, 1743) in Relation to Marine Ecology. PICES Sci. Rep. No. 41, 149 p. Vancouver, BC

McLean, J. E., P. Bentzen, and T. P. Quinn. 2005. Nonrandom, size- and timing-biased breeding in a hatchery population of steelhead trout. *Cons. Biol.* 19:446–454.

McMichael, G. A., A. C. Hanson, R. A. Harnish, and D. M. Trott. 2013. Juvenile salmonid migratory behavior at the mouth of the Columbia River and within the plume. *Anim. Biotel.* 1:1–14.

McMillan, J. R., J. B. Dunham, G. H. Reeves, J. S. Mills, and C. E. Jordan. 2012. Individual condition and stream temperature influence early maturation of rainbow and steelhead trout, *Oncorhynchus mykiss*. *Env. Biol. Fish.* 93:343–355.

McMillan, J. R., S. L. Katz, and G. R. Pess. 2007. Observational evidence of spatial and temporal structure in a sympatric anadromous (winter steelhead) and resident rainbow trout mating system on the Olympic Peninsula, Washington. *Trans. Am. Fish. Soc.* 136:736–748.

McMillan, J. R., G. R. Pess, M. Liermann, S. A. Morley, M. L. McHenry, L. A. Campbell, and T. P. Quinn. 2015. Using redd attributes, fry density, and otolith microchemistry to distinguish the presence of steelhead and rainbow trout *Oncorhynchus mykiss* in the Elwha River dam removal project. *N. Am. J. Fish. Mgmt.* 35:1019–1033.

McPhail, J. D. 1996. The origin and speciation of *Oncorhynchus* revisited. Pages 29–38 *in* D. J. Stouder, P. A. Bisson, and R. J. Naiman, editors. *Pacific salmon and their ecosystems: Status and future options*. Chapman and Hall, New York.

McPhail, J. D., and C. C. Lindsey. 1970. Freshwater fishes of northwestern Canada and Alaska. *Fish. Res. Board Can. Bull.* 173. Ottawa. 381 p.

———. 1986. Zoogeography of the freshwater fishes of Cascadia (the Columbia system and rivers north to the Stikine). Pages 615–637 *in* C. H. Hocutt and E. O. Wiley, editors. *The zoogeography of North American freshwater fishes*. John Wiley and Sons, New York.

McPhee, M. V., and T. P. Quinn. 1998. Factors affecting the duration of nest defense and reproductive lifespan of female sockeye salmon, *Oncorhynchus nerka*. *Env. Biol. Fish.* 51:369–375.

Mead, R. W., and W. L. Woodall. 1968. Comparison of sockeye salmon fry produced by hatcheries, artificial channels, and natural spawning areas. *Int. Pac. Salmon Fish. Comm. Prog. Rept.* 20. New Westminster, British Columbia. 41 p.

Meador, J. P. 2014. Do chemically contaminated river estuaries in Puget Sound (Washington, USA) affect the survival rate of hatchery-reared Chinook salmon? *Can. J. Fish. Aquat. Sci.* 71:162–180.

Meehan, E. P., E. E. Seminet-Reneau, and T. P. Quinn. 2005. Bear predation on Pacific salmon facilitates colonization of carcasses by fly maggots. *Amer. Midl. Nat.* 153:142–151.

Meehan, W. R., ed. 1991. *Influences of forest and rangeland management on salmonid fishes and their habitats*. Special Publication 19. American Fisheries Society, Bethesda, Maryland.

Mehranvar, L., M. C. Healey, A. Farrell, and S. Hinch. 2004. Social versus genetic measures of reproductive success in sockeye salmon, *Oncorhynchus nerka*. *Evol. Ecol. Res.* 6:1167–1181.

Meisner, J. D., J. S. Rosenfeld, and H. A. Regier. 1988. The role of groundwater in the impact of climate warming on stream salmonines. *Fisheries* 13(3):2–8.

Meka, J. M., E. E. Knudsen, D. C. Douglas, and R. P. Benter. 2003. Variable migratory patterns of different adult rainbow trout life history types in a southwest Alaska watershed. *Trans. Am. Fish. Soc.* 132:717–732.

Melnychuk, M. C., D. W. Welch, and C. J. Walters. 2010. Spatio-temporal migration patterns of Pacific salmon smolts in rivers and coastal marine waters *PLoS One* 5(9):e12916.

Melnychuk, M. C., D. W. Welch, C. J. Walters, and V. Christensen. 2007. Riverine and early ocean migration and mortality patterns of juvenile steelhead trout (*Oncorhynchus mykiss*) from the Cheakamus River, British Columbia. *Hydrobiologia* 582:55–65.

Mesa, M. G., and C. D. Magie. 2006. Evaluation of energy expenditure in adult spring Chinook salmon migrating upstream in the Columbia River basin: An assessment based on sequential proximate analysis. *River Res. Apps.* 22:1085–1095.

Meyer, K. A., D. J. Schill, F. S. Elle, and J. Lamansky. 2003. Reproductive demographics and factors that influence length at sexual maturity of Yellowstone cutthroat trout in Idaho. *Trans. Am. Fish. Soc.* 132:183–195.

Meyer, K. A., C. L. Sullivan, P. Kennedy, D. J. Schill, D. M. Teuscher, A. F. Brimmer, and D. T. King. 2016. Predation by American white pelicans and double-crested cormorants on catchable-sized hatchery rainbow trout in select Idaho lentic waters. *N. Am. J. Fish. Mgmt.* 36:294–308.

Michael, J. H., Jr. 1995. Enhancement effects of spawning pink salmon on stream rearing juvenile coho salmon: Managing one resource to benefit another. *Northw. Sci.* 69:228–233.

Michel, C. J., A. J. Ammann, E. D. Chapman, P. T. Sandstrom, H. E. Fish, M. J. Thomas, G. P. Singer, S. T. Lindley, A. P. Klimley, and R. B. MacFarlane. 2013. The effects of environmental factors on the migratory movement patterns of Sacramento River yearling late-fall run Chinook salmon (*Oncorhynchus tshawytscha*). *Env. Biol. Fish.* 96:257–271.

Miller, B. A., and S. Sadro. 2003. Residence time and seasonal movements of juvenile coho salmon in the ecotone and lower estuary of Winchester Creek, South Slough, Oregon. *Trans. Am. Fish. Soc.* 132:546–559.

Miller, D. R., J. G. Williams, and C. W. Sims. 1983. Distribution, abundance, and growth of juvenile salmonids off the coast of Oregon and Washington, summer 1980. *Fish. Res.* 2:1–17.

Miller, J. A., and C. A. Simenstad. 1997. A comparative assessment of a natural and created estuarine slough as rearing habitat for juvenile chinook and coho salmon. *Estuaries* 20:792–806.

Miller, K. M., S. Li, K. H. Kaukinen, N. Ginther, E. Hammill, J. M. R. Curtis, D. A. Patterson et al. 2011. Genomic signatures predict migration and spawning failure in wild Canadian salmon. *Science* 331:214–217.

Miller, R. B., and W. A. Kennedy. 1948. Observations on the lake trout of Great Bear Lake. *J. Fish. Res. Board Can.* 7:176–189.

Milligan, P. A., W. O. Rublee, D. D. Cornett, and R. A. C. Johnston. 1985. The distribution and abundance of chinook salmon (*Oncorhynchus tshawytscha*) in the upper Yukon River basin as determined by a radio-tagging and spaghetti tagging program: 1982–1983. *Can. Tech. Rept. Fish. Aquat. Sci.* 1352. New Westminster, British Columbia. 161 p.

Milne, D. J. 1950. The difference in the growth rate of coho salmon on the east and west coasts of Vancouver Island in 1950. *Fish. Res. Board Can., Prog. Rep.* 85:80–82.

Milne, D. J., and H. Godfrey. 1964. The chinook and coho salmon fisheries of British Columbia. *Bull. Fish. Res. Board Can.* 142:1–46.

Milner, A. M., C. L. Fastie, F. S. Chapin, D. R. Engstrom, and L. C. Sharman. 2007. Interactions and linkages among ecosystems during landscape evolution. *BioScience* 57:237–247.

Milner, A. M., K. E. Knudsen, C. Soiseth, A. L. Robertson, D. Schell, I. T. Phillips, and K. Magnusson. 2000. Colonization and development of stream communities across a 200-year gradient in Glacier Bay National Park, Alaska, U.S.A. *Can. J. Fish. Aquat. Sci.* 57:2319–2335.

Milner, A. M., A. L. Robertson, K. A. Monaghan, A. J. Veal, and E. A. Flory. 2008. Colonization and development of an Alaskan stream community over 28 years. *Front. Ecol. Envir.* 6:413–419.

Milner, A. M., and G. S. York. 2001. Factors influencing fish productivity in a newly formed watershed in Kenai Fjords National Park, Alaska. *Arch. Hydrobiol.* 151:627–647.

Minakawa, N., and R. I. Gara. 1999. Ecological effects of a chum salmon (*Oncorhynchus keta*) spawning run in a small stream of the Pacific Northwest. *J. Freshw. Ecol.* 14:327–335.

———. 2003. Effects of chum salmon redd excavation on benthic communities in a stream in the Pacific Northwest. *Trans. Am. Fish. Soc.* 132:598–604.

Minard, R. E., M. Alexandersdottir, and S. Sonnichsen. 1992. *Estimation of abundance, seasonal distribution, size, and age composition of rainbow trout in the Kvichak River, Alaska, 1986 to 1991*. Fishery Data Series 92-51. Alaska Department of Fish Game, Division of Sport Fish, Anchorage.

Minckley, W. L., D. A. Hendrickson, and C. E. Bond. 1986. Geography of western North American freshwater fishes: Description and relationships to intracontinental tectonism. Pages 519–613 *in* C. H. Hocutt and E. O. Wiley, editors. *The zoogeography of North American freshwater fishes*. John Wiley and Sons, New York.

Mittelbach, G. G., N. G. Ballew, and M. K. Kjelvik. 2014. Fish behavioral types and their ecological consequences. *Can. J. Fish. Aquat. Sci.* 71:927–944.

Miyakoshi, Y., M. Nagata, and S. Kitada. 2001. Effect of smolt size on postrelease survival of hatchery-reared masu salmon *Oncorhynchus masou*. *Fish. Sci.* 67:134–137.

Molyneaux, D. B., and L. DuBois. 1998. *Salmon age, sex, and length catalog for the Kuskokwim area, 1996–1997 progress report*. Alaska Department of Fish Game, Reg. Info. Rept. 3A-98-15. Anchorage. 351 p.

Montgomery, D. R., E. M. Beamer, G. R. Pess, and T. P. Quinn. 1999. Channel type and salmon spawning distribution and abundance. *Can. J. Fish. Aquat. Sci.* 56:377–387.

Montgomery, D. R., and J. M. Buffington. 1997. Channel-reach morphology in mountain drainage basins. *Geol. Soc. Am. Bull.* 109:596–611.

Montgomery, D. R., J. M. Buffington, N. P. Peterson, D. Schuett-Hames, and T. P. Quinn. 1996. Stream-bed scour, egg burial depths, and the influence of salmonid spawning on bed surface mobility and embryo survival. *Can. J. Fish. Aquat. Sci.* 53:1061–1070.

Montgomery, D. R., J. M. Buffington, R. D. Smith, K. M. Schmidt, and G. Pess. 1995. Pool spacing in forest channels. *Water Res. Res.* 31:1097–1105.

Moore, J.-S., L. N. Harris, S. T. Kessel, L. Bernatchez, R. F. Tallman, and A. T. Fisk. 2016. Preference for nearshore and estuarine habitats in anadromous Arctic char (*Salvelinus alpinus*) from the Canadian high Arctic (Victoria Island, Nunavut) revealed by acoustic telemetry. *Can. J. Fish. Aquat. Sci.* 73:1434–1445.

Moore, J. W., M. McClure, L. A. Rogers, and D. E. Schindler. 2010. Synchronization and portfolio performance of threatened salmon. *Cons. Letters* 3:340–348.

Moore, J. W., and B. X. Semmens. 2008. Incorporating uncertainty and prior information into stable isotope mixing models. *Ecol. Letters* 11:470–480.

Moore, J. W., D. E. Schindler, and C. P. Ruff. 2008. Habitat saturation drives thresholds in stream subsidies. *Ecology* 89:306–312.

Moore, K. M. S., and S. V. Gregory. 1988. Response of young-of-the-year trout to manipulation of habitat structure in a small stream. *Trans. Am. Fish. Soc.* 117:162–170.

Moore, M. E., B. A. Berejikian, and E. P. Tezak. 2010. Early marine survival and behavior of steelhead smolts through Hood Canal and the Strait of Juan de Fuca. *Trans. Am. Fish. Soc.* 139:49–61.

Moore, M. E., F. A. Goetz, D. M. Van Doornik, E. P. Tezak, T. P. Quinn, J. J. Reyes-Tomassini, and B. A. Berejikian. 2010. Early marine migration patterns of wild coastal cutthroat trout (*Oncorhynchus clarki clarki*), steelhead trout (*Oncorhynchus mykiss*), and their hybrids. *PLoS One* 5(9):E12881.

Morbey, Y. 2000. Protandry in Pacific salmon. *Can. J. Fish. Aquat. Sci.* 57:1252–1257.

Morita, K., S. H. Morita, M. Fukuwaka, and T. Nagasawa. 2009. Offshore Dolly Varden charr (*Salvelinus malma*) in the North Pacific. *Env. Biol. Fish.* 86:451–456.

Morita, K., S. H. Morita, T. Nagasawa, and M. Kuroki. 2013. Migratory patterns of anadromous white-spotted charr *Salvelinus leucomaenis* in eastern Hokkaido, Japan: The solution to a mystery? *J. Ichthyol.* 53:809–819.

Morita, K., and T. Nagasawa. 2010. Latitudinal variation in the growth and maturation of masu salmon (*Oncorhynchus masou*) parr. *Can. J. Fish. Aquat. Sci.* 67:955–965.

Morita, K., and A. Nakashima. 2015. Temperature seasonality during fry out-migration influences the survival of hatchery-reared chum salmon *Oncorhynchus keta*. *J. Fish Biol.* 87:1111–1117.

Morita, K., T. Tamate, M. Kuroki, and T. Nagasawa. 2014. Temperature-dependent variation in alternative migratory tactics and its implications for fitness and population dynamics in a salmonid fish. *J. Anim. Ecol.* 83:1268–1278.

Morley, R. B., H. T. Bilton, A. S. Coburn, D. Brouwer, J. van Tyne, and W. C. Clarke. 1988. The influence of time and size at release of juvenile coho salmon (*Oncorhynchus kisutch*) on returns at maturity: Results of studies on three brood years at Quinsam Hatchery, B.C. *Can. Tech. Rept. Fish. Aquat. Sci.* 1620:1–120.

Mortensen, D., A. Wertheimer, S. Taylor, and J. Landingham. 2000. The relation between early marine growth of pink salmon, *Oncorhynchus gorbuscha*, and marine water temperature, secondary production, and survival to adulthood. *Fish. Bull.* 98:319–335.

Moscrip, A. L., and D. R. Montgomery. 1997. Urbanization, flood frequency, and salmon abundance in Puget lowland streams. *J. Am. Water Res. Assn.* 33:1289–1297.

Moser, M. L., A. F. Olson, and T. P. Quinn. 1991. Riverine and estuarine migratory behavior of coho salmon (*Oncorhynchus kisutch*) smolts. *Can. J. Fish. Aquat. Sci.* 48:1670–1678.

Mote, P. W., E. A. Parson, A. F. Hamlet, W. S. Keeton, D. Lettenmaier, N. Mantua, E. L. Miles et al. 2003. Preparing for climatic change: The water, salmon, and forests of the Pacific Northwest. *Clim. Change* 61:45–88.

Moulton, F. R., ed. 1939. *The migration and conservation of salmon*. American Association for the Advancement of Science, Lancaster, Pennsylvania.

Mouw, J. E. B., T. H. Tappenbeck, and J. A. Stanford. 2014. Spawning tactics of summer chum salmon *Oncorhynchus keta* in relation to channel complexity and hyporheic exchange. *Env. Biol. Fish.* 97:1095–1107.

Mueter, F. J., R. M. Peterman, and B. J. Pyper. 2002. Opposite effects of ocean temperature on survival rates of 120 stocks of Pacific salmon (*Oncorhynchus* spp.) in northern and southern areas. *Can. J. Fish. Aquat. Sci.* 59:456–463.

Mueter, F. J., D. M. Ware, and R. M. Peterman. 2002. Spatial correlation patterns in coastal environmental variables and survival rates of salmon in the north-east Pacific Ocean. *Fish. Oceanogr.* 11:205–218.

Muhlfeld, C. C., S. T. Kalinowski, T. E. McMahon, M. L. Taper, S. Painter, R. Leary, and F. W. Allendorf. 2009. Hybridization rapidly reduces fitness of a native trout in the wild. *Biol. Letters* 5:328–331.

Muhlfeld, C. C., R. O. Kovach, L. A. Jones, R. Al-Chokhachy, M. C. Boyer, R. F. Leary, W. H. Lowe, G. Luikart, and F. W. Allendorf. 2014. Invasive hybridization in a threatened species is accelerated by climate change. *Nature Climate Change* 4:620–624.

Muir, A. M., M. J. Hansen, C. R. Bronte, and C. C. Krueger. 2016. If Arctic charr *Salvelinus alpinus* is "the most diverse vertebrate," what is the lake charr *Salvelinus namaycush*? *Fish Fish.* 17:1194–1207.

Muir, W. D., S. G. Smith, J. G. Williams, E. E. Hockersmith, and J. R. Skalski. 2001. Survival estimates for migrant yearling chinook salmon and steelhead tagged with passive integrated transponders in the lower Snake and lower Columbia rivers, 1993–1998. *N. Am. J. Fish. Mgmt.* 21:269–282.

Mullan, J. W., A. Rockhold, and C. R. Chrisman. 1992. Life histories and precocity of chinook salmon in the mid-Columbia River. *Prog. Fish-Cult.* 54:25–28.

Munsch, S. H., J. R. Cordell, and J. D. Toft. 2016. Fine-scale habitat use and behavior of a nearshore fish community: Nursery functions, predation avoidance, and spatiotemporal habitat partitioning. *Mar. Ecol. Prog. Ser.* 557:1–15.

———. 2017. A quantitative chronology of diurnal feeding in juvenile Pacific salmon. *Trans. Am. Fish. Soc.* 146:222–229.

Murdoch, A. R., T. N. Pearsons, and T. W. Maitland. 2009. The number of redds constructed per female spring Chinook salmon in the Wenatchee River basin. *N. Am. J. Fish. Mgmt.* 29:441–446.

Murdoch, A. R., M. A. Tonseth, and T. L. Miller. 2009. Migration patterns and spawning distribution of adult hatchery sockeye salmon released as parr from net-pens in Lake Wenatchee, Washington. *N. Am. J. Fish. Mgmt.* 29:447–459.

Murphy, M. L. 1985. Die-offs of pre-spawn adult pink palmon and chum salmon in southeastern Alaska. *N. Am. J. Fish. Mgmt.* 5:302–308.

Murray, C. B., and J. D. McPhail. 1988. Effect of incubation temperature on the development of five species of Pacific salmon (*Oncorhynchus*) embryos and alevins. *Can. J. Zool.* 66:266–273.

Murray, C. B., and M. L. Rosenau. 1989. Rearing of juvenile chinook salmon in nonnatal tributaries of the lower Fraser River, British Columbia. *Trans. Am. Fish. Soc.* 118:284–289.

Murtaugh, P. A. 1981. Selective predation by *Neomysis* in Lake Washington. *Limnol. Oceanogr.* 26:445–453.

Myers, J. M., R. G. Kope, G. J. Bryant, D. Teel, L. J. Lierheimer, T. C. Wainwright, W. S. Grant et al. 1998. *Status review of chinook salmon from Washington, Idaho, Oregon and California.* National Marine Fisheries Service, NOAA Tech. Memo. NMFS-NWFSC-35. Seattle. 443 p.

Myers, K. W., and H. F. Horton. 1982. Temporal use of an Oregon estuary by hatchery and wild juvenile salmon. Pages 377–392 *in* V. S. Kennedy, editor. *Estuarine comparisons.* Academic Press, New York.

Naiman, R. J., R. E. Bilby, D. E. Schindler, and J. M. Helfield. 2002. Pacific salmon, nutrients, and the dynamics of freshwater and riparian ecosystems. *Ecosystems* 5:399–417.

Nakabo, T., K. Nakayama, N. Muto, and M. Miyazawa. 2011. *Oncorhynchus kawamurae* "Kunimasu," a deepwater trout, discovered in Lake Saiko, 70 years after extinction in the original habitat, Lake Tazawa, Japan. *Ichthyol. Res.* 58:180–183.

Nakano, S., and M. Murakami. 2001. Reciprocal subsidies: Dynamic interdependence between terrestrial and aquatic food webs. *Proc. Nat. Acad. Sci.* 98:166–170.

Naman, S. M., J. S. Rosenfeld, and J. S. Richardson. 2016. Causes and consequences of invertebrate drift in running waters: From individuals to populations and trophic fluxes. *Can. J. Fish. Aquat. Sci.* 73:1292–1305.

Narver, D. W. 1970. Diel vertical movement and feeding of underyearling sockeye salmon and the limnetic zooplankton in Babine Lake, British Columbia. *J. Fish. Res. Board Can.* 27:281–316.

Narver, D. W., and M. L. Dahlberg. 1965. Estuarine food of Dolly Varden at Chignik, Alaska. *Trans. Am. Fish. Soc.* 94:405–408.

National Research Counsil (NRC). 1996. *Upstream: Salmon and society in the Pacific Northwest.* National Academy Press, Washington, DC.

Neave, F. 1943. Diurnal fluctuations in the upstream migration of coho and spring salmon. *J. Fish. Res. Board Can.* 6:158–163.

———. 1955. Notes on the seaward migration of pink and chum fry. *J. Fish. Res. Board Can.* 12:369–374.

———. 1964. Ocean migrations of Pacific salmon. *J. Fish. Res. Board Can.* 21:1227–1244.

Neave, F., T. Yonemori, and R. G. Bakkala. 1976. Distribution and origin of chum salmon in offshore waters of the North Pacific Ocean. *Int. N. Pac. Fish. Comm. Bull.* 35:1–79.

Nehlsen, W., J. E. Williams, and J. A. Lichatowich. 1991. Pacific salmon at the crossroads: Stocks at risk from California, Oregon, Idaho, and Washington. *Fisheries* 16(2):4–21.

Neira, R., N. F. Diaz, G. A. E. Gall, J. A. Gallardo, J. P. Lhorente, and A. Alert. 2006. Genetic improvement in coho salmon (*Oncorhynchus kisutch*). II: Selection response for early spawning date. *Aquaculture* 257:1–8.

Nelson, P. R. 1959. Effects of fertilizing Bare Lake, Alaska, on growth and production of red salmon (*O. nerka*). *Fish. Bull.* 60:59–86.

Nero, R. W., and M. E. Huster. 1996. Low-frequency acoustic imaging of Pacific salmon on the high seas. *Can. J. Fish. Aquat. Sci.* 53:2513–1523.

Neuswanger, J. R., M. S. Wipfli, M. J. Evenson, N. F. Hughes, and A. E. Rosenberger. 2015. Low productivity of Chinook salmon strongly correlates with high summer stream discharge in two Alaskan rivers in the Yukon drainage. *Can. J. Fish. Aquat. Sci.* 72:1125–1137.

Nevitt, G. A., A. H. Dittman, T. P. Quinn, and W. J. Moody Jr. 1994. Evidence for a peripheral olfactory memory in imprinted salmon. *Proc. Nat. Acad. Sci.* 91:4288–4292.

Newcombe, C., and G. Hartman. 1973. Some chemical signals in the spawning behavior of rainbow trout (*Salmo gairdneri*). *J. Fish. Res. Board Can.* 30:995–997.

Newell, J., and T. P. Quinn. 2005. Behavioral thermoregulation by maturing adult sockeye salmon (*Oncorhynchus nerka*) in a stratified lake prior to spawning. *Can. J. Zool.* 83:1232–1239.

Nicholas, J. W., and D. G. Hankin. 1989. *Chinook salmon populations in Oregon's coastal river basins.* Oregon Department of Fish and Wildlife, Portland. 359 p.

Nickelson, T. E. 1986. Influences of upwelling, ocean temperature, and smolt abundance on marine survival of coho salmon (*Oncorhynchus kisutch*) in the Oregon production area. *Can. J. Fish. Aquat. Sci.* 43:527–535.

Nickelson, T. E., J. W. Nicholas, A. M. McGie, R. B. Lindsay, D. L. Bottom, R. J. Kaiser, and S. E. Jacobs. 1992. *Status of anadromous salmonids in Oregon coastal basins.* Oregon Department of Fish and Wildlife, Portland. 83 p.

Nicolette, J. P., and G. R. Spangler. 1986. Population characteristics of adult pink salmon in two Minnesota tributaries to Lake Superior. *J. Great Lakes Res.* 12:237–250.

Nielsen, J. L. 1992. Microhabitat-specific foraging behavior, diet, and growth of juvenile coho salmon. *Trans. Am. Fish. Soc.* 121:617–634.

———, ed. 1995. *Evolution and the aquatic ecosystem. Am. Fish. Soc. Symp.* 17. Bethesda, Maryland. 433 p.

Nielsen, J. L., G. T. Ruggerone, and C. E. Zimmerman. 2013. Adaptive strategies and life history characteristics in a warming climate: Salmon in the Arctic? *Env. Biol. Fish.* 96:1187–1226.

Nilsson, N.-A., and T. G. Northcote. 1981. Rainbow trout (*Salmo gairdneri*) and cutthroat trout (*S. clarki*) interactions in coastal British Columbia lakes. *Can. J. Fish. Aquat. Sci.* 38:1228–1246.

Nomura, T., S. Urawa, and Y. Ueno. 2000. Variations in muscle lipid content of high-seas chum and pink salmon in winter. *N. Pac. Anad. Fish Comm. Bull.* 2:347–352.

Nordeng, H. 1971. Is the local orientation of anadromous fishes determined by pheromones? *Nature* 223:411–413.

———. 1977. A pheromone hypothesis for homeward migration in anadromous salmonids. *Oikos* 28:155–159.

Nordeng, H., and P. Bratland. 2006. Homing experiments with parr, smolt, and residents of anadromous Arctic char *Salvelinus alpinus* and brown trout *Salmo trutta*: Transplantation between neighbouring river systems. *Ecol. Freshw. Fish* 15:488–499.

Norris, J. G., S.-Y. Hyun, and J. J. Anderson. 2000. Ocean distribution of Columbia River upriver bright fall chinook salmon stocks. *N. Pac. Anad. Fish Comm. Bull.* 2:221–232.

Northcote, T. G. 1962. Migratory behavior of juvenile rainbow trout, *Salmo gairdneri*, in outlet and inlet streams of Loon Lake, British Columbia. *J. Fish. Res. Board Can.* 19:201–270.

Northcote, T. G. 1978. Migratory strategies and production in freshwater fishes. Pages 326–359 *in* S. D. Gerking, editor. *Ecology of freshwater fish production*. John Wiley and Sons, New York.

———. 1981. Juvenile current response, growth, and maturity of above and below waterfall stocks of rainbow trout, *Salmo gairdneri*. *J. Fish Biol.* 18:741–751.

———. 1992. Migration and residency in stream salmonids—some ecological considerations and evolutionary consequences. *Nordic J. Freshw. Res.* 67:5–17.

Northcote, T. G., and C. J. Bull. 2007. Successful shoreline spawning of rainbow trout in two Canadian alpine lakes. *J. Fish Biol.* 71:938–941.

Northwest Power Planning Council (NWPPC). 1986. *Compilation of information on salmon and steelhead losses in the Columbia River basin*. Northwest Power Planning Council, Portland, Oregon.

Nowak, G. M., and T. P. Quinn. 2002. Diel and seasonal patterns of horizontal and vertical movements of telemetered cutthroat trout (*Oncorhynchus clarki*) in Lake Washington, Washington. *Trans. Am. Fish. Soc.* 131:452–462.

Nowak, G. M., R. A. Tabor, E. J. Warner, K. L. Fresh and T. P. Quinn. 2004. Ontogenetic shifts in habitat and diet of cutthroat trout in Lake Washington, Washington. *N. Am. J. Fish. Mgmt.* 24:624–635.

Nunan, C. P., and D. L. G. Noakes. 1987. Effects of light on movement of rainbow trout embryos within, and on their emergence from, artificial redds. *Am. Fish. Soc. Symp.* 2:151–156.

O'Brien, W. J. 1979. The predator-prey interaction of planktivorous fish and zooplankton: Recent research with planktivorous fish and their zooplankton prey shows the evolutionary thrust and parry of the predator-prey relationship. *Am. Sci.* 67:572–581.

O'Connor, J. E., J. J. Duda, and G. E. Grant. 2015. 1000 dams down and counting. *Science* 348:496–497.

O'Keefe, T. C., and R. T. Edwards. 2002. Evidence for hyporheic transfer and removal of marine-derived nutrients in a sockeye stream in southwest Alaska. *Am. Fish. Soc. Symp.* 33: 99–107.

O'Neill, S. M., and K. D. Hyatt. 1987. An experimental study of competition for food between sockeye salmon (*Oncorhynchus nerka*) and the threespine sticklebacks (*Gasterosteus aculeatus*) in a British Columbia coastal lake. *Can. Sp. Publ. Fish. Aquat. Sci.* 96:143–160.

O'Neill, S. M., and J. E. West. 2009. Marine distribution, life history traits, and the accumulation of polychlorinated biphenyls in Chinook salmon from Puget Sound, Washington. *Trans. Am. Fish. Soc.* 138:616–632.

O'Neill, S. M., G. M. Ylitalo, and J. E. West. 2014. Energy content of Pacific salmon as prey of northern and southern resident killer whales. *End. Sp. Res.* 25:265–281.

Ogura, M., and Y. Ishida. 1992. Swimming behavior of coho salmon, *Oncorhynchus kisutch*, in the open sea as determined by ultrasonic telemetry. *Can. J. Fish. Aquat. Sci.* 49:453–457.

———. 1995. Homing behavior and vertical movements of four species of Pacific salmon (*Oncorhynchus* spp.) in the central Bering Sea. *Can. J. Fish. Aquat. Sci.* 52:532–540.

