# EXHIBIT 24

**Valery J. Terwilliger & Lawrence J. Waldron, *Effects of Root Reinforcement on Soil-Slip Patterns in the Transverse Ranges of Southern California*, 103 GSA Bull., 775–785 (1991)**

# Effects of root reinforcement on soil-slip patterns in the Transverse Ranges of southern California

VALERY J. TERWILLIGER* *Department of Geography, University of California, Los Angeles, California 90024*
LAWRENCE J. WALDRON *Department of Soil Science, University of California, Berkeley, California 94720*

## ABSTRACT

**Effects of roots on soil slippage were investigated on unstable hillsides covered by chaparral, prescription-burned chaparral, and grassland in the Transverse Ranges of southern California. Direct shear tests were conducted on large (0.25-m diameter × 0.61 m) "undisturbed" soil samples extracted from slip-prone landscapes under the three vegetation types. Roots were decayed from small (61-mm diameter × 25 mm) cores extracted from each large shear surface and were used to establish the strength of soil without roots. Absolute and relative contributions of roots to soil strength were very significant, although average root-strength contributions did not differ among the three vegetation types. Unburned chaparral tended to provide sparsely distributed but occasionally great root reinforcement. Burned chaparral and grassland landscapes provided more uniformly distributed root reinforcement with lower maximum local contributions to soil strength than chaparral. Total shear strength of soils was mobilized at greater horizontal displacements in burned and unburned chaparral than in grassland.**

**We developed a three-dimensional analysis of slope stability, using representative distributions of root-strength values. This model predicted systematic differences in minimum scar size between vegetation types. These differences arose not from the average root-reinforcement values which were the same for each type, but rather from the differing distributions of root contributions to soil strength found for each vegetation type. This heuristic model suggests that the generally observed higher frequency of landslides in chaparral lands after conversion to grass cover may result from reduced variation in root reinforcement, which permits smaller slips to develop.**

## INTRODUCTION

Shallow (<1 m deep) soil slips are thought to generate the greatest volume of earth movement in the Transverse Ranges of southern California (Campbell, 1975), as well as in other mountains that receive heavy rains and snows throughout the world (Rapp and Strömquist, 1976; Moser and Hohensinn, 1983; Aniya, 1985). Although variously defined, soil slips are smaller, shallower, and occur more frequently than other landslides. Soil slips often form during episodes of heavy rain or snowmelt, whereas deeper landslides tend to initiate when pore pressures accumulate at great depths after prolonged wet periods (Campbell, 1975).

Mechanical similarities exist between deep-seated landslides and shallow slips. Factors influencing the shear strength (S) of a soil unit are the normal load (weight/area) acting perpendicular to a potential failure surface ($\sigma_n$), the angle of internal friction of the soil ($\phi$), properties imparting cohesion (c) to the soil, and pore-water pressure (u). The interaction of these strength-imparting factors on natural slopes is expressed by the familiar modification of Coulomb's equation for the strength of materials (Terzaghi, 1950):

$$S = c + (\sigma_n - u)\tan \phi. \quad (1)$$

Cohesion is assumed to be constant in homogeneous, ideal soils, whereas normal loads and pore-water pressures increase with depth. Biotic factors, such as roots, affect the cohesive behavior of soil and, even if present, would contribute little to the strength characteristics of deep-seated potential landslide surfaces relative to the influence of normal load. Consequently, for the purpose of this research, we also define slips to be of dimensions that can theoretically be influenced by roots.

### Root Reinforcement

Descriptive studies have shown that the total volume of soil slips vary between vegetation associations and as a result of disturbance to vegetative cover (reviewed in Prandini and others, 1977; Gray and Leiser, 1982; and Greenway, 1987). For instance, there was less total volume of soil that slipped on chaparral (dense shrub) vegetated slopes than on slopes that had been converted to grass during specific storms in the San Gabriel mountains of the Transverse Ranges (Corbett and Rice, 1966; Rice and others, 1969; Rice and Foggin, 1971). Increases in soil slippage following disturbance of the natural vegetative cover of a slope have been attributed to a possible decrease in reinforcement by the roots of plants.

Quantitative studies on reinforcement of soil by roots are rare, however. Some studies in fiber-reinforced soil matrices (Kassiff and Kopelovitz, 1968; Gray and Lott, 1983) or under plants suggest that soil strength increases in proportion to root biomass (Endo and Tsuruta, 1969) and that even decayed roots have some reinforcing effect (Brenner and Ng, 1977). Manbeian (1973) and Waldron (1977) found that roots had a greater reinforcing effect on inhomogeneously repacked soils than on uniformly remolded soils. Waldron (1977) and Waldron and Dakessian (1981) developed models from direct shear tests on container-grown plants to predict the reinforcement magnitudes of differing root morphologies. The aforementioned studies concentrate on the soil mass directly under the plant stems where roots would usually be densest and thickest. These studies therefore probably represent the maximum reinforcement potential of roots on soils and have limited applicability to conditions on natural hillsides.

Recently, efforts have been made to apply models for soil reinforcement by roots to natural slippage conditions. For example, Riestenberg and Sovonick-Dunford (1983) obtained the tensile strengths of roots along the scarp of a soil

*Present address: Department of Geography, University of Kansas, Lawrence, Kansas 66045.

Geological Society of America Bulletin, v. 103, p. 775–785, 10 figs., 9 tables, June 1991.

Case 3:18-cv-01035-MO Document 110-27 Filed 07/14/21 Page 3 of 12



slip in Cincinnati, Ohio. Using their data with the early model of Waldron (1977) and a similar one by Wu (1979), they concluded that roots had accounted for 80%–85% of the overall resistance to failure of the slip area. Reneau and Dietrich (1987) modified the finite-element factor of safety computations of Riestenberg and Sovonick-Dunford to estimate the effects of uniformly distributed surficial root reinforcement on the volumes of soil slips.

### Research Objectives

In the aforementioned estimates of the role of roots on soil slippage, root reinforcement was assumed to occur evenly throughout the potentially unstable portion of a slope. The magnitude of average root reinforcement in natural conditions was obtained by indirect analyses. Aside from the complicating factor that reinforcing contributions vary among soil types, root distributions and morphologies are known for only a few species of plants in a few soils (Böhm, 1979). The objective of the following research is to test two hypotheses delineating possible effects of roots on slope stability. The first hypothesis is that roots provide enough of a reinforcing effect on unstable slopes with a heterogeneous soil mantle to reduce soil slippage. The second hypothesis is that differences in slippage patterns can occur due to variation in the magnitude of reinforcement among soils under differing vegetation types. The direct shear test methods of Waldron (1977) are modified to directly examine the soil-reinforcing potential of roots into hillsides covered by three vegetation types. The first is chaparral dominated by native chamise (*Adenostoma fasciculatum* H. & A.), a common vegetation assemblage in the Transverse Ranges. The other two represent common disturbances of chamise chaparral; prescription burning and conversion to grassland.




**Figure 1. Location of study area and quadrats. Quadrats I–V contain unburned chaparral, quadrats 1–5 contain burned chaparral, and quadrats A–E contain grassland.**

## STUDY SITES

### Study Quadrats

We selected adjacent slip-prone slopes of the desired vegetation types on the Temascal Ranch in western Los Angeles County, California (Fig. 1). Slip-prone slopes were defined as slopes containing slip scars resulting from storms that occurred in the decade before this study. Soil slips known to have occurred since 1978 were measured on, and in the vicinity of, the study slopes and were all found to have scarp depths of 0.40–0.45 m. We found slips on slopes with angles ranging from 18°–32° in grassland but did not find slips under chamise-dominated chaparral. Most slips were found between slope angles of 22°–28°. Significant soil mantles did not occur at slope angles above 32°.

Fifteen 20 m × 20 m quadrats, five in each vegetation type, were established on slip-prone slopes. Quadrats were arranged in each vegetation type according to the following scheme: chamise chaparral, quadrats I–V; prescription-burned chamise chaparral quadrats 1–5; and grassland converted from chamise chaparral, quadrats A–E. Quadrats were situated on four adjacent hillside slopes, and each slope was covered by at least two of the vegetation types. All quadrats lay between 530–560 m elevation. Soil varied in depth but rarely exceeded 0.60 m in the study quadrats. We did not find any systematic differences in depth of the soil mantle between quadrats and nearby peripheries of slips. Angles and aspects of the quadrats are summarized in Table 1.

