# EXHIBIT 26

**Richard H. Guthrie, The Effects of Logging on Frequency and Distribution of Landslides in Three Watersheds on Vancouver Island, British Columbia, 43 Geomorphology, 273–292 (2002)**

ELSEVIER

Geomorphology 43 (2002) 273–292

GEOMORPHOLOGY

www.elsevier.com/locate/geomorph

# The effects of logging on frequency and distribution of landslides in three watersheds on Vancouver Island, British Columbia

R.H. Guthrie*

*British Columbia Ministry of Water, Land and Air Protection, 2080-A Labieux Road, Nanaimo, British Columbia, Canada V9T 6J9*

Received 19 January 2001; received in revised form 18 June 2001; accepted 17 August 2001

**Abstract**

Three hundred and sixty three landslides in three watersheds that totaled 382 $km^2$ were identified from air photographs, beginning at a date that preceded logging to the present. The three watersheds all lie on Vancouver Island; however, they have different precipitation regimes, topography, and amounts logged. Landslide areas in the watersheds varied in size from 200 $m^2$ to more than 1 ha. Nearly 80% of the landslides were debris slides; 15% were debris flows, and the remainder primarily rock falls. Following logging, the number of landslides increased substantially in all watersheds although the amount of increase was variable: approximately 11, 3, and 16 times in Macktush Creek, Artlish River, and Nahwitti River, respectively. Other analyses of changes in landslide density also produced highly variable results, with the number of landslides increasing between 2.4 and 24 times. Further, 2–12 times more landslides reached streams following logging activities. Densities for landslides impacting streams increased for the period of record from 1.5 to 10 times following logging activities. The densities were substantially greater where only landslides that reached streams since development began in a watershed were considered. Roads had the greatest spatial impact in the watersheds (compared to their total area), with frequencies determined to have increased by 27, 12, and 94 times for Macktush, Artlish, and Nahwitti, respectively. The results highlight the relative impact of roads and their role in slope stability. © 2002 Elsevier Science B.V. All rights reserved.

*Keywords:* Landslides; Frequency; Logging impact; Logging roads; Debris slides; Debris flows

## 1. Introduction

Increased population and economic pressures in mountainous regions worldwide have forced human activities such as forestry, mining, urban development, and agriculture further into potentially hazardous lands. Turner and Jayaprakash (1996) note that we have a relatively short history where this development has been extensive and, consequently, evaluation of the potential for landslides and appropriate countermeasures are often difficult. They further recognize a lack of historical input in landslide studies.

In British Columbia, the relationship between landslides and forest-harvesting activities has been scrutinized for decades. Studies have varied in scope from regional inventories (Rood, 1984; Sauder et al., 1987; Gimbarzevsky, 1988; Millard, 1999), watershed and other area-limited studies (Thomson, 1987; Hartman et al., 1996; Jakob, 2000), to thousands of individual landslide reports. Similarly, studies have varied in

* Tel.: +1-25-751-3138; fax: +1-25-751-3103.
*E-mail address:* richard.guthrie@gems6.gov.bc.ca (R.H. Guthrie).



0169-555X/02/$ - see front matter © 2002 Elsevier Science B.V. All rights reserved.
PII: S0169-555X(01)00138-6

Case 3:18-cv-01035-MO Document 110-29 Filed 07/14/21 Page 3 of 21



objectives from those focussed primarily on causative factors (Schwab, 1983; Millard, 1999) to frequency of landslides (O'Loughlin, 1972; Guthrie, 1997; Thomson, 1998), recovery (Smith et al., 1986) and terrain types that may be more prone to landsliding (Howes, 1987; Howes and Sondheim, 1988; Rollerson, 1992; Rollerson et al., 1998). Many of the studies have contributed to major legislative changes around forest-harvesting practices including the Forest Practices Code (Ministry of Forests and Ministry of Environment, Lands and Parks, 1995) meant to, at least in part, reduce the impact of forest-harvesting on the landscape.

Despite the work to date, the effects of conventional logging and road building on frequency of landslides remain poorly understood. Many of the studies have focussed on specific areas of the coast, building on previous research or working in designated research watersheds. In particular, much of the research has been conducted on the Queen Charlotte Islands (Rollerson, 1992) and more recently in Clayoquot Sound (Jakob, 2000). Translation of these re-




Fig. 1. Location map showing the three study areas on Vancouver Island. The watersheds are 28, 125, and 229 km$^2$ for the Macktush, Artlish, and Nahwitti watersheds, respectively.

Case 3:18-cv-01035-MO Document 110-29 Filed 07/14/21 Page 4 of 21



sults across Coastal British Columbia is confounded by differences in physiography and climatic conditions, as well as in bedrock and surficial geology. In addition, a thorough understanding of landslide frequency is confounded by variations in forestry practice (legislated and voluntary) and a time lag between when those practices were put into effect and when landslides occur.

This paper examines landslide frequencies in three watersheds on Vancouver Island: the Macktush Creek watershed and the Artlish River and Nahwitti River watersheds. The objectives are to show that (i) the response of watersheds (in terms of landslide occurrences) to logging is highly variable; (ii) despite the variation, logging substantially increases landslide frequencies; and (iii) the type of analysis performed affects the interpretation of results, and the ability to make comparisons between studies.

## 2. Study area

### 2.1. Vancouver Island

The three watersheds are located on Vancouver Island off the mainland coast of British Columbia (Fig. 1). The island is predominantly rugged with elevations ranging from sea level to 2200 m. The Vancouver Island Ranges, steep mountains composed of volcanic and sedimentary rocks intruded by granitic batholiths, make up the central and largest part of Vancouver Island (Holland, 1964; Yorath and Nasmith, 1995). Deep fiords and long inlets dissect the western coast and rolling terrain, and low relief of the Nahwitti Lowland characterize the northern tip of the island, most of which falls below 600 m asl.

Vancouver Island was repeatedly glaciated during the Pleistocene. Glaciers modified the landscape by rounding and smoothing lowlands and carving steep U-shaped valleys and fiords in mountainous areas. Till and glaciofluvial sediments frequently mantle mid and lower slopes.

Precipitation varies widely across the island (Fig. 2), ranging from less than 700 mm/year (Environment Canada, 1993) around Victoria city to nearly 6000 mm/year on the west coast (Chapman, 2000).

### 2.2. Macktush creek watershed

Macktush Creek drains a small (28 $km^2$) narrow watershed into the Alberni Inlet, ~12 km south of Port Alberni. It receives 3000 mm of rain annually, mostly in the winter months (Miles, 1996). Much of the watershed is steep, with elevations ranging from 1100 m to sea level. Logging commenced in the Macktush watershed early in the 20th century but was initially limited to a small portion of the estuarine




Fig. 2. Mean monthly precipitation at several locations on Vancouver Island.

fan until the mid-1970s. A watershed assessment in 1996 (Miles, 1996) recognized several concerns, including landslides and, consequently, additional logging was deferred for a 5-year period. To date, 50% of the total watershed area has been harvested, although much of the area of earlier logging is in recovery. Over 75 km of roads have been constructed in the Macktush basin, for a total road density exceeding 2.7 km/km$^2$. Forty percent of those roads have now been deactivated, most following a prescribed program in 1996.

