# EXHIBIT 27

**Francesco Brardinoni et al., *Complex Mass Wasting Response of Drainage Basins to Forest Management in Coastal British Columbia*, 49 Geomorphology, 109–124 (2003)**

ELSEVIER

Geomorphology 49 (2002) 109–124

GEOMORPHOLOGY

www.elsevier.com/locate/geomorph

# Complex mass wasting response of drainage basins to forest management in coastal British Columbia

Francesco Brardinoni *, Marwan A. Hassan[1], H. Olav Slaymaker[2]

*Department of Geography, University of British Columbia, Vancouver, BC, Canada V6T 1Z2*

Received 13 November 2001; received in revised form 8 April 2002; accepted 16 April 2002

**Abstract**

The impacts of logging activities on mass wasting were examined in five watersheds in the coastal mountains of British Columbia. Historical aerial photos were used to document mass wasting events, and their occurrence was related to logging activities in the study basins. Logged and forested areas were compared in terms of mass wasting magnitude and frequency, with reference to site characteristics. The recovery time of the landscape after logging was assessed. Bedrock type and basin physiography had no identifiable effect on mass wasting frequency and magnitude. Mass wasting failure was primarily controlled by slope gradient. Basin vulnerability increased, following clearcutting relative to forested areas, in that mass wasting was initiated on gentler slopes. The volume of sediment produced from logged slopes is of the same order as that from forested areas, which are steeper by as much as 10°. In both logged and forested areas, the size distribution of mass wasting events follows an exponential distribution. However, the variability in mass wasting size in forested areas is much higher than that obtained for logged areas. The recovery time after forest harvesting is over 20 years, which confirms published estimates based on vegetation reestablishment. Continuous disturbance of the basin, however, may extend the recovery time for the whole basin well beyond 20 years.
© 2002 Elsevier Science B.V. All rights reserved.

*Keywords:* Mass wasting; Forest harvesting; Slope stability; Frequency and magnitude; Debris slide; Debris flow

## 1. Introduction

In 1995, the Government of British Columbia introduced the Forest Practices Code in an attempt to ensure the environmental sustainability of the forest industry. The objectives of the Forest Practices Code include (i) minimizing the loss of the land base, resulting from hillslope failure and (ii) minimizing the impact of logging on sediment and debris production and delivery to streams (Chatwin et al., 1994; Hogan et al., 1998). Consequently, harvesting plans have been designed to avoid unstable terrain, to limit harvest rates, to ensure high standards of road building, and to prohibit logging adjacent to streams (British Columbia Government, 1995). For management purposes, the potential environmental impacts of such activities have been of concern to both forest managers and environmentalists.

* Corresponding author. Tel.: +1-604-822-2269; fax: +1-604-822-6150.

*E-mail addresses:* fbrardin@geog.ubc.ca (F. Brardinoni), mhassan@geog.ubc.ca (M.A. Hassan), olav@geog.ubc.ca (H.O. Slaymaker).

[1] Tel.: +1-604-822-5894; fax: +1-604-822-6150.

[2] Tel.: +1-604-822-3246; fax: +1-604-822-6150.

0169-555X/02/$ - see front matter © 2002 Elsevier Science B.V. All rights reserved.
PII: S0169-555X(02)00166-6

The impact of logging on slope stability has been the focus of many studies in British Columbia; these studies have emphasized acceleration of mass wasting processes following road construction and clearcutting (O'Loughlin, 1972; Schwab, 1983, 1988; Rood, 1984; Krag et al., 1986; Sauder et al., 1987; Gimbarzevsky, 1988; Rollerson, 1984, 1992). Logging activities can affect hillslope stability by reducing or removing root reinforcement, increasing site disturbance, and modifying water interception and conveyance (Sidle et al., 1985; Millard, 1993; Bovis et al., 1998). Rood (1984, 1990) investigated the impact of logging on mass wasting processes by examining the frequency of failure and sediment yield from clearcut and road areas in forested terrain of the Queen Charlotte Islands, British Columbia. He reported an overall increase of 34 times in the landslide frequency and a 31 times increase in sediment yield on disturbed sites. Schwab (1983) assessed the impact of an extreme storm on Rennell Sound, British Columbia, which revealed an increase of 15 times in the mass wasting rate on logged terrain as compared with forested terrain. This increasing frequency of occurrence and magnitude of mass wasting events expresses logging impacts most directly (e.g., Schwab, 1998; Slaymaker, 2000).

Other concerns related to timber harvesting are deteriorating water quality and hence, river ecology. Several studies in British Columbia and neighbouring Washington State (Schwab, 1983; Reid and Dunne, 1984; Rood, 1984; Rollerson, 1992) have shown that logging roads alone can account for up to 90% of the increases in slope failures and sediment delivery to stream channels. However, Slaymaker (2000) asserted that it is the difficulty of avoiding unstable terrain during road construction and lack of maintenance of road drainage structures that are the main factors for road-related failures.

The effects of timber harvesting on small areas in the Pacific Northwest region are well documented (e.g., Swanson et al., 1982; Sidle et al., 1985; Rood, 1990; Grant and Wolff, 1991; Schwab, 1998). Nevertheless, local mobilization of sediment may make a minimal contribution to sediment yield from large drainage basins (e.g., Sullivan, 1985; Ambers, 2001). For management purposes, a pressing need still exists for information on the impact of land use on larger basins (e.g., Ambers, 2001). The purpose of this paper is to assess the integrated impacts of logging activities on watersheds at a variety of scales in the coastal mountains of British Columbia. We achieve this by surveying mass wasting processes over periods of time using sequential aerial photography and relating the outcome to the logging activities in each examined basin. Of particular interest are the magnitude and frequency of occurrence of mass wasting processes in logged and forested basins, the size distribution of mass wasting events in relation to land use, the variable effects of basin scale, and the recovery time of the land surface from logging.

## 2. Study basins

The study basins are located in the Cascade, Coast, and Insular Mountains of British Columbia, Canada (Holland, 1976). Fig. 1 shows the location of the basins and the generalized regional physiography. Characteristics of the study basins are summarized in Table 1. They range in size from 0.3 to 1230 km$^2$.

The San Juan River is located in the Insular Mountains of Vancouver Island (Holland, 1976). The main stem of the San Juan River follows a major fault, and the geology and terrain differ on the north and south sides of the basin. The southern side is underlain by greywacke, argillite, and schist (Alley, 1974; Muller, 1987); the northern side is underlain by intrusive batholiths, primarily composed of granodiorite and quartzdiorite. Gordon River is also located within the Insular Mountains of Vancouver Island. The geology is dominated by sedimentary and volcanoclastic formations, locally folded, disrupted, and metamorphosed. The Howe Sound creeks and Chapman Creek are located within the Pacific Ranges of the Coast Mountains. Intrusive complexes of granite and granodiorite dominate the Pacific Ranges. Finally, basalt, andesite, volcanoclastics, and granodioritic batholiths underlie the Chilliwack River basin, located within the Cascade Mountains.

