# EXHIBIT 29

**T.R. Turner et al., *Landslide Densities Associated with Rainfall, Stand Age, and Topography on Forested Landscapes, Southwestern Washington, USA*, 259 Forest Ecology Mgmt. v. 259, 2233 2244 (2010)**

Forest Ecology and Management 259 (2010) 2233–2247

Contents lists available at ScienceDirect

Forest Ecology and Management

journal homepage: www.elsevier.com/locate/foreco

# Landslide densities associated with rainfall, stand age, and topography on forested landscapes, southwestern Washington, USA

Ted R. Turner [a,*], Steven D. Duke [b], Brian R. Fransen [c], Maryanne L. Reiter [a], Andrew J. Kroll [c], Jim W. Ward [d,1], Janette L. Bach [e], Tiffany E. Justice [d], Robert E. Bilby [c]

[a] Weyerhaeuser Timberlands Technology, Springfield, OR 97478, USA
[b] Weyerhaeuser Statistics Modeling and Operations Research, Federal Way, WA 98001, USA
[c] Weyerhaeuser Timberlands Technology, Federal Way, WA 98001, USA
[d] Weyerhaeuser Timberlands Technology, Centralia, WA 98531, USA
[e] Weyerhaeuser Timberlands Information Technology, Federal Way, WA 98001, USA

ARTICLE INFO

*Article history:*
Received 19 November 2009
Received in revised form 28 January 2010
Accepted 28 January 2010

*Keywords:*
Detection probability
Landslides
Landslide density
Precipitation
Stand age
Topography
Washington

ABSTRACT

Elevated landslide rates in forested landscapes can adversely impact aquatic habitat and water quality and remove and/or degrade soil resources required for forest regeneration. As a result, understanding the associations between management actions, natural factors, and landslide rates is important information needed for land managers. An unusual and powerful storm in early December, 2007, caused record flooding and thousands of landslides across southwest Washington and northwest Oregon, USA, and provided a rare opportunity to examine the effects of both natural factors and forest management practices on landslide density. Landslide inventory data were collected from both aerial photos and systematic field surveys to provide a broad survey database that was used to develop estimates of landslide density and to examine associations between landslide density, precipitation, topography, and forest stand age across a 152,000 ha forested landscape in the Willapa Hills, Washington. We estimated the probability of detecting landslides on aerial photos for six strata defined by forest stand age and a broad range of rainfall intensity, expressed as percent of the 100 year, 24 h, maximum rainfall. Key findings are that landslide detection probability decreased with increasing stand age, but was similar across rainfall intensities. The overall fraction of field detected landslides that were not detected on 1:12,000 scale aerial photos was 39%. Very few landslides occurred in the 0 100% of 100 year rainfall category, regardless of stand age or slope gradient class. At higher rainfall intensities, significantly higher landslide densities occurred on steep slopes (>70% gradient) compared to lower gradient slopes, as expected. Above ∼150% of 100 year rainfall, the density of landslides was ∼2 3 times larger in the 0 5 and 6 10 year stand age categories than in the 11 20, 21 30, 31 40, and 41+ categories. The effect of stand age was strongest at the highest rainfall intensities. Our results demonstrate that ground based landslide inventory data are required in order to correct for detection bias from aerial photos, develop reasonable estimates of landslide density across environmental gradients such as rainfall magnitude and topography, and make unbiased interpretations of relationships between forest management associations and landslide occurrence.

© 2010 Elsevier B.V. All rights reserved.

## 1. Introduction

Landslides are a frequent and natural occurrence in the coastal mountainous regions of the Pacific Northwest, USA, and occur most commonly during high magnitude, low frequency storms. Land slides shape landforms and influence ecosystem functions and biological diversity in positive ways (Geertsema and Pojar, 2007; Restrepo et al., 2009), including the mobilization and delivery of sediment and organic matter necessary for maintaining high quality aquatic habitat (Reeves et al., 1995). Conversely, commer cial forest management practices, including timber harvest and road construction, are regulated in the state of Washington to minimize the occurrence of management related landslides because an increase in the natural landslide background rate has been identified as a factor that can potentially degrade aquatic habitat and water quality (Sidle et al., 1985). Landslide producing storms provide an opportunity to monitor and examine the effectiveness of management practices.

* Corresponding author at: Weyerhaeuser Company, Weyerhaeuser Timberlands Technology, Environmental Forestry Research, 785 North 42nd St., Springfield, OR 97478, USA. Tel.: +1 541 988 7529.
*E-mail address:* ted.turner@weyerhaeuser.com (T.R. Turner).
[1] Retired.



0378-1127/$ – see front matter © 2010 Elsevier B.V. All rights reserved.
doi:10.1016/j.foreco.2010.01.051

An unusual and powerful storm in early December, 2007, caused record flooding and triggered thousands of landslides across many areas of southwestern Washington and northwestern Oregon (Reiter, 2008). Rainfall totals, flood magnitudes, and landslide densities were observed to be particularly high in the upper Chehalis River basin, with a clear pattern of decreasing rainfall, flooding, and landslide density radiating outward from that area. The variable intensity of the storm, paired with the availability of detailed data describing the storm and the affected landscape, created a unique research opportunity to examine how a range of natural and management induced factors were associated with the spatial distribution of landslides.

The most common approach for evaluating relationships between rainfall induced landslides and forest management influences is a comparative analysis of slides on forested and harvested land (Pyles and Skaugset, 1998). A landslide inventory is the most fundamental element of this analysis (McKean and Roering, 2004). Also, the relative influence of natural factors, such as rainfall intensity and topography, must be characterized before the potential effects of forest management can be evaluated.

Inventories of slope failures over large areas in rugged, forested terrain are commonly compiled by mapping landslides detected on low elevation, stereo aerial photography. Many factors hamper the development of accurate estimates of landslide density based on aerial photo data, most notably the inability to see small landslides under the forest canopy (Pyles and Froehlich, 1987; Robison et al., 1999; Brardinoni et al., 2003). Improving the analysis and identification of factors associated with trends in landslide density requires an unbiased estimate of landslide density across a range of stand ages (Pyles and Skaugset, 1998), which can be calculated by correcting photo based inventories with ground based data that quantify how many landslides were missed. Few previous studies have incorporated ground based inventories with systematic sampling methods in forested terrain (Brardinoni et al., 2003). Differences in sampling design among those studies that have corrected for variable detection (Swanson et al., 1977; Ketcheson and Froehlich, 1978; Martin, 1997; Robison et al., 1999) are substantial enough that the studies cannot be treated as replicates (Pyles and Skaugset, 1998).

Several landslide hazard investigations were conducted previously (1994 1997) in the study area as part of watershed analyses (Anon., 1995). Hazards maps developed for these assessments were based primarily on landslide inventory data collected from low elevation, stereo aerial photo flights over a period of several decades. Several landslide producing storms occurred during this period. Data from aerial photos were also used to assess potentially causal relationships between forest practices and shallow landsliding and to predict where landslides might occur in the future. However, no systematic, ground based inventory data were collected to correct for aerial photo detection bias and the analyses did not adequately control for natural factors, such as rainfall intensity and inherent stability hazard as determined from terrain characteristics.

