# EXHIBIT 30

**Weimin Wu & Roy C. Sidle, *A Distributed Slope Stability Model for Steep Forested Basins*, 31 Water Res. Rsch., 2097–2110 (1995)**

WATER RESOURCES RESEARCH, VOL. 31, NO. 8, PAGES 2097–2110, AUGUST 1995

# A distributed slope stability model for steep forested basins

Weimin Wu

Cacheva International Corporation, Santa Clara, California

Roy C. Sidle[1]

Intermountain Research Station, U.S. Department of Agriculture Forest Service
Logan, Utah

**Abstract.** A distributed, physically based slope stability model (dSLAM), based on an infinite slope model, a kinematic wave groundwater model, and a continuous change vegetation root strength model, is presented. It is integrated with a contour line–based topographic analysis and a geographic information system (GIS) for spatial data extraction and display. The model can be run with either individual rainfall events or long-term sequences of storms. These inputs can be either actual storm records or synthesized random events based on Monte Carlo simulation. The model is designed to analyze rapid, shallow landslides and the spatial distribution of safety factor (FS) in steep, forested areas. It can investigate the slope stability problem in both temporal and spatial dimensions, for example, the impact of timber harvesting on slope stability either at a given time or through an extended management period, the probability of landslide occurrence for a given year, and the delivery of landslide sediments to headwater streams. The dSLAM model was applied in a steep, forested drainage of Cedar Creek in the Oregon Coast Ranges using actual spatial patterns of timber harvesting and measured rainfall during a major storm which triggered widespread landslides in that area in 1975. Simulated volume and number of failures were 733 $m^3$ and 4, respectively. These values agreed closely with field measurements following the 1975 storm. However, the effect of parameter uncertainty may complicate this comparison. For example, when soil cohesion values of 2.0 and 3.0 kPa were used, the failure volume changed by factors of 2.04 and 0.41, respectively, compared with the average condition of 2.5 kPa used in the simulation. For soil depths 30% higher and lower than the standard condition, the failure volume changed by factors of 2.0 and 0.27, respectively. When maximum root cohesion changed from 12.5 kPa (average condition) to 10 kPa, the failure volume increased 1.73-fold; for the case of 15 kPa, the failure volume changed by a factor of 0.55. The simulated failures caused by the storm were mostly in hollows. The simulations show that the spatial distribution of FS is controlled mainly by topography and timber-harvesting patterns and is greatly affected by groundwater flow patterns during major rainstorms. Most areas with FS $< 3.0$ corresponded with the distribution of blocks clear-cut in 1968, and all elements with FS $< 2.0$ were in areas clear-cut in 1968. Areas with low FS (1.0–1.6) expanded dramatically during the rainstorm and decreased at a slow rate after the storm. Factors of safety in hollows declined sharply during the storm.

## Introduction

Slope instability is a major concern to land managers in steep, forested areas, especially in the mountainous portions of the western United States. In this region, shallow landslides are dominant erosional processes [*Swanston and Dyrness*, 1973; *Dietrich and Dunne*, 1978; *Sidle et al.*, 1985]. Many slopes in this region are often above a stable angle for the shallow soils upon them because of the stabilizing influence of tree roots. Thus, the delicate equilibrium between the resistance of the soil to failure and the gravitational forces tending to move the soil downslope can be easily upset by external factors, such as rainstorms, snowmelt, and vegetation management. The buildup of soil pore water pressure at the contact between the soil mantle or weathered regolith and the underlying lithology during rainstorms or periods of rapid snowmelt is well recognized as the trigger mechanism for slope failures [*Pierson*, 1977; *Sidle and Swanston*, 1982; *Megahan*, 1983]. In addition, the effect of changing root strength caused by vegetation management on slope failure has been demonstrated by empirical field investigations [*Swanson and Dyrness*, 1975; *Greswell et al.*, 1979], laboratory and in situ root strength testing [*Burroughs and Thomas*, 1977; *Wu et al.*, 1979; *Abe and Iwamoto*, 1986], and conceptual models [*Gray and Ohashi*, 1983; *Abe and Ziemer*, 1991]. Upon failure, the soil mantle liquefies and flows rapidly downslope, eroding the soil and channel in its path [*Pierson*, 1977].

The factors which characterize the landslide potential of an area may be separated into two categories: (1) the quasi-static variables which contribute to landslide susceptibility, such as geology, soil geotechnical properties, elevation, slope gradient,

[1] Now at Geological Survey of Denmark and Greenland, Copenhagen.

Copyright 1995 by the American Geophysical Union.

Paper number 95WR01136.
0043-1397/95/95WR-01136$05.00

Case 3:18-cv-01035-MO Document 110-33 Filed 07/14/21 Page 3 of 15



aspect, topographic incision, and long-term drainage patterns; and (2) the dynamic variables which tend to induce mass movement in an area of given susceptibility, such as changes in soil saturation and root strength. Climatic and hydrologic processes as well as human activities belong to this latter category. Most of these factors are regionally distributed in a basin.

Many researchers have evaluated shallow, translational landslides using the infinite slope equation [e.g., *Wu et al.*, 1979; *Ward et al.*, 1982; *Schroeder and Alto*, 1983; *Sidle*, 1992]. However, most work on shallow landslides has focused on understanding local, on-site conditions and processes. To better understand the physical and biological processes controlling landslides and to design appropriate land use strategies, it is necessary to evaluate slope stability and predict the occurrence of landslides in both time and space dimensions because of the distributed properties of site variables. In recent years this need has increased greatly [*Ward et al.*, 1982; *Carrara et al.*, 1991; *Shasko and Keller*, 1991]. The work by *Ward et al.* [1982] is the only application of distributed, physically based modeling to slope stability at the basin scale. In their research, groundwater level was assumed to be steady state and soil and root strengths were assumed static and randomly assigned. They used a grid network for the model structure and applied the infinite slope equation to each grid cell to determine the safety factor of that cell. The major drawbacks were that the assumptions of a steady state groundwater level and static root strength and vegetation surcharge are not realistic and that the use of a grid network is not consistent with the underlying hydrologic processes controlling landslides and the topographic variations in a basin. These potential differences make the calculations of safety factor in grids questionable. Also, since *Ward et al.*'s [1982] model does not use a geographic information system (GIS), the large data requirements must be prepared manually.

At the basin level, distributed, physically based modeling represents one approach for incorporating spatial heterogeneity. This technique has been widely applied in runoff and erosion modeling [*Beasley et al.*, 1980; *Beven and Kirkby*, 1979; *Abbott et al.*, 1986; *Grayson et al.*, 1992a]. Although much controversy exists concerning the philosophy and usefulness of this approach [*Beven*, 1989; *Grayson et al.*, 1992b], distributed, physically based modeling remains a major method for considering the spatial variability of parameters and the potential for integrating them with GIS.

*Shasko and Keller* [1991] discussed the possibility and feasibility of integrating sophisticated slope stability modeling with GIS. Their conclusion was that it is possible and feasible to integrate sophisticated slope stability modeling in GIS using available digital inventories as input data at any scale. However, no progress in this direction is reported so far.

In this paper, we present the theoretical background for a distributed, physically based slope stability model (dSLAM), the linkages among the model components, the structure of dSLAM, and an application of dSLAM.

## Theoretical Considerations

### Topographic Analysis

In applying the concept of distributed modeling to slope stability analysis, we must first decide how to partition a basin into relatively homogeneous elements and calculate topographic parameters for each element. In this study, *Moore et al.*'s [1988] TAPES-C model is used for topographic analysis.




