# EXHIBIT 36

**Robert E. Bilby et al., The Generation and Fate of Road-Surface Sediment in Forested Watersheds in Southwestern Washington, 35 Forest Science 453–468 (1989)**

Forest Science, Vol. 35, No. 2, pp. 453–468.
Copyright 1989 by the Society of American Foresters

# *The Generation and Fate of Road-Surface Sediment in Forested Watersheds in Southwestern Washington*

ROBERT E. BILBY
KATHLEEN SULLIVAN
STANLEY H. DUNCAN

ABSTRACT. Studies conducted in southwestern Washington, examining the generation of sediment on gravel road surfaces, its transport to small streams and its fate after entering flowing waters, are reviewed. The amount of sediment produced on an hourly basis from a road segment was related to traffic rate. Accumulated material flushed rapidly from the road surface with precipitation, leading to a decrease in sediment concentration in the ditch with time during a storm. Depth of road ballast and type of surfacing material also influenced sediment generation. The majority of the sediment produced by these roads was finer than 0.004 mm. Steeper roads produced a higher proportion of coarser particles. Approximately 34% of surveyed road drainage points entered streams, mainly first- or second-order channels. Thus, the delivery of road sediment to larger streams often depended on its transport through these smaller channels. Small streams temporarily retained a high proportion of road sediment input to them. Coarser particles were retained at a higher rate than finer material. Due to the fine particle size of road sediment delivered to streams, little effect of this material on the composition of streambed gravel could be discerned. The results of these studies provide guidelines for management of those roads where sediment has the highest potential to impact aquatic resources. FOR. SCI. 35(2):453–468.

ADDITIONAL KEY WORDS. Erosion, sediment transport, stream gravel, logging effects on streams.

CONSTRUCTION, USE, AND MAINTENANCE of forest roads is a source of sediment in watersheds managed for timber production (Packer 1967, Fredricksen 1970, Swanston 1971, Brown and Krygier 1971, Megahan and Kidd 1972, Wald 1975, Cederholm and Salo 1979, Reid 1981). Roads contribute sediment to streams by two primary pathways: mass failures or surface erosion of the road prism followed by transport of this material to the channel. The relative importance of each of these processes partly depends on characteristics of the watershed. In areas of steep slopes and unstable soils, delivery of road-derived sediment to streams as a result of mass failures is often the primary cause of increased sediment loads (Megahan and Kidd 1972). In more stable terrain, where the incidence of mass failures is low, erosion of road surfaces, backcuts, and fill slopes may be the predominant management-related sediment source (Reid 1981).

The two primary factors determining the amount of sediment washed from a gravel road surface are transport capacity of the water flowing off the road and availability of material. Transport capacity is a function of rainfall

The authors are, respectively, Aquatic Ecologist, Weyerhaeuser Company, Western Forestry Research Center, Centralia, WA 98531, and Geomorphologist and Environmental Geologist, Weyerhaeuser Company, Technology Center, Federal Way, WA 98477. Manuscript received December 21, 1987.

intensity and characteristics of the road segment (Reid and Dunne 1984). The amount of transportable sediment available is largely a function of traffic (Reid 1981) but is influenced by the type of construction of the road (Reinhart et al. 1963, Swift 1984), surfacing material (Swift 1984, Kochenderfer and Helvey 1987), and maintenance activities (Wald 1975, Swift 1984).

One of the primary concerns related to increased sediment delivery to streams in the Pacific northwest is its potential impact on stream biota, especially salmonid fishes. The way in which sediment impacts biotic components of the stream system depends upon whether this material is deposited or immediately carried downstream after entry into the channel. The probability of sediment depositing on the stream bed is positively correlated with its particle size.

Excessively high levels of deposited sediment can cause decreased survival of salmonid eggs and alevins by reducing water flow through the streambed gravel, thereby suffocating the eggs or preventing the hatched alevins from emerging (Phillips et al. 1975, Hausle and Cobble 1976, Meehan and Swanston 1977). Deposition of sediment may also reduce available habitat for fish by filling pools (Saunders and Smith 1965, Bjornn et al. 1977) and interstitial spaces in the bed (Bjornn et al. 1977).

Extremely high levels of suspended sediment (1200–35,000 mg/l) will cause direct mortality of salmonid fishes (Noggle 1978). However, these concentrations are far higher than those normally produced by erosion of road surfaces. Behavioral responses have been observed in some fish at lower sediment levels. Coho salmon (*Oncorhynchus kisutch*) avoid turbid water when clearer water is easily accessible (Bisson and Bilby 1982). Decreases in salmonid feeding rate (Noggle 1978, Berg and Northcote 1985) and a greater tendency to migrate downstream (Sigler and Bjornn 1979) have also been associated with increased levels of turbidity.

Some insight into the most effective way to manage road systems to minimize the impact of road-surface sediment on stream biota may be gained by examining the various processes involved in generation and transport of this material to watercourses and its ultimate fate in the stream. The discussion below outlines work conducted in several watersheds in southwest Washington. Factors responsible for the production of sediment on road surfaces were examined as well as the relationship between particle size of the material produced and characteristics of the roads. This work represents previously unpublished material.

