# EXHIBIT 52

## C.J. Cederholm et al., Effects of Forest Road Erosion on Salmonid Spawning Gravel Composition and Populations of the Clearwater River, Washington, in Habitat Disturbance and Recovery, 1-17 (1982)

# HABITAT DISTURBANCE AND RECOVERY

## *Proceedings of a Symposium*

**Conducted January 1981**

**published by**
**CALIFORNIA TROUT, INC.**
**P.O. Box 2046**
**San Francisco, CA 94126**
**1982**

CALIFORNIA TROUT

KEEPER OF THE STREAMS

**Program Chairman**

Paul Brouha — USFS

**Proceedings Editor**

K.A. Hashagen — AFS

**Proceedings Producer**

Richard May — CALTROUT

COVER: Logjam clearance on Bear Haven Creek, Mendocino County California. California DFG photo by Jack White.

Price: $7.00
Postage and Handling: $1.00

# EFFECTS OF FOREST ROAD EROSION ON SALMONID SPAWNING GRAVEL COMPOSITION AND POPULATIONS OF THE CLEARWATER RIVER, WASHINGTON[1]

by

C.J. CEDERHOLM[2]
Fisheries Research Institute, University of Washington, Seattle, Washington 98195.

L.M. REID
Department of Geological Sciences, University of Washington, Seattle, Washington 98195.

B.G. EDIE
Washington State Department of Fisheries

E.O. SALO
Fisheries Research Institute, University of Washington, Seattle, Washington 98195.

**Sediment production from forest roads and the effect of the resulting sediment on the success of salmonid spawning have been the foci of an 8-yr study in the Clearwater River drainage. The study includes intensive and extensive analyses of field situations, supplemented by several controlled experiments. We found that significant amounts of sediments smaller than 0.85 mm in diameter (fines) are accumulating in spawning gravels of some heavily roaded tributary basins. This accumulation in basins where the road area exceeds 3.0% of the basin area is consistently higher than the natural level of fines. In some basins containing 4 to 7% road area the proportion of fines in spawning gravels is 15 to 23% compared to 10% fines found in natural gravels. The survival of salmonid eggs to emergence correlates inversely with percent fines when the latter exceeds natural levels; survival to emergence decreases by 2 to 4% for each 1% increase in fines.**

**The presence of 2.5 km/km² (equivalent to about 4% of the basin area) of gravel-surfaced roads is found to be responsible for increasing sediment production by a factor of 4 over the natural rate in a drainage basin. Landslides caused 60% of the road-related sediment production, while erosion on road surfaces accounts for an additional 20%. If fine sediment alone is considered, production from road surfaces is slightly higher than that from landslides.**

**The tributaries of the Clearwater River may be underseeded for coho salmon due to heavy harvest rates in the commercial and sport fisheries. Low seeding levels, however, may result in freshwater survival compensation due to reduced competition. The underseeded condition become significant when sedimentation lowers the efficiency of the spawning environment for producing the minimum number of required recruits.**

## INTRODUCTION

Sedimentation of salmonid spawning and rearing habitats from activities associated with logging has caused concern for the fisheries resources of the Clearwater River on the west coast of the Olympic Peninsula. In 1972 a project was initiated to study the magnitude of erosion from logging roads and the effects of deposited sediments on the intra-gravel survival of coho salmon, *Oncorhynchus kisutch*, and steelhead trout, *Salmo gairdneri*.

Hydrologic investigations carried out in the past have shown that forest roads are principal contributors of sediment to streams (Fredriksen 1970; Brown and Krygier 1971; Megahan and Kidd 1972); however, most of the studies were carried out independently of fisheries work and were primarily concerned with suspended sediment load. Although it is generally accepted that high levels of sedimentation lowered salmonid production (Cordone and Kelley 1961; Gibbons and Salo 1973, Iwamoto, *et al.* 1978), the direct effects of the presence of logging roads on the spawning environment and the effects of these impacts on salmonid population dynamics have not been demonstrated for a large river system.

Considerable research has been done on the effects of sedimentation of the intragravel environment on survival of salmonids from egg to emergence (Cooper 1965; Koski 1966; Bjornn 1968; Hall and Lantz 1969; Koski 1975; Reiser and Bjornn 1979). Fry survival and fitness at emergence are lowered when the stream environments become laden with sediments less than 5 mm in diameter; but the diameter of sediment causing the most severe impact will vary depending on the regional lithology, hydrology, soils, vegetation, general stream dynamics, and salmonid species (Bjornn 1968; Platts and Megahan 1975; Koski 1975; Tagart 1976). We have determined that the particle size class most detrimental to survival of coho salmon and steelhead trout to emergence in the Clearwater River is that less than 0.85 mm in diameter; this size will be referred to as "fines" in this paper (Tagart 1976; Cederholm and Salo 1979).

This paper presents the results of our research on sediment production caused by forest roads and on the effects of sediment on intragravel egg survival, and discusses how these impacts, in conjunction with a fishery harvest, could have cumulative negative effects on salmonid populations of the Clearwater River. The effects of sediment on the abun-

1. Contribution No. [illegible] College of Fisheries, University of Washington, Seattle, Washington 98195.
2. Mr. Cederholm is now with the Washington State Department of Natural Resources, Forks, Washington 98331.

Plaintiffs' Exhibit 52 Cederholm et al. (1982) 3 of 19

dance of aquatic invertebrates was investigated in the Clearwater River system (Martin 1976; Cederholm, *et al.* 1978) and determined to be an insignificant effect at the levels of sediment found in the Clearwater River. This paper is a synthesis of work reported in Cederholm and Lestelle (1974), Tagart (1976), Cederholm, *et al.* (1978), Cederholm and Salo (1979), and Reid (1981).

## THE STUDY AREA

The Clearwater River, a stream typical of those of the north Pacific coast, flows west from the foothills of the Olympic Mountains on the western coast of the Olympic Peninsula (Figure 1). The watershed is 375 km² in area, and the main river is about 70 km long. There are approximately 110 km of tributary open to anadromous fishes, while the steeper headwater streams are inhabited by resident cutthroat trout. The principal anadromous salmonid species are chinook, *Oncorhynchus tshawytscha*, and coho salmon and steelhead and cutthroat, *S. clarki*, trout. With the exception of occasional strays, all salmonid species in the Clearwater and its tributaries are naturally reproducing populations. The Clearwater River has a mean annual flow of appoximately 28 m³/sec at its mouth, and is the largest tributary of the Queets River.

FIGURE 1. Location of Clearwater River.




There is an intensive gill net fishery for chinook, coho, and steelhead by the Queets Tribe below the confluence of the Queets and Clearwater rivers. A minor sport fishery within the Clearwater River harvests these same three species. Clearwater salmon stocks are also subjected to extensive commercial and sport harvests in the ocean by U.S. and Canadian fisheries.

The Clearwater basin is under intensive timber management by the Washington State Department of Natural Resources (DNR), which manages over 80% of the drainage basin. At present the basin is 40% clearcut, and the road system is over two-thirds complete. In recent years the rate of cutting and road building has been high, with the remainder of the timber scheduled to be cut by 1992. There are currently over 650 km of logging roads in the basin, and over half of these roads were built with sidecast construction in steep country. Since 1975, many new and stable roads have been built; about one-fourth of the total road surface area is asphalt-paved.

