# EXHIBIT 54

**William S. Platts et al., Changes in Salmon Spawning and Rearing Habitat from Increased Delivery of Fine Sediment to the South Fork Salmon River, Idaho, 118 Trans. Am. Fisheries Soc'y, 274–283 (1989)**

*Transactions of the American Fisheries Society* 118:274–283, 1989

# Changes in Salmon Spawning and Rearing Habitat from Increased Delivery of Fine Sediment to the South Fork Salmon River, Idaho

WILLIAM S. PLATTS[1]
*1603 Sunrise Rim, Boise, Idaho 83705, USA*

RICHARD J. TORQUEMADA[1]
*U.S. Department of Agriculture, Mount Hood National Forest, Zig Zag Ranger District 70220 East Highway 26, Zig Zag, Oregon 97049, USA*

MICHAEL L. MCHENRY[1]
*Northwest Indian Fisheries Commission, Post Office Box 1029 Forks, Washington 98332, USA*

CHARLES K. GRAHAM
*U.S. Department of Agriculture, Intermountain Research Station 324 25th Street, Ogden, Utah 84401, USA*

*Abstract.*—Levels of surface and subsurface fine sediment (<4.75 mm in diameter) were measured annually from 1965 to 1985 in spawning and rearing areas for chinook salmon *Oncorhynchus tschawytscha* and steelhead *O. mykiss* (formerly *Salmo gairdneri*) in the South Fork Salmon River, Idaho. Between 1950 and 1965, logging and road construction, in combination with large storm events of 1964 and 1965, resulted in the delivery of increased amounts of fine sediments to the South Fork Salmon River. Surface and subsurface fine sediment levels peaked at 46% of the surface area in 1966 and 48% of the volume in 1969, respectively. A logging moratorium initiated in 1965, coupled with natural recovery and watershed rehabilitation, led to significant decreases in the amounts of fine sediments delivered to and stored in the South Fork Salmon River; this reduction led to a limited resumption of logging operations within the watershed in 1978. By 1985, surface and subsurface sediment levels in chinook salmon spawning areas averaged 19.7% of the surface area and 25.4% of the volume, respectively. However, additional recovery to prelogging fine sediment levels is probably contingent on both further watershed recovery and the occurrence of flood flows capable of transporting material downstream. An equilibrium between incoming sediment from the watershed and outgoing sediment from the river appears to have been reached under flow regimes that have occurred since 1975.

Large increases in sediment loads delivered to streams can create changes in channel morphology and substrate composition causing detrimental conditions for fish. Salmonids are particularly susceptible to reductions in streambed particle size in spawning and rearing habitats (Cordone and Kelly 1961; Platts and Megahan 1975; Hausle and Coble 1976). Increased amounts of fine sediments (defined as particles less than 4.75 mm in diameter) can cover or infiltrate larger channel materials and cause considerable mortality to salmonid embryos and young within the substrate (McNeil and Ahnell 1964; Koski 1966; Hall and Lantz 1969; Phillips et al. 1975).

Substantial evidence indicates that logging and road construction can affect the volume, rate, and timing of sediment movement into and through a stream (Burns 1972; Platts and Megahan 1975; Cederholm et al. 1981; Lisle 1982; Coats et al. 1985; Heifetz et al. 1986). However, little has been reported about the temporal and spatial trends of stream-bottom substrate in response to accelerated erosion. This study describes the effect of accelerated amounts of fine sediment delivered into the South Fork Salmon River, Idaho, on spawning and rearing habitat of anadromous fish over a 20-year period, from 1965 to 1985.

## Study Area

A major tributary of the Salmon River, the South Fork Salmon River (45°50′N, 116°45′W) drains a 3,290-km² watershed representative of the forest-

---

[1] Formerly with U.S. Department of Agriculture, Intermountain Research Station, 324 25th Street, Ogden, Utah 84401, USA.

Case 3:18-cv-01035-MO Document 110-57 Filed 07/14/21 Page 3 of 11



ed, mountainous terrain in central Idaho. Historically, the South Fork supported Idaho's largest run of summer chinook salmon *Oncorhynchus tshawytscha,* estimated at approximately 10,000 returning adults (Richards 1963). Prelogging runs of returning steelhead *O. mykiss* (formerly *Salmo gairdneri*) have been estimated at 3,000 adults (R. Thurow, Idaho Department of Fish and Game, personal communication). The South Fork drainage is part of the 41,440-km$^2$ Idaho Batholith, a landform characterized by steep slopes, heavily dissected topography, and highly erodible soils. Elevations range from 640 to 2,740 m above sea level, and annual precipitation ranges from 76 to 152 cm. The South Fork is about 160 km long from its headwaters to its confluence with the Salmon River. It averages 22.8 m wide and 0.91 m deep at the Poverty Flat spawning area during summer base flows. Before the period of accelerated erosion within the watershed, the particle size distribution within spawning areas was dominated by gravels (4.75–76.0 mm in diameter), whereas rubble (76.1–304 mm) and boulders (≥305 mm) predominated in the higher gradient rearing areas.

