# EXHIBIT 55

**Gregory S. Eaglin & Wayne A. Hubert, Management Briefs: Effects of Logging and Roads on Substrate and Trout in Streams of the Medicine Bow National Forest, Wyoming, 13 N. Am. J. Fisheries Mgmt., 844–846 (1993)**

*North American Journal of Fisheries Management* 13:844–846, 1993

# MANAGEMENT BRIEFS

## Effects of Logging and Roads on Substrate and Trout in Streams of the Medicine Bow National Forest, Wyoming

GREGORY S. EAGLIN AND WAYNE A. HUBERT

*U.S. Fish and Wildlife Service, Wyoming Cooperative Fish and Wildlife Research Unit*[1]
*University of Wyoming, Laramie, Wyoming 82071-3166, USA*

*Abstract.*—We examined the influence of logging and road construction on substrate and standing stocks of trout (*Salvelinus* and *Salmo*) in 28 stream reaches in the Medicine Bow National Forest, Wyoming. The extent to which roads crossed watercourses (culvert density) within a drainage and the proportion of the drainage that was logged were positively correlated to both the amount of fine substrate and embeddedness. Trout standing stocks had a negative relation with the density of culverts. Erosion of soil from road surfaces, ditches, and disturbed areas adjacent to roads that subsequently is deposited in stream channels seems to be an important mechanism by which logging has affected stream habitat.

Few studies have addressed the effects of logging and associated road construction on inland streams with resident populations of salmonids in the Rocky Mountains. Logging and associated roads often influence stream habitat and salmonid densities by accelerating sediment delivery to stream channels (Hicks et al. 1991). Few studies have identified which component, logging or road construction, has the greater effect (Chamberlin et al. 1991; Furniss et al. 1991).

The purpose of this study was to determine if logging and road construction under the management of the U.S. Forest Service between 1964 and 1985 affected stream substrate and trout abundance in the Medicine Bow National Forest, Wyoming. The study area was south of Wyoming Highway 130 to the Colorado border in the Medicine Bow Mountains and east of the Continental Divide in the Sierra Madre (elevation 1,980–3,660 m above sea level). The forest is primarily lodgepole pine *Pinus contorta*, Engelman spruce *Picea engelmannii*, and subalpine fir *Abies lasiocarpa*. The predominant trout species are brook trout *Salvelinus fontinalis* and brown trout *Salmo trutta*.

To avoid confounding effects, study reaches reflecting the range of stream sizes and the extent of logging were selected from among streams that met the following criteria: (1) no water diversion upstream from the reach, (2) no beaver *Castor canadensis* dams within the reach, (3) no history of log or railroad tie drives through the reach, (4) no history of mining with techniques that could alter the stream channel, (5) a mean channel slope of 1.5–4.0%, and (6) clearcut logging that occurred within the drainage only between 1964 and 1985.

Sampling was conducted along transects at 4-m intervals over 200-m study reaches during late July to October, 1989–1990. Bank-full width was measured as the horizontal distance between banks at the mark left during the annual peak flow event. Substrate was measured at seven points equidistant across the wetted width of the stream at each transect. At each point, the dominant substrate type and the extent of embeddedness were visually estimated (Platts et al. 1983), and the percentage of points of each type was computed. Trout standing stocks (fish ≥100 mm total length) were estimated by a three-pass depletion technique using a backpack electroshocker. Fish abundance was estimated with the program CAPTURE, model Mb(h) (White et al. 1982). Three measures of the extent of logging and road construction were computed for the drainage upstream from each study reach: (1) the percentage of the ground surface that had been logged; (2) the density (km/km$^2$) of roads; and (3) the density (number/km$^2$) of culverts. Culvert density was an index of the extent to which roads crossed both ephemeral and perennial watercourses in each drainage. Multiple-regression analysis was used to assess relations between the measures of the extent of logging and road construction and stream substrate features and trout standing stocks. Variables were included in multiple-regression models if they significantly ($P \leq 0.05$) accounted for variation in the dependent variable.

[1] The Unit is jointly supported by the University of Wyoming, the Wyoming Game and Fish Department, and the U.S. Fish and Wildlife Service.

