# EXHIBIT 57

**Dean L. Shumway et al., Influence of Oxygen Concentration and Water Movement on the Growth of Steelhead Trout and Coho Salmon Embryos, 93 Trans. Am. Fisheries Soc'y, 342-356 (1964)**

This article was downloaded by: ["Queen's University Libraries, Kingston"]
On: 15 August 2013, At: 12:07
Publisher: Taylor & Francis
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered office: Mortimer House, 37-41 Mortimer Street, London W1T 3JH, UK




Transactions of the American Fisheries Society
Publication details, including instructions for authors and subscription information:
http://www.tandfonline.com/loi/utaf20

# Influence of Oxygen Concentration and Water Movement on the Growth of Steelhead Trout and Coho Salmon Embryos

Dean L. Shumway [a] [b] , Charles E. Warren [a] [b] & Peter Doudoroff [a] [b]

[a] Pacific Cooperative Water Pollution and Fisheries Research Laboratories, Oregon State University, Corvallis, Oregon, USA
[b] Oregon State University and U. S. Public Health Service, USA
Published online: 09 Jan 2011.

To cite this article: Dean L. Shumway , Charles E. Warren & Peter Doudoroff (1964) Influence of Oxygen Concentration and Water Movement on the Growth of Steelhead Trout and Coho Salmon Embryos, Transactions of the American Fisheries Society, 93:4, 342-356, DOI: 10.1577/1548-8659(1964)93[342:IOOCAW]2.0.CO;2

To link to this article: http://dx.doi.org/10.1577/1548-8659(1964)93[342:IOOCAW]2.0.CO;2

PLEASE SCROLL DOWN FOR ARTICLE

Taylor & Francis makes every effort to ensure the accuracy of all the information (the "Content") contained in the publications on our platform. However, Taylor & Francis, our agents, and our licensors make no representations or warranties whatsoever as to the accuracy, completeness, or suitability for any purpose of the Content. Any opinions and views expressed in this publication are the opinions and views of the authors, and are not the views of or endorsed by Taylor & Francis. The accuracy of the Content should not be relied upon and should be independently verified with primary sources of information. Taylor and Francis shall not be liable for any losses, actions, claims, proceedings, demands, costs, expenses, damages, and other liabilities whatsoever or howsoever caused arising directly or indirectly in connection with, in relation to or arising out of the use of the Content.

This article may be used for research, teaching, and private study purposes. Any substantial or systematic reproduction, redistribution, reselling, loan, sub-licensing, systematic supply, or distribution in any form to anyone is expressly forbidden. Terms

& Conditions of access and use can be found at http://www.tandfonline.com/page/terms-and-conditions

Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

# Influence of Oxygen Concentration and Water Movement on the Growth of Steelhead Trout and Coho Salmon Embryos[1, 2]

DEAN L. SHUMWAY,[3] CHARLES E. WARREN,[3] AND PETER DOUDOROFF[4]

*Pacific Cooperative Water Pollution and Fisheries Research Laboratories (Oregon State University and U. S. Public Health Service) Oregon State University, Corvallis, Oregon*

ABSTRACT

Embryos of coho salmon, *Oncorhynchus kisutch* (Walbaum), and steelhead trout, *Salmo gairdneri gairdneri* Richardson, were reared from fertilization of the eggs to hatching, at about 10° C, at different concentrations of dissolved oxygen ranging from about 2.5 to 11.5 mg/liter and at different water velocities ranging from about 3 to 750 cm/hour. Some of the embryos rested on porous plates, while others were buried in glass beads so as to simulate natural conditions more closely. Fry from embryos reared at low and intermediate oxygen concentrations hatched later and were smaller in size at hatching than fry from embryos reared at concentrations near the air-saturation level. At all oxygen concentrations tested, reduced water velocities resulted in reduced size of hatching fry. This effect of velocity was nearly as pronounced at high oxygen concentrations as at low concentrations. The effect of the difference of water velocities tested was less than the effect of the difference of oxygen concentrations tested. When some embryos were buried in glass beads while others were not, and the discharge rates of water through cylinders containing the embryos were the same, the fry that hatched in the cylinders containing beads were larger in size than those in cylinders without beads. This effect is ascribed to the increase of water velocities around the embryos buried in beads. It was usually most pronounced when a mixture of large and small beads was used.

## INTRODUCTION

Salmonid embryos buried in stream bed gravel depend on the movement of water through the gravel to supply them with the oxygen necessary for survival and growth. Changes in the composition of the stream bottom can drastically reduce the rate at which this water moves in the gravel and can indirectly cause reduction of the concentration of dissolved oxygen. Such reductions of velocity and oxygen content of the water can result in conditions within the gravel that are not conducive to survival, normal development, and good growth of salmonid embryos and fry. Even under conditions that are not lethal for embryos, delay of hatching and reduction in size of fry presumably can result in a high mortality of the fry because emergence from the gravel of many of the small and weak fry or their subsequent success in the natural environment may be impossible. These considerations point to a need for detailed studies of the natural environments of salmonid embryos and for experimental studies of the effects of specific environmental changes on their survival and growth. Silver, Warren, and Doudoroff (1963) have recently reviewed some of the literature dealing with this problem and have indicated the need for much additional research.

In laboratory experiments, Silver, Warren, and Doudoroff (1963) held embryos of chinook salmon, *Oncorhynchus tshawytscha* (Walbaum), at water velocities of 92, 580, 1,350 cm/hour and embryos of steelhead trout, *Salmo gairdneri gairdneri* Richardson, at water velocities of 6, 34, 150, and 740 cm/hour. These embryos were subjected from the time of fertilization of the eggs until hatching to dissolved oxygen concentrations averaging 11.5, 8.0, 5.6, 4.0, 2.5, and 1.6 mg/liter at temperatures near 10° C. Mortality rates of the embryos were not materially increased at any of the reduced oxygen concentrations tested except the lowest concentration of 1.6 mg/liter, at which total mortality occurred. Reduction of either oxygen concentration or

[1] Technical Paper No. 1741, Oregon Agricultural Experiment Station.

[2] This investigation was supported in part by research grant WP 135 from the Division of Water Supply and Pollution Control, U. S. Public Health Service.

[3] Department of Fish and Game Management, Oregon State University.

[4] Robert A. Taft Sanitary Engineering Center, U. S. Public Health Service.





Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 5 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

water velocity resulted, however, in a decrease in the size (length and volume) of newly hatched fry. Changes in oxygen concentration produced greater changes in size of the fry than did changes in water velocity. Reductions of oxygen concentration also increased the length of the incubation period. An effect of reduced water velocity on the length of the incubation period was not clearly demonstrated.

