# EXHIBIT 59

**J.V. Tagart, Coho Salmon Survival from Egg Deposition to Fry Emergence, in Proc. of the Olympic Wild Fish Conf., 173-181 (1984)**



Proceedings of the

# OLYMPIC WILD FISH CONFERENCE

J.M. Walton and
D.B. Houston, Editors

March 23-25, 1983

Fisheries Technology Program
Peninsula College

Olympic National Park

Port Angeles, Washington
1984

The genetic influence on age at return of Elwha stock was shown by results of the University transplant study. University chinook mature at age 3 years. When crossed with the Elwha stock, hybrids returned primarily at age 4 years, and some at age 5, reflecting the parental influence of Elwha fish.

Why don't we see larger fish returning to the Elwha today? This is certainly a question often asked and the answer is probably that hatchery propagation has resulted in a smaller size. This situation is common with most hatchery produced fish, but it is incorrect to attribute this reduced size to the genetic or breeding programs of hatcheries. The change is a product of hatchery rearing practices. Rapid growth will result in an earlier age of return, and since hatcheries usually grow their fish more rapidly than fish can grow in natural environments, they mature and return at a younger age and are therefore smaller. The genetic potential for large size is still retained by the Elwha fish. However, since the characteristics of the fish are the expression of both genetic and environmental influences, the gentic attributes can't manifest themselves in the same manner in a different environmental background. Hatchery production dramatically changes the environmental component and the present characteristics of the Elwha chinook salmon are the expression of the new combination. The potential to reproduce the historical characteristics is still present. The hope is that eventually our culture technology will improve to the point that fish more phenotypically similar to our native stocks can be produced.

## CONCLUSION

The Elwha fall chinook salmon has experienced a multitude of changes at the hands of man. It is remarkable that through all those changes, the stock tenaciously persisted. In 1975, through the cooperative efforts of sportsmen, Crown Zellerbach, and the Department of Fisheries, a large rearing channel was built on the lower Elwha to propagate the run. Since then the Elwha stock has been sustained in larger numbers and has been preserved until future culture or management technology can restore it to its previous status. Ultimately it is hoped that some day chinook salmon from the Elwha River can be returned to that magnificent form that once graced this river on the Olympic Peninsula.

## LITERATURE CITED

Brannon, E. L. 1982. Orientation mechanisms of homing salmonids. Pages 219-227 in Proceedings of the Salmon and Trout Migratory Behavior Symposium. Univ. of Wash., Seattle, WA, June 1981.

Brannon, E. L. and W. K. Hershberger. In press. Return behavior of pure strain and hybridized chinook salmon stocks.

Martin, P. J. 1983. Port Angeles, Washington: A history, Volume I. Peninsula Publishing. 251 p.



# COHO SALMON SURVIVAL FROM EGG DEPOSITION TO FRY EMERGENCE

Jack V. Tagart
Washington State Department of Fisheries
M-1 Fisheries Center WH-10
University of Washington
Seattle, Washington 98195

ABSTRACT: Survival from egg deposition to fry emergence, determined for 19 redds of naturally reproducing coho salmon (*Oncorhynchus kisutch*) trapped during the 1973-74 and 1974-75 spawning seasons in the Clearwater River, ranged from 0.9 percent to 77.3 percent. Intragravel environmental factors affecting survival-to-emergence were gravel particle size and permeability. Survival-to-emergence was inversely correlated with the proportion of fine sediment in the spawning gravel, the fraction <0.850 mm, and positively correlated with good gravel, the fraction <26.9 mm and >3.35 mm. Survival-to-emergence varied directly with intragravel permeability, which varied directly with the proportion of good gravel. Spawning gravel particle size also affected the size of emergent fry. Mean length of emergent fry was inversely correlated with the proportion of spawning gravel fines and intragravel dissolved oxygen, and intragravel dissolved oxygen was inversely correlated with the proportion of spawning gravel fines.

