ELLEN F. ROSENBLUM
Attorney General
DEANNA J. CHANG #192202
SARA VAN LOH # 044398
CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Deanna.J.Chang@doj.state.or.us
             Sara.VanLoh@doj.state.or.us
             Tina.BeattyWalters@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CASCADIA WILDLANDS; NATIVE FISH SOCIETY,<br><br>          Plaintiffs,<br><br>     v.<br><br>CAL MUKUMOTO, KATHERINE SKINNER, MICHAEL CAFFERATA, and DANIEL GOODY, in their official capacities,<br><br>          Defendants,<br><br>     and<br><br>OREGON FOREST INDUSTRIES COUNCIL and TILLAMOOK COUNTY,<br><br>          Defendant-Intervenors. | Case No.  3:18-cv-01035-MO<br><br>JOINT MOTION TO EXTEND DEADLINES |

Page 1 -   JOINT MOTION TO EXTEND DEADLINES
               42770726

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Pursuant to Local Rule 16-3, the Parties jointly move for an extension of the current discovery deadlines set forth in this Court's order dated April 13, 2022.

This motion is supported by good cause, including scheduling difficulties encountered by the Parties in scheduling the depositions of Plaintiffs' expert witnesses. Defendants and Defendant Intervenors have been attempting to schedule the depositions of Plaintiffs' experts since the beginning of June. Counsel for Defendants originally requested availability for Plaintiffs' experts the weeks of July 18 and July 25. However, Plaintiffs' experts had made various travel and trial commitments which made those dates unworkable. Plaintiffs' experts had limited availability in August as well. For example, due to other commitments made after the Court's April 13, 2022 Order but prior to the beginning of June, when the Defendants and Defendant-Intervenors began inquiring as to their availability, Dr. Burnett was available on 5 days during the month of August, Dr. Roering was available for 4 days of the month, and Dr. Quinn was available for three days of the month – two of which were weekends. While Plaintiffs' experts provided multiple dates of their availability in July, those dates were unworkable for some of the Parties' counsel. Similarly, counsel for one or more of the Parties had conflicts on all the dates Plaintiffs' experts were available during August, and it was necessary to find dates in September and October for the depositions.

The Parties have succeeded in finding workable dates for Plaintiffs' experts' depositions in the end of August, throughout September, and into October. The last of Plaintiffs' experts will be deposed on October 13, over six weeks after the current deadline for submittal of rebuttal expert reports. Defendants' and Defendant-Intervenors' experts need the deposition testimony of Plaintiffs' experts in order to prepare thorough and accurate rebuttals. The Parties believe that five weeks from the last deposition is sufficient time for transcripts to be obtained, errata sheets (if any) submitted, and the testimony examined by the rebuttal witnesses. As a result, the Parties propose the following extension of deadlines:

Page 2 -   JOINT MOTION TO EXTEND DEADLINES
           42770726

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants to serve rebuttal expert reports | August 29, 2022 | November 18, 2022 |
| Deadline for expert discovery | October 28, 2022 | February 24, 2023 |
| Deadline for Plaintiffs to serve optional surrebuttal reports, if granted leave from the Court | October 28, 2022 | February 24, 2023 |
| Deadline for non-expert discovery | December 2, 2022 | March 24, 2023 |

Because the deposition testimony of Plaintiffs' experts will be necessary for Defendants' and Defendant-Intervenors' expert witnesses to complete their rebuttal reports, and the Parties have attempted unsuccessfully to find other dates where no counsel or witness had conflicts, the Parties jointly request the Court grant their motion to extend the deadlines as set forth above.

DATED August 22, 2022.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

*s/ Deanna J. Chang*
DEANNA J. CHANG #192202
SARA VAN LOH # 044398
CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorneys General
Trial Attorneys
Phone: (971) 673-1880
Fax: (971) 673-5000
Deanna.J.Chang@doj.state.or.us
Sara.VanLoh@doj.state.or.us
Tina.BeattyWalters@doj.state.or.us
Of Attorneys for Defendants

*s/ Amy R. Atwood*
Amy R. Atwood (OSB #060407)
atwood@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
225 N. Killingsworth St.
Portland, OR 97217
Tel: (971) 717-6401
  *Lead Attorney for Plaintiff*

*s/ Crystal S. Chase*
Ryan P. Steen, OSB No. 034663
Kirk B. Maag, OSB No 105507
Crystal S. Chase, OSB No. 093104
  *Attorneys for Intervenor-Defendant*
  *Oregon Forests and Industries*
  *Council*

*s/ Jessica A. Schuh*
Jay T. Waldron, OSB #743314
Jessica A. Schuh, OSB #164778
  *Attorneys for Intervenor-Defendant*
  *Tillamook County*

Page 3 -   JOINT MOTION TO EXTEND DEADLINES
           42770726

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000