Ohms, H. A., M. R. Sloat, G. H. Reeves, C. E. Jordan, and J. B. Dunham. 2014. Influence of sex, migration distance, and latitude on life history expression in steelhead and rainbow trout (*Oncorhynchus mykiss*). *Can. J. Fish. Aquat. Sci.* 71:70–80.

Olesiuk, P. F. 1993. Annual prey consumption by harbor seals (*Phoca vitulina*) in the Strait of Georgia, British Columbia. *Fish. Bull.* 91:491–515.

Olla, B. L., M. W. Davis, and C. H. Ryer. 1998. Understanding how the hatchery environment represses or promotes the development of behavioral survival skills. *Bull. Mar. Sci.* 62:531–550.

Olsen, J. B., B. G. Flannery, T. D. Beacham, J. F. Bromaghin, P. A. Crane, C. F. Lean, K. M. Dunmall, and J. K. Wenburg. 2008. The influence of hydrographic structure and seasonal run timing on genetic diversity and isolation-by-distance in chum salmon (*Oncorhynchus keta*). *Can. J. Fish. Aquat. Sci.* 65:2026–2042.

Olson, A. F., and T. P. Quinn. 1993. Vertical and horizontal movements of adult chinook salmon *Oncorhynchus tshawytscha* in the Columbia River estuary. *Fish. Bull.* 91:171–178.

Omelchenko, V. T., E. A. Salmenkova, and S. V. Shedko. 2002. Allozyme diversity and genetic divergence of the Dolly Varden *Salvelinus malma* Walbaum from the Kuril Islands. *Russ. J. Genet.* 38:1066–1075.

Orr, A. J., A. S. Banks, S. Mellman, H. Huber, and R. L. DeLong. 2004. Examination of the foraging habits of Pacific harbor seal (*Phoca vitulina richardsi*) to describe their use of the Umpqua River, Oregon, and their predation on salmonids. *Fish. Bull.* 102:108–117.

Orsi, J. A., J. A. Harding, S. S. Pool, R. D. Brodeur, L. J. Haldorson, J. M. Murphy, J. H. Moss et al. 2007. Epipelagic fish assemblages associated with juvenile Pacific salmon in neritic waters of the California Current and the Alaska Current. *Am. Fish. Soc. Symp.* 57:105–155.

Orsi, J. A., and H. W. Jaenicke. 1996. Marine distribution and origin of prerecruit chinook salmon, *Oncorhynchus tshawytscha*, in southeastern Alaska. *Fish. Bull.* 94:482–497.

Orsi, J. A., and A. C. Wertheimer. 1995. Marine vertical distribution of juvenile chinook and coho salmon in southeastern Alaska. *Trans. Am. Fish. Soc.* 124:159–169.

Ostberg, C. O., S. D. Pavlov, and L. Hauser. 2009. Evolutionary relationships among sympatric life history forms of Dolly Varden inhabiting landlocked Kronotsky Lake, Kamchatka, and a neighboring anadromous population. *Trans. Am. Fish. Soc.* 138:1–14.

Osterback, A.-M. K., D. M. Frechette, S. A. Hayes, M. H. Bond, S. A. Shaffer, and J. W. Moore. 2014. Linking individual size and wild and hatchery ancestry to survival and predation risk of threatened steelhead (*Oncorhynchus mykiss*). *Can. J. Fish. Aquat. Sci.* 71:1877–1887.

Osterback, A.-M. K., D. M. Frechette, A. O. Shelton, S. A. Hayes, M. H. Bond, S. A. Shaffer, and J. W. Moore. 2013. High predation on small populations: Avian predation on imperiled salmonids. *Ecosphere* 4(9):116. http://dx.doi.org/10.1890/ES13-00100.1

Parker, R. R. 1968. Marine mortality schedules of pink salmon of the Bella Coola River, Central British Columbia. *J. Fish. Res. Board Can.* 25:757–794.

Parker, R. R., and P. A. Larkin. 1959. A concept of growth in fishes. *J. Fish. Res. Board Can.* 16:721–745.

Parkinson, E. A., C. J. Perrin, D. Ramos-Espinoza, and E. B. Taylor. 2016. Evidence for freshwater residualism in Coho Salmon, *Oncorhynchus kisutch*, from a watershed on the north coast of British Columbia. *Can. Field-Nat.* 130:336–343.

Parkyn, D. C., J. D. Austin, and C. W. Hawryshyn. 2003. Acquisition of polarized-light orientation in salmonids under laboratory conditions. *Anim. Behav.* 65:895–904.

Pascual, M., P. Bentzen, C. Riva-Rossi, G. Mackey, M. T. Kinnison, and R. Walker. 2001. First documented case of anadromy in a population of introduced rainbow trout in Patagonia, Argentina. *Trans. Am. Fish. Soc.* 130:53–67.

Pascual, M. A., and T. P. Quinn. 1991. Evaluation of alternative models of the coastal migration of adult Fraser River sockeye salmon (*Oncorhynchus nerka*). *Can. J. Fish. Aquat. Sci.* 48:799–810.

———. 1994. Geographical patterns of straying of fall chinook salmon (*Oncorhynchus tshawytscha*) from Columbia River (U.S.A.) hatcheries. *Aquacult. Fish. Mgmt.* 25(Suppl. 2):17–30.

Patten, B. G. 1975. Comparative vulnerability of fry of Pacific salmon and steelhead trout to predation by torrent sculpin in stream aquaria. *Fish. Bull.* 73:931–934.

———. 1977. Body size and learned avoidance as factors affecting predation on coho salmon, *Oncorhynchus kisutch*, fry by torrent sculpin, *Cottus rhotheus*. *Fish. Bull.* 75:457–459.

Patterson, D. A., J. S. Macdonald, K. M. Skibo, D. P. Barnes, I. Guthrie, and J. Hills. 2007. Reconstructing the summer thermal history for the lower Fraser River, 1941 to 2006, and implications for adult sockeye salmon (*Oncorhynchus nerka*) spawning migration. *Can. Tech. Rept. Fish. Aquat. Sci.* 2724:1–43.

Pavey, S. A., J. L. Nielsen, and T. R. Hamon. 2010. Recent ecological divergence despite migration in sockeye salmon (*Oncorhynchus nerka*). *Evolution* 64:1773–1783.

Pavlov, D. S., and K. A. Savvaitova. 2008. On the problem of ratio of anadromy and residence in salmonids (Salmonidae). *J. Ichthyol.* 48:778–791.

Pearcy, W. G. 1991. Biology of the Transition Zone. Pages 39–55 *in* J. A. Wetherall, editor. *Biology, oceanography, and fisheries of the North Pacific Transition Zone and Subarctic Frontal Zone.* National Marine Fisheries Service, NOAA Tech. Rept. 105. Honolulu. 111 p.

———. 1992. *Ocean ecology of North Pacific salmonids.* Washington Sea Grant Program, University of Washington, Seattle.

Pearcy, W. G., R. D. Brodeur, and J. P. Fisher. 1990. Distribution and biology of juvenile cutthroat trout *Oncorhynchus clarki clarki* and steelhead *O. mykiss* in coastal waters off Oregon and Washington. *Fish. Bull.* 88:697–711.

Pearcy, W. G., and J. P. Fisher. 1988. Migrations of coho salmon, *Oncorhynchus kisutch*, during their first summer in the ocean. *Fish. Bull.* 86:173–195.

———. 1990. Distribution and abundance of juvenile salmonids off Oregon and Washington, 1981–1985. NOAA Tech. Rep. 93. National Marine Fisheries Service, Corvalis, Oregon.

Pearcy, W. G., T. Nishiyama, T. Fujii, and K. Masuda. 1984. Diel variations in the feeding habits of Pacific salmon caught in gill nets during a 24-hour period in the Gulf of Alaska. *Fish. Bull.* 82:391–399.

Pearcy, W. G., C. D. Wilson, A. W. Chung, and J. W. Chapman. 1989. Residence times, distribution, and production of juvenile chum salmon, *Oncorhynchus keta*, in Netarts Bay, Oregon. *Fish. Bull.* 87:553–568.

Pearse, D. E. 2016. Saving the spandrels? Adaptive genomic variation in conservation and fisheries management. *J. Fish Biol.* 89:2697–2716.

Pearsons, T. N., and A. L. Fritts. 1999. Maximum size of chinook salmon consumed by juvenile coho salmon. *N. Am. J. Fish. Mgmt.* 19:165–170.

Peck, J. W. 1970. Straying and reproduction of coho salmon, *Oncorhynchus kisutch*, planted in a Lake Superior tributary. *Trans. Am. Fish. Soc.* 99:591–595.

Penaluna, B. E., A. Abadía-Cardoso, J. B. Dunham, F. J. García-De León, R. E. Gresswell, A. R. Luna, E. B. Taylor et al. 2016. Conservation of native Pacific trout diversity in western North America. *Fisheries* 41:286–300.

Perrin, C. J., and J. R. Irvine. 1990. A review of survey life estimates as they apply to the area-under-the-curve method for estimating the spawning escapement of Pacific salmon. *Can. Tech. Rept. Fish. Aquat. Sci.* 1733:1–49.

Perry, R. W., P. L. Brandes, J. R. Burau, A. P. Klimley, B. MacFarlane, C. Michel, and J. R. Skalski. 2013. Sensitivity of survival to migration routes used by juvenile Chinook salmon to negotiate the Sacramento-San Joaquin River Delta. *Env. Biol. Fish.* 96:381–392.

Pess, G. R., R. Hilborn, K. Kloehn, and T. P. Quinn. 2012. The influence of population dynamics and environmental conditions on pink salmon (*Oncorhynchus gorbuscha*) recolonization after barrier removal in the Fraser River, British Columbia, Canada. *Can. J. Fish. Aquat. Sci.* 69:970–982.

Pess, G. R., T. P. Quinn, S. R. Gephard, and R. Saunders. 2014. Re-colonization of Atlantic and Pacific rivers by anadromous fishes: Linkages between life history and the benefits of barrier removal. *Rev. Fish Biol. Fish.* 24:881–900.

Peterman, R. M. 1987. Review of the components of recruitment of Pacific salmon. *Am. Fish. Soc. Symp.* 1:417–429.

Peterman, R. M., S. G. Marinone, K. A. Thomson, I. D. Jardine, R. N. Crittenden, P. H. LeBlond, and C. J. Walters. 1994. Simulation of juvenile sockeye salmon (*Oncorhynchus nerka*) migrations in the Strait of Georgia, British Columbia. *Fish. Oceanogr.* 3:221–235.

Peterson, D. A., R. Hilborn, and L. Hauser. 2014. Local adaptation limits lifetime reproductive success of dispersers in a wild salmon metapopulation. *Nature Comm.* 5:3696.

Peterson, D. P., and C. J. Foote. 2000. Disturbance of small-stream habitat by spawning sockeye salmon in Alaska. *Trans. Am. Fish. Soc.* 129:924–934.

Peterson, N. P. 1982a. Immigration of juvenile coho salmon (*Oncorhynchus kisutch*) into riverine ponds. *Can. J. Fish. Aquat. Sci.* 39:1308–1310.

———. 1982b. Population characteristics of juvenile coho salmon (*Oncorhynchus kisutch*) overwintering in riverine ponds. *Can. J. Fish. Aquat. Sci.* 39:1303–1307.

Peterson, N. P., and T. P. Quinn. 1996. Spatial and temporal variation in dissolved oxygen in natural egg pockets of chum salmon, *Oncorhynchus keta* (Walbaum), in Kennedy Creek, Washington. *J. Fish Biol.* 48:131–143.

Peterson, W. T., C. A. Morgan, J. P. Fisher, and E. Casillas. 2010. Ocean distribution and habitat associations of yearling coho (*Oncorhynchus kisutch*) and Chinook (*O. tshawytscha*) salmon in the northern California Current. *Fish. Oceanogr.* 19:508–525.

Petrou, E. L., L. Hauser, R. S. Waples, J. E. Seeb, W. D. Templin, D. Gomez-Uchida, and L. W. Seeb. 2013. Secondary contact and changes in coastal habitat availability influence the nonequilibrium population structure of a salmonid (*Oncorhynchus keta*). *Molec. Ecol.* 22:5848–5860.

Petrou, E. L., J. E. Seeb, L. Hauser, M. J. Witteveen, W. D. Templin, and L. W. Seeb. 2014. Fine-scale sampling reveals distinct isolation by distance patterns in chum salmon (*Oncorhynchus keta*) populations occupying a glacially dynamic environment. *Cons. Gen.* 15:229–243.

Peven, C. M. 1987. Downstream migration timing of two stocks of sockeye salmon on the Mid-Columbia River. *Northw. Sci.* 61:186–190.

Peven, C. M., R. R. Whitney, and K. R. Williams. 1994. Age and length of steelhead smolts from the mid-Columbia River basin, Washington. *N. Am. J. Fish. Mgmt.* 14:77–86.

Phillips, R. B., M. P. Matsuoka, N. R. Konkol, and S. McKay. 2004. Molecular systematics and evolution of the growth hormone introns in the Salmoninae. *Env. Biol. Fish.* 69:433–440.

Phillips, R. B., K. A. Pleyte, and M. R. Brown. 1992. Salmonid phylogeny inferred from ribosomal DNA restriction maps. *Can. J. Fish. Aquat. Sci.* 49:234–2353.

Pielou, E. C. 1991. *After the Ice Age: The return of life to glaciated North America.* University of Chicago Press, Chicago.

Pinkas, L., M. S. Oliphant, and I. L. K. Iverson. 1971. Food habits of albacore, bluefin tuna, and bonito in California waters. *Cal. Dept. Fish Game, Fish Bull.* 152:1–105.

Polymeropoulos, E. T., N. G. Elliott, and P. B. Frappell. 2016. The maternal effect of differences in egg size influence metabolic rate and hypoxia induced hatching in Atlantic salmon eggs: Implications for respiratory gas exchange across the egg capsule. *Can. J. Fish. Aquat. Sci.* 73:1173–1181.

Power, M., G. Power, J. D. Reist, and R. Bajno. 2009. Ecological and genetic differentiation among the Arctic charr of Lake Aigneau, northern Québec. *Ecol. Freshw. Fish* 18:445–460.

Powers, S. P., M. A. Bishop, S. Moffitt, and G. H. Reeves. 2007. Variability in freshwater, estuarine, and marine residence of sockeye salmon *Oncorhynchus nerka* within the Copper and Bering river deltas, Alaska. *Am. Fish. Soc. Symp.* 54:87–99.

Praskievicz, S. 2016. Impacts of projected climate changes on streamflow and sediment transport for three snowmelt-dominated rivers in the interior Pacific Northwest. *River Res. Apps.* 32:4–17.

Pressey, R. T. 1953. The sport fishery for salmon on Puget Sound. *Fish. Res. Papers, Wash. Dept. Fish.* 1(1):33–48.

Price, D. M., T. Quinn, and R. J. Barnard. 2010. Fish passage effectiveness of recently constructed road crossing culverts in the Puget Sound region of Washington State. *N. Am. J. Fish. Mgmt.* 30:1110–1125.

Putman, N. F., E. S. Jenkins, C. G. J. Michielsens, and D. L. G. Noakes. 2014. Geomagnetic imprinting predicts spatiotemporal variation in homing migration of pink and sockeye salmon. *J. Royal Soc. Interface* 11:20140542. DOI: 10.1098/rsif.2014.0542.

Putman, N. F., K. J. Lohmann, E. M. Putman, T. P. Quinn, A. P. Klimley, and D. L. G. Noakes. 2013. Evidence for geomagnetic imprinting as a homing mechanism in Pacific salmon. *Current Biol.* 23:312–316.

Putman, N. F., M. M. Scanlan, E. J. Billman, J. P. O'Neil, R. B. Couture, T. P. Quinn, K. J. Lohmann, and D. L. G. Noakes. 2014. An inherited magnetic map guides ocean navigation in juvenile Pacific salmon. *Current Biol.* 24:446–450.

Putman, N. F., M. M. Scanlan, A. M. Pollock, J. P. O'Neil, R. B. Couture, J. S. Stoner, T. P. Quinn, K. J. Lohmann, and D. L. G. Noakes. 2018. Geomagnetic field influences upward movement of young Chinook salmon emerging from nests. *Biol. Letts.* 14:20170752.

Pyper, B. J., F. J. Mueter, and R. M. Peterman. 2005. Across-species comparisons of spatial scales of environmental effects on survival rates of Northeast Pacific salmon. *Trans. Am. Fish. Soc.* 134:86–104.

Pyper, B. J., and R. M. Peterman. 1999. Relationship among adult body length, abundance, and ocean temperature for British Columbia and Alaska sockeye salmon (*Oncorhynchus nerka*), 1967–1997. *Can. J. Fish. Aquat. Sci.* 56:1716–1720.

Pyper, B. J., R. M. Peterman, M. F. Lapointe, and C. J. Walters. 1999. Patterns of covariation in length and age at maturity of British Columbia and Alaska sockeye salmon (*Oncorhynchus nerka*) stocks. *Can. J. Fish. Aquat. Sci.* 56:1046–1057.

Quinn, T. P. 1980. Evidence for celestial and magnetic compass orientation in lake migrating sockeye salmon fry. *J. Comp. Physiol.* 137:243–248.

———. 1984. Homing and straying in Pacific salmon. Pages 357–362 *in* J. D. McCleave, G. P. Arnold, J. J. Dodson, and W. H. Neill, editors. *Mechanisms of migration in fishes*. Plenum Publishing Corporation, New York.

———. 1988. Estimated swimming speeds of migrating adult sockeye salmon. *Can. J. Zool.* 66:2160–2163.

———. 1990a. Current controversies in the study of salmon homing. *Ethol. Ecol. Evol.* 2:49–63.

———. 1990b. Migratory behavior of Pacific salmon in estuaries: Recent results with ultrasonic telemetry. Pages 13–25 *in* C. A. Simenstad, editor. *Effects of dredging on anadromous Pacific Coast fishes*. Washington Sea Grant Program, University of Washington, Seattle.

———. 1991. Models of Pacific salmon orientation and navigation on the open ocean. *J. Theoret. Biol.* 150:539–545.

———. 1999. Variation in Pacific salmon reproductive behaviour associated with species, sex, and levels of competition. *Behaviour* 136:179–204.

Quinn, T. P., and D. J. Adams. 1996. Environmental changes affecting the migratory timing of American shad and sockeye salmon. *Ecology* 77:1151–1162.

Quinn, T. P., M. D. Adkison, and M. B. Ward. 1996. Behavioral tactics of male sockeye salmon (*Oncorhynchus nerka*) under varying operational sex ratios. *Ethology* 102:304–322.

Quinn, T. P., and E. L. Brannon. 1982. The use of celestial and magnetic cues by orienting sockeye salmon smolts. *J. Comp. Physiol.* 147:547–552.

Quinn, T. P., E. L. Brannon, and R. P. Whitman. 1983. Pheromones and the water source preferences of adult coho salmon *Oncorhynchus kisutch* Walbaum. *J. Fish Biol.* 22:677–684.

Quinn, T. P., and C. A. Busack. 1985. Chemosensory recognition of siblings in juvenile coho salmon (*Oncorhynchus kisutch*). *Anim. Behav.* 33:51–56.

Quinn, T. P., J. Chamberlin, and E. L. Brannon. 2011. Experimental evidence of population-specific spatial distributions of Chinook salmon, *Oncorhynchus tshawytscha*. *Env. Biol. Fish.* 92:313–322.

Quinn, T. P., C. J. Cunningham, J. Randall, and R. Hilborn. 2014. Can intense predation by bears exert a depensatory effect on recruitment in a Pacific salmon population? *Oecologia* 176:445–456.

Quinn, T. P., C. J. Cunningham, and A. J. Wirsing. 2017. Diverse foraging opportunities drive the functional response of local and landscape-scale bear predation on Pacific salmon. *Oecologia* 183:415–429.

Quinn, T. P., B. R. Dickerson, and L. A. Vøllestad. 2005. Marine survival and distribution patterns of two Puget Sound hatchery populations of coho (*Oncorhynchus kisutch*) and chinook (*O. tshawytscha*) salmon. *Fish. Res.* 76:209–220.

Quinn, T. P., K. Doctor, N. Kendall, and H. B. Rich Jr. 2009. Diadromy and the life history of sockeye salmon: Nature, nurture, and the hand of man. *Am. Fish. Soc. Symp.* 69:23–42.

Quinn, T. P., D. M. Eggers, J. H. Clark, and H. B. Rich Jr. 2007. Pre-spawning mortality and egg retention: A component in density-dependent population regulation in Pacific salmon. *Can. J. Fish. Aquat. Sci.* 64:574–582.

Quinn, T. P., and C. J. Foote. 1994. The effects of body size and sexual dimorphism on the reproductive behaviour of sockeye salmon (*Oncorhynchus nerka*). *Anim. Behav.* 48:751–761.

Quinn, T. P., and K. L. Fresh. 1984. Homing and straying in chinook salmon (*Oncorhynchus tshawytscha*) from Cowlitz River Hatchery, Washington. *Can. J. Fish. Aquat. Sci.* 41:1078–1082.

Quinn, T. P., S. M. Gende, G. T. Ruggerone, and D. E. Rogers. 2003. Density dependent predation by brown bears (*Ursus arctos*) on sockeye salmon (*Oncorhynchus nerka*). *Can. J. Fish. Aquat. Sci.* 60:553–562.

Quinn, T. P., N. Harris, J. A. Shaffer, C. Byrnes, and P. Crain. 2013. Juvenile coho salmon, *Oncorhynchus kisutch*, in the Elwha River estuary prior to dam removal: Seasonal occupancy, size distribution, and comparison to nearby Salt Creek. *Trans. Am. Fish. Soc.* 142:1058–1066.

Quinn, T. P., A. P. Hendry, and G. B. Buck. 2001. Balancing natural and sexual selection in sockeye salmon: Interactions between body size, reproductive opportunity, and vulnerability to predation by bears. *Evol. Ecol. Res.* 3:917–937.

Quinn, T. P., A. P. Hendry, and L. A. Wetzel. 1995. The influence of life history trade-offs and the size of incubation gravels on egg size variation in sockeye salmon (*Oncorhynchus nerka*). *Oikos* 74:425–438.

Quinn, T. P., M. T. Kinnison, and M. J. Unwin. 2001. Evolution of chinook salmon (*Oncorhynchus tshawytscha*) populations in New Zealand: Pattern, rate, and process. *Genetica* 112–113:493–513.

Quinn, T. P., P. McGinnity, and T. E. Reed. 2016. The paradox of "premature migration" by adult anadromous salmonid fishes: Patterns and hypotheses. *Can. J. Fish. Aquat. Sci.* 73:1015–1030.

Quinn, T. P., and K. W. Myers. 2004. Anadromy and the marine migrations of Pacific salmon and trout: Rounsefell revisited. *Rev. Fish Biol. Fish.* 14:421–442.

Quinn, T. P., R. S. Nemeth, and D. O. McIsaac. 1991. Homing and straying patterns of fall chinook salmon in the lower Columbia River. *Trans. Am. Fish. Soc.* 120:150–156.

Quinn, T. P., J. A. Peterson, V. Gallucci, W. K. Hershberger, and E. L. Brannon. 2002. Artificial selection and environmental change: Countervailing factors affecting the timing of spawning by coho and chinook salmon. *Trans. Am. Fish. Soc.* 131:591–598.

Quinn, T. P., and N. P. Peterson. 1996. The influence of habitat complexity and fish size on over-winter survival and growth of individually-marked juvenile coho salmon (*Oncorhynchus kisutch*) in Big Beef Creek, Washington. *Can. J. Fish. Aquat. Sci.* 53:1555–1564.

Quinn, T. P., H. B. Rich Jr., D. Gosse, and N. Schtickzelle. 2012. Population dynamics and asynchrony at fine spatial scales: A case history of sockeye salmon population structure in Alaska. *Can. J. Fish. Aquat. Sci.* 69:297–306.

Quinn, T. P., T. R. Seamons, L. A. Vøllestad, and E. J. Duffy. 2011. Effects of growth and reproductive history on the egg size-fecundity trade-off in steelhead. *Transactions of the American Fisheries Society* 140:45–51.

Quinn, T. P., C. J. Sergeant, A. H. Beaudreau, and D. A. Beauchamp. 2012. Spatial and temporal patterns of vertical distribution for three planktivorous fishes in Lake Washington. *Ecol. Freshw. Fish* 21:337–348.

Quinn, T. P., I. J. Stewart, and C. P. Boatright. 2006. Experimental evidence of homing to site of incubation by mature sockeye salmon (*Oncorhynchus nerka*). *Anim. Behav.* 77:941–949.

Quinn, T. P., and B. A. terHart. 1987. Movements of adult sockeye salmon (*Oncorhynchus nerka*) in British Columbia coastal waters in relation to temperature and salinity stratification: Ultrasonic telemetry results. *Can. Sp. Publ. Fish. Aquat. Sci.* 96:61–77.

Quinn, T. P., B. A. terHart, and C. Groot. 1989. Migratory orientation and vertical movements of homing adult sockeye salmon, *Oncorhynchus nerka*, in coastal waters. *Anim. Behav.* 37:587–599.

Quinn, T. P., and M. J. Unwin. 1993. Life history patterns of New Zealand chinook salmon (*Oncorhynchus tshawytscha*) populations. *Can. J. Fish. Aquat. Sci.* 50:1414–1421.

Quinn, T. P., M. J. Unwin, and M. T. Kinnison. 2000. Evolution of temporal isolation in the wild: Genetic divergence in timing of migration and breeding by introduced chinook salmon populations. *Evolution* 54:1372–1385.

Quinn, T. P., E. C. Volk, and A. P. Hendry. 1999. Natural otolith microstructure patterns reveal precise homing to natal incubation sites by sockeye salmon (*Oncorhynchus nerka*). *Can. J. Zool.* 77:766–775.

Quinn, T. P., L. A. Vøllestad, J. Peterson, and V. Gallucci. 2004. Influences of fresh water and marine growth on the egg size—egg number tradeoff in coho and chinook salmon. *Trans. Am. Fish. Soc.* 133:55–65.

Quinn, T. P., L. Wetzel, S. Bishop, K. Overberg, and D. E. Rogers. 2001. Influence of breeding habitat on bear predation, and age at maturity and sexual dimorphism of sockeye salmon populations. *Can. J. Zool.* 79:1782–1793.

Quinn, T. P., C. C. Wood, L. Margolis, B. Riddell, and K. D. Hyatt. 1987. Homing in wild sockeye salmon (*Oncorhynchus nerka*) populations as inferred from differences in parasite prevalence and allozyme allele frequencies. *Can. J. Fish. Aquat. Sci.* 44:1963–1971.

Rahel, F. J. 2002. Homogenization of freshwater faunas. *Ann. Rev. Ecol. Syst.* 33:291–315.

Rajasingh, H., D. I. Våge, S. A. Pavey, and S. W. Omholt. 2007. Why are salmonids pink? *Can. J. Fish. Aquat. Sci.* 64:1614–1627.

Raleigh, R. F. 1967. Genetic control in the lakeward migrations of sockeye salmon (*Oncorhynchus nerka*) fry. *J. Fish. Res. Board Can.* 24:2613–2622.

———. 1971. Innate control of migrations of salmon and trout fry from natal gravels to rearing areas. *Ecology* 52:291–297.

Raleigh, R. F., and D. W. Chapman. 1971. Genetic control in lakeward migrations of cutthroat trout fry. *Trans. Am. Fish. Soc.* 100:33–40.

Ramsden, S. D., H. Brinkmann, C. W. Hawryshyn, and J. S. Taylor. 2003. Mitogenomics and the sister of Salmonidae. *Tr. Ecol. Evol.* 18:607–610.

Randall, R. G., M. C. Healey, and J. B. Dempson. 1987. Variability in length of freshwater residence of salmon, trout, and char. *Am. Fish. Soc. Symp.* 1:27–41.

Raymond, H. L. 1988. Effects of hydroelectric development and fisheries enhancement on spring and summer chinook salmon and steelhead in the Columbia River basin. *N. Am. J. Fish. Mgmt.* 8:1–24.

Reed, T. E., E. de Eyto, K. O'Higgins, P. Gargan, W. Roche, J. White, N. O'Maoileidigh, T. P. Quinn, and P. McGinnity. 2017 Availability of holding habitat in lakes and rivers affects the incidence of spring ("premature") upriver migration by Atlantic salmon. *Can. J. Fish. Aquat. Sci.* 74:668–679.

Reese, C. D., and B. C. Harvey. 2002. Temperature-dependent interactions between juvenile steelhead and Sacramento pikeminnow in laboratory streams. *Trans. Am. Fish. Soc.* 131:599–606.

Reeves, G. H., F. H. Everest, and J. D. Hall. 1987. Interactions between the redside shiner (*Richardsonius balteatus*) and the steelhead trout (*Salmo gairdneri*) in Western Oregon: The influence of water temperature. *Can. J. Fish. Aquat. Sci.* 44:1603–1613.

Reeves, G. H., F. H. Everest, and J. R. Sedell. 1993. Diversity of juvenile anadromous salmonid assemblages in coastal Oregon basins with different levels of timber harvest. *Trans. Am. Fish. Soc.* 122:309–317.

Regan, C. T. 1911. *The freshwater fishes of the British Isles.* Methuen, London.

Reimchen, T. E. 2000. Some ecological and evolutionary aspects of bear-salmon interactions in coastal British Columbia. *Can. J. Zool.* 78:448–458.

Reimchen, T. E., and C. H. Fox. 2013. Fine-scale spatiotemporal influences of salmon on growth and nitrogen signatures of Sitka spruce tree rings. *BMC Ecology* 13:38.

Reimchen, T. E., D. Mathewson, M. D. Hocking, J. Moran, and D. Harris. 2003. Isotopic evidence for enrichment of salmon-derived nutrients in vegetation, soil, and insects in riparian zones in coastal British Columbia. *Am. Fish. Soc. Symp.* 34:59–69.

Reimers, P. E. 1971. The length of residence of juvenile fall chinook salmon in Sixes River, Oregon. PhD dissertation, Oregon State University, Corvallis.

Reisenbichler, R. R. 1988. Relation between distance transferred from natal stream and recovery rate for hatchery coho salmon. *N. Am. J. Fish. Mgmt.* 8:172–174.

Reisenbichler, R. R., and S. P. Rubin. 1999. Genetic changes from artificial propagation of Pacific salmon affect the productivity and viability of supplemented populations. *ICES J. Mar. Sci.* 56:459–466.