TABLE 1. MORPHOLOGY OF STUDY QUADRATS

| Vegetation type | Quadrat | Slope angle | Aspect |
|---|---|---|---|
| Unburned chamise chaparral | I | 28 | 290 |
| | II | 26 | 282 |
| | III | 31 | 320 |
| | IV | 28 | 290 |
| | V | 19 | 335 |
| Prescription burned chamise chaparral | 1 | 18 | 178 |
| | 2 | 30 | 65 |
| | 3 | 25 | 190 |
| | 4 | 28 | 240 |
| | 5 | 22 | 165 |
| Grassland converted from chamise | A | 21 | 295 |
| | B | 22 | 132 |
| | C | 22 | 0 |
| | D | 18 | 90 |
| | E | 19 | 300 |

*Note:* aspect (degree from magnetic North) and angles (° of slopes) were determined at the center of each quadrat.

As slippage may alter both original slope-failure conditions and vegetation composition, the quadrats were established close to, but not on, recent soil slips. The physical properties of soils in the study area varied greatly with distance and depth; hence an effort was made to include an equally variable spectrum of soil textures, densities, and depths for each vegetation type. This was done to avoid interactions between vegetation type and soil characteristics that could bias our comparisons of root reinforcement among vegetation covers. Nonetheless, a given vegetation type may tend to predominate in soils of specific properties, and the effects of such tendencies on soil-movement patterns merit a separate study.

### Environment and History

Temascal Ranch comprises 2,430 ha of rugged terrain, ranging from 240–920 m in elevation. Annual rainfall averages 380 mm $yr^{-1}$ but is highly variable from year to year (Hydrology Division, Los Angeles County Flood Control District, 1987, personal commun.). The climate is Mediterranean, characterized by hot, dry summers and mild, wetter winters. Rainfall is often intense.

The study area has been used for ranching and small-scale mining since at least 1843. Based on a diseño (ca. 1843) and more recent

Plaintiffs' Exhibit 34 Terwilliger & Waldron (1991) 3 of 12

maps, our grassland study quadrats had probably been converted from chamise chaparral between the late 1840s and the 1870s. Chamise-dominated quadrats had not burned since at least 1929. The remaining quadrats were prescription burned in March 1984.

### Vegetation Characteristics

Above-ground vegetation was described by spatial parameters that we assumed to be related to root properties. Plants were divided into two size categories: tall (⩾1 m) and short (<1 m). Tall plants (shrubs) were inspected during the summer of 1985. Short plants (herbs, grasses, and shrub seedlings) were examined in the spring of 1986 during the most verdant period of the year.

Tall vegetation was examined by dividing each 20 m × 20 m study quadrat into sixteen 5 m × 5 m cells (Fig. 2) and recording species densities, stem densities, frequencies, areas, and volumes of all tall species (for definitions, see Terwilliger, 1988). Tall plants were further subcategorized as burned extensively but living, burned and dead, standing dead with no burn scars, and living with no burn scars.

Short plants were described from three 0.25 × 0.25 m subquadrats per quadrat (Fig. 2). Stem densities and frequencies, both total and by species, were obtained. Each subquadrat was randomly located in cells from which soil-strength properties would be analyzed.




● LARGE "UNDISTURBED" SOIL CORES
□ SHORT VEGETATION QUADRATS
○ VOLUMETRIC SAMPLES
■ SOIL SAMPLES FOR DESCRIPTIVE MEASUREMENTS

**Figure 2. Generalized diagram of a study quadrat. Tall vegetation was sampled throughout each quadrat. Soil and short vegetation were sampled at random locations within the designated cells.**

TABLE 2. CHAMISE (CH) AND TOTAL (TOT) TALL-SPECIES COMPOSITION FOR EACH QUADRAT

| Quad | Stems /m² | | Density no. /m² | | Frequency /16 cells | Area (m² plant/m²) | | Volume (m³ plant/m²) | |
|---|---|---|---|---|---|---|---|---|---|
| | CH | TOT | CH | TOT | CH | CH | TOT | CH | TOT |
| 1 | 0.2 | 1.3 | 0.1 | 0.3 | 0.4 | 0.1 | 0.3 | 0.2 | 0.5 |
| 2 | 0.3 | 1.5 | 0.1 | 0.5 | 0.8 | 0.3 | 0.4 | 0.5 | 0.7 |
| 3 | 0.4 | 1.6 | 0.1 | 0.3 | 1.0 | 0.2 | 0.3 | 0.4 | 0.5 |
| 4 | 0.7 | 0.8 | 0.3 | 0.4 | 0.8 | 0.2 | 0.3 | 0.3 | 0.4 |
| 5 | 0.3 | 0.6 | 0.1 | 0.2 | 0.6 | 0.1 | 0.1 | 0.1 | 0.2 |
| I | 2.2 | 3.5 | 0.3 | 0.5 | 1.0 | 0.4 | 0.7 | 0.7 | 1.1 |
| II | 2.1 | 2.6 | 0.8 | 0.9 | 1.0 | 0.8 | 0.9 | 1.7 | 1.8 |
| III | 1.5 | 2.2 | 0.7 | 0.8 | 1.0 | 0.5 | 0.8 | 0.9 | 1.8 |
| IV | 2.0 | 2.9 | 0.9 | 1.1 | 1.0 | 0.8 | 0.9 | 1.6 | 1.8 |
| V | 1.5 | 2.1 | 0.6 | 0.7 | 1.0 | 0.6 | 0.7 | 1.1 | 1.4 |

*Note:* see text for further definition of vegetation composition parameters. Quads 1-5 are in burned chaparral. Quads I-V are in unburned chaparral. Densities and spatial cover of tall species are less in burned chaparral than in unburned chaparral (Mann Whitney U tests, $P < 0.05$).

Of the tall species, chamise (*Adenostoma fasciculatum*) had the highest stem and individual densities, areas, and volumes in both burned and unburned chaparral (Table 2). Although the richness (number) of species was similar in both burned (eight spp.) and unburned chaparral (seven spp.), burned chaparral tended to be composed of a greater number of softer wood or herbaceous species (complete species inventory in Terwilliger, 1988). Both densities and spatial cover of tall vegetation were less in burned than in unburned chaparral (Mann-Whitney U test) (Table 2).

Dominant short species of plants varied greatly both between vegetation types and between quadrats of a vegetation type (Table 3). As would be expected, short vegetation was densest in grassland and denser in burned chaparral than in unburned chaparral (one-way anova, L.S.D. $P \leq 0.01$). Richness of short species was highest in grassland (20 spp.) and similar in unburned (15 spp.) and burned (16 spp.) chaparral. Grassland contained more herbaceous species than did burned chaparral. Burned chaparral had more seedlings of potential shrubs than did grassland, suggesting imminent changes in root-reinforcement properties (Terwilliger, 1988, has complete species inventory).

### Geology and Soils

Tertiary sediments ranging in age from late Miocene to Pliocene underlie Temascal Ranch. The lowest strata at the study sites consist primarily of conglomerate, sandstone, and some shale of the early Mohnian stage of the late Miocene epoch. Overlying these are soft, crumbly late Mohnian shale and siltstone with occasional soft sandstone and highly weathered conglomerates. These sediments are potentially unstable at steeper slope angles.

Soil samples were obtained at a depth of 0.4 m from the four central cells in each quadrat (Fig. 2). These cells were selected to avoid damaging cells from which soil-strength properties would later be assessed. Coarse sediment (diameter ⩾ 2 mm), sand (2 mm > diameter > 0.05 mm), silt (0.05 mm ⩾ diameter ⩾ 0.002 mm), and clay fractions (0.002 mm > diameter) were determined by sieve and hydrometer analyses (Gee and Bauder, 1986). Two volumetric samples were obtained at depths of 0.4 m from three cells using a $5.0 \times 10^4$ mm³ volumeter. Volumetric samples were dried in a 110 °C oven for 10 hr and weighted to obtain the bulk densities of the soils.