*2.3. Artlish River watershed*

The Artlish River drains a 125-km$^2$ watershed into the Tahsish Inlet, ~25 km NW of Zeballos. Precipitation records in nearby Tahsis suggest that the Artlish watershed receives about 3900 mm of rain and snow annually, falling primarily in winter months (Environment Canada, 1993). Much of the Artlish watershed is mountainous with steep walls and a broad valley floor. Elevations range from sea level to 1540 m. Logging began in the Artlish basin in the 1970s. To date, approximately 21% of the watershed has been logged, and earlier harvested blocks are in some state of recovery. Approximately 177 km of roads have been constructed for a density of 1.4 km/km$^2$. At least 18% of roads have been deactivated.

Both the Artlish and the Macktush watersheds are within the Vancouver Island Mountain Ranges physiographic zone.

*2.4. Nahwitti River watershed*

Nahwitti River drains a large (229 km$^2$) watershed area into Queen Charlotte Sound ~26 km north of Port Hardy on the north side of the island. It lies completely within the Nahwitti Lowland and so is characterized by low relief, rounded hills in the headwaters, and lakes and bogs throughout the watershed. Most of the Nahwitti basin is below 600-m elevation, and approximately 32% of the watershed is in by bog plateaus. Only about 2.5% of the watershed has slopes >31° (60% slope). Mean annual precipitation at Bull Harbour, about 7 km from the mouth of the Nahwitti River, is about 2200 mm/year and at Port Hardy is about 1900 mm/year (Environment Canada, 1993). Except for a small entry in the early 1940s, harvesting began in the watershed in the mid to late 1960s. Approximately 23% of the watershed has been harvested and is in varying stages of recovery. Approximately 213 km of roads have been constructed for an overall density of 0.9 km/km$^2$. The roads are concentrated in the southern portion of the watershed, however, and local densities are considerably higher. There are no roads across the bog plateaus.

## 3. Methods

Across the three watersheds, 363 landslides were identified on aerial photographs in roughly 15-year intervals ranging from 1955 to 1996 (Table 1). Information recorded for each landslide included mass movement type, size class, connectivity to the stream network, cause, and the year when it was first recorded.

Landslide classification follows Varnes' (1978) and includes rock falls, debris slides, debris flows, and rotational slumps (Fig. 3). Most landslides were debris slides and debris flows. Several mass movement types were excluded or grouped. Snow avalanche tracks that did not show signs of debris flows or slides were excluded. Mountainous areas where several discrete sites were actively generating rock fall over the period of record are grouped by proximity to one another. Old rock falls, rock flows, and large rock slumps were noted in the Artlish watershed, particularly in a limestone unit called the Quatsino Formation. These are excluded because they are fundamentally older than the landslides addressed in this study. Channelized

Table 1
Aerial photograph coverage for the Macktush, Artlish, and Nahwitti watersheds

| Air photo year | Nominal scale | Watershed |
|---|---|---|
| 1955 | 1:18,000/1:17,000 | Macktush |
| 1970 | 1:19,000 | Macktush |
| 1987 | 1:15,000 | Macktush |
| 1994 | 1:19,000 | Macktush |
| 1967 | 1:15,840 | Artlish |
| 1980 | 1:15,000 | Artlish |
| 1995 | 1:15,000 | Artlish |
| 1957 | 1:15,000 | Nahwitti |
| 1979 | 1:15,000 | Nahwitti |
| 1996 | 1:15,000 | Nahwitti |

| TYPE OF MOVEMENT | | | TYPE OF MATERIAL | | |
|---|---|---|---|---|---|
| | | | Bedrock | Engineering soils | |
| | | | | Predominantly Coarse | Predominantly Fine |
| Falls | | | Rock fall | Debris fall | Earth fall |
| Topples | | | Rock topple | Debris topple | Earth topple |
| Slides | Rotational | Few units | Rock slump | Debris slump | Earth slump |
| | Translational | | Rock block slide | Debris block slide | Earth block slide |
| | | Many units | Rock slide | Debris slide | Earth slide |
| Lateral Spreads | | | Rock spread | Debris spread | Earth spread |
| Flows | | | Rock flow (deep creep) | Debris flow (soil creep) | Earth flow |
| Complex | | | Combination of two or more principal types of movement | | |

Fig. 3. Landslide classification based on movement and material type (taken from Varnes, 1978).

debris flows were recorded only when there was photographic or field evidence of activity.

Geological information for the watersheds was derived from a geologic map of Vancouver Island (Ministry of Energy, Mines and Petroleum Resources, 1994) at an original scale of 1:250,000. Descriptions of the geological units described below may be found in the previous reference or in Muller (1977).

Landslides were grouped into three size classes by area: small, from 200 to 2000 $m^2$ (0.02–0.2 ha); medium, from 2000 to 10,000 $m^2$ (0.2–1 ha); and large, 10,000 $m^2$ (1 ha) and larger. Class sizes were determined based on the minimum resolvable size, the next order of magnitude, and a half order of magnitude greater than that. Landslides $<200$ $m^2$ were observed, particularly at road edges, but were excluded from the study because they cannot be identified consistently and probably not at all under forest canopy. Landslides smaller than 500 $m^2$ are also difficult to define in forested terrain, and while a few were identified, it is likely that many were missed. Few landslides less than 500 $m^2$ were recorded in either logged or unlogged terrain, and results are not expected to be substantially affected.

Cause of landslides was determined by the context in which they occurred, as opposed to determination of a specific trigger mechanism. Landslides were determined to be natural, logging- or road-related. All fur-ther discussion of cause in this paper relates to these categories.

A landslide was placed in the logging-related category if it occurred in a cutblock or at a cutblock boundary (cutblock in this case is synonymous with clearcut, and cutblock boundary is the edge of the clearcut where it meets natural forest). Road-related landslides initiated from or adjacent to the road, and natural landslides occurred in unlogged terrain. Where natural landslides were reactivated or exacerbated by logging or road building activities but maintained the same track, they were not reclassified.




Fig. 4. Distribution of landslide types recorded in the Macktush, Artlish, and Nahwitti watersheds. Numbers represent number of landslides in each category.

Table 2
Relationship between size and cause landslides in the Macktush, Artlish, and Nahwitti watersheds[a]

| Size | Watershed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Macktush | | | Artlish | | | Nahwitti | | |
| | N | H | R | N | H | R | N | H | R |
| Small | 5 | 7 | 16 | 22 | 10 | 26 | 5 | 30 | 26 |
| Medium | 12 | 2 | 33 | 38 | 5 | 4 | 20 | 36 | 40 |
| Large | 0 | 0 | 1 | 14 | 1 | 1 | 5 | 1 | 3 |
| **Total** | **17** | **9** | **50** | **74** | **16** | **31** | **30** | **67** | **69** |

[a] N, H, and R refer to natural landslides, logging-related landslides, and road-related landslides, respectively. Small 0.02 0.2 ha; medium 0.2 1 ha; large 1 ha and larger.

Connectivity to streams is defined as direct sediment delivery from a landslide to mainstem streams, tributaries, and major gully systems, and was noted in this study.