All basins are characterized by a typical West-Coast climate with warm, dry summers and comparatively cool, wet winters. The mean annual precipitation in the study areas ranges between 1500 and 5000 mm, with lower values on the leeward side of the mountains. Higher elevations receive greater precipitation, most of which falls as snow during the autumn/winter seasons.




Fig. 1. Location of the study basins and regional physiography.

The autumn–winter precipitation maximum is pronounced; the highest rainfall intensities tend to occur from October through January.

The study basins have a range of natural disturbance histories, with hillslope failure events documented back to the 1900s and impacts from logging that began 90 years ago (Table 1). The basins were selected for analysis (i) because of their range of biophysical and land use characteristics and (ii) to provide a representative range of scale (Table 1). The basins have experienced various levels and methods of logging over the last century. The older logging methods, involving large cut-blocks and high-lead yarding systems, usually included cutting to the stream banks. Buffer areas along the stream banks were not common in British Columbia before 1988. Since 1995, logging techniques and logging roads have significantly improved, with appropriate attention to buffer strips in riparian locations.

## 3. Data collection and analysis

A complete inventory of all slope failures visible on aerial photography was provided. In our analyses of the mass wasting activity in both forested and logged basins, we followed Rood's (1984, 1990) recommendations. Aerial surveys have been widely used to assess the impact of logging on slope stability in forested terrains in the Pacific Rim (e.g., Sidle et al., 1985). The accuracy of aerial survey inventory was assessed by Rood (1984); on 1:5000 scale maps, the estimated vertical and horizontal errors are 0.30 and 2.5 m, respectively. The method is biased; in rugged terrain, forest canopy hampers the identification of failures, especially "small events." Because of these uncertainties, aerial photograph interpretations are coupled with field inspection in order to estimate errors associated with the analysis. Robison et al. (1999) and Brardinoni (2001) assessed the differences between mass wasting

Table 1
Summary characteristics of the study drainage basins

| Drainage basin | Subbasin | Area (km$^2$) | Date of aerial photography | Photography scale range | Date logging started | % Basin logged | Geology |
|---|---|---|---|---|---|---|---|
| Chapman Creek | Studied basin | 56.0 | 1946, 1950, 1956, | 1:16,000 | 1930 | 36.3 | granodiorite, |
| | Lower | | 1957, 1958, 1964, | 1:20,000 | 1930 1939 | 2.6 | quartzdiorite |
| | Lower | | 1967, 1975, 1976, | | 1940 1949 | 2.2 | |
| | Middle north | | 1978, 1980, | | 1950 1959 | 3.0 | |
| | Middle south | | 1982, 1990 | | 1960 1969 | 8.1 | |
| | Lower upper | | | | 1970 1979 | 9.4 | |
| | Upper upper | | | | 1980 1989 | 8.3 | |
| | Upper upper | | | | 1990 1999 | 2.7 | |
| Chilliwack River | Entire basin | 1230.0 | 1959, 1973, | 1:16,000 | 1910s[a] | 15.0 | grano-quartzdioritic |
| | Nesakwatch Creek | 48.0 | 1992, 1993 | 1:20,000 | 1965s | 10.1 | batholith |
| | Centre Creek | 38.0 | | | 1950s | 28.2 | |
| | Radium Creek | 8.3 | | | n/a | 0.0 | |
| Gordon River | Entire basin | 297.2 | 1992 | 1:20,000 | 1900s | 75.0 | complex accreted |
| | Braden | 39.2 | | | 1920s | 48.0 | arc volcanics and |
| | Loup | 50.5 | | | 1950s | 80.0 | intrusives |
| | Lower Gordon | 47.2 | | | 1900s | 47.0 | |
| | Mid-Gordon | 57.9 | | | 1945 | 95.0 | |
| | Upper Gordon | 93.2 | | | 1945 | 80.0 | |
| Howe Sound | Entire area | 26.8 | 1957, 1968, 1979, | 1:12,000 | | | quartzdiorite, gneiss, |
| | Montizambert | 4.3 | 1982, 1990, 1996 | 1:20,000 | 1968 | 8.0 | schist, granodiorite, |
| | Strip | 0.3 | | | none | 0.0 | and volcanic |
| | Charles | 1.8 | | | n/a | 1.0 | |
| | Turpin | 0.4 | | | 1966 | 25.0 | |
| | Newman | 1.8 | | | 1966 | 16.0 | |
| | Lone Tree | 1.2 | | | none | 0.0 | |
| | Rundle | 0.3 | | | none | 0.0 | |
| | Harvey | 7.0 | | | 1966 | 22.0 | |
| | Alberta | 1.2 | | | none | 0.0 | |
| | Magnesia | 4.7 | | | 1960 | 32.0 | |
| | M | 3.8 | | | 1960 | 38.0 | |
| San Juan[b] | Studied portion of basin | 517.0 | 1952, 1968, 1980, 1992 | 1:13,000 1:35,000 | 1950s | 25.0 | granodiorite, greywacke, diorite, argillite, schist, and quartz diorite |

[a] Logging started around 1910 and by the 1930s, much of the easily accessible timber along the main river valley flat had been harvested. However, logging on steeper tributaries continued during the 1980s.

[b] Logging date and the size of logged area are based on average of range of value reported by Northwest Hydraulic Consultants (1997).

inventories based on aerial photographic interpretation and those based on fieldwork. In clearcut areas, 50% of the recent landslides was visible at the scale of 1:6000, whereas only 5% was visible in forested basins (Robison et al., 1999). Using 1:15,000 scale, Brardinoni reported that 38% and 15% of the failures in cut-blocks and forested areas, respectively, were visible on aerial photographs. However, the studies are not fully comparable because they were conducted in different physiographic regions and used different scales of photography in their analyses.

Data for each study basin (Table 1) were obtained from aerial photography, with a nominal scale range between 1:11,000 and 1:20,000. The quality of the photography and basin coverage is considered to be very good. Mass wasting inventories were conducted using overlapping pairs of photographs set up in a stereoplotter. Each event was traced, transferred to a 1:5000-scale map, and then plan measurements of width and length were made. This method allows precise measurements of the dimensions of each mass wasting event. In order to compare the distribution of

events between forested and logged areas, we excluded failures older than 30 years. Also, such events (because of vegetation recolonization) are difficult to identify and measure on aerial photographs (e.g., Jakob, 2000). Due to identification problems, failures smaller than 200 $m^2$ were also excluded. Therefore, the reported information in this paper applies to those events $>200$ $m^2$ and younger than 30 years with clearly visible features on each pair of aerial photographs.