The objective of this study was to develop estimates of landslide density from the December, 2007 storm and use them to examine associations with precipitation, topography, and forest stand age. This was a descriptive study focused on estimation rather than testing specific hypotheses.

## 2. Methods

### 2.1. Study area

The study area includes 152,000 ha of forest owned by Weyerhaeuser Company within the Willapa Hills physiographic province of southwestern Washington (Fig. 1). The area was selected to incorporate a broad range of rainfall amounts from the 2007 storm. We excluded areas near the coast that experienced little rainfall and significant timber blow down, as well as a portion of the Doty Hills where we did not have post storm aerial photo coverage.




**Fig. 1.** Map of Weyerhaeuser storm study area and ownership boundaries, southwestern Washington, USA, 2008–2009.

Most of the area that experienced the highest rainfall intensities is located in the upper Chehalis River basin, southeastern Willapa Hills, between the town of Raymond on the west and the Boistfort Valley on the east. Elevations range from 0 to 957 m. Topography is steep and rugged, particularly in the headwaters. Bedrock consists mostly of Eocene basalt that is complexly interbedded with volcanic breccias, tuffs, and marine sediments (Walsh et al., 1987). Areas dominated by sandstones and siltstones form the gentler slopes in the area. To the north and west of the Doty Hills, the study area is underlain primarily by Eocene through Miocene age marine sedimentary rocks. Resistant volcanic rocks form the higher and steeper landforms, as they do in the Chehalis River headwaters to the southeast.

The study area is located in both the Western Hemlock (*Tsuga heterophylla*) and the Coastal Sitka Spruce (*Picea stichensis*) Zones (Franklin and Dyrness, 1973). The landscape was dominated by second and third rotation stands varying in age from 0 to 70+ years and composed primarily of western hemlock and Douglas fir (*Pseudotzuga menziesii*).

Study area management practices include clearcutting followed by site preparation and planting with Douglas fir and western hemlock. Pre commercial and commercial thinning, aerial fertilization, and chemical control of competing vegetation are also done with varying frequencies. Douglas fir was the dominant conifer, although western hemlock dominated stands closer to the Pacific Ocean in the Coast Range. Dominant deciduous trees included red alder (*Alnus rubra*), bigleaf maple (*Acer macrophyllum*), and vine maple (*Acer circinatum*). Dominant understory species included salmonberry (*Rubus spectabilis*), salal (*Gaultheria shallon*), huckleberries (*Vaccinium* spp.), and swordfern (*Polystichum munitum*).

### 2.2. Characterizing the magnitude of the storm

Our objectives were to characterize spatial variation in precipitation intensity and the relative magnitude of that intensity

in the study area. We evaluated several sources of data for this task, including recorded climate station rainfall data, satellite imagery, and ground based radar. To put the station rainfall amounts in context of what they typically receive in large storms, we compared storm 24 h maximum station precipitation to published or estimated intensity duration values for the 100 year 24 h storm. We use the term 'relative magnitude' to describe the percent of actual rainfall to station estimate of the 100 year storm amount. Common interpolation techniques were used to develop the spatial coverages.

The December 1 4, 2007 storm produced large amounts of rainfall in a short period of time, record flooding, and high densities of landslides in some watersheds of western Oregon and Washington. The first of several storms in early December 2007 brought heavy snow to the mountains and lighter snow to low elevations throughout the region (due to the arctic air over the area). The second storm on December 2nd, which contained mild, subtropical air, caused rapid increases in temperature across the region and melted much of the new snow. Snowmelt totals generally ranged from 25 to 75 mm for areas below 1200 m (a relatively small amount compared to the extremely high rainfall amounts in some areas). On December 3rd, rainfall increased in intensity for areas in northwest Oregon and southwest Washing ton and, by December 4th, the precipitation had substantially diminished. Due to its more southerly track, the storm generated severe flooding in areas which generally receive lower amounts of rainfall, including the east side of the Oregon Coast Range, leeward side and low elevation areas of the Willapa Hills, and the east side of the Olympics. Rivers in these high rainfall intensity areas experienced record flooding. The upper Chehalis, Elwha, and Skokomish Rivers in Washington crested at new, all time records and the Nehalem River near Vernonia, OR, exceeded the discharge of the previous large flood for that area in February 1996. The United States Geological Survey (USGS) gage at Chehalis River at Doty, WA (Station number 1202000), had the greatest magnitude event with an estimated return period in excess of 500 years (Anon., 2008) and a discharge rate that was twice the previous peak of record.

We examined precipitation data from 74 climate stations in western Washington and northwestern Oregon to characterize the intensity and relative magnitude of precipitation during the storm. We used several lines of evidence to characterize the storm, including precipitation data from the climate stations, satellite imagery and radar. While NASA's Multi satellite Precipitation Analysis (MPA), which is based in part on the data collected by the Tropical Rainfall Measuring Mission (TRMM) confirmed the general pattern of the storm, it was not sufficiently accurate to capture actual rainfall amounts. The rainfall algorithms do not




Plaintiffs' Exhibit 29 Turner (2010) 4 of 16

**Fig. 2.** Maximum 24-h precipitation totals (mm) for western Oregon and Washington, USA, December 1–4, 2007.

perform well over land, especially mountainous regions (Scott Braun, NASA, pers. comm., December 2008). Next Generation radar (NEXRAD) images, originating from either Seattle, WA, or Portland, OR, were not able to adequately capture the storm pattern and rainfall amount in southwestern Washington and northwestern Oregon due to topographic blocking. However, while satellite imagery and radar were not used for our analysis, they did confirm the general pattern of rainfall. After reviewing all potential data sources, actual climate station rainfall data was selected as the most reliable for our purposes.

We chose to examine the maximum 24 h rainfall intensity during the storm for several reasons. Storms that originate over the Pacific Ocean, especially at latitudes near the Hawaiian Islands, usually produce large and long duration storms that generate large amounts of precipitation over periods of 24 h and longer (Schaefer et al., 2002). While convective activity within a large synoptic system can occur, and produce high intensity, short duration events, these events are most often associated with thunderstorms (Schaefer et al., 2002). In addition, for the December 2007 storm the maximum 24 h rainfall captured 70 90% of the total storm precipitation. Finally, using a set time increment normalizes the varying storm durations of rainfall for the numerous stations.

The NOAA Atlas 2 Volume IX Washington, which estimates precipitation frequency values for 6 to 24 h duration storms with return periods of 2 to 100 years, was prepared in 1973 by NOAA (Miller et al., 1973). In 2002, the Washington State Department of Transportation (WSDOT) updated the NOAA Atlas maps by adding 32 more years of data for each climate station and using different statistical approaches to improve the reliability of the precipitation frequency estimates (Schaefer et al., 2002). To integrate climate station results over regions, Schaefer et al. (2002) used the Parameter Elevation on Independent Slopes Model (PRISM) developed by Dr. Christopher Daly at Oregon State University. This model incorporated point data, a digital elevation model (DEM), and knowledge of climate patterns (e.g., rain shadows, coastal effects, etc.) to produce a coverage.