**Figure 1.** Hypothetical topographic map showing a stream tube employed in the TAPES-C model.

This model uses a stream tube or contour line–based method that subdivides an area into irregular polygons bounded by adjacent contour lines and adjacent streamlines (Figure 1). This stream tube approach can greatly simplify modeling of groundwater levels and is consistent with underlying hydrologic and geomorphic processes because it assumes that surface runoff enters an element orthogonal to the upslope contour line and leaves orthogonal to the downslope contour line. The adjacent streamlines are no-flow boundaries [*Moore and Grayson*, 1991]. In this research, the same physics is assumed to apply to the subsurface flow.

### Geographic Information System

In this study, the spatial analytical capabilities of GIS (ARC/INFO) are used to (1) create and update a spatial database for dSLAM; (2) derive the input data for TAPES-C and dSLAM; and (3) display the outputs of TAPES-C and dSLAM. The vector digital elevation model (DEM) for TAPES-C is derived from the ARC/INFO contour coverage by using a program developed by the authors. After the contour line–based network is produced by TAPES-C, it is sent into ARC/INFO to generate a network polygon coverage as the basic structure for modeling and data preparation.

The model dSLAM is combined with ARC/INFO by overlaying the network coverage on the coverages of spatial information. The dSLAM parameters contained in the relational database of those coverages are then associated with each element in the network. Finally, the spatial output of dSLAM is input into ARC/INFO for visualization.

### Slope Stability Theory

**Limit equilibrium theory and infinite slope model.** Limit equilibrium analysis is used to determine the magnitude of the factor of safety (FS) of a slope. Limit equilibrium methods have long been applied to the determination of natural slope stability [*Skempton and deLory*, 1957; *Brunsden and Prior*, 1984;

Plaintiffs' Exhibit 30 Wu & Sidle (1995) 3 of 15

*Sidle et al.*, 1985]. Planar infinite slope analysis has been widely applied in many investigations of natural slope stability because of its relative simplicity [*Wu et al.*, 1979; *Ward et al.*, 1982; *Schroeder and Alto*, 1983; *Sidle*, 1992], particularly where the thickness of the soil mantle is much smaller than the length of the slope and where the failure plane is approximately parallel to the slope surface. The forces acting on an unstable soil mass include the vegetation weight ($W$) and the weight of the soil ($W_s$), which give rise to the normal and tangential stresses acting along the basal failure plane. Positive pore water pressure on the failure plane alters slope stability by reducing the effective normal stress and thus soil shear strength. Incorporating the effects of rooting and vegetation surcharge and assuming the groundwater flow is parallel to the slope surface, the factor of safety for slope stability can be expressed as

$$\mathrm{FS} = \{C + \Delta C + [((Z-h)\gamma_m + h\gamma_{\mathrm{sat}} - h\gamma_w)\cos^2\beta + W\cos\beta]\tan\phi\} \cdot \{[(Z-h)\gamma_m + h\gamma_{\mathrm{sat}}]\sin\beta\cos\beta + W\sin\beta\}^{-1} \quad (1)$$

where $C$ is the effective soil cohesion (kilopascals), $\phi$ is the effective internal friction angle (degrees), $\Delta C$ is the cohesion attributed to root strength (kilopascals), $W$ is the vegetation surcharge (kilopascals), $\gamma_m$ and $\gamma_{\mathrm{sat}}$ are the unit weights of soil at field moisture content and saturation (kilonewtons per cubic meter), respectively, $Z$ is the vertical soil thickness (meters), $h$ is the vertical height of the water table (meters), $\beta$ is the slope angle (degrees), and $\gamma_w$ is the unit weight of water (kilonewtons per cubic meter).

Deviations from slope parallel flow can occur, especially in deeper soils, and the flow vector will affect the calculation of shear strength [*Iverson and Major*, 1987]. However, an order of magnitude difference in hydraulic conductivity between the soil and subsurface stratum can cause groundwater to flow nearly parallel to the drainage barrier [*Reid and Iverson*, 1992]. In dSLAM, the slope parallel flow assumption is adopted because it is designed for shallow translational failures that overlie a lithic contact.

**Mobilization and travel of debris flows.** For our study area, we assume all unstable elements (FS $< 1$) totally mobilize into debris flows. This assumption is based on *Ellen and Fleming*'s [1987] criterion that soils with ratios of saturated water content to liquid limit $>1$ will mobilize. For major soils in the Oregon Coast Ranges the saturated water contents are usually greater than 50% and the liquid limits less than 50% [*Yee*, 1975; *Schroeder and Alto*, 1983; *U.S. Department of Agriculture (USDA) Soil Conservation Service*, 1987]. Also, only slides that transform into flows directly rather than through complex mechanisms of mobilization are considered. However, for different soil conditions, analysis of mobilization behavior may be necessary.

*Benda and Cundy* [1990] developed an empirical model for predicting deposition of debris flows in confined mountain channels based on field measurements of debris flows in the Pacific Northwest. Their model employs two criteria for deposition of debris flows: (1) channel slope (less than 3.5 degrees) or (2) tributary junction angle (greater than 70 degrees). *Benda and Cundy*'s [1990] method is used in this study because of data availability, similar study site location, and practical application of dSLAM.

## Hydrology

**Rainfall.** The rainfall inputs for the dSLAM model are event-based storm hyetographs. These can be either actual rainstorm records or rainfall events generated from historical rainfall records or from theoretical distributions using the Monte Carlo method. For event simulations, a rainfall hyetograph, either actual or synthesized, is directly read into dSLAM. For long-term simulations, the dSLAM model is run for a long series of random rainstorms. For example, a random sequence of rainstorms may be generated from precipitation models based on hourly rainfall records for a certain period in the area the model is applied. Spatial distribution of rainfall has not as yet been addressed in dSLAM. This issue of spatial variation could be incorporated into the model at any resolution (down to an individual element size) providing that available rainfall data justified such complexity.

**Evapotranspiration.** Evapotranspiration (ET) influences soil water recharge and subsurface flow and thus has the potential for affecting slope stability. During autumn or winter rainy seasons in the Pacific Northwest, variations in the rate of transpiration from different vegetation types are normally small and it is unlikely that different types of vegetation significantly affect slope stability by transpiration. The influence of ET on soil recharge is seasonal; little effect is realized in individual large-magnitude rainfall events during the wet season [*Sidle et al.*, 1985]. In general, the potential influence of ET on slope stability is most important during the seasons when soil moisture is being recharged or depleted. Since most shallow landslides occur during extended rainfall or snowmelt periods, ET is unlikely to be a major controlling factor except during the first large rainstorm of the season [*Megahan*, 1983] or during episodic rainstorms in dry seasons. Our slope stability assessments are for wet autumn and winter seasons; thus ET is ignored.

**Groundwater.** *Beven* [1981] showed that models based on a kinematic wave formulation may be good approximations for those based on the extended Dupuit-Forchheimer assumptions in terms of predicting both water table profiles and subsurface stormflow hydrographs. Considering a thin soil mantle overlying an impermeable layer, the one-dimensional (parallel to the impermeable layer) form of kinematic wave approximation is expressed as

$$q = -Kh\sin\beta \quad (2)$$

$$\varepsilon\frac{\partial h}{\partial t} = -K\sin\beta\frac{\partial h}{\partial x} + i \quad (3)$$

where $q$ is the discharge per unit width ($\mathrm{m^3\,s^{-1}\,m^{-1}}$), $\varepsilon$ is the drainable porosity, $K$ is the effective hydraulic conductivity (meters per second), $x$ is the downslope distance along the bed (meters), $t$ is the time (seconds), and $i$ is the input to the saturated zone (unit area) (meters per second). Values of a nondimensional parameter $\gamma = 4i\cos\beta/(K\sin^2\beta)$ should be less than about 0.75 for the kinematic wave approximation to be valid [*Beven*, 1981].