New findings were integrated with a synthesis of existing studies examining alterations in the amount and characteristics of road sediment during transport from the road surface through ephemeral channels to fish-bearing streams (Duncan et al. 1987) and the ultimate fate of this material after entering larger streams (Bilby 1985, Duncan and Ward 1985). Previously published research is incorporated to (1) give an overview of the factors influencing delivery to and fate of road-surface sediment in streams; (2) provide a basis for identification of those locations where road-surface sediment has the greatest potential to impact aquatic biota; and (3) help determine what actions might be effective in managing these sites.

## ROAD SEDIMENT GENERATION

### Methods

Five road sections in two southwestern Washington watersheds were instrumented and monitored in order to better understand the processes re-

Plaintiffs' Exhibit 36 Bilby et al. (1989) 3 of 17

sponsible for the production of sediment from road surfaces. Two of these sites were located on a heavily used, valley-bottom, mainline haul road built during the 1950s (Bilby 1985) while the other three were on a midslope secondary haul road built between 1968 and 1974, which was receiving heavy use at the time of the study (Duncan et al. 1987). The topography surrounding the secondary road sites was steep while there was little relief in the vicinity of the mainline sites. The two roads were of considerably different construction (Table 1), with the mainline sites on a crowned road surfaced with crushed andesite over a thick base of glacial outwash gravel. The monitored secondary system was a full bench, sidecast road surfaced with basalt and basalt breccia over pit-run rock. The mainline sites were graded once or twice per week while the secondary road sites were graded only three times during the 23-week study period.

Each sampling site was located at the downslope side of a cross-drain and equipped with an H-flume and a water-level recorder, providing a constant record of discharge from the road surfaces. Cutslopes also contributed water and sediment to the ditches at the secondary road site. There were no cutslopes along the mainline road sections. Sediment was sampled using a pump sampler with its intake located in the flume outlet at each station. The sampler was set to start at the onset of flow in each flume and composited four samples, drawn at 15-minute intervals, in each sample bottle. Rainfall amount and intensity was measured with two tipping bucket recorders, one at the mainline site and the other at the secondary road. Precipitation during the study period was less than normal at both sites (Table 1). Use-rate of each road was monitored with a traffic counter. Both the mainline and secondary road sites were monitored for a period of 23 weeks, from October 1980 through March 1981.

Turbidity of the water samples was measured with a nephelometer, and suspended sediment was analyzed by filtration with a preweighed glass fiber filter with a pore size of 1.2um (APHA 1976). Particle size distribution of over 800 samples was determined by the pipette method of Guy (1969).

A small settling pond (surface area = 3m$^2$; volume = 5m$^3$) was located in the ditch of one of the mainline road study sites. In order to assess the effectiveness of structures of this type at reducing sediment loads in ditch flow, automatic pump samplers were placed upstream and downstream from the pond. The two samplers were linked electronically to pump simultaneously.

*TABLE 1. Characteristics of road study sites. Average precipitation values are from NOAA (1987).*

| | Secondary road | | | Mainline road | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 1 | 2 |
| Road length (m) | 137 | 143 | 154 | 167 | 228 |
| Area drained (m$^2$) | 841 | 702 | 921 | 1722 | 3594 |
| Average backslope angle | 39° | 53° | 51° | 0 | 0 |
| Average road gradient (%) | 14.4 | 5.4 | 3.1 | 2.5 | 2.0 |
| Surfacing | Pit-run rock, basalt and basalt breccia | | | Crushed andesite over glacial gravel | |
| Construction | Full bench—sidecast | | | Crowned | |
| Precipitation during study period (mm) | 1580 | | | 630 | |
| Average precipitation during study period (mm) | 1849 | | | 842 | |

## RESULTS

Two factors have great potential to influence the rate of sediment delivery to roadside ditches: precipitation and use rate of the roads. Precipitation intensity and amount determine the sediment transport capacity of road surface runoff and, along with characteristics of the road segment, determine ditchflow. Both road gradient and surface area were found to influence the timing and volume of runoff for a given storm from the study sites. By constructing unit hydrographs (Dunne and Leopold, 1978) for 25 mm storms for each of the study sites, it was ascertained that drainage area was the primary determinant of the magnitude of the hydrograph peak. However, when normalized for surface area, steep road segments had a slightly higher peak discharge per unit area, and hence, greater sediment transport capacity. In addition, peak discharge was reached faster, and duration of ditchflow was shorter on smaller, steeper road segments (Table 1).

While the presence of surface flow was a prerequisite to moving material from the road surface to the ditches and downslope, the absolute amount of water involved in this process was not the primary determinant of sediment concentration. Hourly sediment concentration in ditchflow generally displayed an increase with discharge, but concentration values ranged widely at any given flow. A poor relationship between sediment concentration and discharge in ditch runoff has been found in other studies (Reid and Dunne 1984).