The western Olympic Peninsula has a typical maritime climate with wet, relatively mild winters and humid, cool summers. Weather is dominated by air masses from the nearby Pacific Ocean. Orographic lifting of moist air approaching the Olympic Mountains results in an average annual precipitation of over 350 cm, with the majority falling between November and March. At lower elevations snow remains on the ground for only a few days, but headwater ridges may accumulate a metre or more of snow, which persists occasionally through May.

Bedrock in the Cleawater basin consists of Tertiary marine shales, siltstones, sandstones, and graywackes. There is some evidence of glacial influence along the Clearwater divide, caused by encroachment of valley glaciers from the neighboring Hoh and Queets river systems (Fergerson 1972).

## METHODS

Sediment production rates from the major road-related sediment sources were measured. Preliminary field work resulted in the identification of road surface erosion, backcut erosion, landslides, debris flows, gullies, sidecast erosion, rills, and secondary erosion on landslide scars as dominant sources. Additional sources of sediment, such as channel destabilization by road drainage and tree-throw along road rights of way, were recognized by not evaluated.

Road-surface and backcut erosion were evaluated by sampling effluent from road culverts located in 10 segments of road undergoing various intensities of use. Road segments were chosen to conform to the average road slope of 4.5° to 6.5° and average length of 150 to 250 m, and included roads subjected to heavy use (more than 4 trucks per day), moderate use (1 to 4 trucks per day), light use (use by light vehicles only), and those that had been abandoned. Heavy-use roads are actually in use, or within 6 h of having been used, for only 48% of the heavy-use period. During the remaining 52% of the time, representing weekends and nights, these roads are considered to be in a temporary non-use category. Sediment concentrations, measured by weighing filtered water samples, were plotted against the corresponding water discharge measurements to construct a sediment rating curve for each surface condition (Figure 2). Measurements of water discharges also allowed the construction of unit hydrographs for various surface conditions. The unit hydrographs could then be used to construct continuous records of culvert discharge from precipitation measured in the basin during the 1977-1978 water year, a year of average precipitation. A computer was then used to combine the continuous discharge records with the sediment rating curves to calculate the sediment lost from a road segment of each type. Because sediment discharge increases with water discharge raised to a power greater than 1.0, the sediment yield from a road segment during a year of average precipitation will be less than the average annual sediment yield. However, a strong relationship exists between the total sediment yield and total precipitation for a storm, allowing the calculation of sediment yields during years for which only records of daily precipitation are available. These additional 10 yr of data make possible the calculation of average annual sediment yield from road-surface and backcut erosion on segments of each type.

FIGURE 2. Sediment rating curves for culvert flow from paved and from gravel-surfaced forest roads sustaining different levels of traffic (see text for definition of use levels). (adapted from Reid 1981.)




Large-scale sediment sources related to roads were located and evaluated in a 40 km² area. Road-related landslides, debris flows, areas of sidecast erosion, and gullies were identified, their areas measured, and the proportion of the displaced sediment available for fluvial transport estimated with aerial photographs. On-site measurements of volumes of 58 of the 186 identified landslides and gullies verified the aerial photo measurements and made possible the definition of an average failure depth. These measurements then allowed the calculation of landslide volumes. Measurements of erosion depths on debris flow tracks allowed similar calculations of debris flow volumes.

Samples of spawning gravel were collected with a 15.2-cm diameter by 22.9-cm deep FRI hand coring device; a plunger was used to capture particles smaller than 0.106 mm in diameter. The samples were wet-sieved into four size ranges: 77 to 26.9 mm, 26.9 to 3.36 mm, 3.36 to 0.850 mm, and smaller than 0.850 mm in diameter. Data were reduced using a modified version of the computer program FRS 062, FRI, University of Washington.

Plaintiffs' Exhibit 52 Cederholm et al. (1982) 5 of 19

In the spring of 1973 a steelhead eyed-egg planting experiment was carried out to test the effects of sedimentation from a road-induced landslide that occurred in Stequaleho Creek in 1971. In this experiment 18 individual perforated incubation boxes of 200 eggs each were planted in six locations in Stequaleho Creek: 9 boxes on spawning riffles above the landslide (control), and 9 boxes below the landslide (experimental). The boxes were each buried in small hand-made redds 15-cm deep. Samples of spawning gravel were taken near the test sites after emergence was complete.

During the winter of 1975 there was a massive logging road failure that deposited several thousand cubic metres of sediment and organic debris in upper East Fork Miller Creek, another tributary of the Clearwater River. To test the effects of this sedimentation on the intragravel survival of coho salmon, another eyed-egg planting experiment was conducted in 1977. In this test, 24 individual nylon mesh envelopes of 200 eggs each were planted in eight locations in East Fork Miller Creek: Each envelope was buried in a small 15-cm deep, hand-made redd, as in the steelhead experiment. As before, gravel samples were collected after emergence was complete.

We conducted a study in the winters of 1973-74 and 1974-75 to investigate the effects of various gravel compositions on survival to emergence of coho salmon in natural setting. Nylon nets were placed over 19 natural coho salmon redds in various tributaries of the Clearwater River. We had previously developed a linear regression of fork length against fecundity for coho females in the Sol Duc River, so the potential egg deposition could be estimated for each redd from the length of the associated spent female. The survival to emergence of fry in each redd could then be computed from the estimated egg deposition and the number of fry that emerged. After emergence was complete a series of gravel samples was removed from each redd and analyzed for grain-size distribution.

Eyed eggs were planted in troughs to investigate the effects of various gravel compositions on the survival to emergence of coho salmon (in 1975 and 1977), and newly fertilized embryos (green eggs) were used to test the survival of steelhead trout under controlled conditions in 1976. The troughs measured 1.8-m long by 0.38-m wide by 0.24-m deep and contained a mixture of gravel sized typical for the Clearwater River; these gravels were then treated with different percentages of fines. This experiment was carried out in 31 test troughs for coho and 9 test troughs for steelhead. The troughs allowed use to control variables such as egg depositionn, female superimposition, egg viability, and streambed scour

TABLE 1. Logging Road Density of 2.5 km/km² and an Average Distribution of Road Uses.

| Source | (A) Sediment production (t/road-km/yr) | (B) Sediment production in basin total (t/km²/yr) | <2 mm (t/km²/yr) |
|---|---|---|---|
| Road-related sources | | | |
| Landslides | 62 | 155 | 40 |
| Debris flows | 10 | 26 | 6.6 |
| Gullies | 0.6 | 1.4 | 0.4 |
| Sidecast erosion | 1.1 | 2.8 | 2.8 |
| Secondary surface erosion on scars | 4.5 | 11 | 11 |
| Rills | 1.3 | 3.2 | 3.2 |
| Backcuts* | (1.6) | (4.0) | (4.0) |
| Road surface and backcut | | | |
| Heavy-use | 660 | 36 | 36 |
| Temporary non-use | 89 | 5.2 | 5.2 |
| Moderate-use | 55 | 5.2 | 5.2 |
| Light-use | 5.1 | 3.7 | 3.7 |
| Abandoned | 0.6 | 0.6 | 0.6 |
| Paved | 2.8 | - | - |
| Natural sources** | | 82 | 24 |
| Total | | 332 | 138 |

* Backcut contribution is included with road surface production but is listed separately here to allow comparison.