Road construction and timber harvest began in the South Fork drainage soon after World War II, and timber production peaked in 1961 (Seyedbagheri et al. 1987). By 1965, logging activities within the drainage had removed about 15% of the timber in the watershed above the study area. These activities required the construction of 1,000 km of logging roads, 69% of which were constructed on steep (>45% grade), dissected, fluvial land types (Platts 1970). Soil disturbances from logging and particularly from road construction within the South Fork watershed have the potential for greatly accelerating soil erosion (Megahan and Kidd 1972; Megahan et al. 1980). Accelerated soil erosion as a result of logging, road construction, and large storm events occurred in the South Fork drainage from 1950 to 1966 (Figure 1); soil erosion rates increased by 350% over prelogging levels (Arnold and Lundeen 1968). Surface erosion between 1958 and 1964 loaded small-order tributaries with sediments. Large storm events in 1964 and 1965 transported part of this sediment into the South Fork. High sediment loads in stream channels were exacerbated further by road washouts during large storms (Platts 1970). Arnold and Lundeen (1968) determined that during 1964 and 1965, total sediment production averaged about 72,000 m$^3$ annually of which about 17,000 m$^3$ (24%) were from natural sources. Their estimates placed the total amount of increased sediment delivered to the river channel to date at about 2 × 10$^6$ m$^3$. Much of this increased sediment was attributed to accelerated slope failure as a direct result of road construction. In 1965, a logging and road construction moratorium was initiated within the South Fork watershed. Stocks of anadromous fish were depressed severely as a result of both habitat degradation and downstream hydroelectric development. In 1985, numbers of returning chinook salmon and steelhead were estimated at approximately 1,200 and 800 adults, respectively.

In the South Fork, chinook salmon spawn mainly in the upper 50 km of the river. This study centered on five major spawning areas: Upper and Lower Stolle Meadows, Poverty Flat, Krassel, and Glory Hole. These are low-channel gradient areas (<2%) that account for about 75% of all chinook salmon spawning areas in the river. Spawning areas, because of their low gradient, can also function as areas of aggradation.

## Methods

*Channel surface materials.*—We established 10 transects at each of the five spawning area study sites. For the Glory Hole, Krassel, and Poverty Flat sites, the first transect was selected randomly, and the remaining nine transects were located systematically at 91.2-m intervals. At both the Upper and Lower Stolle Meadows spawning areas, 10 cross sections were established in the channel at 305-m intervals. Surface substrate characteristics of the spawning areas were measured along each transect annually from 1966 to 1981 (except 1969) and biennially from 1981 to 1985. Measurements were made according to a visual technique (Platts et al. 1983). Spawning areas of chinook salmon are characterized by stream gradients of less than 2%, velocities between 30 and 110 cm/s, and gravel–rubble substrates (Reiser and Bjornn 1979).

We evaluated channel substrate characteristics in rearing areas of chinook salmon by establishing five transects at 15-m intervals at each of 47 sample stations. Sample stations were located randomly at 1.6-km intervals from headwaters to the mouth of the river, so there were 235 permanent transects. Transect lines ran from bank to bank and were perpendicular to the main flow of the stream; we determined substrate size-classes along the transect from waterline to waterline. Each transect was divided into 0.31-m intervals, and the dominant streambed material in each increment was determined visually. Streambed particles were assigned to size-classes according to the




FIGURE 1.—Estimated annual sediment production from surface erosion of temporary logging roads in the watershed of the South Fork Salmon River, Idaho (Megahan et al. 1980).

criteria of Platts et al. (1983): boulder (≥305 mm in diameter), rubble (76.1–304 mm), gravel (4.75–76.0 mm), and fine sediment (<4.75 mm).

Data were collected in rearing areas in 1967, 1971–1974, and 1978. Rearing areas were those habitats that young chinook salmon used during their freshwater growth period. Rearing areas vary seasonally and according to the size of fish but are generally characterized by steeper gradients, greater water velocities, and larger substrate sizes than spawning areas (Reiser and Bjornn 1979).