TABLE 1.—Regression equations accounting for variation in substrate features (%) and trout standing stocks (g/$m^2$) from knowledge of the percentage of logged area (LOG), number of culverts per square kilometer in the drainage (CUL), or mean bank-full width (BFW, m) for 28 stream reaches in the Medicine Bow National Forest, Wyoming.

| Regression equation | | $r^2$ or $R^2$ | $P$ | SE |
|---|---|---|---|---|
| Embeddedness | $= 10.1 + 49.76 \log_{10}(\text{CUL} + 1)$ | 0.35 | 0.001 | 13.29 |
| Fine substrate | $= 6.6 + 40.71 \log_{10}(\text{CUL} + 1)$ | 0.20 | 0.016 | 15.83 |
| Cobble | $= 32.0 - 39.76 \log_{10}(\text{CUL} + 1)$ | 0.44 | 0.001 | 8.82 |
| Embeddedness | $= 45.2 + 25.27 \log_{10}(\text{LOG} + 1)$ | 0.18 | 0.023 | 10.44 |
| Fine sediment | $= 45.3 + 30.87 \log_{10}(\text{LOG} + 1)$ | 0.24 | 0.009 | 10.85 |
| Embeddedness | $= 31.7 + 46.03 \log_{10}(\text{CUL} + 1)$ | 0.48 | 0.0003 | 12.23 |
| | $- 21.31 \log_{10}(\text{LOG} + 1)$ | | | 8.57 |
| Fine sediment | $= 34.8 + 35.84 \log_{10}(\text{CUL} + 1)$ | 0.39 | 0.002 | 14.20 |
| | $- 27.79 \log_{10}(\text{LOG} + 1)$ | | | 9.95 |
| Embeddedness | $= 29.9 - 39.38 \log_{10}(\text{CUL} + 1)$ | 0.40 | 0.0004 | 13.01 |
| | $- 4.74\ \text{BFW}$ | | | 2.00 |
| Gravel | $= 21.9 + 5.59\ \text{CUL}$ | 0.27 | 0.020 | 2.39 |
| | $+ 4.14\ \text{BFW}$ | | | 1.89 |
| Standing stock | $= 15.5 - 7.74 \log_{10}(\text{CUL} + 1)$ | 0.34 | 0.006 | 3.19 |
| | $- 1.61\ \text{BFW}$ | | | 0.49 |

During 1989 and 1990, 28 stream reaches with drainage areas of 1.7–18.7 $km^2$ were sampled. Culvert density ranged from 0.0 to 5.1 culverts/$km^2$, road density ranged from 0.0 to 2.6 km/$km^2$, and the proportion of the drainage that was logged ranged from 1.5 to 25.3%. Three measures of substrate were significantly related to the density of culverts (Table 1). As the extent to which roads crossed watercourses increased, the extent of embeddedness and the amount of fine sediment increased, whereas the abundance of cobble decreased. Two substrate features were significantly related to the proportion of the drainage basin that had been logged (Table 1). As the proportion of logged area increased, both embeddedness and the amount of fine sediment increased. Both culvert density and the percentage of the drainage basin that was logged were significant in multiple-regression models accounting for variation in embeddedness and fine sediment (Table 1).

Bank-full width (BFW, range = 0.7–6.3 m) was significantly related to both embeddedness and fine sediment, so bank-full width was used with measures of logging and roads in a multiple-regression analysis (Table 1). Knowledge of BFW in conjunction with culvert density accounted for significantly more variation in embeddedness and gravel than was accounted for by culvert density alone.

Multiple-regression analysis yielded only one model that accounted for variation in trout standing stock (range = 4.0–76.6 g/$m^2$). Standing stock of trout declined as BFW increased and the density of culverts increased (Table 1).