The laboratory investigation reported here was undertaken to determine the influence of oxygen concentration and of water velocity at different oxygen concentrations on the embryonic development of coho salmon, *Oncorhynchus kisutch* (Walbaum), and to obtain additional information on the influence of these factors on the development of steelhead trout embryos. Seven experiments were performed from the fall of 1959 through the spring of 1963 at the Oak Creek Laboratory of the Pacific Cooperative Water Pollution and Fisheries Research Laboratories, located near Corvallis, Oregon. Determinations were made of hatching time and usually also of the wet and dry weights of newly hatched fry. The weights are deemed more meaningful or easier to evaluate precisely than lengths and volumes. The effect of burying the eggs in particulate matter (glass beads), so as to simulate natural conditions in redds, was evaluated. When uniform discharge rates of water flowing through cylinders containing the eggs were maintained, the water velocity around the eggs was increased by burying them in glass beads, whereas the area of exposed egg surface was reduced somewhat.

## MATERIAL AND METHODS

### *Experimental material*

The salmonid eggs used in each of the seven experiments reported were obtained from a single female and were fertilized with sperm from two males. The fertilized eggs were allowed to water-harden for about 1 hour in a 1-gallon jar and were then transported by automobile to the Oak Creek Laboratory. Water temperatures at the hatcheries where the eggs were taken were lower by about 1 to 2° C than the experimental temperatures, which averaged about 10° C. During the transportation period of 1 to 2 hours, the water temperatures increased by about 1° C.

The coho salmon eggs used in experiments Nos. 1 and 4 were obtained from the Eagle Creek Fish Hatchery of the U. S. Fish and Wildlife Service, which is in the Clackamas River drainage basin, and those for experiment No. 6 were obtained from the Fall Creek Salmon Hatchery of the Oregon Fish Commission, which is in the Alsea River drainage basin. The steelhead trout eggs for experiments Nos. 2, 5, and 7 were obtained from the Oregon State Game Commission's Alsea Trout Hatchery located on the North Fork of the Alsea River, and those for experiment No. 3 came from the Marion Forks Hatchery of the Oregon Fish Commission, which is in the North Santiam River drainage basin.

### *Experimental apparatus*

The experimental apparatus used was designed for exposing developing salmonid embryos to flowing water of controlled velocity and dissolved oxygen concentration. It is the apparatus described in detail by Silver, Warren, and Doudoroff (1963), with only minor modifications. Each of the six paired test chambers contained four glass cylinders sealed with paraffin to horizontally placed, porous, ceramic plates on which the embryos rested. An 8-inch glass funnel was inverted over each cylinder, and a seal between the cylinder and the funnel was formed by a gasket of foam-rubber or of polyurethane.

Filtered water from a small spring-fed stream was supplied through polyethylene pipe to the constant-temperature laboratory room. A thermostatically controlled immersion heater brought the incoming water to the desired temperature. The water then flowed through a distribution jar and into six glass columns. At the bottoms of these columns, air or nitrogen was introduced at appropriate rates to obtain the desired dissolved oxygen concentrations near or below the air-saturation level. Water leaving the bottom of a column was introduced into a test chamber beneath the porous plates and overflowed through an outlet near the top. The exchange or renewal water was supplied to each chamber at a rate of about 600 ml per minute.

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 6 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

The different water velocities within the cylinders were produced by pumps, which drew the water into the cylinders through the porous plates and out through the inverted funnels. Small centrifugal pumps with synthetic (Buna N) rubber housings and impellers were used to obtain water velocities in excess of 12 cm/hour, while lower velocities were obtained by means of low-capacity chemical pumps. Water withdrawn at the high rates passed through flow-adjustment stopcocks, ball-displacement flowmeters, and air traps before being returned to the test chambers beneath the porous plates. The water from the low-capacity pumps was not returned, and the rate of flow was periodically measured with a graduated cylinder.

The amber latex tubing that was used throughout the experimental apparatus has been shown to impart to water a toxicity that can be lethal to aquatic insects and fish (DeWitt, 1957). Herrmann, Warren, and Doudoroff (1962) have presented evidence that the growth of juvenile coho salmon that were held in continually renewed water supplied through new amber latex tubing was impaired, especially at low dissolved oxygen concentrations. Water flowing at lower rates through greater lengths of this tubing proved rapidly fatal to the fish even at high oxygen concentrations. The toxicity gradually declined with time, however, and after about 4 months the water was no longer lethal.

The amber latex tubing used in the present investigation had been in contact with flowing water for about 5 months and with standing water for 7 additional months prior to the beginning of the study. Two special experiments with coho salmon embryos and sac fry performed during January, February, and March of 1963 and not reported in detail here yielded no evidence of toxicity of the water in the apparatus, although the water exchange rates were much lower in some of the test chambers than the rates maintained during the other experiments reported here. On the basis of the results of these special tests and a careful comparison of reported data from early and later experiments, it was concluded that toxicants leached from the rubber tubing were not present in concentrations sufficient to influence any of the experimental results materially.

### *Experimental methods*

The operation of the experimental apparatus was started several days before the beginning of an experiment. During this time, exchange rates, water velocities, and temperatures were adjusted to the desired levels. A room temperature lower by about 1° C than the temperature of the renewal water was maintained so as to minimize the formation of gas bubbles in the system. Oxygen concentrations near the air-saturation level were maintained in all experimental chambers until after the embryos had been placed in the cylinders; then the concentrations were reduced over a 24-hour period to the desired experimental levels.

Sixty to 110 fertilized eggs were placed in each cylinder; the number of eggs in each cylinder was the same in any one experiment. In each cylinder that did not contain glass beads, a circular stainless-steel band, strung with nylon filament to form a grid, was placed on the porous plate to keep the embryos evenly distributed. In each cylinder containing glass beads, a layer of beads about ½ inch deep was placed on the porous plate. The embryos were placed on the beads and distributed so that they would not touch each other. The water level was then lowered to expose the eggs so that they could be carefully covered with a layer of wet beads about 1 inch deep. When the eggs had been covered, the aquarium was refilled with water to operational level. About 700 grams of glass beads 3, 6, or 14 mm in diameter were placed in a cylinder. In some cylinders, a mixture of equal amounts by weight of 3-mm and 14-mm beads was used to bury the eggs.

Observations and any necessary adjustments were made daily between 7:00 and 9:00 a.m., between 1:00 and 2:30 p.m., and between 8:30 and 11:30 p.m. During these checks, flow-meter readings, water temperatures, exchange rates, and dissolved oxygen concentrations were recorded, as were the numbers of dead embryos and of hatched fry in each cylinder. Water samples for dissolved oxygen determinations by the Alsterberg

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 7 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

(azide) modification of the Winkler method were siphoned from below the filter plates in each chamber. After all data had been recorded and water samples for oxygen determination had been taken, the apparatus was adjusted.

Silver, Warren, and Doudoroff (1963) found differences between oxygen concentrations at the sampling point below the plates and the concentrations in cylinders in which water velocities were low. Comparative determinations were made during the experiments reported here also. The dissolved oxygen concentrations in water drawn from the funnels that rested on cylinders in which the water velocities were low (3, 10, and 12 cm/hour) were found to be lower by about 0.1 to 0.2 mg/liter than the concentrations in the water collected at the usual sampling points. In view of their small magnitude, these differences have been disregarded in reporting oxygen concentrations to which the embryos were exposed.