## INTRODUCTION

Many researchers have attempted to measure survival during early life stages of various salmonidae. Early research concentrated on estimates of survival from egg deposition to a preemergent stage of development (Hobbs 1948, Withler 1952, Briggs 1953). Subsequent work concentrated on measuring survival from egg deposition to fry emergence, however these efforts were often accomplished through construction of artificial redds (Shapovalov and Taft 1954, Cogle 1961, Hausle 1974). A few researchers were successful at monitoring survival to emergence of naturally spawned salmonidae (Pritchard 1947, Koski 1966, Ringler 1970). Despite these efforts the data base for any one salmonid species is small, and accounts of natural fluctuations in survival over time or among streams are largely lacking.

In 1973 I initiated research on coho salmon (*Oncorhynchus kisutch*) survival from egg deposition to fry emergence (STE). This study was part of a larger research project to determine the effects of forest practices on the native salmonid resource of the Clearwater River. Specific research objectives were to measure STE of naturally spawning coho salmon, to correlate survival to the physical stream environment, and to relate these observations to the effects of forest practices (logging, road building, etc.).

## STUDY STREAMS

The Clearwater River is a westerly flowing unglaciated river draining a 375 square kilometer basin of the western Olympic Peninsula (fig. 1). It is the largest tributary of the Queets River and has a mean annual flow of approximately 28 cu.m/sec. The marine climate of this area produces mild wet winters and cool humid summers. Average annual precipitation (predominately rain) is approximately 350 cm. Further descriptions of the watershed are found in Cederholm and Salo (1979) and Cederholm, et al. (1981).

Coho salmon redds were trapped in eight tributaries of the Clearwater River. These streams varied in drainage area from 214 to 3,379 hectares and were subject to varing impacts of logging (table 1).




Figure 1. The Clearwater River drainage system showing study streams and location of trapped redds.

Table 1--Study stream characteristics.

| Stream | Area (ha) | Percent logged | Kilometers of road | Percent fines |
|---|---|---|---|---|
| Bull Creek | 595 | 31.6 | 7.0 | 10.9 |
| Christmas Creek | 2339 | 28.2 | 37.3 | 28.8 |
| Hurst Creek | 1177 | 15.4 | 4.3 | 16.6 |
| Iska Creek | 214 | 25.8 | 3.4 | 11.8 |
| Shale Creek | 1559 | 13.5 | 13.0 | 20.7 |
| Snahapish River | 3379 | 25.1 | 45.9 | 17.5 |
| Stequaleho Creek | 2526 | 18.1 | 15.8 | 14.6 |
| West Fork Snahapish River | 715 | 15.5 | 9.2 | 19.8 |



## METHODS

Estimating STE involved four basic steps: 1) Location of a trappable coho salmon redd, 2) estimation of the number of eggs deposited in the redd, 3) installation of a emergence trap, and 4) counting the emergent fry.

Spawner surveys were conducted in 14 tributaries of the Clearwater River. Trappable redds, located in 8 of the 14 tributaries, had to meet several criteria: 1) The length of the female salmon spawning the redd has to be known, 2) the dimensions of the redd had to conform to the limitations of the trap, 3) there could be no physical obstructions to installation or access of the trap, and 4) during incubation the redd could not suffer from dewatering or excessive scour.

Egg deposition was estimated from a function relating female length to fecundity. Length of spawning females was initially estimated by an observer during a spawner survey; the female was subsequently gaffed from the redd and her length measured. During the 1973-74 spawning season fork length was measured; however, this measurement was unsatisfactory due to excessive erosion of the caudal fin of some females, therefore during 1974-75 measurements were made from the mideye to the hypural plate (MTH). A conversion function was developed from Sol Duc River hatchery fish to estimate fork length from MTH length:

$$FL = 1.25463\,(MTH) - 20.84064$$
$$N = 55$$
$$R = .987$$

where FL is fork length in mm and MTH is mideye to hypural plate length in mm.

The length-fecundity function was developed from coho salmon returning to the Washington Department of Fisheries Sol Duc River Salmon Hatchery:

$$T.O. = 0.010221\,(FL)^{1.9467}$$
$$N = 63$$
$$R = .833$$

where T.O. is total ova, and FL is fork length in mm.