Reist, J. D., J. D. Johnson, and T. J. Carmichael. 1997. Variation and specific identity of char from northwestern Arctic Canada and Alaska. *Am. Fish. Soc. Symp.* 19:250–261.

Rennie, C. D., and R. G. Millar. 2000. Spatial variability of stream bed scour and fill: A comparison of scour depth in chum salmon (*Oncorhynchus keta*) redds and adjacent bed. *Can. J. Fish. Aquat. Sci.* 57:928–938.

Rhodes, J. S., and T. P. Quinn. 1998. Factors affecting the outcome of territorial contests between hatchery and naturally reared coho salmon parr in the laboratory. *J. Fish Biol.* 53:1220–1230.

Rich, H. B., Jr, S. M. Carlson, B. E. Chasco, K. C. Briggs, and T. P. Quinn. 2006. Movements of male sockeye salmon, *Oncorhynchus nerka*, on spawning grounds: The effects of in-stream residency, density, and body size. *Anim. Behav.* 71:971–981.

Rich, H. B., Jr., T. P. Quinn, M. D. Scheuerell, and D. E. Schindler. 2009. Climate and intra-specific competition control the growth and life history of juvenile sockeye salmon (*Oncorhynchus nerka*) in Iliamna Lake, Alaska. *Can. J. Fish. Aquat. Sci.* 66:238–246.

Rich, W. H. 1939. Local populations and migration in relation to the conservation of Pacific salmon in the western states and Alaska. Pages 45–50 *in* F. R. Moulton, editor. *The migration and conservation of salmon.* American Association for the Advancement of Science, Lancaster, Pennsylvania.

Ricker, W. E. 1938. "Residual" and kokanee salmon in Cultus Lake. *J. Fish. Res. Board Can.* 4:192–218.

———. 1940. On the origin of kokanee, a fresh-water type of sockeye salmon. *Trans. Royal Soc. Can.* 34:121–135.

———. 1950. Cycle dominance among the Fraser sockeye. *Ecology* 31:6–26.

———. 1954. Stock and recruitment. *J. Fish. Res. Board Can.* 11:559–623.

———. 1964. Ocean growth and mortality of pink and chum salmon. *J. Fish. Res. Board Can.* 21:905–931.

———. 1972. Hereditary and environmental factors affecting certain salmonid populations. Pages 19–160 *in* R. C. Simon and P. A. Larkin, editors. *The stock concept in Pacific salmon.* H. R. MacMillan Lectures in Fisheries, University of British Columbia Press, Vancouver.

———. 1976. Review of the rate of growth and mortality of Pacific salmon in salt water, and noncatch mortality caused by fishing. *J. Fish. Res. Board Can.* 33:1483–1525.

———. 1980. Causes of the decrease in age and size of chinook salmon (*Oncorhynchus tshawytscha*). *Can. Tech. Rept. Fish. Aquat. Sci.* 944:1–25.

———. 1981. Changes in the average size and average age of Pacific salmon. *Can. J. Fish. Aquat. Sci.* 38:1636–1656.

———. 1987. Effects of the fishery and of obstacles to migration on the abundance of Fraser River sockeye salmon (*Oncorhynchus nerka*). *Can. Tech. Rept. Fish. Aquat. Sci.* 1522:1–75.

———. 1992. Back-calculation of fish lengths based on proportionality between scale and length increments. *Can. J. Fish. Aquat. Sci.* 49:1018–1026.

———. 1995. Trends in the average size of Pacific salmon in Canadian catches. *Can. Sp. Publ. Fish. Aquat. Sci.* 121:593–602.

Riddell, B. E. 1993. Spatial organization of Pacific salmon: What to conserve? Pages 23–41 *in* J. G. Cloud and G. H. Thorgaard, editors. *Genetic conservation of salmonid fishes.* Plenum Press, New York.

Rieman, B. E., and D. L. Myers. 1992. Influence of fish density and relative productivity on growth of kokanee in ten oligotrophic lakes and reservoirs in Idaho. *Trans. Am. Fish. Soc.* 121:178–191.

Rieman, B. E., D. L. Myers, and R. L. Nielsen. 1994. Use of otolith microchemistry to discriminate *Oncorhynchus nerka* of resident and anadromous origin. *Can. J. Fish. Aquat. Sci.* 51:68–77.

Rigby, P., J. McConnaughey, and H. Savikko. 1991. *Alaska commercial salmon catches, 1878–1991.* Alaska Department of Fish Game, Reg. Info. Rept. 5J91-16. Juneau. 88 p.

Rikardsen, A. H., O. H. Diserud, J. M. Elliott, J. B. Dempson, J. Sturlaugsson, and A. J. Jensen. 2007. The marine temperature and depth preferences of Arctic charr (*Salvelinus alpinus*) and sea trout (*Salmo trutta*), as recorded by data storage tags. *Fish. Oceanogr.* 16:436–447.

Rine, K. M., M. S. Wipfli, E. R. Schoen, T. L. Nightengale, and C. A. Stricker. 2016. Trophic pathways supporting juvenile Chinook and coho salmon in the glacial Susitna River, Alaska: Patterns of freshwater, marine, and terrestrial food resource use across a seasonally dynamic habitat mosaic. *Can. J. Fish. Aquat. Sci.* 73:1626–1641.

Rinella, D. J., M. S. Wipfli, C. A. Stricker, R. A. Heintz, and M. J. Rinella. 2012. Pacific salmon (*Oncorhynchus* spp.) runs and consumer fitness: Growth and energy storage in stream-dwelling salmonids increase with salmon spawner density. *Can. J. Fish. Aquat. Sci.* 69:73–84.

Riva-Rossi, C. M., M. A. Pascual, J. A. Babaluk, M. García-Asorey, and N. M. Halden. 2007. Intra-population variation in anadromy and reproductive life span in rainbow trout introduced in the Santa Cruz River, Argentina. *J. Fish Biol.* 70:1780–1797.

Robins, J. B., C. A. Abrey, T. P. Quinn, and D. E. Rogers. 2005. Lacustrine growth of juvenile pink salmon, *Oncorhynchus gorbuscha*, and a comparison with sympatric sockeye salmon, *O. nerka*. *J. Fish Biol.* 66:1671–1680.

Roegner, G. C., and D. J. Teel. 2014. Density and condition of subyearling Chinook salmon in the lower Columbia River and estuary in relation to water temperature and genetic stock of origin. *Trans. Am. Fish. Soc.* 143:1161–1176.

Rogers, D. E. 1973. Abundance and size of juvenile sockeye salmon, *Oncorhynchus nerka*, and associated species in Lake Aleknagik, Alaska, in relation to their environment. *Fish. Bull.* 71:1061–1075.

———. 1980. Density-dependent growth of Bristol Bay sockeye salmon. Pages 267–283 *in* W. J. McNeil and D. C. Himsworth, editors. *Salmonid ecosystems of the North Pacific*. Orgon State University Press, Corvallis.

———. 1987. The regulation of age at maturity in Wood River sockeye salmon (*Oncorhynchus nerka*). *Can. Sp. Publ. Fish. Aquat. Sci.* 96:78–89.

———. 1988. Bristol Bay smolt migrations: Timing and size composition and the effects on distribution and survival at sea. Pages 87–101 *in* W. J. McNeil, editor. *Salmon production, management, and allocation*. Oregon State University Press, Corvallis.

———. 2001. Estimates of annual salmon runs from the North Pacific, 1951–2001. School of Aquatic and Fishery Sciences, University of Washington, Seattle.

Rogers, D. E., and G. T. Ruggerone. 1993. Factors affecting marine growth of Bristol Bay sockeye salmon. *Fish. Res.* 18:89–103.

Rogers, L. A., and D. E. Schindler. 2008. Asynchrony in population dynamics of sockeye salmon in southwest Alaska. *Oikos* 117:1578–1586.

Rogers, L. A., D. E. Schindler, P. J. Lisi, G. W. Holtgrieve, P. R. Leavitt, L. Bunting, B. P. Finney et al. 2013. Centennial-scale fluctuations and regional complexity characterize Pacific salmon population dynamics over the past five centuries. *Proc. Nat. Acad. Sci.* 110:1750–1755.

Rohde, J., K. L. Fresh, and T. P. Quinn. 2014. Factors affecting partial migration in Puget Sound coho salmon (*Oncorhynchus kisutch*). *N. Am. J. Fish. Mgmt.* 34:559–570.

Romer, J. D., C. A. Leblanc, S. Clements, J. A. Ferguson, M. L. Kent, D. Noakes, and C. B. Schreck. 2013. Survival and behavior of juvenile steelhead trout (*Oncorhynchus mykiss*) in two estuaries in Oregon, USA. *Env. Biol. Fish.* 96:849–863.

Roni, P. 1992. Life history and spawning habitat in four stocks of large-bodied chinook salmon (*Oncorhynchus tshawytscha*). MS thesis, University of Washington, Seattle.

———. 2002. Habitat use by fishes and Pacific giant salamanders in small western Oregon and Washington streams. *Trans. Am. Fish. Soc.* 131:743–761.

Roni, P., T. Bennett, R. Holland, G. Pess, K. Hanson, R. Moses, M. McHenry, W. Ehinger, and J. Walter. 2012. Factors affecting migration timing, growth, and survival of juvenile coho salmon in two coastal Washington watersheds. *Trans. Am. Fish. Soc.* 141:890–906.

Roni, P., and A. Fayram. 2000. Estimating winter salmonid abundance in small western Washington streams: A comparison of three techniques. *N. Am. J. Fish. Mgmt.* 20:683–692.

Roni, P., and T. P. Quinn. 1995. Geographic variation in size and age of North American chinook salmon. *N. Am. J. Fish. Mgmt.* 15:325–345.

———. 2001. Density and size of juvenile salmonids in response to placement of large woody debris in western Oregon and Washington streams. *Can. J. Fish. Aquat. Sci.* 58:282–292.

Roos, J. F. 1991. *Restoring Fraser River salmon*. Pacific Salmon Commission, Vancouver, British Columbia.

Roper, B. B., and D. L. Scarnecchia. 1999. Emigration of age-0 chinook salmon (*Oncorhynchus tshawytscha*) smolts from the upper South Umpqua River basin, Oregon, U.S.A. *Can. J. Fish. Aquat. Sci.* 56:939–946.

Rosenfeld, J. S., and S. Boss. 2001. Fitness consequences of habitat use for juvenile cutthroat trout: Energetic costs and benefits in pools and riffles. *Can. J. Fish. Aquat. Sci.* 58:585–593.

Rounsefell, G. A. 1958. Anadromy in North American Salmonidae. *Fish. Bull.* 58:171–185.

Royce, W. F., L. S. Smith, and A. C. Hartt. 1968. Models of oceanic migrations of Pacific salmon and comments on guidance mechanisms. *Fish. Bull.* 66:441–462.

Ruggerone, G. T. 1989. Coho salmon predation on juvenile sockeye salmon in the Chignik Lakes, Alaska. PhD dissertation, University of Washington, Seattle.

———. 2000. Differential survival of juvenile sockeye and coho salmon exposed to low dissolved oxygen during winter. *J. Fish Biol.* 56:1013–1016.

Ruggerone, G. T., B. A. Agler, B. M. Connors, E. V. Farley Jr., J. R. Irvine, L. I. Wilson, and E. M. Yasumiishi. 2016. Pink and sockeye salmon interactions at sea and their influence on forecast error of Bristol Bay sockeye salmon. *N. Pac. Anad. Fish Comm. Bull.* 6:349–361.

Ruggerone, G. T., and B. M. Connors. 2015. Productivity and life history of sockeye salmon in relation to competition with pink and sockeye salmon in the North Pacific Ocean. *Can. J. Fish. Aquat. Sci.* 72:818–833.

Ruggerone, G. T., R. Hanson, and D. E. Rogers. 2000. Selective predation by brown bears (*Ursus arctos*) foraging on spawning sockeye salmon (*Oncorhynchus nerka*). *Can. J. Zool.* 78:974–981.

Ruggerone, G. T., and J. L. Nielsen. 2004. Evidence for competitive dominance of pink salmon (*Oncorhynchus gorbuscha*) over other salmonids in the North Pacific Ocean. *Rev. Fish Biol. Fish.* 14:371–390.

Ruggerone, G. T., R. M. Peterman, B. Dorner, and K. W. Myers. 2010. Magnitude and trends in abundance of hatchery and wild pink salmon, chum salmon, and sockeye salmon in the North Pacific Ocean. *Mar. Coastal Fish.* 2:306–326.

Ruggerone, G.T., T. P. Quinn, I. A. McGregor, and T. S. Wilkinson. 1990. Horizontal and vertical movements of adult steelhead trout, *Oncorhynchus mykiss*, in Dean and Fisher channels, British Columbia. *Can. J. Fish. Aquat. Sci.* 47:1963–1969.

Ruggerone, G. T., and D. E. Rogers. 1984. Arctic char predation on sockeye salmon smolts at Little Togiak River, Alaska. *Fish. Bull.* 82:401–410.

———. 1992. Predation on sockeye salmon fry by juvenile coho salmon in the Chignik Lakes, Alaska: Implications for salmon management. *N. Am. J. Fish. Mgmt.* 12:89–102.

———. 2003. Multi-year effects of high densities of sockeye salmon spawners on juvenile salmon growth and survival: A case study from the *Exxon Valdez* oil spill. *Fish. Res.* 63:379–392.

Ruggerone, G. T., M. Zimmermann, K. W. Myers, J. L. Nielsen, and D. E. Rogers. 2003. Competition between Asian pink salmon (*Oncorhynchus gorbuscha*) and Alaskan sockeye salmon (*O. nerka*) in the North Pacific Ocean. *Fish. Oceanogr.* 12:209–219.

Rundio, D. E., T. H. Williams, D. E. Pearse, and S. T. Lindley. 2012. Male-biased sex ratio of nonanadromous *Oncorhynchus mykiss* in a partially migratory population in California. *Ecol. Freshw. Fish* 21:293–299.

Ryan, B. A., J. W. Ferguson, R. D. Ledgerwood, and E. P. Nunnallee. 2001. Detection of passive integrated transponder tags from juvenile salmonids on piscivorous bird colonies in the Columbia River Basin. *N. Am. J. Fish. Mgmt.* 21:417–421.

Ryan, B. A., S. G. Smith, J. Butzerin, and J. W. Ferguson. 2003. Relative vulnerability to avian predation of PIT-tagged juvenile salmonids in the Columbia River estuary, 1998–2000. *Trans. Am. Fish. Soc.* 132:275–288.

Ryder, O. A. 1986. Species conservation and systematics: The dilemma of subspecies. *Tr. Ecol. Evol.* 1:9–10.

Sabo, J. L., and G. B. Pauley. 1997. Competition between stream-dwelling cutthroat trout (*Oncorhynchus clarki*) and coho salmon (*Oncorhynchus kisutch*): Effects of relative size and population origin. *Can. J. Fish. Aquat. Sci.* 54:2609–2617.

Sahashi, G., and K. Morita. 2013. Migration costs drive convergence of threshold traits for migratory tactics. *Proc. Royal Soc. London* B 280:20132539.

Salo, E. O. 1991. Life history of chum salmon (*Oncorhynchus keta*). Pages 231–309 *in* C. Groot and L. Margolis, editors. *Pacific salmon life histories.* University of British Columbia Press, Vancouver.

Salo, E. O., and T. W. Cundy, eds. 1987. *Streamside management: Forestry and fishery interactions*. University of Washington College of Forest Resources, Seattle.

Saltykova, E., G. Markevich, and K. Kuzishchin. 2015. Divergent skull morphology between trophic separated lacustrine forms of Dolly Varden charr from Lake Kronotskoe, Kamchatka, Russia. *Env. Biol. Fish.* 98:559–570.

Sandercock, F. K. 1991. Life history of coho salmon (*Oncorhynchus kisutch*). Pages 395–445 *in* C. Groot and L. Margolis, editors. *Pacific salmon life histories*. University of British Columbia Press, Vancouver.

Sandlund, O. T., T. Gunnarsson, P. M. Jónasson, B. Jonsson, T. Lindem, K. P. Magnússon, H. J. Malmquist, H. Sigurjónsdóttir, S. Skúlason, and S. S. Snorrason. 1992. The arctic charr *Salvelinus alpinus* in Thingvallavatn, Iceland. *Oikos* 64:305–351.

Satou, M., A. Shiraishi, T. Matsushima, and N. Okumoto. 1991. Vibrational communication during spawning behavior in hime salmon (landlocked red salmon, *Oncorhynchus nerka*). *J. Comp. Physiol.* 168:417–428.

Satterthwaite, W. H., S. M. Carlson, S. D. Allen-Moran, S. Vincenzi, S. J. Bograd, and B. K. Wells. 2014. Match-mismatch dynamics and the relationship between ocean-entry timing and relative ocean recoveries of Central Valley fall run Chinook salmon. *Mar. Ecol. Prog. Ser.* 511:237–248.

Savvaitova, K. A., M. A. Gruzdeva, K. V. Kuzishchin, D. S. Pavlov, J. A. Stanford, S. G. Sokolov, and B. Ellis. 2005. "Half-pounders" of *Parasalmo mykiss*—a special element of the species structure: On the formation of various life strategies. *J. Ichthyol.* 45:768–777.

Scanlon, B. 2000. The ecology of the Arctic char and the Dolly Varden in the Becharof Lake drainage, Alaska. MS thesis, University of Alaska, Fairbanks.

Scarnecchia, D. L. 1981. Effects of streamflow and upwelling on yield of wild coho salmon (*Oncorhynchus kisutch*) in Oregon. *Can. J. Fish. Aquat. Sci.* 38:471–475.

Schalk, R. F. 1986. Estimating salmon and steelhead usage in the Columbia basin before 1850: The anthropological perspective. *Northw. Env. J.* 2:1–29.

Scheel, D., and K. R. Hough. 1997. Salmon fry predation by seabirds near an Alaskan hatchery. *Mar. Ecol. Prog. Ser.* 150:35–48.

Scheuerell, J. M., D. E. Schindler, M. D. Scheuerell, K. L. Fresh, T. H. Sibley, A. H. Litt, and J. H. Shepherd. 2005. Temporal dynamics in foraging behavior of a pelagic predator. *Can. J. Fish. Aquat. Sci.* 62:2494–2501.

Scheuerell, M. D., J. W. Moore, D. E. Schindler, and C. J. Harvey. 2007. Varying effects of anadromous sockeye salmon on the trophic ecology of two species of resident salmonids in southwest Alaska. *Freshw. Biol.* 52:1944–1956.

Scheuerell, M. D., and D. E. Schindler. 2003. Diel vertical migration by juvenile sockeye salmon: Empirical evidence for the anti-predation window. *Ecology* 84:1713–1720.

Scheuerell, M. D., R. W. Zabel, and B. P. Sandford. 2009. Relating juvenile migration timing and survival to adulthood in two species of threatened Pacific salmon (*Oncorhynchus* spp.). *J. App. Ecol.* 46:983–990.

Schindler, D. E., R. Hilborn, B. Chasco, C. P. Boatright, T. P. Quinn, L. A. Rogers, and M. S. Webster. 2010. Population diversity and the portfolio effect in an exploited species. *Nature* 465:609–612.

Schindler, D. E., P. R. Leavitt, S. P. Johnson, and C. Brock. 2006. A five hundred year context for the recent surge in sockeye salmon abundance in the Alagnak River, Alaska. *Can. J. Fish. Aquat. Sci.* 63:1439–1444.

Schindler, D. E., D. E. Rogers, M. D. Scheuerell, and C. A. Abrey. 2005. Effects of changing climate on zooplankton and juvenile sockeye salmon growth in southwestern Alaska. *Ecology* 86:198–209.

Schmidt, D. C., S. R. Carlson, and G. B. Kyle. 1998. Influence of carcass-derived nutrients on sockeye salmon productivity of Karluk Lake, Alaska: Importance in the assessment of an escapement goal. *N. Am. J. Fish. Mgmt.* 18:743–763.

Scholz, A. T., J. C. Cooper, R. M. Horrall, and A. D. Hasler. 1978. Homing of morpholine-imprinted brown trout, *Salmo trutta*. *Fish. Bull.* 76:293–295.

Scholz, A. T., C. K. Gosse, J. C. Cooper, R. M. Horrall, A. D. Hasler, R. I. Daly, and R. J. Poff. 1978. Homing of rainbow trout transplanted in Lake Michigan: A comparison of three procedures used for imprinting and stocking. *Trans. Am. Fish. Soc.* 107:439–443.

Scholz, A. T., R. M. Horrall, J. C. Cooper, and A. D. Hasler. 1976. Imprinting to chemical cues: The basis for home stream selection in salmon. *Science* 192:1247–1249.

Schroder, S. L. 1973. Effects of density on the spawning success of chum salmon (*Oncorhynchus keta*) in an artificial spawning channel. MS thesis, University of Washington, Seattle.

———. 1981. The role of sexual selection in determining the overall mating patterns and mate choice in chum salmon. PhD dissertation, University of Washington, Seattle.

Schroder, S. L., C. M. Knudsen, T. N. Pearsons, T. W. Kassler, E. P. Beall, S. F. Young, and D. E. Fast. 2012. Breeding success of four male life history types of spring Chinook salmon spawning in an artificial stream. *Env. Biol. Fish.* 94:231–248.

Schroder, S. L., C. M. Knudsen, T. N. Pearsons, T. W. Kassler, S. F. Young, Busack, C. A. and D. E. Fast. 2008. Breeding success of wild and first-generation hatchery female spring Chinook salmon spawning in an artificial stream. *Trans. Am. Fish. Soc.* 137:1475–1489.

Schuett-Hames, D. E., N. P. Peterson, R. Conrad, and T. P. Quinn. 2000. Patterns of gravel scour and fill after spawning by chum salmon in a western Washington stream. *N. Am. J. Fish. Mgmt.* 20:610–617.

Scott, W. B., and E. J. Crossman. 1973. Freshwater fishes of Canada. *Fish. Res. Board Can. Bull.* 184:1–966.

Scrivener, J. C., T. G. Brown, and B. C. Anderson. 1994. Juvenile salmon (*Oncorhynchus tshawytscha*) utilization of Hawks Creek, a small and nonnatal tributary of the upper Fraser River. *Can. J. Fish. Aquat. Sci.* 51:1139–1146.

Scrivener, J. C., and M. J. Brownlee. 1989. Effects of forest harvesting on spawning gravel and incubation survival of chum (*Oncorhynchus keta*) and coho salmon (*O. kisutch*) in Carnation Creek, British Columbia. *Can. J. Fish. Aquat. Sci.* 46:681–696.

Scudder, G. G. E. 1989. The adaptive significance of marginal populations: A general perspective. *Can. Sp. Publ. Fish. Aquat. Sci.* 105:180–185.

Seamons, T. R., P. Bentzen, and T. P. Quinn. 2004a. The effects of adult length and arrival date on individual reproductive success in wild steelhead trout (*Oncorhynchus mykiss*). *Can. J. Fish. Aquat. Sci.* 61:193–204.

———. 2004b. The mating system of steelhead (*Oncorhynchus mykiss*), inferred by molecular analysis of parents and progeny. *Env. Biol. Fish.* 69:333–344.

———. 2007. DNA parentage analysis reveals inter-annual variation in selection: Results from 19 consecutive brood years in steelhead trout. *Evol. Ecol. Res.* 9:409–431.

Seamons, T. R., M. B. Dauer, J. Sneva, and T. P. Quinn. 2009. Use of parentage assignment and DNA genotyping to validate scale analysis for estimating steelhead trout (*Oncorhynchus mykiss*) age and spawning history. *N. Am. J. Fish. Mgmt.* 29:396–403.

Sebring, S. H., M. C. Carper, R. D. Ledgerwood, B. P. Sandford, G. M. Matthews, and A. F. Evans. 2013. Relative vulnerability of PIT-tagged subyearling fall Chinook salmon to predation by Caspian terns and double-crested cormorants in the Columbia River estuary. *Trans. Am. Fish. Soc.* 142:1321–1334.

Seeb, L. W., J. E. Seeb, C. Habicht, E. V. Farley Jr., and F. M. Utter. 2011. Single-nucleotide polymorphic genotypes reveal patterns of early juvenile migration of sockeye salmon in the eastern Bering Sea. *Trans. Am. Fish. Soc.* 140:734–748.

Seidelman, D. L., P. B. Cunningham, and R. B. Russell. 1973. *Life history studies of rainbow trout in the Kvichak drainage of Bristol Bay.* Alaska Department of Fish and Game Sport Fish Division, Juneau.

Seiler, D. 1995. *Estimation of Cedar River sockeye salmon fry production.* Washington Department of Fish and Wildlife Annual Rept., Olympia.

Seiler, D., and L. Kishimoto. 1997. *1997 Cedar River sockeye salmon fry production evaluation.* Washington Department of Fish and Wildlife Annual Rept., Olympia.

Sellers, R. A., and L. D. Aumiller. 1994. Brown bear population characteristics at McNeil River, Alaska. *Int. Conf. Bear Res. Mgmt.* 9:283–293.

Seo, H., H. Kudo, and M. Kaeriyama. 2011. Long-term climate-related changes in somatic growth and population dynamics of Hokkaido chum salmon. *Env. Biol. Fish.* 90:131–142.

Shapovalov, L., and A. C. Taft. 1954. The life histories of the steelhead rainbow trout (*Salmo gairdneri gairdneri*) and silver salmon (*Oncorhynchus kisutch*) with special reference to Waddell Creek, California, and recommendations regarding their management. *Cal. Dept. Fish Game Fish Bull.* 98:1–375.

Sharma, R., and R. Hilborn. 2001. Empirical relationships between watershed characteristics and coho salmon (*Oncorhynchus kisutch*) smolt abundance in 14 western Washington streams. *Can. J. Fish. Aquat. Sci.* 58:1453–1463.

Sharma, R., and T. P. Quinn. 2012. Linkages between life history type and migration pathways in freshwater and marine environments for Chinook salmon, *Oncorhynchus tshawytscha. Acta Oecologica* 41:1–13.

Shearer, W. M. 1990. The Atlantic salmon (*Salmo salar* L.) of the North Esk with particular reference to the relationship between river and sea age and time of return to home waters. *Fish. Res.* 10:93–123.

Shedlock, A. M., J. D. Parker, D. A. Crispin, T. W. Pietsch, and G. C. Burmer. 1992. Evolution of the salmonid mitochondrial control region. *Molec. Phylogen. Evol.* 1:179–192.

Shelton, J. M., M. J. Samways, and J. A. Day. 2015. Predatory impact of non-native rainbow trout on endemic fish populations in headwater streams in the Cape Floristic Region of South Africa. *Biol. Inv.* 17:365–379.

Sheridan, W. 1962. Relation of stream temperatures to timing of pink salmon escapements in Southeast Alaska. Pages 87–102 *in* N. J. Wilimovsky, editor. *Symposium on pink salmon.* University of British Columbia Press, Vancouver.

Shiomoto, A., K. Tadokoro, K. Nagasawa, and Y. Ishida. 1997. Trophic relations in the subarctic North Pacific ecosystem: Possible feeding effect from pink salmon. *Mar. Ecol. Prog. Ser.* 150:75–85.

Shirvell, C. S., and R. G. Dungey. 1983. Microhabitats chosen by brown trout for feeding and spawning in rivers. *Trans. Am. Fish. Soc.* 112:355–367.

Shreffler, D. K., C. A. Simenstad, and R. M. Thom. 1990. Temporary residence by juvenile salmon in a restored estuarine wetland. *Can. J. Fish. Aquat. Sci.* 47:2079–2084.

Shuman, R. F. 1950. On the effectiveness of spermatozoa of the pink salmon (*Oncorhynchus gorbuscha*) at varying distances from point of dispersal. *Fish. Bull.* 51:359–363.

Shumway, D. L., C. E. Warren, and P. Doudoroff. 1964. Influence of oxygen concentration and water movement on the growth of steelhead trout and coho salmon embryos. *Trans. Am. Fish. Soc.* 93:342–356.

Sibert, J., T. J. Brown, M. C. Healey, and B. A. Kask. 1977. Detritus-based food webs: Exploitation by juvenile chum salmon (*Oncorhynchus keta*). *Science* 196:649–650.

Sibert, J. R. 1979. Detritus and juvenile salmon production in the Nanaimo estuary: II. Meiofauna available as food to juvenile chum salmon (*Oncorhynchus keta*). *J. Fish. Res. Board Can.* 36:497–503.

Siitonen, L., and G. A. E. Gall. 1989. Response to selection for early spawn date in rainbow trout, *Salmo gairdneri*. *Aquaculture* 78:153–161.

Simenstad, C. A., K. L. Fresh, and E. O. Salo. 1982. The role of Puget Sound estuaries in the life history of Pacific salmon: An unappreciated function. Pages 343–364 *in* V. S. Kennedy, editor. *Estuarine comparisons*. Academic Press, New York.

Simenstad, C. A., and E. O. Salo. 1980. Foraging success as a determinant of estuarine and nearshore carrying capacity of juvenile chum salmon (*Oncorhynchus keta*) in Hood Canal, Washington. Pages 21–37 *in* B. R. Melteff and R. A. Neve, editors. *Proceedings of the North Pacific aquaculture symposium*. University of Alaska, Fairbanks.

Simmons, R. K., T. P. Quinn, L. W. Seeb, D. E. Schindler, and R. Hilborn. 2013. Role of estuarine rearing for sockeye salmon in Alaska (USA). *Mar. Ecol. Prog. Ser.* 481:211–223.

Skalski, J. R. 1998. Estimating season-wide survival rates of outmigrating salmon smolt in the Snake River, Washington. *Can. J. Fish. Aquat. Sci.* 55:761–769.

Skud, B. E. 1958. Relation of adult pink salmon size to time of migration and freshwater survival. *Copeia* 1958:170–176.

Skúlason, S., S. S. Snorrason, D. L. G. Noakes, and M. M. Ferguson. 1996. Genetic basis of life history variations among sympatric morphs of Arctic char, *Salvelinus alpinus*. *Can. J. Fish. Aquat. Sci.* 53:1807–1813.

Slaney, T. L., K. D. Hyatt, T. G. Northcote, and R. J. Fielden. 1996. Status of anadromous salmon and trout in British Columbia and Yukon. *Fisheries* 21(10):20–35.

Slater, D. W. 1963. *Winter-run chinook salmon in the Sacramento River, California with notes on water temperature requirements at spawning*. US Fish and Wildlife Service, Spec. Sci. Rept.—Fisheries No. 461. Washington, DC. 9 p.