Soils of the study area were vertisols classified as Castaic Silty Clay loams, well-eroded phase (USDA and others, 1966). We found entisols, as well. Soil textures in our study quadrats ranged from clay loams to loamy sands (USDA classification) (Table 4). Shrinking and swelling produced deep cracks in many areas. Bulk densities of soil at 0.40-m depth did not vary between vegetation types (one-way anova) (Table 5).

TABLE 3. COMPOSITION OF SHORT SPECIES AS MEASURED FROM THREE SUBQUADRATS PER STUDY QUADRAT

| Quad | Dominant species | Species stems/m² | Species frequency /m² | Total stems /m² |
|---|---|---|---|---|
| I | *Bromus rubens* L. | 84 | 1.00 | 130 |
| II | *Stipa lepida* Hitchc. | 48 | 1.00 | 82 |
| III | *Bromus rubens* | 101 | 0.33 | 146 |
| IV | unknown | 103 | 0.33 | 242 |
| V | *Cryptantha intermedia* (Gray) Greene. | 16 | 0.33 | 44 |
| 1 | *Cryptantha intermedia* | 213 | 1.00 | 354 |
| 2 | *Cryptantha intermedia* | 52 | 0.67 | 89 |
| 3 | *Cryptantha intermedia* | 117 | 1.00 | 233 |
| 4 | *Lotus salsuguinosus* var. *salsuguinosus* Greene. | 121 | 0.67 | 276 |
| 5 | *Cryptantha intermedia* | 110 | 0.67 | 284 |
| A | *Erodium cicutarium* L. | 414 | 1.00 | 965 |
| B | *Bromus mollis* L. | 667 | 1.00 | 932 |
| C | *Hordeum glaucum* Steud. | 245 | 1.00 | 432 |
| D | *Erodium cicutarium* | 299 | 1.00 | 555 |
| E | *Hordeum glaucum* | 580 | 1.00 | 741 |

*Note:* density and frequency of dominant species and total stem density of all species are shown for each quadrat. Quadrats I–V are in unburned chaparral, quadrats 1–5 are in burned chaparral, and quadrats A–E are in grassland. Total stem density is highest in grassland and higher in burned than in unburned chaparral (one-way anova, L.S.D. $P \leq 0.01$).

Plaintiffs' Exhibit 24 Terwilliger & Waldron (1991) 4 of 12

TABLE 4. COARSE (>2 mm), SAND (>0.05–2 mm), SILT (0.002–0.05 mm), AND CLAY (<0.002 mm) DIAMETER SIZE FRACTIONS OF THE STUDY QUADRATS AT 0.4-m DEPTH

| Quad | Coarse (%) | Sand (%) | Silt (%) | Clay (%) | USDA classification |
|---|---|---|---|---|---|
| I | 0.1 | 35.0 | 47.1 | 17.9 | Loam |
| II | 16.4 | 59.0 | 25.0 | 16.0 | Sandy loam |
| III | 4.2 | 60.5 | 27.5 | 12.0 | Sandy loam |
| IV | 17.7 | 60.0 | 31.9 | 8.1 | Sandy loam |
| V | 5.9 | 72.5 | 24.5 | 3.0 | Loamy sand |
| 1 | 12.1 | 60.1 | 16.6 | 23.3 | Sandy clay loam |
| 2 | 10.5 | 78.0 | 19.3 | 2.7 | Loamy sand |
| 3 | 15.3 | 71.0 | 23.0 | 6.0 | Loamy sand |
| 4 | 18.9 | 75.0 | 19.3 | 5.7 | Loamy sand |
| 5 | 20.9 | 35.0 | 43.0 | 22.0 | Loam |
| A | 2.5 | 25.0 | 43.0 | 32.0 | Clay loam |
| B | 2.5 | 47.0 | 32.3 | 20.7 | Loam |
| C | 1.2 | 20.0 | 48.0 | 32.0 | Clay loam |
| D | 0.1 | 20.0 | 45.0 | 35.0 | Clay loam |
| E | 0.1 | 22.0 | 48.0 | 30.0 | Clay loam |

*Note*: only particles ≤2 mm diameter are included in the determination of percentage sand, silt, and clay. Coarse fractions are the percentage >2 mm of total soil weight. Particle size fractions often varied extensively within quadrats, and classifications here are medians.

## EXPERIMENTAL DESIGN AND METHODS

### Soil Extraction

Three large (0.25-m diameter × 0.61 m deep), cylinders of undisturbed soil were cut from stratified random locations at the top corner, center, and diagonal bottom corner of each of the 15 study quadrats (Fig. 2). A sample was obtained by gradually trimming and exposing sections of the desired cross-sectional area to fill a pre-cut length of PVC pipe with soil that had been as little disturbed as possible. Undisturbed soil cores were collected during the summer of 1986, and most contained soil, saprolite, and upper Mohnian shale. These large "undisturbed" samples will be referred to as "root-permeated soil" throughout this report.

### Shear Strength of Root-Permeated Soils

The shear strengths of root-permeated soil samples were obtained by direct shear tests. Each sample was saturated, drained to produce uniformly distributed pore pressures, and sheared at depths of 0.21 m, 0.33 m, and 0.45 m (additional detail in Terwilliger and Waldron, 1990). There was no evidence that deflection of roots during shear at one depth extended to another depth.

A direct shear device that had been designed to measure shear strengths of large, root-permeated soil samples was used to conduct the shear tests (described in Waldron, 1973; Waldron, 1977; and Gray and Leiser, 1982). The shear strength of soil ($S_t$) in all direct shear tests was determined to be the maximum shearing force ($T_{max}$) exhibited during horizontal displacement per cross-sectional area of soil being sheared (A) as follows.

$$S_t = T_{max}/A. \quad (2)$$

A rapid horizontal displacement rate of 2.74 mm $min^{-1}$ was chosen for the shear tests to permit timely completion of the great number of trials necessary to simulate natural field conditions. Dakessian (1980) found shear strengths of remolded soils to be insensitive to displacement rate, and we assume that our samples behaved similarly. In order to simulate field conditions, the load applied to the shear plane for each shear test was simply the mass of the soil above the area being sheared. After a sample had been sheared at three depths, it was separated at each sheared depth. The mass of each section was recorded in order to calculate the normal load [force (kN)/area ($cm^3$) of sheared soil surface] on each shear plane. A sample of soil was obtained from each section to determine the water content at that depth.

### Root Characteristics

Root numbers and diameters were determined for each sheared and separated surface after a sample had been separated. Twenty washed sections of roots were extracted from each surface, and each set of twenty fragments included the thickest root at a sheared surface. The remaining 19 root fragments were selected at random but still tended to represent thicker roots, because the thinnest roots disintegrated with handling. Root diameters were measured with a micrometer to the nearest 0.01 mm.

TABLE 5. AVERAGE BULK DENSITIES (kg SOLIDS/$m^3$) OF SOILS IN THE 15 QUADRATS

| Vegetation | Quadrat | Bulk density ($\times 10^{-3}$) |
|---|---|---|
| Unburned chaparral | I | 1.08 |
| | II | 1.16 |
| | III | 1.11 |
| | IV | 1.06 |
| | V | 1.11 |
| Burned chaparral | 1 | 1.18 |
| | 2 | 1.16 |
| | 3 | 1.26 |
| | 4 | 1.18 |
| | 5 | 1.00 |
| Grassland | A | 1.10 |
| | B | 1.14 |
| | C | 1.05 |
| | D | [illegible] |
| | E | 1.03 |

### Shear Strength of Root-Free Soils

We were interested in obtaining "root-free" (decayed-root) soil strengths that could be compared to corresponding root-permeated soil-strength values. To do this, we extracted 61-mm-diameter × 25-mm-thick, virtually undisturbed soil samples from the top of each of the three sheared and separated sections of a large sample with a bulk density corer. These small samples therefore contained soil as nearly identical to that at each shear zone of the large root-permeated samples as possible.