Landslides were mapped onto 1:20,000 (Macktush) and 1:30,000 maps (Artlish and Nahwitti) with roads and streams based on Terrain Resource Information Management (TRIM) data, British Columbia's 1:20,000 topographic base map data. These maps show topography in 20-m contour intervals, streams, and forestry roads. Additional data on roads, areas logged, and landslides came from air photograph interpretation, local Forest Development Plans, and assessment reports (Miles, 1996; Wilson, 1996; Chapman, 1999).

Mapped landslides were field checked by helicopter in the fall of 1999 and the spring and summer of

Table 3
Contingency table and chi-square analysis for relationship between size and cause in the Macktush, Artlish, and Nahwitti watersheds[a]

| Size | Watershed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Macktush | | | Artlish | | | Nahwitti | | |
| | N | H+R | $\sum$ | N | H+R | $\sum$ | N | H+R | $\sum$ |
| *Observed frequency* | | | | | | | | | |
| Small | 5 | 23 | 28 | 22 | 36 | 58 | 5 | 56 | 61 |
| Medium | 12 | 35 | 47 | 38 | 9 | 47 | 20 | 76 | 96 |
| Large | | | | 14 | 2 | 16 | 5 | 4 | 9 |
| Total | 17 | 58 | 75 | 74 | 47 | 121 | 30 | 136 | 166 |
| *Expected frequency* | | | | | | | | | |
| Small | 6 | 22 | 28 | 35 | 23 | 58 | 11 | 50 | 61 |
| Medium | 11 | 36 | 47 | 29 | 18 | 47 | 17 | 79 | 96 |
| Large | | | | 10 | 6 | 16 | 2 | 7 | 9 |
| Total | 17 | 58 | 75 | 74 | 47 | 121 | 30 | 136 | 166 |

Chi-square results;
significance value 0.05

| Watershed | Macktush | Artlish | Nahwitti |
|---|---|---|---|
| Critical value | 3.84 | 5.99 | 5.99 |
| $x^2$ value | 0.0076 | 25.6 | 8.7 |
| Null accepted (random) | Yes | No | No |
| Result | Landslide size not related to logging activities | More than expected small landslides following logging activities | More than expected small landslides following logging activities |

[a] N, H, and R refer to natural landslides, logging-related landslides, and road-related landslides, respectively. Small 0.02 0.2 ha; medium 0.2 1 ha; and large 1 ha and larger. $\sum$ represents the row sum and [ ] represents data not included in chi-square analysis (due to insufficient numbers). Chi-square analysis for the Artlish and Nahwitti watersheds $x^2$ $\sum d^2/e$, where $d$ is the difference between observed and expected and $e$ is the expected result. Chi-square analysis for the Macktush case (four total categories) is $x^2$ $(n(|AD-BC|-n/2)^2)/((A+B)(C+D)(A+C)(B+D))$, where: $\begin{array}{|c|c|}\hline A & B \\ \hline C & D \\ \hline\end{array}$ and $n$ total number.

2000. At those times, new (since the most recent air photographs) landslides were identified, categorized, and added to the map, and a few sites identified as exposed bedrock rather than landslides, deleted.

Landslide frequencies were analyzed over time using air photographs beginning with the period preceding notable development in the watershed. Results were plotted on cumulative frequency graphs. Density was also analyzed by comparing landslides in area logged to area unlogged. Changes in landslide densities on roads and changes in connectivity were similarly determined. Chi-square analysis was conducted to examine the potential relationship between size and cause in both the general case, and the case for those landslides reaching streams.

## 4. Results

### 4.1. Landslide type

Three hundred and sixty three landslides were recorded in the three watersheds (Fig. 4). Seventy-nine percent (286) of those were debris slides, 15% (54) were debris flows, and 6% (21) were rock falls. One rock slump and one debris slump were also noted.

The Artlish watershed has significantly more diversity in landslide type than the other two basins (Fig. 4). In addition, in the Artlish watershed, large-scale instabilities associated with the limestone bedrock, including ridge top depressions, tension cracks (Tabor, 1971), and large bedrock slumps, were noted but not included as part of this study. Debris slides account for more than 90% of failures observed in the Nahwitti watershed. Debris slides constitute nearly 85% of the failures in the Macktush watershed.

### 4.2. Landslide size

Fifty two percent of landslides (190) were medium size (0.2–1 ha), 40% (147) were small (0.02–0.2 ha), and another 7% (26) were large (>1 ha); 1% was lost in rounding. Landslide sizes are compared to cause in Table 2. There were no large natural landslides in the Macktush watershed, although there were several in the Artlish and Nahwitti watersheds. All three watersheds had at least one large logging- or road-related landslide. Seventy-seven percent (36) of road- and logging-




Fig. 5. Cumulative landslides in Macktush Creek watershed show an 11-fold increase in the frequency of landslides following logging. Increase is indicated by the difference in slope of the frequency lines between natural and non-natural landslides.




Fig. 6. Cumulative landslides in Artlish River watershed show a three-fold increase in frequency of landslides following logging. Increase is indicated by the difference in slope of the frequency lines between natural and non-natural landslides.




Fig. 7. Cumulative landslides in Nahwitti River watershed show a 16-fold increase in frequency of landslides following logging. Increase is indicated by the difference in slope of the frequency lines between natural and non-natural landslides.

Case 3:18-cv-01035-MO Document 110-29 Filed 07/14/21 Page 10 of 21



Table 4
Spatial frequency analysis of landslides in the Macktush Creek watershed[a]

| Cause | Number | Percent | No./km$^2$ | No./(*A*) km$^2$ | No./(*A*) km$^2$/year | No./(*A*) km$^2$/year |
|---|---|---|---|---|---|---|
| Natural | 17 | 22 | 0.61 | 1.21 | 0.03 (40 years) | 0.02 (60 years) |
| Logging | 9 | 12 | 0.32 | 0.64 | 0.026 (25 years) | 0.026 (25 years) |
| Road | 50 | 66 | 1.79 | 3.57 | 0.143 (25 years) | 0.143 (25 years) |
| Total | 76 | 100 | 2.72 | | | |
| Density ratio[b] (times increase) | | | 2.7 | **3.5** | **5.6** | **8.5** |

[a] *A* total area unlogged (14 km$^2$) for natural landslides; total area logged (14 km$^2$) for logging- and road-related landslides; year temporal correction based on estimation of time natural landslides are discernable (40- and 60-year estimates) and period of development.

[b] Density ratio refers to the change in relative density of landslides following logging activities. It is defined as the sum of the logging-related and road-related densities divided by the natural landslide density.

related landslides in the Artlish watershed were small. In contrast, 41% of logging- and road-related landslides were small in both the Macktush and Nahwitti watersheds (23 and 56 landslides, respectively). Chi-square analysis was conducted on the data to determine whether or not there was a statistical relationship between size and cause of the landslides (Table 3). The large road-related landslide in the Macktush Creek watershed was excluded from analysis. The results indicate that both the Artlish and Nahwitti watersheds experienced more small landslides following logging activities than would be expected based on the natural distributions. This difference was particularly obvious in the Artlish River watershed. Landslide size in the Macktush watershed was not statistically related to logging activity.