At the initiation point of each failure, the height of the terrain was recorded; and the slopes were trigonometrically calculated from the differences in elevation and distances. Errors of the slope measurements at the 1:5000 scale are in the range of 2°, which are considered to be relatively small because of the steep nature of the terrain (Rood, 1984). In both forested and logged areas, the magnitude and frequency of mass wasting events were calculated using the number and volume of slope failures, hillslope area, and number of years during which mass wasting occurred in forested areas and the number and volume of slope failures, the logged area, and the average age of logging in that area.

Although episodic mass wasting includes a wide range of processes, in this study, basins (e.g., Church, 1983), debris slides, and flows are the dominant processes and are the focus of this paper. Each failure was described by the following attributes: type of forest land use, location and slope gradient at the initiation point, slope form (profile), stream connection, and bedrock geology. Mass wasting events were classified as either clearcut, forested, or road-related failures. For location, events were divided into open slope, headwall, sidewall, or gully channel categories. Slope forms were categorized into convex, concave, straight, and complex profiles. Each event was divided into initiation zone, transport zone, and, if visible, depositional zone. The volume of the mobilized material was estimated using the width, length, and depth of the failure in the initiation and transportation zones. Both length and width were measured directly from aerial photographs while the depth was estimated. Overall, average volume determined from aerial photographs tends to slightly underestimate that determined from field measurements (Rood, 1984). For failures of the magnitude considered in this paper, Rood (1984) estimated the error to be roughly 20%. Based on 45 events surveyed in the Queen Charlotte Islands, Smith et al. (1983) reported that the average depth of soil removal in the initiation zone was about 0.44 m. Rood (1984) estimated the dominant value in the Queen Charlotte Islands to be about 0.5 m, but used values ranging between 0.5 and 2 m. For the Capilano River basin, located within the same physiographic region as our study basins, Brardinoni (2001) surveyed 161 events and reported an average depth for the initiation and transportation zones of 0.90 m ($\pm$ 0.1). This estimate was based on landslides ranging in size from 10 to 12,000 $m^3$ and therefore, includes small features that do not register in aerial photography. Given that the present analysis is based on such photography, Brardinoni's estimate is likely to be too low. From our extensive field experience in the region, we therefore adopted an average depth of soil removal of 1 m in all our calculations. The adoption of this constant depth overestimates volumes calculated for small events and underestimates those of large events. We expect the error to be similar to that reported by Brardinoni (2001).

## 4. Results

### *4.1. Site characteristics and slope failure*

Regional scale slope failure magnitude and frequency are often assumed to be controlled by geology, physiography, and climate (e.g., Sidle et al., 1985). Linking mass wasting processes to specific environmental conditions would help in developing predictive tools for both logged and forested areas. Also, site characteristic descriptions of initiation and deposition zones could potentially be used to explain some of the variability in the mass wasting frequency and magnitude. The problem with the factors of geology, physiography, and climate as independent explanatory variables is that regional values are insufficiently sensitive. The only unambiguous data on regional geologic controls of mass wasting activity in British Columbia known to the authors are found in Sterling (1997). Landslides analyses in the Queen Charlotte Islands (e.g., Rood, 1990; Rollerson, 1992; Martin et al., 2002) achieved no satisfactory explanation from geologic factors and neither have we.

We therefore turned to slope-specific geometric characteristics in order to improve predictive capacity.

The impact of mean slope gradient on the frequency of mass wasting by events in the study basins was examined. In both clearcut and forested areas, the slope failures are controlled by the distribution of the steep slopes in the examined terrain, which may or may not be reflected in the average calculated slope from maps. Fig. 2A and B presents two examples from the Gordon and Chilliwack basins. In both cases, two types of results are presented: (i) for several subbasins and (ii) for the entire basin. Analysis on the subbasin level was designed to explore interbasin variability, which could be attributed to local site characteristics such as bedrock and slope shape. The frequency of mass wasting events is correlated with the mean slope gradient. Given that the data are normally distributed, we performed *t*-tests in order to examine the differences in the failure initiation slope between clearcut and forested areas (Table 2).

Fig. 2A shows the mean gradient of the clearcut and forested terrains for the entire Gordon basin and subbasins. Since no distinction was made based on mass failure mode, we present both debris flows and debris slides together on the figure. For all cases, the differences between forested and clearcut are statistically significant (Table 2). Although in some cases, we have relatively small numbers of mass wasting events, they behaved in a consistent way. The critical observation is that clearcutting has made the Gordon River basin as a whole, and its tributary basins are more vulnerable to slope failure. The mean gradient for mass wasting initiation in the clearcut areas is as low as 23°, while the comparable figure for naturally forested areas is 34°.

The Chilliwack basin as a whole (Fig. 2B) confirmed the distinct differences between clearcut and forested areas and demonstrated the increased vulnerability to slope failure resulting from clearcutting. In the case of debris flows, however, the differences are statistically significant while for debris slides, they are insignificant (Table 2). The mean gradient for mass wasting initiation in clearcut areas in the Chilliwack basin is 36°, and the comparable figure for undisturbed forested areas is 41°. Clearly, the Chilliwack basin is more stable than the Gordon basin; this may be due to a number of factors that we have not investigated systematically.

The Chilliwack data are also broken down into debris flow and debris slide occurrences, and each




Fig. 2. Relation between mass wasting events and average slope for logged and forested areas. (A) Gordon River, (B) Chilliwack River, (C) all study areas. Bars indicate standard deviation about the mean (notations: df is debris flow, ds is debris slide, clear is clearcut, and natural is old growth).

process behaves consistently with the overall generalization above (Fig. 2B). However, results from the two subbasins that were examined within the Chilliwack basin were anomalous. In the Nesakwatch subbasin, both debris slides and debris flows in clearcut and

Table 2
Comparison between debris flow (df) and debris slide (ds) initiations in natural forest and clearcut

| Drainage basin | Subbasin | Failure type | Degrees of freedom | *t*-Value | *p*-Value |
|---|---|---|---|---|---|
| Chapman Creek | | df | 41 | 0.088 | 0.224 |
| | | ds | 50 | 1.229 | 0.930 |
| Chilliwack River | | df | 113 | 1.910 | 0.058 |
| | | ds | 45 | 1.778 | 0.082 |
| | Centre Creek | df | 35 | 3.645[a] | 0.001 |
| | | ds | 14 | 0.999 | 0.334 |
| | Nesakwatch Creek | df | 72 | 0.800 | 0.426 |
| | | ds | 27 | 0.525 | 0.603 |
| Gordon River | Entire basin | ds and df | 166 | 8.643[a] | 0.000 |
| | Braden | ds and df | 23 | 3.210[a] | 0.003 |
| | Bugaboo | ds and df | 6 | 3.200[b] | 0.018 |
| | Loup | ds and df | 77 | 3.488[a] | 0.001 |
| | Lower Gordon | ds and df | 18 | 3.196[a] | 0.005 |
| | Upper Gordon | ds and df | 34 | 4.446[a] | 0.000 |
| Howe Sound | | df | 25 | 3.165[a] | 0.004 |
| | | ds | 41 | 2.181[b] | 0.035 |