We first compared maximum 24 h observed values (Fig. 2) to the WSDOT published 100 year 24 h estimates for NOAA daily and hourly precipitation gages and for the Natural Resources Conservation Service (NRCS) Snow Telemetry (SNOTEL) stations. Where station estimates were not available, we derived a gridded estimate from the PRISM coverage (Schaefer et al., 2002). Where rolling 24 h maximums were not available we used daily values for the wettest day, though daily values tended to be somewhat less than the rolling 24 h maximum. However, since most of the precipitation occurred on December 3, daily values for that wettest day are close (approximately 80%) to the rolling maximum 24 h amount (based on an examination of differences between rolling 24 h maximums and daily values for a subset of stations with hourly data where both metrics were calculated). After obtaining a 100 year 24 h estimate for a climate station, we calculated the observed rainfall amount as a percent of the 100 year 24 h amount. This percent of the 100 year storm amount is term the 'relative magnitude' since it is not an actual computation of the magnitude, but a comparison to that storm.

We used the natural neighbor (NN) interpolation method in ArcGIS (v. 9.2) which finds the closest subset of stations to a grid cell and applies weights based on proportionate areas in order to interpolate a value (Sibson, 1981). A benefit of this technique is that interpolated values are within the range of the samples used; it will not produce pits or peaks in the data that are not there; and it works well with regular or irregularly distributed data. From the interpolation, we used the final coverages percent of the 100 year in subsequent analyses.

*2.3. Aerial photo inventory*

Aerial photos (1:12,000 scale) captured during July 2008 flights were examined in stereo by a Weyerhaeuser geologist (J. Ward) with extensive experience mapping landslides in the region. The inferred point of initiation for all 2007 storm landslides, including those that were road associated, were mapped directly on the aerial photos and then digitized into a GIS database. Orthorectified digital aerial photos captured in 2006 were used as a reference layer to aid determination of mapped landslides that occurred prior to the 2007 storm. Landslide characteristics (width, type) and recognized forest management associations (road association and distance to road) were inventoried and attributed to the spatial data. Landslide classification followed the nomenclature of Hungr et al. (2001).

*2.4. Building the GIS database*

We performed a union of aerial photo landslide inventory data to forest stand age polygons, harvest unit polygons, rainfall intensity contours, slope gradient, and the study area in ArcGIS (v. 9.2). The stand age data were derived from Weyerhaeuser Company forest resource inventory records.

Landform characteristics are widely known to be related to slope stability, with slope gradient being one of the most common factors used to screen for relative landslide hazard for forest practice regulations in Oregon and Washington (Anon., 2004). Slope gradient was calculated using photogrammetrically derived 10 m digital elevation model data that were reclassified into $<70\%$ and $\geq 70\%$ gradient bins. We then converted these raster data to polygons.

Landslides detected from the field surveys, described later, were incorporated into the GIS database using similar procedures. Individual landslides detected from photos and in the field were spatially matched in the GIS database.

*2.5. Estimating landslide density*

Our objective was to estimate landslide density in the study area and determine its association with rainfall, forest stand age, and topography. We conducted a complete landslide census of the study area using high resolution aerial photographs evaluated by a single, experienced geologist. All landslides cannot be detected from photos (Brardinoni et al., 2003). We used extensive ground based landslide inventory data to estimate detection bias from our aerial photo based inventory. We used the detection probability to correct our census results and calculate the final estimates. Finally, we did not fit models or test specific statistical hypotheses. Rather, we focused on estimating the relevant values and presenting their uncertainty in the form of confidence intervals (Johnson, 1999; Anderson et al., 2001; Nakagawa and Cuthill, 2007).

To meet our objective, we had to compute landslide density for various levels of aggregation of stand age, rainfall intensity, and slope. We used harvest planning unit (HPU) as the first level division of the study area. The study area consisted of 5207 distinct HPUs that cover the entire study area with no overlap. Each HPU can intersect multiple stands, and each one of these stands is of uniform age. As a result, several ages of trees may be present within an HPU, as well as areas of high and low slope gradient and areas of different rainfall intensity. In order to calculate accurate and precise estimates, we divided each HPU into multiple polygons using GIS. This step resulted in 36,985 polygons in the study area coverage. When calculating estimates, we excluded road associated landslides and polygons from regulatory no harvest buffer areas. For example, riparian buffers are not represented in the field data and stand age of some set asides are unknown. Each polygon




**Fig. 3.** GIS-based landscape classification and aerial photograph for a sample unit used in Weyerhaeuser Storm Response study, Washington, USA, 2008–2009.

used in the analysis had a single HPU, a single stand age, a single slope category, and a single rainfall intensity class (Fig. 3). Area within riparian buffers was excluded from the analysis. We associated each photo identified landslide and each field identi fied landslide with one of these polygons. This step allowed us to calculate accurate estimates at any level of aggregation.

Finally, we excluded road prism area from the study area acreage total using existing inventory data on length and width of all roads in order to calculate accurate estimates of landslide density for non road associated landslides. For some secondary roads, road width data are not available. In these cases, we used the average width for all roads in the inventory with similar characteristics.

The field survey protocol was designed to detect and measure all 2007 storm related landslides in upland managed forest stands of known age and above a minimum size threshold, regardless of management association or whether landslide debris was deliv ered to stream channels. Regulatory buffers, such as riparian management zones and slope stability leave areas, were not field surveyed (9.8% of study area; 14,844 ha).

The field survey occurred in two stages, one each in 2008 and 2009. For the first stage, we had no photo survey results to indicate how landslides would be distributed across the study area. We used a basic stratified random sampling design (Cochran, 1977; Thompson, 2002). The sampling units were HPUs and the sampling frame was the list of all HPUs in the study area. We used 6 strata, 2 rainfall intensity levels (0 150% or 150%+) by 3 age classes (0 10, 11 30, and 31+), to allocate samples. We randomly selected HPUs within each stratum so every HPU had a positive probability of being selected at this stage. We intended to sample 20 units in each stratum, but we reduced sampling in the 0 150% strata when the field crews found almost no landslides. The total sample size for the first stage was 89 HPUs that covered 2440 ha.

We used the second stage of sampling in 2009 to fill in strata in which more data were required to calculate detection probability estimates. We used photo counts from an earlier set of aerial photos taken in December, 2007, to suggest which HPUs were likely to have landslides from this storm. We used this list and an expanded set of strata using the same criteria to determine how to allocate the available samples. HPUs were again selected at random within the target strata from HPUs likely to have slides. Fifty one HPUs were sampled in the second stage (1537 ha). The total for both stages was 140 HPUs that covered 3977 ha (Fig. 4). We computed the selection probability for each HPU in the study area for later use as a weighting factor during calculations.