Following *Moore and Grayson* [1991], the combined surface-subsurface kinematic modeling approach [*Takasao and Shiiba*, 1988] is adopted in the groundwater model developed in this paper. Because the focus is on the steep forested areas, it is assumed that the infiltration capacity of the soil is always in excess of the rainfall intensity, so that Hortonian overland flow is ignored and only saturated overland flow is considered

[*Pierson*, 1977; *Dunne*, 1978]. The one-dimensional form of the continuity equation that is applied to each element can be written as [*Moore and Grayson*, 1991]

$$\frac{\partial A}{\partial t} + \frac{\partial q}{\partial x} = \frac{iA_e}{\Delta x_e} \quad (4)$$

where $A$ (square meters) is the "apparent" cross-sectional flow area, $i$ equals the rainfall intensity (meters per second) (assuming the entire soil profile initially wets to field capacity), $A_e$ (square meters) is the plan area of the element, and $\Delta x_e$ (meters) is the flow distance along a streamline through the element (Figure 1). The "apparent" cross-sectional flow areas for the two cases of subsurface flow only, and combined subsurface and saturation overland flow are, respectively,

$$A = \omega \varepsilon h \qquad 0 \le A < \omega \varepsilon D \qquad 0 \le h < D \quad (5)$$

$$A = \omega \varepsilon D + A_c \qquad A > \omega \varepsilon D \quad (6)$$

where $\omega$ (meters) is the width of the element orthogonal to the streamlines and $D$ is the vertical soil depth. The parameter $A_c = \omega(h - D)$ for broad sheet flow, where $h - D$ is the overland flow depth ($h > D$) ($A_c$ is the channel cross-sectional area when the flow concentrates in rills or defined channels). The capillary fringe is not differentiated from the saturated zone.

The kinematic forms of the momentum equations for subsurface flow only and for combined subsurface flow and saturation overland flow can be expressed in terms of the Darcy and Manning equations, respectively,

$$q = K \frac{A}{\varepsilon} \sin \beta = \omega h K \sin \beta \qquad 0 \le A \le \omega \varepsilon D$$

$$0 \le h \le D \quad (7)$$

$$q = \omega D K \sin \beta + \alpha A_c^m \qquad A > \omega \varepsilon D \quad (8)$$

where $\alpha = n^{-1}\omega^{-2/3} \tan^{1/2} \beta$ and $m = 5/3$ for broad sheet overland flow, $\alpha = n^{-1}\xi^{2/3} \tan^{1/2} \beta$ and $m = 4/3$ for channelized flow, $n$ is Manning's roughness coefficient, and $\xi$ is the coefficient in the assumed relationship between hydraulic radius, $R$, and cross-sectional area of a channel, $R = \xi A_c^{1/2}$ [*Moore and Burch*, 1986]. To approximate the boundary conditions that would occur on a hillslope with an impermeable layer, it is assumed that the slope of the impermeable interface parallels the land surface. Thus, the boundary conditions are as follows [*Moore and Grayson*, 1991],

$$h(x, t) = 0 \qquad q(x, t) = 0 \qquad \text{at } x = 0 \quad (9)$$

where $x$ ($L$) is the distance down a stream tube from the point of highest elevation ($x = 0$), the upper limit of a stream tube. It may be a high point within the basin or a basin divide.

*Smith*'s [1980] general algorithm for the kinematic wave flow routing equation is used to route the subsurface and surface flow between adjacent elements. For each element, the streamlines define no-flow boundaries, the upper contour is an inflow boundary, and the lower contour outflow boundary is the computational "node" [*Grayson et al.*, 1992a]. The time step is determined by the temporal sequence of rainfall events. Rainfall events are allowed to have variable intensities between time steps. The calculated $h$ values are then incorporated into (1) for determining the factor of safety of elements. In this case, an average of the $h$ values obtained at upslope and downslope contours of an element is used for that element.

For water routing, the method proposed by *Moore and Grayson* [1991] was used. In nonchannelized elements, the tributary outflow cross-sectional areas of the upslope elements are summed to provide the inflow cross-sectional area to the downslope element. In channelized elements, only the upslope tributary element with the dominant discharge contributes directly to inflow, and the other elements become lateral inflow to the channel.

### Vegetation

**Root strength.** Plant root systems are important stabilizing components of steep, vegetated slopes subject to mass failure. Root systems contribute to the stability of hillslopes by vertically anchoring the soil mantle into underlying fractured bedrock or substrate, reinforcing the upper soil, and providing buttressing or soil arching action in certain situations [*Sidle et al.*, 1985]. The root strength of vegetation is the deterministic parameter in the infinite slope model that has the greatest influence on slope stability and is most affected by timber harvesting [*Sidle*, 1992]. *Sidle et al.* [1985] and *Greenway* [1987] have given a detailed review of root strength and its effect on slope stability. Root systems contribute to soil strength by providing an artificial cohesion that can be added to effective soil cohesion in the Mohr-Coulomb equation. A number of researchers [*O'Loughlin*, 1972; *Waldron*, 1977; *Gray and Megahan*, 1981; *Waldron et al.*, 1983] have successfully used this method to describe the shear strength of a root-permeated-soil mantle. The net root strength of a forested hillslope subject to harvesting is determined by (1) the regeneration rate of new vegetation following harvesting and (2) the rate of root strength deterioration of harvested trees. In this study, *Sidle*'s [1991] root strength model is adapted for root strength simulation. Assumptions for the root strength model are addressed by *Sidle* [1991, 1992]. For cases where tree roots do not fully penetrate the soil mantle (not so in our example), root strength values can be reduced as described by *Hammond et al.* [1992]. Parameters used in the root strength model are based on field root strength testing, laboratory testing, and back calculations of root strength at failed sites.

**Vegetation surcharge.** The influence of vegetation surcharge on slope stability is small [*Gray and Megahan*, 1981; *Sidle*, 1992]. In most forest ecosystems the total weight of soil above a potential failure plane far exceeds the weight of vegetation. The effect of tree removal on FS for low piezometric heads is slightly positive; for high piezometric heads FS decreases slightly with tree removal, especially when $\phi > \beta$ [*Sidle*, 1992]. The vegetation surcharge model used in dSLAM [*Sidle*, 1992] was applied to various timber-harvesting scenarios.

**Vegetation management.** Though *Sidle* [1991, 1992] gave four vegetation management models, only the clear-cut and partial cut models are included in the current version of dSLAM. The vegetation management models simulate two fundamental physical processes: (1) root cohesion decline after vegetation removal, and (2) root cohesion recovery during vegetation establishment and regrowth. The rates of these simultaneous functions determine the temporal changes in net root strength for a given element. Thus, if root strength recovery is slow following vegetation removal, subsequent management cycles may have cumulative effects on future root strength values. *Sidle* [1991, 1992] incorporates these long-term




**Figure 2.** The framework of dSLAM.

or cumulative effects into root strength and vegetation surcharge models for clear-cuts and partial cuts.