Sediment concentrations in ditchflow on the secondary road, averaged for each runoff event, were related to the daily traffic rate since the last occurrence of runoff (Figure 1). Average sediment concentrations during storms, weighted for discharge, were approximately 2,000 mg/l for the secondary road sites. The highest concentration achieved in a single, hourly sample was 19,500 mg/l. Road segments with higher gradients tended to produce slightly higher concentrations at a given traffic rate than did lower gradient sections (Figure 1).

Hourly suspended sediment concentrations in ditchflow at the mainline site ranged from 500–7,000 mg/l during periods of active hauling but exceeded 20,000 mg/l on several occasions. Traffic rate was much higher at the mainline sites than on the secondary road during the period of the study, 62,500 axles and 5672, respectively. However, there was a poor correlation between use-rate and average sediment concentration during storms at the mainline sites (Figure 1). This poor relationship may, in part, be due to the lack of periods of precipitation without traffic during or prior to storms at the mainline sites. However, the wide range of sediment concentrations seen at similar use-rates at the mainline sites suggests that under conditions of extremely heavy traffic (>100 axles/day), sediment production appears to become independent of use rate. Perhaps, once enough fine sediment accumulates on the road surface it buffers the road surface from abrasion and further sediment production.

However, when sediment production at the mainline sites was viewed on an hourly, rather than whole-storm basis, two traffic variables, along with time since ditchflow began, were found to be the most important in determining sediment production (Table 2). Multiple regression analysis revealed that the variables significantly related to concentration, in order of importance, were: total axles since the last storm, axles during the hour, and time since ditchflow began. Discharge and precipitation variables did not significantly improve the relationship, probably due to the supply-limited nature of the process. Thus, the supply of sediment appears to be primarily a

Plaintiffs' Exhibit 36 Bilby et al. (1989) 5 of 17




FIGURE 1. Relationship between average, discharge-weighted, sediment concentration in ditchflow for each storm monitored and average daily traffic rate since the last instance of road runoff. Regression lines for each site are shown. The road gradient of each study site is indicated in the legend. Regression equations are: S1: $Y = X^{1.31} * 8.94$, $r^2 = 0.61$, S2: $Y = X^{0.87} * 36.92$, $r^2 = 0.70$, S3: $Y = X^{1.35} * 3.94$, $r^2 = 0.64$, M1: $Y = X^{-0.00014} * 1816$, $r^2 = 0.01$, M2: $Y = X^{0.00011} * 2468$, $r^2 = 0.03$.

product of use rate of the road. However, in view of the fact that precipitation and ditchflow are necessary to move the material off the road surface and down the ditches, these factors must play an important role in the overall erosion process. The complex interaction between sediment availability and runoff is largely responsible for the high variability of sediment concentration in ditchflow.

Sediment concentrations produced during periods of active road use represent a combination of flushing of accumulated material from the road and movement of sediment being produced at the time. Changes in sediment concentration as a function of ditch discharge over time during storm events illustrate the typical pattern of sediment runoff seen during the study (Figure 2). All storms shown were selected from a 1-month period (December 1980) during which heavy traffic occurred. There were also periods of very low traffic during this month. The road surfaces remained moist throughout most of the month. Three hydrographs are shown for each road, representing three different traffic patterns.

*TABLE 2. Statistical results of multiple regression analysis of hourly sediment concentration against discharge, precipitation intensity, axles per hour, axles accumulated since the last discharge event, and time since the initiation of ditchflow. Regression equation: concentration = 13.42 (accumulated axles) + 13.98 (axles/hr) − 46.46 (time since flow) + 51.27 (rainfall intensity) − 0.09 (discharge), Total* $r^2$ *= 0.70. Data is for site 1 on the mainline road.*

| Variable | Contribution to $r^2$ | Correlation coefficient | T-statistic |
|---|---|---|---|
| Accumulated axles | 0.35 | +0.60 | 8.17* |
| Axles/hr | 0.22 | +0.48 | 2.62* |
| Time since flow began | 0.12 | −0.36 | −6.15* |
| Rainfall intensity | 0.01 | +0.12 | 1.87 |
| Discharge | <0.01 | +0.01 | −1.31 |

* Significant at $P = 0.05$.

Flushing of accumulated material at the onset of the storm is clearly shown by both the mainline and secondary road (Figure 2). When the road was not used during the precipitation event, but had been used prior to that time, the road surface was cleansed rather rapidly, and concentrations dropped markedly over a several hour period. When traffic remained heavy during a runoff event, sediment concentrations remained at a relatively high level throughout the storm. However, cleaning of the road surface still occurred, as evidenced by the concentrations on the falling limb of the hydrograph being much lower than the corresponding value on the rising limb. Even during periods of no truck traffic, there was a marked decrease in sediment concentration in ditchflow over time, further emphasizing the supply-limited nature of the road sediment generation process.

Most runoff events were of sufficient duration that truck traffic rarely




FIGURE 2. Average hourly sediment concentration in relation to average hourly discharge during individual storm events with different traffic conditions for the mainline and secondary roads. Representative hydrographs present concentration patterns over time when (1) heavy traffic (>39 axles/hr on the mainline, >14 axles/hr on the secondary road) occurred continually during the storm (O); (2) heavy traffic occurred prior to but not during the precipitation event (□); and (3) there was no traffic influence either during the event or since the last rainfall (Δ). The beginning of each hydrograph is indicated with a small arrow.