** Value represents average of those reported in literature; production rate for fine material is calculated using published textural analyses for Clearwater basin soils.

encountered in the natural redd environments. An average of 1,500 embryos was buried in each trough in the coho tests, and 1,300 in the steelhead tests. The emerging fry were caught with a small nylon net trap at the outlet of each trough, and the survival calculated. After emergence was complete, the gravel composition was determined for each trough.

We selected 45 sub-basins in the Clearwater, Queets, Hoh, and Quillayute river systems in which to study the relationship between logging road density and downstream spawning gravel composition in tributary basins. We collected and analyzed the particle size distribution of over 900 gravel samples in these 45 basins and used aerial photographs to determine the area of logging road in each basin. The percentage of a basin in road area was expressed as the product of the road length and a mean road width (measured horizontally from the top of the cut bank to the toe of the sidecast slope) divided by total basin area above the gravel sampling site. Simple linear regression analysis was used to determine the relationship between road area per basin area (independent variable) and the percentage of fines in the gravels of each sub-basin (dependent variable).

## RESULTS

### Sediment Production from Gravel-Surfaced Logging Roads

A tabulation of average rates of sediment production to streams from road-related sources (Table 1-A) reveals that landslides contribute an average of 62 tons/yr/km of road, where the rate is calculated as the average of those measured in the northern and southern parts of the basin. Contributions by gullies and sidecast erosion were relatively small. Examination of aerial photos taken in 1971, 1975, and 1977 discloses no evident temporal pattern in the initiation of the failures, and suggests that those landslides identified represent virtually all of the road-related failures that have occurred since the road construction began in the basin.

Debris flows contibute sediment to streams only insofar as they erode sediment from valley walls; sediment contributed from the original slope failure has already been considered as part of the landslide contribution, and that derived from the channel bed had already been introduced into the stream at some time in the past. A total of 29 debris flows was identified, producing an average of 10 tons/road-km-yr from valley-wall erosion.

Erosion continues after failures occur as rainsplash, sheetwash, and dry gravel transport of sediment from the denuded scar. Measurements of ground surface retreat around stationary markers indicate an average erosion rate of $16 \pm 4$ mm/yr, not significantly different from the measured erosion rate of $16 \pm 3$ mm/yr due to the same processes on road backcuts. The progress of secondary erosion processes has been implicitly included in the calculations of sediment contribution by landslides, since landslide volumes were calculated with failure depths measured after secondary processes had been active for several years. Not included in the landslide calculations are rills, which frequently form where road-surface wash is diverted onto landslide scars. Volumes of rills were measured on those landslide scars observed in the field. If the erosion rate due to observed rills is extrapolated over the total area laid bare by landsliding, then rilling on road-related landslide scars is responsible for the loss of an average of 1.3 tons/road-km-yr.

Sediment yield at the culvert mouth includes sediment contributed from both road-surface and backcut. The effects of these two sources may be separated by assuming that measurements of sediment yield from a paved road segment reflect only the component of sediment introduced from the backcut. The calculation is made by applying the sediment rating curve from a paved segment to a continuous hydrograph computed with the infiltration capacity and unit hydrograph measured on gravel road segments. The results indicate that on a heavily used road the backcut contributes only 0.4% of the sediment yield at the culvert mouth. It should be emphasized that these values are based on measurements made on segments of average length and slope and not on an actual distribution of road lengths and slopes.

Published analyses of soil texture in the Clearwater basin (McCreary 1975) may be used to estimate the proportion of contributed sediment that is of a small enough size to be transported in suspension. Suspendible material is here considered to be less than 2 mm in diameter, the largest grain size caught in an automatic suspended sediment sampler located at the mouth of a 25 $km^2$ basin. Sediment derived from landslides, gullies, and debris flows reflects the grain size distribution of the whole soil profile, and its volume is thus multiplied by the proportion of the soil volume composed of particles smaller than 2 mm in diameter. Road-surface erosion, rilling, and backcut erosion, on the other hand, provide predominantly fine-grained material, and the total volume of their contribution is considered to be suspendible.

The significance of sediment production from roads may be gauged by comparing the calculated production rate from roads in a hypothetical basin that has been 40% clearcut and contains 2.5 $km/km^2$ of gravel-surfaced road with the expected sediment production rate under natural conditions. The length of road in such a basin is observed to include 6% heavily used, 5% moderately used, 39% lightly used, and 50% abandoned roads; in each case 75% of the culverts drain into streams. Thirty-seven measurement years in five 0.7 to 5.1 $km^2$ basins in the Pacific Northwest (Brown and Krygier 1971; Rice, Tilley, and Datzman 1979) provide an average sediment yield of 82 $tons/km^2/yr$ in undisturbed basins (standard error $\pm$ 14 $tons/km^2/yr$; data from 1965 and 1966 not included). In the hypothetical basin described above, road-related sources alone would account for 250 $tons/km^2/yr$ (Table 1-B). If the sediment production from sources not related to roads is assumed to equal that of an undisturbed basin, the presence and use of the roads is seen to have increased sediment production by a factor of four over the reported natural levels. Landslides account for 60% of this increase, while road-surface erosion accounts for an additional 20%. If only the sediment finer than 2 mm is considered, input from road-surface erosion is seen to dominate (Table 1-B). Much of the landslide-derived coarse debris, however, is later broken down to fine fragments during stream transport.

## Mortality Rates of Salmonid Eggs Planted in Areas Affected by Landslides

### Stequaleho Creek

During the spring of 1973 we conducted an experiment to determine the survival of eyed steelhead trout eggs in Stequaleho Creek 2 yr after the occurrence of a large landslide (Table 2). We found no significant difference in the survival of eggs between the affected (experimental) and unaffected (control) groups. The mean survival to yolk absorption was 83% (range 76-92%) for the experimental group and 76% (range 62-97%) for the control. The mean concentration of fines in the gravels in the experimental area was 10.9% and in the control was 6.3%.

TABLE 2. Percentage Survival to Yolk Absorption of Eyed Steelhead Trout Eggs in Landslide Affected (Experimental) and Unaffected (Control) Areas of Stequaleho Creek.

| | Experimental | | Control | |
|---|---|---|---|---|
| Box No. | ST-4 | ST-5 | ST-2b | ST-2c |
| 1 | 77 | 80 | 82 | 97 |
| 2 | 76 | 89 | 62 | 53 |
| 3 | 92 | –[1] | 96 | 68 |
| Mean | 83% survival | | 76% survival | |

[1]Record incomplete.

### East Fork Miller Creek

Eyed-egg planting experiments that were carried out 2 yr after a large landslide in the East Fork Miller Creek demonstrated a noticeable lowering of survival to hatching and to the button-up stage of fry development in the experimental group, compared to survival rates of the unaffected control group (Table 3). The mean survival for the experimental group was 24.7% to hatching and 2.6% to button-up, while the mean survival fro the control was 57.2% to hatching and 25.6% to button-up. The mean concentration of fines was 23.7% in gravels of the experimental area and 16.1% in the gravels of the control area. This 7.6% increase in fines apparently contributed to the high mortality rates in the experimental area. The relationship was significant (1% level) for the lowering of survival to button-up stage but not for survival to hatching.