For each transect, the relative abundance of each substrate particle type was represented by the proportion of 0.31-m intervals in which that particle size was dominant. We used the average abundance of each particle size for all transects to describe temporal changes in substrate composition in each rearing area. Measurements were taken in the spawning and rearing areas during base-flow conditions, as recommended by Chapman and McLeod (1987). Our sampling period coincided with shallow water depths, good water clarity, and minimum movement of channel sediment.

*Channel subsurface materials.*—Subsurface substrate of channels was sampled within spawning areas of chinook salmon from 1966 through 1985 to a channel depth of 153–254 mm; a modified 305-mm-diameter McNeil streambed core sampler was used (McNeil 1964). From 1966 to 1972, core samples of channel sediment were analyzed by the Materials Testing Laboratory, U.S. Forest Service, Salt Lake City, Utah. The samples were heat-dried and screened, and a weight was obtained for each particle size-class. Core samples were not collected in 1973 and 1974.

From 1975 to 1985, core samples were collected and analyzed by passing the collected sediments with water through standard sorting screens (76.2-, 32.0-, 25.4-, 12.7-, 9.5-, 6.3-, 4.75-, 2.0-, 0.85-, and 0.20-mm-diameter meshes) for sediment separation. Sediments in each size-class were measured by water displacement and expressed as volumetric proportions of the whole substrate sample (Platts et al. 1983). Water retained in the sediment was accounted for with a conversion factor used to convert wet volume to dry volume (Shirazi and Seim 1979). No substrate core samples were collected in rearing areas of the South Fork.

*Statistical analysis.*—Temporal changes in sediment size composition were examined for both rearing and spawning areas. Regression models were developed to describe temporal trends. During our sampling period, we typically observed a

Case 3:18-cv-01035-MO Document 110-57 Filed 07/14/21 Page 5 of 11



rapid initial decline in the percentage of surface fines, and this rate decreased considerably with time. The model selected for analysis consisted of the simple inverse transformation of the form

$$Y = a + b/X \quad (1)$$

$Y$ is percent fines; $X$ is time in years; and $a$ and $b$ are regression coefficients. The transformation regression was used previously to express sediment time trends in the South Fork (Platts and Megahan 1975; Megahan et al. 1980), and it consistently explained significant sources of variation in observed time trends. This model also conformed to the observed sediment time trend in the river: surface fines initially decreased rapidly then decreased more slowly as an equilibrium state was approached.

The curve of the inverse transformation model descends rapidly from an initial maximum and asymptotically approaches the $X$-axis. Coefficient $a$ in equation (1) is a conservative estimate of the percentage of fines in the absence of logging. However, the baseline level obtained with this method will probably result in an overestimate of the percentage of surface fines, particularly because limited logging was permitted near the end of the observation period and surface fines increased slightly. Events such as logging, road building, storm events, and landslides may cause a temporary increase in fines, but if such inputs are reduced, we may expect the level of fines to revert to equilibrium.

Autocorrelation is frequently a problem in time-trend analysis. One of the principal assumptions of regression analysis is that the variables are independent (i.e., an observation does not affect the outcome of any other observation). This assumption, however, is not always true for time-series data. As a result, commonly employed least-squares estimates of the variances of the regression coefficients are likely to be seriously low, and any test of hypotheses may be invalid. After the model was developed, we examined the residuals for the presence of autocorrelation by the Durbin–Watson $D$-statistic (Durbin and Watson 1951). When autocorrelation occurred, the model was discarded as inadequate, and other more appropriate models were used.

## Results

### *Channel Surface Materials*

From 1966 to 1985, there was a significant ($P < 0.01$) decrease in the percentage of surface fine sediment in 42 of the 50 (84%) transect locations in spawning areas (Figure 2). The magnitude of decrease was more pronounced in downriver locations, where stream gradients and water power were higher. Generally, each of the spawning area sites exhibited similar temporal changes in substrate sediment (Figure 2). Surface fine sediment decreased by 16.7, 62.3, 68.5, 71.5, and 76.5% between 1966 and 1985 for the Upper Stolle, Lower Stolle, Poverty Flat, Krassel, and Glory Hole sites, respectively. Significant relationships ($P < 0.05$) were found between time and gravel and percentages of fine sediment at spawning sites (Table 1). Initially, in 1966, all spawning areas had between 38 and 51% surface fines. By 1974, major decreases in areas covered by surface fines were evident in all spawning areas, and the areas were equivalent to 62% of those measured in 1966. From 1974 to 1981, the rate of decrease slowed, and surface fine sediments were further reduced by 18% in the five spawning areas. Since 1981, we have measured increases in surface fine sediment of 32.9% (Upper Stolle), 85.1% (Lower Stolle), 5.5% (Poverty Flat), 83.8% (Krassel), and 22.2% (Glory Hole).