Sediment delivery into stream channels was probably increased by the number of times roads crossed watercourses. Where roads run downhill to culverts, ditches and road surfaces may serve as ephemeral channels for water (Hagans et al. 1986; Weaver et al. 1987; Furniss et al. 1991). Soil particles from the roadbed, ditches, and other disturbed areas are carried by water during spring snowmelt or thunderstorms into the watercourse. Our observations suggest that forest managers should direct more attention to the design and layout of roads in order to reduce impacts on stream habitat and fishery resources (Kochenderfer 1970; Swift 1984). The Medicine Bow National Forest has instituted practices to reduce road impacts since 1985 (U.S. Forest Service 1985), but their value is not known. Monitoring the success of current practices is needed along with research to better define the physical mechanisms of sediment delivery into streams from roads that cross watercourses.

The percentages of the drainage areas that were logged upstream from our study reaches ranged from 1.5 to 25.3%, less than in other studies in which impacts of logging have been described (Harr and Fredriksen 1988; Meehan 1991). Others have indicated that if the area logged is less than 25–30% of the drainage area, impacts to habitat and trout abundance may not be significant (Everest and Harr 1982; Grant et al. 1986). Cumulative effects of logging and road construction on stream habitat and trout standing stocks were indicated by our work.

**Acknowledgments**

We thank T. Lisle, R. Marston, M. Parker, R. Schmal, G. Sloan, C. Speas, M. Young, and two anonymous reviewers for guidance and critical

comments; I. Adams, D. Jones, M. Kautzmann, S. Loose, P. Rust, and C. Stangl for assistance in the field; and the staff of the Medicine Bow National Forest, especially R. Schmal, C. Speas, and C. Tolbert, for assistance throughout the project. The project was funded by the U. S. Forest Service.

## References


Chamberlin, T. W., R. D. Harr, and F. H. Everest. 1991. Timber harvest, silviculture, and watershed processes. American Fisheries Society Special Publication 19:181–205.

Everest, F. H., and R. D. Harr. 1982. Influence of forest and rangeland management on anadromous fish habitat in western North America. U.S. Forest Service General Technical Report PNW-134.

Furniss, M. J., T. D. Roelofs, and C. S. Yee. 1991. Road construction and maintenance. American Fisheries Society Special Publication 19:297–323.

Grant, J. W. A., J. Englert, and B. F. Bietz. 1986. Applications of a method for assessing the impact of watershed practices: effects of logging on salmonid standing crops. North American Journal of Fisheries Management 6:24–31.

Hagans, D. K., W. E. Weaver, and M. A. Madej. 1986. Long term on-site and off-site effects of logging and erosion in the Redwood Creek basin, northern California. National Council of the Paper Industry for Air and Stream Improvement, Technical Bulletin 490:38–66.

Harr, R. D., and R. L. Fredriksen. 1988. Water quality after logging small watersheds within the Bull Run watershed, Oregon. Water Resources Bulletin 24: 1103–1111.

Hicks, B. J., J. D. Hall, P. A. Bisson, and J. R. Sedell. 1991. Responses of salmonids to habitat changes. American Fisheries Society Special Publication 19: 483–518.

Kochenderfer, J. N. 1970. Erosion control on logging roads in the Appalachians. U.S. Forest Service Research Paper NE-158.

Meehan, W. R. 1991. Influences of forest and rangeland management on salmonid fishes and their habitats. American Fisheries Society Special Publication 19:1–15.

Platts, W. S., W. F. Megahan, and G. W. Minshall. 1983. Methods for evaluating stream, riparian, and biotic conditions. U.S. Forest Service General Technical Report INT-138.

Swift, L. W., Jr. 1984. Gravel and grass surfacing reduces soil loss from mountain roads. Forest Science 30:657–670.

U.S. Forest Service. 1985. Land and resource management plan. Medicine Bow National Forest and Thunder Basin National Grassland. U.S. Forest Service, Laramie, Wyoming.

Weaver, W., D. Hagans, and M. A. Madej. 1987. Managing forest roads to control cumulative erosion and sedimentation effects. *In* Proceedings, California watershed management conference. University of California, Wildland Resources Center Report 11, Berkeley.

White, G. C., D. R. Anderson, K. P. Burnham, and D. L. Otis. 1982. Capture–recapture and removal methods for sampling closed populations. U.S. Department of Energy Los Alamos National Laboratory Report LA-8787-NERP.