Dead eggs and embryos were not removed from a cylinder before the eyed stage had been reached by most of the embryos in the cylinder. Thereafter, the dead eggs and embryos were removed from the cylinders that did not contain glass beads as soon as they were found. Dead eggs and embryos were left in the cylinders containing glass beads until removal of the hatched fry.

At the time of complete or nearly complete hatching in a particular cylinder, the hatched fry were removed and either the volumes or the wet and dry weights of the fry were determined. All visibly deformed fry were excluded from these samples. At the low oxygen concentrations, the hatching of fry extended over longer periods of time than did hatching at higher concentrations, and, to obtain weights of the hatching fry, it was necessary to remove the fry from the low-oxygen cylinders before complete hatching had occurred. Usually, only one or two embryos (unhatched fry) remained in one of the latter cylinders at the time the fry were taken from that cylinder for measurement. Hatching in cylinders containing glass beads could not be closely observed. The fry that had hatched in each of these cylinders were removed at about the time of removal of the fry that had hatched in the corresponding cylinder without glass beads but with the same dissolved oxygen concentration and apparent water velocity. In cylinders containing 3-mm beads or a mixture of 3-mm and 14-mm beads, the time of nearly complete hatching could be determined, because nearly all of the fry emerged from the layers of beads in these cylinders within a few hours after hatching. Nearly complete hatching occurred at approximately the same time in these cylinders and in the corresponding cylinders without beads.

In the first experiment, volumes of the fry at the time of complete or nearly complete hatching were determined by displacement of water in a 10-ml graduated cylinder. The volume determinations were made only after yolk and excess moisture had been carefully removed. The yolk was removed with a scalpel, and the excess water was removed by blotting with paper towels. Care was taken to ensure handling of all fry in the same manner.

In the remaining six experiments, wet and dry weights of the fry at the time of complete or nearly complete hatching were determined, rather than volumes, as it was found by comparison that either the wet or the dry weights of fry, and especially the dry weights, could be far more precisely determined than the volumes. The yolk and the excess water adhering to the fry were removed in the previously described manner before the fry were weighed. The fry, with yolk material and excess water removed, were placed into a preweighed, 20-ml glass weighing bottle, and the wet weight was then determined. The weighing bottle containing the fry was then held at 70° C in a drying oven and reweighed until a constant dry weight was obtained.

## RESULTS

The dissolved oxygen concentration of water and the rate at which it flows past developing coho salmon and steelhead trout embryos were found to influence markedly the size of fry at hatching and the length of time required for them to reach the hatching stage. In both species, the size of hatching fry was found to be dependent on oxygen concentration at all tested concentrations below the air-saturation

Plaintiffs' Exhibit 57 Shumway et al. (1964) 7 of 18

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 8 of 18



TABLE 1.—*Means and ranges of oxygen concentrations, mean water temperatures and velocities, and sizes of glass beads in experiments numbers 1, 2, 3, and 4 with coho salmon and steelhead trout embryos*

| Exper. No., species and date | Chamber No. | Dissolved oxygen (mg/liter) | | Mean temp. (°C) | Mean water velocity[1] (cm/hour) | | | | Bead diameter[1, 2] (mm) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mean | Range | | A | B | C | D | A | B | C | D |
| 1 | 1 | 2.5 | 2.0– 3.5 | 9.0 | 750 | 16 | 10 | 3 | – | – | – | – |
| Coho salmon | 2 | 2.5 | 2.0– 3.2 | 9.0 | 747 | 16 | 10 | 3 | 6 | 6 | 6 | 6 |
| 29 October 1959 | 3 | 4.1 | 3.3– 5.2 | 9.1 | 748 | 16 | 10 | 3 | 6 | 6 | 6 | 6 |
| | 4 | 4.1 | 2.8– 9.4 | 9.2 | 750 | 16 | 10 | 3 | – | – | – | – |
| | 5 | 10.4 | 8.0–11.7 | 9.2 | 750 | 16 | 10 | 3 | – | – | – | – |
| | 6 | 10.4 | 7.8–11.7 | 9.2 | 750 | 16 | 10 | 3 | 6 | 6 | 6 | 6 |
| 2 | 1 | 2.8 | 2.3– 3.2 | 10.0 | 300 | 300 | 3 | 3 | 3 + 14 | 14 | 3 | – |
| Steelhead trout | 2 | 2.8 | 2.2– 3.9 | 10.0 | 300 | 300 | 3 | 3 | – | 3 | 14 | 3 + 14 |
| 3 March 1961 | 3 | 4.5 | 4.0– 5.6 | 10.1 | 300 | 300 | 3 | 3 | 3 + 14 | 14 | 3 | – |
| | 4 | 4.5 | 4.3– 5.2 | 10.0 | 299 | 300 | 3 | 3 | – | 3 | 14 | 3 + 14 |
| | 5 | 11.2 | 10.1–13.9 | 10.1 | 299 | 299 | 3 | 3 | 3 + 14 | 14 | 3 | – |
| | 6 | 11.2 | 11.0–13.0 | 10.2 | 300 | 300 | 3 | 3 | – | 3 | 14 | 3 + 14 |
| 3 | 1 | 3.0 | 2.0– 3.8 | 10.8 | 300 | 300 | 3 | 3 | 3 + 14 | 14 | 3 | – |
| Steelhead trout | 2 | 3.0 | 2.7– 4.0 | 10.8 | 300 | 300 | 3 | 3 | – | 3 | 14 | 3 + 14 |
| 3 May 1961 | 3 | 4.5 | 4.1– 5.2 | 10.8 | 300 | 300 | 3 | 3 | 3 + 14 | 14 | 3 | – |
| | 4 | 4.5 | 4.1– 5.0 | 10.7 | 300 | 300 | 3 | 3 | – | 3 | 14 | 3 + 14 |
| | 5 | 11.0 | 10.1–11.8 | 10.7 | 300 | 300 | 3 | 3 | 3 + 14 | 14 | 3 | – |
| | 6 | 10.9 | 10.0–11.8 | 10.8 | 300 | 300 | 3 | 3 | – | 3 | 14 | 3 + 14 |
| 4 | 3 | 2.8 | 2.3– 3.4 | 10.0 | 800 | 102 | 12 | 3 | – | – | – | – |
| Coho salmon | 5 | 3.8 | 3.0– 7.6 | 10.1 | 792 | 102 | 12 | 3 | – | – | – | – |
| 27 October 1961 | 2 | 4.9 | 4.4– 5.3 | 9.9 | 800 | 100 | 12 | 3 | – | – | – | – |
| | 1 | 6.5 | 5.4– 7.1 | 9.9 | 800 | 101 | 12 | 3 | – | – | – | – |
| | 4 | 8.6 | 7.8– 9.1 | 10.0 | 801 | 100 | 12 | 3 | – | – | – | – |
| | 6 | 11.2 | 10.7–11.9 | 10.2 | 798 | 101 | 12 | 3 | – | – | – | – |

[1] For each of four cylinders in a chamber, which are designated by the letters A, B, C, and D.
[2] Two figures indicate a mixture of equal quantities by weight of beads of the two sizes specified.
A dash indicates absence of beads.

level. The temperatures, dissolved oxygen concentrations, and water velocities to which embryos in the different cylinders were subjected are given in Tables 1 and 3. In the first three experiments only, some of the embryos were buried in glass beads; Table 1 shows which cylinders contained beads, and also the diameters of the beads used.