Emergence traps were a slight modification of the design developed by Philips and Koski (1969). Constructed of 1.6 mm knotted nylon mesh, traps were 2.4 m wide by 4.6 or 5.2 m long. Two zippers were added to the trap, one in the access sleeve to prevent inadvertent escape of fry during access; and one in front of the cod end of the net to aid in installation. A flap 30 cm wide was attached to the leading edge of the cod end of the trap, which when properly installed assured a smooth convergence of the stream bottom into the cod of the net.

Traps were installed the last week of February or first week of March, coincident with the estimated time of hatching. Emergence traps were examined twice weekly until fewer than 5 fry per day emerged. Prior to trap removal an electrofisher was used to collect any residual fry from within the net.

The physical stream environment was characterized by monitoring stream temperature, gravel composition, intragravel dissolved oxygen, and intragravel permeability. Instantaneous measures of stream temperature were obtained at each trapped redd with a hand-held thermometer and subsequently correlated to daily mean temperature recorded from a single continuous thermograph located at Stequaleho Creek. These functions were used to estimate cumulative temperature units available at each redd site.

Gravel samples were obtained with a modified McNeil gravel cylinder 15.2 cm in diameter and 25 cm long. Four samples were removed from the longitudinal axis of each trapped redd.

Gravel composition was determined by sieving the sample through a series of Tyler sieves. Volume of material retained by each sieve, expressed as a percent of the total volume, was determined by displacement. Material passing the smallest sieve, 0.106 mm, was collected in a graduated cylinder and allowed to settle for one hour prior to recording the volume. Gravel composition of each trapped redd was classed in two categories: fines, representing the proportion of the spawning gravel <0.850 mm in diameter; and good gravel, representing the fraction of spawning gravel <26.9 mm and >3.35 mm.

Intragravel dissolved oxygen and permeability were monitored during the 1974-75 spawning season only. Permeability was measured weekly using the Mark VI standpipe and permeability pump described by Terhune (1958). Intragravel dissolved oxygen was measured with a YSI Model 54 oxygen meter and probe.

Redds were considered untrappable if exposed to excessive scouring (greater then 15 cm). Monitors consisting of a vertical array of 6 ping-pong balls, 3.8 cm in diameter, threaded on a 55 kg test nylon line anchored with a 100 g sinker and topped by a cork, were buried around each redd with the uppermost ball just below the gravel surface and the remaining nylon line and cork floating freely in the stream. These monitors were checked several times prior to trap installation.

Emergent fry length and weight were determined during the 1974-75 spawning season. During each visit, approximately 10 fry were collected and preserved in 5 percent formalin. Fork length (mm) and dry weight (.005 g) were measured in the laboratory one to seven days after collection. Fry were dried at 60 C for one week and weighed on a Mettler balance.

## RESULTS

Coho salmon spawning occurred in Clearwater River tributaries from mid-November through December. Ten trappable redds were located during the 1973-74 spawning season and nine during 1974-75. Fry

began to emerge from trapped redds in mid-March. Peak emergence occurred during the last week of April. Fry continued to emerge until June (table 2).

Variable emergence timing was common among trapped redds. The number of days from egg deposition to initial fry emergence varied from 98 to 154 days, averaging 124 days in 1973-74 and 140 days in 1974-75 (table 3). Length of the emergence period ranged from 21 to 70 days, averaging 51 days in both seasons. Days from first emergence to peak emergence ranged from 1 to 46 averaging 20.5 days in 1973-74 and 9.9 days in 1974-75. On the average 840 centigrade temperature units were available from egg deposition to 50 percent emergence.

STE which ranged from 1 to 77 percent (table 4) was a function of spawning gravel particle size. During 1973-74 STE was inversely correlated with the proportion of fines in the redd (fig. 2), and positively correlated with the proportion of good gravel (fig. 3). Both relationships exclude data

Table 2--Observed dates of specified emergence periods for all coho salmon redds trapped during two spawning seasons.

| Emergence period | Spawning season | |
|---|---|---|
| | 1973-74 | 1974-75 |
| Date emergence began | March 9 | March 11 |
| Date of peak emergence | April 20 | April 17 |
| Date of 50 percent emergence | April 27 | April 24 |
| Date emergence ended | June 11 | June 5 |