Slatick, E., D. L. Park, and W. J. Ebel. 1975. Further studies regarding effects of transportation on survival and homing of Snake River chinook salmon and steelhead trout. *Fish. Bull.* 73:925–931.

Sloat, M. R., D. J. Fraser, J. B. Dunham, J. A. Falke, C. E. Jordan, J. R. McMillan, and H. A. Ohms. 2014. Ecological and evolutionary patterns of freshwater maturation in Pacific and Atlantic salmonines. *Rev. Fish Biol. Fish.* 24:689–707.

Smith, G. R., D. R. Montgomery, N. P. Peterson, and B. Crowley. 2007. Spawning sockeye salmon fossils in Pleistocene lake beds of Skokomish Valley, Washington. *Quat. Res.* 68:227–238.

Smith, G. R., and R. F. Stearley. 1989. The classification and scientific names of rainbow and cutthroat trouts. *Fisheries* 14(1):4–10.

Smith, G. W., A. D. Hawkins, G. G. Urquhart, and W. M. Shearer. 1981. Orientation and energetic efficiency in the offshore movements of returning Atlantic salmon *Salmo salar* L. *Scottish Fish. Res. Rep.* 21:1–22.

Smith, J. M., K. L. Fresh, A. N. Kagley, and T. P. Quinn. 2015. Ultrasonic telemetry reveals seasonal variation in depth distribution and diel vertical migrations of sub-adult Chinook and coho salmon in Puget Sound. *Mar. Ecol. Prog. Ser.* 532:227–242.

Smith, R. W., and J. S. Griffith. 1994. Survival of rainbow trout during their first winter in the Henrys Fork of the Snake River, Idaho. *Trans. Am. Fish. Soc.* 123:747–756.

Smith, S. B. 1969. Reproductive isolation in summer and winter races of steelhead trout. Pages 21–38 *in* T. G. Northcote, editor. *Symposium on salmon and trout in streams*. University of British Columbia Press, Vancouver.

Smith, S. G., W. D. Muir, J. G. Williams, and J. R. Skalski. 2002. Factors associated with travel time and survival of migrant yearling chinook salmon and steelhead in the lower Snake River. *N. Am. J. Fish. Mgmt.* 22:385–505.

Smith, T. B., and S. Skúlason. 1996. Evolutionary significance of resource polymorphisms in fishes, amphibians, and birds. *Ann. Rev. Ecol. Syst.* 27:111–133.

Smoker, W. A. 1955. Effects of streamflow on silver salmon production in western Washington. PhD dissertation, University of Washington, Seattle.

Smoker, W. W., A. J. Gharrett, and M. S. Stekoll. 1998. Genetic variation of return date in a population of pink salmon: A consequence of fluctuating environment and dispersive selection? *Alaska Fish. Res. Bull.* 5:46–54.

Snyder, J. O. 1931. Salmon of the Klamath River California. *Fish. Bull.* 34:130 p.

Sogard, S. M. 1997. Size-selective mortality in the juvenile stage of teleost fishes: A review. *Bull. Mar. Sci.* 60:1129–1157.

Solazzi, M. F., T. E. Nickelson, and S. L. Johnson. 1991. Survival, contribution, and return of hatchery coho salmon (*Oncorhynchus kisutch*) released from freshwater, estuarine, and marine environments. *Can. J. Fish. Aquat. Sci.* 48:248–253.

Solazzi, M. F., T. E. Nickelson, S. L. Johnson, and J. D. Rodgers. 2000. Effects of increasing winter rearing habitat on abundance of salmonids in two coastal Oregon streams. *Can. J. Fish. Aquat. Sci.* 57:906–914.

Sowden, T. K., and G. Power. 1985. Prediction of rainbow trout embryo survival in relation to groundwater seepage and particle size of spawning substrates. *Trans. Am. Fish. Soc.* 114:804–812.

Spalding, S., N. P. Peterson, and T. P. Quinn. 1995. Summer distribution, survival, and growth of juvenile coho salmon *Oncorhynchus kisutch* under varying experimental conditions of brushy in-stream cover. *Trans. Am. Fish. Soc.* 124:124–130.

Spangenberg, D. K., D. A. Larsen, R. Gerstenberger, C. Brun, D. L. Harstad, S. Nance, L. Rohrbach, and B. R. Beckman. 2015. Stock differences in growth, smolting, and early male maturation in hatchery spring Chinook Salmon: A common-garden experiment. *N. Am. J. Fish. Mgmt.* 35:1090–1100.

Spares, A. D., M. J. Dadswell, M. P. Dickinson, and M. J. W. 2015. A critical review of marine adaptability within the anadromous Salmoninae. *Rev. Fish Biol. Fish.* 25:503–519.

Spence, B. C. 1995. Geographic variation in timing of fry emergence and smolt migration of coho salmon (*Oncorhynchus kisutch*). PhD dissertation, Oregon State University, Corvallis.

Spence, B. C., and J. D. Hall. 2010. Spatiotemporal patterns in migration timing of coho salmon (*Oncorhynchus kisutch*) smolts in North America. *Can. J. Fish. Aquat. Sci.* 67:1316–1334.

Spencer, C. N., B. R. McClelland, and J. A. Stanford. 1991. Shrimp stocking, salmon collapse, and eagle displacement: Cascading interactions in the food web of a large aquatic ecosystem. *BioScience* 41:14–21.

Spencer, C. N., D. S. Potter, R. T. Bukantis, and J. A. Stanford. 1999. Impact of predation by *Mysis relicta* on zooplankton in Flathead Lake, Montana, U.S.A. *J. Plank. Res.* 21:51–64.

Spidle, A.P., T. P. Quinn, and P. Bentzen. 1998. Sex-biased marine survival and growth in a population of coho salmon (*Oncorhynchus kisutch*). *J. Fish Biol.* 52:907–915.

Spies, I. B., E. C. Anderson, K. Naish, and P. Bentzen. 2007. Evidence for the existence of a native population of sockeye salmon (*Oncorhynchus nerka*) and subsequent introgression with introduced populations in a Pacific Northwest watershed. *Can. J. Fish. Aquat. Sci.* 64:1209–1221.

St.-Hillaire, S., M. Boichuk, D. Barnes, M. Higgins, R. Devlin, R. Withler, J. Khattra, S. Jones, and D. Kieser. 2002. Epizootiology of *Parvicapsula minibicornis* in Fraser River sockeye salmon, *Oncorhynchus nerka* (Walbaum). *J. Fish Dis.* 25:107–120.

Starcevich, S. J., P. J. Howell, S. E. Jacobs, and P. M. Sankovich. 2012. Seasonal movement and distribution of fluvial adult bull trout in selected watersheds in the mid-Columbia River and Snake River basins. *PLoS One* 7(5):e37257.

Stasko, A. B., R. M. Horrall, and A. D. Hasler. 1976. Coastal movements of adult Fraser River sockeye salmon (*Oncorhynchus nerka*) observed by ultrasonic tracking. *Trans. Am. Fish. Soc.* 105:64–71.

Staurnes, M., T. Sigholt, G. Lysfjord, and O. A. Gulseth. 1992. Difference in the seawater tolerance of anadromous and landlocked populations of Arctic char (*Salvelinus alpinus*). *Can. J. Fish. Aquat. Sci.* 49:443–447.

Stearley, R. F., and G. R. Smith. 1993. Phylogeny of the Pacific trouts and salmons (*Oncorhynchus*) and genera of the family Salmonidae. *Trans. Am. Fish. Soc.* 122:1–33.

———. 2016. Salmonid fishes from mio-pliocene lake sediments in the western Snake River plain and the Great Basin. *Misc. Papers Museum Zool., Univ. Mich.* 204(1):1–43.

Steele, C. A., E. C. Anderson, M. W. Ackerman, M. A. Hess, N. R. Campbell, S. R. Narum, and M. R. Campbell. 2013. A validation of parentage-based tagging using hatchery steelhead in the Snake River basin. *Can. J. Fish. Aquat. Sci.* 70:1046–1054.

Steen, R. P., and T. P. Quinn. 1999. Egg burial depth by sockeye salmon (*Oncorhynchus nerka*): Implications for survival of embryos and natural selection on female body size. *Can. J. Zool.* 77:836–841.

Steinhart, G. B., and W. A. Wurtsbaugh. 1999. Under-ice vertical migrations of *Oncorhynchus nerka* and their zooplankton prey. *Can. J. Fish. Aquat. Sci.* 56 (Suppl. 1):152–161.

Stephenson, S. A. 2006. A review of the occurrence of Pacific salmon (*Oncorhynchus* spp.) in the Canadian western Arctic. *Arctic* 59:37–46.

Stewart, D. J., J. F. Kitchell, and L. B. Crowder. 1981. Forage fishes and their salmonid predators in Lake Michigan. *Trans. Am. Fish. Soc.* 110:751–763.

Stewart, I. T., D. R. Cayan, and M. D. Dettinger. 2005. Changes toward earlier streamflow timing across western North America. *J. Climate* 18:1136–1155.

Stewart, I. J., R. Hilborn, and T. P. Quinn. 2003. Coherence of observed adult sockeye salmon abundance within and among spawning habitats in the Kvichak River watershed. *Alaska Fish. Res. Bull.* 10:28–41.

Stockner, J. G. 1987. Lake fertilization: The enrichment cycle and lake sockeye salmon (*Oncorhynchus nerka*) production. *Can. Sp. Publ. Fish. Aquat. Sci.* 96:198–215.

Stockner, J. G., and E. A. MacIsaac. 1996. British Columbia lake enrichment programme: Two decades of habitat enhancement for sockeye salmon. *Reg. Rivers: Res. Mgmt.* 12:547–561.

Stolarski, J. T., and T. M. Sutton. 2013. Precision analysis of three aging structures for amphidromous Dolly Varden from Alaskan Arctic rivers. *N. Am. J. Fish. Mgmt.* 33:732–740.

Stouder, D. J., P. A. Bisson, and R. J. Naiman, eds. 1997. *Pacific salmon and their ecosystems: Status and future options.* Chapman and Hall, New York.

Straty, R. R. 1975. *Migratory routes of adult sockeye salmon, Oncorhynchus nerka, in the eastern Bering Sea and Bristol Bay.* US Department of Commerce, NOAA, NMFS, SSRF-690, Seattle.

Straty, R. R., and H. W. Jaenicke. 1980. Estuarine influence of salinity, temperature, and food on the behavior, growth, and dynamics of Bristol Bay sockeye salmon. Pages 247–265 *in* W. J. McNeil and D. C. Himsworth, editors. *Salmonid ecosystems of the North Pacific.* Oregon State University Press, Corvallis.

Sturdevant, M. V., J. A. Orsi, and E. A. Fergusson. 2012. Diets and trophic linkages of epipelagic fish predators in coastal southeast Alaska during a period of warm and cold climate years, 1997–2011. *Mar. Coastal Fish.* 4:526–545.

Sturdevant, M. V., M. F. Sigler, and J. A. Orsi. 2009. Sablefish predation on juvenile Pacific salmon in the coastal marine waters of southeast Alaska in 1999. *Trans. Am. Fish. Soc.* 138:675–691.

Sumner, F. H. 1962. Migration and growth of the coastal cutthroat trout in Tillamook County, Oregon. *Trans. Am. Fish. Soc.* 91:77–83.

Swain, D. P., and L. B. Holtby. 1989. Differences in morphology and behavior between juvenile coho salmon (*Oncorhynchus kisutch*) rearing in a lake or in its tributary stream. *Can. J. Fish. Aquat. Sci.* 46:1406–1414.

Swales, S., and C. D. Levings. 1989. Role of off-channel ponds in the life cycle of coho salmon (*Oncorhynchus kisutch*) and other juvenile salmonids in Coldwater River, British Columbia. *Can. J. Fish. Aquat. Sci.* 46:232–242.

Swanson, H., N. Gantner, K. A. Kidd, D. C. G. Muir, and J. D. Reist. 2011. Comparison of mercury concentrations in landlocked, resident, and sea-run fish (*Salvelinus* spp.) from Nunavut, Canada. *Env. Toxicol. Chem.* 30:1459–1467.

Swanson, H. K., K. A. Kidd, J. A. Babaluk, R. J. Wastle, P. P. Yang, N. M. Halden, and J. D. Reist. 2010. Anadromy in Arctic populations of lake trout (*Salvelinus namaycush*): Otolith microchemistry, stable isotopes, and comparisons with Arctic char (*Salvelinus alpinus*). *Can. J. Fish. Aquat. Sci.* 67:842–853.

Swenson, J. E. 1978. Prey and foraging behavior of ospreys on Yellowstone Lake, Wyoming. *J. Wildl. Mgmt.* 42:87–90.

Tabor, R. A., R. Peters, H. B. Berge, D. Lantz, and R. M. Piaskowski. 2016. Diet of the torrent sculpin, *Cottus rhotheus*, in the Cedar River, Washington: Effect of season, habitat type, and predator size with emphasis on piscivory. *Northw. Nat.* 97:190–204.

Takagi, K., K. V. Aro, A. C. Hartt, and M. B. Dell. 1981. Distribution and origin of pink salmon (*Oncorhynchus gorbuscha*) in offshore waters of the North Pacific Ocean. *Int. N. Pac. Fish. Comm. Bull.* 40:1–195.

Tallman, R. F., and M. C. Healey. 1991. Phenotypic differentiation in seasonal ecotypes of chum salmon, *Oncorhynchus keta*. *Can. J. Fish. Aquat. Sci.* 48:661–671.

———. 1994. Homing, straying, and gene flow among seasonally separated populations of chum salmon (*Oncorhynchus keta*). *Can. J. Fish. Aquat. Sci.* 51:577–588.

Tallman, R. F., F. Saurette, and T. Thera. 1996. Migration and life history variation in Arctic charr, *Salvelinus alpinus*. *Écoscience* 3:33–41.

Tappel, P. D., and T. C. Bjornn. 1983. A new method of relating size of spawning gravel to salmonid embryo survival. *N. Am. J. Fish. Mgmt.* 3:123–135.

Tanaka, H., Y. Takagi, and Y. Naito. 2000. Behavioural thermoregulation of chum salmon during homing migration in coastal waters. *J. Exp. Biol.* 203:1825–1833.

Tattam, I. A., J. R. Ruzycki, J. L. McCormick, and R. W. Carmichael. 2015. Length and condition of wild Chinook salmon smolts influence age at maturity. *Trans. Am. Fish. Soc.* 144:1237–1248.

Taylor, E. B. 1989. Precocial male maturation in laboratory-reared populations of chinook salmon, *Oncorhynchus tshawytscha*. *Can. J. Zool.* 67:1665–1669.

———. 1990a. Environmental correlates of life-history variation in juvenile chinook salmon, *Oncorhynchus tshawytscha* (Walbaum). *J. Fish Biol.* 37:1–17.

———. 1990b. Phenotypic correlates of life-history variation in juvenile chinook salmon, *Oncorhynchus tshawytscha*. *J. Anim. Ecol.* 59:455–468.

———. 1991. A review of local adaptation in Salmonidae, with particular reference to Pacific and Atlantic salmon. *Aquaculture* 98:185–207.

———. 2004. Evolution in mixed company: Evolutionary inferences from studies of natural hybridization in Salmonidae. Pages 232–263 *in* A. P. Hendry and S. C. Stearns, editors. *Evolution illuminated: Salmon and their relatives*. Oxford University Press, Oxford.

Taylor, E. B., C. J. Foote, and C. C. Wood. 1996. Molecular genetic evidence for parallel life-history evolution within a Pacific salmon (sockeye salmon and kokanee, *Oncorhynchus nerka*). *Evolution* 50:401–416.

Taylor, E. B., and S. L. May-McNally. 2015. Genetic analysis of Dolly Varden (*Salvelinus malma*) across its North American range: Evidence for a contact zone in southcentral Alaska. *Can. J. Fish. Aquat. Sci.* 72: 1048–1057.

Taylor, S. G. 1980. Marine survival of pink salmon fry from early and late spawners. *Trans. Am. Fish. Soc.* 109:79–82.

———. 2008. Climate warming causes phenological shift in pink salmon, *Oncorhynchus gorbuscha*, behavior at Auke Creek, Alaska. *Global Change Biol.* 14:229–235.

Teel, D. J., B. J. Burke, D. R. Kuligowski, C. A. Morgan, and D. M. Van Doornik. 2015. Genetic identification of Chinook Salmon: Stock-specific distributions of juveniles along the Washington and Oregon coasts. *Mar. Coastal Fish.* 7:274–300.

Teuscher, D. M., M. T. Green, D. J. Schill, A. F. Brimmer, and R. W. Hillyard. 2015. Predation by American white pelicans on Yellowstone Cutthroat Trout in the Blackfoot River drainage, Idaho. *N. Am. J. Fish. Mgmt.* 35:454–463.

Thedinga, J. F., A. C. Wertheimer, R. A. Heintz, J. M. Maselko, and S. D. Rice. 2000. Effects of stock, coded-wire tagging, and transplant on straying of pink salmon (*Oncorhynchus gorbuscha*) in southeastern Alaska. *Can. J. Fish. Aquat. Sci.* 57:2076–2085.

Thomas, A. C., B. W. Nelson, M. M. Lance, B. E. Deagle, and A. W. Trites. 2017. Harbour seals target juvenile salmon of conservation concern. *Can. J. Fish. Aquat. Sci.* 74:907–921.

Thomas, W. K., R. E. Withler, and A. T. Beckenbach. 1986. Mitochondrial DNA analysis of Pacific salmonid evolution. *Can. J. Zool.* 64:1058–1064.

Thompson, J. N., and D. A. Beauchamp. 2014. Size-selective mortality of steelhead during freshwater and marine life stages related to freshwater growth in the Skagit River, Washington. *Trans. Am. Fish. Soc.* 143:910–925.

Thompson, W. F. 1945. Effect of the obstruction at Hell's Gate on the sockeye salmon of the Fraser River. *Int. Pac. Salmon Fish. Comm. Bull.* 1. New Westminster, British Columbia. 175 p.

———. 1959. An approach to population dynamics of the Pacific red salmon *Trans. Am. Fish. Soc.* 88:206–209.

Thorne, R. E. 1983. Application of hydroacoustic assessment techniques to three lakes with contrasting fish distributions. *FAO Fisheries Report* 300:269–277.

Thorpe, J. E. 1987. Smolting versus residency: Developmental conflict in salmonids. *Am. Fish. Soc. Symp.* 1:244–252.

———. 1994. Salmonid fishes and the estuarine environment. *Estuaries* 17:76–93.

Tillotson, M. D., and T. P. Quinn. 2016. Beyond correlation in the detection of climate change impacts: Testing a mechanistic hypothesis for climatic influence on sockeye salmon (*Oncorhynchus nerka*) productivity. *PLoS One* 11(4):e0154356.

Tillotson, M. D. and T. P. Quinn. 2017. Climate and conspecific density trigger pre-spawning mortality in sockeye salmon (*Oncorhynchus nerka*). *Fish. Res.* 188: 138–148.

Tipping, J. M. 1991. Heritability of age at maturity in steelhead. *N. Am. J. Fish. Mgmt.* 11:105–108.

Tipping, J. M., and H. L. Blankenship. 1993. Effect of condition factor at release on smolt-to-adult survival of hatchery sea-run cutthroat trout. *Prog. Fish-Cult.* 55:184–186.

Todd, I. S. P., and P. A. Larkin. 1971. Gillnet selectivity on sockeye (*Oncorhynchus nerka*) and pink salmon (*O. gorbuscha*) of the Skeena River system, British Columbia. *J. Fish. Res. Board Can.* 28:821–842.

Traxler, G. S., and J. B. Rankin. 1989. An infectious hematopoietic necrosis epizootic in sockeye salmon *Oncorhynchus nerka* in Weaver Creek spawning channel, Fraser River system, B.C., Canada. *Dis. Aquat. Org.* 6:221–226.

Trotter, P. C. 1989. Coastal cutthroat trout: A life history compendium. *Trans. Am. Fish. Soc.* 118:463–473.

Trudel, M., J. Fisher, J. A. Orsi, J. F. T. Morris, M. E. Thiess, R. M. Sweeting, S. Hinton, E. A. Fergusson, and D. W. Welch. 2009. Distribution and migration of juvenile Chinook salmon derived from coded wire tag recoveries along the continental shelf of western North America. *Trans. Am. Fish. Soc.* 138:1369–1391.

Truscott, B., D. R. Idler, Y. P. So, and J. M. Walsh. 1986. Maturational steroids and gonadotropin in upstream migratory sockeye salmon. *Gen. Comp. Endocrinol.* 62:99–110.

Tschaplinski, P. J., and G. F. Hartman. 1983. Winter distribution of juvenile coho salmon (*Oncorhynchus kisutch*) before and after logging in Carnation Creek, British Columbia, and some implications for overwinter survival. *Can. J. Fish. Aquat. Sci.* 40:452–461.

Tsiger, V. V., V. I. Skirin, N. I. Krupyanko, K. A. Kashlin, and A. Y. Semenchenko. 1994. Life history form of male masu salmon (*Oncorhynchus masou*) in South Primor'e, Russia. *Can. J. Fish. Aquat. Sci.* 51:197–208.

Tsuboi, J.-I., T. Iwata, K. Morita, S. Endou, H. Oohama, and K. Kaji. 2013. Strategies for the conservation and management of isolated salmonid populations: Lessons from Japanese streams. *Freshw. Biol.* 58:908–917.

Tucker, S., J. M. Hipfner, and M. Trudel. 2016. Size- and condition-dependent predation: A seabird disproportionately targets substandard individual juvenile salmon. *Ecology* 97:461–471.

Tucker, S., M. Trudel, D. W. Welch, J. R. Candy, J. F. T. Morris, M. E. Thiess, C. Wallace et al. 2009. Seasonal stock-specific migrations of juvenile sockeye salmon along the west coast of North America: Implications for growth. *Trans. Am. Fish. Soc.* 138:1458–1480.

Tucker, S., M. Trudel, D. W. Welch, J. R. Candy, J. F. T. Morris, M. E. Thiess, C. Wallace, and T. D. Beacham. 2012. Annual coastal migration of juvenile Chinook salmon: Static stock-specific patterns in a highly dynamic ocean. *Mar. Ecol. Prog. Ser.* 449:245–262.

Tyndale, S. T., R. J. Letcher, J. W. Heath, and D. D. Heath. 2008. Why are salmon eggs red? Egg carotenoids and early life survival of Chinook salmon (*Oncorhynchus tshawytscha*). *Evol. Ecol. Res.* 10:1187–1199.

Ueda, H., O. Hiroi, K. Yamauchi, A. Hara, H. Kagawa, S. Adachi, and Y. Nagahama. 1991. Changes in serum steroid levels and *in vitro* steroid hormone production in the ovaries of female chum salmon *Oncorhynchus keta* during spawning migration. *Nippon Suisan Gakkaishi* 57:881–884.

Ueda, K., T. J. Hara, and A. Gorbman. 1967. Electroencephalographic studies on olfactory discrimination in adult spawning salmon. *Comp. Biochem. Physiol.* 21:133–143.

Ueno, Y. 1992. Deepwater migrations of chum salmon (*Oncorhynchus keta*) along the Pacific coast of northern Japan. *Can. J. Fish. Aquat. Sci.* 49:2307–2312.

Unwin, M. J., M. T. Kinnison, N. C. Boustead, and T. P. Quinn. 2003. Genetic control over survival in Pacific salmon (*Oncorhynchus* spp.): Experimental evidence between and within populations of New Zealand chinook salmon (*O. tshawytscha*). *Can. J. Fish. Aquat. Sci.* 60:1–11.

Unwin, M. J., M. T. Kinnison, and T. P. Quinn. 1999. Exceptions to semelparity: Postmaturation survival, morphology, and energetics of male chinook salmon (*Oncorhynchus tshawytscha*). *Can. J. Fish. Aquat. Sci.* 56:1172–1181.

Unwin, M. J., and D. H. Lucas. 1993. Scale characteristics of wild and hatchery chinook salmon (*Oncorhynchus tshawytscha*) in the Rakaia River, New Zealand, and their use in stock identification. *Can. J. Fish. Aquat. Sci.* 50:2475–2484.

Unwin, M. J., and T. P. Quinn. 1993. Homing and straying patterns of chinook salmon (*Oncorhynchus tshawytscha*) from a New Zealand hatchery: Spatial distribution of strays and effects of release date. *Can. J. Fish. Aquat. Sci.* 50:1168–1175.

Unwin, M. J., T. P. Quinn, M. T. Kinnison, and N. C. Boustead. 2000. Divergence in juvenile growth and life history in two recently colonized and partially isolated chinook salmon populations. *J. Fish Biol.* 57:943–960.

Urawa, S., K. Nagasawa, L. Margolis, and A. Moles. 1998. Stock identification of chinook salmon (*Oncorhynchus tshawytscha*) in the North Pacific Ocean and Bering Sea by parasite tags. *N. Pac. Anad. Fish Comm. Bull.* 1:199–204.

US Commission of Fish and Fisheries. 1876. *Report of the commissioner for 1873–4 and 1874–5*. US Commission of Fish and Fisheries, Washington, DC.

US Fish and Wildlife Service (USFWS). 1998. Bull trout interim conservation guidance. United States Fish and Wildlife Service, Lacey, Washington.

US Forest Service (USFS). 1989. Biology of the bull trout, *Salvelinus confluentus*. Willamette National Forest, Eugene, Oregon.

Utter, F. M. 1991. Biochemical genetics and fishery management: An historical perspective. *J. Fish Biol.* 39(Suppl. A):1–20.

Utter, F. M., and F. W. Allendorf. 1994. Phylogenetic relationships among species of *Oncorhynchus*: A consensus view. *Cons. Biol.* 8:864–867

Utter, F. M., F. W. Allendorf, and H. O. Hodgins. 1973. Genetic variability and relationships in Pacific salmon and related trout based on protein variations. *Syst. Zool.* 22:257–270.

Utter, F. M., J. E. Seeb, and L. W. Seeb. 1993. Complementary uses of ecological and biochemical genetic data in identifying and conserving salmon populations. *Fish. Res.* 18:59–76.

Van Daele, M. B., C. T. Robbins, B. X. Semmens, E. J. Ward, L. J. Van Daele, and W. B. Leacock. 2013. Salmon consumption by Kodiak brown bears (*Ursus arctos middendorffi*) with ecosystem management implications. *Can. J. Zool.* 91:164–174.

van den Berghe, E. P., and M. R. Gross. 1989. Natural selection resulting from female breeding competition in a Pacific salmon (coho: *Oncorhynchus kisutch*). *Evolution* 43:125–140.

Vannote, R. L., G. W. Minshall, K. W. Cummins, J. R. Sedell, and C. E. Cushing. 1980. The river continuum concept. *Can. J. Fish. Aquat. Sci.* 37:130–137.

Velsen, F. P. J. 1987. Temperature and incubation in Pacific salmon and rainbow trout: Compilation of data on median hatching time, mortality, and embryonic staging. *Can. Data Rept. Fish. Aquat. Sci.* 626:1–58.

Verhoeven, L. A., and E. B. Davidoff. 1962. Marine tagging of Fraser River sockeye salmon. *Int. Pac. Salmon Fish. Comm. Bull.* 13:1–132.

Volk, E. C., S. L. Schroder, and J. J. Grimm. 1994. Use of a bar code symbology to produce multiple thermally induced otolith marks. *Trans. Am. Fish. Soc.* 123:811–816.

Volkov, A. F., and N. S. Kosenok. 2007. Similarity of diurnal rhythms of Pacific salmon feeding in the western Bering Sea. *N. Pac. Anad. Fish Comm. Bull.* 4:327–333.

Vøllestad, L. A., J. Peterson, and T. P. Quinn. 2004. Effects of fresh water and marine growth rates on early maturity in male coho and chinook salmon. *Trans. Am. Fish. Soc.* 133:495–503.

Vreeland, R. R., R. J. Wahle, and A. H. Arp. 1975. Homing behavior and contribution to Columbia River fisheries of marked coho salmon released at two locations. *Fish. Bull.* 73:717–725.

Wagner, H. H. 1969. Effect of stocking location of juvenile steelhead trout, *Salmo gairdnerii*, on adult catch. *Trans. Am. Fish. Soc.* 98:27–34.

Wagner, H. H., F. P. Conte, and J. L. Fessler. 1969. Development of osmotic and ionic regulation in two races of chinook salmon *Oncorhynchus tshawytscha*. *Comp. Biochem. Physiol.* 29:325–341.

Walker, M. M., C. E. Diebel, C. V. Haugh, P. M. Pankhurst, J. C. Montgomery, and C. R. Green. 1997. Structure and function of the vertebrate magnetic sense. *Nature* 390:371–376.

Walker, R. V., K. W. Myers, N. D. Davis, K. Y. Aydin, K. D. Friedland, H. R. Carlson, G. W. Boehlert, S. Urawa, Y. Ueno, and G. Anma. 2000. Diurnal variation in thermal environment experienced by salmonids in the North Pacific as indicated by data storage tags. *Fish. Oceanogr.* 9:171–186.

Walker, R. V., V. V. Sviridov, S. Urawa, and T. Azumaya. 2007. Spatio-temporal variation in vertical distributions of Pacific salmon in the ocean. *N. Pac. Anad. Fish Comm. Bull.* 4:193–201.

Waltemyer, D. L. 1994. Age, sex, and size composition of chinook, sockeye, coho, and chum salmon returning to upper Cook Inlet, Alaska in 1991. *Alaska Dept. Fish Game Tech. Fish. Rep.* 94-11:1–95.

Walters, C. J., R. Hilborn, R. M. Peterman, and M. J. Staley. 1978. Model for examining early ocean limitation of Pacific salmon production. *J. Fish. Res. Board Can.* 35:1303–1315.

Walsworth, T. E., D. E. Schindler, J. R. Griffiths, and C. E. Zimmerman. 2015. Diverse juvenile life-history behaviours contribute to the spawning stock of an anadromous fish population. *Ecol. Freshw. Fish* 24:204–213.

Wang, T., C. C. Y. Hung, and D. J. Randall. 2006. The comparative physiology of food deprivation: From feast to famine. *Ann. Rev. Physiol.* 68:223–251.

Waples, R. S. 1991. Pacific salmon, *Oncorhynchus spp.*, and the definition of "species" under the Endangered Species Act. *Mar. Fish. Rev.* 53(3):11–22.

———. 1995. Evolutionarily significant units and the conservation of biological diversity under the Endangered Species Act. *Am. Fish. Soc. Symp.* 17:8–27.