Small samples were made root-free by a treatment that fully decayed any roots present without affecting other soil strength properties (Terwilliger and Waldron, 1990). Effects of volume disparities on shear-strength values were quantified by additional shear tests on large and small cores (details in Terwilliger and Waldron, 1990).

All small samples were sheared on a standard direct shear apparatus (Research Engineering model #RE-DSIR-1000-82). Normal loads were set to the same load that was upon the large shear surface to which a small sample corresponded. The water content of the sheared, root-free samples were obtained after each test and compared to the water contents of corresponding root-permeated soils.

## RESULTS

### Root Effects on Soil Strength

To obtain values for shear strengths of root-free soils that could be compared with shear strengths of root-permeated soils, differences in soil strength attributable to volume disparities were corrected (Terwilliger and Waldron, 1990). Absolute and relative (percent) contributions of roots to the shear strength of soils were then computed. An absolute influence of roots on the shear strength of a soil ($S_r$) was defined as the difference between root-permeated ($S_t$) and corresponding volume corrected root-free (S) shear-strength values. Relative root reinforcement ($\%S_r$) was the percentage change in shear strength of soil attributable to roots as expressed by the following equation:

$$\%S_r = \frac{S_t - S}{S} \times 100. \quad (3)$$

Mean and coefficient of variation of $S_t$, and S, and mean and maximum $S_r$ and $\%S_r$ values are given in Table 6. (Terwilliger, 1988, lists all $S_t$, S, $S_r$, and $\%S_r$ values.) Neither root reinforce-

Plaintiffs' Exhibit 24 Terwilliger & Waldron (1991) 5 of 12

Case 3:18-cv-01035-MO Document 110-27 Filed 07/14/21 Page 6 of 12



TABLE 6. MEAN AND COEFFICIENT OF VARIATION OF SHEAR STRENGTH VALUES, MEAN, AND MAXIMUM CHANGES IN SHEAR STRENGTH DUE TO ROOTS FOR UNDISTURBED SOIL SAMPLES OF EACH VEGETATION TYPE

| Vegetation type | $S_t$ | | S | | $S_r$ | | $\%S_r$ | |
|---|---|---|---|---|---|---|---|---|
| | mean | c.v. | mean | c.v. | mean | max | mean | max |
| Unburned chaparral | 2.5 | 0.4 | 2.1 | 0.3 | 0.4 | 3.0 | 31.4 | 247 |
| Burned chaparral | 2.6 | 0.3 | 2.0 | 0.3 | 0.6 | 2.7 | 37.4 | 171 |
| Grassland | 2.8 | 0.3 | 2.2 | 0.3 | 0.6 | 2.4 | 36.9 | 176 |

*Note*: c.v. = coefficient of variation. $S_t$ refers to the shear strength of root-permeated soil samples (in kPa); S is the shear strength of virtually root-free soil (kPa); $S_r$ is the contribution of roots to soil strength (kPa) and $\%S_r$ is the percentage increase in soil strength attributable to roots. Mean values of each parameter were computed individually from the shear strength values produced by direct shear tests.




**Figure 3. Percent frequency distribution of portions of soil strength attributable to roots ($S_r$) in each vegetation type (n = 45 for samples in each vegetation type).**




**Figure 4. Percent frequency distribution of relative change in soil strength ($\%S_r$) due to roots of each vegetation type (n = 45 for samples in each vegetation type).**

ment nor soil strength without roots varied systematically with depth (0.21, 0.33, and 0.45 m) in any vegetation or soil type; this is an indication of the great heterogeneity of the soil relative to the small increases in normal load between depths examined. Root-reinforcement values from all depths sampled were therefore regarded as separate experimental units to obtain the following results.

Roots increased the shear strength of soils in all vegetation types very significantly (paired t-tests; $P < 0.00001$ for grassland and burned chaparral; $P \leqslant 0.0003$ for unburned chaparral). Average root reinforcement did not vary among the landscapes of the three vegetation types (one-way anova). Variance in root reinforcement was significantly greater in unburned chaparral than in grassland, however ($Ho:S_1^2 = S_2^2$, $P \leqslant 0.05$). The distribution of root contributions to overall shear strengths (both $S_r$ and $\%S_r$) of soils differed among vegetation types (Fig. 3 for $S_r$ and Fig. 4 for $\%S_r$). Although the highest $S_r$ and $\%S_r$ values were in unburned chaparral, reinforcement throughout this vegetation was more frequently lower than in grassland (Kolmogorov-Smirnoff two-sample, one-tailed test, $P \leqslant 0.05$; Massey, 1951a). $S_r$ and $\%S_r$ values in unburned chaparral fit a Poisson distribution (Kolmogorov-Smirnoff one-sample test, $P \leqslant 0.05$; Massey, 1951b), suggesting that soil under chaparral has little reinforcement in most locations but has rare occurrences of high reinforcement. $S_r$ and $\%S_r$ values in burned chaparral and grassland approximate t distributions, suggesting that most areas of soil under these vegetation types have some reinforcement of fairly uniform magnitude. Shear strengths of root-free soils did not vary significantly between vegetation types (Kolmogorov-Smirnoff two-sample, two-tailed tests on volume corrected and uncorrected root-free soil-strength values). In summary, it is not the average amount of root reinforcement that differs between the vegetation types but the way in which rein-




**Figure 5. Percent frequency distribution of parts of soil strength attributable to roots ($S_r$) of each texture group (group 1, n = 54 samples; group 2, n = 45 samples; group 3, n = 36 samples).**

forcement is distributed throughout soils under each vegetation type. The most even distribution of reinforcement may be found in grassland, whereas the largest single values of reinforcement, albeit rare in a landscape, may be found in unburned chaparral.

The reinforcement potential of roots may depend not only on vegetation characteristics but also on the properties of the soil upon which the vegetation is growing. The magnitude of soil reinforcement by roots varied between soil textures (Fig. 5 for Sr and Fig. 6 for $\%S_r$). Both $S_r$ and $\%S_r$ were more frequently higher in the soils containing $\geqslant 61\%$ sand (group 3) than in soils with moderate amounts of sand (groups 1 and 2) (Kolmogorov-Smirnoff two-sample tests, $P \leqslant 0.05$). Root-free soil strengths did not significantly differ by textural group (Kolmogorov-Smirnoff two-sample tests). Average $S_r$ and $\%S_r$ did not differ between vegetation types in a discrete soil group (Friedman two-way anova).

## Angle of Internal Friction

Loads were slight, and soil heterogeneity was great in this study, and so meaningful Mohr failure envelopes could not be plotted for most samples; that is, actual root-free soil strength often did not linearly increase with load in cores or quadrats. Estimates of soil angle of internal friction ($\phi$) were therefore calculated by modify-

Plaintiffs' Exhibit 24 Terwilliger & Waldron (1991) 6 of 12




**Figure 6. Percent frequency distribution of relative portion of soil strength due to roots ($\%S_r$) in each texture group (group 1, n = 54 samples; group 2, n = 45 samples; group 3, n = 36 samples).**

ing equation 1 and assuming no cohesion as follows.

$$\phi = \tan^{-1}(S_0)/\sigma_n \quad (4)$$

where $S_0$ = the actual shear strength of root-free soil before correcting for disparities in sample volume.

Average $\phi$ values at each shear depth for each quadrat are summarized in Table 7. Angles of internal friction were lowest at 0.45 m and lower at 0.33 m than at 0.21 m (one-way anova, L.S.D., $P \leqslant 0.001$).

TABLE 7. AVERAGE ANGLE OF INTERNAL FRICTION ($\phi$) FOR DEPTHS OF 0.21, 0.33, AND 0.45 m IN EACH QUADRAT

| Quadrat | $\phi$, degrees A 0.21 m | B 0.33 m | C 0.45 m |
|---|---|---|---|
| I | 28 | 22 | 20 |
| II | 31 | 22 | 24 |
| III | 23 | 22 | 18 |
| IV | 30 | 22 | 17 |
| V | 27 | 27 | 20 |
| 1 | 28 | 17 | 16 |
| 2 | 32 | 23 | 16 |
| 3 | 27 | 19 | 16 |
| 4 | 32 | 20 | 22 |
| 5 | 23 | 27 | 23 |
| A | 29 | 21 | 17 |
| B | 30 | 15 | 18 |
| C | 28 | 15 | 17 |
| D | 34 | 23 | 21 |
| E | 25 | 16 | 14 |

*Note*: A>B>C by one-way anova, L.S.D., P < 0.001.