### 4.3. Frequency

Landslide frequencies (number/year) increased 11 times in Macktush, 3 times in Artlish, and 16 times in Nahwitti following logging activities. Results for the Macktush, Artlish, and Nahwitti watersheds are shown in Figs. 5–7, respectively. Data are displayed as cumulative increases, and frequency is the slope of the line.

Several other methods were used to analyze number of landslides following logging activities for compared to the natural condition (Tables 4–6). The simplest of these methods looked at the relative percent of landslides occurring naturally, caused by roads, or caused by logging. Further analysis examined the number of landslides in each category, corrected for the area logged. A density ratio was determined by dividing the number per unit area of landslides in the unlogged portion of the watershed by the number per unit area of landslides in the logged portion. The results are similar to frequencies determined in the air photograph analysis for Artlish and Nahwitti watersheds, with a 2.4 and 15 times respective increase in frequency of landslides following harvesting activities. However, results are substantially different in the Macktush watershed where the increase in density was only 3.5 times.

Table 5
Spatial frequency analysis of landslides in the Artlish River watershed[a]

| Cause | Number | Percent | No./km$^2$ | No./(*A*) km$^2$ | No./(*A*) km$^2$/year | No./(*A*) km$^2$/year |
|---|---|---|---|---|---|---|
| Natural | 74 | 61 | 0.59 | 0.75 | 0.019 (40 years) | 0.012 (60 years) |
| Logging | 16 | 13 | 0.13 | 0.62 | 0.025 (25 years) | 0.025 (25 years) |
| Road | 31 | 26 | 0.25 | 1.19 | 0.048 (25 years) | 0.048 (25 years) |
| Total | 121 | 100 | 0.97 | | | |
| Density ratio[b] (times increase) | | | 0.6 | **2.4** | **4** | **6** |

[a] *A* total area unlogged (99 km$^2$) for natural landslides; total area logged (26 km$^2$) for logging-and road-related landslides; year temporal correction based on estimation of time natural landslides are discernable (40- and 60-year estimates) and period of development.

[b] Density ratio refers to the change in relative density of landslides following logging activities. It is defined as the sum of the logging-related and road-related densities divided by the natural landslide density.

Table 6
Spatial frequency analysis of landslides in the Nahwitti River watershed[a]

| Cause | Number | Percent | No./km$^2$ | No./(*A*) km$^2$ | No./(*A*) km$^2$/year | No./(*A*) km$^2$/year |
|---|---|---|---|---|---|---|
| Natural | 30 | 18 | 0.13 | 0.17 | 0.004 (40 years) | 0.003 (60 years) |
| Logging | 67 | 40 | 0.29 | 1.26 | 0.036 (35 years) | 0.036 (35 years) |
| Road | 69 | 42 | 0.3 | 1.3 | 0.037 (35 years) | 0.037 (35 years) |
| Total | 166 | 100 | 0.72 | | | |
| Density ratio[b] (times increase) | | | 4.5 | **15** | **18** | **24** |

[a] *A* total area unlogged (176 km$^2$) for natural landslides; total area logged (53 km$^2$) for logging-and road-related landslides; year temporal correction based on estimation of time natural landslides are discernable (40- and 60-year estimates) and period of development.

[b] Density ratio refers to the change in relative density of landslides following logging activities. It is defined as the sum of the logging-related and road-related densities divided by the natural landslide density.

Jakob (2000) acknowledged deficiencies in the spatial frequency analysis that did not account for the ability to observe landslides sufficiently old as to skew the natural data. He attempted to correct for this by further dividing the number of landslides per unit area unlogged by 40 and 60 years, while dividing the logged area by the period of development. He assumed shallow natural landslides older than 60 years would be dif-ficult to record accurately from air photographs. His correction was applied to data from this study, and the results are in Tables 4–6. Landslide densities for the 40-year correction ranged from a quadrupling in the Artlish watershed to an increase of 18 times in the Nahwitti basin. Similarly, the landslide densities for the 60-year correction ranged from an increase of 6 times in the Artlish watershed to 24 times in the Nahwitti watershed.

Regardless of the method employed to analyze the change in numbers and concentration of landslides following logging in the three watersheds, the results indicate substantial increases in all cases.

### 4.4. Connectivity to streams

One hundred and seventy eight landslides in the three watersheds directly impacted a stream. Connectivity to streams ranged from 64% (78) in the Artlish watershed to 38% (63) in the Nahwitti watershed. When the number of new natural versus logging-related landslides reaching streams for the period of development was compared, logging-related landslides reached 7, 2, and 13 times more streams for the Macktush, Artlish, and Nahwitti watersheds, respectively. A ratio of connectivity was derived to show the overall change in densities of landslides reaching a stream in the watersheds (Table 7). The number of landslides reaching streams increased in logged areas in all cases, with the increase in the Nahwitti watershed being 10-fold.

Small- and medium-sized landslides that reached a stream were also analyzed to determine the relative impact of landslides following logging activities (Table 8). This analysis excluded 18 large landslides that

Table 7
Number and cause of landslides that directly impact streams in Macktush, Artlish, and Nahwitti watersheds

| Cause | Watershed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Macktush | | | Artlish | | | Nahwitti | | |
| | No. | km$^2$ | No./km$^2$ | No. | km$^2$ | No./km$^2$ | No. | km$^2$ | No./km$^2$ |
| Natural | 15 | 14 | 1.07 | 51 | 99 | 0.52 | 15 | 176 | 0.09 |
| Logging | 2 | 14 | 0.14 | 8 | 26 | 0.31 | 25 | 53 | 0.47 |
| Road | 20 | 14 | 1.42 | 19 | 26 | 0.73 | 23 | 53 | 0.43 |
| Total | 37 | 28 | 1.32 | 78 | 125 | 0.62 | 63 | 229 | 0.99 |
| Ratio of connectivity[a] (times increase) | | **1.5** | | | **2** | | | **10** | |

[a] Ratio of connectivity is the relative number and concentration of landslides directly impacting a stream following logging activities compared to the number and concentration of landslides in the unlogged state, and is defined by: (H (No./km$^2$) + R (No./km$^2$)/N (No./km$^2$)), where H, R, and N are logging-related landslides, road-related landslides, and natural landslides, respectively.