[a] Significant at the 0.01 level.
[b] Significant at the 0.05 level.

forested areas were statistically indistinguishable (Table 2). The mean gradients for initiation of mass wasting for clearcut and forested areas were 37° and 34°, respectively. That is to say that in this tributary basin, the undisturbed forested areas were apparently more vulnerable than the clearcut areas. This result seems counterintuitive but indicates that the more recent logging that has occurred in the Chilliwack valley is more sustainable and has evidently avoided the less stable slopes. Also, notably, the statistical scatter in this tributary is high. In the Centre subbasin, mean slope gradient for initiation of mass wasting in forested areas was consistent with the view that the forested areas are less vulnerable to slope failure at lower gradients. Debris slides, however, in contrast with debris flow occurrences, were not statistically distinguishable in forested and clearcut areas (Table 2).

For comparison, results from four entire basins are presented in Fig. 2C. In the Gordon River and Howe Sound basins, the differences between the logged and forested events are statistically significant, while mixed results were obtained for the Chilliwack basin, and nonsignificant results for the Chapman Creek basin (Table 2). Fig. 2 demonstrates the complex response of the subject basins to disturbance. Some of the variability could probably be related to local environmental conditions and logging methods.

The above results are based on the analysis of a number of mass failure events in the study basins. Repeating the same analyses using the mobilized sediment volume instead of the number of mass wasting events revealed different results. Plotting the volume of each mass wasting event versus the mean gradient yielded very scattered results with very weak or no relations (Fig. 3). In this plot, the road-related debris flows were separated out from the clearcut and natural forested areas. The relation is weak or non-existent because of a few large mass wasting events that plot one order of magnitude above the bulk of the data. Therefore, we decided to examine the relation between the mean volume of the mobilized sediment and mean slope. The results are presented in Fig. 4. Reasons for the complexity of Fig. 3 became apparent immediately. Although the gradient at which mass wasting is initiated is generally lower in the logged basins, the volume of debris mobilized is comparable, or at least statistically indistinguishable, between logged and forested basins. What this figure appears to tell us is that when slope failure occurs, at whatever slope angle above a certain minimum (say 30°), the total volume of debris released is comparable. This also holds true for the small basins located on the eastern shore of Howe Sound, whose data have been added to those of the Chilliwack basin in Fig. 4. Data




Fig. 3. Relation between volume of sediment mobilized by debris flows and average slope for clearcut, road, and natural areas in the Chilliwack basin.

from the small basins tributary to Howe Sound showed that the volumes of sediment released from both slides and debris flows were statistically similar from clearcut and forested areas.

The general conclusion from this section is that basin vulnerability is increased under clearcutting by comparison with natural forested areas in that mass wasting is initiated on gentler slopes. The total volume of debris mobilized at these lower gradients is comparable with that mobilized at gradients as much as 10° steeper in natural forested areas.

### 4.2. Frequency and magnitude of events

In forested terrain, landslide frequency varied between 0.003 #LS/km$^2$/year (Chapman Creek) and 0.5 #LS/km$^2$/year (subbasin L4—Gordon River), with an average value of 0.06 #LS/km$^2$/year. Landslide frequency in logged areas ranged from 0.03 #LS/km$^2$/year (Lower Gordon River) to 4.17 #LS/km$^2$/year (Turpin Creek–Howe Sound), with an average value of 0.87 #LS/km$^2$/year. Timber harvesting, therefore, accelerated the mass wasting frequency by 14.5 times.

The distribution of the magnitude of slope failures in both logged and forested areas was examined. The data were grouped into scale intervals equal to the mean volume of the slope failure process in each study area. Due to the exploratory nature of the study, a few empirical distribution functions were tested, specifically the exponential, gamma, and lognormal functions. The similarity between the fitted model and the observed data was examined using the $\chi^2$ test at the $\alpha = 0.01$ level for declaring a significant result. This relatively permissive criterion for rejecting the null hypothesis was selected in this exploratory work to ensure that any possibly significant model be noted. In summary, an exponential model (the special case of the gamma model) described best most of the examined cases, while the two-parameter gamma distribution fitted the others best.

Fig. 5 presents the frequency distribution of landslides and debris flows from clearcut, road-related,




Fig. 4. Relation between mean volume of mobilized sediment and average slope for forested and logged areas in the Chilliwack and Howe Sound basins. Data for debris slides and debris flows are plotted separately. Bars indicate errors around the mean of slope gradient and mobilized volume (for notations, see Fig. 2).




Fig. 5. Frequency distributions of landslide and debris flow events for logged and forested areas in the San Juan basin. The data were grouped within intervals equal to the mean volume of the mobilized material for each examined category.

and forested areas in the San Juan basin. Despite the land use differences, the three landslide cases yielded exponential distributions (Fig. 5A–C). However, the variability in landslide size in forested areas is relatively high with a distinct secondary mode around 9000 $m^3$. About 42% of the landslides in both clearcut and forested areas have a volume $\leq 1000$ $m^3$. A slightly higher value was obtained for the road-related landslides. Furthermore, very few landslides with a volume $\geq 6000$ $m^3$ were found in clearcut and road-related landslides. Although the fitted models for all three cases were similar, the proportion of large landslides ($\geq 6000$ $m^3$) in forested areas was almost three times of that in the logged areas.

The distribution of debris flows in forested areas exhibits a secondary mode, which is very pronounced around 5000 $m^3$ and has a relatively short tail (Fig. 5D). About 50% of the events have a volume $\leq 4500$ $m^3$. The gamma model yielded a peaked curve for this case, however, and $\chi^2$ values suggest that the fitted distribution is similar to the measured data. The clearcut areas yielded a peaked distribution, with a secondary mode around 10,000 $m^3$ and a relatively long tail (Fig. 5E). The $\chi^2$ test indicates that the fitted and measured curves are similar. In the case of road-related debris flows, the exponential distribution was found to fit the data (Fig. 5F). For this category, most of the events are small and the outcome is similar to that obtained for the landslides.