Field crews searched for landslides in selected harvest units by traversing along elevation contours until the entire unit was surveyed. Observer spacing was based on sight distance as influenced by topography and the age of the stand. For example, in dense, intermediate age stands with crown heights at or above eye level, crew spacing was 15.2 m for a sight distance of 7.6 m. Slope breaks that could prevent small landslides from being detected required adjustment of both observer spacing and traverse paths. Maximum recommended observer spacing was set at 61 m, for a maximum sight distance of 30 m.

For landslides in the Oregon Coast Range, Robison et al. (1999) reported that landslides with areas less than 19.5 $m^2$ were not detected from 1:6000 scale aerial photos in forests 30 years of age and older. As a result, our crews collected data on all landslides with scarp areas equal to or greater than 16.7 $m^2$. We reviewed minimum sizes detected from aerial photos as reported by Robison et al. (1999) as previous ground based inventories have not used consistent minimum size thresholds. Robison et al. (1999) found that landslides were only detected with a high degree of confidence for total areas greater than 1093 $m^2$.

Field measurements included landslide location, size, slope morphology (steepness and horizontal slope shape, such as concave, planar, convex, or irregular), lithology, overstory char acteristics, and hydrologic features present. We mapped tension cracks with vertical displacements greater than 0.3 m but we did not use these data in the subsequent analysis of landslide density.

All field survey data were reviewed by staff geologists for consistency in data collection, landslide interpretation, and mapping accuracy. For example, the 2009 field crews needed to determine if recent landslides were related to the 2007 storm or perhaps later storm events.

Landslide density estimation required three steps: estimating detection probability, aggregating polygons for each specific estimate, and calculating a corrected estimate using the detection probability. The study design was based on a complex survey (Lee




**Fig. 4.** Location of HPUs used to estimate detection probability in Weyerhaeuser Storm Response study, southwestern Washington, USA, 2008–2009.

and Forthofer, 2005). That is, every HPU in the study area had a known, nonzero probability of being selected for the sample, and was selected at random, but the probabilities were not equal. Estimates of detection probability and their standard errors were made using PROC SURVEYMEANS in SAS (SAS Institute, 2004), which estimates the variance with a Taylor series approximation (Woodruff, 1971). We used the inverse of HPU selection probability as the sample weight in the calculations. We calculated detection probability estimates at levels of aggregation that were compatible with the levels that we used for the final estimates.

We calculated the estimates shown in the results section by aggregating all the small polygons that fit a specified set of criteria. For example, to estimate the basic landslide density for the 150%+ rainfall intensity, 0 10 age class, we added together the non road related landslides in 952 polygons (5965 ha, 718 non road slides). The final corrected density estimates were made using the methods given in Thompson (2002, Chapter 16). In each case, we used a detection probability that was compatible with the estimate being made, although it may not have been made on exactly the same level of aggregation. For example, the density estimate for the 150%+ rainfall intensity, 0 5 age class used the detection probability estimate for the 150%+ rainfall intensity, 0 10 age class because detection probability could not be estimated at that finer level of aggregation. To determine if any significant differences existed between levels of aggregation, we examined density estimates at both the finer (e.g., 0 5, 6 10, etc.) and coarser (e.g., 0 10, 11 20, etc.) levels. All estimates presented in the main report are based on percent of 100 year rainfall. To examine the relative association between stand age, precipitation, and landslide density, we present estimates of landslide densities by stand age and rainfall intensity for areas <70% slope gradient and areas ≥70% slope gradient separately.

## 3. Results

### 3.1. Characterizing the magnitude of the storm

The greatest storm total rainfall amounts were in the Willapa Hills and Kitsap Peninsula of Washington and the northern Coast Range of Oregon. Localized areas of extreme rainfall were recorded, with rapidly decreasing rainfall intensities radiating outward from these areas (Fig. 5). In the Willapa Hills of southwestern Washington, the headwaters of the Chehalis River received the greatest rainfall amounts (Weyerhaeuser Rock Creek climate station, 498.6 mm). The nearby National Weather Service rain gage at Frances recorded 358.1 mm of rain, most of which fell in just over 48 h. The previous record rainfall for that station was in February 1996, when 261.6 mm of rain fell in a 100 h period. In the vicinity of the Olympic and Kitsap Peninsulas, rainfall totals were the highest at Cushman Dam and in Bremerton. The highest rainfall totals in Oregon were recorded for Lees Camp, with 368.3 mm of rain.

This storm was of short duration (most of the rain fell within 48 h) and maximum 24 h precipitation amounts were 70 90% of the storm total amount. As a result, the storm set several 1 day (midnight to midnight) total precipitation records and ranked within the top 5 for several climate stations. Records were broken for Bremerton, with a 1 day total of 190.5 mm exceeding the previous record of 142.7 mm set in 1921 by just over 50 mm and Elma, with 121.2 mm (previous record of 114.8 mm in 2001). Rainfall totals for both stations have been recorded since the late 1800s. The highest 24 h amount for the storm was 364.5 mm at the Weyerhaeuser Rock Creek station (Fig. 1). By comparison, the state record was 362.2 mm at Mt. Mitchell on 23 24 of November, 1986 (http://www.climate.washington.edu/facts.html). In the Willapa Hills, the highest 24 h amounts also produced the greatest percent of the 100 year storm (Fig. 6). The second

Plaintiffs' Exhibit 29 Turner (2010) 7 of 16

Case 3:18-cv-01035-MO Document 110-32 Filed 07/14/21 Page 8 of 16






**Fig. 5.** Natural Neighbor interpolation of the storm maximum 24-h rainfall as a percent of WSDOT 100-year 24-h rainfall, northwestern Oregon and southwestern Washington, December 1–4, 2007.

highest 24 h amount of 351.8 mm for Weyerhaeuser's Raccoon climate station produced the greatest relative magnitude amount of over 200%. For the NWS station at Frances, with a record back to 1948, the 24 h maximum of 246.4 mm resulted in a relative magnitude of 126% of 100 year 24 h storm.

### 3.2. Landslide surveys

The aerial photo inventory detected 2061 landslides from the 2007 storm (1635 non road related and 426 road associated) (Fig. 7). Landslide movement mechanisms, material characteristics, and morphology of the landform a landslide initiates on and propagates through can be difficult to determine on aerial photos. Landslides were assumed to contain a mixture of rock, soil, and organic debris and all but 1% appeared to be soil failures that traveled as flows. The majority of the mapped landslides initiated in landforms without strong slope convergence (73% were classified as debris avalanches at initiation). A little more than half of the landslides (54%) appeared to have propagated downslope through confining landforms such as bedrock hollows and headwater streams. The proportion of landslides interpreted to be associated with forest roads (causality from roads is not inferred) compared to those that were not road associated was 21% and 79%, respectively.

During the field surveys, crews detected 442 landslides [380 non road (86%) and 62 road (14%)] in 140 HPUs, covering an area of 3977 ha. We found that only one landslide detected on aerial photos was rejected by field crews because it was smaller than our 16.7 $m^2$ standard.