### Integration of dSLAM Components

With the vector-based partitioning of the basin into relatively homogeneous elements, (1) is applied to compute the FS for each element in the basin using topographic information derived from TAPES-C, groundwater level simulated by dSLAM, and soil and vegetation data extracted from ARC/INFO coverages, so that the unstable elements (FS < 1.0) in the basin can be located. For a storm event simulation, (1) is evaluated at each time step. The rainfall event may be actual hyetographs or synthesized storms. The GIS database stores spatial data, such as soil and vegetation distributions and timber-harvesting patterns. It also stores and displays simulation results, such as the modeling network, spatial distributions of FS and failure probability, and debris flow travel paths. The outputs of dSLAM simulations are displayed in maps of landslide locations, debris flow paths, FS distributions, failure potential distributions, and other stability-related parameters. Figure 2 shows the framework of the dSLAM model. For detailed discussion about inputs and outputs of dSLAM, readers are referred to *Wu* [1993].

## Case Study

### Study Site Conditions

The dSLAM model was applied in a small basin within the Cedar Creek drainage in the Mapleton Ranger District of Siuslaw National Forest in the central Oregon Coast Ranges (basin A, Figure 3). The Mapleton District is mostly underlain by the Eocene Tyee sandstone formation which generally dips at less than 10° [*Lovell*, 1969] and is overlain mainly by shallow- to medium-depth soil mantles. The topography is dissected by many steep, short ridges and slopes between ridgetop and stream bottom. These geomorphic features are largely a result of landslides that range from small debris slides on steep slopes to large earthflows which altered entire mountain slopes [*USDA Forest Service*, 1990]. Elevation range is between 150 and 600 m above sea level. The climate is maritime with warm, dry summers and mild, wet winters. Mean annual precipitation varies from about 1500 mm along the coast up to about 3600 mm at the higher inland elevations. During winter, frequent storms are produced when moist marine air from the southwest rises and cools as it crosses the Oregon Coast Ranges. About 90% of the annual precipitation falls between October and May during storms characterized by low rainfall intensity and long duration. Snow falls only occasionally at higher elevations and generally does not persist. Soils are very porous (porosity of 50–75%), have low bulk densities (0.8–1.3 g/cm$^3$), and are highly aggregated [*Yee*, 1975]. Douglas fir is the most common of conifers dominating this area. Red alder is the most common of several deciduous species present. Sitka spruce is the climax species along the coast; in the interior the




**Figure 3.** Location map of the study watershed within the Cedar Creek basin, Oregon Coast Ranges (contour interval 20 m).

Plaintiffs' Exhibit 30 Wu & Sidle (1995) 6 of 15

Case 3:18-cv-01035-MO Document 110-33 Filed 07/14/21 Page 7 of 15



climax species is western hemlock. Understory vegetation is characteristically dense and consists mostly of salmonberry, thimbleberry, vine maple, swordfern, salal, and huckleberry.

Rainfall infiltrates quickly into the highly permeable forest soils. Most runoff flows through soil above the relatively impermeable bedrock surface and drains to streams as subsurface storm flow [*Pierson*, 1977]. Some water infiltrates the bedrock, probably along ridges and benches where rock is more deeply weathered, as well as along stream channels. This groundwater emerges later as base flow from bedrock joints, faults, and bedding planes. The low rainfall intensities are apparently not sufficient to exceed the infiltration capacity of the soil, so Hortonian overland flow does not occur. However, saturation overland flow is observed during large storms along the axes of hillslope depressions and on side slopes where the soil mantle is especially thin [*Pierson*, 1977]. Recent studies would suggest that some of this presumed saturation overland flow may indeed be subsurface flow facilitated by macropore networks [*Tsuboyama et al.*, 1994a; *Kitahara et al.*, 1994].

The loam and clay loam soils are well drained with generally high nutrient levels. The combination of fertile soil and mild, wet coastal climate makes growth of trees very rapid in the Mapleton District. Timber harvesting and concomitant development of logging roads have increased through the 1960s in the district. In this region, periods of heavy rainfall often trigger landslides. About 66% of the district is considered to be at high risk for landsliding [*USDA Forest Service*, 1990]. A series of high-intensity storms (return periods greater than 10 years) struck this area in the mid 1970s. A large number of landslides, originating from roads, clear-cuts, and undisturbed forest caused severe damage to many district streams. Although landslides are a natural phenomenon and a certain number will occur regardless of land use, analysis of slides occurring in the storms in the mid 1970s identified clear-cut areas as the predominant sites of slide initiation [*Greswell et al.*, 1979; *Swanson et al.*, 1981]. These observations are different from those in other areas in the Pacific Northwest where roads have been identified as the major initiation sites [*Swanson et al.*, 1981; *Swanson and Roach*, 1987]. These mid 1970s landslides focused a great deal of public attention on the district and brought about extensive management changes throughout the Siuslaw National Forest.

## Data Preparation

**Derivation of topographic network.** The study basin is a second-order drainage within Cedar Creek, a small third-order watershed (Goodwin Peak Quadrangle, Oregon, 1984) (Figure 3). This basin has an area of 1.18 km$^2$ and elevations from 108 to 414 m above sea level.

The 7.5′ U.S. Geological Survey DEM of Goodwin Peak Quadrangle was used to derive the vector DEM input for the TAPES-C model, a topographic analysis program developed by *Moore et al.* [1988]. The 7.5′ DEM was read into a GIS (ARC/INFO) and transformed into a lattice coverage. The quadrangle lattice coverage was clipped to create a new lattice coverage of appropriate size in which Cedar Creek is included. A Cedar Creek contour coverage was generated from the Cedar Creek lattice coverage. In this study, a 6-m interval was used in order to delineate typical sized landslides in the area and to be consistent with the 1:24,000 topographic map. After the Cedar Creek contour coverage was completed, its accuracy was checked against a 1:24,000 topographic map. When the vector DEM was ready, it was first processed by TAPES-C to derive a contour line–based network and to calculate topographic attributes. To establish the framework for generation of other distributed information and for visualization of the results, the network was read into ARC/INFO to generate a basin network coverage. The average element size is 100.5 m$^2$ and there are 52 contours and 11,764 elements.

Although in some very localized areas the contour lines of the contour coverage look different from those on the 1:24,000 map, the general trends of contour lines and locations of major topographic features, such as channels, ridges, saddles, and high points, are reasonably accurate. However, one important feature, hollows or zero-order basins, sometimes does not match well between the DEM-derived contour coverage and the 1:24,000 topographic map. The reasons for this inconsistency might be that the algorithm used to generate the contour lines from the DEM is very different from that used to generate the 1:24,000 topographic map and the 30 m by 30 m resolution of the DEM is not fine enough. However, both the 1:24,000 topographic map and the 30 m by 30 m DEM are not accurate enough to delineate all small-scale topographic features, and both the algorithms used in producing DEMs and topographic maps cannot avoid error generation. As more detailed DEMs become available, this will undoubtedly improve the topographic portion of the model.

**Extraction of soil and vegetation data.** The spatial data for soil and vegetation were extracted from a GIS maintained by the Siuslaw National Forest. Spatial distributions of various ages of trees and soil types are illustrated in Figures 4 and 5. In simulations, the year of cutting was assumed to occur 1 year before the year of tree origin.

To derive soil and vegetation information for each element, the soil and vegetation coverages were overlaid on the basin network to generate new coverages that have a relational database of soil and vegetation information associated with each element in the network. Then, the useful soil and vegetation information was output as data files which were used as input files for dSLAM. In the algorithm, if an element is split into several parts of different soil or vegetation types, the largest part was assumed to be representative for that element.

Soil depth ranges (Table 1) were derived from *USDA Soil Conservation Service* [1987]. Although several investigations indicate that soil depths in some hollows may exceed 2 m [e.g., *Pierson*, 1977; *Reneau*, 1988], there is no reliable method that can determine soil depths for different topographic locations at present. Recent information on soil depth distribution in hollows appears conflicting and cannot be readily generalized [*Sidle*, 1984a; *Reneau et al.*, 1989; *Tsuboyama et al.*, 1994b]. In our model, the upper limit of the soil depth ranges for individual soil complexes was used as the "standard condition". In the future, with better spatial information on soil depth and its relationship with topographic features, an algorithm that determines soil depth based on topography may be developed.