Plaintiffs' Exhibit 36 – Bilby et al. (1989) 7 of 17

influenced the entire hydrograph, and both types of traffic-influenced curves displayed in Figure 2 were observed during the same storm. Monitoring of traffic during this study indicated that use rates greater than one axle per hour coincided with active ditchflow only 30% and 13% of the time, respectively, on the mainline and secondary roads. Even during periods when traffic volume was heaviest, there was little or no traffic influence on ditchflow sediment concentrations as much as 38% of the time.

Total wet-season sediment yield of all monitored sites averaged 2.14 kg/m$^2$ of road surface during the period of this study (Figure 3). Although erosion per unit of precipitation was higher on the more heavily traveled mainline sites, the total amount of rain at these sites was only 40% that at the secondary road sites (Table 1), accounting for the comparable yields. These sediment production rates over the 23-week study period correspond to 10 t/km for the secondary road and 26 t/km for the mainline road. Reid and Dunne (1984) estimated that sediment yield from secondary roads in the Clearwater River basin in western Washington varied from 3.8 t/km/yr for lightly used roads to 500 t/km/yr for heavily used roads. Traffic rates on the roads examined in this study would be classified as heavy by the criteria of Reid and Dunne (1984). Although we did not account for sediment production during the dry season (April–September), the fact that our values are lower by an order of magnitude indicates that there is a substantial difference in sediment generation between these systems. These differences occur despite the fact that the sediment concentration and runoff relationships in the two studies are quite similar. Disparity in the estimates of sediment production by roads between these studies is likely due primarily to differences in precipitation between the basins and measured versus estimated traffic rates.

Both construction technique and the type of surfacing material influenced the extent to which each of the road segments produced sediment in response to traffic. While traffic is not the only determinant of sediment gen-




FIGURE 3. Total sediment yield for each road segment during the 23-week study period, normalized for road surface area. Proportion of material in each of three particle-size categories listed for each site.

Plaintiffs' Exhibit 36 Bilby et al. (1989) 8 of 17

eration on a given road segment, it appears to be the most important factor (Table 2). Thus, the much higher average sediment yield per axle for the secondary road provides a relative indication of the greater erodibility of these sites (Figure 4). The secondary road was constructed with a layer of pit-run rock over compacted fill. It is likely that the thin ballast enabled native soil to pipe through the secondary road prism and add to the material being washed from the road surface. This piping process has been described for other roads (Reinhart et al. 1963). The deep ballast on the mainline road limited the movement of soil particles to the road surface.

In addition, the type of surfacing material used on the secondary road may have contributed to the higher rate of sediment production. The mainline road was covered with crushed rock derived from andesite of the Northcraft Formation (Schasse 1987), a relatively hard material resistant to breakdown. The secondary road was surfaced with a much softer rock, a combination of eocene-age, submarine basalt and basalt breccia of the Crescent Formation (Wells 1981). This softer rock decomposed into particles small enough to be washed from the road surface at a higher rate than the harder rock on the mainline road. Similarly, in the Appalachians, the type of surfacing material on forest roads was found to dramatically influence sediment production (Swift 1984, Kochenderfer and Helvey 1987).

The particle sizes of material produced by the roads were, generally very fine, with approximately 80% of the sediment composed of material finer than 0.004 mm (Fig. 3). Particle size analysis of material forming the road surface at the five study sites revealed that the proportions of sand, silt, and clay-sized particles found in ditchflow were unrelated to the occurrence of materials of those sizes on the road. The proportion of sand-sized particles produced by a road segment proved to be related to gradient of the road segment (Figure 5). The steepest study site produced 17% sand, by weight, while the proportion of sediment of this size flushed from road segments with very gentle slopes was 1% or less. The variation in the size character-




FIGURE 4. Average sediment production per axle over the 23-week study period at the five study sites.




FIGURE 5. Proportion of the wet season sediment yield composed of sand-sized particles (0.63–2.00 mm) for each study site as a function of road gradient. Mainline sites are indicated with an M and secondary road sites with an S. Sand proportion = ln (road gradient) −6.7; $r^2$ = 0.95.

istics of the sediment produced by these study sites has implications in terms of the transport of this material downslope and, potentially, its impact on stream biota. There was no relationship between use-rate of the road and particle size distribution.

The settling pond on the mainline road proved to reduce sediment load in the ditchflow only during instances of high concentration and low-to-moderate discharge. When use-rate of the road was in excess of 15 axles/hr, the pond trapped 19% of the sediment in transport. Road use rates of this magnitude occurred about 27% of the time during the study. During instances when road use was less than 15 axles/hr but ditches were flowing, sediment was remobilized from the pond, and concentrations downstream from the pond were actually 16% higher than above the pond. Overall, however, the pond acted as a sediment sink, accumulating 1.1 ton of material over the study period.