TABLE 3. Percentage Survival of Planted Eyed Coho Salmon Eggs in Landslide Affected (Experimental) and Unaffected (Control) Areas of East Fork Miller Creek.

| Site | Experimental | | | | | | | | | | Control | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 2 | | 3 | | 4 | | 5 | | 1 | | 2 | | 3 | |
| no. | H | BU | H | BU | H | BU | H | BU | H | BU | H | BU | H | BU | H | BU |
| a | 0 | 0 | 0 | 0 | 47 | 0 | 39 | 0 | 32 | 8 | 73 | 31 | 83 | 74 | 47 | 12 |
| b | 32 | 0 | 0 | 0 | 3 | 1 | 21 | 2 | 0 | 0 | 57 | 9 | 66 | 48 | 65 | 56 |
| c | 67 | 0 | 0 | 0 | 53 | 13 | 2 | 5 | 50 | 7 | 48 | 0 | 42 | 0 | 34 | 0 |
| $\bar{x}$ | 33 | 0 | 0 | 0 | 34 | 5 | 21 | 2 | 27 | 5 | 59 | 13 | 64 | 41 | 49 | 23 |

H = Hatch

BU = Button-up

Experimental: Mean hatch = 24.71 (SD = 23.99); Mean button-up = 2.57 (SD = 4.11)

Control: Mean hatch = 57.22 (SD = 15.86); Mean button-up = 25.56 (SD = 27.89)

## Survival from Egg Deposition to Emergence

### Natural Stream Environment

Spawning of coho salmon in the Clearwater River lasts from November through early January, with the peak usually occurring during the first week of December. During the 1973 and 1974 spawning seasons, we measured and inspected for egg retention 27 spent coho females as part of a study of natural survival from egg deposition to emergence. The females had a mean fork length of 74.7 cm and retained an average of seven undeveloped eggs. We measured and staked out the redds of 19 of these females for later study. It was determined that the survival to emergence in these redds ranged from 0.9% to 77.3%. The mean survival of the egg-to-fry stage was 37.4% in 1973 and 21.4% in 1974, with a combined 2-yr average of 29.9%. A total of 72 gravel samples was collected in June of each year from inside and outside the redds under study. When the percentage of fines in the samples is linearly regressed against the percent survival to emergence a significant relationship is found for the 1973 data (excluding one redd that we suspected had a superimposition of spawners); but was not significant for the 1974 data. When survival data for both years are plotted against the percent fines, the range of survival for sampled redds in which fines make up less than 20% of the gravel beds is large, extending from 0.88% to 75.0% (Figure 3b). However, when fines make up more than 20% of the gravel bed, the range in survival is much narrower, 1% to 30%. Mean survival in redds with less than 20% fines is 31.9%, while the mean survival for the more heavily sedimented redds is 17.7%. The variances of these two groups are significantly different (5% level).

FIGURE 3. Relationship between fines and coho salmon survival to emergence under artificial (A), and natural stream conditions (B), and for steelhead trout also under artificial stream conditions (C).




### Artificial Stream Environment

Survival of coho salmon from the eyed stage of embryonic development to emergence was tested over two winters in 31 gravel troughs. The gravel compositions were selected to represent the range found in Clearwater tributaries; compositions in troughs ranged between 3.5 and 21.0% fines (Figure 3a). Survival was found to decrease with increasing percentage of fines.

During the winter of 1976, survival of steelhead trout from the green stage of embryonic development to emergence was tested in nine of the same troughs used for coho. The percentage of fines in the trough gravels ranged from 3.5% to 16.2% (Figure 3c). Survival ranged from 2.9% to 63.5%, and, as in the case of coho salmon, varied inversely with percent fines.

## Percentage of Basin in Road Area versus Spawning Gravel Composition

Between 1972 and 1976 we analyzed over 900 spawning gravel samples taken from 39 tributary basins of the Clearwater River, 2 in the Hoh, 3 in the Queets, and 1 in the Quillayute. The percentage of fines in the gravels averaged

10.9% and ranged from 3.1 to 22.0%, while the sampled basins had an average of 2.9% of their areas in logging road, with a range of 0.0 to 7.2%. Within the Clearwater River drainage, logging road areas ranged from 0.5 to 6.1% of the basin areas. There is a significant (1% level) positive relationship between the percentage of basin area in logging roads and the percentage of fines in downstream spawning gravels (Figure 4), and the coefficient of determination ($r^2$) for this relationship is 0.62. There is no significant relationship when road area is regressed against the three larger gravel categories. When the area of logging roads in a basin exceeds 3.0% of the basin area, corresponding to approximately 1.9 km of road per square km (2.9 mi/mi²), the percentage of fine sediments in spawning gravels consistently exceed the levels measured in undisturbed basins.

FIGURE 4. Relationship between percent of basin area in road area and the percent fines in spawning gravels of forty-three basins. (Natural levels represent the highest level of fines we found in gravels unaffected by logging roads.)




## DISCUSSION

### Effects of Inadequate Escapement of Spawners

According of Edie (1975), the Clearwater River system has been generally underseeded for coho salmon since the early 1970's. That is, an insufficient number of spawning females have reached the spawning grounds to provide enough emergent fry to fill the available freshwater habitats. The mean relative biomass of 0.78 g/m² for coho in tributaries of the Clearwater is only 35% of the values of 2.21 g/m² reported in the literature (Figure 5). Also, studies with saturation fry plants (plantings exceeding carrying capacity) to determine the rearing potential of Clearwater tributaries have shown the mean potential biomass to be 1.75 g/m², which is 2.24 times greater than that in the unplanted natural sections (Figure 5). This difference between potential and realized population suggests that there is an under-utilization of the freshwater habitat of the Clearwater River by juvenile coho at summer low flow.

We calculate that an escapement of 4,200 coho, in the 110 km of tributaries, is necessary to fully seed the Clearwater River system. This value is based on the area of pool at summer low flow, a seeding at emergence of 5 coho fry/m² pool, a survival to emergence of 22%, and a 1.5 : 1.0 male-to-female sex ratio of spawners. According to the Washington State Department of Fisheries (WSDF), the Clearwater produces about 40% of the coho in the Queets River system. However, the Clearwater River escapements have been estimated to range between 600 and 1,550 between 1973 and 1978 (Quinault Indian Fisheries Program 1980). Only in 1979 did the escapement exceed 4,200 adults (Figure 6).

Plaintiffs' Exhibit 52 Cederholm et al. (1982) 10 of 19

FIGURE 5.

Comparison of the relative biomass of coho salmon in eight studies carried out throughout the Pacific Northwest (g/m²). (Each dot represents one complete study section electrofished between August and October, 1973-1979.)




FIGURE 6. Annual Queets River tribal gill net catch and Clearwater River escapement of coho salmon (1973-1979).




FIGURE 7. Annual Queets River tribal gill net catch and Washington coastal ocean sport catch of coho salmon (1935-1979).