The percentage of the spawning area surface occupied by fine sediment and gravel varied temporally (1966–1985); fine sediment decreased (Figure 3), and gravel generally increased. From 1966 to 1985, there was a significant increase in the percentage of surface gravel ($P < 0.01$) in 37 of 50 spawning area transects. The magnitude of increase was similar to that observed for the decrease of surface fines, and downstream areas exhibited a stronger response over time. Between 1967 and 1985, gravel increased by 28.0, 33.0, 140.2, 33.7, and 113.1% in the Upper Stolle, Lower Stolle, Poverty Flat, Krassel, and Glory Hole sites, respectively.

We measured the lowest percentage of gravel in spawning areas during 1967 because there was an increased delivery of fine sediment to the channel in the South Fork that covered spawning areas with sand; the percent spawning surface covered by gravels averaged 39% for the five spawning areas. From 1967 to 1974, the gravel component increased by an average of 30% (Figure 3) because fine sediments were transported out of the system, and thus existing gravel beds were exposed. From 1975 to 1985, the percent gravel increased by only 5% overall, although significant increases were observed at the Upper Stolle site (30%). The curve of the time-trend model for percent gravel (Table 1) was similar to that for percent fines; a negative coefficient $b$ resulted from increased gravel composition relative to the other substrate types.

Platts et al. (1989) 5 of 11




FIGURE 2.—Temporal trends in the size composition of surface sediments in spawning areas of the South Fork Salmon River, Idaho, during 1966–1985: (A) Glory Hole and (B) Krassel; and during 1967–1985: (C) Poverty Flat, (D) Lower Stolle, and (E) Upper Stolle. Note that the scale on the vertical axis differs among panels.

However, this model is not quite a mirror image of the model for surface fines because there was greater deviation of actual values from the fitted model. Coefficient $a$ in the gravel model can be interpreted as an estimate of percent gravel on the channel surface at equilbrium.

The percentage of area occupied by rubble in spawning areas increased by 11.6%, whereas the percentage of boulders, which occupy less than 1% of the surface in South Fork spawning areas, showed no significant trends over time. When fine sediments were removed from the spawning riffles, the predominant underlayer was gravel and, to a lesser degree, rubble. Boulders are not an important component of chinook salmon spawning habitat, whereas rubble is critical for formation and stability of the egg pocket during high water or ice floes. In the egg pockets that we examined

TABLE 1.—Coefficients of the fitted models $Y = a + b/X$ for surface and subsurface fine sediment (<4.75 mm) and surface gravel (4.75–76.0 mm) in spawning areas of chinook salmon in the South Fork Salmon River, Idaho. $Y$ = percent fines; $X$ = time in years.

| Site | Fines model | | | Gravel model | | |
|---|---|---|---|---|---|---|
| | $a$ | $b$ | $R^2$ | $a$ | $b$ | $R^2$ |
| | | | **Surface** | | | |
| Upper Stolle | 26.25 | 15.85 | 0.07 | 57.39 | −27.91 | 0.25 |
| Lower Stolle | 14.06 | 59.06 | 0.67 | 63.15 | −52.16 | 0.39 |
| Poverty Flat | 9.86 | 79.23 | 0.54 | 65.95 | −75.76 | 0.61 |
| Krassel | 6.23 | 43.34 | 0.67 | 70.41 | −22.81 | 0.32 |
| Glory Hole | 7.07 | 45.65 | 0.95 | 58.22 | −32.26 | 0.54 |
| Combined | 13.75 | 37.41 | 0.76 | 61.16 | −26.81 | 0.66 |
| | | | **Subsurface** | | | |
| Upper Stolle | 17.41 | 19.56 | 0.38 | | | |
| Glory Hole | 28.90 | 3.45 | 0.09 | | | |
| Poverty Flat | 28.23 | 13.20 | 0.16 | | | |
| Combined | 26.51 | 14.36 | 0.20 | | | |

visually in 1972–1973, chinook salmon primarily chose rubble to form the base of the egg pocket.