The mean water velocity reported for each cylinder is the apparent velocity, *i.e.*, the discharge in cubic centimeters per hour per square centimeter of cross-sectional area, including both solid particles and voids. Within each cylinder, a considerable portion (about 15, 14, 12, 22, 16, 38, and 28 per cent in experiments 1, 2, 3, 4, 5, 6, and 7, respectively) of a horizontal plane passing through the egg centers and perpendicular to the direction of flow was occupied by the eggs. Therefore, even in the absence of glass beads, the actual water velocities around the eggs were somewhat higher than the apparent velocities reported. However, as the number of eggs placed in each cylinder in any one experiment was the same, the velocities at the level of the eggs were increased equally percentagewise in all cylinders except those in which the eggs were buried in glass beads. The porosity (*i.e.*, the ratio of the volume of voids to the total volume of solid particles and voids) of a mass or thick layer of glass beads of any single size was found to be approximately 0.4. The porosity of the mixture of 3-mm and 14-mm beads used in two experiments was about 0.3. Obviously, the apparent water velocities reported for cylinders containing glass beads are much lower than the actual velocities of the water flowing through the pores around the eggs.

The data on hatching success that were obtained are not highly instructive, because hatching success generally was good or fair under the various environmental conditions tested, and sporadic increased egg and embryo mortalities that were observed were not consistently related to tested experimental conditions. In experiments 1 and 4, mortalities (for the entire experimental periods) of coho salmon eggs and embryos in different cylinders were, with but a small number of exceptions, less than 25 per cent. In about two-thirds of the cylinders the mortalities were less than 10 per cent. In experiment 1, much higher unexplained mortalities (32 to 100 per cent) occurred in three cylinders, all of which contained glass beads. Most of the hatching



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 9 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

TABLE 2.—*Median hatching times and mean wet and dry weights of newly hatched coho salmon and steelhead trout fry in experiments numbers 1, 2, 3, and 4*

| Exper. No., species, and date | Chamber No. | Dissolved oxygen (mg/liter) | Median hatching time[1,2] (days) | | | | Wet weight of fry[1,3] (mg) | | | | Dry weight of fry[1,3] (mg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | A | B | C | D | A | B | C | D | A | B | C | D |
| 1 Coho salmon 29 October 1959 | 1 | 2.5 | 58 | 64 | 65 | 65 | 19.0 | 16.0 | 15.9 | 13.6 | 2.1 | 1.8 | 1.7 | 1.5 |
| | 2 | 2.5 | – | – | – | – | 21.7 | 16.7 | – | – | 2.4 | 1.8 | – | – |
| | 3 | 4.1 | 53 | 56 | 57 | 58 | – | – | – | – | – | – | – | – |
| | 4 | 4.1 | – | – | – | – | 31.8 | 23.6 | 19.8 | 16.4 | 3.7 | 2.7 | 2.2 | 1.8 |
| | 5 | 10.4 | 50 | 49 | 49 | 50 | 56.5 | 50.9 | 49.2 | 44.2 | 7.2 | 6.4 | 6.1 | 5.4 |
| | 6 | 10.4 | – | – | – | – | 57.4 | 52.9 | 51.0 | 48.3 | 7.3 | 6.7 | 6.5 | 6.0 |
| 2 Steelhead trout 3 March 1961 | 1 | 2.8 | – | – | – | 42 | 20.9 | 19.1 | 11.0 | 9.5 | 2.5 | 2.1 | 1.2 | 1.0 |
| | 2 | 2.8 | 39 | – | – | – | 17.3 | 20.3 | 10.2 | 14.7 | 2.0 | 2.3 | 1.1 | 1.6 |
| | 3 | 4.5 | – | – | – | 38 | 32.1 | 28.7 | 20.3 | 18.9 | 3.9 | 3.4 | 2.3 | 2.1 |
| | 4 | 4.5 | 37 | – | – | – | 26.6 | 29.8 | 20.8 | 20.8 | 3.2 | 3.7 | 2.3 | 2.4 |
| | 5 | 11.2 | – | – | – | 33 | 38.8 | 39.6 | 31.1 | 34.5 | 4.9 | 5.0 | 3.9 | 4.2 |
| | 6 | 11.2 | 33 | – | – | – | 39.0 | 39.3 | 28.1 | 32.6 | 4.9 | 5.0 | 3.3 | 4.0 |
| 3 Steelhead trout 3 May 1961 | 1 | 3.0 | – | – | – | 35 | 16.1 | 13.9 | 10.1 | 10.2 | 1.8 | 1.6 | 1.1 | 1.1 |
| | 2 | 3.0 | 34 | – | – | – | 12.3 | 15.9 | 10.2 | 11.6 | 1.5 | 1.8 | 1.1 | 1.3 |
| | 3 | 4.5 | – | – | – | 31 | 22.0 | 17.9 | 15.4 | 15.7 | 2.5 | 2.1 | 1.6 | 1.8 |
| | 4 | 4.5 | 31 | – | – | – | 19.3 | 19.9 | 16.6 | 18.7 | 2.2 | 2.4 | 1.9 | 2.2 |
| | 5 | 11.0 | – | – | – | 29 | 29.9 | 28.7 | 21.2 | 20.7 | 3.7 | 3.6 | 2.5 | 2.4 |
| | 6 | 10.9 | 29 | – | – | – | 29.3 | 29.6 | 22.9 | 24.4 | 3.6 | 3.6 | 2.7 | 3.0 |
| 4 Coho salmon 27 October 1961 | 3 | 2.8 | 52 | 52 | 54 | 55 | 24.8 | 21.7 | 19.1 | 14.9 | 2.8 | 2.4 | 2.1 | 1.6 |
| | 5 | 3.8 | 48 | 49 | 50 | 50 | 33.4 | 30.3 | 23.9 | 19.1 | 3.9 | 3.5 | 2.7 | 2.1 |
| | 2 | 4.9 | 48 | 48 | 48 | 49 | 43.6 | 38.7 | 35.7 | 31.5 | 5.3 | 4.6 | 4.3 | 3.7 |
| | 1 | 6.5 | 47 | 47 | 47 | 47 | 54.9 | 48.2 | 44.9 | 37.6 | 6.9 | 5.9 | 5.5 | 4.5 |
| | 4 | 8.6 | 46 | 46 | 46 | 46 | 62.5 | 58.5 | 48.6 | 42.6 | 8.2 | 7.5 | 6.0 | 5.3 |
| | 6 | 11.2 | 44 | 44 | 44 | 44 | 65.2 | 62.8 | 52.4 | 44.9 | 8.6 | 8.2 | 6.7 | 5.6 |

[1] For each of four cylinders in a chamber, which are designated by the letters A, B, C, and D.
[2] A dash indicates that the median hatching time could not be determined accurately, because the eggs were buried in beads.
[3] Estimated on the basis of measured volume in experiment No. 1 only. The weight of the yolk is not included.

fry in one of these cylinders and in others in which better than 75 per cent hatching success was attained were visibly deformed. Numerous deformed fry were found in all cylinders with water having the lowest mean oxygen concentration tested (2.5 mg/liter) and also, for some undetermined reason, in three cylinders containing glass beads where the mean oxygen concentration was 4.1 mg/liter. Total mortality of eggs or embryos occurred at this concentration in the fourth cylinder with beads.