Table 3--Number of days from the observed date of spawning to specified emergence periods for 19 naturally spawned coho salmon redds trapped during two spawning seasons.

| Redd | Season trapped | Date spawned | Days to | | | |
|---|---|---|---|---|---|---|
| | | | First emergence | Peak emergence | 50 percent emergence | End of emergence |
| Christmas #1 | 1973-74 | 12-9 | 106 | 44 | 32 | 63 |
| Christmas #2 | 1973-74 | 12-9 | 121 | 5 | 21 | 48 |
| Hurst #1 | 1973-74 | 12-1 | 98 | 46 | 43 | 70 |
| Hurst #2 | 1973-74 | 12-1 | 144 | 7 | 4 | 36 |
| Hurst #3 | 1973-74 | 12-1 | 133 | 28 | 26 | 53 |
| Iska | 1973-74 | 12-2 | 132 | 9 | 8 | 58 |
| Shale | 1973-74 | 12-2 | 124 | 8 | 8 | 41 |
| Snahapish | 1973-74 | 12-7 | 139 | 8 | 4 | 21 |
| Stequaleho | 1973-74 | 12-9 | 117 | 34 | 31 | 66 |
| West Fork Snahapish | 1973-74 | 12-9 | 125 | 1 | 1 | 56 |
| Mean | | | 124 | 19 | 18 | 51 |
| Bull | 1974-75 | 11-29 | 148 | 9 | 13 | 50 |
| Christmas | 1974-75 | 12-2 | 147 | 7 | 18 | 53 |
| Hurst | 1974-75 | 11-30 | 154 | 16 | 13 | 42 |
| Iska | 1974-75 | 11-29 | 103 | 30 | 29 | 56 |
| Snahapish #1 | 1974-75 | 12-1 | 139 | 16 | 15 | 57 |
| Snahapish #2 | 1974-75 | 12-1 | 146 | 2 | 12 | 50 |
| Snahapish #3 | 1974-75 | 12-2 | 145 | 2 | 9 | 48 |
| Snahapish #4 | 1974-75 | 12-4 | 143 | 2 | 9 | 48 |
| Snahapish #5 | 1974-75 | 12-6 | 134 | 9 | 9 | 55 |
| Mean | | | 140 | 10 | 14 | 51 |



Table 4--Summary of data collected from 19 coho salmon redds naturally spawned in eight tributaries of the Clearwater River, Jefferson County, Washington, 1973-1975.

| Redd | Season trapped | Survival to emergence (percent) | Fines (percent gravel less than 0.850 mm ) | Good gravel (percent greater than 3.35 mm & less than 26.9 mm) | Mean dissolved oxygen (ppm) | Mean permeability to 50 percent emergence (ca/hr) | Emergent fry mean fork length (mm) |
|---|---|---|---|---|---|---|---|
| Christmas #1 | 1973-74 | 77.33 | 44.77 | 30.42 | | | |
| Christmas #2 | 1973-74 | 30.19 | 15.85 | 31.42 | | | |
| Hurst #1 | 1973-74 | 75.29 | 13.52 | 36.12 | | | |
| Hurst #2 | 1973-74 | 46.43 | 15.49 | 28.77 | | | |
| Hurst #3 | 1973-74 | 16.49 | 14.66 | 21.17 | a/ | a/ | a/ |
| Iska | 1973-74 | 56.51 | 10.81 | 32.25 | | | |
| Shale | 1973-74 | 14.69 | 29.42 | 23.10 | | | |
| Snahapish | 1973-74 | 16.30 | 32.49 | 25.00 | | | |
| Stequaleho | 1973-74 | 22.26 | 21.39 | 31.60 | | | |
| West Fork Snahapish | 1973-74 | 18.68 | 28.59 | 15.43 | | | |
| Bull | 1974-75 | 21.46 | 10.89 | 28.25 | 10.5 | 1300 | 40.10 |
| Christmas | 1974-75 | 23.44 | 29.64 | 34.40 | 6.7 | 490 | 37.47 |
| Hurst | 1974-75 | 11.36 | 22.76 | 27.84 | 9.1 | 312 | 39.15 |
| Iska | 1974-75 | 15.80 | 12.76 | 30.88 | 11.8 | 1119 | 39.58 |
| Snahapish #1 | 1974-75 | 24.54 | 14.05 | 36.72 | 11.3 | 544 | 39.13 |
| Snahapish #2 | 1974-75 | 21.74 | 10.90 | 31.49 | 11.3 | 983 | 39.52 |
| Snahapish #3 | 1974-75 | 20.76 | 12.52 | 33.26 | 10.6 | 2535 | 39.20 |
| Snahapish #4 | 1974-75 | 0.88 | 18.07 | 42.71 | 8.6 | 1770 | 38.89 |
| Snahapish #5 | 1974-75 | 52.97 | 18.13 | 39.83 | 11.0 | 4211 | 39.60 |