Waples, R. S., R. G. Gustafson, L. A. Weitkamp, J. M. Myers, O. W. Johnson, P. J. Busby, J. J. Hard, et al. 2001. Characterizing diversity in salmon from the Pacific Northwest. *J. Fish Biol.* 59(Suppl. A):1–41.

Waples, R. S., D. J. Teel, J. M. Myers, and A. R. Marshall. 2004. Life-history divergence in chinook salmon: historic contingency and parallel evolution. *Evolution* 58:386–403.

Ward, B. R., P. A. Slaney, A. R. Facchin, and R. W. Land. 1989. Size-based survival in steelhead trout (*Oncorhynchus mykiss*): Back-calculated lengths from adults' scales compared to migrating smolts at the Keogh River, British Columbia. *Can. J. Fish. Aquat. Sci.* 46:1853–1858.

Ward, R. D., M. Woodwark, and D. O. F. Skibinski. 1994. A comparison of genetic diversity levels in marine, freshwater, and anadromous fishes. *J. Fish Biol.* 44:213–232.

Washington Department of Fisheries, Washington Department of Wildlife, and Western Washington Treaty Indian Tribes. 1993. 1992 Washington State Salmon and Steelhead Stock Inventory, Olympia.

Waters, T. F. 1972. The drift of stream insects. *Ann. Rev. Entomol.* 17:253–272.

Watry, C. B., and D. L. Scarnecchia. 2008. Adfluvial and fluvial life history variations and migratory patterns of a relict charr, *Salvelinus confluentus*, stock in west-central Idaho, USA. *Ecol. Freshw. Fish* 17:231–243.

Webb, P. W. 1995. Locomotion. Pages 69–99 *in* C. Groot, L. Margolis, and W. C. Clarke, editors. *Physiological ecology of Pacific salmon*. University of British Columbia Press, Vancouver.

Webster, S. J., and L. M. Dill. 2006. The energetic equivalence of changing salinity and temperature to juvenile salmon. *Func. Ecol.* 20:621–629.

Wedemeyer, G. A., R. L. Saunders, and W. C. Clarke. 1980. Environmental factors affecting smoltification and early marine survival of anadromous salmonids. *Marine Fish. Rev.* 42(6):1–14.

Weitkamp, L., P. J. Bentley, and M. N. C. Litz. 2012. Seasonal and interannual variation in juvenile salmonids and associated fish assemblage in open waters of the lower Columbia River estuary. *Fish. Bull.* 110:426–450.

Weitkamp, L., and K. Neely. 2002. Coho salmon (*Oncorhynchus kisutch*) ocean migration patterns: Insight from marine coded-wire tag recoveries. *Can. J. Fish. Aquat. Sci.* 59:1100–1115.

Weitkamp, L. A. 2009. Marine distributions of Chinook salmon from the west coast of North America determined by coded wire tag recoveries. *Trans. Am. Fish. Soc.* 139:147–170.

Weitkamp, L. A., J. A. Orsi, K. W. Myers, and R. C. Francis. 2011. Contrasting early marine ecology of Chinook salmon and coho salmon in southeast Alaska: Insight into factors affecting marine survival. *Mar. Coastal Fish.* 3:233–249.

Weitkamp, L. A., T. C. Wainwright, G. J. Bryant, G. B. Milner, D. J. Teel, R. G. Kope, and R. S. Waples. 1995. *Status review of coho salmon from Washington, Oregon, and California.* National Oceanic and Atmospheric Administration, National Marine Fisheries Service, NMFS-NWFSC-24. 258 p.

Welch, D. W., M. C. Melnychuk, J. C. Payne, E. L. Rechisky, A. D. Porter, G. D. Jackson, B. R. Ward, S. P. Vincent, C. C. Wood, and J. Semmens. 2011. In situ measurement of coastal ocean movements and survival of juvenile Pacific salmon. *Proc. Nat. Acad. Sci.* 108:8708–8713.

Welch, D. W., and T. R. Parsons. 1993. $\delta^{13}$C-$\delta^{15}$N values as indicators of trophic position and competitive overlap for Pacific salmon (*Oncorhynchus* spp.). *Fish. Oceanogr.* 2:11–23.

Welch, D. W., E. L. Rechisky, M. C. Melnychuk, A. D. Porter, C. J. Walters, S. Clements, B. J. Clemens, R. S. McKinley, and C. Schreck. 2008. Survival of migrating salmon smolts in large rivers with and without dams. *PLoS Biol.* 6:e265.

Wells, B. K., C. B. Grimes, J. Sneva, S. McPherson, and J. B. Waldvogel. 2008. Relationships between oceanic conditions and growth of Chinook salmon (*Oncorhynchus tshawytscha*) from California, Washington, and Alaska, USA. *Fish. Oceanogr.* 17:101–125.

Wells, B. K., B. E. Rieman, J. L. Clayton, D. L. Horan, and C. M. Jones. 2003. Relationship between water, otolith, and scale chemistries of westslope cutthroat trout from the Coeur d'Alene River, Idaho: The potential application of hard-part chemistry to describe movements in freshwater. *Trans. Am. Fish. Soc.* 132:409–424.

Wells, B. K., J. A. Santora, J. C. Field, R. B. MacFarlane, B. B. Marinovic, and W. J. Sydeman. 2012. Population dynamics of Chinook salmon *Oncorhynchus tshawytscha* relative to prey availability in the central California coastal region. *Mar. Ecol. Prog. Ser.* 457:125–137.

Wells, B. K., J. A. Santora, I. D. Schroeder, N. Mantua, W. J. Sydeman, D. D. Huff, and J. C. Field. 2016. Marine ecosystem perspectives on Chinook salmon recruitment: A synthesis of empirical and modeling studies from a California upwelling system. *Mar. Ecol. Prog. Ser.* 552:271–284.

Wertheimer, A. C., and F. P. Thrower. 2007. Mortality rates of chum salmon during their early marine residency. *Am. Fish. Soc. Symp.* 57:233–247.

West, C. J., and P. A. Larkin. 1987. Evidence for size-selective mortality of juvenile sockeye salmon (*Oncorhynchus nerka*) in Babine Lake, British Columbia. *Can. J. Fish. Aquat. Sci.* 44:712–721.

West, J. E., S. M. O'Neill, and G. M. Ylitalo. 2008. Spatial extent, magnitude, and patterns of persistent organochlorine pollutants in Pacific herring (*Clupea pallasi*) populations in the Puget Sound (USA) and Strait of Georgia (Canada). *Sci. Total Env.* 394:369–378.

Westerberg, H. 1982. Ultrasonic tracking of Atlantic salmon (*Salmo salar L.*)—II. Swimming depth and temperature stratification. *Inst. Freshw. Res., Drottningholm* 60:102–120.

Westley, P. A. H., A. H. Dittman, E. J. Ward, and T. P. Quinn. 2015. Signals of climate, conspecific density, and watershed features in patterns of homing and dispersal by Pacific salmon. *Ecology* 96:2823–2833.

Westley, P. A. H., T. P. Quinn, and A. H. Dittman. 2013. Rates of straying by hatchery-produced Pacific salmon (*Oncorhynchus* spp.) and steelhead (*Oncorhynchus mykiss*) differ among species, life history types, and populations. *Can. J. Fish. Aquat. Sci.* 70:735–746.

White, H. C. 1934. Some facts and theories concerning the Atlantic salmon. *Trans. Amer. Fish. Soc.* 64:360–362.

Whitman, R. P. 1987. An analysis of smoltification indices in fall chinook salmon (*Oncorhynchus tshawytscha*). MS thesis, University of Washington, Seattle.

Wiley, E. O., and G. D. Johnson. 2010. A teleost classification based on monophyletic groups. Pages 123–182 *in* J. S. Nelson, H.-P. Schultze, and M. V. H. Wilson, editors. *Origin and phylogenetic interrelationships of teleosts*. Verlag Dr. Friedrich Pfeil, Munich.

Willette, T. M. 2001. Foraging behaviour of juvenile pink salmon (*Oncorhynchus gorbuscha*) and size-dependent predation risk. *Fish. Oceanogr.* 10:110–131.

Willette, T. M., R. T. Cooney, V. Patrick, D. M. Mason, G. L. Thomas, and D. Scheel. 2001. Ecological processes influencing mortality of juvenile pink salmon (*Oncorhynchus gorbuscha*) in Prince William Sound, Alaska. *Fish. Oceanogr.* 10(Suppl. 1):14–41.

Williams, I., G. H. Reeves, S. L. Graziano, and N. J. L. 2007. Genetic investigation of natural hybridization between rainbow and coastal cutthroat trout in the Copper River delta, Alaska. *Trans. Am. Fish. Soc.* 136:926–942.

Williams, I. V., and D. F. Amend. 1976. A natural epizootic of infectious hematopoietic necrosis in fry of sockeye salmon (*Oncorhynchus nerka*) at Chilko Lake, British Columbia. *J. Fish. Res. Board Can.* 33:1564–1567.

Willson, M. F., S. M. Gende, and B. H. Marston. 1998. Fishes and the forest—expanding perspectives on fish-wildlife interactions. *BioScience* 48:455–462.

Willson, M. F., and K. C. Halupka. 1995. Anadromous fish as keystone species in vertebrate communities. *Cons. Biol.* 9:489–497.

Wilson, S. M., S. G. Hinch, S. M. Drenner, E. G. Martins, N. B. Furey, D. A. Patterson, D. W. Welch, and S. J. Cooke. 2014. Coastal marine and in-river migration behaviour of adult sockeye salmon en route to spawning grounds. *Mar. Ecol. Prog. Ser.* 496:71–84.

Winans, G. A., and R. S. Nishioka. 1987. A multivariate description of change in body shape of coho salmon (*Oncorhynchus kisutch*) during smoltification. *Aquaculture* 66:235–245.

Winder, M., D. E. Schindler, J. W. Moore, S. P. Johnson, and W. J. Palen. 2005. Do bears facilitate transfer of salmon resources to aquatic macroinvertebrates? *Can. J. Fish. Aquat. Sci.* 52:2285–2293.

Wipfli, M. S. 1997. Terrestrial invertebrates as salmonid prey and nitrogen sources in streams: Contrasting old-growth and young-growth riparian forests in southeastern Alaska, U.S.A. *Can. J. Fish. Aquat. Sci.* 54:1259–1269.

Wipfli, M. S., J. Hudson, and J. Caouette. 1998. Influence of salmon carcasses on stream productivity: Response of biofilm and benthic macroinvertebrates in southeastern Alaska, U.S.A. *Can. J. Fish. Aquat. Sci.* 55:1503–1511.

Wisby, W. J., and A. D. Hasler. 1954. Effect of olfactory occlusion on migrating silver salmon (*O. kisutch*). *J. Fish. Res. Board Can.* 11:472–478.

Wissmar, R. C., and C. A. Simenstad. 1988. Energetic constraints of juvenile chum salmon (*Oncorhynchus keta*) migrating in estuaries. *Can. J. Fish. Aquat. Sci.* 45:1555–1560.

Withler, F. C. 1982. Transplanting Pacific salmon. *Can. Tech. Rept. Fish. Aquat. Sci.* 1079:1–27.

Withler, R. E. 1986. Genetic variation in carotenoid pigment deposition in the red-fleshed and white-fleshed chinook salmon (*Oncorhynchus tshawytscha*) of Quesnel River, British Columbia. *Can. J. Genet. Cytol.* 28:587–594.

Withler, R. E., and T. D. Beacham. 1994. Genetic consequences of the simultaneous or sequential addition of semen from multiple males during hatchery spawning of chinook salmon (*Oncorhynchus tshawytscha*). *Aquaculture* 126:11–23.

Wood, C. C. 1987. Predation of juvenile Pacific salmon by the common merganser (*Mergus merganser*) on eastern Vancouver Island. I: Predation during the seaward migration. *Can. J. Fish. Aquat. Sci.* 44:941–949.

———. 1995. Life history variation and population structure in sockeye salmon. *Am. Fish. Soc. Symp.* 17:195–216.

Wood, C. C., and C. J. Foote. 1996. Evidence for sympatric genetic divergence of anadromous and nonanadromous morphs of sockeye salmon (*Oncorhynchus nerka*). *Evolution* 50:1265–1279.

Wood, C. C., B. E. Riddell, and D. T. Rutherford. 1987. Alternative juvenile life histories of sockeye salmon (*Oncorhynchus nerka*) and their contribution to production in the Stikine River, northern British Columbia. *Can. Sp. Publ. Fish. Aquat. Sci.* 96:12–24.

Woodey, J. C. 1972. Distribution, feeding, and growth of juvenile sockeye salmon in Lake Washington. PhD dissertation, University of Washington, Seattle.

Woods, P. J., S. Skúlason, S. S. Snorrason, B. K. Kristjánsson, H. J. Malmquist, and T. P. Quinn. 2012. Intraspecific diversity in Arctic charr, *Salvelinus alpinus*, in Iceland: II. What environmental factors influence resource polymorphism in lakes? *Evol. Ecol. Res.* 14:993–1013.

Woods, P. J., D. Young, S. Skúlason, S. S. Snorrason, and T. P. Quinn. 2013. Resource polymorphism and diversity of Arctic charr *Salvelinus alpinus* in a series of isolated lakes in southwestern Alaska. *J. Fish Biol.* 82:569–587.

Wootton, R. J. 1984. Introduction: Strategies and tactics in fish reproduction. Pages 1–12 *in* G. W. Potts and R. J. Wootton, editors. *Fish reproduction—strategies and tactics*. Academic Press, London.

Wright, B. E., S. D. Riemer, R. F. Brown, A. M. Ougzin, and K. A. Bucklin. 2007. Assessment of harbor seal predation on adult salmonids in a Pacific Northwest estuary. *Ecol. Apps.* 17:338–351.

Wydoski, R. S., and R. R. Whitney 2003. *Inland fishes of Washington*. 2nd ed. University of Washington Press, Seattle, and American Fisheries Society, Bethesda, Maryland.

Yamamoto, S., K. Morita, and A. Goto. 1999. Marine growth and survival of white-spotted charr, *Salvelinus leucomaenis*, in relation to smolt size. *Ichthyol. Res.* 46:85–92.

Yamamoto, T., K. Edo, and H. Ueda. 2000. Lacustrine forms of mature male masu salmon, *Oncorhynchus masou* Brevoort, in Lake Toya, Hokkaido, Japan. *Ichthyol. Res.* 47:407–410.

Yamamoto, T., H. Maruta, T. Suzuki, and S. Kitanishi. 2015. Sperm traits dependent on body size in masu salmon *Oncorhynchus masou*. *Fish. Sci.* 81:815–820.

Yamamoto, T., H. Ueda, and S. Higashi. 1998. Correlation among dominance status, metabolic rate, and otolith size in masu salmon. *J. Fish Biol.* 52:281–290.

Yan, H. Y. 2000. Threatened fishes of the world: *Oncorhynchus masou formosanus* (Jordan & Oshima, 1919) (Salmonidae). *Env. Biol. Fish.* 57:314.

Yeates, S. E., S. E. Diamond, S. Einum, B. C. Emerson, W. V. Holt, and M. J. G. Gage. 2013. Cryptic choice of conspecific sperm controlled by the impact of ovarian fluid on sperm swimming behavior. *Evolution* 67:3523–3536.

Young, K. A. 1999. Environmental correlates of male life history variation among coho salmon populations from two Oregon coastal basins. *Trans. Am. Fish. Soc.* 128:1–16.

Zaugg, W. S., E. F. Prentice, and F. W. Waknitz. 1985. Importance of river migration to the development of seawater tolerance in Columbia River anadromous salmonids. *Aquaculture* 51:33–47.

Zaugg, W. S., and C. V. W. Mahnken. 1991. The importance of smolt development to successful marine ranching of Pacific salmon. Pages 89–97 *in* R. S. Svrjeek, editor. *Marine ranching: Proceedings of the 17th U.S.-Japan meeting on aquaculture*. National Marine Fisheries Service, NOAA Tech. Rept. NMFS 102. Seattle.

Zhou, S. 2002. Size-dependent recovery of chinook salmon in carcass surveys. *Trans. Am. Fish. Soc.* 131:1194–1202.

Zimmerman, C. E., and H. Mosegaard. 1992. Initial feeding in migratory brown trout (*Salmo trutta* L.) alevins. *J. Fish Biol.* 40:647–650.

Zimmerman, C. E., and G. H. Reeves. 2000. Population structure of sympatric anadromous and nonanadromous *Oncorhynchus mykiss*: Evidence from spawning surveys and otolith microchemistry. *Can. J. Fish. Aquat. Sci.* 57:2152–2162.

Zimmerman, C. E., R. W. Stonecypher Jr., and M. C. Hayes. 2003. Migration of precocious male hatchery chinook salmon in the Umatilla River, Oregon. *N. Am. J. Fish. Mgmt.* 23:1006–1014.

Zimmerman, M. S., J. R. Irvine, M. O'Neill, J. H. Anderson, C. M. Greene, J. Weinheimer, M. Trudel, and K. Rawson. 2015. Spatial and temporal patterns in smolt survival of wild and hatchery Coho Salmon in the Salish Sea. *Mar. Coastal Fish.* 7:116–134.

# INDEX

Italicized page numbers indicate figures, tables, and illustrations.

abundance: anthropological perspective on past abundance, 426–27; Chinook salmon, 19, 430–32, *430–32*; chum salmon, 16, 430–33, *430–33*; coho salmon, 19, 209–12, 222, 430–31, *430–32*; comparison among species, 430–32, *430–32*; discrete population sizes, 430–31, *431*; estimates and trends, 175–76, 340–44, 426–34; management of, 174–76; masu salmon, 21; native species decline due to transplants, 399, 403; pink salmon, 15, 369, 430–33, *430–33*, 441, *441*; sockeye salmon, 17, *243*, 426–34, *428*, *430–33*; steelhead, 426, 431, *431*; techniques for estimation of, 46. *See also* catch; conservation; density dependence; distribution patterns; endangered species

active drift, 214–15

adaptations. *See* adaptive tradeoffs; evolution

adaptively anadromous salmonids, 5

adaptive tradeoffs: egg size vs. fecundity, 147–48; in emergence timing, 221; in energy allocation, 149, 151, 153; growth vs. mortality, 7, 266–67, 382; iteroparity vs. semelparity, 157–59; parental care and, 11; predator avoidance vs. growth, 221, 249; in upriver migration timing, 94

adfluvial populations, 4, 25, 28, *251*, 252–53

age: designation systems for, 371–73; determination of, 373–75; downstream migration and, *266–67*, 266–69; straying behavior and, 112, 119; upriver migration and, 92–3, *93*. *See also* age at maturity

age at maturity: Arctic char, 27, 393; bull trout, 392–93; Chinook salmon, 378, *378*, 384, 386–87, *387*, 393–96; chum salmon, 17, 92–93, *93*, 383–84, *384*, 387, *387–89*; coho salmon, 377, 386–87; downward trends in, 393–96; environmental factors in, 386–87, 395; genetic influences on, 156, 386, 394, 401; geographical differences in, 383–84, *384*; growth rate and, *7*, *9*, 387, 405–6; in iteroparous trout and char, 388, 390–93; lake trout, 29; male and female differences, 378, 382–83; masu salmon, *377*; patterns and variations in, 375–80, 382–84, 386–88, 418; pink salmon, 15, 405–6; rainbow trout, 24, 391, *391*; sockeye salmon, 377–78; steelhead, 24, 386, 390; straying behavior and, 119

aggregations, 308, 356. *See also* schooling

agonistic behavior, 418. *See also* dominance hierarchies

Alaska Current, 353

Aleknagik (Lake) sockeye salmon: abundance estimates, 427, *428*; age and size at maturity, 382, *382*, 385; emergence of, 182; fry migration, 238; growth of, 242; predation of, *252*, *285*; water temperature increases and, 442, *443*

alevins: defined, 3; development of, 184, 196–98, *197*; diet and feeding behaviors, 198; emergence of, 194–96; movements of, 194–96, *195*; olfactory imprinting by, 126

allopatry, 255

allozymes, 32, 414

*Alosa sapidissima* (American shad), 5, 300

Amago salmon (*Oncorhynchus masou ishikawae*), 22

American Association for the Advancement of Science, 413

American shad (*Alosa sapidissima*), 5, 300

*Ammodytes hexapterus* (sand lance), 353, *354*, 363

amphidromy, 6

amphipods, 213, 299, 301, 352, 359, 360
Amur River, 13, 16, 20
anadromy: criteria to assess extent of, 5; defined, 5; evolution of, 31–32; in Pacific salmon, 17–25, 259–63, 313–14; prevalence of, 6; size and age at maturity, 388, 390–93; transplantation success and, 407; in trout and char, 22–24, 27, 323–25. *See also* nonanadromous salmonids
Anadyr River, 13, 17, 20, 27
anguillid eels, 5
Aniakchak Caldera, 416
anisogamy, 133
annuli, 371, 373
antipredation window, 249
Apache trout (*Oncorhynchus apache*), 26, 30, 411, 438
Arctic char (*Salvelinus alpinus*): age at maturity, 27, 393; age-designation systems for, 372; anadromy in, 5; distribution patterns, 13, 26; divergence among, 260, 422; downstream migration of, *266*, 269; ecophenotypic forms of, 257, 258; egg size of, 26; fecundity of, 26; feeding behaviors of, 164; female size and reproductive traits, 148, *148*; in food webs, *ii*, 346; growth of, 27, *392*, 393; identifying characteristics of, 26, *27*, *43*; juveniles, 163; kin recognition by, 221; in lakes, 251, 252; life-history patterns of, 26–27; marine migration of, 55–56, 324; mercury concentrations in, 445; morphological characteristics, 214; mortality rates, 257; nonanadromy among, 134; pheromone hypothesis and, 128; predation by, 287; size at maturity, 27, *377*, 393; spawning behavior, 26, 108, 138; temperature and development rate, *183*
Arctic terns, 251, *285*
Asian salmon and trout populations: Chinook salmon, 51; chum salmon, 369, *388*; Dolly Varden, 27, 324; migration of, 16, 313; pink salmon, 340, 369; steelhead, 322. *See also* Japanese chum salmon
assortative mating, 260, 261
Atlantic Rim, 397
Atlantic salmon (*Salmo salar*): age designation system for, 371; anadromy in, 5; downstream migration of, *266*, 278; female size and reproductive traits, *137*, 148, *148*; fry, 200; homeward migration of, 79; homing and straying behavior of, 109, 110; isolation by distance, 414–15; kin recognition by, 221; mature male parr of, 154; pheromone hypothesis and, 128; premature migration among, 90; taxonomy of, 30; temperature and development rate, *183*; transplantation of, 398, 399, 404, 407; upriver migration of, 93

Babine Lake sockeye salmon: diel vertical migration of, 247; fry migration, 200, 238–39; growth of, *241*; migration timing of, 274; mortality rates, 250; Skeena River rockslide and, 104; travel rate in downstream migration, 280–81
Babine River rainbow trout and steelhead, 262
back-calculation technique, 332, 340
bald eagles, as predators, 174, *174*
bathymetry, 235
Bear Creek sockeye salmon, *238*, *382*, 385
Bear River pink salmon, 407–8
bears, predatory behavior of, 166–73, *167–68*, *170–71*, 256
Becharof sockeye salmon, 267, *268*
behavioral drift, 214, 215
Bella Coola River pink salmon, 339
Bering Sea: Chinook salmon in, 51, *52*; chum salmon in, 311; diet and feeding behaviors in, 359–60; Dolly Varden in, 56, 324; food webs in, 352, 354; foraging depth in, 357; in glacial period, 35; sockeye salmon in, 17, 307, 312; steelhead in, 322
biased data, 394
Big Beef Creek coho salmon, 209–11, *212*, 231, 383
Big Beef Creek cutthroat trout, 298, 323
Big Creek Hatchery, 409, *409*
Big Qualicum River salmon, 232, 407, 419, *420*
biocomplexity, 439
biodiversity, 174, 227–28, 439
biofilm, 162–63
biomass: climatic regime shift and, 356; escapement and, 176; fertilization and, 161, *245*; management for, 439; of prey for

juvenile chum salmon, 300; reductions in, 246; seasonality of production, 214, 354; of smolts, *246*
bird predation: in downstream migration, *285*, 285–86; in estuaries, 302–3; in lakes, 251, *252*, 255–56; in marine environments, 346–48; in streams, 232
Biwa salmon (*Oncorhynchus masou* subsp.), 22
blueback salmon. *See* coho salmon (*Oncorhynchus kisutch*); sockeye salmon (*Oncorhynchus nerka*)
body composition: Chinook salmon, 99; lipids in marine diet and, 366; sockeye salmon, 97, *98–99*, 99; stock differences in, 418; upriver migration and changes in, 97–99, *98–100*. *See also* growth; morphology
body shape. *See* morphology
Bonaparte's gulls, 251, *252*
Bonneville Dam, 84, *84*, 95–96, *96*, 281–82, *282*
bounty programs, 284–85
*Brachymystax* (genus), 30
Bristol Bay: in glacial period, 35; map of, 68; rainbow trout and steelhead in, 22; water temperature increases, 442
Bristol Bay sockeye salmon: abundance estimates, 427, *428*, 429, 433, *434*; body composition at death, 99, *99*; body size and depth at spawning sites, 153; catch rates of, 68; climate conditions impacting, 343; coastal migration of, 67; competition with, 368, 369; distribution patterns, 53, *54*; growth of, 241–42, 367, *367*; marine migration of, 57–58, 60, *61*, 64, 310–12; marine mortality rates, 340; portfolio effect and, 439; predation by bears, 167, 171; redd site digging by, *139*; sex differences in, 383; smolt characteristics, 267, *268*; as stock complex, 422; travel rate of, 58
brook trout (*Salvelinus fontinalis*): anadromy in, 5; competition with cutthroat trout, 403, *404*; downstream migration of, *266*; female size and redd site selection, *137*; kin recognition by, 221; mortality rates, 256; nonandromy among, 262; taxonomy of, 30; temperature and development rate, *183*; transplantation of, 403
brown trout (*Salmo trutta*): anadromy in, 5; diet and feeding behaviors, 215–17; divergence among, 260, 422; downstream migration of, *266*; ecophenotypic forms of, 257–58; female size and reproductive traits, *137*, 148, *148*; juvenile migrations, 201; mortality rates, 231; premature migration among, 90; taxonomy of, 30; temperature and development rate, *183*; transplantation of, 398, 403, 404
bull trout (*Salvelinus confluentus*): age at maturity, 392–93; dam removal projects and, 446; diet and feeding behaviors, 253; distribution patterns, 28; downstream migration of, *266*, 269; in estuaries, 298; example of, *108*; feeding position of, 216, *216*; fluvial migration of, 107; identifying characteristics of, *29*; in lakes, 251–53; life-history patterns of, 28; marine migration of, 55–56, 324–25, *326*; predation by, 286; size at maturity, 28, *377*; spawning behavior, 28, 140–41; status and ESUs, 438; taxonomy of, 30; temperature and development rate, *183*
buttoned-up fry, 198

caddis flies, 172, 213–14, *215*, 217
California Current, 315, 353
carbon: in food habit studies, 363–64, *364*; from salmon carcasses, 162, 163
carbon dioxide, 196, 444
carcasses. *See* salmon carcasses
Carnation Creek, 187, 189, 222, 231, 270–71
carrying capacity: population structure and, 6; productivity and, 12, 174–75, *175*; of streams, 176, 210, 222
catadromy, 5–6
catastrophic drift, 214
catch: Bristol Bay sockeye salmon, 60; coho and Chinook at sea, 314–15, 317; defined, 4; Gulf of Alaska sockeye and chum, *54*; harvestable surplus, 175; migration patterns and, 307–8, *308*; selectivity and, 376; Strait of Juan de Fuca, *81*; temperature and, 342, 366, *366*; tidal patterns and, 78; vertical distribution comparisons, *81*. *See also* abundance
catch-per-unit-effort, 46, 296, 313, 321