## Root Characteristics, Soil Displacement, and Shear Strength

The shear displacement required to mobilize peak soil resistance varied greatly between the large samples. Peak shear strengths were mobilized at particularly large displacements where one or more thick (≥7-mm diam) roots were present than where roots were all thin. Furthermore, the shear resistance did not subside to a lower residual value when the peak was reached in samples that were permeated with at least one thick root. In more objective terms, soils tended to require the greatest displacement before peak strength was mobilized (Y) where root numbers were lowest ($X_1$) and average root areas ($X_2$) were highest (partial $r_1 = -0.258$, $P \leqslant 0.01$; partial $r_2 = 0.236$, $P < 0.05$; Ho:$b_1 = 0$ and $b_2 = 0$, $P \leqslant 0.05$). The largest individual displacements before mobilization of peak soil strength occurred in burned chaparral samples (Fig. 7). Peak soil strength more frequently mobilized at larger displacements throughout burned and unburned chaparral than in grassland (Kolmogorov-Smirnoff two-sample tests, $P \leqslant 0.05$).




**Figure 7. Percent frequency distribution of displacements necessary to mobilize peak shear strengths of large undisturbed soil cores (n = 45 for samples in each vegetation type).**

The following root characteristics were examined at each shearing depth: total number (N), area of the thickest root ($A_{max}$), and the ratio ($A_r/A$) of cross-sectional area covered by roots ($A_r$) to total cross-sectional area of shearing surface ($A = 0.05\ m^2$). $A_r$ was estimated from the total area of the 20 roots measured ($a_r$), while separately accounting for the contribution of the thickest root as follows:

$$A_r = \frac{(a_r - A_{max})(N-1)}{19} + A_{max}. \quad (5)$$

The numbers of roots varied both among vegetation types and sampling depths (two-way anova, $P < 0.001$). Root numbers in grassland at 0.21 m were higher than at any other depths or for any other vegetation type and were followed by root numbers in grassland at 0.33-m depth (based on L.S.D.) (Table 8). Numbers of roots in grassland at 0.45-m depth were higher than root numbers at corresponding depths in both burned and unburned chaparral. Root numbers were higher in both burned and unburned chaparral at 0.21-m depth than at 0.45-m depth but did not differ between burned and unburned chaparral. Similarly, areas of roots per total area of shearing surface were more frequently lower in grassland than in burned or unburned chaparral (Kolmogorov-Smirnoff two-sample tests, $P \leqslant 0.05$). In burned chaparral, the total root cross-sectional area per area of soil was greater at 0.21- and 0.33-m than at 0.45-m depth. In unburned chaparral and grassland, the areal characteristics of roots did not vary in any systematic way with depth.

Possible relationships of absolute root reinforcement (Y) to N ($X_1$), $A_{max}$ ($X_2$), and $A_r/A$ ($X_3$) were examined (multiple regression, stepwise-forward selection). These root spatial parameters were examined as a whole, by vegetation type, and by soil-textural group. The magnitude of shear strength attributable to roots increased as the area of the thickest root increased in unburned chaparral and in quadrats

TABLE 8. AVERAGES (x) AND STANDARD DEVIATIONS (s.d.) OF ROOT NUMBERS PER $m^2$ AT DEPTHS OF 0.21 m, 0.33 m, AND 0.45 m IN EACH VEGETATION TYPE

| Vegetation | 0.21 m x | 0.21 m s.d. | 0.33 m x | 0.33 m s.d. | 0.45 m x | 0.45 m s.d. |
|---|---|---|---|---|---|---|
| Unburned chaparral | 2,648 | 38 | 2,180 | 39 | 1,650 | 25 |
| Burned chaparral | 2,892 | 51 | 1,976 | 29 | 1,365 | 27 |
| Grassland | 5,724 | 61 | 3,687 | 59 | 2,546 | [illegible] |

Plaintiffs' Exhibit 24 Terwilliger & Waldron (1991) 7 of 12

Case 3:18-cv-01035-MO Document 110-27 Filed 07/14/21 Page 8 of 12



containing 47%–60% sand (group 2) (for chaparral: $r = 0.415$, $P < 0.01$; $Ho:b_2 = 0$, $P \leqslant 0.05$; for group 2: $r = 0.362$, $P \leqslant 0.05$; $Ho:b_2 = 0$, $P < 0.05$). In summary, root spatial characteristics, *per se*, do not serve as reliable indicators of root-reinforcement potential in a heterogeneous soil mantle.

## DISCUSSION

### Roots and Soil Strength

Roots clearly provided important additions to shear strengths throughout soil mantles supporting all three vegetation types. The measures used to quantitatively assess the reinforcing effect of roots were conservative (Terwilliger and Waldron, 1990) and thus unlikely to produce exaggerated values for root reinforcement. Large, undisturbed soil cores were obtained during the dry summer when grasses were senescent, and although some sprouting did occur during irrigation, root reinforcement was not at full potential.

The average contribution to soil strength by roots did not vary significantly between chaparral, prescription-burned chaparral, and grass-covered slopes. The distributions of reinforcement values did vary among vegetation types, however. Reinforcement by roots was lowest in soil mantles under unburned chaparral, but infrequently reinforcement was higher in unburned chaparral than in any other vegetation type. This contrasts, in part, with the expectations of Rice and others (1969), who hypothesized that the less-extensive soil slippage observed in chaparral than in grass was due to a greater than average increase in soil strength evoked by thick chaparral roots.

Additionally, the decrease in soil strength that apparently results from root decay on slopes that have been devegetated (Ziemer, 1977; O'Loughlin, 1974a, 1974b; O'Loughlin and Pearce, 1976; O'Loughlin and Watson, 1979, 1981) was not apparent on slopes in this study two years after the above-ground vegetation had been removed by fire. Many burned shrubs had coppice growth which suggests that viable roots remained after the moderately intense fire.

Most root characteristics, such as number and diameter, varied little between prescription burned and unburned chaparral up to 0.45-m depth, even though species composition was different for each vegetation type. Under burned chaparral, the ratio of root area to soil area was lower at a depth of 0.45 m than at shallower locations. Short individuals of shrub species were the most pervasive in burned chaparral, and roots of these apparently young invaders may have accounted for the higher root to soil-area ratios at the more shallow depth. As root to soil-area ratios were similar between burned and unburned chaparral at depths of 0.45 m, root decay following fire is an unlikely explanation for decrease in root-area ratios with depth in burned chaparral.

Root to soil-area ratios and root numbers differed greatly between chaparral and grassland, as did the distribution of root reinforcement. Associations between the root parameters measured and root-reinforcement values, however, were too weak to have predictive value for any vegetation type. This is to be expected given the heterogeneity of soils and probable variability in tensile strength between roots of the same diameter in the study area. Although root to soil-area ratios decreased with depth in burned chaparral, and root numbers decreased at 0.45-m depth in grassland, root contributions to soil strength ($S_r$) did not decrease at the depth that corresponded to most actual slip depths (0.45 m) in our study area. Finally, roots were abundant (albeit flattened in shape) well beyond the most likely failure surface and into the soft, cracked shale present in most samples. This contrasts with the findings of Reneau and Dietrich (1987), who found little evidence of roots across basal shear surfaces of deeper slips in thicker soil deposits in Marin County, California, and thus concluded that failure would tend to occur below a rooting zone.

The angle of internal friction of the soil tended to decrease with depth in the study quadrats (Table 7), which suggests that a physically weak zone may have been present where most failure surfaces were measured at Temascal Ranch. Decrease in friction angle with depth is not an intuitively reasonable relationship and indeed contrasts with the findings of Gray and Megahan (1981) in the Idaho Batholith. Nevertheless, it is possible that factors such as compaction of the upper portion of the soil mantle by more than a century of cattle grazing or textural changes with depth influenced these differences.