Table 8
Contingency table and chi-square analysis for relationship between size and cause for landslides that reached streams in the Macktush, Artlish, and Nahwitti watersheds[a]

| Size | Watershed | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Macktush | | | Artlish | | | Nahwitti | | |
| | N | H + R | ∑ | N | H + R | ∑ | N | H + R | ∑ |
| *Observed frequency* | | | | | | | | | |
| Small | 4 | 5 | 9 | 16 | 18 | 34 | 1 | 14 | 15 |
| Medium | 11 | 16 | 27 | 24 | 8 | 32 | 11 | 32 | 43 |
| Large | | | | | | | | | |
| Total | 15 | 21 | 36 | 40 | 26 | 66 | 12 | 46 | 58 |
| *Expected frequency* | | | | | | | | | |
| Small | 4 | 5 | 9 | 21 | 13 | 34 | 3 | 12 | 15 |
| Medium | 11 | 16 | 27 | 19 | 13 | 32 | 9 | 34 | 43 |
| Large | | | | | | | | | |
| Total | 15 | 21 | 36 | 40 | 26 | 66 | 12 | 46 | 58 |

Chi-square results;
significance value 0.05

| Watershed | Macktush | Artlish | Nahwitti |
|---|---|---|---|
| Critical value | 3.84 | 3.84 | 3.84 |
| $x^2$ value | 0.04 | 4.3 | 1.4 |
| Null accepted (random) | Yes | No | Yes |
| Result | Landslide size reaching streams not related to logging activities | More than expected small landslides reached streams following logging activities | Landslide size reaching streams not related to logging activities |

[a] N, H, and R refer to natural landslides, logging-related landslides, and road-related landslides, respectively. Small 0.02 0.2 ha; Medium 0.2 1 ha; and Large 1 ha and larger. ∑ represents the row sum and [ ] represents data not included in chi-square analysis (due to insufficient numbers). Chi-square analysis for these cases (four categories) where:

| A | B |
|---|---|
| C | D |

and $n$ total number is: $x^2$ $(n(|AD - BC| - n/2)^2)/((A + B)(C + D)(A + C)(B + D))$.

hit streams. Eleven of those were large natural landslides in the Artlish River watershed, three were large natural landslides in the Nahwitti watershed, and the three were large road-related landslides; one in the Macktush watershed and one in the Nahwitti watershed. In the Artlish watershed, road-related landslides that impacted streams were predominantly small while the natural group varied in size. In Nahwitti and Macktush, the majority of land-




Fig. 8. Distribution of landslides reaching a stream by cause in the Macktush, Artlish, and Nahwitti watersheds.

Table 9
Landslide concentration from roads compared to unlogged area in the Macktush, Artlish, and Nahwitti watersheds

| Watershed | Road-related landslides | Area of roads ($km^2$) | Natural landslides | Area unlogged ($km^2$) | Road densitiy ratio[a] |
|---|---|---|---|---|---|
| Macktush | 50 | 1.5 | 17 | 14 | **27** |
| Artlish | 31 | 3.5 | 74 | 99 | **12** |
| Nahwitti | 69 | 4.3 | 30 | 176 | **94** |

[a] Road density ratio is the number of road-related landslides per square kilometer divided by the number of natural landslides per square kilometer.

slides reaching streams were between 0.2 and 1 ha. The numbers of landslides that reached a stream related to cause are shown in Fig. 8.

### *4.5. Landslide densities and roads*

The number of landslides originating from roads was compared to the number of natural landslides in each of the three watersheds. The change in density of landslides following road building was addressed by creating a road density ratio (Table 9). Areas of roads based on an assumed width of 20 m are 1.5, 3.5, and 4.3 $km^2$ for the Macktush, Artlish, and Nahwitti watersheds, respectively. When natural and road-related landslide frequencies are standardized against unit area, the relative increases are 27 times for the Macktush basin, 12 times for the Artlish basin, and 94 times for the Nahwitti basin.

## 5. Discussion

### *5.1. Frequency*

The contribution of logging to landslides is well understood from a mechanical perspective. Roads overload and undercut slopes and intercept surface and subsurface drainage. Harvesting may result in changes in the hydrology of slopes and in reducing shallow slope strength by the eventual loss of anchoring root systems through rot. The extent to which this occurs has been determined for the Queen Charlotte Islands and Clayoquot Sound on Vancouver Island; however, those results are not expected to be representative of other locations on Vancouver Island.

The results summarized here show that the effects of logging on landslide frequencies are to significantly increase the number and density of landslides; however, results also show that those increases are highly variable across Vancouver Island. While increases in the incidence of landslides were observed in all three watersheds, they ranged from a trebling (Artlish) to more than an order of magnitude (Nahwitti). The results illustrate the difficulty of applying knowledge of frequency changes in a particular area to the broader region.

On the Queen Charlottes Islands, Rood (1984) recorded an increase in landslide frequency following harvesting of 34 times, and Schwab (1998) recorded an increase of 15 times in the Rennell Sound area. On Vancouver Island, in Clayoquot Sound, noted for exceptionally high rainfall, Jakob (2000) determined that landslide frequencies had increased 17–26 times following logging. A general study of coastal British Columbia (O'Loughlin, 1972) showed an increase in landslide frequency of 2.2 times following harvesting.

Landslide frequency in the Macktush watershed increased 11 times following harvesting and road building to the end of 1999. While less than the reported increases in the Queen Charlotte Islands and in Clayoquot Sound, this is very high. Sixty-five percent (50) of the landslides in the Macktush Creek watershed were associated with roads. Road densities are much higher here than in the other two watersheds at 2.7 $km/km^2$ (compared to less than 1.5 $km/km^2$ for the Artlish and Nahwitti). The problem with roads was recognized by Miles (1996); however, deactivation that is normally supposed to reduce landslide frequency had, at least initially, the opposite effect. Consequently, the rate of failure in the Macktush watershed did not fall during the period between 1994 and 1999.

In addition to the high road density, 50% of the Macktush basin has been harvested, forcing logging and road development onto steep (> 60%) slopes. This may also account for the high rate of landslides in this watershed. Fig. 9 shows a portion of the Macktush Creek watershed that experienced landslides following logging. Most of the landslides in this stereopair were indeed road-related. In addition, it is observable that many of the landslides occurred where roads have had to venture on or adjacent to steep slopes.

In the Artlish watershed, the landslide frequency tripled following logging despite the fact that 61%




Fig. 9. Stereopair in the Macktush Creek watershed showing several landslides, most of which are related to roads. Arrows cue the reader to two examples; the top arrow indicates a medium-sized debris slide off a road, the bottom arrow indicates a medium-sized debris flow, also road-related. Stream in valley bottom is Macktush Creek and flows northwest (air photographs MB87018: 019, 020).

(74) of observed landslides are natural. This trebling is lower than some of the cases cited above but corresponds to the results of the regional study by O'Loughlin (1972). Fig. 10 shows a portion of the Artlish River watershed that has experienced landslides both before and after logging activities.

Most of the harvesting and road building in the Artlish watershed has taken place on limestone, primarily the Quatsino Formation. Instability in the basin was certainly influenced by the bedrock, but it is difficult to determine the extent to which this is the case. It is interesting to speculate that the




Fig. 10. Stereopair in the Artlish River watershed showing several landslides, both natural and logging-related. Arrows cue the reader to examples that are (from left to right): a medium-sized natural debris slide, two small road-related debris slides, and a medium-sized logging-related debris flow. Stream at the very right edge of the picture is the south fork of the Artlish River and flows north (air photographs 30BCB95038: 095, 096).

frequency (relative to the other watersheds in this study and in the literature) change may be relatively lower because of the limestone formations. Confounding this, however, the Artlish has the highest natural frequency of landslides, many of which were a direct consequence of unstable bedrock. In addition, many of the natural landslides showed no signs of recovery over the 33 years they were examined but instead continued to generate sediment.