### *4.3. Temporal distribution of mass wasting events*

The historical stability of the examined basins is documented by analysing mass wasting events on air photographs taken over the last half century. Complete historical coverage is available for Chapman Creek between 1946 and 1999 and for Howe Sound between 1957 and 1996 (Table 1) with a time interval between the photograph sequences of about 10 years. Although the time interval depended on photograph availability, it is long enough to include at least one major storm adequate to initiate a relatively large number of slope failures (e.g., Rood, 1984).

Logging in Chapman Creek began in the 1930s and continues today in the upper parts of the basin. Changes in the number of mass wasting events in Chapman Creek are presented in Fig. 6A. In 1946, the number of slope failures in clearcut areas was about 200% that of forested areas, while both areas yielded about the same number of events in the 1950s. After 1960, a sharp increase in the number of events from clearcut areas is evident (Fig. 6A), an increase of about seven times more than forested areas. A similar pattern was obtained for 1975 and 1980 (1970s and 1980s), while roads initiated most of the mass wasting events in 1990. Prior to 1970, relative to both clearcut and forested areas, the number of road-related events was small. The road-related failures peaked in the 1970s with a secondary mode in the 1990s.




Fig. 6. History of logging and temporal changes in number of mass wasting failures in clearcut, road, and natural areas: (A) Chapman Creek and (B) Howe Sound basins.

Overall, the number of in-clearcut failures per decade is apparently proportional to the extent of area logged. Road-related failures do not display a similar pattern, suggesting that in places, the terrain has responded with different degrees of sensitivity in response to drainage disturbance (water diversion and conveyance).

Logging in the Howe Sound basins was limited to a short period of time (Table 1). Analysis of historical

slope failure in the basins is presented in Fig. 6B. Road construction began in 1957, and therefore, mass wasting was limited to forest and road-related areas. In 1968, a few years after logging began, both clearcut and forested areas yielded about the same number of failures but most of the mass wasting events were recorded in road-related areas; this was more than twice the number from other areas. The spread of mass wasting events declined in 1979 and both road-related and clearcut failures were about the same magnitude. In 1990 and 1996, the number of slope failures from logged and forested areas was relatively small and both areas yielded about the same number of events.

Contrasting logging histories of Nesakwatch Creek and Centre Creek in the Chilliwack basin yielded similar results to those obtained for Chapman Creek. In the former, logging peaked in the period 1966–1975 at 0.26 $km^2$/year, whereas in the latter, logging was active in the period 1940–1965 at 0.17 $km^2$/year, almost ceased in the period 1976–1985, and peaked in 1986–1992 at 0.43 $km^2$/year. Road-related failures reached a maximum frequency of almost 3/year in Centre Creek in most recent period.

The analysis presented in Fig. 7 plots the volume of mobilized material versus the year of photography inventory. Between 1946 and the 1980s, the clearcut areas yielded the highest volume of mobilized material in Chapman Creek (Fig. 7A). Although the number of events in the 1940s and 1950s in both forested and clearcut areas was about the same, the volume of mobilized material from the latter was about twice of that calculated for the former land use category. If compared to the area logged, volumes from clearcuts are unexpectedly high in the first two decades; similar high rates of volumes mobilized on undisturbed land would suggest that such a period be characterized by a critical climatic condition for landslide initiation. The road-related failures yielded higher volumes than the clearcut areas only in the 1990s. In Howe Sound basins (Fig. 7B), road-related events yielded higher volumes than those from clearcut or forested areas. About 45% of the road-related volume moved in 1957, whereas for the clearcut areas, about 90% of the material moved in 1968 and 1979. These observations indicate the improvement on road construction techniques over the last 40 years and also the more rapid response time of road-related failures as compared to the clearcut failures.




Fig. 7. History of logging and temporal changes in the volume of mobilized material in clearcut, road, and natural areas: (A) Chapman Creek and (B) Howe Sound basins.

Historical changes in the occurrence of mass wasting events could be used to assess the recovery of the landscape after a major disturbance. If everything is equal, then differences in the magnitude and frequency of mass wasting events between logged and forested areas could be attributed to land use. During and immediately after the logging, the volume and number of events are expected to increase in the disturbed areas. After some time, the number of events in the logged areas is expected to decrease until it reaches about the same number as that obtained for forested areas. Sidle et al. (1985) defined the time interval from 3 to 9 years after logging as the period of greatest susceptibility to landslide occurrence in terms of net rooting strength. According to their approach, general recovery of rooting strength

should take place within 20 years. In the Howe Sound basins, the number of mass wasting events yielded from clearcut and road-related areas declined to a level similar to that obtained for forested areas by the year 1990. This might indicate that it took about 20 years for the basins to recover from the impact of logging. A more complex pattern was obtained for the Chapman Creek basin. This is probably due to the duration and continuity of logging in these basins. Changes in road-building technology and changes in the geographical regions of the basins logged are also significant.

### 4.4. Density of mass wasting

The density of mass wasting events in study basins was examined. Mass wasting density was defined as the number of events per unit area (e.g., Jakob, 2000). However, the published data from other parts of British Columbia cover a range of time scales. In order to compare our analysis with published data, we calculated the density as the number of events per unit area per unit time. Fig. 8 presents the relation between mass wasting density and percentage of logged area per basin for the Howe Sound, Gordon, and Chilliwack basins. Data from the Queen Charlotte Islands (Rood, 1984) and Clayoquot Sound in Vancouver Island (Jakob, 2000) regions of British Columbia and the functional relation suggested by Jakob (2000) are plotted for comparison. The figure shows




Fig. 8. Relation between mass wasting density (number/km$^2$/year) and the percent of logged area for Gordon River, Howe Sound basins, and Chilliwack basin. For comparison, data from Queen Charlotte Islands (Rood, 1984) and Clayoquot Sound are also presented.

that the data are very scattered; for a given area, the mass wasting density ranged over at least one order of magnitude. For forested areas (with no logging), the mass wasting density ranged over three orders of magnitude. For areas with < 40% logging, a positive but weak correlation exists between the mass wasting density and percentage of logged area in the basin. For areas with intensive logging (>40%), no particular trend exists for either Queen Charlotte or Gordon data. The Queen Charlotte data plotted near the upper envelope of the data while the Gordon and Clayoquot Sound data plotted near the lower envelope (about one order of magnitude below the Queen Charlotte data). In fact, the Gordon data extended the Clayoquot data because they both have the same bedrock and physiography. However, the Howe Sound data are scattered all over the range of mass wasting density data presented in the figure. The relatively high mass wasting density in the Queen Charlotte data could be due to the following reasons: (i) volcanic bedrock, (ii) erodible surface material in the Queen Charlotte, (iii) intense rain storms, (iv) relatively steep slopes, and (v) seismic activity.