### 3.3. Detection probability

We estimated detection probability in six categories defined by stand age and rainfall intensity (Fig. 8). We found that finer divisions of either age or rainfall intensity resulted in categories where detection probability could not be estimated because no landslides were found in the field study. This result was partly due to the relatively small part of the study area that fell in the 100 150% rainfall intensity bands (Fig. 7).

Our initial expectation was that detection probability would not depend on rainfall intensity. However, we did find an association between rainfall intensity and the oldest stand category (Fig. 8). This association did not result from a difference in the size of the landslides in the two categories, as least as measured by width at initiation point (Fig. 9). In any case, we accounted for rainfall intensity in the correction of photo slide density.

Case 3:18-cv-01035-MO Document 110-32 Filed 07/14/21 Page 9 of 16






**Fig. 6.** Maps of 24-h total and percent of 100-year event coverages for December 1–4, 2007, Weyerhaeuser Storm Response study area, southwestern Washington, 2008–2009.

We did find a relationship between landslide width and the proportion of landslides detected on aerial photographs (Fig. 10). As expected, narrower landslides, as measured by width at inferred initiation point, are more difficult to detect on aerial photos than wider landslides. Fewer than half of the landslides from the field inventory less than 10 m wide were detected on aerial photos. Perhaps more significantly, the number of field detected landslides in this width class is 1.5 times greater than the counts from

Plaintiffs' Exhibit 29 Turner (2010) 9 of 16




**Fig. 7.** Locations of 2008 aerial photo-detected landslides within rainfall intensity categories, Weyerhaeuser Storm Response study, southwestern Washington, 2008–2009.

all other width classes combined. Photo detection of landslides wider than 40 m was 100%.

### 3.4. Landslide density

We observed the following basic relationships: (1) below ∼100% of 100 year rainfall, very few landslides occurred; (2) in rainfall intensity categories above ∼125 150% of 100 year rainfall, we found a significantly higher density of landslides on slope gradients ≥70% than on slopes <70%; and (3) above ∼150% of 100 year rainfall, a negative association existed between landslide density and stand age category, with the highest landslide density occurring in the youngest stand age category.

In the rainfall intensity categories ≤100%, we estimated less than 1.5 landslides per square km in both slope gradient categories (Fig. 11). In rainfall intensity categories >100%, significant differences in landslide density existed between the two gradient categories. Estimated landslide densities were 8, 7, and 13 times greater in the 125 150, 150 175, and 175+ rainfall intensity categories, respectively, than in the 100 125 rainfall intensity category (for the ≥70% slope gradient category).




**Fig. 8.** Detection probability by age and rainfall intensity for Weyerhaeuser storm study, southwestern Washington, 2008–2009. Error bars are 95% confidence intervals. Numbers at base of each bar are the number of field surveyed HPOs used to calculate each estimate.




**Fig. 9.** Boxplot of landslide widths at the initiation point for three categories of stand age and two categories of rainfall intensity, Weyerhaeuser storm study, southwestern Washington, 2008–2009.




**Fig. 10.** Proportion of landslides detected on 2008 aerial photos by width at inferred initiation point. Values for each width category represent the number of field-detected landslides. Weyerhaeuser storm study, southwestern Washington, 2008–2009.

In the 0 150% of the 100 year rainfall category, we estimated less than 1 landslide per km$^2$ in the 0 10, 11 30, and 31+ stand age categories (Fig. 12). In the 150%+ of the 100 year rainfall category, we estimated landslide densities of 18, 8, and 7 in the 0 10, 11 30, and 31+ stand age categories, respectively.

Very few landslides occurred in the 0 150% of 100 year rainfall category, regardless of stand age (Fig. 13). Above ∼150% of 100 year rainfall, the density of landslides was ∼2 3 times larger in the 0 5 and 6 10 stand age categories than in the 11 20, 21 30, 31 40, and 41+ stand age categories. We did not find a clear association between stand age and landslide density in stand age classes >10 years of age.

After splitting rainfall intensity into seven categories, while using three stand age categories, an association between landslide density and rainfall intensity was evident (Fig. 14). In the ≤125 percent of 100 year rainfall, landslide counts were very low. After further dividing by slope gradient classes <70% and ≥70%, we found the same basic relationships between landslide density and stand age and rainfall intensity (Fig. 15). The highest density of landslides occurred on the steepest slopes (≥70% slope gradient) and a large difference existed between the youngest and oldest stands. However, a relatively small proportion of the study area contained slopes ≥70% that received >150% of the 100 year rainfall (Fig. 16).




**Fig. 12.** Photo and corrected landslide densities by three stand age and two rainfall intensity categories, Weyerhaeuser storm study, southwestern Washington, 2008–2009. Error bars are 95% confidence intervals.

## 4. Discussion

In order to understand the potential effects of forest practices on rainfall induced landslides, Pyles and Skaugset (1998) de scribed the basic criteria for a comparative analysis between forested and harvested terrain: (1) landslide inventories must be complete, with equal opportunity for detection across forest stand ages (this criterion is required for aerial photo and ground based sampling schemes) and (2) analyses must account for variability in the response of landslide prone terrain to a single storm event as a result of numerous natural factors (e.g., precipitation, topography, geology), including landscape response to historic storm events. We used a complete aerial photo inventory of landslides, corrected with ground based data, to determine landslide density. Also, our




**Fig. 11.** Photo and corrected landslide densities by two slope gradient and seven rainfall intensity categories, Weyerhaeuser storm study, southwestern Washington, 2008–2009. Error bars are 95% confidence intervals.

Plaintiffs' Exhibit 29 Turner (2010) 11 of 16




**Fig. 13.** Photo and corrected landslide densities by six stand age and two rainfall intensity categories, Weyerhaeuser storm study, southwestern Washington, 2008–2009. Error bars are 95% confidence intervals.

study found associations between precipitation, topography, and forest stand age for rainfall induced landslides in the Willapa Hills from the 2007 storm. We address detection probability first, before discussing associations between rainfall intensity, topography, and stand age.

### 4.1. Characterizing the magnitude of the storm

The absolute maximum 24 h rainfall amount indicates areas of high precipitation, but it does not indicate the relative magnitude of that amount of rain as compared to what those landscapes typically receive. Comparing storm rainfall to a proxy for regional precipitation is a way to account for variability across diverse climate regions and is frequently used in developing landslide precipitation thresholds (Wilson, 2000; Guzzetti et al., 2008). Several authors have normalized storm rainfall amounts that trigger landslides by mean annual precipitation to develop landslide thresholds (Guzetti et al., 2008) and as a way to recognize differences in climatic regions. However, Wilson (2000) working along the Pacific Coast of the United States, found that debris flow thresholds are more strongly influenced by "exceptional storms" rather than total annual rainfall. Wilson (2000) found that comparison of landslide producing storms to a "reference storm" provided a more appropriate threshold. While Wilson (2000) used the 5 year 24 h rainfall event as a reference storm, we chose a higher reference storm, the 100 year event, to characterize the extreme nature of the December 2007 storm. Using the 100 year event as a reference storm is more appropriate for examining such extreme precipitation events (Taylor and Daly, 2004), where values approach probable maximum precipitation (Hansen et al., 1994).