*Yee* [1975] measured the average saturated hydraulic conductivities for both horizontal and vertical directions for the two similar major soil series (Bohannon and Klickitat) in our study watershed: mean horizontal $K_{sat}$ = 84.3 cm/h and mean vertical $K_{sat}$ = 57.5 cm/h. These values are similar to $K_{sat}$ values given in the soil survey for the area [*USDA Soil Conservation Service*, 1987] which were used in our case study because of the more complete spatial coverage (Table 1). Although the major soils in this area (Bohannon and Klickitat) are generally considered cohesionless [*Yee*, 1975; *Pierson*, 1977], *Schroeder and Alto* [1983] demonstrated that they are

Plaintiffs' Exhibit 30 Wu & Sidle (1995) 7 of 15




**Figure 4.** Spatial distribution of year of tree origin (one year after clear-cutting).




**Figure 5.** Spatial distribution of soil mapping units.

**Table 1.** Saturated Hydraulic Conductivity and Depths of Soils in the Cedar Creek Subbasin

| Soil Mapping Unit | $K_{sat}$, m/h | Soil Depth, m |
|---|---|---|
| Apt | 0.5 | >1.5 |
| Bohannon | 1.0 | 0.5–1.0 |
| Klickitat | 0.8 | 1.0–1.5 |
| Bohannon/Preacher complex | 0.8 | 0.5–1.5 |
| Preacher | 0.8 | 1.0–1.5 |

Data are from *Yee* [1977] and *USDA Soil Conservation Service* [1987].

slightly cohesive. In addition, if zero soil cohesion is used for simulations, many elements cannot support themselves even with root cohesion and without any saturation, which is unreasonable. *Schroeder and Alto* [1983] found the following ranges in engineering properties of soils in Mapleton District: cohesion ($C$) 0.00–6.86 kPa, internal friction angle ($\phi$) 35.3–41.4 degrees, density at field water content ($\gamma_m$) 13.13–16.38 kN/m$^3$, and saturated density ($\gamma_{sat}$) 16.77–17.57 kN/m$^3$. Average parameter values for all samples analyzed by *Schroeder and Alto* [1983] were used in our simulation (Table 2). Drainable porosity was calculated from saturated density and density at natural water content. The channels were assumed to be parabolic so that the relationship between hydraulic radius and cross-sectional area of the channel is $\xi = 0.364$ for a depth-width ratio of 2 [*Moore and Burch*, 1986].

Parameters for root cohesion and surcharge models [*Sidle*, 1991, 1992] are given in Table 3. Inflection points for root strength and surcharge curves are designated as $t_i$ and $t_{si}$ (in years), respectively; $k$ and $n$ are empirical constants for the root decay curve; $\Delta C_{max}$ and $W_{tmax}$ are the maximum potential root cohesion and surcharge for a particular vegetation type, respectively; and $R_l$ and $R_{sl}$ are, respectively, the scaled root strength and surcharge at times $2t_i$ and $2t_{si}$. *Sidle* [1991] proved that the empirical constants in root strength and surcharge recovery curves can be directly derived from $R_l$, $t_i$ and $R_{sl}$, $t_{si}$, respectively. For coastal Douglas fir, the parameters in Table 3 are based on *Sidle*'s [1991, 1992] papers. For red alder, no existing data are available. However, it is known that red alder grows faster than coastal Douglas fir. Also roots of red alder are considered at least as strong as those of coastal Douglas fir (G. Bush, Siuslaw National Forest, personal communication, 1992). In this study, except for $t_i$ and $t_{si}$, other parameters of red alder were assumed equal to those of coastal Douglas fir. Maximum root cohesion $\Delta C_{max}$ used is the mean of the $\Delta C_{max}$ range given by *Sidle* [1991] for coastal Douglas fir.

**Table 2.** Soil Engineering Properties and Channel Characteristics for the Study Watershed

| Variable | Value |
|---|---|
| Soil cohesion ($C$), kPa | 2.5 |
| Soil unit weight at field capacity ($\gamma_m$), kN/m$^3$ | 14.7 |
| Soil unit weight at saturation ($\gamma_m$), kN/m$^3$ | 17.1 |
| Soil internal friction angle ($\phi$), degrees | 37.8 |
| Manning's $n$ (broadsheet) | 0.06 |
| Manning's $n$ (channel) | 0.03 |

Data are from *Yee* [1975], *Schroeder and Alto* [1983], and *Moore and Burch* [1986].

**Contributing area.** In the groundwater algorithm, the elements with contributing area greater than a critical value are considered to be channelized elements, and water in these elements is treated as channel flow. Because of this treatment, no adequate method was found to determine the FS for channelized elements. In this study, any elements with channel flow were excluded from slope stability analysis. This is a reasonable assumption since channels are typically incised to bedrock in this area. Thus, the size of the critical contributing area or locations of channel heads are important to both groundwater and landslide modeling. Because of the spatial resolution of our grid scale, some of the elements designated as channels would actually include the lower portions of adjacent side slopes. In some cases, this may underestimate landslide contributions. *Montgomery and Dietrich* [1988] collected some data on the relationship between source area and slope at channel heads. One of these data sets is from Coos Bay, Oregon, which is very close to Mapleton District (Figure 3). From these data, a contributing area of 2,500 m$^2$ to initiate a perennial channel was derived.

**Rainfall-landslide historical data.** A major winter storm in 1975 was chosen as the rainfall event for landslide simulations. This storm (Figure 6) started on November 29 and ended on November 30 in Mapleton. The rainfall data were recorded in Mapleton, at a lower elevation than Cedar Creek, and thus may underestimate precipitation at higher elevations where the study basins are located. Antecedent moisture for the 1975 winter storm was relatively wet with 18 mm of rain during the preceding 24 hours. *Swanson and Roach* [1987] suggested that the maximum 6-hour and 24-hour intensities of this storm both have an estimated recurrence interval of 17 years (25 years if the storm is not included in the development of the return period estimates). Widespread landslide activity in the Mapleton District during this storm has been documented [*Greswell et al.*, 1979]. In addition to the general landslide inventory, the locations of individual landslides during this storm were marked on the district fire maps and color aerial photographs. Unfortunately, the very useful aerial photos marked with landslide locations are missing. After comparing the inaccurate fire map with original survey records, about 3 landslides with a total volume of 734 m$^3$ were located in the basin. Because of the small scale of the fire map (1:31,680) it is impossible to

**Table 3.** Vegetation Parameters Used in the Landslide Model

| Parameter | Coastal Douglas Fir | Alder |
|---|---|---|
| $t_i$, years | 18 | 15 |
| $t_{si}$, years | 25 | 20 |
| $k$ | 0.51 | 0.51 |
| $n$ | 0.73 | 0.73 |
| $\Delta C_{max}$, kPa | 12.5 | 12.5 |
| $W_{tmax}$, kPa | 3.0 | 3.0 |
| $R_l$ | 0.95 | 0.95 |
| $R_{sl}$ | 0.85 | 0.85 |

Data are from G. Bush (personal communication, 1992) and *Sidle* [1991, 1992]. The parameters are defined as follows: $t_i$, $t_{si}$ are inflection points for root strength and vegetation surcharge curves, respectively; $k$ and $n$ are empirical constants for root decay curve; $\Delta C_{max}$, $W_{tmax}$ are maximum potential root cohesion and vegetation surcharge; and $R_l$, $R_{sl}$ are scaled root strength and vegetation surcharge times $2t_i$ and $2t_{si}$, respectively.