The particle-size distribution of the sediment carried by the ditch was substantially altered by the pond. Sand-sized material carried by the ditch downstream from the pond amounted to 1 g/m$^2$ of road surface area draining into the pond over the period of the study as compared with 36 g/m$^2$ produced by the road segment without the pond. However, the pond was ineffective at retaining finer material (<0.004 mm) and had little effect on turbidity levels.

## DELIVERY TO STREAMS

The ultimate impact road sediment has on streams depends on the amount and characteristics of the material delivered to the system. Thus, under-

standing the movement of road sediment from the roadside ditches to streams is critical to assessing its impact on aquatic biota.

In general, it is necessary for ditch discharge to enter directly into a defined channel to have an impact on stream water quality. Those road drainage points which discharge water on the forest floor at a sufficient distance from a channel to enable infiltration of the water through the soil contribute very little to the sediment loads of streams (Haupt 1959).

## METHODS

To determine the relative proportion of road drainage points that enter directly into stream channels, an inventory was made of sites of road drainage in three large watersheds in western Washington and Oregon. The survey included the Chehalis River and Deschutes River basins in southwestern Washington and the Middle Santiam watershed in the northern Oregon Cascades. Two thousand road sediment drainage points were identified in these basins, along 730 km of road. Information collected for each drainage point included the gradient and length of road contributing to the drainage, distance to the nearest channel, order (Strahler 1957) of the nearest stream, and gradient of the ditch. In addition a determination was made of whether or not drainage from the road entered the stream, as indicated by the presence of a defined channel or some evidence of the occurrence of intermittent surface flow between the point of drainage and the stream.

## RESULTS

Thirty-four percent of the inventoried drainage points gave evidence of flowing into a stream channel, at least occasionally. The remainder of the sites were judged to empty onto the forest floor far enough from the stream to enable the draining water to infiltrate into the soil. About 70% of the stream-entry road drainage sites delivered material to first-order channels. Approximately 18% entered into second-order channels, and 12% drained directly into third-order or larger streams.

Most first- and second-order streams in western Oregon and Washington are ephemeral systems containing no permanent fish populations. However, since most road drainage points enter these smaller streams, understanding the process of transport of road sediment through these systems is critical to determining the influence of this material on fish populations and water quality downstream.

## METHODS

To ascertain the efficiency of delivery of road sediment through these small streams, a series of experiments were executed to examine the influence of streamflow and channel characteristics on the transport of sediment from a road crossing through a second-order channel to its junction with a larger stream. A brief review of this work is presented below. A detailed description may be found in Duncan et al. (1987). During these experiments, measured amounts of sediment, with predetermined particle size characteristics, were introduced into two small streams at a range of discharges. Experiments were conducted at flows up to approximately 70% of bankfull discharge (Duncan et al. 1987). The sediment added to the streams was collected from a roadside settling pond and analyzed for the relative proportion

of coarse sand-sized (2 mm–0.5 mm), medium and fine sand-sized (0.5 mm–0.063 mm), and silt and clay-sized (<0.063 mm) particles.

Sediment retention in the channel and differential transport by particle size was determined by measuring the output of the added material at the mouth of the study streams. Samples were collected until turbidity returned to preaddition levels. A comparison of sediment movement at various discharges in the two streams coupled with knowledge of the channel structure over the length of the study sites gave an indication of the role played by various channel features in governing delivery.

### RESULTS

In both of the study streams, proportion of the added sediment delivered to the stream mouth increased with discharge. However, the rate of sediment retention was very high in both systems, neither transporting more than 45% of the added material to their mouths and generally exporting substantially less than this amount. The range of discharges over which the experiments were run was limited. Therefore, retention rate of road sediment introduced into or stored in these small channels during extreme flow events is unknown.

Efficiency of retention within the channels was inversely related to particle size. The export of material in the coarsest size class occurred at a very low rate at all measured flows, never exceeding 10% of the added material. The next finest size class was delivered at a higher rate at any given discharge, over the range measured, although this material was also retained effectively, exceeding 50% of the added sediment only once in one of the streams at the highest discharge tested. Material in the finest size class was not retained efficiently in the two channels except at the lowest tested flows.

Delivery of the two coarsest size fractions was significantly different between the two study streams (ANOVA $P < 0.025$). The difference in the rate of delivery of sand-sized sediment was likely a function of differences in the channel characteristics of the two streams. The most striking difference between the two systems was in the amount of woody debris and vegetation in the channels. One stream was approximately 30% covered by this material while the other was over 70% covered. Woody debris has been shown to be very effective in retaining sediment in small stream systems (Heede 1972, Bilby 1981, Megahan 1982). Visual examination of these two channels revealed that large areas of sediment deposition were almost always associated with accumulations of woody debris or in-stream vegetation. Other channel features that likely contributed to the differences in transport between the two streams were differences in channel length and gradient between the sediment release points and their mouths.

Thus, road sediment entering small tributary streams is very likely to be appreciably altered in character and amount before reaching waters of primary concern, especially in systems heavily loaded with woody debris. The filtering capabilities of small streams play a very important role in determining the impact of road sediment on flowing waters in view of the fact that the inventory of road sediment entry points into streams indicated that these smaller channels received much more road runoff than larger systems.