Historical catch records supplied by the Quinault Indian Fisheries Program show relatively high catches prior to 1960 (mean 11,400; range 5,366 to 17,096) and low catches between 1960 and 1972 (mean 5,930; range 3,090 to 9,322). The number of fish returning to the Queets Rivers terminal fishery has dropped by about half (Figure 7). We assumed a consistent level of effort over this period, since both the number of productive fishing sites and Queets River tribal fishermen is limited.

We believe that the interception rate for these coastal stocks is excessive. Data on fall coho runs in the Sol Duc River (a hatchery stock in an adjacent system), based on smolts marked with coded wire, indicate a catch-to-escapement ratio of 15.9 : 1 (Wood and Mosely 1978). That is, nearly 16 fish are being harvested by the various fisheries for each one escaping. We assume that Clearwater natural stocks were being harvested at 56% (9 : 1) the rate of Sol Duc stocks during the mid-1970's. A biologically sound C : E ratio for natural stocks may not be more than 5 : 1 (Washington State Department of Fisheries, pers. commun.). Information from the marked groups indicates the following catch breakdown: Canadian troll and net, 33.3%; Washington ocean troll, 27.8%; Quillayute River Indian gill net fishery, 21.7%; and the remaining 17.2% is spread over six other harvest groups (Table 4). An example of a relatively new fishery is the Washington ocean sport charter boat fishery (Neah Bay, La Push, Westport); this fishery was essentially nonexistent prior to 1955, but now the annual catch is over 500,000 fish (Figure 7). It has been estimated by Phinney and Miller (1977) that this catch is composed of approximately 12% Washington coastal stocks.

TABLE 4. Estimated Catch Distribution for Three Groups of 1971 Brood Coho Releases from Sol Duc Hatchery (from Wood and Mosley, 1978).

| Fishery | Summer run coho | | Hybrid coho | | Fall run coho | | Total | |
|---|---|---|---|---|---|---|---|---|
| | Number caught | % of Total catch | Number caught | % of Total catch | Number caught | % of Total catch | Number caught | % of Total catch |
| Washington ocean troll | 2,446 | 36.7 | 2,206 | 28.7 | 7,419 | 25.5 | 12,071 | 27.8 |
| Washington ocean sport | 807 | 12.1 | 548 | 7.1 | 1,760 | 6.0 | 3,115 | 7.1 |
| Puget Sound sport | 18 | 0.3 | 13 | 0.2 | 23 | 0.1 | 54 | 0.1 |
| Fresh water sport | 49 | 0.7 | 15 | 0.2 | 39 | 0.1 | 99 | 0.2 |
| Quillayute Indian gill net | 848 | 12.7 | 1,744 | 22.7 | 6,853 | 23.5 | 9,445 | 21.7 |
| California ocean troll | 57 | 0.9 | 19 | 0.2 | 155 | 0.5 | 231 | 0.5 |
| Oregon ocean troll | 587 | 8.8 | 768 | 10.0 | 2,481 | 8.5 | 3,836 | 8.8 |
| Oregon ocean sport | 18 | 0.3 | 6 | 0.1 | 124 | 0.4 | 148 | 0.3 |
| Canadian troll and net* | 1,842 | 27.7 | 2,351 | 30.7 | 10,271 | 35.3 | 14,470 | 33.3 |
| Total catch | 6,668 | | 7,676 | | 29,125 | | 43,469 | |
| Sol Duc hatchery returns | 1,080 | | 520 | | 1,829 | | 3,429 | |
| Total recovery | 7,748 | | 8,196 | | 30,954 | | 46,898 | |
| Catch : Escapement ratio | 6.2 : 1 | | 14.8 : 1 | | 15.9 : 1 | | | |
| Hatchery return rate (%) | 1.9 | | 0.9 | | 0.83 | | | |

* Canadian recoveries subject to slight changees pending final editing.

The heavy ocean fishery (Canadian, Washington troll, Washington charter boat, etc.) is probably the principal reason for the 50% reduction in return of coho to the Queets terminal area between 1960 and 1972. Since 1972 the Queets tribal catch has fluctuated between 12,000 in 1974 and 875 in 1977, when Queets tribal fishery restrictions were imposed by the Department of Fisheries. Since 1977, reductions in the tribal catch through season restrictions have increased escapements to the system, and recently progress has been made in reducing the ocean sport and commercial harvest along the Washington coast. In 1979 the escapement of coho salmon surpassed the escapement goal for the first time since 1972.

Steelhead, in contrast to coho, are harvested commercially only in the terminal area at Queets and by a sport fishery within the river. The escapements of steelhead have fluctuated greatly since 1974 (Figure 8); but in 1977, 1978, and 1980 they have shown encouraging signs. It is our opinion that these good escapements are largely due to reduced Queets tribal commercial catches since 1974. The Clearwater River sport catch is not shown in Figure 8 but is relatively insignificant, averaging fewer than 150 fish per year (Washington State Department of Game punch card records). The summer low-flow abundances of age 0 steelhead in two index areas (upper and lower Solleks River) of the Clearwater River have shown relatively consistent populations for all years except 1976, at the upper station, and 1978, at the lower station (Table 5). It should be noted that the high adult escapements of 4-year-old fish in 1978 and 1980 came from relatively low escapements in 1974 and 1976. The steelhead populations are thus maintaining themselves despite the wide fluctuations in escapement; much evidently remains to be learned about factors controlling steelhead abundance.

Plaintiffs' Exhibit 52 Cederholm et al. (1982) 12 of 19

TABLE 5. Estimated Age 0 Steelhead Populations (Absolute Numbers of Fish) at Summer Low-Flow in Two 75-m-Long Study Sections of the Solleks River, a Tributary of the Upper Clearwater River, 1973-1980.

| Year | Upper Solleks R. | Lower Solleks R. |
|---|---|---|
| 1973 | 445 | 273 |
| 1974 | 497 | 180 |
| 1975 | - | - |
| 1976 | 16 | 203 |
| 1977 | 632 | - |
| 1978 | 170 | 85 |
| 1979 | 271 | 145 |
| 1980 | 431 | 212 |

FIGURE 8. Annual Queets River tribal gill net catch and Clearwater River escapements of steelhead trout (1974-1980). (Escapement data from the Quinault Department of Natural Resources Fisheries Division, 1980.)




**Spawning Gravel Sedimentation**

Logging roads are a significant source of the fine sediments that is becoming deposited in some spawning gravels. Whether from landslides or from road erosion, the fine sediments are accumulating in spawning gravels of tributary basins experiencing heavy road use, and this increase results in a decrease in survival to emergence of coho salmon and steelhead trout. Therefore, assuming the stream rearing capacity has remained the same and only the spawning habitat has been degraded, proportionately greater numbers of adults are needed to seed the system. In the Clearwater River, it appears that if less than 3.0% of tributary basin area is in road, the sediment levels remain near natural; however, when the road area exceeds 3.0%, the proportion of fines in spawning gravels begins consistently to exceed natural levels (those levels found in unaffected areas)(Figure 4). In the basins of some Clearwater tributaries such as Miller and Christmas creeks, roads may constitute between 4 and 6% of the total area, and these streams have some of the highest measured percentages of fines in their spawning gravels, ranging between 15 and 20% (Figure 9). The coho and steelhead survival curves (Figure 3a, c) show a 2 to 4% reduction in survival to emergence for each 1% increase in fines over natural levels. The coho salmon populations of some Clearwater tributaries are near a critical level of survival; however, the present escapement levels may be adequate for steelhead. Stequaleho Creek, Solleks River, and other streams with steep gradients and minimal amounts of organic debris have high flushing rates at high flows, and gravels tend to be cleaner. The gravel compositions along the main stem of the Clearwater River are also generally clean at the steeper up-river sites, although the lower 5 miles of river has a high level of sedimentation (Figure 9).