In contrast to the spawning areas, which predominantly had gravel and rubble surfaces, rearing areas were composed primarily of rubble (35%) and boulders (25%). Juvenile chinook salmon rear throughout the South Fork from the upstream Stolle Meadows sites down to the river's mouth. Overall, the percentage of fines on the surface of rearing areas of the South Fork decreased by 73.5% from 1967 to 1974 (Figure 4). It appears that rearing areas, like spawning areas, experienced minor decreases in fine sediments after 1974. Only 6 years of data were available for rearing areas, so a complete interpretation of substrate composition trends was not possible. However, the data suggest that, unlike the spawning areas, when the amount of fines in rearing areas was reduced, mainly rubble and boulders were exposed. Rearing areas of the South Fork Salmon River did not exhibit the dramatic increases of fines on the channel surface that accompanied the accelerated watershed erosion, as occurred in the lower gradient spawning areas. Initial fine sediment levels in 1967 for the 235 transects averaged 32% of the channel surface area. Our data indicate that most of the fine sediment from accelerated erosion was transported through the higher-gradient rearing areas and deposited in spawning areas and pools.

*Channel Subsurface Materials*

Streambed core data from the Upper Stolle, Poverty Flat, and Glory Hole spawning areas were used to evaluate time trends. (Data sets from the




FIGURE 3.—Temporal trends in mean percentages of surface fine sediment (<4.75 mm in diameter) and gravel (4.75–76.0 mm) for five spawning areas of chinook salmon in the South Fork Salmon River, Idaho, 1966–1985.




FIGURE 4.—Temporal trends in mean percentages of fines (<4.75 mm in diameter) in surface and subsurface (depth) sediments in spawning areas and surface sediments in rearing areas for chinook salmon in the South Fork Salmon River, Idaho, 1967–1985.

TABLE 2.—Percent volume of fine sediment (<4.75 mm) in subsurface in spawning areas of chinook salmon in the South Fork Salmon River, Idaho, 1966–1985.

| Year | Site | | | | |
|---|---|---|---|---|---|
| | Upper Stolle | Glory Hole | Poverty Flat | Krassel | Mean of all sites |
| 1966 | 28 | 32 | 32 | 37 | 32 |
| 1967 | 43 | 28 | 40 | 35 | 36 |
| 1968 | | | 40 | | 40 |
| 1969 | | | 46 | | 46 |
| 1970 | | | 34 | | 34 |
| 1971 | 26 | | 33 | | 29 |
| 1972 | 33 | 32 | 43 | 49 | 39 |
| 1975 | 16 | 33 | 31 | | 27 |
| 1976 | 21 | 33 | 32 | | 29 |
| 1977 | 18 | 31 | 29 | | 26 |
| 1978 | 18 | 30 | 29 | | 26 |
| 1979 | 19 | 29 | 29 | | 26 |
| 1980 | 16 | 26 | 25 | | 22 |
| 1981 | 18 | 27 | 24 | | 23 |
| 1982 | 14 | 27 | 21 | | 21 |
| 1983 | 19 | 31 | 21 | | 24 |
| 1984 | 16 | 25 | 19 | | 20 |
| 1985 | 19 | 31 | 26 | | 25 |

Krassel and Lower Stolle sites were incomplete.) Overall, each site exhibited a significant ($P < 0.05$) decrease in the percentage of fines over the 20-year period (Table 1). The downward trend appeared to stabilize and approach a condition of equilibrium. This was similar to the trend observed for surface fines (Table 2). Between 1966 and 1975, subsurface fine sediments decreased by 16.1% for the three spawning areas. A further 15.8% reduction in subsurface fines was observed between 1975 and 1981. This trend reversed between 1981 and 1985 when we measured a 10.9% increase in subsurface fine sediment in South Fork spawning areas.

From 1966 to 1985, the proportion of subsurface fine sediment generally followed the same downward trend as that for surface sediments. Therefore, we suspected a possible relationship between surface and subsurface fine sediment levels. We used least-squares linear regression and found a significant but weak relationship between surface and subsurface fines for the Upper Stolle Meadow and Poverty Flat sites (Table 3).

## Discussion

The data collected over a 20-year period demonstrated that both surface and subsurface channel substrates of the South Fork Salmon River responded dramatically to changes in watershed condition. There have been several studies of trends in channel morphology in response to extreme changes in sediment transport, but there has been little documentation of the response of salmonid habitat to such events. Cederholm and Salo (1979) stated that fine sediment levels in the Clearwater River, Washington, were directly correlated to the density of logging roads. Lisle (1982) reported that floods in 1964 caused streams in northern California to have a reduced pool–riffle frequency, to widen by as much as 100%, and to aggrade by up to 4 m. Beschta (1983, 1984) found that in the Upper Kowai basin, New Zealand, a 150-year storm in 1951 delivered sediments to the channel that remained 30 years later.