In experiment 4, high mortalities (42 to 52 per cent) of coho salmon eggs and embryos were observed only in two cylinders with water of the lowest tested oxygen concentration (2.8 mg/liter) and the two lowest velocities (12 and 3 cm/hour). In other cylinders, with but one exception, mortalities were somewhat greater at mean oxygen concentrations of 2.8 and 3.7 mg/liter than at higher concentrations. The mortalities at the two low concentrations averaged 22 per cent (14 per cent when the two highest values were excluded in computing the mean) and at the higher concentrations they averaged only 7 per cent. In experiment 6, the mortality of coho salmon eggs and embryos at the oxygen concentration of 2.9 mg/liter was 40 per cent; at higher concentrations mortalities ranged from 17 to 27 per cent and their magnitudes showed no evident relation to oxygen concentration. Few of the fry that hatched in experiments 4 and 6 were deformed.

In experiments 2 and 3, only four high mortalities (46 to 78 per cent) of steelhead trout eggs and embryos were recorded. These, and also a 19 per cent mortality, occurred in cylinders with water of very low oxygen concentration (2.8 or 3.0 mg/liter) and the lowest tested apparent velocity (3 cm/hour). The other mortalities recorded for individual cylinders did not exceed 13 per cent and for the most part were 5 per cent or less. The incidence of deformity of hatching steelhead trout fry was moderately high at the lowest tested oxygen concentration and apparent water velocity only, occurring in three cylinders in experiment 2 and one cylinder in experiment 3. The observed variations in hatching success and in the incidence of deformities of steelhead trout fry in the different cylinders were not evidently related or attributable to any differences of experimental conditions

Plaintiffs' Exhibit 57 Shumway et al. (1964) 9 of 18

Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013




FIGURE 1.—The relation between the wet weights and dry weights of newly hatched coho salmon fry in experiment 4. The regression equation, determined by the method of least squares, is: $Y = -0.083 + 0.1066X + 0.00040X^2$, where $Y$ and $X$ are the dry and wet weights, respectively, in milligrams.




FIGURE 2.—The mean dry weights of newly hatched coho salmon and steelhead trout fry in relation to the oxygen concentrations at which the embryos were reared at a uniform water velocity of 300 cm/hour in seven experiments. The plotted weight data pertaining to experiments 1 and 4 are values estimated by interpolation (see text).

other than those of oxygen concentration and apparent water velocity. In experiments 5 and 7, mortalities of steelhead trout eggs and embryos were moderately high (14 to 30 per cent) in all cylinders. In experiment 5 they did not exceed 20 per cent but only 70 to 74 per cent yields of normal (not deformed) fry were obtained. Little or no influence of oxygen concentration on hatching success and on the incidence of deformity of the fry was apparent. It cannot be assumed, of course, that nearly all, or equal percentages, of the eggs used in the various experiments were fertile and viable.

The median time in days from fertilization of the eggs to hatching and the mean wet and dry weights of coho salmon and steelhead trout fry at the time of hatching are shown in Tables 2 and 3. The mean wet and dry weights were obtained by weighing a sample of fry from each cylinder. The numbers of fry in these samples ranged from 9 to 40, and usually the samples consisted of 30 to 40 fry. The remaining fry were used to obtain other data not reported in this paper.

In the first experiment with coho salmon, mean volumes of the fry were obtained, rather than wet and dry weights, which were determined in all other experiments. The wet and dry weights shown in Table 2 for experiment 1 are calculated values. The wet weights, in grams, of fry in this experiment were taken to be equal to the volumes in milliliters. While 1 ml of fry tissue weighs slightly more than an equal volume of water, it was decided that this small difference could be disregarded. The estimated wet weights were converted to dry weights by the use of the curve shown in Figure 1, which represents the relation between the wet and dry weights of newly hatched coho salmon fry obtained in experiment 4.

Figure 2 presents a set of seven curves, each showing the relation between the mean dry weights of coho salmon or steelhead trout fry at the time of hatching and the oxygen concentrations in the water in which the embryos were reared in one of seven different experiments. All of the mean dry weights plotted in Figure 2 pertain to fry from embryos reared at a water velocity of 300 cm/hour in cylinders without glass beads. With the exception of the data from experiments 1 and 4, these values are mean weights of fry from embryos

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 11 of 18



TABLE 3.—*Experimental conditions and results of experiments 5, 6, and 7 with coho salmon or steelhead trout embryos, all of which were held at a water velocity of 300 cm/hour*[1]

| Exper. No., species, and date | Chamber No. | Dissolved oxygen (mg/liter) Mean | Dissolved oxygen (mg/liter) Range | Mean temperature (°C) | Median hatching time (days) | Wet wt of fry[2] (mg) | Dry wt of fry[2] (mg) |
|---|---|---|---|---|---|---|---|
| 5 | 2 | 2.9 | 2.3– 3.9 | 9.7 | 41 | 17.0 | 1.9 |
| Steelhead trout | 3 | 4.2 | 3.4– 5.8 | 9.8 | 39 | 22.6 | 2.7 |
| 23 February 1962 | 1 | 5.9 | 5.4– 6.6 | 9.7 | 37 | 28.0 | 3.4 |
| | 4 | 8.1 | 7.5– 8.8 | 9.8 | 36 | 30.1 | 3.8 |
| | 5 | 11.9 | 11.3–13.0 | 9.7 | 36 | 32.3 | 4.2 |
| 6 | 5 | 2.9 | 2.5– 4.2 | 10.2 | 50 | 30.8 | 3.5 |
| Coho salmon | 2 | 3.9 | 3.3– 4.5 | 10.2 | 47 | 37.4 | 4.4 |
| 16 November 1962 | 3 | 4.9 | 3.6– 5.6 | 10.2 | 46 | 43.5 | 5.1 |
| | 4 | 6.5 | 5.8– 7.2 | 10.2 | 45 | 58.0 | 7.2 |
| | 1 | 8.6 | 7.0– 9.4 | 10.2 | 44 | 60.4 | 7.6 |
| | 6 | 10.9 | 9.2–11.8 | 10.3 | 43 | 69.1 | 9.1 |
| 7 | 5 | 2.9 | 2.2– 3.4 | 10.0 | 39 | 20.1 | 2.0 |
| Steelhead trout | 2 | 4.0 | 3.2– 4.4 | 10.1 | 36 | 24.7 | 2.9 |
| 27 March 1963 | 4 | 5.6 | 5.2– 6.3 | 10.1 | 35 | 28.8 | 3.5 |
| | 1 | 8.0 | 7.0– 8.7 | 10.1 | 34 | 34.4 | 4.4 |
| | 6 | 10.9 | 10.4–11.3 | 10.0 | 34 | 35.6 | 4.6 |