a/Not measured in 1973-74.




Figure 2. Relationship between the percent fines (fraction of the gravel < 0.850 mm in diameter) and estimated survival from egg deposition to emergence for nine naturally spawned coho salmon redds trapped during 1973-74.




Figure 3. Relationship between the percentage of good gravel (fraction of the gravel < 26.9 mm and > 3.35 mm) and survival from egg deposition to emergence for nine naturally spawned coho salmon redds trapped during 1973-74.

from Christmas Creek redd #1 which is thought to have suffered from superimposition. Inclusion of STE data from Christmas Creek #1 results in no significant correlation between STE and fine gravel. Neither relationship was significant for redds sampled in 1974-75, nor for the population of sampled redds as a whole (figs. 4 and 5).

Despite the lack of a significant correlation between intragravel fines and STE in both years of the study, STE fell into two domains with respect to fines. When the gravel compositon of the redd was less than 20 percent fines the range in STE was large, extending from 0.88 to 75 percent. When fines exceeded 20 percent of the gravel composition the range in STE was much less, 11 to 30 percent (excluding Christmas Creek #1).

Aside from correlations between STE and gravel composition, STE varied directly with intragravel permeability (fig. 6), and permeability varied directly with the proportion of good gravel (fig. 7). This link between permeability and good gravel provides a mechanism to explain the relationship between good gravel and STE.

Sublethal effects of the intragravel environment were also detected. Dissolved oxygen was positively correlated to emergent fry size (fig. 8) which was inversely related to intragravel fines (fig. 9). Dissolved oxygen was also inversely related to intragravel fines (fig. 10).

## DISCUSSION

Salmonid mortality during incubation in naturally spawned redds is influenced by several factors including inherent genetic deficiencies, suffocation, poisoning, mechanical dislodgement, crushing, predation, and entombment. Various researchers have demonstrated that fine sediments, usually smaller than 3 mm in diameter, adversely effect intragravel survival (Hobbs 1937, Shaw and Maga 1942, Bianchi 1963, Koski 1966; Hall and Lantz 1969, Hausle 1973, Phillips 1975, Cederholm and Salo 1979). Moreover, dissolved oxygen and intragravel flow (permeability and apparent velocity) have also been related to intragravel salmonid survival (Wickett 1958, Coble 1961, McNeil 1962, Phillips and Campbell 1962, Sams and Pearson 1963).

Clearwater River research tends to corroborate the findings reported above. I have shown that intragravel fines adversely affect STE by diminishing the supply of dissolved oxygen, which in turn affects emergent fry size. Moreover, I have shown that increased permeability promotes STE and permeability is enhanced by increases in the intragravel proportion of good gravel. These observed relationships do not encompass all factors controlling STE, but they do aid our understanding of processes working synergistically to affect it.




Figure 4. Relationship between the percentage of good gravel (fraction of the gravel <26.9 mm and >3.35 mm) and survival from egg deposition to emergence for 18 naturally spawned coho salmon redds trapped during two spawning seasons 1973-74 and 1974-75.




Figure 5. Relationship between the percent fines (fraction of the gravel <0.850 mm in diameter) and estimated survival from egg deposition to emergence for 18 naturally spawned coho salmon redds trapped during two spawning seasons 1973-74 and 1974-75.






Figure 6. Relationship between mean permeability to 50% emergence and survival from egg deposition to emergence for nine naturally spawned coho salmon redds trapped during 1974-75.