Cedar River sockeye salmon, 114–15, 145, 188, 410
*Cerorhinca monocerata* (rhinoceros auklets), 346–47
char. *See specific species*
Chehalis River region, 35, *289*
chemical contaminants, 305, 444–45
cherry salmon. *See* masu salmon (*Oncorhynchus masou*)
Chignik Dolly Varden, 324
Chignik sockeye salmon, 57, 251, 292, 371–72, *372*
Chilko River sockeye salmon, 191–92, *192*, 200–201, 239, 286, 332–33
Chinook salmon (*Oncorhynchus tshawytscha*): abundance of, 19, 430–32, *430–32*; age at maturity, 378, *378*, 384, 386–87, *387*, 393–96; alevins, *179–80*, 194–98, *195*; anadromy in, 5; annual quantity and landed value in commercial fisheries, vii; body composition at death, 99; coastal migration of, 66; coloration of, 187, 420, 422; dam removal projects and, 446; diet and feeding behaviors, 70, 214, 301, 359–64, *362*; distribution patterns, 20, 80, *80–81*, 131–32, 307, *308*, 315–16; downstream migration of, 20, 266, *266*, 272, 275, *275*, 282; in estuaries, 290–99, *293–94*, 301–5, *304*; evolutionary relationships, 32, 33; in eyed egg stage, 178, *178*; female size and reproductive traits, *137*, 148, *148*; in food webs, 346, 349–50; foraging depth at sea, 357, *358*; freshwater mortality rates, 105, 185, *188*, 232; fry, 20, *180*, 200, *207*; gonadosomatic index of, *155*; growth of, 299, 303, *304*; habitat preferences, 225, 226, 301–2; homeward migration of, 55; homing and straying behavior of, 112–15, *113*, 119, 126, 127; identifying characteristics of, 20–21, *21*, *42*, *353*; isolation by distance, 414–15, *415*; iteroparity among, 159; jacks, 134, 154, 381, 386, 388; juveniles, *37*; kin recognition by, 221; in lakes, 234; life-history patterns of, 19–21, *89*, 262, 303–5; life table features, 329, *329*; magnetic field detection by, 326–27; male life-history variants, 134, 379–81, *380*; marine migration of, 51–55, *52*, 313–18, *314–16*; marine mortality rates, 333–35, *336–38*, 337, 341, *341*, 346; nonanadromy among, 134, 259; parasites of, 51; population structure, 417; productivity of, 329, *329*; redd site selection by, 165; research on, 45; resident populations of, 320–21; sexual maturity of, *2*, *42*, *380*; size at maturity, 20, 100, 376–79, *377*, *379*, 384, 393–96; smolts, *277*, 388, *389*; spawning behavior, 19, 21, 84–85, 88, 140, *144*, *181*; status and ESUs, 424, *424*, 438; temperature and development rate, *183*, 183–84; transplantation of, 130–31, *131*, 398–402, *400*, *402*, 404–6; travel rate of, 97, 283, 297–98, 310; upriver migration of, 84, *84*, 87–90, *89*, 100; vulnerability to fishing, 375; weight at sea, 365, *365*; wild vs. hatchery-produced survival rates, *338*. *See also* ocean-type Chinook salmon; stream-type Chinook salmon; *specific populations of Chinook salmon*
chum salmon (*Oncorhynchus keta*): abundance of, 16, 430–33, *430–33*; age at maturity, 17, 92–93, *93*, 383–84, *384*, 387, *387–89*; aggression at spawning grounds, 136–37, *137*; alevin movements, 194–96, *195*; anadromy in, 5; annual quantity and landed value in commercial fisheries, vii; coastal migration of, 66, 67, *69*, 71; dam removal projects and, 446; density-dependent fry production by, 150, 189–90; diet and feeding behaviors, 70, 299, 300, 359–64, *362*; distribution patterns, 16, 80, 307, 308, *308*; dominance displays by, *141*, 142; downstream migration of, 17, 266, *266*, 270–71, 278, 280–81; egg size of, 17; in estuaries, 290, *291*, 292–95, *295*, 299–301, 303; evolutionary relationships, 32, 33; female size and reproductive traits, 148, *148*, 149; in food webs, 345, 349; foraging depth at sea, 357, *358*; freshwater mortality rates, 105, 185, 187, 232, 286, *286*; fry, 16, 189–90, 199; habitat preferences, 301, 366; homeward migration of, 55, 57; homing and straying behavior of, 112, 417; identifying characteristics of, 17, *17*, 39; isolation by distance, 414, *415*; jacks, 134; jumping

ability of, 102; juveniles, *36*; in lakes, 234; life-history patterns of, 16–17; life table features, 329, *329*; male life-history variants, 134, 379; marine migration of, 51–53, *52–53*, 55, 311, 313; marine mortality rates, 333, 335, 339, *341*, 345–46; population structure, 190, 415; productivity of, 329, *329*; recolonization of Wolf Creek by, 116; redd site selection by, *137*, 138; research on, 45; sexual maturity of, *2*, *39*; size at maturity, 17, 92–93, *93*, 376, *377*, 383–87, *384*, *388*; spawning behavior, 16–17, 85; status and ESUs, 424, *424*, 438; temperature and development rate, *183*, 183–84; temperature preferences of, *59*; transplantation of, 404; travel rate of, 97; upriver migration of, 16, 84, *84–85*, 92–95, *93–94*; weight at sea, 364–65, *365*. *See also specific populations of chum salmon*

circuli, 303, 366, 373, 374

cladocerans, 242, 243

climate: abundance variation and, 428, 429; El Niño effects on, 62, 342; endangered species and, 412; life-history patterns and, 433; marine mortality and, 342–43; Pacific Decadal Oscillation, 343; regime shifts, 343, 356; salmonid habitats and variation in, 14, 442–44, *443*; sustainability of salmonids and, 442; water temperature increases and, 442–44, *443*. *See also* environmental factors; temperature

*Clupea pallasi*. *See* Pacific herring

clupeids, anadromy in, 5

coastal and estuarine migration, 66–82; challenges of, 67, 69, 70–71; Chinook salmon, 66; chum salmon, 66, 67, *69*, 71; environmental factors in, 67, 69, 70–71, 74; horizontal movements in, 74–76, *75*; orientation in, 74, 77, 79–81; research on, 66–67, 72–74; salinity and, 74, *75*, 78–81, *80*; sockeye salmon, 67, 71–81, *73*, *75*; swimming speed in, 74, *76*, *77*; temperature and, 67, 71, 74, *75*, 78–81, *80*; travel rate in, 66, 72, *72*, 77; vertical movements in, 78–81, *80–81*. *See also* homeward migration

coho salmon (*Oncorhynchus kisutch*): abundance of, 19, 209–12, 222, 430–31, *430–32*; age at maturity, 377, 386–87; alevin movements, 194–96, *195*; anadromy in, 5; annual quantity and landed value in commercial fisheries, vii; co-occurrence with steelhead and cutthroat trout, 207, 209, *210*; dam removal projects and, 446; diet and feeding behaviors, 214, 216, 299, 359–64, *362*, 383; disease resistance in, 419, *420*; dissolved oxygen and embryonic development in, 184; distribution patterns, 18, 80, *81*, 307, 308, *308*; dominance displays by, *142*; downstream migration of, 19, 266, *266*, 270–74, *272–73*, 278, 282; El Niño effects on, 342; in estuaries, 290–93, *293*, 301; evolutionary relationships, 32, 33; female size and reproductive traits, *137*, *147*, 147–49; in food webs, 286, *286*, 345–46, 348, 349; foraging depth at sea, 357, *358*; freshwater mortality rates, 185–89, *190*, 230–32; fry, 19, 196, 199–200, 222–23, 271; growth of, *213*, 220, *220*, 223, 227, *228*, 383; habitat preferences, 223, *224–26*, 225–26, 231, 366; homeward migration of, 55; homing and straying behavior of, *110*, 110–11, 114, 115, 126; identifying characteristics of, 19, *20*, *41*; jacks, 134, 154, 155, 386–88; juveniles, *37*, 163; kin recognition by, 221; in lakes, 234; life-history patterns of, 18–19, 222, *222*; life table features, 329, *329*; male life-history variants, 134, 379; marine migration of, *52*, 53–55, 313–15, *314*, 317–18, *318–19*; marine mortality rates, 333–34, *334*, 338, 339–44, *341*, *344*, 346–47; mating patterns of, 145; maturation of, 4; nonanadromy among, 261; in olfactory imprinting experiments, 121–22, *122*, 124, *124*, 126; pheromone hypothesis and, 128; productivity of, 329, *329*; recolonization of Wolf Creek by, 116; research on, 45; resident populations of, 321; sexual maturity of, *2*, *41*; size at maturity, 19, 376, *377*, 383; smolts, 19, 126–27, 210–12, *211–12*, 267, *268*, *277*; spawning behavior, 19, 84–85; status and ESUs, 424, *424*, 438; straying behavior of, *110*, 110–11; in streams, 207–13, *208*, *210–12*, *219–20*, 220, 222; temperature and development

rate, 182, 183, *183*; transplantation of, 398, 404–6, 408–9, *409*; travel rate of, *283*, 310; upriver migration of, 84, *84*, *86*, 90; weight at sea, 365, *365*; wild vs. hatchery-produced survival rates, *338*. *See also specific populations of coho salmon*
collective navigation, 114
coloration, 153, 186–87, 276, 420, 422
Columbia River: abundance estimates for, 426, 428; coho salmon of, 127, 317; dams on, *113*, 282–84, 394; discharge and length of, 14, *14*; diurnal upriver migration patterns in, 92; downstream migration at, 281–82, *282*; estuarine habitats of, 290, 293, *293–94*, 297, 300–2, 304–5; fluvial migration within, 107; freshwater fish species of, 228; gillnetting in, *79*; as glacial refuge, 35; habitat degradation and accessibility, 437; predation in, 284–86; sockeye salmon of, 17, 95–96, 100, 274; steelhead of, 87, 269, *270*, 338–39, 419, 426; tributaries of, *73*; upriver migration in, 84, *84*; water management in, viii; water temperature increases, 442, *443*. *See also* Bonneville Dam
Columbia River Chinook salmon: age and size trends, 394; chemical contaminants impacting, 444; distribution patterns, 20, *80*, 315; homing and straying behavior of, 112–14, *113*; migration timing, 417; premature migration of, 87; redd site variability of, 138; transplantation of, 130
compass orientation, 60, 64
competition: age and size trends influenced by, 393, 395; in estuaries, 301; extinction risk and, 437; for feeding positions, 216; habitat segregation resulting from, 225; intrasexual, 133; in lakes, 240, 246–47, 255; male reproductive success and, 381; in marine environments, 347–48, 368–69; native vs. non-native species, 398, 399, 403–4; for redd sites, 133, 136–37, 140, 149, 151; salmonids vs. cyprinids, 229–30; on spawning sites, 94, 149. *See also* territorial behavior
*Compleat Angler, The* (Walton), 109
conservation: biocomplexity and, 439; ecological basis for, 448; ESUs and, 424, *424*, 437–38; population structure and, 6, 413, 422–23; in regulatory environment, viii; research on, 435–37; restoration and recovery efforts, 104, 225, 434, 439–40, 446; status and, 424, 437; stock concept and, 418. *See also* endangered species
constant drift, 214
convergence phenomenon, 57, 59, 60
copepods, 50, 242–44, 299–300, 352, 354–55, *ii*
Copper River, *14*
Cordilleran ice sheet, 35
Coregonidae. *See* whitefish
courtship and mating behavior: assortative mating, 260, 261; crossing over in, 141, 143; digging displays and, 142–43; dominance displays in, 141–42, *141–42*; partner selection in, 133, 151–52; patterns of, 145–46, *146*; positioning in, 141. *See also* reproductive success; spawning behavior
Cowichan River, 272
Cowlitz River hatchery, 112
crossing over, 141, 143
crustaceans, *234*, 235, 237, 240, 242, 246, 358–59
ctenophores, 359
Cultus Lake coho salmon, 261
Cultus Lake sockeye salmon, 109–10, 198, 200–1, 275, 331
currents: Alaska Current, 353; California Current, 315, 353; in coastal waters, 67, 70, 78; migration routes and, 65, 67; of North Pacific Ocean, 55; swimming speed and ability impacted by, 74, 76, 312; tidal, 67, 71, 74, 76, 78
cutthroat trout (*Oncorhynchus clarkii*): age-designation systems for, 372; anadromy in, 5, *325*; coastal, 25, 227, 230; competition with brook trout, 403, *404*; conservation concerns involving, 411–12; co-occurrence with steelhead and coho, 207, 209, *210*; dam removal projects and, 446; diet and feeding behaviors, 213, 216, *217*, 252–53; distribution patterns, 24–25; downstream migration of, 266, 269; in estuaries, 298, 302; evolutionary relationships, 32, 33; eyesight of, 255; female size and reproductive traits, 148, *148*; fluvial

migration of, 107; fry, 25, 200; growth of, 227, 255; habitat preferences, 223–27, *225*, 231; hybridization among, 411; identifying characteristics of, 25, *25*; isolation by distance, 415, *415*; iteroparity among, *158*; juveniles, *37*, 163; in lakes, 251, 252, 255; life-history patterns of, 24–26; life table features, 329, *329*; male life-history variants, 379; marine migration of, 55–56, 323–24, *325*; mortality rates, 255–56, 333; nonanadromy among, 259; population structure, 25; sea-run, 25; size at maturity, 376, *377*, 391, 392; spawning behavior, 8, 25, 85; status and ESUs, 424, *424*, 438; in streams, 207, *208*, 212; subspecies of, 25–26; taxonomy of, 30, 32; temperature and development rate, 182, *183*. *See also specific populations of cutthroat trout*
*Cyclops* (copepod), *ii*, 50, *234*, 243, 251
*Cyclotella* (diatom), *ii*
cyprinids, 229–30, 251

dams: age and size trends influenced by, 394; habitat changes due to, 435, 440, 445; impact on migration, 95–96, *113*; map of, *113*; removal of, 445–47, *446–47*; water velocity patterns and, 282. *See also* Bonneville Dam
*Daphnia* (cladoceran), *ii*, *234*, 243–47, 301
day length, in timing of migration, 60, 276, 278
dead salmon. *See* salmon carcasses
degree days, 182
density dependence: embryo mortality and, 150–51, 189–91; fry production and, 189–91, *191–92*; growth rate and, 223, 227, *228*, 245–46, *246*, 367–68; predation and, 286–87
depth: bathymetry and, 235; in coastal migration, 78–81, *80*; of estuaries, 288, *289*; of foraging, 357–58, *358*; light distribution and, 253, *254*. *See also* stream depth; vertical movements
Deschutes River, 262
development: of alevins, 184, 196–98, *197*; dissolved oxygen and rate of, 184, *185*; of eggs, 9–10, *10*; of embryos, 3, 83, 178, 181–84; of scales, 373; smolt transformation, 276–80, *279*, 387; temperature and rate of, 182–83, *183*. *See also* age at maturity; emergence; incubation; sexual maturity; size
diadromy, 5, 6, 71
*Diaptomus*, *234*
diel vertical migration (DVM), 226–27, 247–49, *248*, *250*
diet and feeding behaviors: alevins and fry, 198; Arctic char, 164; brown trout, 215–17; bull trout, 253; characterization of, 360–63; chemistry in study of, 363–64; Chinook salmon, 70, 214, 301, 359–64, *362*; chum salmon, 70, 299, 300, 359–64, *362*; coho salmon, 214, 216, 299, 359–64, *362*, 383; cutthroat trout, 213, 216, *217*, 252–53; depth of foraging, 357–58, *358*; Dolly Varden, 70, *164*; drift feeding, 215–19, *218*; energetics of, 215–16; in estuaries, 298–301; generalist, 12, 358; in homeward migration, 70; Index of Relative Importance for, 360–61, *361*; in lakes, 242–47, 253–55, *254*; in marine environments, 354–64; morphology and, 358; nutritional value in freshwater vs. marine environments, 364; pink salmon, 299, 359–64, *362*; predation risk and, 256; rainbow trout, 217, 244; research on, 358–59; seasonality of food sources, 214, 354–56, *355–56*; sockeye salmon, *234*, 237–38, 240–47, 359–64, *362*; steelhead, 70, 359, 364; in streams, 213–19, *215–18*; temperature and, 227; trout, 164, 213–17, 244. *See also* food webs; growth; predation
digestion, 70, 163, 227, 240, 249, 359–61
direction of movement: detection of, 46, 57, 74; horizontal, 74–76, *75*, 239; vertical, 78–81, *80–81*, 195
diseases and pathogens: in hatcheries, 192; immunity changes in smolt transformation, 278; infectious hematopoietic necrosis, 191–92; in lakes, 251; mortality from, 105, 191–92, 230, 251; resistance to, 419, *420*; in streams, 230. *See also* parasites
dissolved oxygen (DO): in alevin movements and emergence, 196; in coastal waters, 71; development rate and, 184, *185*; embryo

mortality and, 186, *186*; in groundwater, 205; incubation and, 184, 186; in lakes, 236–37; prespawning mortality and, 105; redd site quality and, 191
distribution patterns: Arctic char, 13, 26; bull trout, 28; Chinook salmon, 20, 80, *80–81*, 131–32, 307, *308*, 315–16; chum salmon, 16, 80, 307, 308, *308*; coho salmon, 18, 80, *81*, 307, 308, *308*; cutthroat trout, 24–25; Dolly Varden, 13, 27; habitat preferences and, 223–27; marine, 307–8, *308*, 315–16, *316*; masu salmon, 21; nonanadromous salmonids, 259–60; parasites as indicators of, 51; pink salmon, 15, 80, *81*, 307, 308, *308*; rainbow trout, 22–24; salmonids, 12–15, *13*; seasonal, 226; sockeye salmon, 17–18, 80, *81*, 132, 237–39, 307–8, *308*; spawning sites, 140; steelhead, 22–24, 80–81, 307, *308*; straying as factor in, 6; in streams, 207, 209–12, 223–27; vertical, 80–81, *80–81*. *See also* abundance; geographic comparisons
diurnal rhythms: in stream habitat use, 227; of tidal cycles in estuaries, 288; in upriver migration, 92. *See also* diel vertical migration (DVM)
divergence phenomenon, 56–57, 59, 422
diversity. *See* biodiversity
DNA analysis: data linking, 200; efficiency in processing, 51; fingerprinting, 133; genetic markers and, 414; mitochondrial DNA, 32; parentage studies, 145, 149, 151, 156, 221, 383; in predation studies, 348; of redds, 140; of scales, 374
DO. *See* dissolved oxygen
dog salmon. *See* chum salmon (*Oncorhynchus keta*)
Dog Salmon Creek, 410, *410*
Dolly Varden (*Salvelinus malma*): age-designation systems for, 372; anadromy in, 5, 323, *325*; distribution patterns, 13, 27; downstream migration of, *266*, 269; ecophenotypic forms of, 258; in estuaries, 298; eyesight of, 253, 255; feeding behaviors of, 70, *164*; female size and reproductive traits, *148*; habitat preferences, 225, 226; identifying characteristics of, *27*; juveniles, 163; in lakes, 251, 252; life-history patterns of, 27–28; marine migration of, 55–56, 323–24, *325*; mature male parr of, 154; mortality rates, 232; population structure, 422; recolonization of Wolf Creek by, 116; size at maturity, *377*, 384, *385*; spawning behavior, 27, 28; subspecies of, 27, 324; taxonomy of, 30
dominance hierarchies: of males on spawning grounds, 141–42, *141–42*, 153; metabolic rate and, 221; paternity determination and, 156; size and, 153; in streams, 220–21
downstream migration, 263–87; age and, *266–67*, 266–69; behavior in, 280–83; Chinook salmon, 20; chum salmon, 17; coho salmon, 19; estuary use in, 290, 296–97; fry, 199–201, 222–23, 238–39, 271–72; homing mechanisms and, 127; kelts, 4; mortality during, 283–87; orientation in, 281; parr, 19; sampling of migrants, 263–64, *264–65*; smolts, 266–75, 280–83; temperature and, 270–71, 275, *275*, 280; timing of, 266–75, *336*, 354–55, *355*; transformation of parr into smolts for, 276–80, *279*; travel rate in, 280–83, *283*
downwelling, 140
drift feeding, 215–19, *218*
drift patterns, 214–15
DVM. *See* diel vertical migration

eagles, as predators, 174, *174*
ear stones. *See* otoliths
eating. *See* diet and feeding behaviors
ecophenotypes, 257–58
egg-fry conflict, 206
eggs: burial of, 11–12, 145, *149*, 151; color of, 12; defined, 3; development of, 9–10, *10*; eyed eggs, 178, *178*; fertilization of, 143–45, *144*, 155, 156, 260; in food webs, 162–64, *163*, *165*, 214; potential egg deposition, 184; weight of, *147*, 197. *See also* egg size; embryos; redds; spawning behavior
egg size: Arctic char, 26; chum salmon, 17; comparison among species, *10*, 10–11, *329*, 418; female size and, 137, 148; number of eggs vs., 147; offspring feeding success and, 221; pink salmon, 16; rainbow trout and

steelhead, 23; semelparity and, 7; sockeye salmon, 17, 237, 420; substrate and, 420
electrofishing gear, 209, *209*
electromyogram telemetry, *101*, 102
elevation of streams. *See* gradient and elevation of streams
Elk River Chinook salmon, 386
El Niño, 62, 342
Elwha River, *16*, *86*, *265*, 271, 408, 446
embryos: development of, 3, 83, 178, 181–84; in eyed egg stage, 178, *178*; mortality of, 150–51, 178, 184–92; otoliths in, 375; stock differences in, 418. *See also* eggs; incubation; redds
emergence: of alevins, 194–96; dissolved oxygen and, 184; of fry, 181–82, 194–96, 221, 226; otolith marks as indication of, 373–74; spawning date and, 181–82
endangered species, 22, 88, 411–12, 437–38. *See also* Evolutionarily Significant Units (ESUs); US Endangered Species Act of 1973 (ESA)
endocrine system, 70–71, 276–78
energetics and metabolism: allocation of, 149, 151; in diel vertical migration, 249; dominance hierarchies and, 221; in feeding behaviors, 215–16; growth and, 240–41, 365; secondary sexual characteristics and, 153; in smolt transformation, 277; swimming speed and, 100–2, *101*; for upriver migration, 97–102, *101*; yolk absorption, 196–97, *197*
en route mortality, 105
environmental factors: in age at maturity, 386–87, 395; in coastal migration, 67, 69, 70–71, 74; embryo survival and, 185–88; in estuarine waters, 288–89; in life-history patterns, 400–1, 416; in local adaptations, 418–19; in marine mortality, 340–44; salmonid range and habitats, 12–15; in size at maturity, 395; in streams, 203–5; in upriver migration, 90; water chemistry as natural tag, 115. *See also* climate; dissolved oxygen (DO); salinity; seasonality; temperature
ESA. *See* US Endangered Species Act of 1973
escapement: current and historic comparisons, 176; defined, 4; ecological impact of, 161; estimation of, *433*, 434, 437; fishery goals for, 175–76; Hell's Gate, impact on, 103. *See also* abundance; catch
estuaries, 288–306; chemical contaminants in, 305, 444, 445; competition in, 301; defined, 288; deposition in, 204; diet and feeding behaviors in, 298–301; fry in, 290–93, *295*; growth in, 293–94, *295*, 299, 303, *304*; habitat characteristics, 288–90; human impacts on, 304, 435; importance of, 298–305; mortality rates in, 303; patterns of entry and use, 290–98; predation in, 302–3; productivity of, 299; salinity in, 288, *289*, 301–2; smolts in, 290–93, *293*, 296–98; stratification of water in, 67, 79, 288; water properties in, 71, 81, 288, *289*. *See also* coastal and estuarine migration
ESUs (Evolutionarily Significant Units), 424, *424*, 437–38
euphotic zone of lakes, 235
euryhaline species, 5, 71, 300, 301
Eva Lake, 323–24, 391
evolution: of anadromy, 31–32; conceptual components of, 413–14; of ecophenotypes, 257; of fitness, 401; gene flow and, 415, 417; of homing and straying, 115–20; hybridization and, 28, 33, 130, 157, 323, 411; of kokanee, 260–61, 416; of life-history patterns, 33, 416; of local adaptations, 418–20; natural selection and, 107, 153, 337, 338, 401, 418; of nonanadromy, 261; of salmonids and related fishes, 30–35, *34*, 44; selective predation by bears and impact on, 171; sexual selection, 133, 153; size at maturity and, 385–86; specialization in, 6; sympatric divergence and, 260; of transplanted populations, 400–2
Evolutionarily Significant Units (ESUs), 424, *424*, 437–38
extinctions, 436–41. *See also* endangered species

fan traps, *264*
fecundity: Arctic char, 26; comparison among species, *147–48*, 147–49, 329, *329*; size and, *11*, 146–48, *147–48*; sockeye salmon, 17. *See also* eggs

feeding behaviors. *See* diet and feeding behaviors
ferox trout, 257–58
fertilization: of eggs, 143–45, *144*, 155, 156, 260; of lakes, *245*, 245–46; by salmon carcasses, 161–62, 164–66, 172
fingerlings, 3
fish communities, 227–30, 300–1, 399
fisheries: abundance variation and, 429; age and size trends influenced by, 394; in coastal and estuarine waters, 82; defined, 4; escapement goals of, 175–76; on harvestable surplus, 175; selectivity of, 375, 394–95. *See also* fisheries management
fisheries management: of abundance, 174–76; of biomass vs. biodiversity, 439; blame game in, 435, *436*; bounty programs in, 284–85; genetic techniques in, 310; population structure and, 6, 413, 422–23; of salmon runs, 12; of spawning site density, 164; stock concept and, 418; viable salmonid populations and, 438; of water in Columbia River system, viii. *See also* conservation; transplantation
fishing gear: electrofishing gear, 209, *209*; fan traps, *264*; fyke nets, 264, *265*; gillnets, 46, *47*, 53, 57, *79*, 375–76; rotary screw traps, 264, *265*; selectivity of, 375–76, 394–95. *See also* purse seines
fish ladders, *95*
fitness: of chum strays, 417; defined, 259; evolution of, 401; genetic influences on, 401; local adaptations and, 419; loss of, 94; of offspring, 157; of wild vs. hatchery-produced fish, 338
fluvial populations, 4, 28, 107, 392
food webs: carcasses in, 6–7, 161–66; eggs in, 162–64, *163*, *165*, 214; in estuaries, 299–300; in lakes, *ii*, 161–66, 243–47, 251; in marine environments, 12, 345–50, 352–54; in streams, 161–66, 214. *See also* diet and feeding behaviors; predation
Formosa landlocked salmon (*Oncorhynchus masou formosanus*), 22
Fraser River: Chinook salmon of, 20, 420; chum salmon of, 66, 299, 330, *330*, 382; discharge and length of, 14, *14*; freshwater fish species of, 228; in postglacial colonization, 35; smolt mortality rates in, 286; water temperature increases, 442
Fraser River pink salmon: colonization by strays, 116; density-dependent growth of, 368; distribution patterns, 15; Hell's Gate and, 103–4, 434, 440; mortality rates, 330, *330*
Fraser River sockeye salmon: abundance estimates for, 426; body composition at death, 97, 98; coastal migration of, 72–81, *73*, *75*; density-dependent fry production by, 191; fry migration, 200; Hell's Gate and, 103–4, 120, 434; horizontal movements of, 74–76, *75*; life-history patterns of, 292; marine migration of, 57, 58, 60–64, *61–63*, 312; mortality rates, 105, *106*, 330, 444; size and upriver migration distance, 100; tagging studies of, 72–74; travel rate of, 58, 97, *98*
Frazer Lake, 261, 409–10
fry: Atlantic salmon, 200; Chinook, 20, *180*, 200, *207*; chum, 16, 189–90, 199; coho, 19, 196, 199–200, 222–23, 271; cutthroat trout, 25, 200; defined, 3; density-dependent growth and production, 189–91, *191–92*, 245–46, *246*; diet and feeding behaviors, 198; downstream migration of, 199–201, 222–23, 238–39, 271–72; egg-fry conflict, 206; egg size and survival rates, 148; emergence of, 181–82, 194–96, 221, 226; energetics of growth for, 240–41; in estuaries, 290–93, *295*; in food webs, 345; in lakes, 201, 237; on life history table, *329*; marine mortality rates, 335, 339; migration of, 199–201, 222–23, 238–39, 420; orientation of, 201, 239; pink, 16, 17, 189–90, 196, 199; rainbow trout, 23, 87, 199–201; schooling, 213; size of, 197–98, 221; sockeye, 17, 189–91, *191–92*, 196, *199*, 199–201, 237–39, *238*; steelhead, 23, 87, *199*; stock differences in, 418
fyke nets, 264, *265*

galaxiids, 6, 399, *399*
gear. *See* fishing gear
gene flow, 6, 415, 417
genetic drift, 414

genetic isolation, 6, 413–17
genetics: age at maturity and, 156, 386, 394, 401; disease resistance and, 419; downstream migration timing and, 273; fitness and, 401; of fry migration, 200–1; of hatchery fish, 395; heritable variation in phenotypic traits, 417–22; of homing and straying behavior, 118, 119, 129–32; isolated populations and, 6, 413–17; kokanee and sockeye variations, 260, 261; life-history patterns and, 400–1; marine migration patterns and, 310, 312, 313, 317; marine mortality and, 337; rainbow and steelhead relationships, 263; of salmonid evolution, 32–33; size at maturity and, 394–95, 401; spawning dates and, 401; upriver migration timing and, 83–84, 96
geographic comparisons: age and size at maturity, 383–84, *384*; diel vertical migration, 247–48; downstream migration age of steelhead, *267*; escapement, 176; hatchery coho marine migration, 318, *318–19*; marine distribution, 307, *308*, 315–16, *316*; river discharge and length, 13–14, *14*; smolt age and size in Alaska lakes, *267*, *268*; smolt marine mortality, *331*; sockeye fry growth, *241*, 241–42; sockeye mortality rates, 250–51, *331*; stream resident coho, 207, 209; temperatures, 14; thermal regimes of rearing lakes, 241; travel rate, 58. *See also* distribution patterns
geological and glacial history: fish biodiversity and, 228; gene flow and postglacial colonization, 415; salmonid evolution and, 33, 35, 44, 428–29
geotaxis, 195
Gila trout (*Oncorhynchus gilae*), 26, 30, 438
Gilbert-Rich system, 371
gillaroo trout, 257
gillnets, 46, *47*, 53, 57, *79*, 375–76
Giorgi, A. E., 282–83
glacial history. *See* geological and glacial history
Glacier Bay, 116, *117*, 399, 416
golden trout (*Oncorhynchus aguabonita*), 26, 30, 138, 411, 438
gradient and elevation of streams, 204, 206, *206*, 209, 210
grayling (Thymallidae), 30, 33, *34*, 201
Great Central Lake, 245, 248, 249
Great Lakes, 116, 404–6
grilse, 4, 93
groundwater, 138–40, 186, 205
growth: age at maturity and, 7, 9, 387, 405–6; of Arctic char, 27; of Chinook salmon, 299, 303, *304*; of coho salmon, *213*, 220, *220*, 223, 227, *228*, 383; comparison among species, 364–65, *365*, 418; of cutthroat trout, 227, 255; density dependence and rate of, 223, 227, *228*, 245–46, *246*, 367–68; El Niño effects on, 342; energetics and metabolism in, 240–41, 365; in estuaries, 293–94, *295*, 299, 303, *304*; feeding behaviors and, 216; in freshwater habitats, 266–67, 383, 390, 391; of kokanee, 391; in lakes, 239–47, 249; in marine environments, 266–67, 337, 364–69, 383, 388, 391; marine mortality and, 340; metabolism vs. growth in alevins, 197; of rainbow trout, 255; reproductive success and, 85, 382; seasonality of, *241*, 373; smolt transformation and, 278; of sockeye salmon, 239–47, *241–42*; in streams, 213, *213*, 219–23, 227; temperature and, 240–42, *242*, 249, 365–66; upriver migration timing and, 94; variation among years, *367–68*, 367–69. *See also* size
grunions (*Leuresthes tenuis*), 11
Gulf of Alaska: acoustic imaging surveys in, 357; catches of sockeye and chum salmon in, *54*, 57, 58; climate influences on, 343; current speeds in, 67; diet and feeding behaviors in, 359; food webs in, 352; in marine migration patterns, 51, 57, 64, 307, 310–13, 315, 354

habitats: cleanliness of, 444–45; complexity of, 445; connections among, 445–47; dams and accessibility to, 435; degradation of, 436–37, 440; generalist behaviors, 12; homing and preferences related to, 131; human impact on, 176, 435, 440, 445; preferred habitats, 223–27; in salmonid evolution, 31–32; slow-water, 210, 216,