### Magnitude of Root Reinforcement and the Stability of Slopes

An infinite slope model similar to that delineated by Lambe and Whitman (1979) provides an initial estimate of the effects of the average reinforcement by roots on hillside stability. In an infinite slope model, slippage is assumed to occur on a plane that is parallel to a smooth, sloping earth surface. The unit of soil that moves is assumed to be a parallelogram with vertical head and toe walls. This geometry depicts a slip configuration in shallow soils where the slippage area is small relative to the length of the slope (O'Loughlin, 1974a). The forces acting on the potentially unstable parallelogram include the




LEGEND

W = Overburden Force
Fn = Normal Force
T = Shearing Force
Pw = Buoyant Force
Pr = Root Force
L = Slip Length
H = Slip Height
a = Slope Angle

**Figure 8. Forces acting on a two-dimensional slip unit of an infinite slope.**

weight of soil (W) above the slippage plane and the accumulation of pressure in the pores of soil by water. As illustrated in Figure 8, the soil overburden has force components that act normal ($F_n$) and parallel (T) to the slippage plane. The normal component has a stabilizing effect, whereas T provides the driving force for slippage. The relative magnitudes of $F_n$ and T depend upon the angle ($\alpha$) of the slope. Positive pore-water pressures give soil particles buoyancy with respect to one another, thereby providing a force that counteracts the stabilizing effect of $F_n$. The stability of the soil parallelogram is assessed from its factor of safety (F.S.) which is the ratio of total soil strength ($S_t$) (see eq. 1) to shearing stress ($\tau$) or

$$\text{F.S.} = S_t/\tau. \quad (6)$$

The soil slips of interest in this study occur during heavy rains (Campbell, 1975), and therefore it can be assumed that the entire soil mantle would be saturated above a likely failure surface. Assuming an essentially cohesionless soil, the factor of safety of the slip parallelogram would thus be

$$\text{F.S.} = [S_r + H(\gamma_t \cos^2 \alpha - \gamma_w) \tan \phi] / (H \gamma_t \cos \alpha \sin \alpha) \quad (7)$$

where $S_r$ = the part of soil strength provided by roots

H = the vertical distance from the failure plane to the soil surface

$\gamma_t$ = the total weight per unit volume of saturated soil

$\gamma_w$ = the weight per unit volume of water (1,000 kg/m$^3$ at 4 °C)

and $\phi$ = the angle of internal friction of soil.

Given values for S, $S_r$, and $\gamma_t$, obtained in this study, equation 7 was simplified to

$$\text{F.S.} = (S_r + S)/(H \gamma_t \cos \alpha \sin \alpha). \quad (8)$$

The average total wet unit weight ($\gamma_t$) for soils at 0.45-m depth was 17.1 kN m$^{-3}$. The average shear strength for root-free saturated soils at a depth of 0.45 m was 2.5 kPa, and the average root reinforcement was 0.6 kPa. The lowest slope angle at which slips were found at Temascal Ranch was 25°. A soil will fail at a factor of safety of 1.0, because the forces resisting slippage no longer exceed the forces of shear on the soil. At a slope of 25°, the factor of safety of soil without roots would be 0.8, and 1.1 with roots. The additional average strength produced in the soil by roots therefore theoretically conferred stability under conditions where soil slippage would otherwise have occurred. In reality, slippage was common in grassland at 25° slope angles but absent in burned or unburned chaparral.

At a slope angle of 30°, the factor of safety of root-permeated soil is 0.9, which would not be sufficient to prevent slippage. Root reinforcement varied over a slope, however. Variation in $S_r$ was greatest in chaparral. If the maximum root reinforcement found for chaparral (3.0 kPa), burned chaparral (2.7 kPa), and grassland (2.4 kPa) is analyzed, the factors of safety of the three vegetation types at a 30° slope are 1.6, 1.5, and 1.4, respectively. The greatest stability of a portion of a slope therefore could potentially be conferred by roots of chaparral, but maximum reinforcement could theoretically produce stable soils in all three vegetation types.




**Figure 9. Forces acting on a three-dimensional slip unit of an infinite slope.**

## Distribution of Reinforcement and Soil Slippage

Our field observations and two-dimensional infinite slope analyses suggest that not only the average reinforcement effect of roots, but also the variability in soil strength produced by roots, may influence the susceptibility of the soil mantle on a hillside to slippage. Riestenberg and Sovonick-Dunford (1983) emphasized an unfulfilled need to examine how the distribution of root reinforcement affects soil-slip dimensions. We now extend the infinite slope model to three dimensions to provide a simple heuristic framework for assessing how variability in root reinforcement affects soil-slip processes. Figure 9 shows the forces acting on a three-dimensional parallelepiped slip unit. Aside from the stabilizing and shearing forces along the shear plane, earth pressures and horizontal roots provide resistance to failure at the sides and lower wall of the slip (see also Burroughs, 1984). Frictional interactions between roots and the scarp of the slip unit also provide a stabilizing force. The

Case 3:18-cv-01035-MO Document 110-27 Filed 07/14/21 Page 10 of 12



factor of safety of the slip unit can be expressed as the ratio of stabilizing to shearing forces as follows.

$$\text{F.S.} = (P_r + 2P_l + P_a + F_n \tan \phi + P_p + 2P_s)/T \qquad (9)$$

where $P_r$ = the reinforcing force of roots on a shear plane

$P_l$ = the reinforcing force of roots on each of the two side walls of a slip

$P_a$ = the reinforcing force of roots on the upper vertical wall of the slip unit

$F_n$ = the normal force contributed by soil overburden on a shear plane

$P_p$ = the passive force from earth buttressing the lower vertical wall of the slip unit

$P_s$ = the lateral earth forces on each side wall of the slip unit

and $T$ = the driving shear force tangential to the shear plane.

As in the two-dimensional model, the slippage unit was assumed to be fully saturated. Given values for length (L), width (M), height (H), angle of internal friction ($\phi$), slope ($\alpha$), and total unit weight ($\gamma_t$); the soil force components acting on a slip unit were determined from the following equations.

$$F_n \tan \phi = S\,L\,M \qquad (10)$$

where $S$ = the average shear strength of root-free soil

$$P_s = 0.5\,K\,(\gamma_t - \gamma_w)H^2\,L \qquad (11)$$

where $K$ = a resting earth pressure coefficient (assumed to equal 0.5)

$$P_p = 0.5\,K_p\,(\gamma_t - \gamma_w)H^2\,M \qquad (12)$$

where $K_p$ is estimated from Coulomb's passive earth pressure for cohesionless soils (Morris 1982) as follows

$$K_p = \sin^2(\beta - \phi) / \left[\sin^3 \beta \{1 - [\sin \phi \sin(\phi + \alpha)]^{0.5} [\sin \beta \sin(\beta + \alpha)]^{-0.5}\}^2\right]$$

and $\beta$ = the angle of the lower slip wall from horizontal (90° in simulations discussed here)

$$T = \gamma_t\,H \cos \alpha \sin \alpha\,L\,M. \qquad (13)$$

Root ($P_r$) forces resisting failure along the base of the parallelepiped slip unit were determined from $S_r$ as follows.

$$P_r = S_r\,L\,M. \qquad (14)$$

It was assumed that roots horizontally penetrated the side and scarp walls of the parallelepiped in the same root-area ratios ($A_r/A$) that were present at the base failure surface. As roots along the side walls of the slip unit would tend to be bent and stretched during failure in a similar fashion to vertically penetrating roots at the plane of failure, lateral resistance to shear by roots ($P_l$) was computed as follows.

$$P_l = S_r\,H\,L. \qquad (15)$$

Forces of roots resisting failure at the head scarp of a slip were determined using the following rationale. We assumed that these roots would tend to straighten and be pulled in tension during failure but that they would possess the same tensile-stress development during failure ($T_n$) as roots across the base. Waldron (1977) reasoned that roots reinforced a basal shear plane according to the formula

$$S_r = (A_r/A)\,(T_n)\,(\sin Y + \cos Y \tan \phi) \qquad (16)$$

where $Y$ = the angle that the root deflects from a vertical position in the shearing zone.