The change in frequency of landslides is greatest in the Nahwitti watershed. Largely flat, with less than 6 $km^2$ of steep (>60%) terrain, relatively low precipitation, and with 23% of the watershed harvested, instability was not originally expected to be major issue in this watershed. In the Nahwitti watershed, however, slopes are mantled by largely unconsolidated silty gravelly sand, a result of weathering of tills and bedrock. These sediments are mixed with organic material to form a non-cohesive veneer of organic-rich coarse soil. Much of the bedrock in the area has eroded to form a slip plane dipping with the slope resulting in a combination highly sensitive to disturbance. The fact that timber harvesting and road building was focussed on and around steep slopes where there was commercially viable timber (32% of Nahwitti is inoperable bog) upset the balance of stability in this watershed.

Landslide frequencies in the Nahwitti watershed increased by 16 times following harvesting activities. This increase in landslides was about equally split between clearcuts and roads. Landslides were concentrated on and around the steep slopes. Fig. 11 shows landslides following logging activities in a portion of the Nahwitti watershed. Note that there are several flatter areas that remain unlogged, while most of the steeper ground is essentially devoid of timber.

The impact of these increased frequencies on a particular watershed may be expanded or reduced depending on the size of the landslides that occurred. The results for the Macktush watershed show, based on chi-square analysis, that neither is the case and that there are no statistically significant relationships between size and cause (Table 3). In other words, within size classes, landslides related to logging activities in the Macktush Creek watershed are as large as the natural landslides but more frequent.

In the Artlish River watershed, however, there is a greater concentration of small landslides following logging activities. The historical impact of landslides in the Artlish watershed is very high, with a large number of natural events >0.2 ha. In addition, several of these landslides remain unstable to date, causing continued sediment generation, in some cases despite their advanced age. Regardless of size difference, logging activities not only increase the frequency of landslides in the watershed, but also result in a concentration of impacts to areas logged. Since 1980, 69% (45 of 65) of the landslides in the Artlish River watershed occurred in just 21% of the area; a total density increase for that period of eight times.

In Nahwitti, chi-square analysis (Table 3) indicates that there are more small landslides than expected following logging activities. Despite this, it should be further noted that 2.5 times more medium-sized landslides followed logging activities in the Nahwitti watershed than the total number of small, medium, and large landslides that occurred naturally.

The increased likelihood of small landslides following logging in the Artlish and Nahwitti watersheds may also be related in part to undercounting very small natural landslides in full canopy. In general, however, landslides <0.05 ha formed a small portion of the total sample of both pre- and post-logging landslides.

Historically, landslide frequency analysis examines the number of landslides by cause, as a function of the total area, or by comparing the number of landslides by area logged to the number of landslides by area unlogged (Rollerson et al., 1998; Jakob, 2000). These methods attempt to determine a change in landslide frequency based on one set of air photographs (and therefore all cumulative data visible on a particular year). While these methods incorporate a sense of temporality in that the landslides identifiable on a given set of air photographs may have occurred over a long period of time, they are really measures of changes in landslide density.

In reality, the number of landslides per square kilometer tells very little about landslide change over time and dilutes the impact of post-logging-related landslides. This dilution occurs by both comparing landslides limited by the period of development, with natural landslides occurring over a longer period, and by effectively dividing a small area of development across a larger landscape.

Corrected for the area logged or unlogged, this analysis is considerably more meaningful but still serves more accurately as a density function than as an indicator of the change in landslides over time. The stronger the contrast between densities (post logging densities assumed the greater in this example), the greater the increase in apparent frequency.

Jakob (2000) recognized that this method still failed to account for the ability to discern natural landslides older than the period of development on a given set of air photographs and proposed that correction factors be applied to the data. Post-logging landslides were




Fig. 11. Stereopair of the Nahwitti River watershed showing several landslides, primarily road- and logging-related. Arrows cue reader to examples, which are (from top to bottom): a medium-sized road-related debris flow, a large road-related debris slide, and several road- and logging-related debris slides and consequent debris flows. The stream at the valley bottom is a tributary to the Nahwitti River and flows northeast (air photographs BC79121: 007, 008).

corrected by dividing by the period of development in years, and natural landslides were corrected by dividing by 40 and 60 years as estimates of the length of time beyond which a debris slide was unlikely to be identified. Jakob (2000) used these corrections to determine that post logging landslide frequencies increased in Clayoquot Sound by 18–26 times.

Applied to the three watersheds in this study (Tables 4–6), these same methods of analyzing frequencies spatially yielded varied results.

The Macktush watershed showed increased frequencies using the above methods; however, the increases were less than the change per year that was actually counted in the watershed (11 times more landslides). This is a result of the landslides occurring in a small watershed with roughly equal parts logged and unlogged and the consequent reduction in relative density. Despite this, the change in density using the spatial analysis methods was significant at 8.5 times more landslides in the logged portion of the landscape.

Natural landslides are further emphasized using spatial frequency analysis methods in this study because more sets of air photographs were used allowing for landslides to be counted across the entire watershed prior to development. In addition, natural landslides could be identified in the earliest photography that might otherwise be missed because of recovery when looking at a single recent set.

In the Artlish watershed, the maximum increase in landslide frequency using spatial methods was six times, emphasizing the change in landslide densities following logging. In general, the results were more comparable with the actual change (three times), probably due to the high level of natural landslides that were also identified. If the increased density of landslides that have occurred since 1980 (69% of landslides in 21% of the area) is calculated, the result is a post-logging increase of eight times.

The results in the Nahwitti watershed were most dramatic using the above methods of frequency analysis, with the maximum increase in landslide occurrences being 24 times. This is a result of the concentration of landslides around a very small portion of the landscape, contrasting with the very low landslide density in the remainder of the watershed. In the Nahwitti watershed, the estimated frequency using any area-corrected method will remain high for years. Despite this, the actual frequency should drop rapidly in the future, as there remains very little steep ground to log.

The common analysis of frequency that looks at landslides per unit area of logged or unlogged terrain in a watershed is useful, and comparatively easy to do; however, it is limited in that it is not a true measure of frequency at all. It is instead an index of relative density of landslides under different sets of conditions. To avoid confusion, this author recommends that the term frequency no longer be applied to spatial data despite the implication of temporality that lies within an air photograph set (i.e. landslides before logging activities and landslides after logging activities). If frequency data is truly what is required, it may be gained by looking at the actual change in time over several sets of air photographs.

### *5.2. Connectivity*

A major impact of logging is to increase the number of landslides reaching streams.

The ratio of connectivity describes the total change in density of landslides reaching streams following harvesting activities in a watershed. This ratio shows an increase of 1.5 times (Table 7) in logged areas in the Macktush Creek watershed. In the Macktush watershed, 12 of 15 natural landslides that impacted streams occurred before 1970. During the next three decades, only three natural landslides reached streams channels, in contrast to 22 landslides related to forest activities: a seven-fold increase. Sizes related to both natural events and events following logging activities were similar for landslides that hit streams (Table 8), the one exception being a large road-related landslide.