### 4.5. Sediment yield

In forested terrain, annual yields ranged between 4.2 m$^3$/km$^2$/year for Alberta Creek and 210 m$^3$/km$^2$/year for Strip Creek (both Howe Sound). For forested slopes, the average rate of mass wasting yield was found to be 42.6 m$^3$/km$^2$/year. The annual yield from the logged areas ranged from 368 m$^3$/km$^2$/year of Chapman Creek to 14,693 m$^3$/km$^2$/year of Alberta Creek (Howe Sound), with a mean rate of 1102 m$^3$/km$^2$/year (Table 3). Mean sediment yield from logged areas was about 30 × of that calculated for forested areas. The accelerations in the sediment yield from the logged areas in the study basins fall within the range of values obtained for the Pacific Northwest region (Table 3).

One of the main concerns of forest managers is the amount of mobilized sediment from both forested and logged areas and the volume entering the streams. The annual yield data of the study basins and for the Queen Charlotte Islands (Rood, 1984) are presented against the percent of area logged (Fig. 9). Both the Queen Charlotte data and those from basins in this study have about the same range of volumes.

Table 3
Mass wasting yields from studies in the Pacific Northwest

| Source | Location | Period of record | | Study area ($km^2$) | Number of landslides | | Yield ($m^3/km^2/year$) | | Yield acceleration (logged/natural) |
|---|---|---|---|---|---|---|---|---|---|
| | | Logged | Natural | | Logged | Natural | Logged | Natural | |
| Fiksdal (1974) | Olympic Pen., Washington | 6 | 84 | 24.4 | 83 | 25 | 11,770.0 | 70.0 | × 168 |
| O'Loughlin (1972) | Coast Mountains, BC | 32 | 32 | 276.7 | 29 | 29 | 308.0 | 11.0 | × 28 |
| Rood (1984) | Queen Charlotte Islands, BC | 7 | 40 | 350.0 | 463 | 729 | 9680.0 | 110.0 | × 88 |
| This study | Howe Sound (Coast Mountains) | 19 | 59 | 23.5 | 97 | 32 | 1676.2 | 41.5 | × 40 |
| | Montizambert Creek[a] | n/a | 59 | 4.3 | | 2 | | 8.7 | |
| | Strip Creek[a] | n/a | 59 | 0.3 | | 1 | | 210.2 | |
| | Turpin Creek[a] | 12 | 59 | 0.4 | 5 | 1 | 12,116.7 | 0.0 | |
| | Newman Creek[a] | 20 | 59 | 1.8 | 15 | 3 | 2097.2 | 27.6 | × 76 |
| | Harvey Creek[a] | 12 | 59 | 7.0 | 35 | 10 | 2406.9 | 58.1 | × 41 |
| | Alberta Creek[a] | 30 | 59 | 1.2 | 5 | 1 | 14,693.7 | 4.2 | × 3498 |
| | Magnesia Creek[a] | 20 | 59 | 4.7 | 6 | 14 | 507.7 | 91.6 | × 6 |
| | M Creek[a] | 20 | 59 | 3.8 | 31 | 0 | 1354.7 | 0.0 | |
| | Centre Creek (Cascade Mountains) | 25 | 53 | 38.0 | 74 | 28 | 878.1 | 91.5 | × 10 |
| | Nesakwatch Creek (Cascade Mountains) | 30[b] | 53 | 48.0 | 129 | 40 | 2032.0 | 43.5 | × 47 |
| | Chapman Creek (Coast Mountains) | 60[b] | 90 | 56.0 | 142 | 16 | 368.2 | 13.2 | × 28 |
| | San Juan River (Vancouver Island) | 30[b] | 60 | 517.0 | 439 | 156 | 555.2 | 23.2 | × 24 |

[a] Part of Howe Sound area.
[b] Due to the continuous pattern of logging through time, period of record was probably overestimated.

There are just two outliers from the Howe Sound and Chilliwack basins. This might be due to the limited amounts of available sediment (i.e., supply limited), the relatively gentle topography, and the low density of gullies. The figure demonstrates the lack of relation between the mobilized volume and logged area (expressed as percent of total area). However, the volume calculations assumed the same depth for all events, and this may be responsible for the absence of systematic variations with the percent of logged area.




Fig. 9. Relation between mass wasting yield (volume/$km^2$/year) and the percent of logged area for Howe Sound areas and Chilliwack basin. Data from the Queen Charlotte Islands (Rood, 1984) are presented for comparison.

## 5. Discussion

The response of a drainage basin to timber harvesting and management practices is complex and controlled by a large number of interrelated variables. These can be grouped into three categories: biophysical conditions of the drainage basin, hydrometeorological variables, and anthropogenic factors. In addition to the magnitude of the meteorological events, the response of a drainage basin depends on the temporal sequencing of the mobilizing events. Most existing studies

were conducted in relatively small headwater basins, which are likely to exhibit detectable changes in the sediment transfer regime following harvesting activities. For relatively larger basins where there is an increased opportunity for sediment storage, harvesting-related changes are more difficult to identify. Additionally, harvesting can be expected to affect proportionately larger parts of small basins, whereas only smaller parts of the larger basin will be affected in any given time period. In large basins, sediment contribution from natural areas may counterbalance increased localized erosion following harvesting (e.g., Ambers, 2001).

In this study, we demonstrate the complex response of basins to timber harvesting. Traditionally, mass failures were assumed to be controlled by site characteristics and climatic conditions (e.g., Rood, 1990; Rollerson, 1992; Jakob, 2000). Relating bedrock type to the volume of mobilized material and number of failures yielded a wide range of values for a given lithology; Rood (1990) reported similar results for the Queen Charlotte basins. Apparently, mapped bedrock has little impact on the number of mass failure events; this could be due to the small scale of geological maps that has been used and to the fact that most of the events are shallow and limited to the regolith. However, the relatively high volumes of failures in the Chilliwack basins could perhaps be attributed to some of the less resistant underlying lithologies.

Most of the mass wasting events from logged areas in Chapman and Gordon Creeks occurred on mean slopes of 23° or steeper, whereas in the forested areas, they were confined to slopes steeper than 34°. In other basins, the differences between logged and forested basins were smaller and, in a small number of subbasins, insignificant. Rood (1990) reported that the majority of landslides from forested and logged areas was initiated on slopes steeper than 35°. Similarly, Jakob (2000) reported that the majority of landslides in forested areas occurred on slopes steeper than 40°, whereas in logged areas, on slopes steeper than 35°. In this study, the mean slope for the initiation of mass failures in logged areas for Gordon and Chapman Creeks was lower than that reported by Rood and Jakob. The differences could be attributed to local conditions, such as bedrock and slope shape, or to the extent of logging in both basins (>50% of the basin area).