### 4.2. Detection probability

Previous landslide inventories using aerial photos have determined that the forest canopy obscures a proportion of the landslide population from detection (Pyles and Froehlich, 1987). However, few studies have evaluated potential detection biases by utilizing




**Fig. 14.** Photo and corrected landslide densities by three stand age and seven rainfall intensity categories, Weyerhaeuser storm study, southwestern Washington, 2008–2009. Error bars are 95% confidence intervals.




**Fig. 15.** Photo and corrected landslide densities by three stand age and seven rainfall intensity categories for slope gradients <70% (A) and ≥70% (B), Weyerhaeuser storm study, southwestern Washington, 2008–2009. Error bars are 95% confidence intervals.

ground based surveys to quantify the degree to which the bias varies between younger and older forests (Robison et al., 1999; Brardinoni et al., 2003). When comparing the relationship of landslide density to environmental variables or forest practice prescriptions, detection bias can significantly influence the results. For example, and in the worst cases, analyses that omitted landslides below a threshold landslide size, for which larger landslides are assumed to have 100% detection across all stand age classes, did not incorporate the most common and frequent type of landslide in a region because it was smaller than the detection limit (Robison et al., 1999; Brardinoni et al., 2003).

If representative estimates and comparisons of erosion rates or landslide densities are desired, then complete inventories that account and correct for detection bias are required. Our results emphasized the importance of correcting an aerial photo census with field data. Even when using high quality aerial photos that were analyzed by an experienced geologist, ∼39% of the landslides larger than 16.7 $m^2$ were not detected. Most of the landslides that were not detected were less than 10 m wide.

We found that detection probability was similar across stand ages and rainfall intensities with the exception of the 31+ stand age category. Landslide detection in the 31+ stand age class was significantly lower in the low rainfall intensity area. Several possible explanations exist for this outcome, all of which require further investigation. Factors affecting landslide visibility on aerial photographs include, in order of decreasing importance, stand age, slope characteristics (slope gradient, channel versus open slope or headwall), valley width (narrow versus wide), and slope position (Brardinoni et al., 2003). However, differences in terrain characteristics between rainfall intensity areas would likely result in significant differences in landslide detection across all stand ages. We did find that landslide width was associated with detectability. However, as noted above, width did not explain the differences in observed detection rates between 31+ stand age categories.

### 4.3. Rainfall intensity and landslide density

Spatial variability in multiple rainfall factors including total rainfall, short term intensity, storm duration, and antecedent precipitation (Sidle and Ochiai, 2006) are known to have a strong influence on the distribution of rainfall induced landslides. Among these factors, we found a strong association between landslide density and rainfall intensity, whether using 24 h total rainfall or percent of the 100 year, 24 h maximum rainfall. The highest

Plaintiffs' Exhibit 29 Turner (2010) 13 of 16




**Fig. 16.** Proportion of the study area in three stand age and seven rainfall intensity categories for slope gradients <70% and ≥70%, Weyerhaeuser storm study, southwestern Washington, 2008–2009.

landslide densities occurred in those areas where we observed the highest rainfall intensities. Our result is consistent with the results from other studies that explicitly compared the spatial patterns of rainfall intensity and landslides (Finlay et al., 1997; Zhou et al., 2002). These results emphasize the role of spatial variability in rainfall intensity on landslide density. We agree that appropriate controls for rainfall intensity, as well as other natural factors, are of critical importance when evaluating patterns of landsliding in forested terrain (Pyles and Skaugset, 1998; Wilson, 2000; Sidle and Ochiai, 2006).

*4.4. Rainfall intensity and landform characteristics*

Landform characteristics have been shown to be related to slope stability, particularly in terrain with shallow soils. For example, slope gradient (e.g., steep versus gentle) and slope shape are the primary factors used by forest practice regulations in Oregon and Washington (Anon., 2004) to screen for relative landslide hazard.

Our results indicated that landslide density increased with an increase in both rainfall intensity and slope gradient. Landslide densities were highest (60 landslides/km$^2$) for steep slopes in the youngest stand age with rainfall intensity over 150% (see Fig. 15B). This density is high relative to results from Robison et al. (1999), who reported an average density of 6.3 landslides per km$^2$ for stands 0 10 years. However, Robison et al. (1999) did not stratify landslide density estimates by rainfall intensity and their data do not represent a complete inventory of landslides.

A significant number of landslides that occurred in the study area initiated on slopes with gradients less than 70%, and this population also exhibited a trend of increasing density with increasing rainfall intensity. These results were not surprising given that a number of geomorphic, geologic, hydrologic, and soil mechanistic factors govern site scale slope stability besides slope gradient (Sidle and Ochiai, 2006). The lower limit of slope gradient measured at sites around the world has been shown to vary widely among landslides of various types (Fig. 3 in Sidle and Ochiai, 2006, from Baruah and Mohapatra, 1996). Also, increasing soil pore water pressures may reduce the factor of safety of even moderately steep slopes.

Forest practice regulations identify specific landform types that are considered to have relatively high landslide hazard. These are called rule identified landforms and they include bedrock hollows, headwalls, and inner gorges with slopes greater than 70% gradient, toes of deep seated landslides with slopes greater than 65%, outer edges of meander bends, and groundwater recharge areas for glacial deep seated landslides (Anon., 2004). However, standard practice for management of potentially unstable landforms includes field identification of relatively rare site conditions that can decrease local slope stability, such as previously failed terrain or unique geologic and hydrologic features. In order to compare the effect of the 2007 storm on the landslide susceptibility of specific landforms (whether they are rule identified or not), one must map their total area and spatial distribution relative to rainfall intensity. In addition, knowing the proportion of specific landforms that did not fail versus the proportion that did fail is essential for valid inference. Detailed landform mapping was beyond the scope of this study.

*4.5. Landslide density and forest stand age*

Possible mechanisms for a reduction in slope stability due to timber harvesting on steep sites underlain by shallow soils include: (1) mechanical reduction of soil strength due to decay of reinforcing roots after harvest and before root densities are regenerated by the newly planted stand and (2) a rapid increase in the rate of soil pore water pressure development during intense storms that occurs because the rate of rainfall delivery to the soil is not attenuated by the forest canopy (Keim and Skaugset, 2003). Stand age is often used in landslide hazard assessments as a proxy for the relative magnitude of these processes. Recent research has demonstrated that numerous stand characteristics, including tree species, spacing, height, and condition, also influence site scale stability (Roering et al., 2003). As a result, stand age classifications alone do not precisely represent the spatial variability of root cohesion (Schmidt et al., 2001) or canopy effects on soil pore water pressure. Nonetheless, stand age does provide an easily obtained, first approximation of the effect of vegetation on landslide susceptibility and is appropriate for broad scale analyses, such as the one presented here.