**Figure 6.** *Hyetograph of the November 29–30, 1975, rainstorm at Mapleton, Oregon.*

accurately locate the 3 landslides in the basin. Aerial photos taken in 1968 and 1979 of Cedar Creek are the nearest in time to the 1975 winter storm. This makes the comparison before and after the 1975 storm difficult.

**Simulation Results**

The rainfall hyetograph for the 1975 winter storm (Figure 6) served as input to dSLAM to simulate the groundwater levels and factors of safety for nonchannel elements in the basin. The time step used in simulations is one hour. In the simulations, soils were assumed to be at field capacity (not saturation) before the storm because of the frequent, low-intensity, long-duration rainstorms in this area. However, this assumption may not hold at the beginning of rainy seasons (i.e., soils may be drier).

Eight elements failed in the Bohannon-Preacher soil complex and 1 element failed in the Klickitat soil unit, with the total volume of 733 $m^3$ during this simulated rainstorm. The nine failed elements represent four discrete landslides. The range in slope of the failed elements is from 37 to 48 degrees with 3 elements steeper than 40 degrees. All failed elements are in the polygons with year of origin 1969 (clear-cut in 1968). Figures 7 and 8 show the locations of the failed elements and their travel paths. Note that no debris flows moved outside the basin outlet.






**Figure 7.** Simulated landslide locations (solid shading) during the November 1975 storm.

Case 3:18-cv-01035-MO Document 110-33 Filed 07/14/21 Page 11 of 15






**Figure 8.** Simulated debris flow paths and deposition zone (solid shading) during the 1975 storm.

The simulated landslide volumes and numbers of landslides, 733 $m^3$ and 4, respectively, are very close to inventory data from the 1975 landslide survey, respectively, 734 $m^3$ and 3. One more landslide was simulated than actually occurred during the 1975 storm. However, the scale of resolution for separating individual landslides both in simulations and in field surveys negates this small difference. The locations of the failed elements are reasonable (Figure 7), and it appears that the sites of landslides in basin A are consistent with the sites where groundwater flow converges. However, it is difficult to compare the simulation results with the field data because of the inaccuracy of the DEM and fire map, the missing aerial photos from the 1975 landslide survey, and the long time interval between aerial photos for Cedar Creek (the years of aerial photos closest to 1975 are 1972 and 1979).

From the spatial changes of FS during this 1975 winter storm (Figure 9) we can observe:

1. Spatial patterns of FS before the storm (Figure 9a) are largely controlled by the topography (steeper areas more unstable) and the distribution of timber-harvesting patterns (Figure 4). Most areas with FS < 3.0 follow the distribution of blocks cut in 1968 (year of origin 1969), and the elements with FS < 2.0 are all located in areas cut in 1968.

2. The areas with low FS values (i.e., 1.0–1.6), expanded dramatically during the rain (Figure 9b); after the rain, these areas decreased at a slow rate (Figure 9c).

3. Before the rain, channel heads were rather stable (Figure 9a); however, during the rain, FS declined sharply in these areas and in hollows directly above them (Figure 9b).

4. Most areas with low FS are located in the Preacher-Bohannon soil complex (Figure 5), but a few are in the Bohannon soil, probably because of the deeper soils in the Preacher-Bohannon complex. The distribution of soil types is also correlated with topographic location.

From these observations we can conclude that the spatial pattern of safety factor is controlled by topography and timber-harvesting patterns and greatly affected by groundwater flow patterns during major rainstorms. The influence of soil properties is also observed to a lesser extent; however, this may become more significant if better spatial resolution of key soil parameters (e.g., depth, cohesion) is available.

### Sensitivity Analysis

Because of limited data, many variables used in the model applications are estimates or averages. This may introduce some uncertainty into the simulation results. On the other hand, because of the internal structure and limitations of the model, individual variables may have different effects so that the introduced uncertainties may not be identical for all the variables. *Gray and Megahan*'s [1981] sensitivity analysis of the infinite slope model suggests that the factor of safety is most sensitive to changes in the soil cohesion, root cohesion, soil depth, and slope angle; moderately sensitive to changes in relative groundwater height and internal friction angle; and insensitive to changes in soil unit weight and tree surcharge. In addition, the relative importance of groundwater fluctuations on computed factors of safety is less for cohesive soils than for lower-cohesion soils [*Sidle*, 1984b]. Though many variables are important to simulation results, we only evaluate the effects of soil cohesion, soil depth, and maximum root cohesion in this paper due to limited space. Site parameters noted as standard condition are given in Tables 1, 2, and 3. To test for parameter uncertainty, one variable is altered while others are held constant, and cumulative areas (percentage of the drainage area) with FS less than certain values for different values of the investigated variable are compared (Figure 10).

Figure 10a demonstrates the importance of soil cohesion. The results of low and high values of $C$ from the Mapleton soil data of *Schroeder and Alto* [1983] were compared with that of the standard condition ($C$ = 2.5 kPa, Table 2). When the highest value (6.86 kPa) is used, no landslides occur; for the lowest value (0.0 kPa), the failure volume increases 29-fold. If

Plaintiffs' Exhibit 30 Wu & Sidle (1995) 11 of 15






**Figure 9.** Spatial distribution of FS simulated during the 1975 storm: (a) at 0 hours (before the storm); (b) at 22 hours (just at the end of the storm); and (c) at 62 hours (40 hours after the storm).




**Figure 10.** Effects of parameter uncertainties on slope stability: (a) soil cohesion; (b) soil depth; and (c) maximum root cohesion.

$C$ values of 2.0 kPa and 3.0 kPa are used, the failure volume would change by factors of 2.04 and 0.41, respectively, compared with the standard condition.

The soil depth data are very inaccurate because only ranges are available for a given soil series. Besides the difficulty of choosing a value from this range, the assumption of a uniform soil depth is also not realistic. Figure 10b indicates the effect of changes in soil depth on slope stability. Failure volumes for a 30% decrease and a 30% increase in soil depth change by factors of 0.27 and 2.0, respectively.

If the maximum root cohesion changes from 12.5 kPa to 10 kPa, failure volumes increase 1.73-fold (Figure 10c). For the case of $\Delta C = 15$ kPa, failure volume decreases by a factor of 0.55. The range of maximum root cohesion of coastal Douglas fir is given by *Sidle* [1991] as 5.0–22 kPa. Figure 10c shows the changes of FS distribution due to a 20% change in maximum root strength from the standard condition.

## Summary and Conclusions

In this paper, a distributed, physically based slope stability model (dSLAM) designed to analyze rapid, shallow landslides and the spatial distribution of safety factor in steep, forested areas is presented. This model is based on an infinite slope model, a kinematic wave groundwater model, and a continuous change vegetation root strength model. It is incorporated with the contour line–based topographic analysis and geographic information system for spatial data extraction and display.

The dSLAM model was applied in a steep, forested drainage in the Oregon Coast Ranges with typical spatial patterns of timber harvesting by imposing a major winter storm in 1975 that triggered widespread landslides in the area. The simulated volumes and numbers of failures agree closely with the landslide survey data of the 1975 storm, and the simulated locations of failures caused by this storm are reasonable. However, it is difficult to compare the exact simulated locations of failures with the survey data because of the inaccurate documentation of landslide locations. Also, the uncertainties involved with the accuracy and spatial distribution of various parameter values, such as soil depth, may complicate this comparison. This distributed model reveals important information about the change in the spatial patterns of safety factor during the storm. It also shows the important influence of timber-harvesting patterns on the distribution of safety factor. It should be noted that this model is only used for investigating the occurrence of translational landslides.