## TRANSPORT AND DEPOSITION IN LARGER STREAMS

Impacts of road sediment on the biota of permanently flowing streams depends, in large part, on whether the sediment deposits on or in the

streambed or is carried in suspension. The effects of deposited sediment are, generally, easier to perceive than those associated with suspended material although suspended sediment may also have a variety of effects on stream biota. The method of transport of the sediment is determined by a variety of factors including the particle size of the material, discharge at the time the material is delivered to the channel, and various morphological and hydraulic properties of the channel.

## Methods

A study to ascertain how these properties interact to determine the movement of road surface sediment through a channel was conducted in a section of a third-order stream in western Washington. This work has previously been published (Bilby 1985), but a brief discussion is appropriate here as a basis for some of the conclusions and recommendations presented later. The site chosen for this study was subjected to inputs of road runoff during instances of precipitation which generated ditchflow. Amount and characteristics of the material washed off the road and its movement through the stream at a variety of discharges were monitored.

Bilby (1985) compared existing conditions upstream and downstream from an input of road surface runoff. The road draining into the stream at this point was a heavily used, mainline haul road. There was essentially no traffic upstream from the study section, thus road sediment input to this system was limited, primarily, to the study site. The proportion of the total suspended sediment load in the stream attributable to the road and composition of the streambed gravel above and below the input point were determined.

## Results

Over the year during the study, the suspended sediment load contributed to the stream from the road was estimated at 20.4 tons, representing 21% of the annual load carried by the stream. The peak turbidity achieved below the road was 110 NTU as opposed to 40 NTU upstream. There were 46 instances of road runoff during the year of study, indicated by a turbidity value downstream from the road sediment entry point at least 3 NTU higher than the simultaneous value upstream. However, the length of time the suspended sediment levels were elevated was relatively brief, with 30 NTU being exceeded below the road about 4.0% of the time during the year compared with 0.4% above the sediment input site.

The particle size of the road sediment delivered to the stream at this site was predominantly very fine, with in excess of 80% of the material, by weight, finer than 0.004 mm, and none coarser than 0.25 mm. In contrast, the particle size distribution of the fine sediment in the streambed gravel revealed that more than 80% of this material was from 0.25 mm to 2.0 mm. Thus, the sediment entering the stream from the road was of a size which comprised only a minor proportion of the sediment in the gravel at this site. As a result, freeze core samples of streambed gravel above and below the road revealed no significant difference (t-test, $P < 0.05$) in the proportion of fine sediment (<2 mm), by weight, in the gravel with samples above the entry point averaging 15.6% and those below 14.3%.

Thus, in this case road surface sediment was not making an appreciable contribution to the amount of sediment stored in the channel due to the

Plaintiffs' Exhibit 56 Bilby et al. (1989) 13 of 17

small size of the particles being delivered to the stream from the road surface. The very fine sediment produced by this road was in large part due to its gentle gradient, approximately 1%. In addition, the roadside ditches were lined with vegetation, further reducing the likelihood of delivery of larger sized particles. Thus, road sediment input to the stream at this site was influencing stream biota and water quality primarily as suspended sediment.

Although road sediment does not appear to be of primary concern in adding sediment to the stream gravels at the study site described above, material delivered from roads with different characteristics or during extreme flow events may contain higher proportions of larger size particles (Figure 5), and, thus, may be more apt to influence sediment levels in the streambed gravel. An attempt was made to determine if road influences on gravel composition could be perceived on a whole watershed level using a survey approach coupled with a multivariate statistical analysis (Duncan and Ward 1985). Twelve watersheds in southwestern Washington were examined. The only single variable found to be significantly correlated with the amount of fine sediment in the gravels was bedrock geology of the watershed. Material finer than 2 mm comprised an average of 11.6%, by weight, of the gravel in the streams draining sedimentary rock watersheds while the streams draining volcanic rock averaged 10.0%. There was no relationship between any of the measured, management variables and any size class of fine sediment in the gravels. However, when a two-variable model was considered, a significant correlation was seen by coupling basin geology with frequency of road sediment drainage points into streams for sediment finer than 0.063 mm. In view of the small particle size of sediment generally produced on road surfaces, it is not surprising that this relationship is clearest for the finer size classes of material. However, these data indicate that the factor of greatest significance in dictating stream gravel composition is basin geology, with road systems having the potential to contribute some very fine sediment in those systems where a high proportion of the road drainage points enter directly into streams.

## MANAGEMENT IMPLICATIONS

Understanding the processes involved in road surface sediment generation and delivery to streams and how the properties of that sediment determine its behavior in the stream, provides a sound foundation on which to base strategies to minimize effects of this material on aquatic resources. Key to assessing management options is the realization that the characteristics of the road and the type of watercourse into which it drains are elements of prime importance in dictating the amount and size of the sediment delivered to, and its potential impact on, downstream systems.

The information presented above enables identification of those sections of road most apt to influence aquatic resources of primary concern. Sections of road having a steep gradient, being heavily used, and draining directly into larger streams have the highest potential to produce and deliver material of a size most apt to deposit on or in the streambed. Thus, by concentrating abatement efforts on these relatively few sites, many of the problems caused by deposition of road-surface sediment in streams can be reduced or eliminated.