Much of the sediment in the spawning gravels has come from roads built before 1972. Many of these older roads were constructed using sidecast methods, thus increasing the potential for landsliding. Also, many

Plaintiffs' Exhibit 52 Cederholm et al. (1982) 13 of 19

FIGURE 9. Distribution of salmonid spawning gravel of three levels of percent fines throughout the spawning areas of the Clearwater River systems.




FIGURE 10. Spawner-recruit curves with "normal" and "abnormal" regulators (stresses).



of the cross drains were poorly protected from gully erosion, resulting in undercutting of fills and eventual slumping, and old road fills often contain buried trees and slash which, upon decaying, are likely to cause failure. Current methods of road construction and erosion prevention have reduced erosion problems. Well-constructed roadbeds, however, can still be significant sediment sources during storms if traffic is heavy.

Probably the most rewarding part of our work has been the eagerness of the DNR to respond to our findings by using innovative methods of road construction and erosion prevention, such as:

1) Reducing road construction by using logging techniques that allow long yarding distances.
2) Using longline logging techniques with suspension over streams.
3) Cable-assisted felling trees to prevent them from entering stream courses.
4) End-hauling material to stable waste areas and eliminating sidecase in steep country (slopes over 40%).
5) Placing flumes and energy dissipators on all critical cross-drainage to prevent erosion of fills and steep slopes.
6) Grass-seeding steep cut and fill areas to stabilize soil and reduce sediment loss.
7) Cleaning out all class 4 or larger streams concurrently with logging, while avoiding removal of older, naturally deposited debris.
8) Building a blacktop road system of mainlines and secondary roads, thus nearly eliminating sediment loss from these road surfaces, and using better quality rock on gravel-surfaced roads to reduce particle breakdown during periods of heavy truck use.
9) Instituting an aggressive culvert patrol during periods of heavy rainfall.
10) Installing sediment traps below landslides to intercept silt before it enters streams.
11) Closing off and water-barring old roads to prevent surface erosion.
12) Using balloon and helicopter logging techniques in some areas of difficult access.

## Cumulative Effects

The long-term effects of sedimentation on the coho and steelhead stocks are difficult to predict; however, the drop in percentage survival from egg deposition to hatching due to logging roads can be offset significantly by providing a spawning population large enough to fully seed (supply adequate recruitment for) the streams. This process is effective if the carrying capacity of the rearing habitat has been maintained despite the degradation of the spawning habitat, and we feel this is the case in the Clearwater River.

Populations respond to stresses either by use of phenotypic characteristics or by flexibility in genetic composition. Long-term changes, such as variation in climate or salinity, or isolation by the formation and aging of lakes, are adapted to by natural selection. Resilience mechanisms such as fecundity, physiological tolerance to acute but temporary changes in environment, and flexibility in behavior, as in the case of opportunistic feeding habits, allow populations to tolerate short-term perturbations. Resilience is defined as a population's ability to "recover to a more or less equilibrium state" (Boesch and Rosenberg 1978).

In this study we have been concerned primarily with the relatively short-term changes associated with spawning gravel sedimentation. We must remember that floods, landslide-caused sedimentation, deposition of organic debris into streams, and scouring of stream substrates occur naturally and with varying frequencies during the life-spans of aquatic organisms. When these processes are accelerated through land use practices, the natural resilience mechanisms are put under increasing stress. Man has introduced another major impact on populations of salmonids by harvesting them. The combination of over-harvesting and exposure to logging impacts, such as sedimentation, can produce both additive and multiplicative cumulative effects on the salmonid life cycle; in extreme cases stocks may be depressed to the point of extinction. The simple spawner-recruit curves of Ricker (1958) are commonly used to determine the "allowable harvest" of salmon populations; but this "harvestable surplus" becomes, during times of stress, the reservoir of recruits that allows resilience of the stocks.

The spawner-recruit curve with "normal" regulators (Figure 10) shows the amount harvestable, or the pool of additional recruits that will ensure stock resiliency in times of stress. If the population is depressed below a certain level the compensatory mechanisms that ensure a relatively stable population break down and depensatory mechanisms take over; for example, the number of recruits taken by predators results in a greater percentage of the population being removed at the lower spawner escapement levels. This may depress the salmonid population level below the level of replacement on the spawner-recruit curve as exemplified by the curve with abnormal regulators (Figure 1). There are many examples in the literature of populations driven to extinction or near extinction by a combination of over-harvest and changes in environment (Salo 1974; Salo and Stober 1977).

A simplified hypothetical example of how a stock could become underseeded due to the combined effects of natural and man-caused mortalities in the life-cycle is shown in Table 6. The possible impacts on a coho salmon population are shown in five different cases, and it is evident that when logging-caused sedimentation operates independently of a commerical fishery, the effects are not as significant as they are when they occur concurrently. In Table 6, case A represents a coho salmon life history under completely natural conditions where a substantial excess (+2,000,000) of deposited eggs is available after a completed generation. Case B represents a life history when only the effects of

spawning bed sedimentation caused by logging roads are imposed on the pre-emergent stage of the salmon's life history. In this case fewer smolts are produced, but there is still an excess of eggs (+300,000) at the end of the complete life cycle. Case C represents the same life cycle with only the effects of the various commercial and sport fisheries imposed on the adult stage of the coho life history. In this case however, the high mortality of adults due to the 9 : 1 catch-to-escapement ratio has resulted in a deficit of eggs (–700,000) in the next generation, resulting in a severely underseeded condition. Case D is the situation that has existed in the Clearwater River system, where the effects of logging on the freshwater stages and the effects of the fishery on the saltwater stages are imposed over the natural mortality rates of the coho salmon. This latter case results in an extreme deficit of eggs (–880,000) at the end of one life cycle. This results in a severely lowered recruitment potential.