TABLE 3.—Coefficients for least-squares linear regression[a] of surface and subsurface fine sediments against time for spawning areas of chinook salmon in the South Fork Salmon River, Idaho, 1966–1985.

| Site | $a$ | $b$ | $R^2$ |
|---|---|---|---|
| Upper Stolle | 3.84 | 0.64 | 0.21 |
| Glory Hole | 29.70 | 0.02 | 0.01 |
| Poverty Flat | 23.87 | 0.32 | 0.42 |
| Combined | 20.82 | 0.37 | 0.44 |

[a] $Y = a + b/X$; $Y$ = percent fines; $X$ = time in years.

As the sediment delivered to the South Fork increased to a peak of 72,000 $m^3$ in 1964–1965, aggradation occurred in low-gradient spawning areas and pools and, to a lesser degree, in rearing habitats. Initially, there was insufficient hydraulic energy to transport the increased sediment load downstream, and the sediment transport capability of the South Fork was quickly overwhelmed. Arnold and Lundeen (1968) estimated that the river is able to transport 27,000 $m^3$ of sediment annually; as much as 45,000 $m^3$ accumulated in the river during the 1964–1966 period. As the sediment delivered to the river declined after 1965 because of a logging moratorium and watershed rehabilitation, the hydraulic energy was adequate to export fine sediment from the system (Megahan et al. 1980). Even though river flows from 1966 to 1970 were not particularly high (mean monthly maximum, 89 $m^3/s$), there was considerable reduction of fine sediment. High river flows in 1971, 1972, and 1974 (mean monthly maximum, 152 $m^3/s$) continued to flush sediment from the channel system. From 1975 to 1983, during both extreme low and high flows, the South Fork reached an equilibrium with respect to sediment transport; both surface and subsurface sediment levels decreased by only 4.0 and 11.4%, respectively.

Increases of fine sediments in spawning areas of 24% (surface) and 28% (subsurface) were observed in 1985. This trend has several explanations. Rice

Creek, a tributary 2.4 km upstream from the Stolle Meadows spawning areas, was affected by a mud flow from a summer storm in 1984 that deposited 1,000–7,000 $m^3$ of sediment in the river. This event may explain the observed increase of 13.7% in surface fine sediment between 1983 and 1985 at the Stolle Meadows spawning sites.

Another explanation for the observed increases involves the existing road system. Although the sediment supply to the South Fork from road surface erosion was drastically reduced after the 1965 logging moratorium (Figure 1), significant amounts of sediment still enter the river. The main log-hauling road was built adjacent to, and in many places constricts, the river. It is estimated that the main road contributes 1,268 tonnes (roughly 880 $m^3$) of sediment per year to the river; this figure represents about 30% of the management-induced sediment delivery to the upper South Fork, and provides the single greatest opportunity for improvement (R. Edwards, Payette National Forest, personal communication). Sediment from this and similar sources may explain the lack of further recovery of salmonid habitat.

A third explanation of the increases is that elimination of the remaining fine sediments in the channel was not possible under the extant hydrologic regimes during the study period. From 1950 to 1966, the period of accelerated sediment delivery, the extreme sediment loads could have decreased channel roughness, increased channel surface uniformity (i.e., filled in pools) and thereby increased water velocity, which in turn increased the capacity of a unit of water to transport bed-load materials. Lisle (1982) found that in streams in northern California affected by the same 1964 flood, bed load became smaller in size, pools became shallower with higher velocity, and moderate discharges transported sediment more effectively. Water laden with sediment has a more erosive effect on the channel and is capable of carrying higher amounts of bed-load sediment per unit volume than clear water (Jackson and Beschta 1984). After this increased transport capacity has reduced the levels of excess sediment, there may be a corresponding decrease in transport efficiency.

If the South Fork indeed has equilibrated with present hydrologic and watershed conditions, further reductions in the levels of surface and subsurface fine sediment will be contingent on further watershed rehabilitation. The river may be reacting to a watershed that still delivers fine sediments to the channel at a rate above prelogging levels. Sediment stored in tributaries and on existing road fills, cuts, and prisms will continue to be transported and will cause a large recovery lag. Therefore, if the South Fork is to recover, land managers must continually implement those practices that minimize both existing and potential increases in sedimentation. Grant et al. (1984) stated that on-site effects of timber management are clearly linked in space and time with specific activities. Our data, based on 20 years of time-trend data in spawning areas, indicate that under present management (little timber harvest) surface sediment in spawning areas may actually increase by 5% by the year 2016.