[1] The embryos in each chamber were distributed among two or three cylinders, none of which contained glass beads.
[2] Mean weight of newly hatched fry, based on a composite sample of fry from all cylinders in each chamber. The weight of the yolk is not included.

actually reared at the stated water velocity. The values pertaining to experiments 1 and 4 are estimated values for a water velocity of 300 cm/hour, which were derived by interpolation from the data obtained at other velocities and plotted in Figures 7 and 4, respectively. The seven curves in Figure 2 thus are all comparable. These curves and all others presented in this paper were fitted by eye to plotted data. It can be seen that reductions of oxygen concentration below the air-saturation level resulted in reductions in size at hatching of both coho salmon and steelheal trout fry. Judging by the curves, one can reasonably conclude that steelhead trout fry hatching at concentrations near the air-saturation level probably were nearly as large as they would have been had the embryos been reared at any higher oxygen concentration, but the same cannot be said of coho salmon fry.

The curves in Figure 3 relate the mean dry weights of coho salmon fry newly hatched in experiment 4, at water velocities of 3, 12, 100, and 800 cm/hour, to the dissolved oxygen concentrations. These curves suggest that an increase of oxygen concentration above the 11.2 mg/liter level would have resulted in some increase in size of the newly hatched fry at any of the water velocities tested. The failure of the four curves to converge as the highest dissolved oxygen level is approached is of some interest, inasmuch as high oxygen concentrations might be expected to reduce the beneficial effect of a high rate of delivery of water and dissolved oxygen to chorion surfaces.

The curves in Figure 4 relate the mean dry weights of coho salmon fry newly hatched in experiment 4, at dissolved oxygen concentrations of 2.8, 3.7, 4.9, 6.5, 8.6, and 11.2 mg/liter, and the water velocities. Reduction of water velocities clearly resulted in reduction of the size of fry hatching at each of the




FIGURE 3.—The relation between the mean dry weights of newly hatched coho salmon fry and the dissolved oxygen concentrations at which the embryos were reared in experiment 4, at each water velocity tested.

Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

Plaintiffs' Exhibit 57 Shumway et al. (1964) 11 of 18

Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013




FIGURE 4.—The relation between the mean dry weights of newly hatched coho salmon fry and the water velocities at which the embryos were reared in experiment 4, at each dissolved oxygen concentration tested.

oxygen concentrations tested. Again, the influence of water velocity is nearly as pronounced at high oxygen concentrations as it is at low concentrations.

The relation of the mean dry weight of the coho salmon fry at hatching in experiment 4 to both oxygen concentration and water velocity can be represented by a three-dimensional diagram (Figure 5). The significance of the two broken lines in Figure 5 will be more fully explained and discussed later.

Figure 6 is another three-dimensional diagram based on data in Table 2. It shows the interrelation between oxygen concentration, water velocity, and hatching delay in days, of coho salmon fry in experiment 4. The hatching delay in any given cylinder is the difference between the median (50 per cent) hatching time in that cylinder (Table 2) and the median hatching time recorded under the most favorable experimental conditions tested in the same experiment (44 days in experiment 4). It can be seen that any reduction of oxygen concentration from the air-saturation level resulted in delayed hatching of fry at all water velocities, the greatest delay occurring at the lowest oxygen concentration tested (2.8 mg/liter). Some part of the hatching delay (1 or 2 days) at each reduced concentration probably was due to temperatures averaging less by 0.1 to 0.3° C than those that accompanied the highest concentration. The rather large difference of hatching times at the 11.2 and 8.6 mg/liter dissolved oxygen levels can be thus explained. A reduction of water velocity from 800 to 3 cm/hour did not cause any delay of hatching at the highest oxygen concentration (11.2 mg/liter), nor any additional delay (*i.e.*, delay not ascribable to reduced oxygen concentration alone) at the lower oxygen concentrations of 8.6 and 6.5 mg/liter; also, only a slight additional delay resulted from such a reduction of velocity when the oxygen concentration was reduced to 4.9 or 3.8 mg/liter. A pronounced additional delay of hatching did result from the aforementioned reduction of velocity when the oxygen concentration was 2.8 mg/liter. It is apparent that a marked reduction in size of newly hatched fry that is attributable to re-




FIGURE 5.—A three-dimensional diagram showing the influence of both oxygen concentration and water velocity on the mean dry weights of newly hatched coho salmon fry in experiment 4. The two broken lines (curves) delimit the reduced oxygen concentrations at different water velocities, and also the reduced velocities at different oxygen concentrations, that resulted in reductions of the dry weights of fry to less than 80 per cent (upper broken line) and less than 67 per cent (lower broken line) of the mean weight of fry that hatched at the highest oxygen concentration and water velocity tested.

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 13 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013




FIGURE 6.—A three-dimensional diagram showing the "hatching delay" (median hatching time, in days, minus 44) of coho salmon fry in experiment 4 in relation to both oxygen concentration and water velocity.

duced water velocity (Figures 4 and 5) is not always accompanied by an appreciable delay of hatching.

Delays of hatching of coho salmon fry at reduced oxygen concentrations were observed also in experiments 1 (Table 2) and 6 (Table 3). In experiment 1, in which some embryos were reared among glass beads and the hatching of these embryos could not be observed, data were obtained at only three oxygen concentrations, but at four different velocities of the water with each oxygen concentration. The effects of reduced water velocities on hatching time when oxygen concentrations were not high, as well as the effects of reduced oxygen concentrations, were somewhat more pronounced in experiment 1 than in experiment 4; but again, as in experiment 4, no influence of water velocity on hatching time was observed when the oxygen concentration was high.

Figure 7 shows the effect that variations of water velocity between 3 and 720 cm/hour had on the size of newly hatched coho salmon fry at dissolved oxygen concentrations of 2.5, 4.1, and 10.4 mg/liter in experiment 1, in which some embryos were reared among glass beads of 6-mm diameter. The newly hatched fry in each cylinder with beads in which a good hatch occurred were larger than those from a cylinder with the same oxygen concentration and apparent water velocity but without beads. This influence of the beads is best shown by the two curves representing the results obtained at the dissolved oxygen concentration of 10.4 mg/liter. No data are presented on the size of newly hatched fry from some of the cylinders containing glass beads, because of unexplained excessive mortality of embryos or deformity of most of the fry that hatched in these cylinders.