Figure 7. Relationship between percent fines (fraction of the gravel <0.850 mm in diameter) and the mean permeability from egg deposition to 50% emergence for nine naturally spawned coho salmon redds trapped during 1974-75.




Figure 8. Relationship between mean intragravel dissolved oxygen and mean fork length of emergent fry for nine naturally spawned coho salmon redds trapped during 1974-75.




Figure 9. Relationship between percent fines (fraction of the gravel <0.850 mm in diameter) and mean fork length of emergent fry for nine naturally spawned coho salmon redds trapped during 1974-75.




Figure 10. Relationship between percent fines (fraction of the gravel <0.850 mm in diameter) and the minimum and mean intragravel dissolved oxygen for nine naturally spawned coho salmon redds trapped during 1974-75.

Forest practices, particularly road building, accelerate streambed sedimentation and consequently increase the concentration of intragravel fines. Cederholm, et al. (1981) report that in the Clearwater River "significant amounts of fine sediment are accumulating in spawning gravels of tributary basins experiencing heavy road use." Background levels of fines in control reaches of the Clearwater River vary between 6 and 9 percent (Cederholm and Salo 1979), whereas heavily sedimented tributaries have spawning gravel compositions consistently measured between 15 and 20 percent fines.

Although not demonstrated in both years of this study, I have shown that increased proportions of spawning gravel fines result in decreased STE, and I have indicated this conclusion is supported by other research. A common characteristic of the relationship between fines and STE is the rapid decline in STE with small increases in fines. Cederholm et al. (1981) estimate a two percent decline in STE for each one percent increase in fines. I suspect the effect on STE is greater than Cederholm estimates, particularly when sedimentation proceeds from relatively clean gravel (10 percent fines) to moderately silted gravel (15 percent fines). Assuming sedimentation has not reduced the stream's carrying capacity for postemergent fry, a silted stream will require a larger spawner escapement to seed the stream to capacity than it would under pristine conditions. Moreover, the silted stream has a potential to alter the relative fitness of emergent fry by reducing emergent fry size.

The question is often raised, what is the acceptable upper limit of sedimentation? The answer can only be that it varies based on stream productivity and stock strength. If the goal of management is to maintain maximum smolt production from naturally reproducing stocks, then a corollary is to adjust escapement goals to compensate for reduced productivity as a consequence of environmental degradation. One might argue that the acceptable upper boundary for sedimentation lies where expected recruitment from a stock equals required escapement. Clearly, the cost of increased sedimentation of salmon producing streams is a smaller harvestable resource.

I have a compulsion to interject a word of caution to those using the results of this research. Despite the fact that I previously reported estimates of mean STE (Tagart 1976), this statistic is not very meaningful. Trapped redds do not represent a random sample of all redds constructed in the Clearwater River watershed, and any estimate of mean STE would contain a bias of undetermined direction.

The value of this research lies in its ability to relate STE to the physical stream environment. Inference gained from such relationships helps us identify man-controlled processes that negatively impact coho salmon survival, and consequently allows us to regulate these activities to minimize adverse impacts. As a result of research conducted in the Clearwater River watershed land managers have been able to modify their forest



practices to reduce negative impacts on the native salmonid resources.

## ACKNOWLEDGMENTS

Funding for this research was provided by the Washington State Department of Natural Resources. I would like to acknowledge the considerable assistance extended to me by fellow members of the Clearwater River research staff: Mr. Terry Baltzell, Mr. C. Jeff Cederholm, Mr. Brian Edie, Mr. Douglas Martin, and Mr. Warren Scarlett.

## LITERATURE CITED

Bianchi, D. R. 1963. The effects of sedimentation on egg survival of rainbow trout and cutthroat trout. M.S. Thesis, Montana State College, Bozeman. 28 p.

Briggs, J. C. 1953. The behavior and reproduction of salmonid fishes in a small coastal stream. Calif. Fish and Game, Fish Bull. 52(61):97-110.

Cederholm, C. J. and E. O. Salo. 1979. The effects of logging road landslide siltation on the salmon and trout spawning gravels of Stequaleho Creek and the Clearwater River basin, Jefferson County, Washington, 1972-78. Univ. Wash., Seattle, Fish. Res. Inst., FRI-UW-7915. 99 p.