223, 225; stability and straying behavior, 118; sustainability of salmonids and, 442; temperature changes in, 442–44, *443*. *See also* estuaries; lakes; marine environments; rivers; streams
habitat-unit scales, 223
half-pounders, 56, 322, 372
Hansen Creek, 120, *120*, 171–72, *382*, 385
harbor seals (*Phoca vitulina*), *347*, 347–50
harvestable surplus, 175
hatcheries: age and size trends influenced by, 395–96; alevin movements and fry size in, 198; breeding timing in, 84; chum abundance and, 430; diseases in, 192; disposal of carcasses by, 176; genetic selectivity in, 395; homing and straying behavior and, 112–15, *113*; jacks in, 386; marine mortality of fish produced in, 337–38, *337–38*; marking programs at, 49; negative impact of, 435, 437, 439; in olfactory imprinting experiments, 121–22; release date from, 334, *334*; scales and otoliths for determination of time spent in, 374; smolt size in, 333–34, *334*, 395; species manipulation in, 328; tagging methods for, 308–9; in transplant experiments, 130. *See also specific hatcheries*
Hell's Gate: abundance estimates and, 434; rockslide at, 103, 120, 440; travel rate from, 97, *98*; vertical-slot fishways at, 103–4, *104*
herring. *See* Pacific herring (*Clupea pallasi*)
homeward migration: Atlantic salmon, 79; challenges of, 67, *69*, 70–71; Chinook salmon, 55; chum salmon, 55, 57; coho salmon, 55; convergence and divergence in, 56–57, 59, 60; diet and feeding behavior during, 70; directional movement and, 57; magnetic fields in, 60, 64; navigation systems, 60, 64; in near-surface waters, 53; olfactory imprinting in, 56, 71, 79, 81; physiological optimization hypothesis of, 59; pink salmon, 55; research on, 58–64; sockeye salmon, 55, 57, 58, 60–64, *61–63*; timing of arrival in, 58, 60; travel rate in, 55, 77. *See also* coastal and estuarine migration; homing; marine migration
homing, 109–32; comparison among species, *110*, 110–11, 114; defined, 6; evolutionary aspects of, 115–20; evolution of, 32; in gene flow control, 415, 417; genetic influences on, 118, 119, 129–32; isolation of populations due to, 6, 413–14; olfactory imprinting in, 121–27; pheromones and, 127–29, 131; research history and techniques, 49, 109–15, *113*, *115*. *See also* homeward migration
hooknoses, 155, 156
horizontal movements, 74–76, *75*, 239
hormonal changes, 71, 126, 277–78, *279*
*Hucho* (genus), 30, 182, *183*
human impacts: detection of, 439–40; on estuaries, 304, 435; in freshwater vs. marine environments, 328; on habitats, 176, 435, 440, 445; Hell's Gate, 102–4; on life-history patterns, 304–5; on salmonid populations, 45, 429, 438–40, 445; on stream substrates, 187. *See also* dams
humpback salmon. *See* pink salmon (*Oncorhynchus gorbuscha*)
hybridization, 28, 33, 130, 157, 323, 411
hyporheic water, 166

identifying characteristics: Arctic char, 26, *27*, *43*; bull trout, *29*; Chinook salmon, 20–21, *21*, *42*, *353*; chum salmon, 17, *17*, *39*; coho salmon, 19, *20*, *41*; cutthroat trout, 25, *25*; Dolly Varden, *27*; juvenile salmon and trout, *36–37*; lake trout, *29*; pink salmon, 16, *16*, *38*; rainbow trout and steelhead, 23, *23*, 24; sockeye salmon, 18, *18*, *40*, *353*. *See also* morphology
IGFA (International Game Fish Association), *377*
IHN (infectious hematopoietic necrosis), 191–92
Iliamna Lake: population structure of, 423; rainbow trout of, 256–57, 390–91, *391*; temperature of, 235, *236*
Iliamna Lake sockeye salmon: abundance estimates, 427; carcasses and nutrient uptake, *161*, 161–62; downstream migration of, 274, *274*, 275; fry migration, 238; growth of, 242, 343; as jacks, 388; redd sites of, 139, *139*; size differences between males and females, 382; smolt characteristics, *268*

immature salmonids, 3
imprinting. *See* olfactory imprinting
incubation: dissolved oxygen and, 184, 186; environmental requirements for, 137, 206; in hatcheries, 198; mortality during, 135, 329; research needs on, 115; in streams, 206; temperature and, 49, *181*, 185–86, 189, 197
Index of Relative Importance (IRI), 360–61, *361*
infectious hematopoietic necrosis (IHN), 191–92
INPFC (International North Pacific Fisheries Commission), 45, 57, 307
insects: carcasses and, 162, 172–73, *173*; in estuaries, 299; in lakes, 237, 252; in salmonid diet, 213–17, *215*, 299, 362; seasonal availability of, 227; in streams, 206, *206*
International Game Fish Association (IGFA), *377*
International North Pacific Fisheries Commission (INPFC), 45, 57, 307
intersexual selection, 133
intrasexual competition, 133
IRI (Index of Relative Importance), 360–61, *361*
isolation of populations, 6, 413–17
isotope analysis: in abundance estimates, 427; of salmon carcasses, 162–63; of stomach contents, 363–64, *364*
Issaquah Creek hatchery, 121, 122, *123*, 126–27
iteroparity: age-designation system for, 372–73; of Arctic char, 27; of cutthroat trout, 25; defined, 7; of Dolly Varden, 27; of rainbow trout and steelhead, 24; reproductive behavior and, 134, 140, 145, 157–59; size and age at maturity, 388, 390–93; straying behavior and, 119

jacks: comparison among species, 134; defined, 4; in estimates of early marine mortality, 341; in hatcheries, 386; minijacks, 381; nonandromy among, 261, 262; prevalence of, 154, 156; reproductive success of, 155–56; sampling difficulties, 375, 381; smolt size and, 387, 388; on spawning sites, 155, 375
Japanese chum salmon: age at maturity, 387, *389*; density-dependent growth of, 368, *368*; distribution patterns, 53, *53*; marine migration patterns, 313; marine mortality rates, 339; temperature preferences of, *59*
jellyfish, 359
jills, 4, 382
Johnstone Strait: chum migration routes and, 66; map of, *62*; sockeye migration routes and, 61–62, *63*, 72, *75*, 76, 78, 312; vertical distribution of species in, 80

Kamchatka Peninsula, 15, 17–18, 20, 23, 311, 313
Kamchatka River, 13, 20, 235, 292
Karluk Lake, 161, 427
kelts, 4, 158, 321
Kenai Peninsula, 24, 26
keystone species, salmon as, 174–76
killer whales (*Orcinus orca*), 349–50, *349–50*, 445
kinetic vs. tactic responses, 194
king salmon. *See* Chinook salmon (*Oncorhynchus tshawytscha*)
kin recognition, 128, 221
Kitimat River coho salmon, 419, *420*
Klamath River, 20, 56, 92, 105, 322, 447
Kodiak Island, 26, 57, 167, 245, 324, 409
kokanee: density-dependent growth of, 246; ecophenotypic forms of, 258; evolution of, 260–61, 416; female size and reproductive traits, *148*; growth of, 391; identifying characteristics, 18, *19*; in lakes, 234, 247, 249, 259; life-history patterns of, 18; mortality rates, 250; spawning behavior, 107, 137. *See also* sockeye salmon (*Oncorhynchus nerka*)
Kotzebue Sound, 17, 18, 20
krill, 353, 354, 359, 360
Kuskokwim River, *14*, 17, 20, 22, 92

Lakelse River system, 281
lakes, 234–58; adfluvial populations in, *251*, 252–53; char in, 252–58; competition in, 240, 246–47, 255; diel vertical migration in, 247–49, *248*, *250*; diet and feeding behaviors in, 242–47, 253–55, *254*; dissolved oxygen in, 236–37; fertilization projects

for, *245*, 245–46; food webs in, *ii*, 161–66, 243–47, 251; fry in, 201, *237*; growth in, 239–47, 249; intraspecific diversity in, 257–58; light in, 235, 236, 253, *254*; mortality in, 250–51, 255–57; oligotrophic, 239–40, *254*; overview, 234; physical characteristics of, 235–37; predation in, 243–44, 251, 253; productivity of, 161–62, 244–46; sampling techniques, *237*; smolts in, 241; sockeye salmon in, 18, 234, 237–51, 266–67, 416; stocking, 245–46; streams vs., 205; temperature of, 88–90, *89*, 205, 235, *236*; trout in, 252–58; visibility in, 253, *254*. *See also* *specific lakes*

lake trout (*Salvelinus namaycush*): age at maturity, 29; breeding habitat for, 139; divergence among, 422; downstream migration of, 269, 280; ecophenotypic forms of, 258; eyesight of, 255; growth trajectory, *392*, 393; homing behaviors of, 129; identifying characteristics of, *29*; life-history patterns of, 28–29; marine migration of, 326; mercury concentrations in, 445; mortality rates, 257; predatory behavior of, 251; sexual maturity of, 29; size at maturity, 29, *377*; spawning behavior of, 29, 252; taxonomy of, 30; temperature and development rate, *183*

lampreys (Petromyzontidae), 5, 228, 346, 404

lanternfish (Myctophidae), 352

large woody debris (LWD), 204–5

Lena River, 13, 16

length. *See* size

*Leuresthes tenuis* (grunions), 11

life-history patterns: age-designation systems and, 372; amphidromy, 6; Arctic char, 26–27; bull trout, 28; catadromy, 5–6; Chinook salmon, 19–21, *89*, 262, 303–5; chum salmon, 16–17; climate and, 433; coho salmon, 18–19, 222, *222*; cutthroat trout, 24–26; diadromy, 5, 6, 71; Dolly Varden, 27–28; environmental factors in, 400–1, 416; evolutionary relationships and, 33, 416; floaters vs. territorial fish, 222, *222*; genetic influences on, 400–1; homing, 6; human impact on, 304–5; lake trout, 28–29; local adaptations to, 418–19; male variants, 134, 379–81; masu salmon, 21–22; nonanadromy, 259–63; *Oncorhynchus* (genus), 15–26; pink salmon, 15–16; rainbow trout, 22–24; salmonids, 3–12, *8*, 259–60; *Salvelinus* (genus), 26–29; semelparity, 6–7, 22, 134–35, 140, 145, 157–59; sockeye salmon, 17–18, 416; steelhead, 22–24, 87–88, 322, 390. *See also* anadromy; iteroparity

life tables, 328–29, *329*

light: in lakes, 235, 236, 253, *254*; phototaxis and, 194–95, *195*

limnetic zone of lakes, 235, 238, 252

lipids, in marine diet, 366

littoral zone of lakes, 235, 237–39, 246, 252

local adaptations, 418–20

longevity. *See* mortality

longlines, 46, *47*

loons, *ii*, 251, 255–56

Lower Adams River, 97, *98*, 105, *165*, 433–34

LWD (large woody debris), 204–5

Mackenzie River, 13, *14*, 15, 16

mackerel, 352

mackinaw. *See* lake trout (*Salvelinus namaycush*)

magnetic fields, 60, 64, 195, 239, 281, 326–27

maiden fish, 321

management. *See* fisheries management

marble trout (*Salmo marmoratus*), 30

marine environments: competition in, 347–48, 368–69; diet and feeding behaviors in, 354–64; distribution patterns in, 307–8, *308*, 315–16, *316*; food webs in, 12, 345–50, 352–54; growth in, 266–67, 337, 364–69, 383, 388, 391; predation in, 340, 345–50; productivity of, 354, 385. *See also* estuaries; homeward migration; marine migration; marine mortality

marine mammals, predatory behavior of, 232, 347–50

marine migration, 307–27; Arctic char, 55–56, 324; bull trout, 55–56, 324–25, *326*; Chinook salmon, 51–55, *52*, 313–18, *314–16*; chum salmon, 51–53, *52–53*, 55, 311, 313; coho salmon, *52*, 53–55, 313–15, *314*, 317–18, *318–19*; convergence and

divergence in, 56–57, 59, 60; cutthroat trout, 55–56, 323–24, *325*; Dolly Varden, 55–56, 323–24, *325*; genetic influences on, 310, 312, 313, 317; lake trout, 326; magnetic fields in, 60, 64; masu salmon, 53–54, 313–14; navigation capabilities for, 326–27; orientation in, 312; patterns of, 51–56, *52–54*; pink salmon, 51–55, *52*, 311–13; research on, 45–51, *46–50*, 307–11, 322; salinity and, 58; seasonality of, 307, 323, 324, *325*; sockeye salmon, 18, 51–55, *52*, *54*, 311–13; steelhead, *52*, 56, 321–23; temperature and, 58–60, *59*, *61*, 315; timing of, *334*, 334–37, *336*; travel rate in, 53, 57–58, 308, 310. *See also* homeward migration; upriver migration

marine mortality, 328–51; Chinook salmon, 333–35, *336–38*, 337, *341*; climate conditions and, 342–43; environmental factors in, 340–44; genetic influences on, 337; growth and, 340; health of fish as factor in, 338–39; life table and, 328–29, *329*; migration timing and, *334*, 334–37, *336*; predation and, 345–50; research on, 330–31, 335, 338–40; size and, 329, *331–32*, 331–34, *334*; timing of, 339–40; of wild vs. hatchery-produced fish, 337–38, *337–38*

marking. *See* tagging and marking

masu salmon (*Oncorhynchus masou*): age at maturity, 377; distribution patterns, 21; downstream migration of, *266*; evolutionary relationships, 32, 33; female size and reproductive traits, *148*; identifying characteristics, *22*; iteroparity among, 159; jacks, 154; life-history patterns of, 21–22; male life-history variants, 379–80, *381*; marine migration of, 53–54, 313–14; nonanadromy among, 134, 259, 261–62; research on, 45; sexual maturity of, *381*; size at maturity, 22, 376, *377*; spawning behavior, 22; temperature and development rate, *183*; transplantation of, 408, *409*; weight at sea, *365*

mating. *See* courtship and mating behavior

mature male parr: age of maturation, 24; Atlantic salmon, 30, 154; Chinook salmon, 21, 154, 159, 262, 380; Dolly Varden, 154; masu salmon, 22, 159, 261–62, 379–80, *381*; sampling difficulties, 381; smolt transformation among, 278; at spawning sites, 142, 155

maturing salmonids, 4

maturity. *See* age at maturity; sexual maturity; size at maturity

maximum capture distance, 216

mayflies, 116, 213–14, *215*, 217

mechanical shock, 189, *190*

mercury concentrations in fish, 445

*Merluccius productus* (Pacific hake), 347

mesopelagic fish, 352

metabolism. *See* energetics and metabolism

Mexican golden trout (*Oncorhynchus chrysogaster*), 26, 30

microhabitat scales, 223

midges, 116, 217

migrant populations, 298, 320

migration. *See* coastal and estuarine migration; downstream migration; homeward migration; marine migration; upriver migration

"The Migration and Conservation of Salmon" symposium, 413

milt, 3, 143, 145, 157

mini-jacks, 381

minnows, 121, 228, 229

molecular markers, 32, *34*, 414–15

*Morone saxatilis* (striped bass), 5

morphology: as adaptation, 153; as evidence of isolated populations, 413; evolutionary relationships and, 33, *34*, 260; feeding behaviors and, 358; fishing gear selectivity and, 394–95; freshwater vs. marine, 332; habitat preferences and, 225; jaw shape, 214; male and female differences, 418; masu transplantation and, 408; selective predation and, 171; smolt transformation and, 276; spawning stream depth and, 420, *421*. *See also* growth; identifying characteristics

mortality: compensatory aspects of, 328; dam projects and, 283–84; density dependence and, 150–51, 189–91; from diseases and pathogens, 105, 191–92, 230, 251; dissolved oxygen and, 186, *186*; downstream migration and, 283–87; of embryos, 150–51, 178,

184–92; en route mortality, 105; in estuaries, 303; handling-related, 48; during incubation, 135, 329; in lakes, 250–51, 255–57; postspawning, 5; prespawning, 105, 150, *150*, 444, 445; redd superimposition and, 150–51; semelparity and, 7; size and, 231, 250, 303, 329, *331–32*, 331–34, *334*; in streams, 230–33; temperature and, 105, *106*, 185–86, 189, *190*; upriver migration and, 72, 103–7, *106*. *See also* marine mortality; predation
*Mountain in the Clouds* (Brown), 435
mysids, 240, 247, 299

Nanaimo River, 272, 294, *295*, 299, 300
Nass River, *14*, 57
National Marine Fisheries Service (NMFS), 282, 423–24, 437
National Research Council, 437
Native Americans, fishing rights for, 423
natural selection, 107, 153, 337, 338, 401, 418
*Neomysis mercedis*, 246–47
net energy intake, 216
New Zealand Chinook salmon, 19, 116, 399–401, *400*, 416–17
nitrogen: in food habit studies, 363–64, *364*; in freshwater vs. marine environments, 244, 427; molecular weight of, 162; from salmon carcasses, 160–63, 166, 172
NMFS (National Marine Fisheries Service), 282, 423–24, 437
nomad populations, 222, 271, 290
nonanadromous salmonids: comparison among species, 134, 259–63; distribution patterns, 259–60; divergence among, 422; evolution of, 261; *Hucho hucho*, 182, *183*; life-history patterns of, 259–63; male life-history variants, 379; size and age at maturity, 388, 390–93; terminology associated with, 4; transplantation success of, 407; upriver migration of, 107–8
non-native species, 284, 300, 398–99, 403–4. *See also* transplantation
norm of reaction, 263, 320
northern anchovy, 353, *354*
northern spotted owl, viii
North Pacific Anadromous Fish Commission (NPAFC), 45
North Pacific Ocean: descriptive oceanography of, 45; food webs in, 352, 354; map of, *13*, *55*; in marine migration, 311, 312; salmonid distribution in, 51, *52*; sockeye migration routes and, 64
Norton Sound, 15, 16, 18
NPAFC (North Pacific Anadromous Fish Commission), 45
nutrient cycling, 174, 176, 235

obligatory anadromous salmonids, 5
Ocean Station P, 355–56, *356*, 368
ocean-type Chinook salmon: age at maturity, *378*; bird predation on, 303; chemical contaminants in, 305; diet and feeding behaviors, 299, 301; downstream migration by, 266, 272; in estuaries, 290, 293–95, 297–99, 303–5; evolution of, 416–17; growth of, 401; homing and straying behavior of, *113*, 114, 120; life-history patterns of, 20–21; mortality rates, 284; offshore distribution of, 55; spawning behaviors of, 207; transplantation of, 399–400; travel rate of, 297–98
olfactory imprinting: cellular sensitization and, 124; conditioning in bluntnose minnows, 121; control model for, *125*; defined, 121; experimental evidence for, 121–27; in homeward migration, 56, 71, 79, 81; kin recognition and, 128, 221; mechanisms of, 123–24
oligotrophic lakes, 239–40, *254*
*Oncorhynchus* (genus), 15–26, 30, 32–33, *34*, ix
*Oncorhynchus aguabonita*. *See* golden trout
*Oncorhynchus apache*. *See* Apache trout
*Oncorhynchus chrysogaster* (Mexican golden trout), 26, 30
*Oncorhynchus clarkii*. *See* cutthroat trout
*Oncorhynchus gilae* (Gila trout), 26, 30, 438
*Oncorhynchus gorbuscha*. *See* pink salmon
*Oncorhynchus keta*. *See* chum salmon
*Oncorhynchus kisutch*. *See* coho salmon
*Oncorhynchus masou*. *See* masu salmon
*Oncorhynchus masou formosanus* (Formosa landlocked salmon), 22

*Oncorhynchus masou ishikawae* (Amago salmon), 22
*Oncorhynchus masou* subsp. (Biwa salmon), 22
*Oncorhynchus mykiss*. *See* rainbow trout; steelhead
*Oncorhynchus nerka*. *See* sockeye salmon
*Oncorhynchus rastrosus* (saber-toothed salmon), 30–31
*Oncorhynchus tshawytscha*. *See* Chinook salmon
operational sex ratio (OSR), 154
*Orcinus orca* (killer whales), 349–50, *349–50*, 445
orientation: of alevin responses, 194; in coastal waters, 74, 77, 79–81; compass orientation, 60, 64; in downstream migration, 281; environmental conditions and, 59; of fry, 201, 239; in marine migration, 312; natal-site odors and, 124–27, *125*; navigation and, 60, 64; timing of arrival and, 58; travel rate and, 57–58
osmotic regulation, 71, 82, 276
OSR (operational sex ratio), 154
otolith microchemistry, 262, 263
otoliths, 49, *50*, 115, 250, 309, 373–75, *374*

Pacific Decadal Oscillation (PDO), 343
Pacific hake (*Merluccius productus*), 347
Pacific herring (*Clupea pallasi*), 300, 346–48, 352–55, *354*, 363, 445
Pacific Northwest: diversity of salmonid within, 424; fish communities of, 227–30; future salmonid population projections for, 441; map of, *73*; parasites of, 322; salmonid population status in, 436–38. *See also* geographic comparisons; *specific locations*
Pacific Ocean Salmon Tracking project, 309–10
Pacific Rim, 15, 107, 325, 397, 426, 430
PAHs (polycyclic aromatic hydrocarbons), 305
Paiute trout, 438
paleo-limnology techniques, 427
paradox of invasion biology, 403
*Parahucho* (genus), 30
parasites: *Ceratomyxa shasta*, 230, 409, 419; *Cryptobia salmositica*, 419, *420*; *Eubothrium salvelini*, 251; *Henneguya salmincola*, 111; as indicator of fish origins, 51; in lakes, 251; mortality from, 105–6; *Myxobolus* spp., 51, 111; *Nanophyetus salmincola*, 51, 230, 322; as natural tags, 111; *Parvicapsula minibicornis*, 105–6; *Piscicola salmositica*, 419; resistance to, 419, *420*; in streams, 230; *Triaenophorus crassus*, 50. *See also* diseases and pathogens
parentage-based tagging, 51
parental care, 11–12. *See also* redds
parr: defined, 3; downstream migration of, 19; precocious parr, 379; transformation into smolts, 276–80, *279*, 387. *See also* mature male parr
parr marks, 3, 17, 36, 276, 380
partial migration, 320
passive drift, 214–15
passive integrated transponder (PIT) tags, 271, 291–92, 295–96, 302, 338, 346
paternity determination, 156
pathogens. *See* diseases and pathogens
PCBs (polychlorinated biphenyls), 305, 320, 445
PDO (Pacific Decadal Oscillation), 343
peak flow, 189, 203, 282
percent habitat saturation, 219
persistent organic pollutants, 444–45
pesticides, 444–45
phenotypic plasticity, 419, 422
pheromones, 127–29, 131
*Phoca vitulina* (harbor seals), *347*, 347–50
phosphorous, from salmon carcasses, 160, 161
phototaxis, 194–95, *195*
physiological optimization hypothesis, 59
phytoplankton, in lake ecosystems, 235, 242–45
pikeminnows (*Ptychocheilus* spp.), 230, 251, 284–86
pink salmon (*Oncorhynchus gorbuscha*): abundance of, 15, 369, 430–33, *430–33*, 441, *441*; age at maturity, 15, 405–6; aggression at spawning grounds, 136–37, *137*; anadromy in, 5; annual quantity and landed value in commercial fisheries, vii; catch and temperature, 342; dam removal

projects and, 446; density-dependent fry production by, 150, 189–90; diet and feeding behaviors, 299, 359–64, *362*; digging process for redds, 135, *135*; distribution patterns, 15, 80, *81*, 307, 308, *308*; downstream migration of, 266, *266*, 270–71, 278, 281, 354, *355*; egg size of, 16; energetics of migration and, 102; in estuaries, 290, *291*, 292–93; evolutionary relationships, 32, 33; female size and reproductive traits, *137*, *148*, 149; in food webs, 162, 345, 347–49, 355; foraging depth at sea, 357, *358*; freshwater mortality rates, 105, 185, 232, 286, *286*; fry, 16, 17, 189–90, 196, 199; homeward migration of, 55; homing and straying behavior of, 112, 119; identifying characteristics of, 16, *16*, *38*; isolation by distance, 414, *415*; juveniles, *36*; in lakes, 234; life-history patterns of, 15–16; life table features, 329, *329*; longevity in streams, *151*; male life-history variants, 134, 379; marine migration of, 51–55, *52*, 311–13; marine mortality rates, 335–37, 339–40, *341*, 345–46; pheromone hypothesis and, 128; population structure, 15; productivity of, 329, *329*; recolonization of Wolf Creek by, 116; research on, 45; sexual maturity of, 2, *38*; size at maturity, 16, 376, *377*, 383, *384*, 386; spawning behavior, 16, 85, *143*, 182; status and ESUs, 424, *424*; temperature and development rate, *183*, 183–84; transplantation of, 129–30, 405–8; upriver migration of, 84, *84*, *86*, 90, 94; weight at sea, 364–65, *365*. *See also specific populations of pink salmon*

piscivores, 251, 285, 302

PIT tags. *See* passive integrated transponder tags

pollutants, 305, 444–45

polychlorinated biphenyls (PCBs), 305, 320, 445

polycyclic aromatic hydrocarbons (PAHs), 305

population structure: aggregations, 308, 356; anadromy and, 28, 31; carrying capacity and, 6; Chinook salmon, 417; chum salmon, 190, 415; in conservation and management, 6, 413, 422–23; cutthroat trout, 25; defining, 422–23, 436; discrete populations across species, 430–31, *431*; Dolly Varden, 422; freshwater vs. marine salmonids, 31–32; genetic isolation and, 6, 413–17; homing and straying behavior and, 6, 118, 119, 126; nonsalmonids, 229; pink salmon, 15, 190; productivity and, 6, 423; schooling, 213, 280, 353, 356; sockeye salmon, 126; in streams, 206–7; viable salmonid populations, 438. *See also* abundance

portfolio effect, 439

potential egg deposition, 184

precocious parr, 379

predation: antipredation window, 249; avoidance of predators, 141, 181, 214, 221, 223–24, 249; by bears, 166–73, *167–68*, *170–71*, 256; density dependence and, 286–87; by drift feeding fish, 216–17; environmental influences on, 342; in estuaries, 302–3; extinction risk and, 437; feeding behaviors and risk of, 256; generalist predators, 252; on hatchery-produced fish, 338; in lakes, 243–44, 251, 253; in marine environments, 340, 345–50; by marine mammals, 232, 347–50; reproductive success and, 150; by sculpins, 232–33; selective, 169, 171; size and vulnerability to, 198, 331; at spawning sites, 105; in streams, 216–17, 221, 230–33, 253; temperature and, 284. *See also* bird predation; diet and feeding behaviors; food webs; mortality

premature migration, 87–88, 90

prespawning mortality, 105, 150, *150*, 444, 445

primary production: in lakes, 239–40, 242, 244–45; nutrients and increase of, 161–62; in streams, 206, *206*

Prince William Sound, 112, 292, 309, 340, 354–55, 411

productivity: carrying capacity and, 12, 174–75, *175*; comparison among species, *329*, 329–30; density dependence and, 191, *192*; of estuaries, 299; Hell's Gate, impact on, 103; of lakes, 161–62, 244–46; of marine environments, 354, 385; population structure and, 6, 423; salmon carcasses and, 161–62, 175; of streams, 161–62, 210–12, *211–12*. *See also* primary production

profundal zone of lakes, 235
protandry, 154
puerile males, 380
Puget Sound: chemical contaminants in, 445; Chinook salmon of, 350, 357, 363, 424, 441, 445; chum salmon of, 52, 66–67, *69*, 94, 311, 433, 440; coho salmon of, *338*, 344, *344*, 357, 441; cutthroat trout of, 323; diet and feeding behaviors in, 360; estuarine habitats in, 290; foraging depth in, 357; fossil discoveries in, 31; human impact on, 304; hybridization in, 411; map of, *62*, *123*; in migration routes, 297, 318, 321–22; pink salmon of, 15, 52, 184, 311, 407, 441; predation in, 350; resident populations of, 320–21; as spawning site, 85; steelhead in, 426, 441
purse seines: distribution pattern inferences from, 307–8, *308*; estuary sampling with, 293, *293*; example of, *46*, *76*, *82*; migration pattern estimates from, 46, 57, 77, 283, 321, 323

Queen Charlotte Islands, 15
Queen Charlotte Strait, 61–62, *62*, 64, 76, 78, 310
quinnat salmon. *See* Chinook salmon (*Oncorhynchus tshawytscha*)
Quinsam River Hatchery, 334, *334*, 383

radio transmitters, 73–74, 97, 102, 107, 125
rainbow trout (*Oncorhynchus mykiss*): age at maturity, 24, 391, *391*; alevin movements, 195; anadromy in, 5; conservation concerns involving, 411–12; dam removal projects and, 446–47; diet and feeding behaviors, 217, 244; distribution patterns, 22–24; egg size of, 23; embryonic mortality, *186*; evolutionary relationships, 32, 33; eyesight of, 255; female size and redd site selection, *137*; fry, 23, 87, 199–201; growth of, 255; homing and straying behavior of, 111, 126; hybridization among, 411; identifying characteristics of, 23, *23*, 24; juveniles, *37*, 163; kin recognition by, 221; in lakes, 251, *251*, 252, 255; life-history patterns of, 22–24; magnetic field detection by, 60; mortality rates, 231, 255, 256–57; nonanadromy among, 259, 260, 262–63; size at maturity, 24, *377*, 390–91, *391*; spawning behavior, 8, 23, 24, 85, 108; subspecies of, 24; taxonomy of, 30, 32; temperature and development rate, 182, *183*; thermal refuges for, 205; transplantation of, 398, 399, 402, 403
reaction distance, 216, 217, 253
reciprocal subsidies, 214
recovery efforts. *See* restoration and recovery efforts
red carotenoid pigments, 12, 186–87
redds: competition for sites, 133, 136–37, 140, 149, 151; defined, 3; digging for, 135–36, *135–36*, 139, *139*, 142–43, 164–65; dissolved oxygen impacting, 191; guarding of, 134, 145; site selection and preparation, 133, 135–41, 189; superimposition of, 150–51, 190–91. *See also* eggs; embryos
red salmon. *See* sockeye salmon (*Oncorhynchus nerka*)
redside shiner (*Richardsonius balteatus*), 229
regime shifts (climate), 343, 356
reproductive effort, 7, 133
reproductive success; spawning behavior: in anadromy vs. nonanadromy, 259; bear predation and, 169; defined, 134; female, 133, 146–52, *152*, 382; fertilization and, 143–45, *144*; growth at sea and, 85, 382; homing and, 116; iteroparity vs. semelparity in, 157–59; male, 133, 152–57, *157*, 381; mate choice and, 151–52; predation and, 150; sex ratio and, 133, 169; size and, 149, 382, 383; of strays, 417. *See also* courtship and mating behavior; redds
research: biased data in, 394; Bonneville Dam historical data, 95–96, *96*; on coastal migration, 66–67, 72–74; on conservation, 435–37; on diet and feeding behaviors, 358–59; downstream migrant sampling, 263–64, *264–65*; on estuaries, 291, 292, 295, 296, 302; in freshwater vs. marine environments, 328; on fry migration, 200–1; on homeward migration, 58–64; on homing and straying, 49, 109–15, *113*, *115*; by INPFC, 45; isotope analysis,