As Y was assumed to equal zero for roots at the scarp during failure, the reinforcement force of these roots ($P_a$) was determined by factoring out the influence of Y on root reinforcement at the base failure surface as follows.

$$P_a = M\,H\,S_r \tan \phi / (\sin Y + \cos Y \tan \phi). \qquad (17)$$

Calculation of the term ($\sin Y + \cos Y \tan \phi$) at the basal shear surface required knowledge of the thickness of the zone in which root deflection occurs (shearing zone) and of the distance of root displacement during shear. Root displacement during shear was assumed to equal the total displacement necessary to mobilize shear strength during a direct shear test. Although the thickness of shear zones could not be quantitatively determined, we concluded from observing direct shear tests that thicker roots deflect over a wider zone than do thin roots. As the amount of displacement necessary to mobilize shear strength was greatest in samples with the thickest roots, hypothetical shear-zone values were estimated to correspond with displacement distances that mobilized peak soil strength in our large samples (see Table 9). It must be emphasized that we have sought to develop plausible measures of $P_p$ and $P_a$ but that the effects of head and toe forces on soil slips require empirical analysis beyond the scope of this study.

The model was then modified to give likely dimensions of soil slips in root-reinforcement distributions found in each vegetation type. This was accomplished by building a failure configuration from slices. Each slice had the dimensions L = 1 m, M = 1 m, and H = 0.45 m. Slices would extend both widths and lengths of potentially unstable parallelepiped slips, as illustrated in Figure 10. Widths were decided upon first, and then a likely downslope length to failure was simulated for a particular width. Root-reinforcement values representing each vegetation type were randomly arranged over a sequence of slices encompassing a selected width and 5 m of slip length, such that the average reinforcement within a sequence was the same (0.6 kPa) for each sequence of slices simulating each vegetation type. The magnitudes of $S_r$ values varied from slice to slice within a sequence to represent the distributions of reinforcement of a particular vegetation type, however. Chaparral thus had both the highest (3.0 kPa) and lowest (0.0 kPa)

TABLE 9. ROOT DEFLECTIONS AND CORRESPONDING ZONES OF SHEAR ASSUMED TO MOBILIZE DURING SOIL FAILURE

| R | Z |
|---|---|
| 5-8 | 10 |
| 9-12 | 20 |
| 13-16 | 30 |
| 17-20 | 40 |
| 21-24 | 50 |
| 25-28 | 60 |
| 29-32 | 70 |
| 33-36 | 80 |
| 37-40 | 90 |
| 41-44 | 100 |
| 45-49 | 110 |
| <50 | 120 |

*Note*: R and Z in mm.

Plaintiffs' Exhibit 24 Terwilliger & Waldron (1991) 10 of 12

Case 3:18-cv-01035-MO Document 110-27 Filed 07/14/21 Page 11 of 12






**Figure 10. Generalized illustration of slices to determine lengths and widths of potential slips with differing distributions of reinforcement.**

reinforcement values for a particular slice, and a sequence of slices fit a Poisson distribution. Burned chaparral had a slightly greater spread of reinforcement values (0.4–0.8 kPa) than did grassland (0.5–0.7 kPa). $S_r$ values were also distributed outside the perimeter of a sequence, and these values were used to calculate lateral and scarp reinforcement at slip boundaries. $S_r$ values from the areas surrounding each slice being examined were used to compute lateral root reinforcement of the slice. Similarly, $S_r$ values from the headwall of each slice were used to evaluate root reinforcement across the scarp of each slip simulation.

A factor of safety was calculated each time a slice was added, such that equation 7 was modified to

$$F.S. = P_p + \Sigma\,(P_r + 2P_l + P_a + F_n \tan \phi + 2P_s) / \Sigma\, T. \qquad (18)$$

A sequence configuration of predetermined width, 5-m length, and randomly distributed $S_r$ values averaging 0.6 kPa was repeated, slice by slice, until a stable factor of safety or a factor of safety for failure (1.0) was attained. Slip dimensions were estimated for root-free soils and soils under chamise chaparral, burned chaparral, and grassland on a 30° slip. In all simulations, root-free soil strength (S = 2.5 kPa) and the total unit weight of soil values ([illegible] kN $m^{-3}$) were the same as those used for the two-dimensional analyses. The average angle of internal friction ($\phi$ = 18°) was also used in all simulations.

A reasonable (<< actual slope lengths) length for a soil slip first appeared at a slip width of ⩾5 m for simulations of all three vegetation types. A simulated slip with a 5-m-wide headwall in root-free soil had a downslope length of 3 m. Soil reinforced by chaparral became unstable at a length of 9 m. Burned chaparral simulations became unstable at a length of 8 m, and grassland became unstable between lengths of 7 to 8 m. Reneau and Dietrich (1987) indicated that although root reinforcement may increase the factor of safety of a slope, slips may be smaller in the absence of root reinforcement. In their model, the distribution of root reinforcement was not considered. Our model supports this conclusion. Additionally, our model suggests that smaller slips can be expected on slopes with approximately evenly distributed reinforcement, such as under grassland, than on hillsides with rare but relatively large local root reinforcement, such as under chaparral.

Additional factors that are not readily modeled need to be considered, however. First, parameters associated with higher soil strengths such as cohesion and correspondingly greater lateral earth pressures would also be associated with more extensive slip surfaces. Therefore, the slips of largest volume would occur on slopes with the highest stability (safety factor) for the greatest area. Nonetheless, this need not signify that slopes with greater stability are the most prone to massive failures. An alternative possibility is that small slips are unlikely to occur where soil strength is high, but there is no mechanical reason why either small or massive slips cannot occur on hillsides where soil strength is low.

Although large slips tend to occur less frequently than small slips (Selby, 1982), there is evidence that slips of various dimensions can occur simultaneously in a given region. We found no slips in either burned or unburned chaparral for 18°–30° slopes at Temascal Ranch. Slip scars from heavy rains in 1978 were often present in grass-covered areas of this inclination. Although only the depths of slips were measured for this study, the areal dimensions of slips appeared to be quite variable. Rice and others (1969) found widely varying dimensions in slips that occurred during specific heavy rains in the San Gabriel Mountains of the Transverse Ranges. They also found that proportionately more grassland area slipped than did chamise chaparral area and that both small slips and the largest individual slips occurred in grassland. Beatty (1988) extensively surveyed highly anisotropic vertisols on Santa Cruz Island, California, and found slips of variable sizes in grassland but no slips in chaparral. A tentative conclusion from simulated and empirical evidence is that occasional root reinforcement of relatively high magnitude such as that found in chaparral precludes the formation of very small slips of frequent occurrence on hillsides. Where soil is sufficiently thick, the widest range of slip dimensions on hillsides could theoretically be found on slopes that are devoid of vegetation. Given the same average root reinforcement among differing vegetation types on similar soils, more evenly distributed reinforcement of low magnitude such as that found in grassland permits the formation of small slips as well as large slips.

## ACKNOWLEDGMENTS

Critical advice throughout this study was provided by Poul Lade, Susan Beatty, Owen R. Lunt, Antony Orme, Jonathan Sauer, and Michael Greenfield. We thank William Dietrich for providing valuable comments on an earlier version of this paper. Fire Captain Scott Franklin obtained entry permits to the study sites. The field portion of the study was conducted at Temascal Ranch with the kind permission of the late Richard Hathaway, and Nadine Hathaway. We thank Catherine Bernstein, Joan Hackeling,

Plaintiffs' Exhibit 24 Terwilliger & Waldron (1991) 11 of 12

Phil Klein, Robine Lewis, Sharon Morgan, and Laurel Putnam for field assistance.

The laboratory portions of the study were conducted at the facilities of the Department of Soil Science at the University of California, Berkeley and the soil science and biogeography laboratory of the Geography Department, University of California, Los Angeles. Paul Brooks and Jim Thornbury of the department of Soil Science solved a variety of technical problems associated with conducting the direct shear tests. Barry Prigge of the UCLA herbarium identified plants from voucher specimens. The initial stages of this research were supported by a Sigma Xi Grant in Aid.