In the Artlish watershed, only 35% (27) of the landslides that directly impacted a stream are related to logging activity (Fig. 8). Twenty-three of 51 natural landslides occurred prior to 1967 and 33 prior to 1980. The number of landslides connected to streams doubled over the next two decades, with logging related events concentrated in just 21% of the watershed. Consequently, the ratio of connectivity in the Artlish River watershed following logging practices shows that density of landslides reaching streams in logged areas was twice that of areas unlogged, including the 33 natural landslides reaching streams before 1980. If only landslides since 1980 are considered, 25 reached streams from 21% of the area, compared to 18 from the remainder. Thus, for that period there were five times as many landslides connected to streams from logged areas. The majority of non-natural landslides that impacted streams were small road failures (56%), while medium size failures account for 30% of non-natural landslides that reached streams. Excluding the large class that was primarily natural, more small landslides reached streams following logging activities in the Artlish, possibly reducing some of the potential frequency and density effects.

In the Nahwitti watershed, 76% (48) of landslides that reached streams were related to logging activities. Of the remaining 15, 11 occurred before 1957. Consequently, there were approximately 12 logging- and road-related landslides reaching streams to every natural event that also reached a stream over the last 35 years. The ratio of connectivity (Table 7) indicates that overall, the landslides connected to streams in logged areas occur at 10 times the natural density. If one looks only at landslides following 1957, 12 times the number of landslides related to harvest activities reached streams from only 23% of the land-base compared with four from the remaining 77% of land; an increase in density for landslides reaching streams during that period of 42 times. There was no apparent relationship linking size class of landslides hitting streams to cause (Table 8). In terms of real impacts, however, 67% (32) of logging-related landslides that impacted streams were of medium size.

While the results of stream connectivities were variable, the number of landslides that reached streams increased in all cases. Impacts to streams are further emphasized when the ratios of connectivity are considered, and yet further when we consider only landslides that reached streams during the period of development. Increased numbers of landslides reaching streams in logged areas imply that those areas are receiving considerably higher than normal sediment inputs. It is well understood that increased sediment loads in streams can lead to decreased stability, changes in channel width, and other morphological changes (Schumm, 1969). Channel widening and/or sediment aggradation was observed in all three watersheds and is at least partially attributable to increased sediment input.

### *5.3. Roads*

Roads in a watershed block and re-route water, overload, undercut and saturate slopes, and generally have the greatest impact in terms of landslide occurrence. Ironically, roads are the features that we have the most control over as to whether or not they cause landslides.

The road density ratios for the three watersheds indicate the relative increase in concentration of landslides following road building (Table 9). They highlight the considerable impact that roads may have in a watershed even where roads may not be recognized as a particular issue. For example, in the Macktush Creek watershed, approximately 66% of landslides are attributable to roads encompassing a very small portion of the watershed; so, perhaps, it is not surprising that road density ratio shows a 27 times increase in landslide densities on roads in that watershed. However, only about 42% of landslides in the Nahwitti watershed are attributable to roads, and yet the road density ratio indicates a 94 times greater concentration of landslides. Similarly, in the Artlish River watershed, only 26% of landslides are road-related, yet the road density ratio shows an increased concentration of 12 times.

These results reinforce the notion that roads need to be built to increased standards or alternatively minimized in a watershed.

### *5.4. Geology*

Geology has been the subject of several previous studies on landslide frequencies on Vancouver Island (VanDine and Evans, 1992; Guthrie, 1997; Rollerson et al., 1997; Sterling, 1997; Guthrie and Van der Flier-Keller, 1998; Jakob, 2000). These studies tend to show weak relationships that favor landslide occurrence over one formation or another. Analysis as to the relationship of bedrock geology to landslides in this study would not help to clarify matters. In the three watersheds examined here, the issue of the contribution of geology to landslide occurrence involves more than merely the presence of a particular lithology. Geology appears to be important primarily in the site-specific character of the bedrock (e.g. faulting, bedding, deep weathering or other bedrock structures) and its affect on the regolith. On Vancouver Island, it seems apparent that topography, intensity of logging activities, local precipitation, and other local conditions will continue to obscure those relationships.

## 6. Conclusions

The number of landslides increased substantially on three watersheds on Vancouver Island over approximately three decades of logging activities. The Macktush, Artlish, and Nahwitti watersheds experienced increases ranging from 3 to 16 times more landslides following logging activities. Other analyses looked at changes to the spatial distribution of landslides, and

produced variable results ranging from 2.4 to 24 times increases in landslides for the same watersheds. It is recommended that the term density be used for analyses that do not explicitly determine the change in landslides over a period of time, but that instead compare landslides per unit area.

Roads analyzed as a separate component had the greatest spatial impact, ranging from a 12-times increase in landslide density in the Artlish watershed to a 94-times increase in landslide density in the Nahwitti watershed.

More landslides reached streams following logging with increases ranging from 2 to 13 times. Most of those landslides were between 0.2 and 1 ha in size.

Despite a long history in British Columbia of trying to relate landslides to forest activities, little is known about the actual changes in frequencies following logging on Vancouver Island. Much of the information to date in Coastal British Columbia has come from the Queen Charlotte Islands or the Clayoquot Sound region of Vancouver Island. Data from these areas are not expected to be applicable to other areas on Vancouver Island with different physiographic and climatic characteristics. Frequency changes in landslides may be affected by (among other things) topography, climate, geology, as well as harvesting and road building practices.

This study has tried to show that: (i) the response of watersheds (in terms of landslide occurrences) to logging is highly variable; (ii) despite the variation, logging substantially increases landslide frequencies; and (iii) the type of analysis performed affects the interpretation of results and the ability to make comparisons between studies.

Analysis of landslides on Vancouver Island needs to be conducted across many more watersheds to provide more transparent information on the effects of logging activities on the island. The information in turn may be used to support and, where necessary, modify practices to reduce the likelihood of landslides.

## Acknowledgements

This study spun out of a larger study by the British Columbia Ministry of Environment, Vancouver Island Region, looking at the overall state of the same three watersheds. I am grateful to Regional Director Earl Warnock for seeing the value in producing this paper. Discussions with Denis Collins and Tom Millard stimulated many of the questions. Reviews by John Clague, Steve Evans, and Nel Caine improved the manuscript.

## References

Chapman, A., 1999. Assessment of the Artlish River Watershed. Report to Canadian Forest Products Ltd., Englewood Logging Division, Western Forest Products Ltd., Zeballos Forest Operation, and TimberWest Forest Ltd., Beaver Cove Division. Chapman Geoscience, Victoria, British Columbia.

Chapman, A., 2000. Slope and road hydrology in Clayoquot Sound. Report to the Science Council of BC. Chapman Geoscience, Victoria, British Columbia.

Environment Canada, 1993. Canadian Climate Normals, 1961 90, British Columbia. Environment Canada Atmospheric Environment Service, Ottawa, Ontario.

Gimbarzevsky, P., 1988. Mass wasting on the Queen Charlotte Islands a regional inventory. British Columbia Ministry of Forests, Land Management Report 29, Victoria, British Columbia.

Guthrie, R.H. 1997. The characterization and dating of landslides in the Tsitika River and Schmidt Creek watersheds, Northern Vancouver Island, British Columbia. MS Thesis, University of Victoria, Victoria, British Columbia.

Guthrie, R.H., Van der Flier-Keller, E., 1998. The contribution of geology, to debris slides on Vancouver Island, B.C. Proceedings of the 8th International Congress of the International Association for Engineering Geology and the Environment, Balkema, Rotterdam, vol. 3, pp. 1993 1999.