Timber harvesting and road building accelerate the overall frequency of mass wasting events. Logging alters the relative size of mass failure and increases the number of relatively small events. The increase in the frequency of mass wasting in the study basins falls in the range of published data from different parts of the Pacific Northwest (e.g., Swanston and Swanson, 1976; Jakob, 2000) but a little lower than the values reported for the Queen Charlotte Islands (e.g., Rood, 1984; Schwab, 1998). In most of the cases, debris flows and landslides in both logged and forested areas follow an exponential function. However, the variability in mass wasting size in forested areas is much higher than that obtained for logged areas. In addition, a secondary mode is distinct in the frequency of events in the forested areas. For the effective management of forestry resources, frequency of mass wasting events can be described by a mathematical function for predictive purposes. If the mean size of mass wasting events is known or can be estimated (for example, using Figs. 8 and 9), an exponential function (or gamma function) depicting the frequency distribution could be generated and used in forest management practices. For management purposes, prediction of the frequency of mass wasting events would be useful if they made on a regional basis and related to the site characteristics of the examined areas. Overall, the paper demonstrates that such regional relations depend on the physiography of the examined region, age, and method of logging, and history of climatic events in the region. The major limitation of the mass wasting predictive model is the need for empirical data with which to develop the regional relation.

The duration of accelerated erosion from logged areas is not known. A key question in forest management is the recovery time of the area following timber harvesting. Based on vegetation reestablishment, this may exceed 25 years (e.g., Sidle et al., 1985). Historical analysis of mass wasting events yielded about 20 years in the case of Howe Sound basins, which confirms the suggested value in the literature. However, continuous disturbance of the basin may extend the recovery period for the whole basin well beyond the 20 years as exemplified in the Chapman Creek.

This study demonstrates the complexity of watershed response to forest management practices. Landscape stability is a function of the spatial and temporal distributions of the resisting and disturbing forces

(Brunsden, 1993). Intra- and interbasin variability in sediment mobilization due to mass wasting depends on the sensitivity of the landscape to changes (e.g., Brunsden and Thornes, 1979; Brunsden, 1980, 1993). Forest harvesting reduces the local resisting forces and can be considered to constitute an increase in the sensitivity of a landscape to climatic driving forces. This will result in an increase in landscape vulnerability to mass wasting events.

## 6. Conclusions

(i) The study demonstrates that broad-scale geological factors exert little control on slope failure magnitude and frequency. This is probably due to the small-scale geological maps that have been used and due to the fact that most of the events are shallow and limited to the surficial material that may or may not be derived primarily from the underlying bedrock.

(ii) The mean slope for the initiation of mass failure in logged areas was about 10° lower than in forested areas and was significantly lower than reported values (e.g., Rood, 1990; Jakob, 2000). Therefore, clearcut slopes are more vulnerable to mass wasting events than forested areas.

(iii) The distributions of mass wasting events follow a simple exponential function. Such a function can be used as a prediction tool in both logged and forested terrains.

(iv) The number of mass wasting events increases as the percent of the logged area per watershed increases. This effect is clear up to 40%, beyond that, no significant impact is detectable.

(v) Landscape recovery following forest harvesting requires about 20 years, which is roughly the time that it takes for the reestablishment of the vegetation. However, continuous logging may extend the recovery time well beyond the 20 years as demonstrated by this study.

## Acknowledgements

Chapman Creek landslide inventory was partially prepared by Bruce Thomson (BC Ministry of Environment). Ken Rood (Northwest Hydraulic Consultants) provided access to San Juan River sediment source database. Dan Hogan (BC Fisheries Centre) allowed access to the Gordon River Draft Report. Tom Millard (BC Ministry of Forests) suggested including the Chilliwack River in the study and kindly lent us aerial photos of the area. Jennifer Clarke (EBA Engineering Consultants) produced detailed information on the history of logging activities in Chapman Creek. Mike Church provided many suggestions and comments that greatly improved the paper. We thank M.A. Fullen, R.A. Marston, and an anonymous reviewer for their constructive comments on this paper.

## References

Alley, N.F., 1974. Terrain mapping and quaternary geology, southern Vancouver Island, British Columbia. Geological Survey of Canada Paper 74-1B. Vancouver, British Columbia, pp. 209 211.

Ambers, R.K.R., 2001. Using the sediment record in a western Oregon flood-control reservoir to assess the influence of storm history and logging on sediment yield. Journal of Hydrology 244, 181 200.

Bovis, M.J., Millard, T.H., Oden, M.E., 1998. Gully processes in coastal British Columbia: the role of woody debris. In: Hogan, D.L., Tschaplinski, P.J., Chatwin, S. (Eds.), Carnation Creek and Queen Charlotte Islands, Fish/Forestry Workshop: Applying 20 Years of Coast Research to Management Solutions. Land Management Handbook No. 41. British Columbia Ministry of Forests, Victoria, British Columbia, pp. 49 76.

Brardinoni, F., 2001. Identification of natural and logging-related landslides in the Capilano River basin (Coastal British Columbia): a comparison between remotely sensed survey and ground survey. MSc Thesis, Department of Geography, University of British Columbia, Vancouver, British Columbia, 127 pp.

British Columbia Government, 1995. British Columbia Forest Practices Code. British Columbia Government, Victoria, British Columbia, 216 pp.

Brunsden, D., 1980. Applicable models of long term landform evolution. Zeitschrift fur Geomorphologie, N.F. 36, 16 26.

Brunsden, D., 1993. Barriers to geomorphological change. In: Thomas, D.S.G., Allison, R.J. (Eds.), Landscape Sensitivity. Wiley, Chichester, UK, pp. 7 12.

Brunsden, D., Thornes, J.B., 1979. Landscape sensitivity and change. Transactions of the Institute of British Geographers 4, 463 484.

Chatwin, S.C., Howes, D.E., Schwab, J.W., Swanston, D.N., 1994. A guide for management of landslide-prone terrain in the Pacific Northwest. Land Management Handbook No. 18. British Columbia Ministry of Forests, Victoria, British Columbia, 220 pp.

Church, M., 1983. Concepts of Sediment Transfer and Transport in the Queen Charlotte Islands. Working Paper No. 32. British Columbia Ministry of Forests, Victoria, British Columbia, 23 pp.