We detected a negative trend of landslide density with increasing stand age in the high rainfall intensity area with up to a twofold increase for stands less than 10 years old. These results are generally consistent with numerous ground based studies of

**Table 1**
Densities of field-detected landslides that delivered to streams in forests of variable stand age, as reported by Robison et al. (1999) for 1996 storms in the Oregon Coast Range.

| Forest stand age (years) | Average landslide density from all study areas ($km^2$) |
|---|---|
| 0–9 | 6.27 |
| 10–30 | 2.05 |
| 31–100 | 1.61 |
| 100+ | 4.43 |

shallow landslides in the Pacific Northwest, many of which have reported higher landslide densities in younger stands (e.g., Ketcheson and Froehlich, 1978; Robison et al., 1999). However, Swanson et al. (1977), in a ground based study in Oregon, reported higher landslide densities in 100+ year forests in all but one landslide risk class compared to forests less than 10 years old. Robison et al. (1999), in another ground based study, compared the density of landslides from 1996 storms that delivered to stream channels in 0 9, 10 30, 31 100, and 100+ year old forests. They found higher densities in stands 0 9 years old in three out of four study areas compared to stands older than 100 years. Stands 10 100 years old typically had lower densities than those in the 100+ age class (Table 1).

It must be emphasized that the magnitudes and proportional differences in landslide densities or erosion volume estimates among the various studies were highly variable due to significant differences in study designs and rainfall magnitudes. These factors prevent a direct comparison of results (Pyles and Skaugset, 1998). For a comparison of landslide erosion rates among studies that evaluated forested and harvested sites, see Robison et al. (1999, Table 2), Pyles and Skaugset (1998), and Sidle and Ochiai (2006, Table 6.1).

### 4.6. Scope and limitations

This study evaluated the distribution of landslide densities across a range of rainfall intensities for a single storm in an area with highly variable terrain, landslide histories, and historic land use practices. Therefore, the results cannot be extrapolated to estimate long term landslide rates, including "background" rates for unmanaged forest lands, or the effects of specific current forest management practices relative to past practices, within or outside of the study area. However, we can infer general and relative differences in landslide susceptibility based on forest stand age and slope gradient for storms of various intensities.

## 5. Conclusions

The 2007 storm in the Willapa Hills presented a unique opportunity to evaluate the effects of natural factors that govern landslide processes, as well as the response of landslide prone terrain to forest practices such as timber harvesting, over a wide range of rainfall intensities. High quality precipitation and forest stand age data, as well as data from an extensive field based landslide inventory, have not typically been available to investi gators of similar studies in the past.

Landslide processes, which operate at the landform scale, are governed by numerous natural factors and previous studies have demonstrated that researchers must account for these factors before the effects of timber harvest can be detected. We developed unbiased estimates of landslide density distributions across a large area with a broad range of terrain conditions, forest stand ages, and rainfall magnitudes using aerial photos and ground based methods of detection. Our analyses provided fundamental descriptive results and critical data for additional comparative analyses of landslides in forested and harvested terrain.

Our aerial photo based landslide inventory data significantly underestimated the actual number of landslides. This result was particularly true for the smaller (and most common) type of landslides because they were not visible, particularly under older stands with greater canopy cover. The minimum landslide size recorded in the field was smaller than the size detectable on aerial photos and much smaller than the minimum landslide size that can be detected with equal probability across all stand ages.

The spatial variability of both rainfall and slope steepness had a direct influence on landslide densities in the study area, regardless of forest stand age. As expected, more landslides occurred where slopes are steep and where rainfall was greatest. Landslides also occurred on slopes less than 70% gradient with densities increasing with rainfall magnitude. However, densities were much lower compared to slopes over 70% gradient. Other terrain characteristics, such as geology, landform type, and soils may also have an effect and they should be evaluated in future studies.

We detected higher landslide densities in the 0 10 years stand age class, but only where rainfall was greater than 150% of the 100 year event. Very high landslide densities, approaching 60 landslides/$km^2$, occurred in the area with 0 10 year old stands, slopes $\geq$70% gradient, and rainfall intensities $>$175% of the 100 year event. However, the total area with these characteristics was very small.

## Acknowledgments

The storm analysis benefited greatly from contributions of data and discussions with several agency scientists: Brent Bower, National Weather Service; Larry Schick, U.S. Army Corps of Engineers; Bob Kimbrough, U.S. Geological Survey; and George Taylor, formerly of Oregon Climate Service. Weyerhaeu ser scientists Greg Johnson, Dave Marshall, and Jeff Welty made insightful comments about the study design and sampling methodology. Rod Meade (Weyerhaeuser) helped manage the field crews and help coordinate their safety training. We would especially like to thank field staff from J&M Forestry, CFS Forestry, and SAP Forestry for collecting landslide data in hazardous terrain without injury. Frank Jongenburger (Weyer haeuser) worked tirelessly to prioritize road repairs following the storm to facilitate field access as well as provide current road maps. Steve Phillips (Weyerhaeuser) coordinated the aerial photo flights. Josh Roering (University of Oregon) provided valuable input on initial results. Finally, this study would not have been possible without the support and guidance of Weyerhaeuser sponsors Rich Wininger, Kevin Godbout, and Christine Dean. Finally, the authors would like to express their thanks to the two anonymous reviewers. Their constructive comments significantly improved the quality of the paper.

## References

Anderson, D.R., Link, W.A., Johnson, D.H., Burnham, K.P., 2001. Suggestions for presenting the results of data analyses. Journal of Wildlife Management 65, 373–378.

Anon., 1995. Standard Methodology for Conducting Watershed Analysis under Chapter 222-22 WAC, Version 3.0. Department of Natural Resources Forest Practices Division, Olympia, WA, USA.

Anon., 2004. Guidelines of Evaluating Potentially Unstable Slopes and Landforms, Section 16, Unstable Slopes. Board Manual Guidance Report. Washington Department of Natural Resources, Olympia, WA, USA, 26 pp.

Anon., 2008. Pacific Northwest Storms of December 1–3, 2007. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Weather Service, Silver Spring, MD, USA.

Baruah, U., Mohapatra, A.C., 1996. Slope mass movement and associated soils in East Khasi and Jaintia hills of Meghalaya. Journal of the Indian Society of Soil Science 44, 712–717.