The simulation results clearly demonstrate that the initiation of shallow landslides in steep, forested areas is the result of interactive spatial processes, including hydrology, root strength, soil conditions, topography, and precipitation. The exact initiation of landslides is determined by the combined effects of high pore water pressure zones (controlled by topography, soil hydraulic conditions, and rainfall characteristics), low root strength (controlled by vegetation management, species, site productivity, etc.), and site conditions (slope and soil engineering properties).

This study highlights one of the major problems with distributed, physically based modeling: the spatial data representation. First, many spatial parameters (e.g., soil depth and saturated hydraulic conductivity) have to be treated as constants for rather large areas because of limited information about their spatial distribution. In the future, with more information on soil depth and its relationship with topographic features, an algorithm that determines soil depth–based topography may be developed. However, we should be very cautious about overgeneralizing using such algorithms since recent studies of soil depth distributions in topographic hollows yield

somewhat conflicting results. Secondly, point data or their averages are used as the representative values at the element scale (e.g., soil depth and soil cohesion). No matter how dense the sampling network, these measurements will still be based on point measurements. The variability in soil properties such as depth may be almost as great at small scales (several meters) as at large scales (tens or hundreds of meters). Finally, it is difficult to accurately determine some of the sensitive parameters in the model (e.g., soil cohesion, maximum root strength) because of the wide range of existing data and analytical difficulties.

Although there are some problems involved with the model structure and data representation, the advantages of distributed and physically based models provide land managers and regulatory agencies a useful tool to help evaluate the effects of timber harvesting on slope stability, to compare different timber-harvesting strategies in steep, forested areas, and to assess sediment delivery potential from landslide areas [*Wu*, 1993]. While actual FS values computed by the model should be viewed with caution, the model presents a good relative comparison of vegetation management strategies in unstable watersheds.

Future plans include testing the model in other areas with additional rainfall events. Also, the model uncertainty resulting from the assumptions with model structure and data uncertainty (including spatial variability) needs further investigation and possibly more functional components, such as evapotranspiration and different management options, to promote more universal application. Also, "cumulative effects" related to long-term vegetation management should be investigated.

**Acknowledgments.** This research was supported by the USDA Forest Service, Intermountain Research Station, Logan, Utah (agreement INT-899398-RJVA) in cooperation with the Watershed Sciences Unit at Utah State University. Support was also provided for model application from the Siuslaw National Forest, Corvallis, Oregon. The late Dr. Ian Moore kindly provided the TAPES-C program for application to the dSLAM model. George Bush, Soil Scientist, Siuslaw National Forest, provided data from Cedar Creek and valuable advice for model verification. Useful comments on this research were obtained from Loren Anderson, Dale Bartos, Jeffery McDonnell, and David Tarboton. R.C.S. is the corresponding author.

## References


Abbott, M. B., J. C. Bathurst, J. A. Cunge, P. E. O'Connel, and J. Rasmussen, An introduction to the European Hydrological System—Système Hydrologique Européen, "SHE", 1, History and philosophy of a physically-based, distributed modeling system, *J. Hydrol.*, *87*, 45–59, 1986.

Abe, K., and M. Iwamoto, An evaluation of tree-root effect on slope stability by tree-root strength, *J. Jpn. For. Soc.*, *69*, 505–510, 1986.

Abe, K., and R. R. Ziemer, Effect of tree roots on a shear zone: Modeling reinforced shear stress, *Can. J. For. Res.*, *21*, 1012–1019, 1991.

Beasley, D. B., L. F. Huggins, and E. J. Monke, ANSWERS: A model for watershed planning, *Trans. ASAE*, *23*, 938–944, 1980.

Benda, L. E., and T. W. Cundy, Predicting depositions of debris flows in mountain channels, *Can. Geotech. J.*, *27*, 409–417, 1990.

Beven, K., Kinematic subsurface stormflow, *Water Resour. Res.*, *17*(5), 1419–1424, 1981.

Beven, K., Changing ideas in hydrology—The case of physically-based models, *J. Hydrol.*, *105*, 157–172, 1989.

Beven, K. J., and M. J. Kirkby, A physically based, variable contributing area model of basin hydrology, *Hydrol. Sci. Bull.*, *24*(1), 43–69, 1979.

Brunsden, D., and D. B. Prior (Ed.), *Slope Instability*, John Wiley, New York, 1984.

Burroughs, E. R., and B. R. Thomas, Declining root strength in Douglas-fir after felling as a factor in slope stability, *Res. Pap. INT-190*, 27 pp., Intermountain For. and Range Exp. Stn., USDA For. Serv., Ogden, Utah, 1977.

Carrara, A., M. Cardinal, R. Detti, F. Guzzetti, V. Pasqui, and P. Reichenbach, GIS techniques and statistical models in evaluating landslide hazard, *Earth Surf. Processes Landforms*, *16*, 427–445, 1991.

Dietrich, W. E., and T. Dunne, Sediment budget for a small catchment in mountainous terrain, *Z. Geomorph. Suppl.*, *29*, 191–200, 1978.

Dunne, T., Field studies of hillslope processes, in *Hillslope Hydrology*, edited by M. J. Kirkby, pp. 227–293, John Wiley, New York, 1978.

Ellen, S. D., and R. W. Fleming, Mobilization of debris flows from soil slips, San Francisco Bay region, California, Geological Society of America, *Rev. Eng. Geol.*, *3*, 31–40, 1987.

Gray, D. H., and W. F. Megahan, Forest vegetation removal and slope stability in the Idaho batholith, *Res. Pap. INT-271*, 23 pp., USDA For. Serv., Ogden, Utah, 1981.

Gray, D. H., and H. Ohashi, Mechanics of fiber reinforcements in sand, *J. Geotech. Eng. Div. Am. Soc. Civ. Eng.*, *109*(GT3), 335–353, 1983.

Grayson, R. B., I. D. Moore, and T. A. McMahon, Physically based hydrologic modeling, 1, A terrain-based model for investigative purposes, *Water Resour. Res.*, *28*(10), 2639–2658, 1992a.

Grayson, R. B., I. D. Moore, and T. A. McMahon, Physically based hydrologic modeling, 2, Is the concept realistic?, *Water Resour. Res.*, *28*(10), 2659–2666, 1992b.

Greenway, D. R., Vegetation and slope stability, in *Slope Stability Geotechnical Engineering and Geomorphology*, edited by M. G. Anderson and K. S. Richards, pp. 187–230, John Wiley, New York, 1987.

Greswell, S., D. Heller, and D. N. Swanston, Mass movement response to forest management in the central Oregon Coast Range, *Res. Bull. PNW-84*, 26 pp., Pac. Northwest Res. Stn., USDA For. Serv., Portland, Oreg., 1979.

Hammond, C., D. Hall, S. Miller, and P. Swetik, Level I stability analysis (LISA) documentation for version 2.0, *Gen. Tech. Rep. INT-285*, 190 pp., Intermountain Res. Stn., USDA For. Serv., Ogden, Utah, 1992.

Iverson, R. M., and J. J. Major, Rainfall, ground-water flow, and seasonal movement at Minor Creek landslide, northwestern California: Physical interpretation of empirical relations, *Geol. Soc. Am. Bull.*, *99*, 579–594, 1987.

Kitahara, H., T. Terajima, and Y. Nakai, Ratio of pipe flow to throughflow discharge, *J. Jpn. For. Soc.*, *76*, 10–17, 1994.