The procedures used to minimize input of road sediment at these locations may take a variety of forms, depending on the characteristics of the site. The most effective, and potentially least costly, approach is to drain the

ditch onto the forest floor before reaching the stream. Crowning the road and increasing the frequency of cross culverts at these locations may aid in this process by reducing the amount of water drained onto the forest floor at any one site, thereby increasing the chances for infiltration into the soil. In those instances where this solution is not practicable, settling ponds may be used to remove larger particles. However, these structures have essentially no impact on very fine sediment and, thus, will not remove significant amounts of material at those sites which produce very little coarse sediment. In addition, at lower ditchflows, the settling ponds may actually serve as a sediment source, prolonging periods of elevated turbidity.

The only effective method to remove very fine particles from ditchflow is infiltration through the soil. This fact is emphasized by our observation that retention of the finest size fractions of the material we introduced into the two small tributaries we studied occurred only when the flow percolated through the streambed (Duncan et al. 1985).

Minimizing the frequency of cleaning roadside ditches, thereby enabling vegetation to become established, may also aid in settling larger sized particles of sediment prior to their entry into the stream. However, ditches must be cleaned frequently enough to ensure that sediment accumulation or vegetation does not clog culverts or otherwise impede water flow to the extent that ditch capacity is insufficient to handle the road drainage.

The fact that traffic during wet and dry weather conditions, and not just during periods of precipitation, is responsible for creating the sediment washed from road surfaces suggests that limiting or eliminating traffic on these roads during wet weather may not reduce the amount of sediment delivered to streams to the extent that might be expected. The data presented above show that material collects on road surfaces during periods of dry weather and is subsequently flushed from the surface during the next instance of precipitation. Thus, concentrations of sediment in ditchflow at the outset of rain storms are higher than they are later, due to cleaning of the road surface. The cleaning process was seen to occur even during periods of continued heavy use of the road, although concentrations dropped more quickly when the roads were not being used.

The difference in sediment production rates between the mainline and secondary road sites seen in this study indicates the important role played by characteristics of the road in surface sediment generation. The construction of the road and the type of surfacing material may greatly influence the amount of material produced for a given use rate. Therefore, utilizing more ballast to minimize piping of soil through the road prism and surfacing with harder rock could be a viable strategy to reduce sediment production on those sections of road identified as being potential problems. However, this option requires a situation where the design of the road enables the use of extra ballast and the availability of a higher grade rock source for surfacing within a reasonable distance of the site. In those instances where these criteria are met, this approach may help to reduce the amount of road sediment delivered to the stream.

Since the majority of road sections that drain into streams enter first- or second-order channels, and these systems have a large capacity for at least temporary retention of sediment, modification of small stream channels during forestry operations should be minimized. Removal of woody debris or stable logging slash from the channel following harvest has the potential to substantially decrease the capacity for that system to retain sediment and thereby increase the likelihood of material being transported to downstream systems at lower discharges, when potential for its deposition is greatest.

Similarly, fluming of ditches or culverts directly from road-drainage points to streams, which is sometimes done to prevent fill slope erosion, will greatly increase the efficiency of delivery of larger sized particles to streams. Thus, this practice should be restricted to those cases where there is a high probability of fill slope failure.

The above information can be utilized to aid the land manager in determining the most cost-effective and environmentally sound procedures for managing road sediment impacts on streams. The data may be applied to existing road systems or utilized in the design of new roads. Key to this process is the identification of those sites which have the highest probability of impacting aquatic resources. Once these sites are identified, techniques to minimize sediment runoff appropriate for each section of road can be evaluated.

## REFERENCES CITED

AMERICAN PUBLIC HEALTH ASSOCIATION. 1976. Standard methods for the examination of water and wastewater. Ed. 14. APHA, New York.

BERG, L., and T. G. NORTHCOTE. 1985. Changes in territorial gill-flaring and feeding behavior in juvenile coho salmon. (*Oncorhynchus kisutch*) following short-term pulses of suspended sediment. Can. J. Fish. Aquat. Sci. 42:1410–1417.

BILBY, R. E. 1981. Role of organic debris dams in regulating the export of dissolved and particulate matter from a forested watershed. Ecology 62:1234–1243.

BILBY, R. E. 1985. Contributions of road surface sediment to a western Washington stream. For. Sci. 31:827–838.

BISSON, P. A., and R. E. BILBY. 1982. Avoidance of suspended sediment by juvenile coho salmon. N. Am. J. Fish. Manage. 2:371–374.

BJORNN, T. C., et al. 1977. Transport of granitic sediment in streams and its effects on insects and fish. For., Wildl., & Range Exp. Stn. Bull. No. 17. Univ. of Idaho, Moscow.

BROWN, G. W., and J. T. KRYGIER. 1971. Clear-cut logging and sediment production in the Oregon Coast Range. Water Resour. Res. 7:1189–1198.