TABLE 6. A Hypothetical Life History of a Coho Salmon Based on Five Scenarios of Natural Mortality Combined with the Effects of Logging on Survival to Emergence and Heavy Fishery Harvest.

| Life History State | (A) Completely Natural | (B) Logging Influences Alone | (C) Fishery Influences Alone | (D) Logging and Fishery Influences Together | (E) An Optimum Economic and Biological Approach |
|---|---|---|---|---|---|
| Number of eggs deposited to seed to carrying capacity. | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| | 35%[1] | 15%[2] | 35% | 15% | 30%[3] |
| Emergent fry. | 350,000 | 150,000 | 350,000 | 150,000 | 300,000 |
| | 25%[4] | 25% | 25% | 25% | 25% |
| Parr at summer low-flow. | 87,500 | 36,500 | 87,500 | 37,500 | 75,000 |
| | 35%[5] | 35% | 35% | 35% | 35% |
| Seaward migrants (smolts). | 30,600 | 13,100 | 30,600 | 13,100 | 26,200 |
| | 10%[6] | 10% | 10% | 10% | 10% |
| Total adult ocean survivors. | 3,000 | 1,300 | 3,000 | 1,300 | 2,600 |
| | — | — | 10%[7] | 10% | 50%[8] |
| Total adult fishery survivors. | 3,000 | 1,300 | 300 | 130 | 1,300 |
| Escapement of both sexes. | 3,000 | 1,300 | 300 | 130 | 1,300 |
| Escapement of females.[9] | 1,000 | 430 | 100 | 40 | 430 |
| Eggs deposited to seed the next generation.[10] | 3,000,000 | 1,300,000 | 300,000 | 120,000 | 1,300,000 |
| Amount of deposited eggs needed to reach carrying capacity. | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Excess or deficit of eggs for next generation. | + 2,000,000 (excess) | + 300,000 (excess) | – 700,000 (deficit) | – 880,000 (deficit) | + 300,000 (excess) |

1. Estimated from natural spawning gravel composition data (Cederholm and Salo 1979).
2. Estimated from heavily logging-road-impacted spawning gravel data (Cederholm and Salo 1979).
3. Estimated from moderately logging-road-impacted spawning gravel data (Cederholm and Salo 1979).
4. Estimated using information in Au 1972, Edie (in prep.).
5. Estimated using information in Bustard 1973, Edie (in prep.), Peterson 1980.
6. Estimated by Bill Wood (WSDF), harvest manager for Washington north coastal rivers.
7. Estimated using information in Wood and Mosley 1978.
8. Based on a 1 : 1 catch-to-escapement ratio.
9. Based on a 2 : 1 male-to-female sex ration.
10. Based on a mean fecundity of 3,000 eggs per female.

These are simplified examples of the cumulative effects of two different man-caused influences superimposed on the natural mortality rates of coho salmon over one generation. When the influence of sediments is treated independently the impact is not severe enough to reduce the subsequent escapement of spawners beyond that necessary for the required egg deposition; but when the logging and fishery influences are combined, the impact is significant. Case D could eventually result in a stock of coho salmon being driven to the point at which depensatory mechanisms take over. Case E may be a compromise where some logging impact is tolerated and some fishing is allowed, but together they do not cause an underseeded condition. From Table 6, it can seen that when significant fishery influences coincide with spawning habitat degradation, underseeded conditions could result. These cumulative effects of the fishing and sedimentation on Clearwater River steelhead stocks are apparently not as significant as they are for coho.

### Coho Salmon Population Compensation

We have evidence from our Clearwater River coho salmon population dynamics work that survival compensation occurs throughout the freshwater life cycle. The relationship approximates a declining exponential curve function with the survival line reaching an asymptote along the x-axis and culminating in smolts produced.

We hypothesize that there is a whole range of emergent fry populations that could occur, above a certain minimum number; but there is a maximum (potential) number of smolts that the river can produce (approximately 80-100,000)(Cederholm, unpubl. data). Therefore, survival from the stage of emergent fry to smolt (age 1+) can range over a wide scale, from the very low survivals at high seeding levels to the very high survivals at low seeding levels. The greatest instantaneous mortalities occur prior to summer low-flow; however, a considerable amount of mortality still can occur between summer low-flow and smolt migration.

There is a minimum acceptable seeding level that will produce 80-100,000 smolts in the Clearwater River, and when seeding drops below that level the river is said to be underseeded. When an underseeded condition exists, the river will produce smolts at a level below potential.

Due to high winter discharge rates (an example of a density independent population regulator) in the Clearwater River the seeding potential can be severely reduced in some years when salmon redds are washed away. This is one reason why it is probably better, for the sake of the coho stocks, to manage for fry seeding levels above the minimum required for seeding to potential.

When logging impacts (i.e., gravel sedimentation) are superimposed on the coho freshwater life history this requires reductions in the various fisheries to assure that the minimum seeding level is exceeded. Populations of coho, therefore, may compensate for low seeding levels (above a minimum) through increased efficiency of the freshwater environment; however, compensation does have its limits.

## CONCLUSIONS

Increased intragravel sedimentation caused by logging-related sediment production and lowered spawning escapement for coho salmon due to heavy coastal fishery harvest have contributed to a generally underseeded coho salmon population in the Clearwater River system. The number of fry at emergence in the past has been below the minimum number needed for stock replacement to potential. Thus the population has become vulnerable to perturbation. Logging roads have been demonstrated to be an important source for the fine sediments which enter spawning gravels, and in some tributaries the existing high levels of fine sediment are lowering the success of spawning and recruitment. The reduced escapement, in combination with the lowered intragravel survival has resulted in stresses on the coho salmon populations. We believe that the steelhead trout stocks are somewhat less stressed because of their relatively lower level of exploitation. Freshwater survival compensation may occur in coho populations at low seeding levels through the mechanism of reduced competition; however, to maintain these natural stocks we recommend that both the fishing intensity and the production of sediments from logging roads be reduced.

## ACKNOWLEDGMENTS

We thank the following people for their involvement in this research endeavor: Lawrence Lestelle, Jack Tagart, Douglas Martin, Charles Noggle, Warren Scarlett, Terry Baltzell, Thomas Dunne, William Dietrich, Blake Harrison, and Patricia Irle.

We also thank Norman "Skip" Dedman of the Washington Department of Fisheries Sol Duc River Salmon Hatchery for providing coho salmon eggs and fed fry; and Mr. Steven Miller of the Washington State Department of Game Bogachiel River Rearing Pond for providing steelhead eggs for our experiment.

Funding was provided by the Washington State Department of Natural Resources.

We also gratefully acknowledge E.C. Gockerell (Olympic area manager), Benjamin Lonn (Olypmic area engineer), and all other Department of Natural Resources foresters in Forks for their continued interest and cooperation with this study.

We also thank the Quinault Department of Natural Resources Queets Fisheries Branch for supplying us with gravel samples from the Queets River and some tributaries.

Our sincere appreciation is extended to James Hall, Professor of Fisheries, Oregon State University; and Donald Chapman, private fisheries consultant, for their editorial comments on this paper.

## REFERENCES

Bjornn, T.C. 1968. Survival and emergence of trout and salmon in various gravel-sand mixtures. Pages 80-88 *in* Proceedings of Forum on the Relation Between Logging and Salmon. Amer. Inst. Fish. Res. Bd. and Alaska Dept. Fish Game, Juneau.

Boesch, D.F., and R. Rosenberg. 1978. Response to stress in marine benthic communities. *In* Symposium on Ecology of Stress, 2nd International Congress of Ecology, Jerusalem, September 1978. Virginia Inst. of Marine Sci., Contrib. 963.

Brown, F.W., and J.T. Krygier. 1971. Clearcut logging and sediment production in the Oregon Coast Range. Water Resour. Res. 7(5): 1189-1198.

Cederholm, C.J., and L.C. Lestelle. 1974. Observations on the effects of landslide siltation on salmon and trout resources of the Clearwater River, Jefferson County, Washington, 1972-73. Univ. Wash., Fish. Res. Inst., Final Rept. FRI-UW-7404. 89 pp.