Our data show that, initially, the South Fork Salmon River was unable to export the increased amounts of fine sediment delivered to the channel. However, when deposits were reduced, excess surface sediments were removed more quickly than subsurface sediments. Subsurface fine sediment (percent volume) remained 10–20% higher (by area) than surface fine sediment through the period of rapid recovery (1970–1975). During the last 10 years, both sediment levels have reached an equilibrium of approximately 15% for surface and 30% for subsurface. Such a relationship may be expected for a river incapable of transporting high amounts of sediment because less energy is required to remove sand from the bed surface than to remove sand mixed with gravel, rubble, and boulders within the bed. Beschta and Jackson (1979) found that flushing of fines will not occur in the interstices of the substrate unless the armor layer moves.

Channel surface fines decreased by 31% between 1966 and 1985, but there was a 21% decrease in subsurface fine sediments. The weak relationship between temporal changes in surface and subsurface sediment composition may be related to an annual hydrograph that results in infrequent movement of the bed load. In a coastal Alaskan stream receiving 167 cm of rainfall annually, scouring of coarse material was triggered only by high flows with a periodicity greater than 5 years (Sidle 1988). Similarly, the magnitude of storm flow determined the transport rate of bed load in an Alaskan stream (Estep and Beschta 1985). Schumm (1971) found a strong interdependency between flow conditions, sediment transport, and associated streambed composition. Subsurface sediment in the South Fork may not be greatly changed unless there is a flow event of great enough magnitude to scour the streambed and disrupt armor layers.

Trends in sediment composition indicate that habitat conditions for chinook salmon in the South Fork Salmon River have improved over the last 20 years. However, further watershed rehabilitation must take place before the river can return to prelogging conditions. Our results also indicate that rivers react dramatically to changes in watershed conditions. Rivers are capable of returning to prelogging conditions if watershed stress is relieved or of remaining degraded if land uses continue to generate high levels of sediment for an extended time.


### Acknowledgments

We thank Dave Ortmann, Don Newberry, Don Corley, and Len Burmeister who collected most of the subsurface core data. Charles Graham provided statistical input and analysis. Robert Beschta, Carl Cederholm, Fred Everest, Tom Lisle, and Dale McCullough critically reviewed the manuscript and greatly improved the final product. Rodger Nelson provided invaluable computer graphics support.


### References


Arnold, J. F., and L. J. Lundeen. 1968. South Fork Salmon River special survey, soils and hydrology. U.S. Forest Service, Boise National Forest, Boise, Idaho.

Beschta, R. L. 1983. Channel changes following storm-induced hillslope erosion in the upper Kowai Basin, Torlesse Range, New Zealand. Journal of Hydrology (Wellington North) 22:93–111.

Beschta, R. L. 1984. River channel responses to accelerated mass soil erosion. Pages 155–163 *in* C. L. O'Loughlin and H. J. Pearce, editors. Symposium on the effects of forest land uses on erosion and slope stability. Oregon State University, Department of Natural Resources, Corvallis.

Beschta, R. L., and W. L. Jackson. 1979. The intrusion of fine sediments into a stable gravel bed. Journal of the Fisheries Research Board of Canada 36:204–210.

Burns, J. W. 1972. Some effects of logging and associated road construction on northern California streams. Transactions of the American Fisheries Society 101:1–17.

Cederholm, C. J., L. M. Reid, and E. O. Salo. 1981. Cumulative effects of logging road sediment on salmonid populations in the Clearwater River, Jefferson County, Washington. Pages 38–74 *in* Proceedings from the conference on salmon spawning gravel: a renewable resource in the Pacific Northwest. Washington State University, Washington Water Research Center, Report 39, Pullman.

Cederholm, C. J., and E. O. Salo. 1979. The effects of logging road landslide siltation on the salmon and trout spawning gravels of Stequaliho Creek and the Clearwater River basin, Jefferson County, Washington. University of Washington, Fishery Research Institute, Report FRI-UWC 7915, Seattle.

Chapman, D. W., and K. P. McLeod. 1987. Development of criteria for sediment in the northern Rockies ecoregion. U.S. Environmental Protection Agency, Report 68-01-6986, Boise, Idaho.

Coats, R. L., L. Collins, J. Florsheim, and D. Kaufmann. 1985. Channel change sediment transport, and fish habitat in a coastal stream: effects of an extreme event. Environmental Management 9:35–48.

Cordone, A. J., and D. E. Kelly. 1961. The influence of inorganic sediments on the aquatic life of streams. California Fish and Game 47:189–228.

Durbin, J., and G. S. Watson. 1951. Testing for serial correlation in least squares regression. Biometrika 37:409–428.

Estep, M. A., and R. L. Beschta. 1985. Transport of bedload sediment and channel morphology of a southeast Alaska stream. U.S. Forest Service Research Note PNW-430.