Figures 8 and 9 facilitate comparisons of the mean dry weights of steelhead trout fry that hatched in experiments 2 and 3, respectively, under a variety of conditions as regards the apparent water velocity, the presence or absence and the size of glass beads, and the dissolved oxygen concentration. Some of the embryos were buried in 3-mm beads, some in 14-mm beads, and some in a mixture

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 14 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013




FIGURE 7.—The mean dry weights of newly hatched coho salmon fry in relation to the apparent water velocities at which the embryos were reared in experiment 1 at various oxygen concentrations in the presence of glass beads of 6-mm diameter or without beads.

of 3-mm and 14-mm beads, while others were reared in cylinders without beads. When other conditions were the same, an increase in apparent velocity from 3 to 300 cm/hour generally increased materially the size of hatching fry. Also, the presence of glass beads, and especially a mixture of two sizes of glass beads, tended to increase the size of the fry. The data are quite variable; however, with only a few exceptions, the largest newly hatched fry were found in cylinders containing a mixture of 3-mm and 14-mm beads, and the smallest fry hatched in cylinders where no beads were present. In the cylinders containing only 3-mm beads or only 14-mm beads, the newly hatched fry usually were intermediate in size. Notable exceptions occurred at the dissolved oxygen levels near air-saturation (10.9 and 11.2 mg/liter). At these high oxygen levels, the presence of beads did not usually increase materially the size of hatching fry.

Each of the four curves in Figure 10 relates the mean dry weights of steelhead trout fry newly hatched at a low or a high apparent water velocity (3 or 300 cm/hour) in a single experiment (No. 2 or No. 3) to oxygen concentration. Each mean dry weight plotted in Figure 10 was calculated from data given in Table 2 and is a mean of the mean weights of fry from four different cylinders (with large, small, or large and small glass beads, or without beads) with water of the same oxygen content and the same apparent velocity. The two curves representing results obtained at high and low water velocities in each of the two experiments are nearly parallel. The curves based on experiment 2 show only slight convergence as the air-saturation level of dissolved oxygen is approached, whereas those based on experiment 3 show none.

Delayed hatching of steelhead trout fry, attributable to reduced oxygen concentrations and in some instances also to reduced water velocities, was observed in experiments 2 and 3 (Table 2). However, because median hatching times could not be determined for the cylinders with glass beads, the amount of information on median hatching times obtained in these experiments is limited. The observed delays of hatching of steelhead trout fry generally corresponded with the hatching delays observed under similar conditions in experiments with coho salmon. Additional data in Table 3 show effects only of reduced oxygen concentration on the hatching time.




FIGURE 8.—The mean dry weights of newly hatched steelhead trout fry that hatched in experiment 2 under a variety of conditions as regards the absence or presence and size of glass beads, and at various oxygen concentrations (given in mg/liter), in relation to the apparent water velocities.

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 15 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013




FIGURE 9.—The mean dry weights of newly hatched steelhead trout fry that hatched in experiment 3 under a variety of conditions as regards the absence or presence and size of glass beads, and at various oxygen concentrations (given in mg/liter) in relation to the apparent water velocities.

## DISCUSSION

The foregoing results of experiments with coho salmon and steelhead trout embryos generally substantiate the conclusions of Silver, Warren, and Doudoroff (1963), which were based on results of similar experiments with steelhead trout and chinook salmon.[5] Our results show, as did those of the earlier study, that reductions of either the oxygen concentration or the water velocity at which salmonid embryos are reared tend to reduce the size of newly hatched fry and to increase the length of the incubation period. Although differences of oxygen concentration had a more pronounced effect on the size of the hatching fry than did differences of water velocity, both factors appear to be important.

One of the curved, broken lines in Figure 5 indicates the various combinations of reduced oxygen concentration and water velocity which, had they been tested in experiment number 4, would have reduced the mean dry weight of newly hatched fry by about one-fifth (20 per cent) of the mean weight of fry that hatched under the most favorable conditions tested. It can be seen that, even at the highest water velocity tested, a reduction of the oxygen concentration to a level below 6.6 mg/liter would have resulted in a greater reduction of the weight of newly hatched fry. It can be seen also that at an oxygen concentration near the air-saturation level, reduction of the water velocity only to a level below 14 cm/hour would have had the same effect. The other broken line in Figure 5 likewise delimits the combinations of oxygen concentrations and water velocities that would have caused reduction of the mean dry weight of the newly hatched coho salmon fry by one-third (33 per cent) of the mean dry weight of fry that hatched under the most favorable conditions tested. The ecological significance of these arbitrarily chosen reductions in size of fry at hatching is still undetermined. How much reduction is usually associated with increased mortality of the fry under natural conditions is a problem that will not be easily




FIGURE 10.—The mean dry weights of newly hatched steelhead trout fry in relation to the oxygen concentrations at which the embryos were reared in experiments 2 and 3 at each of two different apparent water velocities (3 and 300 cm/hour). Each plotted mean dry weight is a mean of the mean weights of fry from four different cylinders, of which one contained no beads, one contained 3-mm beads, one contained 14-mm beads, and one contained a mixture of 3-mm and 14-mm beads.

[5] In view of the general correspondence or similarity of the results of the early experiments reported by Silver, Warren, and Doudoroff (1963) and the later experiments reported here, it can be concluded that the presence of relatively new amber latex rubber tubing in the apparatus that was employed in the early studies had no material influence on embryonic growth and hatching time.

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 16 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

solved, but it is hoped that further research in the field and laboratory will soon throw some light on this problem.

Water movement is believed to promote the growth of salmonid embryos by delivering oxygen to the surface of the chorion (Silver, Warren, and Doudoroff, 1963). It may also, however, remove from the vicinity of the chorion some metabolic waste products that can retard embryonic growth, or perhaps even some special growth-regulating dissolved substance.

The data of Silver, Warren, and Doudoroff (1963) on the influence of oxygen concentration and water velocity on the size of newly hatched steelhead trout fry agree well with their conclusion that enhanced delivery of oxygen to chorion surfaces is a major beneficial effect of increased water velocity. The influence of water velocity differences on the size of the fry at hatching was most pronounced at moderately reduced oxygen concentrations and it decreased at higher concentrations. No decrease of the influence of water velocity at high oxygen concentrations was indicated by the results of an admittedly somewhat defective experiment with eggs of the chinook salmon. This is not deemed contradictory evidence, inasmuch as the size of the chinook salmon fry at hatching was evidently still very much dependent on oxygen concentration even at the highest concentration and water velocity tested. The eggs of the chinook salmon are much larger than steelhead trout eggs, and so have less surface area per unit of mass. The difference in size of these eggs was formerly regarded as being probably the chief reason for the difference of the results obtained in the two early experiments with different species.