Cederholm, C. J., L. M. Reid, and E. O. Salo. 1981. Cumulative effects of logging road sediment on salmonid populations in the Clearwater River, Jefferson County, Washington. Proceedings from the conference on Salmon-Spawning Gravel: A Renewable Resource in the Pacific Northwest? October 6-7, 1980, Seattle, Wash. :38-74.

Coble, D. W. 1962. Influence of water exchange and dissolved oxygen in redds on survival of steelhead trout embryos. Trans. Amer. Fish. Soc. 90(4):469-474.

Hall, J. D. and R. L. Lantz. 1969. Effects of logging on the habitat of coho salmon and cutthroat trout in coastal streams. Pages 355-376 in T. G. Northcote, ed. Symposium on salmon and trout in streams, Univ. British Columbia, Vancouver.

Hausle, D. A. 1973. Factors influencing embryonic survival and emergence of brood trout (Salvelinus fontinalis). M.S. Thesis, Univ. Wisc., Stevens Point. 68 p.

Hobbs, D. F. 1937. Natural reproduction of quinnat salmon, brown, and rainbow trout in certain New Zealand waters. New Zealand Mar. Dep., Fish Bull. No. 6. 104 p.

Koski, K. V. 1966. The survival of coho salmon (Oncorhynchus kisutch) from egg desposition to emergence in three Oregon coastal streams. M.S. Thesis, Oregon State Univ., Corvallis. 84 p.

McNeil, W. J. 1962. Variations in the dissolved oxygen content of intragravel water in four spawning streams of southeastern Alaska. U.S. Fish Wildl. Serv., Spec. Sci. Rep.--Fish. No. 402. 15 p.

Phillips, R. W. and H. J. Campbell. 1962. The embryonic survival of coho salmon and steelhead trout as influenced by some environmental conditions in gravel beds. Fourteenth Annu. Rep. Pac. Mar. Fish. Comm. :60-73.

Phillips, R. W. and K. V. Koski. 1969. A fry trap method for estimating salmonid survival from egg deposition to emergence. J. Fish. Res. Board. Can. 26(1):133-141.

Phillips, R. W., R. L. Lantz, E. W. Claire, and J. R. Moring. 1975. Some effects of gravel mixtures on emergence of coho salmon and steelhead trout fry. Trans. Amer. Fish. Soc. 104(3):461-466.

Pritchard, A. L. 1947. Efficiency of natural propagation of Pacific salmon. Can. Fish Cult. 1(2):22-26.

Ringler, N. H. 1970. Effects of logging in the spawning bed environment in two Oregon coastal streams. M.S. Thesis, Oregon State Univ., Corvallis. 96 p.

Sams, R. E. and L. S. Pearson. 1963. Methods for determining spawning flows for anadromous salmonids. Oregon Fish Comm., Manuscript.

Shapovalov, L. and A. C. Taft. 1954. The life histories of the steelhead rainbow trout (Salmo gairdnerii gairdnerii) and silver salmon (Oncorhynchus kisutch) with special reference to Waddell Creek, California and recommendations regarding their management. Calif. Dept. Fish and game, Fish. Bull. No. 98. 375 p.

Shaw, P. A. and J. A. Maga. 192. The effect of mining silt on yield of fry from salmon spawning beds. Calif. Dept. Fish and Game 29(1):29-41.

Tagart, J. V. 1976. The survival from egg deposition to emergence of coho salmon in the Clearwater River, Jefferson County, Washington. M.S. Thesis, Univ. Wash., Seattle. 101 p.

Terhune, L. D. B. 1958. The Mark VI groundwater standpipe for measuring seepage through salmon spawning gravel. J. Fish. Res. Board Can. 15(5):1027-1063.

Wickett, W. P. 1958. Review of certain environmental factors affecting the production of pink and chum salmon. J. Fish Res. Board Can. 15(5):1103-1126.

Whithler, F. C. 1952. Sockeye production in a tributary of Babine Lake, 1950-51. Fish Res. Board Can., Prog. Rept. Pacific Sta., 91:13-17.