162–63, 363–64, *364*, 427; lake sampling techniques, *237*; on marine migration and distribution, 45–51, *46–50*, 307–11, 322; on marine mortality, 330–31, 335, 338–40; by NPAFC, 45; on olfactory imprinting, 121–27; paternity determination, 156; scale analysis, 51, 332, 371, 373–75, 390; serial sampling techniques, 340; sonic transmitters for, 296, *297*, 309–10, 323, 411; on upriver migration, 96–97. *See also* DNA analysis; tagging and marking
resident populations, 4, 28, 55, 263, 298, 320–21
residuals, 260–61
respiration adaptations, 136, 196
restoration and recovery efforts, 104, 225, 434, 439–40, 446. *See also* conservation
reward-punishment learning, 121
rheotaxis, 196
rhinoceros auklets (*Cerorhinca monocerata*), 346–47
*Richardsonius balteatus* (redside shiner), 229
righting response, 198
rivers: colonization by strays, 44, 116–18; discharge and length of, 13–14, *14*; fish communities in, 228; homing to, 112–14, *113*; as salmonid habitat, 13–14. *See also* downstream migration; upriver migration; *specific rivers*
rockslides, 103, 104, 120, 440
rotary screw traps, 264, *265*
runs, 87. *See also* salmon runs

saber-toothed salmon (*Oncorhynchus rastrosus*), 30–31
Sacramento River: Chinook salmon in, 20, 21, 66, 88, *89*; chum salmon in, 16; discharge and length of, *14*; estuarine habitats of, 296, 297, 299; smolt tracking in, 296, 297; sockeye salmon in, 17
salinity: coastal migration and, 74, *75*, 78–81, *80*; downstream migration and, 280; in estuarine waters, 288, *289*, 301–2; marine migration and, 58; osmotic regulation and, 71; vertical movement and, 78–80, *80*
*Salmo* (genus), 30, *34*, ix
*Salmo clarki*. *See* cutthroat trout (*Oncorhynchus clarkii*)
*Salmo gairdneri*. *See* rainbow trout (*Oncorhynchus mykiss*); steelhead (*Oncorhynchus mykiss*)
*Salmo mykiss*. *See* rainbow trout (*Oncorhynchus mykiss*); steelhead (*Oncorhynchus mykiss*)
salmon carcasses, 160–77; in aquatic food webs, 6–7, 161–66; bears in distribution of, 166–73, *167–68*, *170–71*; as fertilizer, 161–62, 164–66, 172; hatchery disposal of, 176; measurement of, 376; nutrients provided by, 160–63, 166, 172, 244; productivity and, 161–62, 175; in terrestrial food webs, 165–66
Salmonidae (family), 30, 32–33
salmonids: anadromy and, 5–6; coloration of, 186–87; commercial value of, vii; conservation issues related to, 423–24; cultural significance of, vii–viii; distribution patterns, 12–15, *13*; evolution of, 30–35, *34*, 44; as keystone species, 174–76; key themes in biology of, 4–7; life-history patterns of, 3–12, *8*, 259–60; in marine food web, 352–54; origin of names for, 26; physical environment of, 12–15, *13*; recreational value of, vii; sex roles of, 133–34; stream populations, *206–8*, 206–12; taxonomy of, 30–35, 44; terminology associated with, 3–4. *See also* nonanadromous salmonids; *specific species*
Salmoniformes (order), 30
Salmonoidei (suborder), 30
Salmon River, 292, 295, 298, 301, 381
salmon runs: climate changes and, 444; defined, 4; efforts to establish, 407–8; even-year vs. odd-year, 15; evolution of, 417; historical fluctuations in, 427; management of, 12; seasonality of, 87, *89*; timing of, 58, 84
*Salmo salar*. *See* Atlantic salmon
*Salmo trutta*. *See* brown trout
*Salvelinus* (genus), 26–30, *34*, ix
*Salvelinus alpinus*. *See* Arctic char
*Salvelinus confluentus*. *See* bull trout
*Salvelinus fontinalis*. *See* brook trout

*Salvelinus leucomaenis*. *See* whitespotted char
*Salvelinus malma*. *See* Dolly Varden
*Salvelinus namaycush*. *See* lake trout
sand lance (*Ammodytes hexapterus*), 353, *354*, 363
San Joaquin River, 20, 299
satellite males, 142, 145, 156
scale analysis, 51, 332, 371, 373–75, 390
scale readers, 373
schooling, 213, 280, 353, 356
Scott Creek, 18, *110*, 110–11, 346
scour, 12, 188–90
sculpins (Cottidae): in estuaries, 300, 301; in food webs, 162; identifying characteristics of, 12; in lakes, 240, 252; predation by, 232–33, 286, *286*; in streams, 228, 229, *229*
sea lions, 349–50
seasonality: of biomass production, 214; climate and, 14; of estuarine use, 290–94, *293–94*, 300; of food sources, 214, 354–56, *355–56*; of growth, *241*, 373; habitat-use patterns and, 226, *226*; of lake plankton communities, 242–43; of marine migration and distribution, 307, 323, 324, *325*; of runs, 87, *89*; of spawning behavior, 8–10, *9*; of stream flow, 203, *204*, 226. *See also* environmental factors; spawning season
secondary sexual characteristics, 153
sediment transport, 12, 165, 189, 204. *See also* substrate
semelparity, 6–7, 22, 134–35, 140, 145, 157–59
sex ratio: of coho salmon, 383; of masu salmon, 21; operational, 154; of rainbow/steelhead residents and smolts, 263; reproductive success and, 133, 169; of sockeye salmon, 383; at spawning sites, 94–95, 376
sexual dimorphism, 153
sexual maturity: Chinook salmon, *2*, *42*, *380*; chum salmon, *2*, *39*; coho salmon, *2*, *41*; energy tradeoffs and, 153; lake trout, 29; masu salmon, *381*; pink salmon, *2*, *38*; sockeye salmon, *2*, *40*; steelhead, *2*. *See also* mature male parr
sexual selection, 133, 153
sharks, 352
shorelines: coastal migration and, 67, 70, 76–77; as feeding site, 252, 323, 360; fry occupation of, 238; as spawning site, 107–8, 138–39
silver salmon. *See* coho salmon (*Oncorhynchus kisutch*)
Sixes River, 294, 300, 303
size: dominance hierarchies and, 153; egg weight and, *147*, 197; energetics of migration and, 100, 102; estuarine residence and, 292–95, *295*; fecundity and, *11*, 146–48, *147–48*; of fry, 197–98, 221; life table comparison of, *329*; migration distance and timing and, 92–94, *93*, 100; mortality and, 231, 250, 303, 329, *331–32*, 331–34, *334*; predation vulnerability and, 198, 331; redd site selection and, 137, *137*; reproductive success and, 149, 382, 383; at sea, 364–65, *365*; of smolts, 156, 241, *245–46*, *268*, 332–34; of streams, 205, *206*; swimming speed and, 100, 331; territorial behavior in streams and, 219–20. *See also* egg size; growth; size at maturity
size at maturity: Arctic char, 27, *377*, 393; bull trout, 28, *377*; Chinook salmon, 20, 100, 376–79, *377*, *379*, 384, 393–96; chum salmon, 17, 92–93, *93*, 376, *377*, 383–87, *384*, *388*; coho salmon, 19, 376, *377*, 383; comparison among species, 376, *377*; cutthroat trout, 376, *377*, 391, 392; Dolly Varden, *377*, 384, *385*; downward trends in, 393–96; environmental factors in, 395; evolutionary processes and, 385–86; genetic influences on, 394–95, 401; geographical differences in, 383–85, *384*; in iteroparous trout and char, 388, 390–93; lake trout, 29, *377*; male and female differences, 376, 378–83, *379*; masu salmon, 22, 376, *377*; measurement considerations, 376; patterns and variations in, 375–86, 418; pink salmon, 16, 376, *377*, 383, *384*, 386; rainbow trout, 24, *377*, 390–91, *391*; sockeye salmon, 18, 376, *377*, 382, *382*, 385; steelhead, 24, 376, 390
Skeena River, *14*, 20, 57, 74, 104, 419
slow-water habitats, 210, 216, 223, 225

smelt (Osmeridae): anadromy among, 5; diel vertical migration by, 248, *248*; in estuaries, 300; in food webs, 346, 353, *354*, 405, 406; in lakes, 240, 246–48, 252; in streams, 228
smolts: Chinook salmon, *277*, 388, *389*; coho, 19, 126–27, 210–12, *211–12*, 267, *268*, *277*; defined, 3; downstream migration of, 266–75, 280–83; in estuaries, 290–93, *293*, 296–98; in food webs, 284–87, 345–46; hatchery-produced, 337–38, *338*, 395; jacks production from, 387, 388; in lakes, 241; on life history table, *329*; marine mortality rates, *331–32*, 331–36, *334*; in olfactory imprinting experiments, 126, 127; size of, 156, 241, *245–46*, *268*, 332–34; sockeye, 18, 241, *245–46*, 266–67, *268–69*, *331*, 331–32; steelhead, 269, *270*, 278, *279*; in streams, 207; tagging and tracking, 109, 112, 296–97; transformation into, 276–80, *279*, 387; trapping operations, 209, 290; wild vs. hatchery-produced survival rates, 337–38, *338*
Snake River: Chinook salmon of, 87, 335, 336, *338*, 439; coho of, *283*; dams on, *113*, 284; fluvial migration within, 107; steelhead of, *279*, 335, *338*, 338–39
sneaker males, 142, 155, 260, 381
Snow Creek, 133, 140, *146*
sockeye salmon (*Oncorhynchus nerka*): abundance of, 17, *243*, 426–34, *428*, *430–33*; age at maturity, 377–78; age groups, 371–72, *372*; aggression at spawning grounds, 136–37, *137*; anadromy in, 5; annual quantity and landed value in commercial fisheries, vii; coastal migration of, 67, 71–81, *73*, *75*; dam removal projects and, 447; density-dependent fry production by, 150, 189–91, *191–92*; diel vertical migration of, 247–49, *248*, *250*; diet and feeding behaviors, *234*, 237–38, 240–47, 359–64, *362*; diseases and parasites of, 50, 111, 191–92, 419, *420*; distribution patterns, 17–18, 80, *81*, 132, 237–39, 307–8, *308*; downstream migration of, 266, *266*, 272–74, *273–74*, 280–82; egg size of, 17, 237, 420; energetics of migration, 101, *101*, 102; in estuaries, 290–92; evolutionary relationships, 32, 33; fecundity of, 17; female size and reproductive traits, *137*, 148, *148*; in food webs, *ii*, *160–61*, 161–62, 167, *168*, 173, 349; foraging depth at sea, 357, *358*; fossils of, 31, *31*; freshwater mortality rates, 185, 232, 250–51, 286–87; fry, 17, 189–91, *191–92*, 196, *199*, 199–201, 237–39, *238*; growth of, 239–47, *241–42*; habitat preferences, 366; homeward migration of, 55, 57, 58, 60–64, *61–63*; homing and straying behavior of, 109–10, 114–15, 120, 126, 413–14, 417; identifying characteristics of, 18, *18*, *40*, *353*; isolation by distance, 414–15, *415*; jacks, 134, 154; juveniles, *36*; in lakes, 18, 234, 237–51, 266–67, 416; life-history patterns of, 17–18, 416; life table features, 329, *329*; local adaptations by, 419–20, *421*; magnetic field detection by, 60, 326; male life-history variants, 134, 379; marine migration of, 18, 51–55, *52*, *54*, 311–13; marine mortality rates, *331*, 331–33, *341*; mating patterns of, 145; maturation of, 4; ocean-type, 18, 372, 416; pheromone hypothesis and, 128; productivity of, 329, *329*; research on, 45; river-type, 18, 416; selectivity of fisheries and, 376; sexual maturity of, *2*, *40*; size at maturity, 18, 376, *377*, 382, *382*, 385; smolts, 18, 241, *245–46*, 266–67, *268–69*, *331*, 331–32; spawning behavior, 8, 17–18, 85, 137, 141, 181–82, 419–20, *421*; status and ESUs, 424, *424*, 438; temperature and development rate, 183, *183*; thermoregulation by, 88–90, *89*; transplantation of, 404, 407, 409–10; travel rate of, 58, 72, *72*, 97, *98*, 280–83, 310; upriver migration of, 84, 88, 90, *91*, 92, 94–96; weight at sea, 365, *365*. *See also* kokanee; *specific populations of sockeye salmon*
softmouth trout (*Salmo obtusirostris*), 30
sonaghen trout, 257
Soos Creek Hatchery, 122, *123*, 126–27, 333
spatial scale: abundance and catch, 432; isolation by distance, 414–15, *415*; of marine mortality influences, 342; of stream habitats, 206, 223; viable salmonid populations and, 438–39

spawning behavior: Arctic char, 26, 108, 138; bull trout, 28, 140–41; Chinook salmon, 19, 21, 84–85, 88, 140, *144*, *181*; chum salmon, 16–17, 85; coho salmon, 19, 84–85; cutthroat trout, 8, 25, 85; Dolly Varden, 27, 28; kokanee, 107, 137; lake trout, 29, 252; by male life-history variants, 380; masu salmon, 22; pink salmon, 16, 85, *143*, 182; rainbow trout, 8, 23, 24, 85, 108; sockeye salmon, 8, 17–18, 85, 137, 141, 181–82, 419–20, *421*; steelhead, 23, 24, 87, 140, 390. *See also* courtship and mating behavior; redds; reproductive success; spawning season; spawning sites

spawning season: comparison among species, 8–10, *9*, 84–85, 184; embryonic development and, 181–84; genetic influences on, 401; offspring feeding success and, 221; temperature and, *181*, 181–82; timing of arrival during, 154; upriver migration timing and, 87, 90

spawning sites: aggression at, *136*, 136–37; competition on, 94, 149; density of fish at, 164; distribution patterns at, 140; dominance hierarchies on, 141–42, *141–42*, 153; jacks on, 155, 375; operational sex ratio at, 154; predation at, 105; selection of, 114, 118; sex ratio at, 94–95, 376; shorelines, 107–8, 138–39; stream depth at, 420, *421*; stream flow and access to, 84, 87; territorial behavior at, 136–37, *137*, 149

species comparisons: abundance, 430–32, *430–32*; age at downstream migration, 266, *266*; alevin movements, 194–96, *195*; diel habitat shifts, 226–27; downstream migration timing, 272–73, *273*, 282, *282*; egg size, *10*, 10–11, *329*, 418; estuarine residence, 290–94, *293*; fecundity, 329, *329*; female size and fecundity, *147–48*, 147–49; foraging depth at sea, 357–58, *358*; fry migration, 199–200; growth at sea, 364–65, *365*, 418; habitat preferences, 223–26; homing and straying behavior, *110*, 110–11, 114; isolation by distance, 414–15, *415*; jacks, 134; male life-history variants, 279–82; marine distribution, 307–8, *308*; nonanadromy, 134, 259–63; odors, 128; productivity, *329*, 329–30; redd site selection, *137*, 137–38; sculpin predation, 232; size at maturity, 376, *377*; spawning season, 8–10, *9*, 84–85, 184; status and ESUs, 424, *424*, 438; temperature and development rate, 182–83, *183*; travel rates, 283, 297–98; trout eyesight, 253, 255; upriver migration timing, 84, *84*; vertical distribution, 80–81, *81*

species ranges. *See* distribution patterns; geographic comparisons

spiny dogfish (*Squalus acanthias*), 346

spring salmon. *See* Chinook salmon (*Oncorhynchus tshawytscha*)

*Squalus acanthias* (spiny dogfish), 346

squid, 352, 353, 359

status (conservation), 424, 437

steelhead (*Oncorhynchus mykiss*): abundance of, 426, 431, *431*; age at maturity, 24, 386, 390; age-designation systems for, 372; alevin movements, 194–96, *195*; competition with cyprinids, 229–30; co-occurrence with coho and cutthroat trout, 207, 209, *210*; dam removal projects and, 446–47; diet and feeding behaviors, 70, 359, 364; dissolved oxygen and embryonic development in, 184, *186*; distribution patterns, 22–24, 80–81, 307, *308*; downstream migration of, 266, *266–67*, 269, 271; egg size of, 23; in estuaries, 292, 293, *293*, 296–97; female size and reproductive traits, *137*, *148*, 149; in food webs, 346, 349; freshwater mortality rates, 185, *188*, 231–32; fry, 23, 87, *199*; habitat preferences, 225–27, 231, 366, *366*; half-pounders, 56, 322, 372; hatchery production of, 405; homing and straying behavior of, *110*, 110–11, 114, *115*, 127; hybridization among, 411; identifying characteristics of, 23, *23*, 24; isolation by distance, 414–15, *415*; iteroparity among, *158*; juveniles, *37*, 163; life-history patterns of, 22–24, 87–88, 322, 390; life table features, 329, *329*; male life-history variants, 379; marine migration of, *52*, 56, 321–23; marine mortality rates, 331, *332*, 335, *336*, *338*, 338–39, *341*; mating system of, 145, *146*; nonanadromy among, 262–63;

ocean-maturing, 24, 87; parasites of, 51, 419; productivity of, 329, *329*; redds of, 137–38; reproductive success among, 133; research on, 45; sexual maturity of, *2*; size at maturity, 24, 376, 390; smolts, 269, *270*, 278, *279*; spawning behavior, 23, 24, 87, 140, 390; status and ESUs, 424, *424*, 438; straying behavior of, *110*, 110–11; in streams, 24, 87, 207, *208*, 212, *219*; temperature and development rate, *183*; travel rate of, 283, 297–98, 310; upriver migration of, 84, *84*, 87–88, *88*; weight at sea, 365; wild vs. hatchery-produced survival rates, *338*

Stellako River sockeye salmon, 200–1

sticklebacks (Gasterosteidae): diel vertical migration of, *248*, 248–49; in estuaries, 300; in food webs, *ii*; identifying characteristics of, 12; in lakes, *240*, 246, 247, 252; in streams, 228, 240

stock complexes, 422

stock concept, 418, 436

stocking, 245–46

stoneflies, 116, 172, 213–14

Strait of Georgia: Chinook salmon in, 420; chum migration routes and, 66; coho salmon of, *338*, 343–44, *344*; harbor seals in, 347, *347*; human impact on, 304; map of, *62*; marine mortality rates in, 340; migration routes and, 61, 72–73, *75*, 78, 312, 318; predation in, 345–46; water temperature increases, 442

Strait of Juan de Fuca: coho migration routes and, *272*; map of, *62*; sockeye migration routes and, 61, 62, 64, 72, 310; vertical distribution in, 80, *81*

strays and straying, 109–20; age and, 112, 119; colonization of rivers by, 44, 116–18; comparison among species, *110*, 110–11, 114; evolutionary aspects of, 115–20; in gene flow control, 6, 415, 417; genetic influences on, 118, 119; research history and techniques, 49, 109–15, *113*, *115*

stream depth: bear predation and, 167, *168*; body size and shape and, 153; distribution patterns based on, 223, *224–25*; redd site selection and, 135, 138; at spawning sites, 420, *421*

stream flow: alevin movements in response to, 195; climate changes and, 444; coho abundance and, 211–13; dissolved oxygen levels for embryos and, 184; flow regimes, 203, *204*; peak flow, 189, 203; redd site selection and, *136*, 136–38; seasonality of, 203, *204*, 226; spawning site access and, 84, 87; upriver migration timing and, 90

streams, 203–33; biodiversity in, 227–28; carrying capacity of, 176, 210, 222; categorization of, 205–6, *206*; diet and feeding behaviors in, 213–19, *215–18*; distribution patterns in, 207, 209–12, 223–27; drift patterns of, 214–15; egg burial in, 11–12; elevation and gradient of, 204, 206, *206*, 209, 210; fish communities in, 227–30; food webs in, 161–66, 214; growth in, 213, *213*, 219–23, 227; incubation in, 206; lakes vs., 205; large woody debris in, 204–5; mortality in, 230–33; overview, 103; physical characteristics of, 203–6; predation in, 216–17, 221, 230–33, 253; productivity of, 161–62, 210–12, *211–12*; redd sites in, 189; restoration projects, 225; salmonid populations in, *206–8*, 206–12; sediment transport in, 12, 165, 204; size of, 205, *206*; smolts in, 207; straying behavior and suitability of, 118; temperature of, 205, *206*; territorial behavior in, 207, 213, 219–22, 225, 229; tree canopy for, 166, 205, *206*. *See also* stream depth; stream flow

stream-type Chinook salmon: age at maturity, *378*; chemical contaminants in, 305; downstream migration by, 266, 270; in estuaries, 290, 298; evolution of, 416; fry migration by, 200; growth of, 401; homing and straying behavior of, 114; life-history patterns of, 20–21; mature male parr, 262; nonanadromy in, 154; offshore distribution of, 54–55; in open ocean, 315; smolts, 272; spawning behaviors of, 207

striped bass (*Morone saxatilis*), 5

sturgeons (Acipenseridae), 5, 228

subadult salmonids, 3, 18, 19

substrate: in abundance estimates, 427; alevin movements in, 194–95, 198; egg size and, 420; embryo mortality and, 187–88, *188*;

Case 3:18-cv-01035-MO Document 110-12 Filed 07/14/21 Page 557 of 560


in estuaries, 288–89; quality of, 189; redd site selection and, 135, 138; in streams, 204, *206*
summer-kill conditions, 236
survival to emergence, 185. *See also* mortality
swimming direction, 57, 74, 76
swimming speed and ability: in coastal waters, 74, 76, 77; currents and impact on, 74, 76, 312; in downstream migration, 280–81; energy requirements and, 100–2, *101*; of hatchery fry, 198; at Hell's Gate, 103–4; size and, 100, 331; ventilation swimming, 196. *See also* travel rate
sympatric divergence, 260
sympatry, 255, 258, 260

tactic vs. kinetic responses, 194
tagging and marking: in coastal migration studies, 66–67, 72–74; coded wire micro-tags, *49*, 49–51, 112, 308–9, 315–20, 343–44; data storage tags, 357–58, *358*; electromyogram telemetry in, *101*, 102; in homing studies, 109–11; in marine migration studies, 46, 48–50, *48–50*, 308–10, 322; in marine mortality studies, 335, 338–39; parasites as natural tags, 111; parent-age-based tagging, 51; passive integrated transponder tags, 271, 291–92, 295–96, 302, 338, 346; radio transmitters in, 73–74, 97, 102, 107, 125; smolts, 109, 112; travel rate measurement from, 53, 57–58; ultrasonic telemetry in, 53, 73, 74; in upriver migration studies, 97; water chemistry as natural tag, 115
tailspill, 136, *136*
taxonomy of salmonids, 30–35, 44
temperature: annual increases in, 442–44, *443*; catch influenced by, 342, 366, *366*; coastal migration and, 67, 71, 74, *75*, 78–81, *80*; development rate and, 182–83, *183*; diel vertical migration and, 249; digestion rate and, 361; downstream migration and, 270–71, 275, *275*, 280; El Niño effects on, 342; embryonic development and, 181–84; energetics of upriver migration and, 100, 101; in estuaries, 288–89; foraging behavior and, 227; geographic comparisons, 14; growth and, 240–42, *242*, 249, 365–66; incubation and, 49, *181*, 185–86, 189, 197; of lakes, 88–90, *89*, 205, 235, *236*; marine migration and, 58–60, *59*, *61*, 315; mortality rates and, 105, *106*, 185–86, 189, *190*; predation and, 284; smolt transformation and, 278; sockeye migration and, 88–90, *89*, 96; spawning date and, *181*, 181–82; of streams, 205, *206*; in upriver migration timing, 83, 95, 96; vertical movement and, 78–80, *80*; yolk absorption and, 196–97. *See also* climate; thermal regimes
temperature intolerance, 26, 28
temperature units (TUs), 182, 189
territorial behavior: in downstream migration, 280; at spawning sites, 136–37, *137*, 149; in streams, 207, 213, 219–22, 225, 229. *See also* competition
thermal gradient, 235
thermal regimes: growth and, 249, 365–66; in incubation/spawning sites, 115, 181, 182, 418; in lakes, 241
threatened species, 437
Thymallidae (grayling), 30, 33, *34*, 182, *183*
tidal cycles, 288, 289
time scale: diurnal rhythms, 92, 227, 288; of fertilization, 143, 145; growth variation among years, *367–68*, 367–69; long-term optimization of marine migration, 355; of salmonid evolution, 30, 33, 35; of survival and recruitment patterns, 342–43. *See also* seasonality
timing of arrival, in homeward migration, 58, 60
Togiak sockeye salmon, *250*, *269*, 311
Toutle River, 117–18
transplantation, 397–412; anadromous vs. nonanadromous, 407; of Atlantic salmon, 398, 399, 404, 407; of brook trout, 403; of brown trout, 398, 403, 404; of Chinook salmon, 130–31, *131*, 398–402, *400*, *402*, 404–6; of chum salmon, 404; of coho salmon, 398, 404–6, 408–9, *409*; evolutionary processes in transplanted populations, 400–402; history of, 397–98; hybridization resulting from, 411; of masu salmon, 408, *409*; native species impacted by, 398–99,

403–4, 411–12; within Northern Hemisphere, 403–7; in olfactory imprinting experiments, 121–22, 127; overview, 397; of pink salmon, 129–30, 405–8; of rainbow trout, 398, 399, 402, 403; of sockeye salmon, 404, 407, 409–10; to Southern Hemisphere, 397–403; within species' range, 407–10; in straying and homing experiments, 116, 129–31
travel rate: in coastal migration, 66, 72, *72*, 77; comparison among species, 283, 297–98; defined, 53; in downstream migration, 280–83, *283*; in homeward migration, 55, 77; in marine migration, 53, 57–58, 308, 310; mortality and, 283–84; orientation and, 57–58; in upriver migration, 72, 96–97, *98*. *See also* swimming speed
tree canopy for streams, 166, 205, *206*
trophic pyramid, 352
trout: commercial value of, vii; evolutionary relationships, 33; in lakes, 252–58; mortality rates, 255–57; nonanadromy among, 134, 262; recreational value of, vii; sex roles of, 133–34. *See also specific species*
true flies, 213–14
tules, 130
tunicates, 360
turbidity, 289, 302
TUs (temperature units), 182, 189
tyee. *See* Chinook salmon (*Oncorhynchus tshawytscha*)

Ugashik sockeye salmon, 267, *268*, 311
ultrasonic telemetry, 53, 73, 74
Umpqua River, 275, *275*, 348
uncertainty, scientific, 33, 437
United Nations Food and Agriculture Organization, 403
University of Washington hatchery: Chinook salmon from, *155*, 333, 334, 388, *389*, 408; coho salmon from, 121–22, 126–27, 129, 333, 386, 388; map of, *123*
Unwin, Martin, 400
upriver brights, 130–31
upriver migration, 83–108; age and, 92–93, *93*; Atlantic salmon, 93; body composition changes during, 97–99, *98–100*; Chinook salmon, 84, *84*, 87–90, *89*, 100; chum salmon, 16, 84, *84–85*, 92–95, *93–94*; coho salmon, 84, *84*, *86*, 90; diurnal rhythms in, 92; energy requirements for, 97–102, *101*; environmental factors in, 90; fry, 200–201; growth tradeoffs and, 94; hormonal changes and, 71; lack of readiness for, 81; mortality during, 72, 103–7, *106*; natal-site odors and, 124–27, *125*; of nonanadromous salmonids, 107–8; physical obstacles to, 103, 104, *113*; pink salmon, 84, *84*, *86*, 90, 94; sex differences in, *94*, 94–95; size and distance of, 100; social model of, 92; sockeye salmon, 84, 88, 90, *91*, 92, 94–96; steelhead, 84, *84*, 87–88, *88*; stock differences in, 418; timing of, 83–85, *84*, 90, 92–96, 105–6; travel rates, 72, 96–97, *98*
upwelling, 140, 341–43, 395
US Commission on Fish and Fisheries, 109
US Endangered Species Act of 1973 (ESA), 88, 262, 423, 437, viii

Vancouver Island: coastal migration and, 66, 72; hatcheries on, 130, 334, 383; map of, *62*, *73*, *75*; marine migration and, 61, 62, 64
ventilation swimming, 196
vertical movements, 78–81, *80–81*, 195. *See also* diel vertical migration (DVM)
vertical-slot fishways, 103–4, *104*
viable salmonid populations (VSPs), 438

Waddell Creek, *110*, 110–11
walleye pollock, 355
Washington, Lake: cutthroat trout in, 252, 391; diel vertical migration in, 248, *248*; *Neomysis mercedis* in, 246; temperature of, 235, *236*
Washington (Lake) sockeye salmon: behavioral thermoregulation by, *89*; diel vertical migration of, 247–48, *248*; diet and feeding behaviors, 243–44; growth of, *241*; homing and straying behavior of, 114–15; in lakes, 201; transplantation of, 410
water hardening, 143
Weaver Creek spawning channel, 136–37, *137*, 189–90, *191*, 192

weight. *See* size
*W. E. Ricker* (ship), *309*
whitefish (Coregonidae): ecophenotypic forms of, 258; evolutionary relationships, 33; example of, *35*; in lakes, 240, 252; spawning behavior of, 9; in streams, 228; taxonomy of, 30
whitespotted char (*Salvelinus leucomaenis*), 30, 262, 325–26, 346, *377*
winter-kill conditions, 237
Wolf Point Creek, 116, *117*
Wood River sockeye salmon, 167, 267, *268*, 275, 311, 332, 385

Yakima River, 88, 99, 131
Yalu River, 13, 27
Yellowstone cutthroat trout, 200, 255, 256, 392, 411–12
Yukon River, 13, *14*, 16, 20, 97, 126, 442

zoogeography. *See* distribution
zooplankton: climatic regime shift and, 356; density of, 241–45, *243–44*, 355–56, 356; diel vertical migration and, 248–49; in estuaries, 299; in food webs, *ii*, 12, *234*, 243–47, 353; in lake ecosystems, 235, 237–38, 240, 242, 252; prey characteristics, 242