## REFERENCES CITED

Aniya, M., 1985, Contemporary erosion rate by landsliding in Amahata River basin, Japan: Zeitschrift für Geomorphologie, Neue Folge, v. 29, p. 301–314.

Beatty, S. W., 1988, Mass movement effects on grassland vegetation and soils on Santa Cruz Island, CA: Annals of the Association of American Geographers, v. 78, p. 491–504.

Böhm, W., 1979, Methods of studying root systems: Ecological series no. 33: Berlin, West Germany, Springer-Verlag, 270 p.

Bowles, J. E., 1982, Foundation analysis and design: New York, McGraw-Hill, Inc., 816 p.

Brenner, R. P., and Ng, S. M., 1977, Effects of roots on the shear strength of a colluvial soil, *in* 5th Danube European Conference on Soil Mechanics and Foundation Engineering CSSR, Bratislava, Proceedings, p. 77–88.

Burroughs, E. R., 1984, Landslide hazard rating for portions of the Oregon Coast Range, *in* Symposium on Effect of Forest Land Use on Erosion and Slope Stability, May 7–11, 1984, Environment and Policy Institute, University of Hawaii, Honolulu, Proceedings, p. 265–274.

Campbell, R. H., 1975, Soil slips, debris flows, and rainstorms in the Santa Monica Mountains and vicinity, southern California: U.S. Geological Survey Professional Paper 851, 51 p.

Corbett, E. S., and Rice, R. M., 1966, Soil slippage increased by brush conversion: U.S. Department of Agriculture Forest Service Research Note PSW-128, 8 p.

Dakessian, S., 1980, Strength characteristics of root reinforced soil [Ph.D. dissert.]: Berkeley, California, University of California, 187 p.

Endo, T., and Tsuruta, T., 1969, The effect of the tree's roots upon the shear strength of soil, *in* Annual Report of the Hokkaido Branch Government Forest Experiment Station, Tokyo, Japan 1968 (J. M. Arata translator, U.S. Department of Agriculture Forest Service transl. 29618) p. 167–179.

Gee, G. W., and Bauder, J. W., 1986, Particle size analysis, *in* Klute, A., ed., Methods of soil analysis: Agronomy, Volume 9, no. 1: Madison, Wisconsin, American Society of Agronomy, Inc., Soil Science Society of America, Inc., p. 383–412.

Gray, D. H., and Leiser, A. T., 1982, Biotechnical slope protection and erosion control: New York, Van Nostrand Reinhold Co., 267 p.

Gray, D. H., and Lott, J., 1983, Radial versus parallel tie arrays in earth backfills: Journal of Geotechnical Engineering Division, American Society of Civil Engineers, v. 7, p. 983–986.

Gray, D. H., and Megahan, W. F., 1981, Forest removal and slope stability in the Idaho batholith: U.S. Department of Agriculture Forest Service Research Paper, INT-271, 23 p.

Greenway, D. T., 1987, Vegetation and slope stability, *in* Anderson, M. G., and Richards, K. S., eds., Slope stability: Geotechnical engineering and geomorphology: Chichester, United Kingdom, John Wiley and Sons, p. 187–230.

Kassif, G., and Kopelovitz, A., 1968, Strength properties of soil-root systems: Haifa, Israel, Technion Research and Development Foundation LTD, 43 p.

Lambe, T. W., and Whitman, R. V., 1979, Soil mechanics, SI version: New York, John Wiley and Sons, Inc., 553 p.

Manbeian, T., 1973, The influence of soil moisture suction, cyclic wetting and drying, and plant roots on the shear strength of a cohesive soil [Ph.D. dissert.]: Berkeley, California, University of California, 207 p.

Massey, F. J., 1951a, The distribution of the maximum deviation between two sample cumulative step functions: Annals of Mathematical Statistics, v. 22, p. 125–126.

——— 1951b, The Kolmogorov-Smirnov test for goodness of fit: Journal of the American Statistical Association, v. 46, p. 68–78.

Moser, M., and Hohensinn, F., 1983, Geotechnical aspects of soil slips in alpine regions: Engineering Geology, v. 19, p. 185–211.

O'Loughlin, C. L., 1974a, The effects of timber removal on the stability of forest soil: Journal of Hydrology (New Zealand), v. 13, p. 121–134.

——— 1974b, A study of root strength deterioration following clearfelling: Canadian Journal of Forest Research, v. 4, p. 107–113.

O'Loughlin, C. L., and Pearce, A. J., 1976, Influence of Cenozoic geology on mass-movement and sediment yield response to forest removal, north Westland, New Zealand: International Association of Engineering Geology Bulletin, v. 14, p. 41–46.

O'Loughlin, C. L., and Watson, A., 1979, Root-wood strength deterioration in Radiata pine after clearfelling: New Zealand Journal of Forestry Science, v. 9, p. 284–293.

——— 1981, Note on root-wood strength deterioration in *Nothofagus fusca* and *N. truncata* after clearfelling: New Zealand Journal of Forestry Science, v. 11, p. 183–185.

Prandini, L., Guidicini, G., Bottura, J. A., Pocano, W. L., and dos Santos, A. R., 1977, Behavior of the vegetation in slope stability: A critical review: International Association of Engineering Geology Bulletin, v. 16, p. 51–55.

Rapp, A., and Strömquist, L., 1976, Slope erosion due to extreme rainfall in the Scandinavian Mountains: Geografiska Annaler, v. 58A, p. 193–200.

Reneau, S. L., and Dietrich, W. E., 1987, Size and location of colluvial landslides in a steep forested landscape: International Symposium on Erosion and Sedimentation in the Pacific Rim, 3–7 August 1987, Corvallis, Oregon, Proceedings: International Association of Hydrological Sciences Publication 165, p. 39–48.

Rice, R. M., and Foggin, G. T., 1971, Effect of high intensity storms on soil slippage on mountainous watersheds in southern California: Water Resources Research, v. 7, p. 1485–1495.

Rice, R. M., Corbett, E. S., and Bailey, R. G., 1969, Soil slips related to vegetation, topography, and soil in southern California: Water Resources Research, v. 5, p. 647–659.

Riestenberg, M. M., and Sovonick-Dunford, S., 1983, The role of woody vegetation in stabilizing slopes in the Cincinnati area, Ohio: Geological Society of America Bulletin, v. 94, p. 506–518.

Selby, M. J., 1982, Hillslope materials and processes: Oxford, United Kingdom, Oxford University Press, 264 p.

Terwilliger, V. J., 1988, Mechanical effects of chaparral disturbances on soil slip patterns in the Transverse Ranges of southern California [Ph.D. dissert.]: Los Angeles, California, University of California, 200 p.

Terwilliger, V. J., and Waldron, L. J., 1990, Effects of sample size on undisturbed remolded soil strength values obtained from direct shear tests: Catena, v. 17, p. 151–162.

Terzaghi, K., 1950, Mechanism of landslides, *in* Application of geology to engineering practices; Berkey Volume: New York, Geological Society of America, p. 83–123.

U.S. Department of Agriculture Soil Conservation Service, and Los Angeles County Department of Coastal Engineers, 1966, Soils and rural fringe interpretations, Saugus-Newhall area: Los Angeles County, California, Interim report of a portion of northern Los Angeles County soil survey area, 230 p.

Waldron, L. J., 1977, The shear resistance of root-permeated homogeneous and stratified soil: Soil Science Society of America Journal, v. 41, p. 843–849.

Waldron, L. J., and Dakessian, S., 1981, Soil reinforcement by roots: Calculation of increased soil shear resistance from root properties: Soil Science, v. 132, p. 427–435.

Wu, T. H., McKinnelly, W. P., and Swanston, D. N., 1979, Strength of tree roots in a landslide on Prince of Wales Island, Alaska: Canadian Geotechnical Journal, v. 16, p. 19–33.

Ziemer, R. R., and Swanston, D. N., 1977, Root strength changes after logging in southeast Alaska: U.S. Department of Agriculture Forest Service Research Note PNW-306, 9 p.

Manuscript Received by the Society April 11, 1989
Revised Manuscript Received August 13, 1990
Manuscript Accepted October 2, 1990



Printed in U.S.A.