Hartman, G.F., Scrivener, J.C., Miles, M.J., 1996. Impacts of logging in Carnation Creek, a high-energy coastal stream in British Columbia, and their implication for restoring fish habitat. Canadian Journal of Fisheries and Aquatic Sciences 53, 237 251.

Holland, S.S., 1964. Landforms of British Columbia, a physiographic outline. Geological Survey of Canada, Memoir 272, British Columbia, pp. 16 38.

Howes, D.E., 1987. A method for predicting terrain susceptible to landslides following forest-harvesting: a case study from the southern Coast Mountains, British Columbia. Forest Hydrology and Watershed Management. Proceedings of the International Association of Hydrological Sciences Symposium, XIX General Assembly of the International Union of Geodesy and Geophysics August 19 22, University of British Columbia, Vancouver, vol. 167, pp. 143 154.

Howes, D.E., Sondheim, M., 1988. Quantitative definitions of stability classes as related to post-logging clearcut landslide occurrence. Part II, Proceedings of the 10th B.C. Soil Science Workshop. British Columbia Ministry of Forests Land Management Report, vol. 56. British Columbia Ministry of Forest, Victoria, BC, pp. 167 184.

Jakob, M., 2000. The impacts of logging on landslide activity at Clayoquot Sound, British Columbia. Catena 38, 279 300.

Case 3:18-cv-01035-MO Document 110-29 Filed 07/14/21 Page 21 of 21



Miles, M., 1996. Coastal watershed assessment, Macktush Creek Drainage and Components on Proposed Logging of Cut Blocks 1606 and 1609. Mike Miles and Associates, Victoria, British Columbia.

Millard, T., 1999. Debris flow initiation in Coastal British Columbia gullies. British Columbia Ministry of Forests, Forest Research Technical Report, Vancouver Forest Region, Nanaimo, British Columbia.

Ministry of Energy, Mines and Petroleum Resources, 1994. Geological Map of Vancouver Island, 1:250,000 scale, Open file 1994-6.

Ministry of Forests and Ministry of Environment, Lands and Parks, 1995. Forest Practices Code of British Columbia. British Columbia Ministry of Forests and Ministry of Environment, Lands and Parks, Victoria, British Columbia.

Muller, J.E., 1977. Geology of Vancouver Island. Geological Survey of Canada, Open File 463.

O'Loughlin, C.L., 1972. A preliminary study of landslides in the coast mountains of southwestern British Columbia. In: Slaymaker, H.O., McPherson, H.J. (Eds.), Mountain Geomorphology, Geomorphological Processes in the Canadian Cordillera. B.C. Geographical Series, Tantalus Research, Vancouver, British Columbia, vol. 14, pp. 101 111.

Rollerson, T.P., 1992. Relationships between landscape attributes and landslide frequencies after logging: Skidegate Plateau, Queen Charlotte Islands. Ministry of Forests Land Management Report 76, Victoria, British Columbia.

Rollerson, T.P., Thomson, B., Millard, T.H., 1997. Identification of Coastal British Columbia terrain susceptible to debris flows. Proceedings of the 1st International Symposium on Debris Flows, August 7 9, San Francisco. United States Geological Survey and the American Society of Civil Engineers, San Francisco, CA.

Rollerson, T.P., Jones, C., Trainor, K., Thomson, B., 1998. Linking post-logging landslides to terrain variables: Coast Mountains, British Columbia preliminary analyses. Proceedings of the 8th International Congress of the International Association for Engineering Geology and the Environment, Balkema, Rotterdam, vol. 3, pp. 1973 1979.

Rood, K.M., 1984. An aerial photograph inventory of the frequency and yield of mass wasting on the Queen Charlotte Islands, British Columbia. Ministry of Forests Land Management Report 34, Victoria, British Columbia.

Sauder, E.A., Krag, R.K., Wellburn, G.V., 1987. Logging and mass wasting in the Pacific Northwest with application to the Queen Charlotte Islands, B.C. British Columbia Ministry of Forests, Land Management Report, 53.

Schumm, S.A., 1969. River metamorphosis. Journal of the American Society of Civil Engineers, Hydraulics Division 95, 255 273.

Schwab, J.W., 1983. Mass wasting: October November 1978 storm, Rennell Sound, Queen Charlotte Islands. British Columbia Ministry of Forests, Research Note 91, Victoria, British Columbia.

Schwab, J.W., 1998. Landslides on the Queen Charlotte Islands: processes, rates and climatic events. In: Hogan, D.L., Tschaplinski, P.J., Chatwin, S. (Eds.), Carnation Creek and Queen Charlotte Islands Fish/Forestry Workshop: Applying 20 Years of Coast Research to Management Solutions. Ministry of Forests Research Program, Victoria, British Columbia, pp. 41 47.

Smith, R.B., Commandeur, P.R., Ryan, M.W., 1986. Soils, vegetation, and forest growth on landslides and surrounding logged and old-growth areas on the Queen Charlotte Islands, British Columbia. Ministry of Forests Land Management Report 41, Victoria, British Columbia.

Sterling, S.M., 1997. The influence of bedrock type on magnitude, frequency and spatial distribution of debris torrents on northern Vancouver Island. MS Thesis, University of British Columbia, Vancouver.

Tabor, R.W., 1971. Origin of ridge-top depressions by large-scale creep in the Olympic Mountains, Washington. Geological Society of America Bulletin 82, 1811 1822.

Thomson, B., 1987. Chapman Creek landslide inventory. 1:20,000 scale map with legend. British Columbia Ministry of Environment, Lands and Parks, Victoria, British Columbia.

Thomson, B., 1998. Terrain attribute study: slope failure frequencies following logging in Coastal British Columbia. In: Hogan, D.L., Tschaplinski, P.J., Chatwin, S. (Eds.), Carnation Creek and Queen Charlotte Islands Fish/Forestry Workshop: Applying 20 Years of Coast Research to Management Solutions. Ministry of Forests Research Program, Victoria, British Columbia, p. 271.

Turner, A.K., Jayaprakash, G.P., 1996. Introduction. In: Turner, A.K., Schuster, R.L. (Eds.), Landslides; Investigation and Mitigation, Special Report, vol. 247. Transportation Research Board. National Academy of Sciences, Washington, DC, pp. 3 11.

VanDine, D.F., Evans, S.G, 1992. Large landslides on Vancouver Island, British Columbia. Geotechnique and Natural Hazards, Proceedings of the 1992 Symposium. Vancouver Geotechnical Society, Vancouver, British Columbia, pp. 193 201.

Varnes, D.J., 1978. Slope movement types and processes. In: Schuster, R.L., Krizck, R.J. (Eds.), Landslides; Analysis and Control, Special Report, vol. 176. Transportation Research Board. National Academy of Sciences, Washington, DC, pp. 11 33.

Wilson, J.P., 1996. Gully and landslide assessment, Macktush Creek area. Report to MacMillan Bloedel Ltd., Sproat Lake Division. D.G.V. Engineering Services, Nanimo, British Columbia.

Yorath, C.J., Nasmith, H.W., 1995. The Geology of Southern Vancouver Island, A Field Guide. Orca Book Publishers, Victoria, British Columbia.