Fiksdal, A.J., 1974. A Landslide Survey of the Stequaleho Creek

Watershed. Supplement to Final Report FRI-UW-7404 Fisheries Resources Institute, University of Washington, Seattle, WA, 7 pp.
Gimbarzevsky, P., 1988. Mass wasting on the Queen Charlotte Islands: a regional overview. Land Management Report No. 29. British Columbia Ministry of Forests, Victoria, British Columbia, 96 pp.
Grant, G.E., Wolff, A.L., 1991. Long-term patterns of sediment transport after Timber Harvest, Western Cascade Mountains, Oregon, USA. IAHS Publication 203. Wallingford, UK, pp. 31 40.
Hogan, D.L., Bird, S.A., Hassan, M.A., 1998. Spatial and temporal evolution of small coastal gravel-bed streams: the influence of forest management on channel morphology and fish habitats. In: Klingeman, P.C., Beschta, R.L., Komar, P.D., Bradley, J.B. (Eds.), Gravel-bed Rivers in the Environment. Water Resources Publications, Highlands Ranch, CO, pp. 365 392.
Holland, S.S., 1976. Landforms of British Columbia, a Physiographic Outline. Bulletin No. 48. BC Ministry of Mines and Petroleum Resources, Victoria, British Columbia, 138 pp.
Jakob, M., 2000. The impact of logging on landslide activity at Clayoquot Sound, British Columbia. Catena 38, 279 300.
Krag, R.K., Sauder, E.A., Welburn, G.V., 1986. A forest engineering analysis of landslides in logged areas on the Queen Charlotte Islands, British Columbia. Land Management Report No. 43. British Columbia. Ministry of Forests, Victoria, British Columbia, 138 pp.
Martin, Y., Rood, K., Schwab, J.W., Church, M., 2002. Sediment transfer by shallow landsliding in the Queen Charlotte Islands, British Columbia. Canadian Journal of Earth Sciences 39, 189 205.
Millard, T.H., 1993. Sediment in forested and logged gullies, coastal British Columbia. Unpublished MSc Thesis, Department of Geography, University of British Columbia, Vancouver, British Columbia, 202 pp.
Muller, J.E., 1987. Geology of Vancouver Island. Geological Survey of Canada, Open File 463 (Sheet 1 of 3), 1:250,000.
Northwest Hydraulic Consultants, 1997. Forest Harvesting, Terrain Stability, Channel Morphology and Fisheries Resources: San Juan River Watershed. Final Report (Unpublished), Vancouver, British Columbia, 66 pp.
O'Loughlin, C.L., 1972. An investigation of the slope stability of the steepland forest soils in the Coast Mountains, southwest British Columbia. PhD Thesis, University of British Columbia, Vancouver, British Columbia, 147 pp.
Reid, L.M., Dunne, T., 1984. Sediment production from forest road surfaces. Water Resources Research 20, 1753 1761.
Robison, E.G., Mills, K., Paul, J., Dent, L., Skaugset, A., 1999. Storm impacts and landslides of 1996. Final report, Forest Practices Technical Report No. 4. Oregon Department of Forestry, Corvallis, OR, 145 pp.
Rollerson, T.P., 1984. Terrain Stability Study TFL 44 Woodland Services Division, MacMillan Bloedel, Nanaimo, British Columbia, 86 pp.
Rollerson, T.P., 1992. Relationships Between Landscape Attributes and Landslide Frequencies After Logging: Skidegate Plateau, Queen Charlotte Islands. British Columbia Ministry of Forests, Victoria, British Columbia, 11 pp.
Rood, K.M., 1984. An aerial photograph inventory of the frequency and yield of mass wasting on the Queen Charlotte Islands, British Columbia. Land Management Report No. 34. British Columbia Ministry of Forests, Victoria, British Columbia, 55 pp.
Rood, K.M., 1990. Site characteristics and landsliding in forested and clearcut terrain, Queen Charlotte Islands, British Columbia. Land Management Report No. 64. British Columbia Ministry of Forests, Victoria, British Columbia, 46 pp.
Sauder, E.A., Krag, R.K., Wellburn, G.V., 1987. Logging and mass wasting in the Pacific Northwest with application to the Queen Charlotte Islands, BC. Land Management Report No. 53. British Columbia Ministry of Forests, Victoria, British Columbia, 26 pp.
Schwab, J.W., 1983. Mass wasting: October November 1978 storm, Rennell Sound, Queen Charlotte Islands, British Columbia. Land Management Report No. 91. British Columbia Ministry of Forests and Lands, Victoria, British Columbia, 23 pp.
Schwab, J.W., 1988. Mass wasting impacts to forest lands: forest management implications, Queen Charlotte timber supply area. In: Lousier, J.D., Still, G.W. (Eds.), Degradation of Forest Land: Forest Soil at Risk. Land Proceeding 10th BC Soil Science Workshop, Feb. 1986. Land Management Report No. 56. British Columbia Ministry of Forests, Victoria, British Columbia, pp. 104 115.
Schwab, J.W., 1998. Landslides on the Queen Charlotte Islands: processes, rates, and climatic events. In: Hogan, D.L., Tschaplinski, P.J., Chatwin, S. (Eds.), Carnation Creek and Queen Charlotte Islands, Fish/Forestry Workshop: Applying 20 Years of Coast Research to Management Solutions. Land Management Handbook No. 41. British Columbia Ministry of Forests, Victoria, British Columbia, pp. 41 48.
Sidle, R.C., Pearce, A.J., O'Loughlin, C.L., 1985. Hillslope stability and land use. Water Resources Monograph Series No. 11. American Geophysical Union, Washington, DC, 140 pp.
Slaymaker, O., 2000. Assessment of the geomorphic impacts of forestry in British Columbia. Ambio 29, 381 387.
Smith, R.B., Commandeur, P.R., Ryan, M.W., 1983. Natural revegetation, soil development, and forest growth in the Queen Charlotte Islands. Progress Report, Working Paper No. 7/83. BC Ministry of Forests and Ministry of Environment, Victoria, British Columbia, 44 pp.
Sterling, S.M., 1997. The influence of bedrock type on the magnitude, frequency and spatial distribution of debris torrents on northern Vancouver Island. MSc Thesis, Department of Geography, University of British Columbia, Vancouver, British Columbia, 117 pp.
Sullivan, K., 1985. Long-term pattern of water quality in a managed watershed in Oregon: 1. Suspended sediment. Water Resources Bulletin 21, 977 987.
Swanson, F.J., Fredrikson, R.L., McCorison, F.M., 1982. Material transfer in a western Oregon forested watershed. In: Edmonds, R.L. (Ed.), Analysis of Coniferous Forest Ecosystems in the Western United States. Dowden, Stroudsburg, PA, USA, pp. 233 266.
Swanston, D.N., Swanson, F.J., 1976. Timber harvesting, mass erosion, and steep land forest geomorphology in the Pacific Northwest. In: Coates, D.R. (Ed.), Geomorphology and Engineering. Dowden, Hutchinson Ross, New York, pp. 199 221.