Brardinoni, F., Slaymaker, O., Hassan, M.A., 2003. Landslide inventory in a rugged forested watershed: a comparison between air-photo and field survey data. Geomorphology 54, 179–196.
Cochran, W.G., 1977. Sampling Techniques, Third ed. John Wiley & Sons, New York, NY, USA.
Finlay, P.J., Fell, R., Meguire, P.K., 1997. The relationship between the probability of landslide occurrence and rainfall. Canadian Geotechnical Journal 34, 811–824.
Franklin, J.F., Dyrness, C.T., 1973. Natural Vegetation of Oregon and Washington. U.S. Forest Service GTR-PNW-8, U.S. Department of Agriculture, Portland, OR, USA, Washington, DC, USA.
Geertsema, M., Pojar, J.J., 2007. Influences of landslides on biophysical diversity—a perspective from British Columbia. Geomorphology 89, 55–69.
Guzzetti, F., Peruccacci, S., Rossi, M., Stark, C.P., 2008. The rainfall intensity-duration control of shallow landslides and debris flows: an update. Landslides 5, 3–17.
Hansen, E.M., Fenn, D.D., Corrigan, P., Vogel, J.L., Schreiner, L.C., Stodt, R.W., 1994. Probable Maximum Precipitation for Pacific Northwest States–Columbia River (including portions of Canada), Snake River and Pacific Coastal Drainages. US National Weather Service, Silver Spring, MD, USA, Hydrometeorological Report No. 57.
Hungr, O., Evans, S.G., Bovis, M.J., Hutchinson, J.N., 2001. A review of the classification of landslides of the flow type. Environmental and Engineering Sciences 7, 221–238.
Johnson, D.H., 1999. The insignificance of statistical significance testing. Journal of Wildlife Management 63, 763–772.
Keim, R.F., Skaugset, A.E., 2003. Modelling effects of forest canopies on slope stability. Hydrological Processes 17, 1457–1467.
Ketcheson, G., Froehlich, H.A., 1978. Hydrologic Factors and Environmental Impacts of Mass Soil Movement in the Oregon Coast Range. Water Resources Research Institute, WRRI–56, Oregon State University, Corvallis, OR, USA, 94 pp.
Lee, E.S., Forthofer, R.N., 2005. Analyzing Complex Survey Data, Second ed. Sage Publications, Inc., Beverly Hills, CA, USA.
Martin, K., 1997. Forest Management on Landslide Prone Sites: The Effectiveness of Headwall Leave Areas and Evaluation of Two Headwall Risk Rating Methods. Final Report. Oregon State University, Corvallis, OR, 97 pp.
McKean, J., Roering, J., 2004. Objective landslide detection and surface mapping using high resolution airborne laser altimetry. Geomorphology 57, 331–351.
Miller, J.F., Frederick, R.H., Tracey, R.S., 1973. NOAA ATLAS 2, Precipitation-Frequency Atlas of the Western United States. U.S. Dept. of Commerce, NOAA, National Weather Service, Washington, DC, USA.
Nakagawa, S., Cuthill, I.C., 2007. Effect size, confidence interval and statistical significance: a practical guide for biologists. Biological Reviews 82, 591–605.
Pyles, M.R., Froehlich, H.A., 1987. Rates of landsliding as impacted by timber management activities in northwestern California: discussion. Association of Engineering Geologists Bulletin 24, 425–431.
Pyles, M.R., Skaugset, A.E., 1998. Landslides and forest practice regulation in Oregon. In: Burns, S. (Ed.), Environmental, Groundwater and Engineering Geology: Applications from Oregon. Star Publishing, Belmont, CA, USA, pp. 481–488.
Reeves, G.H., Benda, L.E., Burnett, K.M., Bisson, P.A., Sedell, R., 1995. A disturbance-based ecosystem approach to maintaining and restoring freshwater habitats of evolutionarily significant units of anadromous salmonids in the Pacific Northwest. In: Nielsen, J.L. (Ed.), Evolution and the Aquatic System: Defining Unique Units in Population Conservation, American Fisheries Society Symposium 17, Bethesda, MD, USA, pp. 334–349.
Reiter, M., 2008. December 1–4, 2007 Storm Events Summary. Weyerhaeuser Technical Report. Weyerhaeuser Company, Federal Way, WA, USA, 21 pp.
Restrepo, C., Walker, L.R., Shiels, A.B., Bussman, R., Claessens, L., Fisch, S., Lozano, P., Negi, G., Paolini, L., Poveda, G., Ramos-Scharrón, C., Richter, M., Veláquez, E., 2009. Landsliding and its multiscale influence on mountainscapes. BioScience 59, 685–698.
Robison, E.G., Mills, K., Paul, J., Dent, L., Skaugset, A., 1999. Storm Impacts and Landslides of 1996: Final Report. Forest Practices Technical Report, vol. 4. Oregon Department of Forestry, Corvallis, OR, USA, 145 pp.
Roering, J.J., Schmidt, K.M., Stock, J.D., Dietrich, W.E., Montgomery, D.R., 2003. Shallow landsliding, root reinforcement, and the spatial distribution of trees in the Oregon Coast Range. Canadian Geotechnical Journal 40, 237–253.
SAS Institute, 2004. The SAS System for Windows, Version 9.1. SAS Institute Inc., NC, USA.
Schaefer, M.G., Barker, B.L., Taylor, G.H., Wallis, J.R., 2002. Regional Precipitation-Frequency Analysis and Spatial Mapping of Precipitation for 24-Hour and 2-Hour Durations in Western Washington. WSDOT report number WA-RD 544.1. Washington Department of Transportation, December, 2007http://www.wsdot.wa.gov/mapsdata/geodatacatalog.
Schmidt, K.M., Roering, J.J., Stock, J.D., Dietrich, W.E., Montgomery, D.R., Schaub, T., 2001. The variability of root cohesion as an influence on shallow landslide susceptibility in the Oregon Coast Range. Canadian Geotechnical Journal 38, 995–1024.
Sibson, R., 1981. A brief description of natural neighbor interpolation. In: Barnet, V. (Ed.), Interpreting Multivariate Data. Wiley, Chichester, England, pp. 21–36.
Sidle, R.C., Ochiai, H., 2006. Landslides: processes, prediction, and land use. American Geophysical Union and Water Resources Monograph 18.
Sidle, R.C., Pearce, A.J., O'Loughlin, C.L., 1985. Hillslope stability and land use. American Geophysical Union and Water Resources Monograph 11.
Swanson, F.J., Swanson, M.M., Woods, C., 1977. Inventory of Mass Erosion in the Mapleton Ranger District Siuslaw National Forest. Final Report. Siuslaw National Forest and Pacific Northwest Forest and Range Experiment Station, Forestry Sciences Laboratory, Corvallis, OR.
Taylor, G.H., Daly, C., 2004. Using PRISM climate grids and GIS for extreme precipitation mapping. In: Proceedings of the 14th Conference on Applied Climatology, American Meteorological Society, Seattle, WA, USA.
Thompson, S.L., 2002. Sampling, Second ed. John Wiley and Sons, Inc., New York, NY, USA.
Walsh, T.J., Korosec, M.A., Phillips, W.M., Logan, R.L., Schasse, H.W., 1987. Geologic Map of Washington—Southwest Quadrant. Map GM-34. Washington Division of Geology and Earth Resources, Olympia, WA, USA.
Wilson, R.C., 2000. Climatic variations in rainfall thresholds for debris-flow activity. In: Claps, P., Siccardi, F. (Eds.), Proceedings of the 1st Plinius Conference on Mediterranean Storms, European Geophysical Union and Editorial Bios., Consenza, Italy, pp. 415–424.
Woodruff, R.S., 1971. A simple method for approximating the variance of a complicated estimate. Journal of the American Statistical Association 66, 411–414.
Zhou, C.H., Lee, C.F., Li, J., Xu, Z.W., 2002. On the spatial relationship between landslides and causative factors on Lantau Island, Hong Kong. Geomorphology 43, 197–207.