Lovell, J. P. B., Tyee formation: Undeformed turbidites and their lateral equivalents: Mineralogy and paleogeography, *Geol. Soc. Am. Bull.*, *80*, 9–22, 1969.

Megahan, W. F., Hydrologic effects of clearcutting and wildfire on steep granitic slopes in Idaho, *Water Resour. Res.*, *19*(3), 811–819, 1983.

Montgomery, D. R., and D. E. Dietrich, Where do channels begin?, *Nature*, *336*(17), 232–234, 1988.

Moore, I. D., and G. J. Burch, Sediment transport capacity of sheet and rill flow: Application of unit stream power theory, *Water Resour. Res.*, *22*(8), 1350–1360, 1986.

Moore, I. D., and R. B. Grayson, Terrain-based catchment partitioning and runoff prediction using vector elevation data, *Water Resour. Res.*, *27*(6), 1177–1191, 1991.

Moore, I. D., E. M. O'Loughlin, and G. J. Burch, A contour based topographic model and its hydrologic and ecological applications, *Earth Surf. Processes Landforms*, *13*, 305–320, 1988.

O'Loughlin, C. L., An investigation of the stability of the steepened forest soils in the coast mountains, southwest British Columbia, Ph.D. dissertation, Univ. of B. C., Vancouver, 1972.

Pierson, T. C., Factors controlling debris flow initiation on forested hillslopes in the Oregon Coast Range, Ph.D. dissertation, Univ. of Wash., Seattle, 1977.

Reid, M. E., and R. M. Iverson, Gravity-driven groundwater flow and slope failure potential, 2, Effects of slope morphology, material properties, and hydraulic heterogeneity, *Water Resour. Res.*, *28*(3), 939–950, 1992.

Reneau, S. L., Depositional and erosional history of hollows: Application to landslide location and frequency, long-term erosion rates, and the effects of climatic change, Ph.D. dissertation, Univ. of Calif., Berkeley, 1988.

Case 3:18-cv-01035-MO Document 110-33 Filed 07/14/21 Page 15 of 15



Reneau, S. L., W. E. Dietrich, M. Rubin, D. J. Donahue, and A. J. T. Jull, Analysis of hillslope erosion rates using dated colluvial deposits, *J. Geol.*, *97*, 45–63, 1989.
Schroeder, W. L., and J. V. Alto, Soil properties for slope stability analysis; Oregon and Washington coastal mountains, *Forest Sci.*, *29*(4), 823–833, 1983.
Shasko, M. J., and C. P. Keller, Assessing large scale slope stability and failure within a geographic information system, in *GIS Applications in Natural Resources*, edited by M. Heit and A. Shartreid, pp. 267–275, GIS World, Fort Collins, Colo., 1991.
Sidle, R. C., Shallow groundwater fluctuations in unstable slopes of coastal Alaska, *Z. Gletscherk. Glazialgeol.*, *20*(2), 79–95, 1984a.
Sidle, R. C., Relative importance of factors influencing landsliding in coastal Alaska, in *Proceedings of 21st Annual Engineering Geology and Soils Engineering Symposium*, pp. 311–325, Univ. of Idaho, Moscow, 1984b.
Sidle, R. C., A conceptual model of changes in root cohesion in response to vegetation management, *J. Environ. Qual.*, *20*(1), 43–52, 1991.
Sidle, R. C., A theoretical model of the effects of timber harvesting on slope stability, *Water Resour. Res.*, *28*(7), 1897–1910, 1992.
Sidle, R. C., and D. N. Swanston, Analysis of a small debris slide in coastal Alaska, *Can. Geotech. J.*, *19*, 167–174, 1982.
Sidle, R. C., A. J. Pearce, and C. L. O'Loughlin, *Hillslope Stability and Land Use*, *Water Resour. Monogr. Ser.*, vol. 11, 140 pp., AGU, Washington, D. C., 1985.
Skempton, A. W., and F. A. deLory, Stability of natural slopes in London clay, in *Proc. Int. Conf. Soil Mech. Found. Eng. 4th*, *2*, 378–381, 1957.
Smith, A. A., A generalized approach to kinematic flood routing, *J. Hydrol.*, *45*, 71–89, 1980.
Swanson, F. J., and C. T. Dyrness, Impact of clearcutting and road construction on soil erosion by landslides in the western Cascade Range, Oregon, *Geology*, *3*(7), 393–396, 1975.
Swanson, F. J., and C. J. Roach, Administrative report: Mapleton leave area study, 140 pp., Pac. Northwest Res. Stn., USDA For. Serv., Portland, Oreg., 1987.
Swanson, F. J., M. M. Swanson, and C. Woods, Analysis of debris-avalanche erosion in steep forested lands; an example from Mapleton, Oregon, USA, *IAHS Publ.*, *132*, 67–75, 1981.
Swanston, D. N., and C. T. Dyrness, Stability of steep land, *J. For.*, *71*(5), 264–269, 1973.
Takasao, T., and M. Shiiba, Incorporation of the effect of concentration of flow into the kinematic wave equations and its applications to runoff system lumping, *J. Hydrol.*, *102*, 301–322, 1988.
Tsuboyama, Y., R. C. Sidle, S. Noguchi, and I. Hosoda, Flow and solute transport through the soil matrix and macropores of a hillslope segment, *Water Resour. Res.*, *30*(4), 879–890, 1994a.
Tsuboyama, Y., I. Hosoda, S. Noguchi, and R. C. Sidle, Piezometric response in a zero-order basin, Hitachi Ohta, Japan, in *Proceedings of the International Symposium on Forest Hydrology*, pp. 217–224, Univ. of Tokyo, Tokyo, 1994b.
U.S. Department of Agriculture (USDA) Forest Service, Mapleton lawsuit, in Final Environmental Impact Statement (Land and Resources Management Plan, Siuslaw National Forest), vol. 1, append. E, Pac. Northwest Region, Portland, Oreg., 1990.
USDA Soil Conservation Service, Soil survey of Lane County area, Oregon, U.S. Dep. of Agric., Soil Conserv. Serv., Washington, D. C., 1987.
Waldron, L. J., The shear resistance of root-permeated homogenous and stratified soil, *Soil Sci. Soc. Am. J.*, *41*, 843–849, 1977.
Waldron, L. J., S. Dakessian, and J. A. Nemson, Shear resistance enhancement of 1.22-meter diameter soil cross sections by pine and alfalfa roots, *Soil Sci. Soc. Am. J.*, *47*, 9–14, 1983.
Ward, T. J., R. Li, and D. B. Simons, Mapping landslide hazards in forest watersheds, *J. Geotech. Eng. Div. Am. Soc. Civ. Eng.*, *108*(GT2), 319–324, 1982.
Wu, T. H., W. P. McKinnel, and D. N. Swanston, Strength of tree roots and landslides on Prince of Wales Island, Alaska, *Can. Geotech. J.*, *16*, 19–33, 1979.
Wu, W., Distributed slope stability analysis in steep, forested basins, Ph.D. dissertation, 148 pp., Utah State Univ., Logan, 1993.
Yee, C. S., Soil and hydrologic factors affecting stability of natural slopes in Oregon Coast Range, Ph.D. dissertation, Oreg. State Univ., Corvallis, 1975.

R. C. Sidle, Geological Survey of Denmark and Greenland, Thoravej 8, DK 2400, Copenhagen NV, Denmark.
W. Wu, Cacheva International Corporation, 444 Saratoga Avenue, 17L, Santa Clara, CA 95050.

(Received July 9, 1993; revised March 16, 1995; accepted April 6, 1995.)



View publication stats