CEDERHOLM, C. J., and E. O. SALO. 1979. The effects of logging road landslide siltation on the salmon and trout spawning gravels of Stequaleho Creek and the Clearwater River basin, Jefferson County, Washington, 1972–1978. Fish. Res. Inst. Publ. FRI-US-7915. 99 p.

DUNCAN, S. H., and J. W. WARD. 1985. The influence of watershed geology and forest roads on the composition of salmon spawning gravel. Northwest Sci. 59:204–212.

DUNCAN, S. H., et al. 1987. Transport of road-surface sediment through ephemeral stream channels. Water Resour. Bull. 23:113–119.

DUNNE, T., and L. B. LEOPOLD. 1978. Water in environmental planning. W. H. Freeman, San Francisco.

FREDRICKSEN, R. L. 1970. Erosion and sedimentation following road construction and timber harvest on unstable soil in three small western Oregon watersheds. USDA For. Serv. Res. Pap. PNW-104, 15 p.

GUY, H. P. 1969. Laboratory theory and methods for sediment analysis. *In* Technical water-resource investigations of the United States Geological Survey, Book 5, Chap. 1. U.S. Dep. of the Interior, Washington, DC.

HAUPT, H. F. 1959. Road and slope characteristics affecting sediment movement from logging roads. J. For. 57:329–332.

HAUSLE, D. A., and D. W. COBBLE. 1976. Influence of sand in redds on survival and emergence of brook trout (*Salvelinus fontinalis*). Trans. Am. Fish. Soc. 105:57–63.

HEEDE, B. H. 1972. Influence of a forest on the hydraulic geometry of two mountain streams. Water Resour. Bull. 8:523–530.

KOCHENDERFER, J. N., and J. D. HELVEY. 1987. Using gravel to reduce soil losses from minimum-standard forest roads. J. Soil Water Conserv. 42:46–50.

MEEHAN, W. R., and D. N. SWANSTON. 1977. Effects of gravel morphology on fine sediment

accumulation and survival of incubating salmon eggs. USDA For. Serv. Res. Pap. PNW-220. 16 p.

MEGAHAN, W. F. 1982. Channel sediment storage behind obstructions in forested drainage basins draining the granitic bedrock of the Idaho batholith. P. 114–121 *in* Sediment budgets and routing in forested drainage basins, F. J. Swanson, et al. (eds.). USDA For. Serv. Gen. Tech. Rep. PNW-141.

MEGAHAN, W. F., and W. J. KIDD. 1972. Effects of logging roads on sediment production rates in the Idaho batholith. USDA For. Serv. Res. Pap. INT-123.

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION. 1987. Climatological data annual summary: Washington 1987. Dep. of Commerce, NOAA, Vol. 91, No. 13.

NOGGLE, C. C. 1978. Behavioral, physiological, and lethal effects of suspended sediment on juvenile salmonids. M.S. thesis, Univ. of Washington, Seattle.

PACKER, P. E. 1967. Criteria for designing and locating roads to control sediment. For. Sci. 13:2–18.

PHILLIPS, R. W., et al. 1975. Some effects of gravel mixtures on emergence of coho salmon and steelhead trout fry. Trans. Am. Fish. Soc. 104:461–466.

REID, L. M. 1981. Sediment production from gravel-surfaced forest roads, Clearwater basin, Washington. M.S. thesis, Univ. of Washington, Seattle. 247 p.

REID, L. M., and T. DUNNE. 1984. Sediment production from road surfaces. Water Resour. Res. 20:1753–1761.

REINHART, K. F., A. R. ESCHNER, and G. R. TRIMBLE, JR. 1963. Effect on streamflow of four forest practices in the mountains of West Virginia. USDA For. Serv. Res. Pap. NE-1.

SAUNDERS, J. W., and M. W. SMITH. 1965. Changes in a stream population of trout associated with silt. J. Fish. Res. Bd. Can. 22:395–404.

SCHASSE, H. W. 1987. Geologic map of the Centralia Quadrangle, Washington. Wash. Div. of Geology and Earth Resour., Open File Rep. 87-11.

SIGLER, J. W., and T. C. BJORNN. 1979. Effect of chronic turbidity on feeding, growth, and social behavior of steelhead trout and coho salmon. USDA For. Serv., Memo of Agreement 12-11 204-11, Suppl. 75. 28 p.

STRAHLER, A. N. 1957. Quantitative analysis of watershed geomorphology. Am. Geophys. Union Trans. 38:913–920.

SWANSTON, D. N. 1971. Principal mass movement processes influenced by logging, road building, and fire. P. 29–40 *in* Forest land uses and the stream environment, J. T. Krygier and J. D. Hall (eds.). Oregon State Univ., Corvallis.

SWIFT, L. W., JR. 1984. Gravel and grass surfacing reduces soil loss from mountain roads. For. Sci. 30:657–670.

WALD, A. R. 1975. The impact of truck traffic and road maintenance on suspended sediment yield from a 14 ft. standard forest road. M.S. thesis, Univ. of Washington, Seattle. 38 p.

WELLS, R. E. 1981. Geology of the eastern Willipa Hills. Dep. of the Interior, USGS, Open File Rep. 81-674.