Cederholm, D.J., L.V. Lestelle, B.G. Edie, D.J. Martin, J.V. Tagart, and E.O. Salo. 1978. The effects of landslide siltation on the salmon and trout resources of Stequaleho Creek and the main Clearwater River, Jefferson County, Washington, 1972-75. Univ. Wash., Fish. Res. Inst., Final Rept. — Part II, FRI-UW-7804. 53 pp.

Cederholm, C.J., and E.O. Salo. 1979. The effects of logging road landslide siltation on the salmon and trout spawning gravels of Stequaleho Creek and the Clearwater River basin, Jefferson County, Washington, 1972-78. Univ. Wash., Fish. Res. Inst., Final Rept. — Part III, FRI-UW-7915. 99 pp.

Chapman, D.W., and E. Knudsen. 1980. Channelization and livestock impacts on salmonid habitat and biomass in western Washington. Amer. Fish. Soc., Trans. 109: 357-363.

Cooper, A.C. 1965. The effect of transported stream sediments on the survival of sockeye and pink salmon eggs and alevin. Int. Pac. Salmon Fish. Comm., Bull. 18. 71 pp.

Cordone, A.J., and D.W. Kelley. 1961. The influence of inorganic sediment on the aquatic life of streams. Calif. Fish Game 47(2): 189-228.

Edie, B.G. 1975. A census of juvenile salmonids of the Clearwater River basin, Jefferson County, Washington, in relation to logging. Thesis, Univ. Wash., Seattle. 86 pp.

Fergerson, W.M. 1972. Soils of the western Jefferson portion of the Olympic area. Forest Land Mgmt. Center, DNR Rept., Olympia. 26 pp.

Flint, T. 1977. Juvenile coho population estimates determined by electrofishing in 12 Puget Sound streams. August-October, 1976. Wash. State Dept. Fish., Progr. Rept. 32. 18 pp.

Fredriksen, R.L. 1970. Erosion and sedimentation following road construction and timber harvest on unstable soils in three small western Oregon watersheds. U.S.D.A. Forest Serv., Res. Paper PNW-104.

Gibbons, D.R., and E.O. Salo. 1973. An annotated bibliography of the effects of logging on fish of the western United States and Canada. U.S.D.A. Forest Serv., Gen. Tech. Rept. PNW-10. 145 pp.

Hall, J.D., and R.L. Lantz. 1969. Effects of logging on the habitat of coho salmon and cutthroat trout in coastal streams. Pages 355-376 in T.G. Northcote (ed.). Symposium on Salmon and Trout in Streams, Univ. British Columbia, Vancouver.

Iwamoto, R.N., E.O. Salo, M.A. Madej, and R.L. McComas. 1978. Sediment and water quality: A review of the literature including a suggested approach for water quality critieria. Environmental Protection Agency and Univ. Wash., Seattle, EPA 910/9-78-048. 15 pp.

Koski, K.V. 1966. The survival of coho salmon, *Oncorhynchus kisutch*, from egg deposition to emergence in three Oregon Coastal streams. Thesis, Oreg. State Univ., Corvallis. 84 pp.

_________. 1975. The survival and fitness of two stocks of chum salmon, *Oncorhynchus keta*, from egg deposition to emergence in a controlled stream environment at Big Beef Creek. Dissertation, Univ. Wash., Seattle. 212 pp.

Martin, D.J. 1976. The effects of sediment and organic detritus on the production of benthic macroinvertebrates in four tributary streams of the Clearwater River, Washington. Thesis, Univ. Wash., Seattle. 79 pp.

McCreary, F. 1975. Soil survey of Jefferson County, Washington. U.S.D.A. Soil Conserv. Serv., in cooperation with Wash. Agri. Exp. Stn. 100 pp.

Megahan,, W.F., and W.J. Kidd. 1972. Effects of logging roads on sediment production rates in the Idaho Batholith. U.S.D.A. Forest Serv., Res. Paper INT-123.

Moring, J.R., and R.L. Lantz. 1974. Immediate effects of logging on freshwater environment of salmonids. Oreg. Wildl. Comm. Res. Div., Proj. AFS-58, Final Rept. 101 pp.

_________. 1975. The Alsea watershed study: Effects of logging on the aquatic resources of three headwater streams of the Alsea River, Oregon. Part I — Biological studies. Oreg. Dept. Fish. Wildl., Fish. Res. Rept. 9. 66 pp.

Narver, D.W. 1972. A survey of some possible effects of logging on two eastern Vancouver Island streams. Can., Fish. Res. Bd., Tech. Rept. 323. 55 pp.

Narver, D.W., and B.C. Anderson. 1974. Fish populations of Carnation Creek and other Barkley Sound streams, 1970-73: Data Record and Progress Rept., Pacific Biolog. Stn., Nanaimo, British Columbia. 115 pp.

Phinney, L.A., and M.C. Miller. 1977. Status of Washington's ocean sport salmon fishery in the mid-1970's. Wash. Dept. Fish., Tech. Rept. 24. 72 pp.

Platts, W.S., and W.F. Megahan. 1975. Time trends in riverbed sediment composition in salmon and steelhead spawning areas: South Fork Salmon River, Idaho. 40th North Amer. Wildl. Conf., Wildl. Mgmt. Inst., Trans.: 229-239.

Quinault Department of Natural Resources, Fisheries Division. 1980. Preseason management report for steelhead returning to the Queets, Quinault, Raft, and Grays Harbor rivers in winter 1980-81. Harvest Mgmt. Section. (mimeo)

Reid, L. 1981. Sediment production from gravel-surfaced forest roads, Clearwater basin, Washington. Thesis, Univ. Wash., Seattle. 350 pp.

Reiser, D.W., and T.C. Bjornn. 1979. Influence of forest and rangeland management on anadromous fish habitat in western North America habitat requirements of anadromous salmonids. U.S.D.A. Forest Serv., Gen. Tech. Rept. PNW-96. 54 pp.

Rice, R.M., F.B. Tilley, and P.A. Datzman. 1979. A watershed's response to logging and roads: South Fork of Casper Creek, California, 1967-76. U.S.D.A. Forest Serv., PSW Res. Paper PSW-146. 12 pp.

Ricker, W.E. 1975. Handbook of computations for biological statistics of fish populations. Can., Fish. Res. Bd., Bull. 191. 300 pp.

Salo, E.O. 1974. Anadromous fishes. Salmonid management, supplement to Trout 15(1): 12-21.

Plaintiffs' Exhibit 52 Cederholm et al. (1982) 18 of 19

Salo, E.O., and Q.J. Stober. 1977. Man's impact on the Columbia River stocks of salmon. Proceedings of the Conference on Assessing the Effects of Power Plant Induced Mortality on Fish Populations. Pergamon Press.

Tagart, J.V. 1976. The survival from egg deposition to emergence of coho salmon in the Clearwater River, Jefferson County, Washington. Thesis, Univ. Wash., Seattle. 101 pp.

Wood, W., and R. Mosley. 1978. A harvest analysis of three groups of 1971 Brood Sol Duc Hatchery coho. Wash. State Dept. Fish., Prog. Rept. 56.