Grant, G. E., M. J. Crozier, and F. J. Swanston. 1984. An approach to evaluating off-site effects of timber harvest activities on channel morphology. Pages 177–186 *in* Symposium on the effects of forest land use on erosion and slope stability. U.S. Forest Service, Pacific Northwest Forest and Range Experiment Station, Corvallis, Oregon.

Hall, J. D., and R. L. Lantz. 1969. Effects of logging on the habitat of coho salmon and cutthroat trout in coastal streams. Pages 355–375 *in* T. G. Northcote, editor. Salmon and trout in streams. H. R. MacMillan Lectures in Fisheries, University of British Columbia, Vancouver.

Hausle, D. A., and D. W. Coble. 1976. Influence of sand in redds on survival and emergence of brook trout (*Salvelinus fontinalis*). Transactions of the American Fisheries Society 105:57–63.

Heifetz, J., M. W. Murphy, and K. V. Koski. 1986. Effects of logging on winter habitat of juvenile salmonids in Alaska streams. North American Journal of Fisheries Management 6:52–58.

Jackson, W. L., and R. L. Beschta. 1984. Influences of increased sand delivery on the morphology of sand and gravel channels. Water Resources Bulletin 20: 527–533.

Koski, K. V. 1966. The survival of coho salmon from egg deposition to emergence in three Oregon coastal streams. Master's thesis. Oregon State University, Corvallis.

Lisle, T. E. 1982. Effects of aggradation and degradation on riffle-pool morphology in natural gravel channels, northwestern California. Water Resources Research 18:1643–1651.

McNeil, W. J. 1964. A method of measuring mortality of pink salmon eggs and larvae. U.S. Fish and Wildlife Service Fishery Bulletin 63:35–46.

McNeil, W. J., and W. H. Ahnell. 1964. Success of pink salmon spawning relative to size of spawning bed materials. U.S. Fish and Wildlife Service Special Scientific Report—Fisheries 469.

Megahan, W. F., and W. J. Kidd. 1972. Effects of log-

Case 3:18-cv-01035-MO Document 110-57 Filed 07/14/21 Page 11 of 11



ging and logging roads on erosion and sediment deposition from steep terrain. Journal of Forestry 80: 136–141.

Megahan, W. F., W. S. Platts, and B. Kulesza. 1980. Riverbed improves over time: South Fork Salmon. Pages 380–395 *in* Proceedings of the watershed management symposium, irrigation and drainage division. American Society of Civil Engineers, Boise, Idaho.

Phillips, R. W., R. L. Lantz, E. W. Claire, and J. R. Moring. 1975. Some effects of gravel mixtures on emergence of coho salmon and steelhead trout fry. Transactions of the American Fisheries Society 104: 461–466.

Platts, W. S. 1970. The effects of logging and road construction on the aquatic habitat of the South Fork Salmon River, Idaho. Proceedings of the Annual Conference Western Association of Game and Fish Commissioners 50:182–185.

Platts, W. S., and W. F. Megahan. 1975. Time trends in riverbed sediment composition in salmon and steelhead spawning areas: South Fork Salmon River, Idaho. Transactions of the North American Wildlife and Natural Resources Conference 40:229–239.

Platts, W. S., W. F. Megahan, and G. W. Minshall. 1983. Methods for evaluating stream, riparian, and biotic conditions. U.S. Forest Service General Technical Report INT-138.

Reiser, D. W., and T. C. Bjornn. 1979. Habitat requirements of anadromous salmonids. U.S. Forest Service General Technical Report PNW-96.

Richards, M. 1963. Management of the chinook salmon fishery of the South Fork Salmon River drainage. Idaho Wildlife Review 4:3–8.

Schumm, S. A. 1971. Fluvial geomorphology; channel adjustment and river metamorphic. Pages 5-1–5-22 *in* H. W. Shen, editor. River mechanics. Colorado State University, Fort Collins.

Seyedbagheri, K. S., M. L. McHenry, and W. S. Platts. 1987. An annotated bibliography of the hydrologic and fishery studies of the South Fork Salmon River, Idaho. U.S. Forest Service General Technical Report INT-235.

Shirazi, M. A., and W. K. Seim. 1979. A stream systems evaluation: an emphasis on spawning habitat for salmonids. U.S. Environmental Protection Agency, EPA-60013-79-109, Corvallis, Oregon.

Sidle, R. C. 1988. Bedload transport regime of a small forest stream. Water Resources Research 24:207–218.

Received July 1, 1988
Accepted March 3, 1989