In the experiments reported here, the difference in size of fry hatching at low and high water velocities did not consistently, nor even usually, tend to become less pronounced as oxygen concentrations increased and approached the air-saturation level. The results of experiment 1 with coho salmon embryos (Table 2), and perhaps those of experiment 2 with steelhead trout embryos (Figure 8), suggest the tendency in question, but those of experiment 4 with coho salmon (Figures 3 and 4) and experiment 3 with steelhead trout (Figure 9) certainly do not. One possible explanation is that the growth rate of embryos at high oxygen concentrations and low or moderate water velocities is limited mostly by the concentration of some metabolic waste product or products at the chorion surfaces. The high metabolic rate made possible by high oxygen concentrations must result in some increase of the rate of production of metabolic wastes. Accelerated removal of these wastes may be more beneficial for an embryo than an increased oxygen supply when the oxygen supply is already adequate, *i.e.*, at high oxygen concentrations. Even at lower oxygen concentrations at which the growth rate of the embryo is clearly dependent on the oxygen supply, metabolic wastes in the surrounding water may have some inhibitory influence on growth. Both the oxygen supply and the dissipation of metabolites must be enhanced by water velocity increases, and the relative importance of these effects at different oxygen concentrations in the ambient medium cannot be easily evaluated. This matter evidently needs further study.

The data on the delay of hatching of coho salmon and steelhead trout fry at reduced oxygen concentrations and water velocities (Tables 2 and 3 and Figure 6) disagree rather strikingly with the weight data in one important respect. Unlike the weights of the fry at hatching, the median hatching times observed in any single experiment at widely different water velocities differed very little or none when oxygen concentrations were uniform and high; they differed markedly, on the other hand, when the oxygen concentrations were uniformly low, the greatest difference by far occurring at the lowest tested concentrations. These observations are, of course, in agreement with the conclusion of Silver, Warren, and Doudoroff (1963) that high water velocities are beneficial (promoting embryonic development) because the moving water delivers oxygen rapidly to the surface of the chorion that envelops the individual embryo.

When all of the facts now available are considered, the last stated conclusion still appears to be valid, although it may not apply at all

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 17 of 18



Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013

oxygen concentrations. It seems to be somewhat more strongly supported by the hatching delay data than by the weight data reported in this paper, for enhanced delivery of oxygen to chorion surfaces can be expected to be most beneficial when oxygen concentrations are not high. The weight data do not contradict the conclusion in question, but they could be otherwise interpreted, as already noted. It appears that the hatching time does not vary simply with the growth rate of the embryos, increasing as growth rate decreases. The relation between them is not yet clear.

The size of steelhead trout fry hatching at a moderately high water velocity generally tended to become almost independent of oxygen concentration at lower concentrations than did the size of coho salmon fry hatching at the same water velocities. This difference between the species is indicated by the curves in Figure 2, which, it should be noted, differ in their position mostly because of differences in size of eggs from which the fry hatched, and apparently also because of experimental temperature differences. The data of Silver, Warren, and Doudoroff (1963) showed no tendency of the length of chinook salmon fry to become independent of (or less markedly dependent on) oxygen concentration at high concentrations near the air-saturation level, even at high water velocities, whereas the size of their steelhead trout fry did show such a tendency clearly. The apparent differences among the species may well be related to differences in egg size (or ratio of surface area to mass), the eggs of chinook salmon being the largest, those of steelhead trout the smallest, and those of coho salmon intermediate in size.

Embryos that were buried in glass beads usually developed normally. The resulting fry were larger at hatching than fry that were reared at the same apparent water velocity and dissolved oxygen concentration but not buried in glass beads. The relatively large size of the fry hatching in the cylinders containing glass beads must have been due to the increased velocity of the water.

The actual mean velocity of water moving upward through a bed of beads of uniform size (*i.e.*, the mean velocity of the water in the pores) must be greater than the apparent velocity by a factor somewhat greater (by about one-third) than 2.5, the reciprocal of the porosity, since the upward flow around the beads is not rectilinear. However, the actual velocity of water flowing around the eggs in cylinders containing no beads also was somewhat greater than the apparent velocity. Therefore, when apparent velocities were equal, the actual velocities or "mean pore velocities" to which embryos were subjected during experiment 1 in the cylinders containing 6-mm beads were assumed to have been roughly three times the velocities to which embryos were subjected in cylinders containing no beads. Had the mean dry weights of fry hatching in the four cylinders with beads at the oxygen concentration of 10.4 mg/liter been plotted in Figure 5 against adjusted water velocities obtained by multiplying the apparent velocities (3, 10, 16, and 750 cm/hour) by 3, *i.e.*, velocities of 9, 30, 48, and 2,250 cm/hour, a single curve would have fitted quite well all the points representing data obtained at the high oxygen concentration. In other words, points representing the adjusted data for the cylinders with beads would have fallen very near the curve that represents the relation to the reported water velocities of the dry weights of fry hatching at the oxygen concentration of 10.4 mg/liter in cylinders without beads.

In experiments 2 and 3, the mean weight of newly hatched steelhead trout fry generally was greater in cylinders in which the eggs had been buried in a mixture of large and small glass beads than in cylinders in which eggs had been buried in beads of uniform size, other experimental conditions being the same. In view of the relatively low porosity of the mixture of large and small beads, this result was to be expected, for the mean velocity of the water around the embryos reared at any given apparent water velocity must increase with decreasing porosity.

Thus, results of experiments involving the use of glass beads were generally fairly consistent with the available data on the influence of water velocity differences produced without the use of beads (*i.e.*, by varying the water recirculation and discharge rates only) and with the expected effects of the beads on water

Case 3:18-cv-01035-MO Document 110-60 Filed 07/14/21 Page 18 of 18



velocities around the eggs. If reduction of the area of exposed chorion surfaces through contact of these surfaces with the glass beads had any measurable inhibitory effect on embryonic growth, this effect evidently was not very pronounced or important. It certainly was decidedly outweighed by the favorable effect of the increase of water velocity around the embryos that occurred when the embryos were buried in beads without reducing the apparent water velocities in the cylinders.

ACKNOWLEDGMENT

The Fish Commission of Oregon, the Oregon State Game Commission, and the U. S. Fish and Wildlife Service assisted by providing the coho salmon and steelhead trout eggs for this investigation. Mr. Harold L. Hansen performed the two special experiments, mentioned in connection with the description of the experimental apparatus, which were designed for testing the water in the apparatus for possible toxicity.

LITERATURE CITED

DeWitt, J. W. 1957. Mortality of aquatic insects and fishes caused by use of latex tubing in experimental apparatus. Science, 126: 840.

Herrmann, R. B., C. E. Warren, and P. Doudoroff. 1962. Influence of oxygen concentration on the growth of juvenile coho salmon. Trans. Amer. Fish. Soc., 91: 155–167.

Silver, S. J., C. E. Warren, and P. Doudoroff. 1963. Dissolved oxygen requirements of developing steelhead trout and chinook salmon embryos at different water velocities. Trans. Amer. Fish. Soc., 92: 327–343.

Downloaded by ["Queen's University Libraries, Kingston"] at 12:07 15 August 2013